United States District Court
Southern District of Texas
FILED

AUG 20 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| VS. | § | (JURY DEMANDED) |
| | § | |
| JAMES ARTHUR LARSON | § | |

## MOTION FOR LEAVE TO PROCEED PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES RANDALL P. CRANE,　Attorney for Plaintiffs ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ,　and subject to and without waiving Plaintiff's Special Appearance, files this his MOTION FOR LEAVE TO PROCEED PRO HAC VICE in support of which he would show unto the Court as follows:

### I.

The above styled and referenced case was initially filed in the 357TH Judicial District Court, Cameron County, Texas, on or about June 23, 2004.　Thereafter, Defendant JAMES ARTHUR LARSON,　filed his Notice of Removal to this court on or about August 13, 2004.　Since Movant is not admitted to practice in this Court, he is hereby requesting that he be allowed to appear as attorney-in-charge for Plaintiffs, ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ　in this case.

## II.

Attorney for Plaintiffs    ROGELIO RODRIGUEZ    AND ELIZABETH RODRIGUEZ    is

licensed to practice in all Texas State Courts and is in good standing with the same.


**WHEREFORE PREMISES CONSIDERED,** RANDALL P. CRANE,    prays that pending the

duration of this case, that he be permitted to appear and practice Pro Hac Vice in this proceeding.


RESPECTFULLY SUBMITTED,

LAW FIRM OF RANDALL P. CRANE
ATTORNEYS AT LAW
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-2496
BY:

RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion for Leave to Appear Pro Hac Vice has been forwarded to all parties of record as follows:

Dunn, Weathered, Coffey,
Rivera, Kasperitis & Rodriguez, P.C.
Attorneys At Law
611 S. Upper Broadway
Corpus Christi,Texas 78401

SIGNED this the __19th__ day of  August, 2004

RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

Movant herein has conferred  with opposing counsel with regards to the filing of this motion, and opposing counsel has no objection to Randall P. Crane appearing and proceeding pro hac vice.

RANDALL P. CRANE
STATE BAR #05006900