IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | CIVIL ACTION NO. B-04-137 |
| VS. | § § § | (JURY DEMANDED) |
| JAMES ARTHUR LARSON | § | |

**PLAINTIFF ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ'S CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Rogelio Rodriguez and Elizabeth Rodriguez, Plaintiffs herein, and files this list of individual or entities having a financial interest in this litigation as directed by the Court's Order, a copy of which was received less than 15 days ago.

**Plaintiffs:**
Rogelio Rodriguez and Elizabeth Rodriguez

**Attorney in Charge:**
Randall P. Crane
Law Office of Randall P. Crane
201 S. Sam Houston
San Benito, Texas 78586

**Defendant:**
James Arthur Larson

**Attorney in Charge:**
Frank Weathered
Dunn, Weathered, Coffey, Rivera,
Kasperitis & Rodriguez, P.C.
611 S. Upper Broadway
Corpus Christi, Texas 78401

RESPECTFULLY SUBMITTED,

LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586
(956) 399-2496
(956) 399-7398 (Fax)

BY: _____
RANDALL P. CRANE
State Bar #05006900
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been mailed to the attorney of record for the Defendant as follows:

Frank Weathered
DUNN, WEATHERED, COFFEY, RIVERA, KASPERITIS & RODRIGUEZ, P.C.
Attorneys At Law
611 S. Upper Broadway
Corpus Christi, Texas 78401

(CERTIFIED MAIL, RETURN RECEIPT REQUESTED #7002-0860 0001 1952 9691)

SIGNED this the 19th day of August, 2004.

_____
RANDALL P. CRANE
State Bar #05006900
ATTORNEY FOR PLAINTIFFS