UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND<br>ELIZABETH RODRIGUEZ | § § § § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § § § | |

## ENTITIES FINANCIALLY INTERESTED IN OUTCOME OF LITIGATION

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT:

COME NOW the Defendant in the above styled and numbered cause and file this Certificate listing Entities that are financially interested in the outcome of this litigation, respectfully showing unto the Court as follows: The entities with a financial interest in the outcome of this litigation are:

1. Rogelio and Elizabeth Rodriguez; c/o Randall P. Crane; LAW FIRM OF RANDALL P. CRANE; 201 S. Sam Houston, San Benito, Texas, 78586.

2. James Arthur Larson; 10075 U 65 Lane, Rapid River, Michigan, 49878.

3. AUTO-OWNERS INSURANCE; P.O. Box 626, Escanaba, Michigan, 49829-0626.

4. Randall P. Crane; LAW FIRM OF RANDALL P. CRANE; 201 S. Sam Houston, San Benito, Texas, 78586.

Respectfully submitted,

By: _____
Frank Weathered, Attorney-in-Charge
State Bar No. 20998600; Fed. ID 2441
Patrick Kasperitis
State Bar No. 11105270; Fed ID 12594

ATTORNEYS FOR JAMES ARTHUR LARSON

OF COUNSEL:
DUNN, WEATHERED, COFFEY, RIVERA,
KASPERITIS & RODRIGUEZ, P.C.
611 S. Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594
(361) 883-1599 (Telecopy)

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 23rd day of August, 2004, served a true and correct copy of the above and foregoing instrument to the listed attorneys of record as indicated below.

**Via Certified Mail, RRR**
Mr. Randall P. Crane
LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586

ATTORNEY FOR PLAINTIFF

_____
Frank Weathered