UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND<br>ELIZABETH RODRIGUEZ | §<br>§<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| | §<br>§ | |
| JAMES ARTHUR LARSON | § | |

## UNOPPOSED MOTION OF DEFENDANT
## FOR SUBSTITUTION OF ATTORNEY-IN-CHARGE

TO:   United States District Court of the Southern District of Texas, Brownsville Division and Randall P. Crane.

### I.
### CERTIFICATE OF CONFERENCE

Defense counsel states that he has contacted counsel of record for Plaintiff and this motion is unopposed.

### II.

Defendant's attorney-in-charge, Frank Weathered, along with James Arthur Larson, Defendant in the above-entitled and numbered cause, hereby file and present this Unopposed Motion for Substitution of Attorney-in-Charge, and in support thereof would respectfully show this Court as follows:

### III.

Defendant's current attorney-in-charge is Frank Weathered; DUNN, WEATHERED, COFFEY, RIVERA, KASPERITIS & RODRIGUEZ, P.C., 611 S. Upper Broadway, Corpus Christi,

Texas, 78413; (361) 883-1594. Defendant respectfully requests leave of Court to permit Frank Weathered to withdraw as attorney-in-charge, and for Patrick Kasperitis, of the same firm, to be substituted as the new attorney-in-charge, with Mr. Weathered remaining in the case as Of Counsel. Mr. Kasperitis' State Bar Number is 11105270, and his Federal Court ID for the Southern District of Texas is 12594.

IV.

Defendant would represent to the Court that he approves of this withdrawal and substitution and such withdrawal and substitution will not cause any delay in these proceedings. Patrick Kaspritis is a member in good standing of the bar of the United States District Court for the Southern District of Texas.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Frank Weathered be allowed to withdraw as attorney-in-charge for the Defendant in this matter and that Patrick Kasperitis be allowed to substitute in as attorney-in-charge for Defendant in this action.

                              Respectfully submitted,

By: _____
Frank Weathered, Attorney-in-Charge
State Bar No. 20998600; Fed. ID 2441
Patrick Kasperitis
State Bar No. 11105270; Fed ID 12594

ATTORNEYS FOR JAMES ARTHUR LARSON

OF COUNSEL:
DUNN, WEATHERED, COFFEY, RIVERA,
KASPERITIS & RODRIGUEZ, P.C.
611 S. Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594
(361) 883-1599 (Telecopy)

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 23rd day of August, 2004, served a true and correct copy of the above and foregoing instrument to the listed attorneys of record as indicated below.

**Via Certified Mail, RRR**
Mr. Randall P. Crane
**LAW FIRM OF RANDALL P. CRANE**
201 S. Sam Houston
San Benito, Texas 78586

ATTORNEY FOR PLAINTIFF

_____
Frank Weathered

3