UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 3 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumado

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND<br>ELIZABETH RODRIGUEZ | §<br>§<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | §<br>§<br>§ | |

## ORDER

On this day came on for consideration Defendant's Unopposed Motion for Substitution of Attorney-in-Charge in the above-styled and numbered cause. The Court, having considered same, is of the opinion that said motion should, in all things, be GRANTED. It is, therefore,

ORDERED, ADJUDGED, AND DECREED that Frank Weathered withdraws as attorney-in-charge for the Defendant in this matter, but remains as Of Counsel. It is further

ORDERED, ADJUDGED, AND DECREED that Patrick Kasperitis, Dunn, Weathered, Coffey, Rivera, Kasperitis & Rodriguez, P.C., be named as attorney-in-charge for Defendant in this matter.

SIGNED AND ENTERED this 27th day of August, 2004.

_____
JUDGE PRESIDING

*copied to:*

Mr. Randall P. Crane, LAW FIRM OF RANDALL P. CRANE, 201 S. Sam Houston, San Benito, Texas 78586

Mr. Frank Weatehred, Mr. Patrick Kasperitis, DUNN, WEATHERED, COFFEY, RIVERA, KASPERITIS & RODRIGUEZ, P.C., 611 S. Upper Broadway, Corpus Christi, Texas 78401