United States District Court
Southern District of Texas
ENTERED

SEP 21 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| Plaintiffs, | § | |
| v. | § § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LAROSN | § § § | |
| Defendant. | § § | |

### ORDER

BE IT REMEMBERED that on September 17, 2004, the Court considered Randall P. Crane's Motion For Leave To Proceed Pro Hac Vice [Dkt. No. 3] in the above styled case. The Court hereby **GRANTS** the Motion.

DONE at Brownsville, Texas, this 17 day of September, 2004.

Hilda G. Tagle
United States District Judge

1