United States District Court
Southern District of Texas
ENTERED

OCT 1 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ and ELIZABETH RODRIGUEZ<br>Plaintiffs,<br><br>v.<br><br>JAMES ARTHUR LARSON<br><br>Defendant. | § § § § § § § § § § § | CIVIL ACTION NO. B-04-137 |

### ORDER

BE IT REMEMBERED that on October 13, 2004, the Court, having received a Joint Discovery Case Management Plan in which the parties agree to trial before a magistrate pursuant to 28 U.S.C. § 636(c), **CANCELLED** the initial pretrial conference scheduled for October 18, 2004. The parties are **ORDERED** to submit an executed consent form no later than Friday October 15, 2004, at 4:00 p.m. After receiving the signed consent form, the Court will transfer the case to the Magistrate Judge.

DONE this 13 day of October, 2004, at Brownsville Texas.

Hilda G. Tagle
United States District Judge