UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 8 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROGELIO RODRIGUEZ AND § <br> ELIZABETH RODRIGUEZ § <br> Plaintiffs § <br> V. § <br> JAMES ARTHUR LARSON § <br> Defendant § | CIVIL ACTION NO. B-04-137 |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a District Judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

Respectfully submitted,

COUNSEL FOR PLAINTIFFS:

LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586
(956) 399-2496; FAX (956) 399-7398

DATE: 10/18/04

BY _____
Randall P. Crane
SBN 05006900; FED ID _____

COUNSEL FOR DEFENDANT:

DUNN, WEATHERED, COFFEY,
RIVERA, KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

DATE: 10/14/04

BY _____
Patrick R. Kasperitis
SBN 11105270; FED ID 12594
Frank Weathered
SBN 20998600; FED ID 2441