UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROGELIO RODRIGUEZ AND §<br>ELIZABETH RODRIGUEZ §<br>　　　Plaintiffs §<br>V. §<br>JAMES ARTHUR LARSON §<br>　　　Defendant § | CIVIL ACTION NO. B-04-137 |

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

_____

to conduct all further proceedings, including final judgment.

_____           _____
　　　　　Date                                                      United States District Judge