UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ<br>Plaintiffs<br>V.<br>JAMES ARTHUR LARSON<br>Defendant | § § § § § § | CIVIL ACTION NO. B-04-137 |

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**FELIX RECIO**

to conduct all further proceedings, including final judgment.

10/19/04
Date

United States District Judge