UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 25 2004

Michael N. Milby, Clerk of Court

ROGELIO RODRIGUEZ, ET AL          *

vs                                *   CIVIL ACTION NO. B-04-137
                                          (636(c))
JAMES ARTHUR LARSON               *

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS
BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

**INITIAL PRETRIAL & SCHEDULING CONFERENCE**

November 4, 2004, at 2:00 p.m.

BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 2nd Floor
         Brownsville, TX 78520
         956/548-2701

BY ORDER OF THE COURT

October 25, 2004

cc:   All Counsel