## CHAMBERS MINUTES

United States District Court
Southern District of Texas
FILED

NOV 05 2004

Michael N. Milby, Clerk of Court

**Felix Recio, United States Magistrate Judge**
**Southern District of Texas, Brownsville Division**

Law Clerk:   Jason Scott

Date:   November 4, 2004, 2:00 p.m.

---

### C.A. NO.  B04-137 (636(c))

---

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | * | Randall P. Crane |
| ELIZABETH RODRIGUEZ | * | " |
| VS | * | |
| JAMES ARTHUR LARSON | * | Patrick R Kasperitis |

---

### INITIAL PRETRIAL & SCHEDULING CONFERENCE

Initial pretrial conference held.

The parties agreed to the docket dates.  A scheduling order will be issued.