United States District Court
Southern District of Texas
FILED

MAR 2 3 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § § § | |

## DEFENDANT'S DESIGNATION OF EXPERTS

James Arthur Larson, Defendant in the above-entitled and numbered cause, hereby files this Designation of Experts.

1. This case is presently set for jury selection on October 12, 2005.

2. **Defendant does not designate any expert witnesses at this time.** Pursuant to the adverse party rule, Defendant may call any adverse witnesses designated by all other parties to elicit expert opinions. Further, Defendant reserves the right to call any expert identified or designated by an adverse party to elicit expert opinions, subject to any objections Defendant makes concerning the designation of those experts, including those listed below:

a. R & L Carriers, Inc.
and/or Custodian of Records
600 Gillam Road
Wilmington, OH 45177
— Plaintiff's employer April 2001-present

b. R & L Transfer, Inc.
and/or Custodian of Records
600 Gillam Road
Wilmington, OH 45177

c. Trooper Lionel Trevino, #9176
Texas Department of Public Safety
and/or Custodian of Records
1630 N 77 Sunshine Strip
Harlingen, Texas 78550
(956) 423-1160
— Investigating Officer at scene of accident

d.  Valley Baptist Medical Center
    and/or Custodian of Records
    2121 Pease Street
    Harlingen, Texas 78550
    (956) 389-1100
    Dr. William Taw
    Dr. Robert Wright
    James Easthnam, CEO
    Ward Cook, Human Resources
    Marcie Sanchez, Medical Billing
    — Knowledge of Plaintiff's medical care
       and treatment

e.  Harlingen Bone & Joint Clinic, P.A.
    and/or Custodian of Records
    1801 N Ed Carey Drive, Suite A
    Harlingen, Texas 78550
    (956) 423-5033
    Dr. Herman J. Keillor
    — Knowledge of Plaintiff's medical care
       and treatment

f.  Rio Grande Valley Imaging &
    Diagnostic Center
    and/or Custodian of Records
    501-B N Ed Carey Drive
    Harlingen, Texas 78550
    (956) 440-8900
    — Knowledge of Plaintiff's medical care
       and treatment

g.  Dr. Eric Bennos
    and/or Custodian of Records
    P.O. Box 293115
    Lewisville, Texas 75029-3115
    — Knowledge of Plaintiff's medical care
       and treatment

h.  Southern Bone & Joint Center Assoc.
    and/or Custodian of Records
    P.O. Box 6209
    McAllen, Texas 78502
    (956) 687-2032
    Dr. Jorge E. Tijmes
    — Knowledge of Plaintiff's medical care
       and treatment

i.  McAllen MRI Center
    and/or Custodian of Records
    320 N McColl, Suite E
    McAllen, Texas 78501
    (956) 687-9636
    Dr. Marc Berger
    — Knowledge of Plaintiff's medical care
       and treatment

j.  Focus Medicine Center
    and/or Custodian of Records
    1120 Galveston Avenue
    McAllen, Texas 78501
    (956) 686-5512
    Dr. D. S. Gill
    — Knowledge of Plaintiff's medical care
       and treatment

k.  Orthopedic Industrial Sports
    Medicine & Rehabilitation
    and/or Custodian of Records
    1120 Galveston Avenue
    McAllen, Texas 78501
    (956) 686-5512
    Dr. D. S. Gill
    — Knowledge of Plaintiff's medical care
       and treatment

l.  Dr. Abraham Cano
    and/or Custodian of Records
    2401 Ed Carey Drive, Suite A
    Harlingen, Texas 78550
    (956) 425-9181
    — Knowledge of Plaintiff's medical care
       and treatment

   m. EMCARE Har Emerg Physicians, PA
      and/or Custodian of Records
      P.O. Box 13826
      Philadelphia, PA 19101-3826
      (800) 355-2470
      — Knowledge of Plaintiff's medical care
        and treatment

     3. Defendant specifically states that none of the experts named herein are retained experts of this party as defined by Rule 195.3. Nevertheless, Defendant reserves the right to elicit expert testimony from each witness, either at trial, on deposition, or by affidavit for use in direct examination, cross-examination, or as rebuttal evidence. By designating these experts, Defendant does not adopt, confirm, ratify, or assume the veracity of any testimony elicited from these witnesses by counsel for any other party.

     4. Defendant specifically reserves the right to elicit such "expert" testimony as may fall with the education, training, and/or experience of "persons with Knowledge of Plaintiff's relevant facts" identified in the course of discovery, regardless of the fact that such witnesses are presently expected to testify regarding merely factual matters related to the incident in question and have not been formally retained by Defendant.

Respectfully submitted,

DUNN, WEATHERED, COFFEY,
RIVERA, KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY _____
Patrick R. Kasperitis
SBN 11105270; FED ID 12594
Frank Weathered
SBN 20998600; FED ID 2441

COUNSEL FOR DEFENDANT
JAMES ARTHUR LARSON

## CERTIFICATE OF SERVICE

This is to certify that on the _17_ day of March 2005, this document was served on counsel of record as indicated below pursuant to Texas Rules of Civil Procedure.

_____
Patrick R. Kasperitis

**VIA CM/RRR 7004 2890 0000 7308 8145**
Mr. Randall P. Crane
LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586