United States District Court
Southern District of Texas
FILED

MAR 2 4 2005

Michael N. Milby
Clerk of Court

SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION

| | |
|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § |
| VS. | § § |
| JAMES ARTHUR LARSON | § § |

CIVIL ACTION NO, B-04-I37

### MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ, asks the court to grant additional time to complete discovery in this cause.

**1.**

The above styled and referenced case was initially filed in the 357th Judicial District Court of Cameron County, Texas, on or about June 7, 2004. Thereafter, Defendant JAMES ARTHUR LARSON filed his Notice of Removal to this court on or before August 17, 2004.

On November 4, 2004 this Court conducted its initial pre-trial and scheduling conference.

**2.**

Plaintiffs ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ ask the court to grant additional time to complete discovery because:

a)   Depositions of the medical experts have not been taken;

b)   Not all medical records for this case have been obtained.

c)   Deposition of the defendant has not been taken.

d)   Depositions of the plaintiffs have not been taken.

e)   Deposition of persons with relevant knowledge have not been taken.

Plaintiffs ask the court to extend the discovery deadline until July 1, 2005, so Plaintiffs can complete discovery.

Plaintiffs request for additional time is not made for delay but so that justice may be done.

**3.**

WHEREFORE PREMISES CONSIDERED, Plaintiffs ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ pray that the Court set this Motion For Hearing and after the hearing, grant their motion to extend the discovery deadline until July 1, 2005.

RESPECTFULLY SUBMITTED,
LAW FIRM OF RANDALL P. CRANE
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
Tel. (956) 399-2496
Fax. (956) 399-7398
BY: _____
RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Plaintiff's Motion for Extension of Discovery Deadline has been forwarded to all parties of record as follows:

DUNN, WEATHERED, COFFEY,
RIVERA, KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594
(361) 883-1599   Fax

SIGNED THIS THE  24th  DAY OF MARCH, 2005.

```
                              RANDALL P. CRANE
                              STATE BAR #05006900
                              ATTORNEY FOR PLAINTIFF
```

## CERTIFICATE OF CONFERENCE

I certify that I have, on this the  24th day of March, 2005, conferred with opposing counsel, Patrick R. Kasperitis, with regards to the filing of this motion, and opposing counsel will not oppose the Motion for Extension of Time To Complete Discovery.

```
                              RANDALL P. CRANE
                              STATE BAR #05006900
                              ATTORNEY FOR PLAINTIFFS
```