SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND<br>ELIZABETH RODRIGUEZ<br><br>VS.<br><br>JAMES ARTHUR LARSON | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO, B-04-137 |

### ORDER SETTING HEARING
### ON MOTION FOR EXTENSION OF TIME
### TO COMPLETE DISCOVERY

A hearing on Plaintiff's Motion For Extension of Time to Complete Discovery is hereby set for the _____ day of _____, 2005, at _____ a.m. in the 2nd Floor, Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Cameron County, Texas.

SIGNED this _____ day of _____, 2005.

                                                           United States Magistrate Judge

COPIES TO:
Hon. Randall P. Crane, Attorney for Plaintiffs
Hon. Patrick R. Kasperitis, Attorney for Defendant