MAIL

United States District Court
Southern District of Texas
RECEIVED

APR 1 1 2005

Michael N. Milby
Clerk of Court

# RANDALL P. CRANE
Attorney At Law
201 S. Sam Houston
San Benito, Texas 78586

Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

Phone (956) 399-2496
Fax    (956) 399-7398

United States District Court
Southern District of Texas
FILED

APR 1 1 2005

Michael N. Milby
Clerk of Court

Date: April 8, 2005

Mr. Michael Milby, Clerk
UNITED STATES DISTRICT COURT
Federal Building
600 E. Harrison Street, No. 101
Brownsville, Texas 78520-7149

Re:   Civil Action No. B-04-137; *Rogelio Rodriguez and Elizabeth Rodriguez vs. James Arthur Larson*, United States District Court, Southern District of Texas, Brownsville Division

Dear Mr. Milby:

Please be advised that I will be on vacation on the following dates:

May 25, 2005 thru June 13, 2005

By copy of this correspondence, I am notifying opposing counsel of same and request that no trials, hearings or depositions be set during that time.

Please return the file-stamped copy via our office courier or by self addressed stamped envelope, whichever applies.

Thank you for your assistance in this matter,

Sincerely,

RANDALL P. CRANE

RPC:tc
xc:    Patrick R. Kasperitis
       Attorney At Law
       Dunn, Weathered, Coffey, Rivera,
       Kasperitis & Rodriguez, P.C.
       611 South Upper Broadway
       Corpus Christi, Texas 78401