United States District Court
Southern District of Texas
FILED

MAY 0 3 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | § | |

### DEFENDANT'S FIRST AMENDED ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

James Arthur Larson, Defendant in the above-styled and numbered cause, in answer to Plaintiff's pleadings, respectfully shows this Court as follows:

### GENERAL DENIAL

1. Defendant generally denies each and all of the material allegations contained within Plaintiff's pleadings and upon trial will demand strict proof thereof.

### AFFIRMATIVE DEFENSES

2. In the alternative, and by way of affirmative defense, Defendant would show that Plaintiff's injuries, if any, were proximately caused and/or solely caused by his own contributory negligence.

3. Further, by way of affirmative defense, Defendant would show that the doctrine of comparative negligence applies in this case such that any recovery by Plaintiff should be reduced by the percentage of Plaintiff's own negligence proximately causing or contributing to his injuries, if any.

4. Further, by way of affirmative defense, Defendant would show that Plaintiff's injuries were the result of a pre-existing condition.

5. Pleading further by way of affirmative defense, Defendant would show that Plaintiff is suffering from conditions that did not result from the accident made the basis of this suit, such that he is entitled to no recovery for such conditions.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff take nothing by his suit, that Defendant recover his costs, and for such other and further relief to which Defendant may show himself justly entitled.

Respectfully submitted,

DUNN, WEATHERED, COFFEY,
RIVERA, KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY _____
Patrick R. Kasperitis
SBN 11105270; FED ID 12594
Frank Weathered
SBN 20998600; FED ID 2441

COUNSEL FOR DEFENDANT
JAMES ARTHUR LARSON

## CERTIFICATE OF SERVICE

This is to certify that on the 29th day of April 2005, this document was served on counsel of record as indicated below pursuant to Federal Rules of Civil Procedure.

_____
Patrick R. Kasperitis

**VIA CM/RRR 7004 2890 0000 7300 1281**
Mr. Randall P. Crane
LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586