UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| VS. | § § | CIVIL ACTION NO, B-04-137 |
| JAMES ARTHUR LARSON | § § | |

## ORDER ON
## PLAINTIFF'S SPECIAL EXCEPTION
## TO DEFENDANT'S FIRST AMENDED ANSWER

On the _____ day of _____, 2005, came on to be considered Plaintiffs SPECIAL EXCEPTION TO DEFENDANT'S FIRST AMENDED ANSWER in the above referenced and styled cause of action. The court after considering Plaintiff's Special Exception to Defendant's First Amended Answer is of the opinion that the same shall be in all things _____.

It is therefore Ordered that Plaintiff's Special Exception to Defendant's First Amended Answer is hereby _____ and Defendant is ordered to amend Defendant's Answer to meet the special exceptions filed by plaintiff within the next _____ days.

SIGNED FOR ENTRY THE _____ DAY OF _____, 2005.

_____
JUDGE PRESIDING

Copies to:
Hon. Randall P. Crane
Hon. Patrick R. Kasperitis