United States District Court
Southern District of Texas
FILED

JUN 0 6 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| V. | § § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § § | |

## MOTION FOR ORDER COMPELLING DISCOVERY

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW James Arthur Larson, Defendant in the above-entitled and numbered cause, brings this Motion for Order Compelling Discovery pursuant to FRCVP 37, and as grounds for the relief requested in the prayer hereof, respectfully shows the Court as follows:

1. Defendant propounded Requests for Production upon Plaintiff Rogelio Rodriguez by and through his counsel of record, Randall P. Crane, 201 S. Sam Houston, San Benito, Texas 78586, by certified mail, return receipt requested, delivered the 3rd day of November, 2004.

2. Defendant's Request for Production No. 12 made the following request of Plaintiff Rogelio Rodriguez:

> Accompanying are the following forms: HIPPA compliant authorization for release of medical records, Texas Workers' Compensation Commission Request for Copies of Confidential Claimant Information, Internal Revenue form for copies of income tax returns, and Social Security Administration form for earnings information. **THESE AUTHORIZATIONS ARE FOR USE IN THIS LITIGATION ONLY. PLEASE SIGN EACH AUTHORIZATION AND RETURN THE ORIGINALS WITH YOUR RESPONSES.** If you are not willing to sign the authorizations, please state your reasons for not signing.

3. On November 30, 2004, Plaintiff responded to Defendant's Requests for Production. Specifically, Plaintiff made the following response to request for production number 12:

**Objection.**
**Plaintiff objects to this request for the following reasons:**
a) The authorizations provided are not limited in time, overly broad, vague and does not limit the information or medical requested to any particular date and further allows ex-parte communications with the plaintiff's medical providers.
b) The authorizations are not limited to non-privileged documents and information therefore they are an invasion of plaintiff's right to privacy.
c) The request is a fishing expedition.

**Subject to and without waiving any objections, plaintiff answers as follows:**
A HIPPA approved authorization with conforms to the TRCP is signed and attached hereto.

Attached hereto, as EXHIBIT A, is a true and correct copy of the authorization provided by Plaintiff with the foregoing response.

4. Defendant subsequently had Notices to Take Depositions Upon Written Questions served on Plaintiff's medical care providers. In response to one such notice, Valley Baptist Medical Center informed the court reporting service obtaining records for Defendant that the custodian is unable to release records using the authorization provided because the patient's chart contains sensitive information. See correspondence from Team Litigation Company attached hereto as EXHIBIT B.

5. Defendant's counsel has twice requested that Plaintiff Rogelio Rodriguez sign and return an authorization that will allow Valley Baptist Medical Center to release his complete medical file. Attached hereto as EXHIBITS C, D, and E are true and correct copies of correspondence to Plaintiff's counsel dated February 8, 2005, and February 22, 2005, and the authorization provided for Plaintiff's signature. As of the date of filing this motion, Defendant has not received a response from Plaintiff regarding the requested authorization.

6. The refusal and failure of Plaintiff to respond to Defendant's request for production is not justified and, as a consequence of such unjustified refusal, Defendant has incurred reasonable attorney's fees for the preparation of this motion and will incur additional reasonable attorney's fees for the presentation of same and entry of any order of the Court. In this regard, Defendant would show that a reasonable attorney's fee for the services described herein would be in the amount no less than ONE THOUSAND AND NO/100 DOLLARS ($1,000.00).

7. Defendant has made a reasonable effort to resolve this dispute without the necessity of Court intervention, but Plaintiff has failed to make any response.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court enter an order compelling Plaintiff to produce to Defendant the authorization attached hereto as EXHIBIT E, signed by Plaintiff Rogelio Rodriguez, that will allow Valley Baptist Medical Center to release the complete medical file of Rogelio Rodriguez, within such time as the Court may deem proper and for a further order requiring Plaintiff to reimburse Defendant for the reasonable expense incurred in obtaining such order in an amount no less than ONE THOUSAND AND NO/100 DOLLARS ($1,000.00), and for such other and further relief to which Defendant may be justly entitled.

Respectfully submitted,

DUNN, WEATHERED, COFFEY,
RIVERA, KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY _____
Patrick R. Kasperitis
SBN 11105270; FED ID 12594
Frank Weathered
SBN 20998600; FED ID 2441

COUNSEL FOR DEFENDANT
JAMES ARTHUR LARSON

CERTIFICATE OF SERVICE

This is to certify that on the ⎽3⎽ day of June 2005, this document was served on counsel of record as indicated below pursuant to Texas Rules of Civil Procedure.

_____
Patrick R. Kasperitis

**VIA CM/RRR 7004 2890 0000 7300 1427**
Mr. Randall P. Crane
LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586