# AUTHORIZATION TO RELEASE PROTECTED HEALTH INFORMATION   (PHI)

**Patient Identification**
Printed Name: __Rogelio Rodriguez__    Date of Birth: __01/12/1960__
Address: __123 Dolores St., Primera, Texas__
Social Security #:_____ Telephone: (____)_____

**Information To Be Released - Covering the Periods of Health Care**
From (date) __01/16/2003__ to (date) __present__

**Purpose of Request/Disclosure**

| ☐ Treatment or consultation | ☐ At request of the patient | ☐ Billing or claims payment |
|---|---|---|
| ☒ Other (specify) __Legal Matter__ | | |

**Description of Information to be used or disclosed**

| ☐ All PHI in medical record | ☐ Operative report and pathology | ☐ Discharge summary |
|---|---|---|
| ☐ All psychiatric treatment | ☐ History and physical exam | ☐ Progress Notes |
| ☐ All psychotherapy treatment | ☐ Consultation reports | ☐ Laboratory test results |
| ☐ x-ray reports | ☐ x-ray films/images | ☐ photographs, videotapes |
| ☐ complete billing record | ☐ itemized bill | ☐ Nursing information |
| ☐ Physician orders | ☐ Abstract of health record | ☐ Other |

**Who and Where to Send/Release Information**
Name:
Address:

**Drug and/or Alcohol Abuse, and/or Psychiatric, and/or HIV/AIDS Records Release**
I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information.    _____(Initial)   If not applicable, check here. **XX**

**Time Limit & Right to Revoke Authorization**
Except to the extent that action has already been taken in reliance on this authorization, at any time I can revoke this authorization by submitting a notice in writing to the facility Privacy Office at _____.
Unless revoked, this authorization will expire on the following date or event __01/29/05__ or 180 days from date of signature.

**Re-disclosure**
I understand that the information disclosed by this authorization may be subject to re-disclosure by the recipient and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facility, its employees, officers and physicians are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**Signature of Patient or Personal Representative Who May Request Disclosure**
I understand that I do not have to sign this authorization, and my treatment or payment for services will not be denied if I do not sign this form unless specified above under Purpose of Request. I can inspect or copy the protected health information to be used or disclosed.
I authorize _____ to release the protected health information specified above.

Signature: __[signed] ROGELIO RODRIGUEZ__    Date: __November 29, 2004__
Authority to Sign if not patient:_____



# TEAM LITIGATION COMPANY

3605 Katy Freeway, Suite 100, Houston, Texas 77007 (713) 802-9100 Fax: (713) 802-9108

To: Clintsy Young
Dunn, Weathered, Coffey, Rivera, et al
From: **Dee Taylor**

Fax #: (361) 883-1599
TLC No.: 10339-1
Date: February 22, 2005

---

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ § § § § Plaintiff, § § Vs. § § § § JAMES ARTHUR LARSON § Defendant. § | CIVIL ACTION No. B-04-137 |

**Hospital Medical Records** pertaining to **Rogelio Rodriguez** ordered by **Mr. Patrick R. Kasperitis**

Custodian: **Valley Baptist Medical Center**
**Medical Records**
**2101 Pease Street**
**Harlingen, TX 78551**

### Status Report

***Reminder***The custodian has informed me that they are unable to release the records to us using the authorization provided. Per the custodian, this patient's chart contains sensitive information that requires the custodian's written consent. Please provide us with an authorization that includes the release of sensitive information. Thank you.

Sincerely,

**Dee Taylor**

This facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. received this facsimile in error, please immediately notify us by telephone and return the original facsimile to u address via the U.S. Postal Service. Thank you.

**DUNN, WEATHERED, COFFEY,
RIVERA, KASPERITIS & RODRIGUEZ, P.C.**
ATTORNEYS AT LAW
611 SOUTH UPPER BROADWAY
CORPUS CHRISTI, TEXAS 78401

| | | |
|---|---|---|
| DAVID J. DUNN<br>FRANK WEATHERED*<br>*BOARD CERTIFIED CIVIL APPELLATE LAW<br>TEXAS BOARD OF LEGAL SPECIALIZATION | TEL (361) 883-1594<br>FAX (361) 883-1599 | LAWRENCE COFFEY<br>AUGUSTIN RIVERA, JR.<br>PATRICK R. KASPERITIS<br>RALPH M. RODRIGUEZ |

February 8, 2005

Mr. Randall Crane
LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586

In re: Civil Action No. B-04-137; *Rogelio Rodriguez and Elizabeth Rodriguez v. James Arthur Larson*, In the United States District Court, Southern District of Texas, Brownsville Division

Dear Mr. Crane:

Enclosed is correspondence received from the court reporting service assisting us in obtaining medical records regarding Mr. Rodriguez. As you can see, Valley Baptist Medical Center will not release medical records based upon the release provided by Mr. Rodriguez. Enclosed is an authorization that will allow the release of Mr. Rodriguez' complete medical file from Valley Baptist Medical Center. Please have your client execute this authorization and return the original to my office at your earliest convenience.

Naturally, if you have any questions or wish to discuss this matter further, please feel free to call.

