UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND<br>ELIZABETH RODRIGUEZ | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | §<br>§ | |

## ORDER SETTING HEARING DATE

It is hereby ORDERED that this Honorable Court has set Defendant's Motion for Order Compelling Discovery for hearing on the _____ day of _____, 2005, beginning at _____ ___.m.

SIGNED AND ENTERED this _____ day of _____, 2005.

_____
JUDGE PRESIDING

cc:   Randall P. Crane, 201 S. Sam Houston, San Benito, Texas 78586

   Patrick R. Kasperitis, 611 South Upper Broadway, Corpus Christi, Texas 78401