UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 2 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROGELIO RODRIGUEZ AND § | |
| ELIZABETH RODRIGUEZ § | |
| § | |
| V. § | CIVIL ACTION NO. B-04-137 |
| § | |
| JAMES ARTHUR LARSON § | |

## MOTION FOR EXTENSION OF TIME FOR DISCOVERY

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW James Arthur Larson, Defendant in the above-entitled and numbered cause, brings this Motion for Extension of Time for Discovery pursuant to the Court's Amended Scheduling Order, and as grounds for the relief requested in the prayer hereof, respectfully shows the Court as follows:

1. The Original Scheduling Order issued by the Court on November 5, 2004 required Plaintiff to make its Expert Disclosures on or before February 16, 2005 in anticipation of an October 12, 2005 trial setting. Defendant was required to make its Expert Disclosures on or before March 17, 2005. Plaintiff made no Expert Disclosure. Defendant's Expert Disclosure was made on March 17, 2005.

2. The Court entered an Amended Scheduling Order on March 31, 2005, on the motion for extension of time filed by Plaintiff. In that Order, Plaintiff was to file its Designation of Experts on or before May 11, 2005. Defendant was to file its Designation of Experts 30 days thereafter. Plaintiff has not filed its Designation of Experts, as of the filing of this Motion. Plaintiff noticed the Deposition of Dr. Jorge Tijmes on June 21, 2005 at 6:00 p.m. None of the disclosures relating to

Dr. Tijmes opinions have been made. Defendant may wish to retain rebuttal experts to address the opinions of Dr. Tijmes, which will be revealed for the first time at his deposition. Defendant requests that the Court permit him to designate his rebuttal experts 30 days after the deposition of Dr. Tijmes, in light of the lack of proper Expert Disclosures made by Plaintiff's counsel.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court enter an order compelling Plaintiff to produce to Defendant the authorization attached hereto as EXHIBIT E, signed by Plaintiff Rogelio Rodriguez, that will allow Valley Baptist Medical Center to release the complete medical file of Rogelio Rodriguez, within such time as the Court may deem proper and for a further order requiring Plaintiff to reimburse Defendant for the reasonable expense incurred in obtaining such order in an amount no less than ONE THOUSAND AND NO/100 DOLLARS ($1,000.00), and for such other and further relief to which Defendant may be justly entitled.

Respectfully submitted,

DUNN, WEATHERED, COFFEY,
RIVERA, KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY _____
Patrick R. Kasperitis
SBN 11105270; FED ID 12594
Frank Weathered
SBN 20998600; FED ID 2441

COUNSEL FOR DEFENDANT
JAMES ARTHUR LARSON

CERTIFICATE OF SERVICE

This is to certify that on the ___ day of June 2005, this document was served on counsel of record as indicated below pursuant to Texas Rules of Civil Procedure.

_____
Patrick R. Kasperitis

**VIA CM/RRR**
Mr. Randall P. Crane
LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586