UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND<br>ELIZABETH RODRIGUEZ | §<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | §<br>§<br>§ | |

## ORDER

On this day came on for consideration the Motion for Extension of Time for Discovery filed by Defendant in the above-styled and numbered cause. The Court having considered same finds that said motion should be granted. It is, therefore,

ORDERED that Defendant's Supplemental Designation of Experts shall be due to be filed on or before July 21, 2005.

SIGNED AND ORDERED ENTERED this _____ day of _____, 2005.

_____
JUDGE PRESIDING

*copied to:*

Randall P. Crane, 201 S. Sam Houston, San Benito, Texas 78586

Patrick R. Kasperitis, 611 South Upper Broadway, Corpus Christi, Texas 78401