**UNITED STATES DISTRICT COURT**
**For the Southern District of Texas**

Rogelio Rogelio Rodriguez, et al.
                Plaintiff

v.                                   Case No.: 1:04−cv−00137
                                   Magistrate Judge Felix Recio

James Arthur James Arthur Larson
                Defendant

---

**NOTICE OF RESETTING**

    TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Felix Recio

**PLACE:**

Courtroom 1
United States District Court
600 E. Harrison
Brownsville, TX 78520

**DATE:**    7/6/05

**TIME:**    01:30 PM

**TYPE OF PROCEEDING:**    Motion Hearing

Date:    June 24, 2005

                                                                         Michael N. Milby, Clerk