United States District Court
Southern District of Texas
ENTERED

JUN 2 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROGELIO RODRIGUEZ AND       §
ELIZABETH RODRIGUEZ         §
                            §
V.                          §        CIVIL ACTION NO. B-04-137
                            §            (636(c))
JAMES ARTHUR LARSON         §

## ORDER SETTING HEARING DATE

It is hereby ORDERED that this Honorable Court has set Defendant's Motion for Extension
of Time for Discovery for hearing on the 29th day of June, 2005, beginning at
10:00 A.m.

SIGNED AND ENTERED this 24th day of June, 2005.

_____
JUDGE PRESIDING

cc:   Randall P. Crane, 201 S. Sam Houston, San Benito, Texas 78586

      Patrick R. Kasperitis, 611 South Upper Broadway, Corpus Christi, Texas 78401