

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROGELIO RODRIGUEZ AND § <br> ELIZABETH RODRIGUEZ § <br>  § <br> V. § <br>  § <br> JAMES ARTHUR LARSON § | CIVIL ACTION NO. B-04-137 |

### DEFENDANT'S FIRST AMENDED DESIGNATION OF EXPERTS

James Arthur Larson, Defendant in the above-entitled and numbered cause, hereby files this First Amended Designation of Experts.

1. This case is presently set for jury selection on October 12, 2005.

2. **Defendant does not designate any expert witnesses at this time.** Pursuant to the adverse party rule, Defendant may call any adverse witnesses designated by all other parties to elicit expert opinions. Further, Defendant reserves the right to call any expert identified or designated by an adverse party to elicit expert opinions, subject to any objections Defendant makes concerning the designation of those experts, including those listed below:

a. R & L Carriers, Inc. and/or Custodian of Records
   600 Gillam Road, Wilmington, OH 45177
   — Plaintiff's employer April 2001-present

b. R & L Transfer, Inc., and/or Custodian of Records
   600 Gillam Road, Wilmington, OH 45177

c. Trooper Lionel Trevino, #9176
   Texas Department of Public Safety and/or Custodian of Records
   1630 N 77 Sunshine Strip, Harlingen, Texas 78550
   (956) 423-1160
   — Investigating Officer at scene of accident

d.  Valley Baptist Medical Center and/or Custodian of Records
    2121 Pease Street, Harlingen, Texas 78550
    (956) 389-1100
    Dr. William Taw
    Dr. Robert Wright
    James Easthnam, CEO
    Ward Cook, Human Resources
    Marcie Sanchez, Medical Billing
    — Knowledge of Plaintiff's medical care and treatment

e.  Harlingen Bone & Joint Clinic, P.A. and/or Custodian of Records
    1801 N Ed Carey Drive, Suite A, Harlingen, Texas 78550
    (956) 423-5033
    Dr. Herman J. Keillor
    — Knowledge of Plaintiff's medical care and treatment

f.  Rio Grande Valley Imaging & Diagnostic Center and/or Custodian of Records
    501-B N Ed Carey Drive, Harlingen, Texas 78550
    (956) 440-8900
    — Knowledge of Plaintiff's medical care and treatment

g.  Dr. Eric Bennos and/or Custodian of Records
    P.O. Box 293115, Lewisville, Texas 75029-3115
    — Knowledge of Plaintiff's medical care and treatment

h.  Southern Bone & Joint Center Assoc. and/or Custodian of Records
    P.O. Box 6209, McAllen, Texas 78502
    (956) 687-2032
    Dr. Jorge E. Tijmes
    — Knowledge of Plaintiff's medical care and treatment

i.  McAllen MRI Center and/or Custodian of Records
    320 N McColl, Suite E, McAllen, Texas 78501
    (956) 687-9636
    Dr. Marc Berger
    — Knowledge of Plaintiff's medical care and treatment

j.  Focus Medicine Center and/or Custodian of Records
    1120 Galveston Avenue, McAllen, Texas 78501
    (956) 686-5512
    Dr. D. S. Gill
    — Knowledge of Plaintiff's medical care and treatment

k.  Orthopedic Industrial Sports Medicine & Rehabilitation and/or Custodian of Records
    1120 Galveston Avenue, McAllen, Texas 78501
    (956) 686-5512
    Dr. D. S. Gill
    — Knowledge of Plaintiff's medical care and treatment

l.  Dr. Abraham Cano and/or Custodian of Records
    2401 Ed Carey Drive, Suite A, Harlingen, Texas 78550
    (956) 425-9181
    — Knowledge of Plaintiff's medical care and treatment

m.  EMCARE Har Emerg Physicians, PA and/or Custodian of Records
    P.O. Box 13826, Philadelphia, PA 19101-3826
    (800) 355-2470
    — Knowledge of Plaintiff's medical care and treatment

3. Defendant specifically states that none of the above are retained experts of this party as defined by FED. R. CIV. P. 26. Nevertheless, Defendant reserves the right to elicit expert testimony from each witness, either at trial, on deposition, or by affidavit for use in direct examination, cross-examination, or as rebuttal evidence. By designating these experts, Defendant does not adopt, confirm, ratify, or assume the veracity of any testimony elicited from these witnesses by counsel for any other party.

4. Defendant specifically reserves the right to elicit such "expert" testimony as may fall within the education, training, and/or experience of "persons with knowledge of Plaintiff's relevant facts" identified in the course of discovery, regardless of the fact that such witnesses are presently expected to testify regarding merely factual matters related to the incident in question and have not been formally retained by Defendant.

5. Defendant names the following as a prospective witness who may be used for rebuttal testimony at the time of trial regarding his opinions and findings from his review of Plaintiff's MRI films and in rebuttal to the deposition testimony given by Dr. Tijmes. At this time, the following has

not been retained by Defendant, has not reviewed Plaintiff's MRI films, and has not prepared a report for Defendant. Attached hereto is a copy of his curriculum vitae.

        Dr. Daniel Backlas, Chief Radiologist
        Knapp Medical Center
        1401 East 8th Street, Weslaco, TX 78596

        Respectfully submitted,

        DUNN, WEATHERED, COFFEY, RIVERA,
        KASPERITIS & RODRIGUEZ, P.C.
        611 South Upper Broadway
        Corpus Christi, Texas 78401
        (361) 883-1594 [FAX 883-1599]

BY _____
        Patrick R. Kasperitis
        SBN 11105270; FED ID 12594
        Frank Weathered
        SBN 20998600; FED ID 2441

        COUNSEL FOR DEFENDANT
        JAMES ARTHUR LARSON

## CERTIFICATE OF SERVICE

This is to certify that on the ___1___ day of August 2005, this document was served on counsel of record as indicated below pursuant to Texas Rules of Civil Procedure.

*Patrick R. Kasperitis*

**VIA CM/RRR 7004 1350 0003 8923 8296**
Mr. Randall P. Crane
LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586