# CURRICULUM VITAE

## DANIEL R. BACKLAS, M.D.
SS# 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

## DATE AND PLACE OF BIRTH:

March 2, 1952
Buffalo, New York

## MARITAL STATUS:

Married

## EDUCATION AND TRAINING:

B.S., University of Florida, Gainsville, Florida, June 1974

M.D., University of Madrid, Madrid, Spain, June 1982

Internship: Transitional Program in Surgery and Medicine
State University of New York
Buffalo, New York
June 1982 - June 1983

Residency: (PGY II-IV), Radiology, Assistant Clinical Instructor
State University of New York
Buffalo, New York
July 1983 - June 1986

Fellowship: (PGY), CT, Angiography and Interventional Radiology
Buffalo General Hospital
State University of New York
July 1986 - January 1988

## LICENSURE:

Louisiana License #07839R
Texas License #H3642
New York License #165337-1
New Jersey License #MA46102

## CERTIFICATION:

ECFMG #331-272-5
FLEX: Medical Licensing Board of New Jersey #520302014
American Board of Radiology
Radiation Safety Officer
Veterans Administration Hospital, Biloxi, Mississippi
Knapp Medical Center, Weslaco, Texas