UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 9 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | § | |

## NOTICE

James Arthur Larson, Defendant in the above-styled and numbered cause, hereby appears and gives notice to the Court that Plaintiffs and Defendant have entered into a verbal agreement which is in compliance with the Court's order from the bench rendered on July 6, 2005, regarding Defendant's Motion to Compel.

Respectfully submitted,

DUNN, WEATHERED, COFFEY, RIVERA,
KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY_____
Patrick R. Kasperitis
SBN 11105270; FED ID 12594
Frank Weathered
SBN 20998600; FED ID 2441

COUNSEL FOR DEFENDANT
JAMES ARTHUR LARSON

-1-

## CERTIFICATE OF SERVICE

This is to certify that on the 15th day of August 2005, this document was served on counsel of record as indicated below pursuant to Texas Rules of Civil Procedure.

Patrick R. Kasperitis

**VIA FAX 956.399.7398**
**and CM/RRR 7004 1350 0003 8923 8357**
Mr. Randall P. Crane
LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586