United States District Court
Southern District of Texas
FILED

SEP 2 9 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | § | |

## AGREED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Rogelio Rodriguez and Elizabeth Rodriguez, Plaintiffs, by and through their counsel of record, Randall P. Crane, and James Arthur Larson, Defendant, by and through his counsel of record, Patrick R. Kasperitis, and make and file this Agreed Motion for Continuance, as grounds therefore, respectfully showing unto the Court as follows:

1. On or about June 7, 2004, Plaintiffs filed their original petition.

2. Defendant filed his original answer on or about August 4, 2004.

3. The Amended Rule 16, F.R.C.P. Scheduling Order currently in effect sets this matter for a Final Pretrial Conference on October 4, 2005, at 2:00 p.m., and Jury Selection on October 5, 2005, at 9:00 a.m. Following the jury selection, this case will remain on standby until tried.

4. Plaintiffs and Defendant have agreed to pass the current aforementioned settings and would request that this matter be set for a Rule 26(f) conference at the Court's earliest convenience.

5. Further, the parties would show unto this Honorable Court that this continuance is not sought for delay only, but that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the parties hereto respectfully pray that this Agreed Motion for Continuance be in all things granted and that this case be set for a Rule 26(f)

Conference at the Court's earliest convenience. The parties further pray for such other relief, at law or in equity, to which they may show themselves to be entitled.

Respectfully submitted,

RANDALL P. CRANE
ATTORNEY AT LAW
201 S. Sam Houston
San Benito, Texas 78586
(956) 399-2496 [FAX 399-7398]

BY

Randall P. Crane
SBN 05006900; FED ID _____

COUNSEL FOR PLAINTIFFS


DUNN, WEATHERED, COFFEY, RIVERA,
KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]


BY _____

Patrick R. Kasperitis
SBN 11105270; FED ID 12594
Frank Weathered
SBN 20998600; FED ID 2441

COUNSEL FOR DEFENDANT
JAMES ARTHUR LARSON