UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | § | |

## AGREED ORDER

On this day came on for consideration the Agreed Motion for Continuance filed by the parties in the above-styled and numbered cause. The Court, having considered same and finding that all parties hereto are in agreement that said motion should be granted,

IT IS ACCORDINGLY ORDERED, ADJUDGED, and DECREED that the above-styled and numbered cause be continued from its present settings and set for a Rule 26(f), F.R.C.P. conference at the Court's earliest convenience.

SIGNED AND ORDERED ENTERED this _____ day of _____, 2005.

_____
Felix Recio, United States Magistrate Judge

*copied to:*

Randall P. Crane, 201 S. Sam Houston, San Benito, Texas 78586

Patrick R. Kasperitis, 611 South Upper Broadway, Corpus Christi, Texas 78401