United States District Court
Southern District of Texas
FILED

OCT 0 4 2005

Michael N. Milby
Clerk of Court

**LAW OFFICE OF DAVID A. CANTU, P.C.**
*ATTORNEY/MEDIATOR/ARBITRATOR*

5407 McColl Road, Suite B
McAllen, Texas 78504
(956) 972-0200
(956) 972-0231 Fax

September 28, 2005

Honorable Felix Recio
Court Room #1
Clerk's Office
600 E. Harrison
Room 101
Brownsville, Texas 78520

      Re:    Civil Action No. B-04-137; Rogelio Rodriguez and Elizabeth Rodriguez v. James Arthur Larson, United States District Court, Southern District of Texas, Brownsville Division

Dear Judge Recio:

The above references cause of action met for mediation on September 16, 2005. Settlement was not resolved between the parties.

I hope that I can be of service to you and your court in the future. Should you have any questions with regard to this matter, please do not hesitate to call

Sincerely,

David A. Cantu
Attorney At Law

DAC:pb
Cc: Mr. Randall Crane
      Mr. Patrick Kasperitis