United States District Court
Southern District of Texas
FILED

SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION

NOV 1 6 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROGELIO RODRIGUEZ AND | § |
| ELIZABETH RODRIGUEZ | § |
| | § |
| VS. | § |
| | §   CIVIL ACTION NO, B-04-137 |
| JAMES ARTHUR LARSON | § |

## MOTION FOR EXTENSION OF TIME
## TO COMPLETE DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ, asks the court to grant additional time to complete discovery in this cause.

### 1.

The above styled and referenced case was initially filed in the 357th Judicial District Court of Cameron County, Texas, on or about June 7, 2004.  Thereafter, Defendant JAMES ARTHUR LARSON filed his Notice of Removal to this court on or before August 17, 2004.

On November 4, 2004 this Court conducted its initial pre-trial and scheduling conference.

### 2.

Plaintiffs ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ ask the court to grant additional time to complete discovery because:

a)    Depositions of the medical experts have not been taken;

b)    Not all medical records for this case have been obtained.

c)    Deposition of the defendant has not been taken.

d)    Deposition of persons with relevant knowledge have not been taken.

Plaintiffs ask the court to extend the following deadlines:

Plaintiff's Expert Designation  until January 3, 2006

All Discovery completed by February 3, 2006

Amend pleadings by January 3, 2006

so that Plaintiffs can include additional experts and complete discovery.

Plaintiffs request for additional time is not made for delay but so that justice may be done.

### 3.

WHEREFORE PREMISES CONSIDERED, Plaintiffs ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ pray that the Court set this Motion For Hearing and after the hearing, grant their motion to extend the plaintiff's expert deadline until January 3, 2006, Amendment of pleadings until January 3, 2006  and the discovery deadline until February 3, 2006.

RESPECTFULLY SUBMITTED,
**LAW FIRM OF RANDALL P. CRANE**
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
Tel. (956) 399-2496
Fax. (956) 399-7398
BY

**RANDALL P. CRANE**
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Plaintiff's Motion for Extension of Deadlines has been forwarded to all parties of record as follows:

DUNN, WEATHERED, COFFEY,
RIVERA, KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594
(361) 883-1599   Fax

SIGNED THIS THE 15ᵗʰ  DAY OF NOVEMBER,  2005.

RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

I certify that I have, on this the 15ᵗʰ day of November,  2005,  conferred with opposing counsel, Patrick R. Kasperitis, with regards to the filing of this motion, and opposing counsel will not agree with  the Motion for Extension of Time To Complete Discovery.

RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROGELIO RODRIGUEZ AND    §
ELIZABETH RODRIGUEZ    §
   §
VS.    §     CIVIL ACTION NO, B-04-137
   §
JAMES ARTHUR LARSON    §

## ORDER SETTING HEARING
## ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME
## TO COMPLETE DISCOVERY

A hearing on Plaintiff's Motion For Extension of Time To Complete Discovery is hereby

set for the _____ day of _____, 2005, at _____ a.m. in the 2 nd Floor,

Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville,

Cameron County, Texas.

SIGNED this _____ day of _____, 2005.

_____
United States Magistrate Judge

COPIES TO:
Hon. Randall P. Crane, Attorney for Plaintiffs
Hon. Patrick R. Kasperitis, Attorney for Defendant