UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 6 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § | |

-oOo-

## CERTIFICATE OF WRITTEN DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that the following documents were forwarded to the attorney of record for JAMES ARTHUR LARSON on November 14, 2005, without the necessity of filing same with the Clerk of the United States District Court:

**Plaintiffs First Amended Designation of Experts**

RESPECTFULLY SUBMITTED,

RANDALL P. CRANE
ATTORNEY AT LAW
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-2496

BY: _____
RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR
PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded on this the 14th day of November, 2005, upon the following attorney of record:

Patrick R. Kasperitis
Attorney AT Law
DUNN, WEATHERED, COFFEY, ET AL
611 South Upper Broadway
Corpus Christi, Texas 78401

(Certified Mail, Return Receipt Requested #7004 0550 0001 3139 2871)

RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS