United States District Court
Southern District of Texas
FILED

NOV 1 7 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROGELIO RODRIGUEZ AND §
ELIZABETH RODRIGUEZ §
§
VS. § CIVIL ACTION NO. B-04-137
§
JAMES ARTHUR LARSON §

-oOo-

## PLAINTIFF'S SPECIAL EXCEPTION TO DEFENDANT'S FIRST AMENDED ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ, PLAINTIFFS in the above-entitled and numbered cause, and files this their Special Exception to Defendant JAMES ARTHUR LARSON'S First Amended Original Answer and as grounds therefore would show unto the Court the following:

**SPECIAL EXCEPTIONS**

**1.**

Plaintiffs Rogelio Rodriguez and Elizabeth Rodriguez, specially except to paragraph 2 of Defendant's First Amended Original Answer wherein it states that the Plaintiff's injuries, if any, were proximately caused and/or solely caused by his own contributory negligence.

Defendant fails to state how plaintiff's injuries were solely caused by his own contributory negligence and what those acts of contributory negligence are that solely contributed to plaintiff's injuries.

**2.**

Plaintiffs    Rogelio Rodriguez and Elizabeth Rodriguez specially   except  to paragraph 4  of Defendant's First Amended Original Answer  wherein it states that any Plaintiff's injuries were the result of a pre-existing condition.

Defendant fails to state what pre-existing conditions, plaintiff may have had.

**3.**

Plaintiffs Rogelio Rodriguez and Elizabeth Rodriguez specially   except    to paragraph 5  Defendant's First Amended Original Answer  wherein it states that Plaintiff is suffering from conditions that did not result from the accident made the basis of this suit such that he is entitled to no recovery for such conditions.

Defendants fail to state what conditions plaintiff is suffering from that have not resulted from the accident made the basis of this suit.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs Rogelio Rodriguez and Elizabeth Rodriguez  prays that Defendant be ordered to amend his  answer to meet with the special exceptions hereinabove and if defendant fails to do so then any affirmative defenses should be stricken.

RESPECTFULLY SUBMITTED,

LAW FIRM OF RANDALL P. CRANE
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78566
(956) 399-2496

BY:

RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Special Exception to Defendant's First Amended Answer  has this day been delivered by mail  to the attorney of record for the Defendant,  as follows:

Dunn, Weathered, Coffey
Rivera, Kasperitis & Rodriguez, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401


Signed this the __15th__ day of November, 2005.

RANDALL P. CRANE
STATE BAR #05006900