ORDER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ, ET AL | § | |
| | § | |
| v. | § | Civil Action No. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | § | |

### ORDER SETTING HEARING ON PLAINTIFFS' MOTION
### FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

A hearing on Plaintiffs' Motion for Extension of Time to Complete Discovery is hereby set for the 8th day of December 2005, at 10:00 a.m., in the 2nd Floor, Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas.

SIGNED this 22nd day of November 2005, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge