ORDER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIQUEZ, ET AL, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-137 |
| | § | (636(c)) |
| JAMES ARTHUR LARSON, | § | |
| Defendant. | § | |

## ORDER COMPELLING DISCOVERY

On June 6, 2005, the Defendant James Arthur Lawson filed a motion to compel discovery and for an award of attorney's fees for the preparation of this motion and in procurement of these documents in the above styled and numbered case (Docket No. 22). The Court DENIES this motion without prejudice. IT IS SO ORDERED.

DONE at Brownsville, Texas this 10th day of January 2006.

_____
Felix Recio
United States Magistrate Judge