ORDER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ, ET AL | * | |
| VS | * | C.A. NO. B04-137 |
| | | (636(c)) |
| JAMES ARTHUR LARSON | * | |

## ORDER RESETTING DOCKET CALL

The docket call in the above-captioned cause of action is hereby reset from April to May as follows:

        Final Pretrial Conference:       May 2, 2006, at 2:00 p.m.
        (All pending motions, including dispositive motions will be addressed at this time.)

        Jury Selection:       May 4, 2006, at 9:00 a.m.
        (The case will remain on standby until tried.)

Done at Brownsville, Texas, this 31st day of January 2006.

 

_____
Felix Recio
United States Magistrate Judge