UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 3 2006

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | § | |

## DEFENDANT'S SECOND AMENDED ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

James Arthur Larson, Defendant in the above-styled and numbered cause, in answer to

Plaintiff's pleadings, respectfully shows this Court as follows:

## GENERAL DENIAL

1. Defendant generally denies each and all of the material allegations contained within

Plaintiff's pleadings and upon trial will demand strict proof thereof.

## AFFIRMATIVE DEFENSES

2. In the alternative, and by way of affirmative defense, Defendant would show that

Plaintiff's injuries, if any, were proximately caused and/or solely caused by his own contributory

negligence. The undisputed testimony in the case illustrates that Plaintiff's vehicle struck

Defendant's vehicle from the rear. Defendant, therefore, contends in response to Plaintiff's Special

Exceptions, that Plaintiff may have contributed to the cause of the accident by failing to keep a

proper lookout for traffic in front of him, failing to control his speed, failing to timely apply his

brakes and failing to take proper evasive actions.

3.  Further, by way of affirmative defense, Defendant would show that the doctrine of comparative negligence applies in this case such that any recovery by Plaintiff should be reduced by the percentage of Plaintiff's own negligence proximately causing or contributing to his injuries, if any.

4.  Further, by way of affirmative defense, Defendant would show that Plaintiff's injuries were the result of a pre-existing condition. Further pleading, in response to Plaintiff's Special Exceptions, Defendant contends that Plaintiff suffered from degenerative disc disease prior to the incident made the basis of this suit. Plaintiff's physical condition remains consistent with degenerative changes in the spine.

5.  Pleading further by way of affirmative defense, Defendant would show that Plaintiff is suffering from conditions that did not result from the accident made the basis of this suit, such that he is entitled to no recovery for such conditions. Further pleading, in response to Plaintiff's Special Exceptions, Defendant contends that Plaintiff suffered from degenerative disc disease prior to the incident made the basis of this suit. Plaintiff's physical condition remains consistent with degenerative changes in the spine. However, after the accident made the basis of this suit, Plaintiff suffered an injury in a fall at work, which may have exacerbated the nature and extent of his pre-existing degenerative injuries and the injuries he alleges to have suffered in the incident made the basis of this suit.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff take nothing by his suit, that Defendant recover his costs, and for such other and further relief to which Defendant may show himself justly entitled.

-2-

Respectfully submitted,

DUNN, WEATHERED, COFFEY, RIVERA,
KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]


BY_____

Patrick R. Kasperitis
SBN 11105270; FED ID 12594
Frank Weathered
SBN 20998600; FED ID 2441

COUNSEL FOR DEFENDANT
JAMES ARTHUR LARSON


### CERTIFICATE OF SERVICE

This is to certify that on the 1st day of March 2006, this document was served on counsel of record as indicated below pursuant to Federal Rules of Civil Procedure.

_____
Patrick R. Kasperitis


**VIA CM/RRR 7005 1820 0001 4400 0321**
Mr. Randall P. Crane
LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586