United States District Court
Southern District of Texas
FILED

MAR 6 2006

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROGELIO RODRIGUEZ AND §
ELIZABETH RODRIGUEZ §
§
VS. §
§    CIVIL ACTION NO, B-04-137
§
JAMES ARTHUR LARSON §

-oOo-

## PLAINTIFFS' MOTION TO QUASH DEPOSITION
## OF DR. DANIEL BACKLAS

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff asks the court to quash the deposition of. Daniel Backlas, defendants expert.

### A. Introduction

Plaintiffs are Rogelio Rodriguez and Elizabeth Rodriguez. Defendant is James Arthur Larson. Plaintiffs sued defendant James Arthur Larson for injuries sustained as the result of an automobile collision on January 16, 2003.

### B. Facts

1) On August 1, 2005, Defendant James Arthur Larson filed Defendant's First Amended Designation of Experts, attached hereto as exhibit "A", and stated as follows:

**Defendant does not designate any expert witness at this time.**

Defendant names the following as a prospective witness who may be used for rebuttal testimony at the time of trial regarding his opinions and findings from his review of Plaintiff's MRI films and in rebuttal to the deposition testimony given by Dr. Tijmes. At this time, the following has not been retained by Defendant, has not reviewed Plaintiff's MRI films, and has not prepared a report for Defendant. Attached hereto is a copy of his

curriculum vitae.

>   Dr. Daniel Backlas, Chief Radiologist
>   Knapp Medical Center
>   1401 East 8th Street
>   Weslaco, Tx. 78596

2) On February 24, 2006, Defendant James Arthur Larson filed Defendant's Supplemental Designation of Expert which were received by plaintiffs on February 28, 2006, attached hereto as Exhibit "B", and states as follows:

> Defendant designates the following as a testifying expert witness at this time:
>
> Dr. Daniel Backlas, Chief Radiologist
> Knapp Medical Center
> 1401 East 8th Street
> Weslaco, Tx. 78596
> (956) 968-4564

3) On February 24, 2006, Defendant James Arthur Larson filed Defendant's Second Supplemental Rule 26(A) Disclosures, which were received by Plaintiffs on February 28, 2006, attached hereto as Exhibit "C", wherein Defendant listed Dr. Daniel Backlas as an expert witness and provided a report dated February 22, 2006.

4) Also on February 28, 2006, Defendant James Arthur Larson Noticed the Deposition of Dr. Daniel Backlas on March 21, 2006 at 5:30 p.m., see attached Exhibit "D".

5) On December 8, 2005, the Court issued an Amended Rule 16, F.R.C.P. Scheduling Order granting new discovery dates, attached hereto as Exhibit "E", which included the following:

**February 3, 2006**   **Defendant's Expert Disclosure** shall be made by this date.

**March 3, 2006**   **ALL DISCOVERY** must be completed by this date. No motion for extension of time will be granted unless there is a showing of express need and that good cause exists.

### C. Argument & Authorities

The Court should quash the deposition of Dr. Daniel Backlas because:

a) The discovery deadline as shown on the scheduling order is March 3, 2006, and Defendant has scheduled his defendant's expert deposition on March 21, 2006, after the discovery deadline setout by the court.

b) Defendant's designation of expert's deadline was on February 3, 2006 and Defendant did not designate or provide the expert's report until February 28, 2006.

### D. Conclusion

Plaintiffs request that the deposition of defendant's expert, Dr. Daniel Backlas be quashed and that Dr. Daniel Backlas not be allowed to testify as an expert in this case because Dr. Backlas was not listed as an expert and his report was not provided until after the deadline for defendant to designate experts.

### E. Prayer

For these reasons, plaintiffs Rogelio Rodriguez and Elizabeth Rodriguez ask the court to quash the deposition of defendant's expert, Dr. Daniel Backlas.

RESPECTFULLY SUBMITTED,

LAW FIRM OF RANDALL P. CRANE
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-2496

BY: _____
RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS
ROGELIO RODRIGUEZ AND
ELIZABETH RODRIGUEZ

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Plaintiff's Motion to Quash Deposition of Dr. Daniel Backlas has been forwarded to the attorneys of record for the Defendants as follows:

Dunn, Weathered, Coffey,
Rivera, Kasperitis & Rodriguez, P.C.
Attorneys At Law
611 S. Upper Broadway
Corpus Christi, Texas 78401

(Certified Mail, Return Receipt Requested #7004 0550 0001 3134 9950)

SIGNED THIS THE 3rd DAY OF MARCH, 2006.

_____
RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS
ROGELIO RODRIGUEZ AND
ELIZABETH RODRIGUEZ