UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RECEIVED AUG - 3 2005

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | § | |

### DEFENDANT'S FIRST AMENDED DESIGNATION OF EXPERTS

James Arthur Larson, Defendant in the above-entitled and numbered cause, hereby files this First Amended Designation of Experts.

1. This case is presently set for jury selection on October 12, 2005.

2. **Defendant does not designate any expert witnesses at this time.** Pursuant to the adverse party rule, Defendant may call any adverse witnesses designated by all other parties to elicit expert opinions. Further, Defendant reserves the right to call any expert identified or designated by an adverse party to elicit expert opinions, subject to any objections Defendant makes concerning the designation of those experts, including those listed below:

a. R & L Carriers, Inc. and/or Custodian of Records
   600 Gillam Road, Wilmington, OH 45177
   — Plaintiff's employer April 2001-present

b. R & L Transfer, Inc., and/or Custodian of Records
   600 Gillam Road, Wilmington, OH 45177

c. Trooper Lionel Trevino, #9176
   Texas Department of Public Safety and/or Custodian of Records
   1630 N 77 Sunshine Strip, Harlingen, Texas 78550
   (956) 423-1160
   — Investigating Officer at scene of accident


EXHIBIT A pg -1-

d.  Valley Baptist Medical Center and/or Custodian of Records
    2121 Pease Street, Harlingen, Texas 78550
    (956) 389-1100
    Dr. William Taw
    Dr. Robert Wright
    James Easthnam, CEO
    Ward Cook, Human Resources
    Marcie Sanchez, Medical Billing
    — Knowledge of Plaintiff's medical care and treatment

e.  Harlingen Bone & Joint Clinic, P.A. and/or Custodian of Records
    1801 N Ed Carey Drive, Suite A, Harlingen, Texas 78550
    (956) 423-5033
    Dr. Herman J. Keillor
    — Knowledge of Plaintiff's medical care and treatment

f.  Rio Grande Valley Imaging & Diagnostic Center and/or Custodian of Records
    501-B N Ed Carey Drive, Harlingen, Texas 78550
    (956) 440-8900
    — Knowledge of Plaintiff's medical care and treatment

g.  Dr. Eric Bennos and/or Custodian of Records
    P.O. Box 293115, Lewisville, Texas 75029-3115
    — Knowledge of Plaintiff's medical care and treatment

h.  Southern Bone & Joint Center Assoc. and/or Custodian of Records
    P.O. Box 6209, McAllen, Texas 78502
    (956) 687-2032
    Dr. Jorge E. Tijmes
    — Knowledge of Plaintiff's medical care and treatment

i.  McAllen MRI Center and/or Custodian of Records
    320 N McColl, Suite E, McAllen, Texas 78501
    (956) 687-9636
    Dr. Marc Berger
    — Knowledge of Plaintiff's medical care and treatment

j.  Focus Medicine Center and/or Custodian of Records
    1120 Galveston Avenue, McAllen, Texas 78501
    (956) 686-5512
    Dr. D. S. Gill
    — Knowledge of Plaintiff's medical care and treatment

EXHIBIT
A pg 2

k.  Orthopedic Industrial Sports Medicine & Rehabilitation and/or Custodian of Records
    1120 Galveston Avenue, McAllen, Texas 78501
    (956) 686-5512
    Dr. D. S. Gill
    — Knowledge of Plaintiff's medical care and treatment

l.  Dr. Abraham Cano and/or Custodian of Records
    2401 Ed Carey Drive, Suite A, Harlingen, Texas 78550
    (956) 425-9181
    — Knowledge of Plaintiff's medical care and treatment

m.  EMCARE Har Emerg Physicians, PA and/or Custodian of Records
    P.O. Box 13826, Philadelphia, PA 19101-3826
    (800) 355-2470
    — Knowledge of Plaintiff's medical care and treatment

3. Defendant specifically states that none of the above are retained experts of this party as defined by FED. R. CIV. P. 26. Nevertheless, Defendant reserves the right to elicit expert testimony from each witness, either at trial, on deposition, or by affidavit for use in direct examination, cross-examination, or as rebuttal evidence. By designating these experts, Defendant does not adopt, confirm, ratify, or assume the veracity of any testimony elicited from these witnesses by counsel for any other party.

