UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | § | |

### DEFENDANT'S SUPPLEMENTAL DESIGNATION OF EXPERT

James Arthur Larson, Defendant in the above-entitled and numbered cause, hereby files this Supplemental Designation of Expert.

1. This case is presently set for jury selection on May 4, 2006.

2. Defendant designates the following as a testifying expert witness at this time:

>Dr. Daniel Backlas, Chief Radiologist
>Knapp Medical Center
>1401 East 8th Street
>Weslaco, Texas 78596
>(956) 968-4564

The above witness has previously been designated to provide rebuttal testimony at the time of trial regarding his opinions and findings from his review of Plaintiff's MRI films and medical records and in rebuttal to the deposition testimony given by Dr. Tijmes. Dr. Backlas' report, dated February 22, 2006, and curriculum vitae have been produced to Plaintiff pursuant to Defendant's Second Supplemental Disclosures.



EXHIBIT B pg -1-

Respectfully submitted,

DUNN, WEATHERED, COFFEY, RIVERA,
KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY _____
Patrick R. Kasperitis
SBN 11105270; FED ID 12594
Frank Weathered
SBN 20998600; FED ID 2441

COUNSEL FOR DEFENDANT
JAMES ARTHUR LARSON

CERTIFICATE OF SERVICE

This is to certify that on the 24 day of February 2006, this document was served on counsel of record as indicated below pursuant to Texas Rules of Civil Procedure.

_____
Patrick R. Kasperitis

**VIA CM/RRR 7005 1820 0001 4400 0277**
Mr. Randall P. Crane
LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586

EXHIBIT B pg 2

-2-