RECEIVED FEB 2 8 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND<br>ELIZABETH RODRIGUEZ | § § § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § § | |

**DEFENDANT'S SECOND SUPPLEMENTAL
RULE 26(A) DISCLOSURES**

TO:   Rogelio Rodriguez and Elizabeth Rodriguez, Plaintiffs, by and through their counsel of record, Randall P. Crane, LAW FIRM OF RANDALL P. CRANE, 201 S. Sam Houston, San Benito, Texas 78586.

Pursuant to provisions of FED. R. CIV. P. 26(a)(1) and (2), Defendant, James Arthur Larson, makes the accompanying second supplemental disclosures:

A.   PERSONS HAVING RELEVANT KNOWLEDGE

1.   Dr. Daniel Backlas, Chief Radiologist
     Knapp Medical Center
     1401 East 8th Street
     Weslaco, Texas 78596
     (956) 968-4564

B.   DOCUMENTS AND OTHER TANGIBLE EVIDENCE

1.   Medical records and films from Rio Grande Valley Imaging & Diagnostic Center

2.   Medical records and films from McAllen MRI Center

3.   Medical records from Herman J. Keillor, M.D.

4.   Medical records from Jorge Tijmes, M.D.

5.   Medical records from D. S. Gill, M.D. (FOCCUS Medicine Center)

6    October 27, 2005, report from D. S. Gill, M.D.


EXHIBIT C pg

-1-

7. All medical records in Defendant's possession, including those listed above which were provided to Dr. Backlas for review, have been produced to Defendant by Plaintiff or obtained by Defendant through depositions upon written questions of which Plaintiff has been notified. Upon request, arrangements may be made for Plaintiff's inspection and/or photocopy of these records.

8. Deposition testimony which will be taken in this proceeding of Defendant's expert, Dr. Daniel Backlas.

9. Report by Dr. Daniel Backlas, dated February 22, 2006.

C. <u>IDENTIFY OF ANY PERSON WHO MAY BE USED AT TRIAL TO PRESENT EXPERT EVIDENCE</u>

1. Dr. Daniel Backlas, Chief Radiologist
   Knapp Medical Center
   1401 East 8th Street
   Weslaco, Texas 78596
   (956) 968-4564

   Defendant has retained the above as a prospective witness who may be used for rebuttal testimony at the time of trial regarding his opinions and findings from his review of Plaintiff's MRI films and in rebuttal to the deposition testimony given by Dr. Tijmes. Dr. Backlas has reviewed the documents listed above and has submitted his report, which is attached hereto as EXHIBIT A. Also attached, as EXHIBIT B, is Dr. Backlas' curriculum vitae, which was previously produced with Defendant's First Supplemental Disclosures.



EXHIBIT C pg -2-

Respectfully submitted,

DUNN, WEATHERED, COFFEY, RIVERA,
KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY _____
Patrick R. Kasperitis
SBN 11105270; FED ID 12594
Frank Weathered
SBN 20998600; FED ID 2441

COUNSEL FOR DEFENDANT
JAMES ARTHUR LARSON

CERTIFICATE OF SERVICE

This is to certify that on the ___24___ day of February 2006, this document was served on counsel of record as indicated below pursuant to Texas Rules of Civil Procedure.

_____
Patrick R. Kasperitis

**VIA CM/RRR 7005 1820 0001 4400 0260**
Mr. Randall P. Crane
LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586

EXHIBIT
C pg 3

February 22, 2006

Patrick R. Kasperitis
Dunn, Weathered, Coffey, Rivera,
Kasperitis & Rodriguez
611 S. Upper Broadway
Corpus Christi, Texas 78401

Re: Rogelio Rodriguez
    v.
    James Arthur Larson

Dear Mr. Kasperitis:

I have reviewed an MRI of the lumbar spine dated 10/8/03 from Rio Grande Valley Imaging and Diagnostic Center, an MRI of the lumbar spine dated 10/2/04 from McAllen MRI Center, and an MRI of the cervical spine dated 11/13/03 from McAllen MRI Center. All studies pertain to Rogelio Rodriguez.

