ORDER

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

ROGELIO RODRIGUEZ, ET AL          *

    VS                             *     C.A. NO. B04-137
                                               (636(c))
JAMES ARTHUR LARSON               *

### AMENDED RULE 16, F.R.C.P. SCHEDULING ORDER

Plaintiffs' Motion for Extension of Time to Complete Discovery (Doc. No 31) is hereby GRANTED. The new docket dates are as follows:

1. March 03, 2006     ALL DISCOVERY must be completed by this date. No motion for extension to time will be granted unless there is a showing of express need and that good cause exists.

2. NA     MOTIONS FOR EXTENSION OF TIME to complete discovery must be filed by this date.

3. January 03, 2006     AMENDMENT OF PLEADINGS must be accomplished by this date.

4. January 03, 2006     PLAINTIFF'S EXPERT DISCLOSURES shall be made by this date, with defendant's expert disclosures to follow thirty days thereafter. See Fed.R.Civ.P. 26(a)(2).

5. February 03, 2006     DEFENDANT'S EXPERT DISCLOSURE shall be made by this date.

6. NA     JOINDER OF ALL PARTIES will be accomplished by this date. Counsel responsible for such joinder will deliver a copy of this Scheduling Order to all newly joined parties.

7. March 13, 2006     MOTION DEADLINE: All other motions, including dispositive motions and Daubert motions to strike expert testimony, must be filed by this date.

8. March 03, 2006     Response to Plaintiffs' special exceptions shall be filed by this date-at the close of discovery.



EXHIBIT E pg 1

9. March 22, 2006    A JOINT PRETRIAL ORDER shall be filed by this date by counsel in the format prescribed in Appendix B of the Local Rules of the Southern District of Texas with motions in limine.

10. March 30, 2006    A FINAL PRETRIAL CONFERENCE is set on this date at 2:00 p.m., before Judge Felix Recio, in the 2nd Floor, Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas. All pending motions, including dispositive motions, will be addressed at this time.

11. April 06, 2006    JURY SELECTION is set on this date at 9:00 a.m., before Judge Recio, in the 2nd Floor, Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas. (ETT: 2-1/2 to 3 days)

The case will remain on standby until tried.

Counsel for all parties must attend the Pretrial Conference unless the Court has granted a written motion to reschedule the Pretrial Conference. Failure to timely file the Joint Pretrial Order may result in the imposition of sanctions pursuant to Rule 16(f) F.R.C.P., including dismissal or default judgment as appropriate. Any motion presented for filing which is not in compliance with Local Rule 6 will be stricken from the record. In particular, counsel are reminded that motions must be accompanied by a proposed order and (except motions under Rule 12 or 56) must certify that counsel have conferred and cannot agree. The conference requirement is important because it helps insure that the time and resources of the parties and the Court are not wasted on matters that could be resolved by agreement at the outset. For similar reasons, counsel must notify the Court immediately should the case be settled and submit an appropriate joint motion and dismissal order.

The Clerk shall send a copy of this Order to the counsel of record for the parties.

DONE at Brownsville, Texas, on 8th day of December 2005.

_____
Felix Recio
United States Magistrate Judge

EXHIBIT
E pg 2