United States District Court
Southern District of Texas
FILED

MAR 0 8 2006

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § § § | |

**DEFENDANT'S MOTION FOR
EXTENSION OF TIME TO COMPLETE DISCOVERY**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW James Arthur Larson, Defendant, by and through his counsel of record, Patrick R. Kasperitis, and makes and files this Motion for Extension of Time to Complete Discovery, as grounds therefore, respectfully showing unto the Court as follows:

1. Plaintiffs filed their original petition in the 357th Judicial District Court of Cameron County, Texas, on or about June 7, 2004.

2. Defendant filed his original answer on or about August 4, 2004.

3. Defendant filed his Notice of Removal to this Court on or before August 17, 2004.

4. Plaintiffs previously sought and received extensions of time to complete discovery on or about March 24, 2005 and on or about November 15, 2005, which were not actively opposed by Defendant's counsel. Defendant's counsel previously sought and received an extension of time to permit his retention of potential rebuttal experts. The need for this extension arose as a result of Plaintiffs' request to depose Plaintiffs' experts without properly identifying the witnesses or their opinions or reports in disclosures.

5. Pursuant to this Court's Order Resetting Docket Call, dated January 31, 2006, this case is set for a Final Pretrial Conference on May 2, 2006, and Jury Selection on May 4, 2006.

6. Pursuant to the December 8, 2005, Amended Scheduling Order, the deadline for all discovery in this case was March 3, 2006.

7. On or about February 24, 2006, Defendant's counsel contacted Plaintiffs' counsel in order to schedule the oral deposition of Defendant's expert. Plaintiffs' counsel's office advised that he was not available for this deposition until dates occurring after the deadline for discovery. Therefore, in conformity with the agreed dates provided by Plaintiffs' counsel's office, the deposition was scheduled for March 21, 2006.

8. Defendant asks this Court to grant additional time to complete discovery in order for the deposition of Defendant's expert Dr. Daniel Backlas to be taken in this matter. The deposition of Defendant's expert is currently scheduled for March 21, 2006, at 5:30 p.m. in Weslaco, Texas.

9. This request for additional time is not made for delay but so that justice may be done. Defendant sought to obtain the agreement of counsel to this motion prior to filing it as an opposed matter. Plaintiffs' counsel responded by filing a Motion to Quash the Deposition. Counsel for Defendant has responded to the Motion to Quash, as well.

**PRAYER**

10. Defendant respectfully prays that this Agreed Motion for Extension of Time to Complete Discovery be in all things granted and that the deadline for discovery be extended in order to allow for the deposition of Defendant's expert. Defendant further prays for such other relief, at law or in equity, to which he may show himself entitled.

Respectfully submitted,

DUNN, WEATHERED, COFFEY, RIVERA,
KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY _____
Patrick R. Kasperitis
SBN 11105270; FED ID 12594
Frank Weathered
SBN 20998600; FED ID 2441

COUNSEL FOR DEFENDANT

CERTIFICATE OF SERVICE

This is to certify that on the 6th day of March 2006, this document was served on counsel of record as indicated below pursuant to Texas Rules of Civil Procedure.

_____
Patrick R. Kasperitis

**VIA CM/RRR 7005 1820 0001 4400 0901**
Mr. Randall P. Crane
LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586

-3-