UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND<br>ELIZABETH RODRIGUEZ | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | §<br>§ | |

## ORDER

On this day came on for consideration Defendant's Motion for Extension of Time to Complete Discovery filed in the above-styled and numbered cause. The Court, having considered same finds that the motion should be granted,

IT IS ACCORDINGLY ORDERED that the discovery deadline set for the above-styled and numbered cause be continued from its present setting of March 3, 2006, and re-set to March 21, 2006, for the sole purpose of permitting the deposition of Dr. Daniel Backlas, which will go forward on March 21, 2006 commencing at 5:30 p.m. in Weslaco, Texas.

DONE in Brownsville, Texas, this _____ day of _____ 2006.

_____
Felix Recio
United States Magistrate Judge