IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROGELIO RODRIGUEZ and ELIZABETH RODRIGUEZ | )( )( )( |
| Plaintiffs | )( )( |
| vs. | )( CIVIL ACTION NO. B-04-137 )( |
| JAMES ARTHUR LARSON | )( )( |
| Defendant | )( |

---

ORAL AND VIDEOTAPED DEPOSITION OF
JORGE TIJMES, M.D.
JUNE 21, 2005

---

ORAL AND VIDEOTAPED DEPOSITION OF JORGE TIJMES, M.D., produced as a witness duly sworn by me at the instance of the plaintiffs Rogelio Rodriguez and Elizabeth Rodriguez, taken in the above-styled and numbered cause on June 21, 2005, before THURMAN J. MOODY, Certified Shorthand Reporter No. 2861 in and for the state of Texas, at the offices of the witness, 320 North McColl Road, Suite A, McAllen, Texas, pursuant to the Federal Rules of Civil Procedure.

COPY

18:36  1     MR. RODRIGUEZ:  Before we start the deposition,
18:36  2  Ralph Rodriguez on behalf of the defendant.
18:36  3     We are -- we have not filed a motion to quash
18:36  4  this deposition, however we would like to reserve the right to
18:36  5  object to the use of the testimony of the of Dr. Tijmes at the
18:36  6  time of trial based upon failure of plaintiff to timely and
18:36  7  properly designate Dr. Tijmes as an expert as required by Rule
18:36  8  26(a) of the Federal Rules.
18:36  9                    JORGE TIJMES, M.D.
18:36  10 having been first duly sworn, testified as follows:
18:37  11                       EXAMINATION
18:37  12 BY MR. CRANE:
18:37  13    Q.  Dr. Tijmes, my name is Randal Crane; I'm the attorney
18:37  14 for the plaintiff who is Rogelio Rodriguez who I understand is
18:37  15 a patient of yours?
18:37  16    A.  Yes, sir.
18:37  17    Q.  Would you introduce yourself to the jury, please?
18:37  18    A.  I'm Jorge Tijmes.  T-I-J-M-E-S.
18:37  19    Q.  And you are Dr. Tijmes; is that correct?
18:37  20    A.  Yes.
18:37  21    Q.  Doctor, could you tell us something about your
18:37  22 medical school training?
18:37  23    A.  The CV is part of the exhibit, or probably will be,
18:37  24 and I was born and raised in South America, Chile.  Did my
18:37  25 M.D. degree in Santiago, Chile.

19:57  1   possible to tie it to that.

19:58  2   Q. All right. That edema, how long does that take to
19:58  3   develop?

19:58  4   A. It's fast. It may be hours, may be days. And edema
19:58  5   can stay there for some time.

19:58  6   Q. It could stay there for nine months?

19:58  7   A. It's possible, yes.

19:58  8   Q. You have not rendered an opinion that this patient
19:58  9   needs surgery; isn't that true?

19:58 10   A. Correct.

19:58 11          MR. RODRIGUEZ: Doctor, I believe that's all I
19:58 12   have. Thank you, sir.

19:58 13                    FURTHER EXAMINATION
19:58 14   BY MR. CRANE:

19:58 15   Q. Doctor, I have a few more follow-up questions if you
19:58 16   don't mind.

19:58 17          You were asked certain questions about the
19:58 18   emergency room visit. When a patient goes to an emergency
19:58 19   room would I be correct in saying that what the emergency room
19:59 20   personnel and doctors are looking for are immediate and acute
19:59 21   problems?

19:59 22   A. Yes.

19:59 23   Q. If a person has a broken bone they want to find that
19:59 24   and set it?

19:59 25   A. Yes.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROGELIO RODRIGUEZ and )(
ELIZABETH RODRIGUEZ )(
)(
vs. )( CIVIL ACTION NO. B-04-137
)(
JAMES ARTHUR LARSON )(

REPORTER'S CERTIFICATE

I, THURMAN J. MOODY, Certified Shorthand Reporter, certify that the witness, JORGE TIJMES, M.D., was duly sworn by me, and that the deposition is a true and correct record of the testimony given by the witness on June 21, 2005; that the deposition was reported by me in Stenographic shorthand and was subsequently transcribed under my supervision.

I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, nor am I financially interested in the action.

WITNESS MY HAND on this 1st day of July, 2005.

_____
THURMAN J. MOODY, CSR NO. 2861
Expiration Date: 12/31/05

WILSON REPORTING SERVICES
Firm Registration No. 407
Post Office Box 532003
Harlingen, Texas 78553
(956) 412-5700