Rogelio Rodriguez
8/25/2005

Page 1

1          UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF TEXAS
2                  BROWNSVILLE DIVISION
3   ROGELIO RODRIGUEZ               *
    AND ELIZABETH RODRIGUEZ         *
4                                   *
    VS.                             *   CIVIL ACTION NO. B-04-137
5                                   *
    JAMES ARTHUR LARSON              *
6
7
8
          *******************************************
9
              ORAL AND VIDEOTAPED DEPOSITION OF
10
                     ROGELIO RODRIGUEZ
11
                     AUGUST 25, 2005
12
          *******************************************
13
14
15
16       ORAL AND VIDEOTAPED DEPOSITION of ROGELIO RODRIGUEZ,
17   produced as a witness at the instance of the Defendant,
18   and duly sworn, was taken in the above-styled and
19   numbered cause on the 25th day of August, 2005, from
20   2:43 p.m. to 3:53 p.m., before Carolyn Newman, CSR in and
21   for the State of Texas, reported by oral stenography, at
22   the offices of Randall P. Crane, 201 South Sam Houston,
23   San Benito, Texas, pursuant to the Texas Rules of Civil
24   Procedure and the provisions stated on the record or
25   attached hereto.

Rogelio Rodriguez
8/25/2005

Page 37

1  almost about the same thing as Dr. Gill that pain
2  management -- those needles they stick in your spine, and
3  I've heard that they're very painful and it don't do you
4  no good. They just...
5     Q.  (BY MR. KASPERITIS)  Have any of the doctors
6  prescribed any exercises for you that would help you to
7  lessen the pain in your back?
8     A.  No.
9     Q.  Have any of them recommended physical therapy to
10 help you to reduce the pain in you back?
11    A.  I've taken physical therapy.
12    Q.  For your back?
13    A.  Yeah. Well, therapy with Dr. Gill, but it
14 doesn't hurt -- doesn't help.
15    Q.  It provides no relief at all?
16    A.  No, sir.
17    Q.  Have any of the doctors that you've seen
18 recommended to you that you have a surgery to relieve the
19 pain in your back?
20    A.  I've talked -- they've said that it's not to the
21 extent that I need surgery, but that in the future it --
22 it might.
23    Q.  Has the -- what's your understanding -- let me
24 start over again. What is your understanding of what
25 would need to be happen before the doctors recommended

Rogelio Rodriguez
8/25/2005

Page 55

1     UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF TEXAS
2              BROWNSVILLE DIVISION
3  ROGELIO RODRIGUEZ            *
   AND ELIZABETH RODRIGUEZ      *
4                               *
   VS.                          *   CIVIL ACTION NO. B-04-137
5                               *
   JAMES ARTHUR LARSON          *
6
              REPORTER'S CERTIFICATION
7          DEPOSITION OF ROGELIO RODRIGUEZ
                  AUGUST 25, 2005
8
9      I, CAROLYN NEWMAN, a Certified Shorthand Reporter in
10 and for the State of Texas, do hereby certify that the
11 facts stated by me in the caption hereto are true; that
12 the foregoing deposition transcript of ROGELIO RODRIGUEZ,
13 the witness hereinbefore named, was at the time mentioned
14 taken by me in stenograph, the said witness having been
15 by me first duly cautioned and sworn upon her oath to
16 tell the truth, the whole truth, and nothing but the
17 truth, and later transcribed from stenograph by me.
18     I further certify that I am neither attorney or
19 counsel for, nor related to or employed by any of the
20 parties to the action in which this deposition is taken,
21 and further that I am not a relative or employee of any
22 attorney or counsel employed by the parties hereto, or
23 financially interest in the action.
24     I further certify that the above and foregoing
25 deposition transcript as set forth in typewriting is a

Page 56

1   full, true and correct transcript of the proceedings had

2   at the time of taking said deposition.

3       Certified to by me this 12th day of September, 2005.

4

5

6           *[signature: Carolyn Newman]*

    CAROLYN NEWMAN, Texas CSR 4193

7   Expiration Date:  12/31/05

    Team Litigation Company

8   3605 Katy Freeway, Suite 100

    Houston, Texas  77007

9   713-802-9100 Phone

    713-802-9105 Fax

Rogelio Rodriguez
8/25/2005

Page 53

| | | | |
|---|---|---|---|
| 1 | | CHANGES | |
| 2 | WITNESS: ROGELIO RODRIGUEZ | DATE: AUGUST 25, 2005 | |
| 3 | PAGE  LINE | CHANGE | REASON |
| 4 | 14      17 | /right in front of me, tried to turn left in | clarify & conform to facts |
| 5 | 14      19 | right/left | clarify & conform to facts |
| 7 | 37      14 | /still hurts, doesn't help. | clarify & conform to facts |
| 8-9 | 38      17 | /Not at the present time, however, it will be based on my earnings, missed time from work & loss of earning capacity. | clarify & conform to facts |
| 10 | 45      8 | /yes | clarify & conform to facts |
| 12 | 47      14 | you're/I'm | clarify |

Team Litigation Company
713-802-9100

3f6d10bf-c6b5-41dd-84ae-1a985dc91bb8

Rogelio Rodriguez
8/25/2005

Page 54

1              SIGNATURE

2   I, ROGELIO RODRIGUEZ, have read the foregoing deposition

3   and hereby affix my signature that same is true and

4   correct, except as noted on the preceding page.

5   *[signature: Rogelio Rodriguez]*

6

                              ROGELIO RODRIGUEZ

7

8                                                RECEIVED SEP 2 0 2005

9

10  THE STATE OF TEXAS            *

11  COUNTY OF CAMERON             *

12      Before me,    Toni Crane            , on this

13  day personally appeared ROGELIO RODRIGUEZ, known to me

14  (or proved to me under oath or through

15                                      ) (description of

16  identity card or other document) to be the person whose

17  name is subscribed to the foregoing instrument and

18  acknowledged to me that they executed the same for the

19  purposes and consideration therein expressed.

20      Given under my hand and seal of office this  3rd  day

21  of  October          , 2005.

22

23  [Notary Seal: TONI CRANE, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 04-16-2009]   *[signature: Toni Crane]*

                              NOTARY PUBLIC IN AND FOR
24
                              THE STATE OF TEXAS
25