UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | § | |

## AFFIDAVIT

Clintsy B. Young, being first duly sworn, deposes and says:

"My name is Clintsy B. Young. I am over the age of 18 years. I am employed as a legal assistant to Patrick R. Kasperitis at Dunn, Weathered, Coffey, Rivera, Kasperitis & Rodriguez, P.C.

"On February 23, 2006, I made a telephone call to the offices of Plaintiffs' attorney and spoke with Toni. I told Toni that Mr. Kasperitis wanted to schedule the deposition of Dr. Backlas and requested dates on which Mr. Crane would be available. Toni informed me that Mr. Crane was not available during the weeks of February 27 or March 6, and then gave me the following dates on which Mr. Crane would be available: March 13, 15, 16, 20, 21, and 22. I told her that I would confirm a date with Dr. Backlas and then send out a notice for his deposition."

Further Affiant sayeth naught.

_____
Clintsy B. Young

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | |
| COUNTY OF NUECES | § | |

SUBSCRIBED AND SWORN TO BEFORE ME this 7th day of March 2006.

_____
Notary Public, State of Texas

Seal/Stamp


