UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| V. | § § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § § | |

## ORDER

On this day came on for consideration Plaintiffs' Motion to Quash Deposition of Dr. Daniel Backlas in the above-styled and numbered cause. The Court having considered said motion and Defendants response to same, finds that Plaintiffs' motion should be denied. It is, therefore,

ORDERED that Plaintiffs' Motion to Quash Deposition of Dr. Daniel Backlas is DENIED. The deposition of Dr. Backlas is ORDERED to go forward as noticed on March 21, 2006 at 5:30 p.m. in Weslaco, Texas.

DONE at Brownsville, Texas, this ____ day of _____, 2006.

_____
JUDGE PRESIDING

*copied to:*
Randall P. Crane, 201 S. Sam Houston, San Benito, Texas 78586
Patrick R. Kasperitis, 611 South Upper Broadway, Corpus Christi, Texas 78401