February 22, 2006

Patrick R. Kasperitis
Dunn, Weathered, Coffey, Rivera,
Kasperitis & Rodriguez
611 S. Upper Broadway
Corpus Christi, Texas 78401

Re: Rogelio Rodriguez
    v.
    James Arthur Larson

Dear Mr. Kasperitis:

I have reviewed an MRI of the lumbar spine dated 10/8/03 from Rio Grande Valley Imaging and Diagnostic Center, an MRI of the lumbar spine dated 10/2/04 from McAllen MRI Center, and an MRI of the cervical spine dated 11/13/03 from McAllen MRI Center. All studies pertain to Rogelio Rodriguez.

The lumbar studies demonstrate straightening of the lumbar lordosis, more prominent on the examination of 2004. There is moderate desiccation of the L4-5 and L5-S1 intervertebral discs. Disc bulges and facet hypertrophy are present at L4-5 and L5-S1. An annular tear is present at the posterior margin of the L4-5 disc on the 2004 exam only. There is moderate narrowing of the central canal at L4-5 and mild narrowing of the central canal at L5-S1. There is moderate narrowing of the neural foramina bilaterally at L4-5 and L5-S1. There is no evidence of disc herniation, fracture, dislocation, edema or hemorrhage. There is no evidence of trauma. Disc bulges are always secondary to degenerative changes, and are never related to trauma. Annular tears are part of the degenerative process.

The MRI of the cervical spine shows no evidence of disc herniation or narrowing of the central canal or neural foramina. Disc bulges are, by definition, secondary to degenerative changes and are never related to trauma. The cervical lordosis is maintained. There is no evidence of fracture, dislocation, hemorrhage or edema. Bilateral maxillary sinusitis is noted.

IMPRESSION: No evidence of trauma. No evidence of any abnormality that could be related to the accident of 1/16/03.

This report is subject to amendment or supplementation based on any new information that may become available.

Please call if you have any questions.


EXHIBIT

