IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROGELIO RODRIGUEZ and<br>ELIZABETH RODRIGUEZ<br><br>    Plaintiffs<br><br>vs.<br><br>JAMES ARTHUR LARSON<br><br>    Defendant | )(<br>)(<br>)(<br>)(<br>)(<br>)( CIVIL ACTION NO. B-04-137<br>)(<br>)(<br>)(<br>)( |

---

ORAL AND VIDEOTAPED DEPOSITION OF
JORGE TIJMES, M.D.
JUNE 21, 2005

---

ORAL AND VIDEOTAPED DEPOSITION OF JORGE TIJMES, M.D., produced as a witness duly sworn by me at the instance of the plaintiffs Rogelio Rodriguez and Elizabeth Rodriguez, taken in the above-styled and numbered cause on June 21, 2005, before THURMAN J. MOODY, Certified Shorthand Reporter No. 2861 in and for the state of Texas, at the offices of the witness, 320 North McColl Road, Suite A, McAllen, Texas, pursuant to the Federal Rules of Civil Procedure.

COPY



WILSON REPORTING SERVICES
P. O. BOX 532003, HARLINGEN, TEXAS 78553
[956] 412-5700      [956] 412-5771-FAX

19:33  1   relationship to the desiccation of disc.
19:33  2   Q.   (By Mr. Rodriguez:) That's right. What you're
19:33  3   saying is that the disc would -- had less water content in it,
19:33  4   it would be desiccated, it would be seen on the film as being
19:33  5   desiccated, being darker in color, and that likely would have
19:33  6   been present before the car accident as is now being seen in
19:33  7   the MRI film after the car accident.
19:33  8              Agreed, Doctor?
19:33  9   A.   Yes. There is a possibility of that.
19:33  10  Q.   Would you also agree, Doctor, with the statement that
19:33  11  in the second generation of life, that is when someone reaches
19:33  12  the -- their twenties, the discs start to lose water?
19:33  13  A.   Yes.
19:33  14  Q.   Eighty per of the population, Doctor, have back pain
19:33  15  at some point in their life.
19:33  16             Would you agree with that?
19:33  17  A.   It is possible; yes.
19:33  18  Q.   The radiologist I believe, on --
19:34  19             Do you recall whether the radiologist found any
19:34  20  osteoarthritic changes in the back, Doctor?
19:34  21  A.   He recalled on the lumbar spine, this was 10/9/03,
19:34  22  revealing some facet arthropathy mid to lower lumbar spine.
19:34  23  Q.   At what level was that, Doctor?
19:34  24  A.   And this is on MRI. It says -- it says in number
19:34  25  three on the impression by Dr. Bennos, it says there's facet

| | | |
|---|---|---|
| 19:34 | 1 | arthropathy in the mid to lower lumbar spine range. |
| 19:34 | 2 | So it -- from that I would read L3/L4 area |
| 19:34 | 3 | indicative of degenerative change. |
| 19:34 | 4 | Q. So at L3/L4 there was indication of degenerative |
| 19:34 | 5 | changes that is akin or similar to osteoarthritis changes? |
| 19:35 | 6 | A. That's what it looks like that he was referring to. |
| 19:35 | 7 | Q. And when we talk about osteoarthritis, that's |
| 19:35 | 8 | something that's a natural development, not something that's |
| 19:35 | 9 | caused by trauma such as a car accident? |
| 19:35 | 10 | A. Yes. |
| 19:35 | 11 | Q. That takes years to develop, Doctor? |
| 19:35 | 12 | A. Yes. |
| 19:35 | 13 | Q. Do you know Dr. Abraham Cano? |
| 19:35 | 14 | A. Yes. |
| 19:35 | 15 | Q. And is he a licensed physician in the State of Texas? |
| 19:35 | 16 | A. Yes. |
| 19:35 | 17 | Q. And he is a treating physician in the Valley area? |
| 19:35 | 18 | A. Yes. |
| 19:35 | 19 | Q. Do you know him to be a reputable, competent doctor? |
| 19:35 | 20 | A. Yes. |
| 19:35 | 21 | Q. Are you aware of the sessions and treatment that this |
| 19:35 | 22 | patient had with Dr. Cano? |
| 19:35 | 23 | A. Not specifically. I know by the history given by |
| 19:35 | 24 | Mr. Rogelio Rodriguez that he did visit Dr. Cano. |
| 19:35 | 25 | Q. All right. Are you -- did you have a chance to look |

