Rogelio Rodriguez
8/25/2005

Page 1

1       UNITED STATES DISTRICT COURT FOR THE
            SOUTHERN DISTRICT OF TEXAS
2              BROWNSVILLE DIVISION
3   ROGELIO RODRIGUEZ             *
    AND ELIZABETH RODRIGUEZ       *
4                                 *
    VS.                           *   CIVIL ACTION NO. B-04-137
5                                 *
    JAMES ARTHUR LARSON            *
6
7
8
        ****************************************
9
            ORAL AND VIDEOTAPED DEPOSITION OF
10
                   ROGELIO RODRIGUEZ
11
                   AUGUST 25, 2005
12
        ****************************************
13
14
15
16      ORAL AND VIDEOTAPED DEPOSITION of ROGELIO RODRIGUEZ,
17   produced as a witness at the instance of the Defendant,
18   and duly sworn, was taken in the above-styled and
19   numbered cause on the 25th day of August, 2005, from
20   2:43 p.m. to 3:53 p.m., before Carolyn Newman, CSR in and
21   for the State of Texas, reported by oral stenography, at
22   the offices of Randall P. Crane, 201 South Sam Houston,
23   San Benito, Texas, pursuant to the Texas Rules of Civil
24   Procedure and the provisions stated on the record or
25   attached hereto.

Rogelio Rodriguez
8/25/2005

Page 37

1   almost about the same thing as Dr. Gill that pain
2   management -- those needles they stick in your spine, and
3   I've heard that they're very painful and it don't do you
4   no good.  They just...
5        Q.   (BY MR. KASPERITIS)  Have any of the doctors
6   prescribed any exercises for you that would help you to
7   lessen the pain in your back?
8        A.   No.
9        Q.   Have any of them recommended physical therapy to
10  help you to reduce the pain in you back?
11       A.   I've taken physical therapy.
12       Q.   For your back?
13       A.   Yeah.  Well, therapy with Dr. Gill, but it
14  doesn't hurt -- doesn't help.
15       Q.   It provides no relief at all?
16       A.   No, sir.
17       Q.   Have any of the doctors that you've seen
18  recommended to you that you have a surgery to relieve the
19  pain in your back?
20       A.   I've talked -- they've said that it's not to the
21  extent that I need surgery, but that in the future it --
22  it might.
23       Q.   Has the -- what's your understanding -- let me
24  start over again.  What is your understanding of what
25  would need to be happen before the doctors recommended

Rogelio Rodriguez
8/25/2005

Page 41

1  comp investigator?
2     A.   Just -- yeah.
3     Q.   Did they ask to take your recorded statement and
4  ask you a bunch of questions like we're doing today?
5     A.   No.
6     Q.   Okay.  What kind of statement did they want from
7  you?
8     A.   Well, they just wanted to know how -- what --
9  what had happened and the -- the -- the -- I guess the
10 injuries.
11    Q.   Since the time of the accident, have you had any
12 other injuries?
13    A.   Just a -- just a reinjury of my back.  I tried
14 lifting up a tubing and -- and I reinjured my back.
15    Q.   Was that at work?
16    A.   Yes.
17    Q.   What doctors did you see for that?
18    A.   Dr. Steve something from Valley Diagnostic
19 Clinic something.
20    Q.   What did he tell you about the reinjury?
21    A.   He asked me when -- when I had injured my back.
22 I said that I was trying to lift up a -- a pipe and --
23 and I told him that I -- you know, that I had back
24 problems and said, well, that I had been seeing Dr. Gill.
25 So he referred back to Dr. Gill --

Rogelio Rodriguez
8/25/2005

Page 42

```
1      Q.   Okay.
2      A.   -- because he knew more of my history on my
3  back.
4      Q.   Had you ever hurt your back prior to this
5  accident?
6      A.   No.
7      Q.   And when you went back to Dr. Gill after you
8  reinjured your back, what did he tell you?
9      A.   He put me back to therapy and he prescribed
10 some -- some medicine again and told me that, you know,
11 I -- I wasn't suppose to be lifting anything over
12 50 pounds.
13     Q.   What kind of pipe was this you were lifting?
14     A.   It was a metal pipe.
15     Q.   What -- what was -- what were you lifting it
16 for?
17     A.   To unload it off the trailer.
18     Q.   Was somebody helping you, or was it just --
19     A.   No.
20     Q.   -- you?  Just you?
21     A.   Just me.
22     Q.   Had -- when did that accident happen, the
23 reinjury?
24     A.   I'd say about -- it was about a year -- a year
25 and a few months ago.
```

Rogelio Rodriguez
8/25/2005

Page 43

```
 1      Q.    Before the time that you had reinjured your
 2  back, had you -- had your back ever gotten any better at
 3  all?
 4      A.    No.
 5      Q.    When you reinjured it, how -- how did you know
 6  you'd hurt it worse?
 7      A.    Because I felt a very, very sharp pain and I --
 8  I couldn't -- couldn't move.
 9      Q.    How did you get to -- did you have to go to the
10  hospital for that?
11      A.    I went to a doctor.
12      Q.    That day or the next --
13      A.    The --
14      Q.    -- day?
15      A.    -- next day.
16      Q.    Did you drive to the doctor, or did your wife
17  take you?
18      A.    My wife took me.
19      Q.    How -- how much time did time from work did you
20  miss?
21      A.    About a day.
22      Q.    Did your back get better after that?
23      A.    No.
24      Q.    So basically you have the same pain in your back
25  now that you had at the time you reinjured it?
```

Rogelio Rodriguez
8/25/2005

Page 44

1    A.    Basically, yes.

2    Q.    Okay. I want to ask you about some things that
3    are in the Petition. Basically, that's the outline of
4    the lawsuit that's been made in the case, and I need to
5    ask you about some specific things in there, okay? If
6    you don't understand, let me know and I'll try and
7    rephrase the question.

8    A.    Okay.

9    Q.    Part of what's been sued for in this case is for
10   physical pain and mental anguish suffered in the past.
11   That's legal words that we use. You've described for me
12   pretty well the physical pain. Can you tell me a little
13   bit about the mental anguish that you suffered as a
14   result of this accident? Do -- do you have an
15   understanding of what mental anguish is?

16   A.    No.

17   Q.    How has this affected you -- part of what that
18   is, well -- we've talked about with your wife, the
19   emotional and physical parts of the way that your life
20   has been affected by the accident. Can you tell me how
21   this has affected you in your relationships with your
22   family emotionally?

23   A.    Emotionally, I mean, I can't do -- do things
24   with my -- my kids that I used to do. I mean, it makes
25   me feel like I -- I can't be a normal father to them,