# TEAM LITIGATION COMPANY

| | |
|---|---|
| CAUSE NO.: | B-04-137 |
| STYLE OF CASE: | ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ |
| | VS. |
| | JAMES ARTHUR LARSON |
| RECORDS FROM: | Rio Grande Valley Imaging & Diagnostic Center |
| PERTAINING TO: | Rogelio Rodriguez |
| TYPE OF RECORDS: | Medical Records |
| TLC ORDER NO: | 10339-3 |
| ORDERED BY: | Mr. Patrick R. Kasperitis |

3605 Katy Fwy., Suite 100
Houston, Texas 77007
(713) 802-9100
Fax (713) 802-9108
www.TeamLit.com

*A Full Service Litigation Records Retrieval Company*

Records Retrieval • Court Reporting • Copy Service • Trial Boards •


10339-3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROGELIO RODRIGUEZ §<br>AND ELIZABETH RODRIGUEZ §<br>§<br>Plaintiff, §<br>§<br>VS. §<br>§<br>§<br>§<br>JAMES ARTHUR LARSON §<br>Defendant. § | CIVIL ACTION NO. B-04-137 |

### NOTICE OF DELIVERY

I, Patrina Pope, a Notary Public in and for the State of Texas, hereby certify pursuant to the Rule 30F, Federal Rules of Civil Procedure, that:

1. this Deposition By Written Questions of: Gina Gonzalez, the Custodian of Medical Records for **Rio Grande Valley Imaging & Diagnostic Center**, is a true and exact duplicate of the records pertaining to **Rogelio Rodriguez**, given by the witness named herein, after said witness was duly sworn by Yolanda M. Cano;
2. the transcript is a true record of the testimony given by the witness;
3. $175.65 is the charge for the preparation of the completed Deposition By Written Questions and any copies of exhibits, charged to **Mr. Patrick R. Kasperitis, Attorney for Defendant, Bar #11105270**;
4. the deposition transcript was submitted on May 04, 2005, to the witness for examination, signature and return to the Officer by a specified date;
5. changes, if any made by the witness, in the transcript and otherwise, are attached thereto or incorporated therein;
6. the witness returned the transcript;
7. the original Deposition By Written Questions and a copy thereof, together with copies of all exhibits was delivered to the attorney or party who Noticed the first questions for safekeeping and use at trial;
8. all other attorneys of records at the time said testimony was subpoenaed are:

    **Mr. Randall P. Crane, Attorney for Plaintiff**

    and
9. a copy of this Notice of Delivery was served on all parties shown herein.

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON THIS THE 11 DAY OF MAY, 2005.





_____
NOTARY PUBLIC

Team Litigation Company
3605 Katy Freeway, Suite 100
Houston, Texas 77007

10339-3

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § § | |
| Plaintiff, VS. | § § § § § | Civil Action No. B-04-137 |
| JAMES ARTHUR LARSON Defendant. | § § | |

### DEPOSITION BY WRITTEN QUESTIONS PROPOUNDED TO
### THE CUSTODIAN OF MEDICAL RECORDS FOR:
### Rio Grande Valley Imaging & Diagnostic Center

Specifically subpoenaed are: Any and all medical records, from date of birth, 01/12/1960 to the present, pertaining to ROGELIO RODRIGUEZ; SSN: 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; DOB: 01/12/1960, including, but not limited to: patient information/registration forms, medical reports, radiology reports, pathology reports, physical therapy records, any and all raw data, tests and test results, doctors orders, nurses notes, memorandum, correspondence to or from patient or concerning patient, medication, treatments, profiles, patient history forms, diagnoses, diagrams, graphs, charts, photographs, video tapes, recordings or other visual or audio representations reflecting the physical or mental condition of the patient within the care, custody or control, or to which said custodian has access.

1. Please state your full name, occupation and business address.

   Answer: _Gina Gonzalez, Receptionist, medical_

2. In your capacity as custodian of records, are you familiar with whether or not Rio Grande Valley Imaging & Diagnostic Center regulations require that Medical Records be kept of each person who is a patient?