Very truly yours,

Patrick R. Kasperitis

PRK/cy
23.007
enclosures



**DUNN, WEATHERED, COFFEY,
RIVERA, KASPERITIS & RODRIGUEZ, P.C.**
ATTORNEYS AT LAW
611 SOUTH UPPER BROADWAY
CORPUS CHRISTI, TEXAS 78401

| | | |
|---|---|---|
| DAVID J. DUNN<br>FRANK WEATHERED*<br>*BOARD CERTIFIED CIVIL APPELLATE LAW<br>TEXAS BOARD OF LEGAL SPECIALIZATION | TEL (361) 883-1594<br>FAX (361) 883-1599 | LAWRENCE COFFEY<br>AUGUSTIN RIVERA, JR.<br>PATRICK R. KASPERITIS<br>RALPH M. RODRIGUEZ |

February 22, 2005

Mr. Randall Crane
LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586

In re:   Civil Action No. B-04-137; *Rogelio Rodriguez and Elizabeth Rodriguez v. James Arthur Larson*, In the United States District Court, Southern District of Texas, Brownsville Division

Dear Mr. Crane:

Pursuant to my correspondence dated February 8, 2005, I requested that you provide me with an authorization signed by your client, Rogelio Rodriguez, so that I can obtain records from Valley Baptist Medical Center that reportedly contain sensitive information. As of this date, I have not received the signed authorization, nor a response from your office. Please forward the signed authorization or your reasons for not doing so.

Very truly yours,<br>
Patrick R. Kasperitis

PRK/cy
23.007



## AUTHORIZATION TO RELEASE PROTECTED HEALTH INFORMATION (PHI)

Please note that this authorization is in compliance with the HIPPA Privacy Rule, 45 C.F.R. § 160.001 et seq. and 45 C.F.R. § 164.500 et seq. Please return this authorization with an **original signature, which must be witnessed**. Page one must be initialed in the lower right-hand corner. The boxed portions of this authorization must be completed by the patient, legal guardian, or representative.

| | |
|---|---|
| Patient's Printed Name : | Rogelio Rodriguez |
| Patient's Complete Address : | 123 Dolores Street |
| | Primera, Texas |
| | City / State / Zip Code |
| Patient's Birth Date : | 01/12/1960 |
| Patient's Social Security Number : | |
| Patient's Home Phone Number : | |
| Patient's Work Phone Number : | |

I hereby authorize __Valley Baptist Medical Center__ (medical facility) to disclose records obtained in the course of my evaluation and/or treatment to:

DUNN, WEATHERED, COFFEY, RIVERA, KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway, Corpus Christi, Texas 78401
361.883.1594 [FAX 883.1599]

Type of Access Requested:   ✓ Copies of Record   ___ Inspection of Record

MEDICAL RECORDS: ✓ Entire Record (ANY & ALL)
Selected Portions of PHI as marked:

___ Discharge Summary   ___ Lab   ___ Progress Notes
___ Emergency Room Record   ___ Imaging/Radiology   ___ Physician Orders
___ History & Physical   ___ Cardiac Studies   ___ Pathology Report
___ Consult Report(s)   ___ Face Sheet   ___ Other_____
___ Operative Report(s)   ___ Nursing Notes
___ Rehab Services   ___ Medication Record
Type: _____   ___ Psychological Record(s)
_____   ___ Psychiatric Record(s)

BILLING RECORDS:   ✓ Detailed Bill   ___ UB92   (Forward copy to PAD for processing.)

[████████] DO NOT consent to release of information relating to psychiatric or psychological testing or treatment, biofeedback training, alcohol and/or drug abuse diagnosis, prognosis and treatment and/or HIV (AIDS) testing and/or results, or such disclosure shall be limited to the following specific types of information: _____

List the purpose(s) for the release of disclosure of Protected Health Information:
__AT THE REQUEST OF THE PATIENT__



Page 1 of 2

This consent is subject to written revocation by the undersigned at any time except to the extent that action has been taken and if not earlier revoked. To revoke this authorization contact the following facility:

_____

This consent shall become invalid and expire:
_____ 180 days from the date of signature below, on _____; or
_____ as of Expiration Event of _____; or
__✓__ as defined: __Conclusion of Litigation in Civil Action No. B-04-137; *Rogelio Rodriguez and Elizabeth Rodriguez v. James Arthur Larson*, United States District Court, Southern District of Texas, Brownsville Division__

I understand that information disclosed by this authorization may be re-disclosed by the recipient of your PHI. Such re-disclosure will no longer be protected by this authorization.

I hereby release ___Valley Baptist Medical Center_____ (medical facility) from any and all legal liability and injuries that may arise from the release of this information to the party named above. The information that I am requesting may be sent to the requesting organization in accordance with the medical facility's policy (i.e., U.S. mail service, electronic facsimile, etc.).

I understand that I have the right to receive a copy of this authorization.
I hereby ___DO / ___ DO NOT request such a copy.

A copy or facsimile of this authorization is as valid as the original.

I understand that my healthcare and the payment of my healthcare will not be affected if I refuse to sign this authorization.

I have read the above or have had it read to me and authorize the disclosure of the Protected Health Information as stated.

---

SIGNED_____ DATE_____
*Signature of Patient, Legal Guardian, or Representative* *

If signed by other than patient, indicate relationship:_____

*Authorized representative must submit copies of legal document supporting his or her authority to act on the patient's behalf.

---

WITNESS_____ DATE_____

To the Party Receiving this Information: This information has been disclosed to you from record whose confidentiality may be protected by state and/or federal law. Certain regulations prohibit you from further disclosure of it without the specific written consent of the person to whom it pertains, or otherwise as permitted by such law and regulations. A general authorization for the release of such medical or other information is not sufficient for this purpose. Fees will be charged for the release of information in accordance with the law.