4. Defendant specifically reserves the right to elicit such "expert" testimony as may fall within the education, training, and/or experience of "persons with knowledge of Plaintiff's relevant facts" identified in the course of discovery, regardless of the fact that such witnesses are presently expected to testify regarding merely factual matters related to the incident in question and have not been formally retained by Defendant.

5. Defendant names the following as a prospective witness who may be used for rebuttal testimony at the time of trial regarding his opinions and findings from his review of Plaintiff's MRI films and in rebuttal to the deposition testimony given by Dr. Tijmes. At this time, the following has

EXHIBIT
A pg 3

not been retained by Defendant, has not reviewed Plaintiff's MRI films, and has not prepared a report for Defendant. Attached hereto is a copy of his curriculum vitae.

    Dr. Daniel Backlas, Chief Radiologist
    Knapp Medical Center
    1401 East 8th Street, Weslaco, TX 78596

    Respectfully submitted,

    DUNN, WEATHERED, COFFEY, RIVERA,
    KASPERITIS & RODRIGUEZ, P.C.
    611 South Upper Broadway
    Corpus Christi, Texas 78401
    (361) 883-1594 [FAX 883-1599]

BY _____
    Patrick R. Kasperitis
    SBN 11105270; FED ID 12594
    Frank Weathered
    SBN 20998600; FED ID 2441

COUNSEL FOR DEFENDANT
JAMES ARTHUR LARSON

EXHIBIT
A pg 4

## CERTIFICATE OF SERVICE

This is to certify that on the ____1____ day of August 2005, this document was served on counsel of record as indicated below pursuant to Texas Rules of Civil Procedure.

_____
Patrick R. Kasperitis

**VIA CM/RRR 7004 1350 0003 8923 8296**
Mr. Randall P. Crane
LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586

EXHIBIT
A pg 5

# CURRICULUM VITAE

## DANIEL R. BACKLAS, M.D.
SS# 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

### DATE AND PLACE OF BIRTH:

March 2, 1952
Buffalo, New York

### MARITAL STATUS:

Married

### EDUCATION AND TRAINING:

B.S., University of Florida, Gainsville, Florida, June 1974

M.D., University of Madrid, Madrid, Spain, June 1982

Internship: Transitional Program in Surgery and Medicine
State University of New York
Buffalo, New York
June 1982 - June 1983

Residency: (PGY II-IV), Radiology, Assistant Clinical Instructor
State University of New York
Buffalo, New York
July 1983 - June 1986

Fellowship: (PGY), CT, Angiography and Interventional Radiology
Buffalo General Hospital
State University of New York
July 1986 - January 1988

### LICENSURE:

Louisiana License #07839R
Texas License #H3642
New York License #165337-1
New Jersey License #MA46102

### CERTIFICATION:

ECFMG #331-272-5
FLEX: Medical Licensing Board of New Jersey #520302014
American Board of Radiology
Radiation Safety Officer
    Veterans Administration Hospital, Biloxi, Mississippi
    Knapp Medical Center, Weslaco, Texas



EXHIBIT A pg 6

Daniel R. Backlas, M.D.

APPOINTMENT:

Associate Staff, Department of Radiology
McAllen Medical Center
January 1988 - August 1988

Assistant Professor of Radiology
Tulane University, New Orleans, LA
September 1988 - December 1990

Chief of Radiology/Nuclear Medicine (Representing Tulane University)
Veterans Administration Hospital, Biloxi, Mississippi
January 1990 - November 1990

Section Chief of Musculoskeletal Radiology
Tulane Medical Center, New Orleans, LA
September 1988 - December 1990

Associate Staff, Department of Radiology
Rio Grande Regional Hospital
December 1990 - January 1992

Associate Staff, Department of Radiology
Valley Regional Hospital, Brownsville, Texas
March 1992 - July 31, 1992

Chief of Radiology
Knapp Medical Center, Weslaco, Texas
August 1992 - Present

SOCIETY MEMBERSHIP:

American College of Radiology
Radiological Society of North America
Texas Medical Association
Hidalgo-Starr Counties Medical Society
Texas Radiological Society

EXHIBIT A pg 7