The lumbar studies demonstrate straightening of the lumbar lordosis, more prominent on the examination of 2004. There is moderate desiccation of the L4-5 and L5-S1 intervertebral discs. Disc bulges and facet hypertrophy are present at L4-5 and L5-S1. An annular tear is present at the posterior margin of the L4-5 disc on the 2004 exam only. There is moderate narrowing of the central canal at L4-5 and mild narrowing of the central canal at L5-S1. There is moderate narrowing of the neural foramina bilaterally at L4-5 and L5-S1. There is no evidence of disc herniation, fracture, dislocation, edema or hemorrhage. There is no evidence of trauma. Disc bulges are always secondary to degenerative changes, and are never related to trauma. Annular tears are part of the degenerative process.

The MRI of the cervical spine shows no evidence of disc herniation or narrowing of the central canal or neural foramina. Disc bulges are, by definition, secondary to degenerative changes and are never related to trauma. The cervical lordosis is maintained. There is no evidence of fracture, dislocation, hemorrhage or edema. Bilateral maxillary sinusitis is noted.

IMPRESSION: No evidence of trauma. No evidence of any abnormality that could be related to the accident of 1/16/03.

This report is subject to amendment or supplementation based on any new information that may become available.

Please call if you have any questions.





EXHIBIT A

February 22, 2006
Rogelio Rodriguez
Page 2

Sincerely,

*Daniel R. Backlas, M.D.*

Daniel R. Backlas, M.D.
Chief of Radiology, Knapp Medical Center
Former section chief of Musculoskeletal Radiology at
Tulsne University Medical Center

EXHIBIT
C pg 5

# CURRICULUM VITAE

## DANIEL R. BACKLAS, M.D.
SS# 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

### DATE AND PLACE OF BIRTH:

March 2, 1952
Buffalo, New York

### MARITAL STATUS:

Married

### EDUCATION AND TRAINING:

B.S., University of Florida, Gainsville, Florida, June 1974

M.D., University of Madrid, Madrid, Spain, June 1982

**Internship:** Transitional Program in Surgery and Medicine
State University of New York
Buffalo, New York
June 1982 - June 1983

**Residency:** (PGY II-IV), Radiology, Assistant Clinical Instructor
State University of New York
Buffalo, New York
July 1983 - June 1986

**Fellowship:** (PGY), CT, Angiography and Interventional Radiology
Buffalo General Hospital
State University of New York
July 1986 - January 1988

### LICENSURE:

Louisiana License #07839R
Texas License #H3642
New York License #165337-1
New Jersey License #MA46102

### CERTIFICATION:

ECFMG #331-272-5
FLEX: Medical Licensing Board of New Jersey #520302014
American Board of Radiology
Radiation Safety Officer
    Veterans Administration Hospital, Biloxi, Mississippi
    Knapp Medical Center, Weslaco, Texas





**Daniel R. Backlas, M.D.**

**APPOINTMENT:**

    Associate Staff, Department of Radiology
    McAllen Medical Center
    January 1988 - August 1988

    Assistant Professor of Radiology
    Tulane University, New Orleans, LA
    September 1988 - December 1990

    Chief of Radiology/Nuclear Medicine (Representing Tulane University)
    Veterans Administration Hospital, Biloxi, Mississippi
    January 1990 - November 1990

    Section Chief of Musculoskeletal Radiology
    Tulane Medical Center, New Orleans, LA
    September 1988 - December 1990

    Associate Staff, Department of Radiology
    Rio Grande Regional Hospital
    December 1990 - January 1992

    Associate Staff, Department of Radiology
    Valley Regional Hospital, Brownsville, Texas
    March 1992 - July 31, 1992

    Chief of Radiology
    Knapp Medical Center, Weslaco, Texas
    August 1992 - Present

**SOCIETY MEMBERSHIP:**

    American College of Radiology
    Radiological Society of North America
    Texas Medical Association
    Hidalgo-Starr Counties Medical Society
    Texas Radiological Society

EXHIBIT
C pg 7