| | |
|---|---|
| 19:45 1 | or tingling with tenderness? |
| 19:45 2 | Did I read that correctly? |
| 19:45 3 | A. Yes. |
| 19:45 4 | Q. And am I -- I may not be reading this correctly, |
| 19:45 5 | Doctor, on that last part where it says it may be without |
| 19:45 6 | tenderness or with tenderness. |
| 19:45 7 | Do you see that there on the very bottom on the |
| 19:46 8 | left side? |
| 19:46 9 | A. Yes. W usually is with tenderness. |
| 19:46 10 | Q. With tenderness? |
| 19:46 11 | A. Right. |
| 19:46 12 | Q. Okay. But at that time thankfully he had no numbness |
| 19:46 13 | or tingling, based upon that right shoulder being examined, |
| 19:46 14 | correct? |
| 19:46 15 | A. Correct. |
| 19:46 16 | Q. And those are good findings, are they not? |
| 19:46 17 | A. Yes. |
| 19:46 18 | Q. I mean those are normal findings to have in a person |
| 19:46 19 | that is complaining of pain on the right shoulder, that they |
| 19:46 20 | have no numbness or tingling which would make the case more |
| 19:46 21 | complicated. |
| 19:46 22 | Would you agree, Doctor? |
| 19:46 23 | A. Yes. |
| 19:46 24 | Q. The final page, Doctor, is April 22, 2003. That one, |
| 19:46 25 | Doctor. |

| | | |
|---|---|---|
| 19:46 | 1 | And according to this report, under diagnosis, |
| 19:46 | 2 | the doctor wrote and entered on here, right chest resolved, |
| 19:47 | 3 | right shoulder resolved, able to perform all tests required |
| 19:47 | 4 | for impairment rating at one hundred percent or better.  Zero |
| 19:47 | 5 | percent impairment rating.  Reached MMI today, April 22, 2003. |
| 19:47 | 6 | Did I read all that correctly, Doctor? |
| 19:47 | 7 | A.   Yes. |
| 19:47 | 8 | Q.   What does it mean that he had zero percent impairment |
| 19:47 | 9 | rating? |
| 19:47 | 10 | A.   That means that under certain guidances of the guides |
| 19:47 | 11 | of the American Medical Association, Dr. Cano saw that he had |
| 19:47 | 12 | no impairment. |
| 19:47 | 13 | Q.   But if we talk about impairment, and if Dr. Cano |
| 19:47 | 14 | found in April, 2003, that he had no impairment, physically |
| 19:47 | 15 | what does that mean about the patient, his ability to |
| 19:47 | 16 | function? |
| 19:47 | 17 | A.   It means that his injury rated by the American |
| 19:48 | 18 | Medical Association was a zero. |
| 19:48 | 19 | Q.   Okay.  In other words, he's not impaired to any |
| 19:48 | 20 | percentage that this medical doctor found based upon his |
| 19:48 | 21 | examination and treatment of this patient. |
| 19:48 | 22 | Would you agree? |
| 19:48 | 23 | A.   Yes. |
| 19:48 | 24 | Q.   All right.  And under the plan Dr. Cano wrote on this |
| 19:48 | 25 | report, resolved and released. |

| | | |
|---|---|---|
| 19:54 | 1 | A. Yes. |
| 19:54 | 2 | Q. Would you agree? |
| 19:54 | 3 | A. Yes. |
| 19:54 | 4 | Q. I mean this is not a severe result in the straight |
| 19:54 | 5 | leg raise indicative of some kind of severe condition in the |
| 19:54 | 6 | low back, is it? |
| 19:54 | 7 | MR. CRANE: Objection; form. |
| 19:54 | 8 | A. It is an abnormal sign of leg raising indicative of |
| 19:54 | 9 | some degree of irritation of nerve roots, although not as a |
| 19:54 | 10 | very striking examination. |
| 19:54 | 11 | Q. (By Mr. Rodriguez:) Okay. And you just raised a |
| 19:54 | 12 | point, Doctor. I did not see in any of the three MRIs that |
| 19:54 | 13 | were taken of this patient that there was any impingement upon |
| 19:55 | 14 | a nerve root. |
| 19:55 | 15 | Would you agree? |
| 19:55 | 16 | A. The only one we saw was at L3 where Dr. Bennos |
| 19:55 | 17 | describes edema and thirty percent impingement at the |
| 19:55 | 18 | foramina. |
| 19:55 | 19 | The rest is ascribed as usual, as a posterior |
| 19:55 | 20 | bulge of the discs. |
| 19:55 | 21 | Q. I'm reading that, Doctor, where it says on L4/L5 |
| 19:55 | 22 | there was a broad-based disc protrusion present indicative of |
| 19:55 | 23 | disc edema encroaching upon that exit. |
| 19:55 | 24 | I understand all that, Doctor. But I don't see |
| 19:55 | 25 | in here where the radiologist said it was actually impinging |