   Answer: _yes_

3. Are the Medical Records of Rio Grande Valley Imaging & Diagnostic Center kept under your care, supervision, custody or control?

   Answer: _yes_

4. Are these Medical Records made and kept in the regular course of daily business activities by Rio Grande Valley Imaging & Diagnostic Center?

   Answer: _yes_

5. Please state whether the entries in the Medical Records were made at or near the time of the occurrence of acts, events, conditions, opinions, or diagnoses described therein or within a reasonable time thereafter.

   Answer: _yes_

ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ vs.
JAMES ARTHUR LARSON

Cause No.: B-04-137                                    Records of: Rogelio Rodriguez

6. Please state whether or not it was the regular course of business activity at the offices of **Rio Grande Valley Imaging & Diagnostic Center**, for employees or representatives with personal knowledge, or who had been furnished such knowledge of acts, events, conditions, opinions, or diagnoses to make such records or to transmit information thereof to be included in such records.

   Answer: Yes

7. Do you have such Medical Records as described above on **Rogelio Rodriguez**?

   Answer: Yes

8. Was the method of preparation of these Medical Records trustworthy?

   Answer: Yes

9. Were these Medical Records kept as described?

   Answer: Yes

10. Please provide to the Officer taking this deposition photostatic copies of the complete Medical Records, outlined in the subpoena duces tecum. Have you complied? If not, why not?

    Answer: Yes

11. Please state whether you have provided all the records required by the subpoena duces tecum and referenced in this deposition. If not, why not?

    Answer: Yes

12. Are the records that you have provided to the Notary Public accurate and complete? If not, why not?

    Answer: Yes

13. Have you been requested, directed, or has it ever been suggested by any person (whether a lawyer, doctor, patient, or any other person) that any part of the records subject to this deposition be withheld or protected from discovery for any reason? If so, please state the name and address of that person who conveyed this information to you and when such event occurred.

    Answer: No

ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ vs.
JAMES ARTHUR LARSON

Cause No.: B-04-137                                    Records of: Rogelio Rodriguez

14. Do you know whether or not, or do you have any reason to believe that the records subject to this deposition have in any manner been edited, purged, culled or in any other manner made different from the way such record existed when created? If so, please explain your knowledge or belief in this regard.

Answer: ~~yes~~ no   GG

_____
CUSTODIAN SIGNATURE

(Section below to be completed by the Notary Public)

__Gina Gonzalez__
(Print the name of the custodian)

appeared before me stating that the answer provided to each and every question is true as stated AND has provided an exact duplicate of the original records(s) as described in the SUBPOENA.

SWORN TO AND SUBSCRIBED, before me on this the __4__ day of __May__, 20__05__.

_____
NOTARY PUBLIC

YOLANDA M. CANO
MY COMMISSION EXPIRES
JULY 19, 2006

Issued by the
# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

SUBPOENA IN A CIVIL CASE

ROGELIO RODRIGUEZ
AND ELIZABETH RODRIGUEZ
Vs.                                           CIVIL ACTION NO. **B-04-137**

JAMES ARTHUR LARSON

TO: Rio Grande Valley Imaging & Diagnostic Center
501 B N. Ed Carey Drive
Harlingen, TX 78550

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all medical records, from date of birth, 01/12/1960 to the present, pertaining to ROGELIO RODRIGUEZ; SSN: 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; DOB: 01/12/1960, including, but not limited to: patient information/registration forms, medical reports, radiology reports, pathology reports, physical therapy records, any and all raw data, tests and test results, doctors orders, nurses notes, memorandum, correspondence to or from patient or concerning patient, medication, treatments, profiles, patient history forms, diagnoses, diagrams, graphs, charts, photographs, video tapes, recordings or other visual or audio representations reflecting the physical or mental condition of the patient within the care, custody or control, or to which said custodian has access.

| PLACE | | DATE AND TIME |
| --- | --- | --- |
| Team Litigation Company<br>3605 Katy Freeway, Suite 100, Houston, TX 77007 | [TLC No. 10339-3] | Instanter |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date, and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
|  |  |

Any organization to a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| *Patrick R. Kasperitis* / Attorney for Defendant | **January 19, 2005** |