19:55  1   upon the nerve root.
19:55  2             I mean -- do you see that in there, Doctor?
19:55  3       A.    No, I don't.
19:55  4       Q.    All right. And if you could raise that model, what
19:55  5   we're saying is that none of the MR -- the yellow part is the
19:56  6   nerve root, is it not?
19:56  7       A.    Yes.
19:56  8       Q.    All right. And if you have that nerve root being
19:56  9   impinged upon or pinched in any way or touched in any way,
19:56  10  that can result in discomfort or pain in the patient, can it
19:56  11  not?
19:56  12      A.    Yes.
19:56  13      Q.    And in this case what we're saying is that the MRIs
19:56  14  that Dr. Gill recommended and were undertaken for this
19:56  15  patient, none of the MRI films show an actual pinching or
19:56  16  touching of a nerve root.
19:56  17            Would you agree?
19:56  18      A.    It does not, yes.
19:56  19      Q.    And so also in terms of the bulging being broad
19:56  20  based, these protrusions being broad based, I don't see
19:56  21  anywhere where any of the reports indicated that the
19:56  22  protrusion was focal in nature but rather broad based in
19:56  23  nature.
19:56  24            Would you agree?
19:56  25      A.    Yes.

| | | |
|---|---|---|
| 19:56 | 1 | Q. I have spoken to other radiologists and they tell me |
| 19:56 | 2 | that if the protrusion is described as being broad based, |
| 19:56 | 3 | they're saying that that was slow in development and not |
| 19:57 | 4 | something that occurred more recently or the result of any |
| 19:57 | 5 | trauma that was acute. |
| 19:57 | 6 | Would you agree, Doctor? |
| 19:57 | 7 | A. I would agree. |
| 19:57 | 8 | Q. All right. And so if any -- so the radiologists |
| 19:57 | 9 | indicating that all the protrusions being broad based, that |
| 19:57 | 10 | takes time for the protrusion to have developed to the point |
| 19:57 | 11 | that we see on the MRI films. |
| 19:57 | 12 | Would you agree, Doctor? |
| 19:57 | 13 | A. Usually, yes. |
| 19:57 | 14 | Q. It would not be just weeks or months but years. |
| 19:57 | 15 | Would you agree? |
| 19:57 | 16 | A. I wouldn't know about years, but it does take time to |
| 19:57 | 17 | occur. |
| 19:57 | 18 | Q. Okay. Well, would it have been within the ten |
| 19:57 | 19 | months, nine months? |
| 19:57 | 20 | A. It's a true possibility. |
| 19:57 | 21 | Q. Okay. I know it's possible, but within a reasonable |
| 19:57 | 22 | degree of medical probability can you, Doctor, say that the |
| 19:57 | 23 | broad based disc protrusions that this patient had are or were |
| 19:57 | 24 | created in this car accident? |
| 19:57 | 25 | A. Within reasonable medical probability it is not |

| | | |
|---|---|---|
|19:57|1|possible to tie it to that.|
|19:58|2|Q.  All right.  That edema, how long does that take to|
|19:58|3|develop?|
|19:58|4|A.  It's fast.  It may be hours, may be days.  And edema|
|19:58|5|can stay there for some time.|
|19:58|6|Q.  It could stay there for nine months?|
|19:58|7|A.  It's possible, yes.|
|19:58|8|Q.  You have not rendered an opinion that this patient|
|19:58|9|needs surgery; isn't that true?|
|19:58|10|A.  Correct.|
|19:58|11|     MR. RODRIGUEZ:  Doctor, I believe that's all I|
|19:58|12|have.  Thank you, sir.|
|19:58|13|               FURTHER EXAMINATION|
|19:58|14|BY MR. CRANE:|
|19:58|15|Q.  Doctor, I have a few more follow-up questions if you|
|19:58|16|don't mind.|
|19:58|17|     You were asked certain questions about the|
|19:58|18|emergency room visit.  When a patient goes to an emergency|
|19:58|19|room would I be correct in saying that what the emergency room|
|19:59|20|personnel and doctors are looking for are immediate and acute|
|19:59|21|problems?|
|19:59|22|A.  Yes.|
|19:59|23|Q.  If a person has a broken bone they want to find that|
|19:59|24|and set it?|
|19:59|25|A.  Yes.|