Mr. Patrick R. Kasperitis, Dunn, Weathered, Coffey, Rivera, Kasperitis & Rodr
611 South Upper Broadway, Corpus Christi, TX 78401, (361) 883-1594

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)



| | |
|---|---|
| PATIENT NAME: | ROGELIO RODRIGUEZ |
| PATIENT #: | 7180 |
| DATE OF BIRTH: | 01/12/60 |
| DATE OF EXAM: | 10/08/03 |
| REFERRING PHYSICIAN: | DR. GILL |

**EXAMINATION:**   MRI OF THE LUMBAR SPINE

**HISTORY:** A 43 year old patient with pain in the lumbar region. The patient is also experiencing bilateral leg pain and was hit on the head during motor vehicle accident five months ago.

**MRI IMAGING PARAMETERS:** T1/T2 sagittal and axial T1 images of the lumbosacral spine were obtained without contrast on a Toshiba Opart Open MRI scanner.

**TOTAL NUMBER OF SLICES:** 56+ slices

**FINDINGS:** Examination of the lumbar spine reveals a hypolordotic lumbar curve. There is thinning of the disc at L3-L4 and desiccation of the discs at L4 thru S1. The vertebral bone marrow and prevertebral soft tissues are otherwise normal. The conus terminates at L1. Five lumbar vertebral segments are presumed for the purpose of this discussion. No subluxation is seen.

**L1-L2:** There is no evidence of a herniated disc, central spinal stenosis, neural exit foraminal stenosis or mass influence upon the central canal identified. Facet joint space narrowing is noted bilaterally.

**L2-L3:** There is no evidence of a herniated disc, central spinal stenosis, neural exit foraminal stenosis or mass influence upon the central canal identified. Facet joint space narrowing is noted bilaterally.

**L3-L4:** There is a 1 mm broad-based disc protrusion present minimally narrowing the ventral epidural fat and minimally narrowing the inner zonal fat of the neural exit foramina about 5% on both sides. Facet joint space narrowing is noted bilaterally.

**L4-L5:** There is a 1-2 mm broad-based disc protrusion present effacing the ventral epidural fat, minimally contacting and flattening the ventral dura and narrowing the inner zones of the neural exit foramina about 30% on both sides. This is indicative of disc edema. Facet arthrosis is noted bilaterally.

---

501 B N. Ed Carey Dr.
Harlingen, Texas 78550
(956) 440-8900 • 1-800-460-4721 • Fax (956) 440-8922

SENT BY: BENNOS/PINNACLE;     9727242426;     OCT-9-03   2:44PM;     PAGE 7/10

PAGE -2-

**PATIENT NAME:** ROGELIO RODRIGUEZ
**DATE OF EXAM:** 10/08/03

L5-S1: There is a 1 mm broad-based disc protrusion present minimally narrowing the ventral epidural fat but not impinging upon neural structures. There is narrowing of the inner zonal fat of the neural exit foramina about 15% is noted bilaterally. The descending S1 nerve roots are symmetrical. The SI joints are patent.

*NOTE – Oftentimes, irritation of the dorsal ramus (medial branch) becomes irritated as it supplies innervation to the facet joint. This may mimic sciatica. Thus, facet blocks may be useful in differentiating the origin of the patient's symptomatology and/or pain.

**IMPRESSION:**

1. There is a hypolordotic lumbar curvature indicative of myofascial spasm. (Clinical correlation is suggested).

2. There is thinning of the disc at L3-L4 and desiccation of the discs at L4 thru S1 indicative of degenerative change.

3. There is facet arthropathy of the mid to lower lumbar spinal range indicative of degenerative change.

4. There is a 1 mm broad-based disc protrusion present at L3-L4 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.

5. There is a 1-2 mm broad-based disc protrusion present at L4-L5 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.

6. There is a 1 mm broad based disc protrusion at L5-S1 not impinging upon neural structures.

7. There is no acute fracture or unstable injury.

Thank you for this referral.

Eric S. Bennos, M.D.
Board Certified Radiologist

ESB/pv

D&T 10/9/03

7