# TEAM LITIGATION COMPANY

| | |
|---|---|
| **CAUSE NO.:** | **B-04-137** |
| **STYLE OF CASE:** | **ROGELIO RODRIGUEZ**<br>**AND ELIZABETH RODRIGUEZ** |
| | **VS.** |
| | **JAMES ARTHUR LARSON** |
| **RECORDS FROM:** | **McAllen MRI Center**<br>**Medical Records** |
| **PERTAINING TO:** | **Rogelio Rodriguez** |
| **TYPE OF RECORDS:** | **Medical Records** |
| **TLC ORDER NO:** | **10339-7** |
| **ORDERED BY:** | **Mr. Patrick R. Kasperitis** |

**3605 Katy Fwy., Suite 100**
**Houston, Texas 77007**
**(713) 802-9100**
**Fax (713) 802-9108**
**www.TeamLit.com**

*A Full Service Litigation Records Retrieval Company*

Records Retrieval • Court Reporting • Copy Service • Trial Boards •



10339-7

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ | § | |
| AND ELIZABETH RODRIGUEZ | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| | § | |
| | § | |
| JAMES ARTHUR LARSON | § | |
| Defendant. | § | |

**NOTICE OF DELIVERY**

I, Kindi Shepard, a Notary Public in and for the State of Texas, hereby certify pursuant to the Rule 30F, Federal Rules of Civil Procedure, that:

1. this Deposition By Written Questions of: Melanie Lopez, the Custodian of Medical Records for **McAllen MRI Center**, is a true and exact duplicate of the records pertaining to **Rogelio Rodriguez**, given by the witness named herein, after said witness was duly sworn by Virginia Orendain;

2. the transcript is a true record of the testimony given by the witness;

3. $119.30 is the charge for the preparation of the completed Deposition By Written Questions and any copies of exhibits, charged to **Mr. Patrick R. Kasperitis, Attorney for Defendant, Bar #11105270;**

4. the deposition transcript was submitted on February 7, 2005, to the witness for examination, signature and return to the Officer by a specified date;

5. changes, if any made by the witness, in the transcript and otherwise, are attached thereto or incorporated therein;

6. the witness returned the transcript;

7. the original Deposition By Written Questions and a copy thereof, together with copies of all exhibits was delivered to the attorney or party who Noticed the first questions for safekeeping and use at trial;

8. all other attorneys of records at the time said testimony was subpoenaed are:

   **Mr. Randall P. Crane , Attorney for Plaintiff**

   and

9. a copy of this Notice of Delivery was served on all parties shown herein.

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON THIS THE 17 DAY OF FEBRUARY, 2005.

KINDI SHEPARD
MY COMMISSION EXPIRES
February 14, 2007

_____
NOTARY PUBLIC

Team Litigation Company
3605 Katy Freeway, Suite 100

10339-7

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ | § | |
| AND ELIZABETH RODRIGUEZ | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | Civil Action No. B-04-137 |
| | § | |
| | § | |
| | § | |
| JAMES ARTHUR LARSON | § | |
| Defendant. | § | |

DEPOSITION BY WRITTEN QUESTIONS PROPOUNDED TO
THE CUSTODIAN OF MEDICAL RECORDS FOR:
McAllen MRI Center
Medical Records

Specifically subpoenaed are: Any and all medical records, from date of birth, 01/12/1960 to the present,
pertaining to ROGELIO RODRIGUEZ; SSN: 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; DOB: 01/12/1960, including, but not limited
to: patient information/registration forms, medical reports, radiology reports, pathology reports, physical
therapy records, any and all raw data, tests and test results, doctors orders, nurses notes, memorandum,
correspondence to or from patient or concerning patient, medication, treatments, profiles, patient history
forms, diagnoses, diagrams, graphs, charts, photographs, video tapes, recordings or other visual or audio
representations reflecting the physical or mental condition of the patient within the care, custody or control,
or to which said custodian has access.

1.      Please state your full name, occupation and business address.

        Answer: _Melanie Lopez, Custodian of Records,_
_320 n McColl Ste. E, McAllen TX 78504_

2.      In your capacity as custodian of records, are you familiar with whether or not **McAllen MRI Center**
        regulations require that Medical Records be kept of each person who is a patient?

        Answer: _yes_

3.      Are the Medical Records of **McAllen MRI Center** kept under your care, supervision, custody or
        control?

        Answer: _yes_

4.      Are these Medical Records made and kept in the regular course of daily business activities by
        **McAllen MRI Center**?

        Answer: _yes_

5.      Please state whether the entries in the Medical Records were made at or near the time of the
        occurrence of acts, events, conditions, opinions, or diagnoses described therein or within a
        reasonable time thereafter.

        Answer: _yes_

ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ  vs.
JAMES ARTHUR LARSON

Cause No.: B-04-137                                         Records of: Rogelio Rodriguez

6.    Please state whether or not it was the regular course of business activity at the offices of **McAllen MRI Center,** for employees or representatives with personal knowledge, or who had been furnished such knowledge of acts, events, conditions, opinions, or diagnoses to make such records or to transmit information thereof to be included in such records.

Answer: *Yes*

7.    Do you have such Medical Records as described above on **Rogelio Rodriguez**?

Answer: *Yes*

8.    Was the method of preparation of these Medical Records trustworthy?

Answer: *Yes*

9.    Were these Medical Records kept as described?

Answer: *Yes*

10.   Please provide to the Officer taking this deposition photostatic copies of the complete Medical Records, outlined in the subpoena duces tecum.  Have you complied? If not, why not?

Answer: *Yes*

11.   Please state whether you have provided all the records required by the subpoena duces tecum and referenced in this deposition.  If not, why not?

Answer: *Yes*

12.   Are the records that you have provided to the Notary Public accurate and complete?  If not, why not?

Answer: *Yes*

13.   Have you been requested, directed, or has it ever been suggested by any person (whether a lawyer, doctor, patient, or any other person) that any part of the records subject to this deposition be withheld or protected from discovery for any reason?  If so, please state the name and address of that person who conveyed this information to you and when such event occurred.

Answer: *No*

ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ  vs.
JAMES ARTHUR LARSON

Cause No.: B-04-137                                      Records of: Rogelio Rodriguez

14.    Do you know whether or not, or do you have any reason to believe that the records subject to this
deposition have in any manner been edited, purged, culled or in any other manner made different
from the way such record existed when created?  If so, please explain your knowledge or belief in
this regard.

Answer: *No*

_Melanie Lopez_
**CUSTODIAN SIGNATURE**

(Section below to be completed by the Notary Public)

_Melanie Lopez_
(Print the name of the custodian)

appeared before me stating that the answer provided to each and every question is true as stated AND has
provided an exact duplicate of the original records(s) as described in the SUBPOENA.

SWORN TO AND SUBSCRIBED, before me on this the _7_ day of _February 2005._

_Virginia Orendain_
NOTARY PUBLIC



VIRGINIA ORENDAIN
MY COMMISSION EXPIRES
NOVEMBER 6, 2007

Issued by the

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

#### SUBPOENA IN A CIVIL CASE

ROGELIO RODRIGUEZ
AND ELIZABETH RODRIGUEZ
          Vs.                        CIVIL ACTION NO. **B-04-137**

JAMES ARTHUR LARSON

TO:  **McAllen MRI Center**
      **Medical Records**
      **320 North McColl, Suite B**
      **McAllen, TX 78501**

☐  YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Any and all medical records, from date of birth, 01/12/1960 to the present, pertaining to ROGELIO RODRIGUEZ; SSN: 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; DOB: 01/12/1960, including, but not limited to: patient information/registration forms, medical reports, radiology reports, pathology reports, physical therapy records, any and all raw data, tests and test results, doctors orders, nurses notes, memorandum, correspondence to or from patient or concerning patient, medication, treatments, profiles, patient history forms, diagnoses, diagrams, graphs, charts, photographs, video tapes, recordings or other visual or audio representations reflecting the physical or mental condition of the patient within the care, custody or control, or to which said custodian has access.**

| PLACE | DATE AND TIME |
|---|---|
| Team Litigation Company       [TLC No. 10339-7]<br>3605 Katy Freeway, Suite 100, Houston, TX 77007 | **Instanter** |

☐    YOU ARE COMMANDED to permit inspection of the following premises at the date, and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization to a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Patrick R. Kasperitis*      Attorney for Defendant | **January 19, 2005** |

Mr. Patrick R. Kasperitis, Dunn, Weathered, Coffey, Rivera, Kasperitis & Rodr
611 South Upper Broadway, Corpus Christi, TX 78401, (361) 883-1594

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

**McAllen MRI Center**
**320 N. McColl Ste. E**
**McAllen, Tx 78501**
**956-687-9636**
**Fax 956-687-9743**

Chart: 17299
Date: 11-12-03

NAME: Rogelio Rodriguez

D.O.B.: 1-12-60

AGE: 43          SEX:  F  (M)

REFERRING DOCTOR: Dr. Jorge Tijmes

MCALLEN MRI CENTER AND CT PATIENT NOTES

DATE: 11/13/03  MRI - C Spine

DATE:_____

DATE:_____

DATE:_____

DATE:_____

DATE:_____

DATE:_____

DATE:_____

DATE:_____

DATE:_____

DATE:_____

DATE:_____

DATE:_____

**Patient:** Rogelio Rodriguez    **Date of Birth:** 1-12-60        #17299
**Examination:** MRI Cervical Spine
**Date:** 11-13-03
**Referring Doctor:** Dr. Tijmes

**History:**   Cervical pain
We appreciate your referring this patient to us. Below are our findings.
Technique:  T1, proton dense, and T2 weighted sagittal images; T1 axial images.
Findings:
1. The scans image from the inferior clivus through T3. The cerebellar tonsils are normal.
2. There is subtotal opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right maxillary antrum.
3. The vertebral body heights are preserved. The regional bone marrow signal is normal.
4. There is no subluxation. There is no abnormality of curvature.
5. The cervical cord is normal.
6. At C2-3, there is no disc bulge. There is no neuroforaminal or central stenosis.
7. At C3-4, there is a 2 mm central to right central, broad-based disc protrusion, with subtotal effacement of the CSF anterior to the cord. There is no overt cord or nerve root compression. There is no neuroforaminal or central stenosis.
8. At C4-5, there is a 1 mm central disc bulge, with mild effacement of the CSF anterior to the cord. There is no cord or nerve root encroachment. There is no neuroforaminal or central stenosis.
9. At C5-6, there is a 1.5 mm central disc bulge, with severe effacement of the CSF anterior to the cord. There is no cord or nerve root encroachment. There is no neuroforaminal or central stenosis.

10. At C6-7, there is a 2 mm central disc protrusion, with subtotal effacement of the CSF anterior to the cord. There is no overt cord or nerve root compression. There is no neuroforaminal or central stenosis.
11. At C7-T1, T1-2 and T2-3, there is no disc bulge. There is no neuroforaminal or central stenosis.
12. The facets and uncinate processes are unremarkable.

Impression:
1. At C3-4 through C6-7, there are varying disc protrusions and effacements of the CSF as described above.
2. There is subtotal opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right maxillary antrum.

Thank you for allowing us to participate in the care of your patient. If you have any questions regarding this report, please contact me through my beeper.
Sincerely,

Marc Berger, M.D.            **McAllen MRI Center** 972-209-1485
                            320 N. McColl Suite "E"
                            McAllen, Texas 78501
                            Ph: 956.687.9636
                            Fax: 956.687.9743
                            E-mail: mcallenmri@msn.com

R. *Rodriguez*

**MCALLEN MRI CENTER**
**320 N. MCCOLL SUITE B**
**MCALLEN, TX 78501**
**956-687-9636**
**FAX 956-687-9743**

CHART#_ *17399*

THE FOLLOWING INFORMATION IS FOR THE TECHNICIAN WHO WILL BE PERFORMING
YOUR EXAM.

WHAT IS THE PHYSICIAN LOOKING FOR?_____
GADDLINIUM AMOUNT_____REACTION_____
MEDICATIONS GIVEN_____
CERVICAL/DORSAL/LUMBAR SPINE SYMPTOMS

| | | | | |
|---|---|---|---|---|
| NECK | Y | N | R | L |
| PAIN TO UPPER EXT | Y | N | R | L |
| NUMBNESS IN UPPER EXT | Y | N | R | L |
| WEAKNESS IN UPPER EXT | Y | N | R | L |

WHEN YOU ARE AWAKE IN THE MORNING IS YOUR PAIN WORSE? YES_____NO_____

I FULLY UNDERSTAND EACH QUESTION AND HAVE ANSWERED EACH QUESTION TO
THE BEST OF MY KNOWLEDGE.

_____        _____
PATIENT SIGNATURE                          DATE

*NO PHOR SURG*

*INJURED ON*
*8/23/04 LIFTING*

*LOW BACK PAIN*

**Patient: Rodriguez Rogelio**         **DOB:01/12/60**      **MC#17299**
**Examination: MRI Lumbar Spine**
**Date: 10-02-04**
**Referring Physician: Dr.Gill**
**History: Chronic pain to lumbar**

We appreciate your referring this patient to us. Below are our findings:
**Technique:**  T1 and T2 sagittal and axial images.
**Findings:**
1.  This scan images from T9-10 to S2. The distal cord, conus medullaris and filum terminalis are
    normal.
2.  The visualized retroperitoneum is normal.
3.  The vertebral body heights are preserved and the regional bone marrow signal is normal.
4.  1-2 mm anterior lateral vertebral osteophytic changes are present.
5.  There is no spondylolysis or spondylolisthesis. There is a 5 degree levoscoliosis of the lumbar
    spine.
6.  At T10-11 and T12-L1, there is no central bulge of the disc. There is no central stenosis, lateral
    recess stenosis or neuroforaminal stenosis. The facets are normal. Each disc is well hydrated and
    normal height.
7.  At T11-12, L1-2, and L2-3, there is a 1 mm central disc protrusion mild impression on dura and
    no impression on the origin of the nerve roots. There is no central stenosis, lateral recess
    stenosis or neuroforaminal stenosis. The facets are normal. Each disc is reasonably well
    hydrated and normal height.
8.  At L3-4, there is a 3 mm central disc protrusion. There is impression on the thecal
    sac and there is no impression on the origin of the nerve roots. There is an element
    of central stenosis, but no lateral recess stenosis or neuroforaminal stenosis. The
    facets are degenerative. The disc is partially hydrated and normal height.
9.  At L4-5, there is a 4-4.5 mm central disc protrusion to more likely early herniation
    with HIZ along the posterior left annulus indicative of a small posterior left annular
    tear. There is impression on the thecal sac and there is impression on and distortion
    of the origin of the left L5 nerve root. There is an element of central stenosis, but no
    lateral recess stenosis or neuroforaminal stenosis. The facets are degenerative. The
    disc is dehydrated and normal height.
10. At L5-S1, there is a 3 mm central bulge of the disc with no impression on thecal sac and no
    impression on the origin of the nerve roots. There is no central stenosis, lateral recess stenosis or
    neuroforaminal stenosis. The facets are degenerative. The disc is partially hydrated and normal
    height.

**McAllen MRI Center**
320 N. McColl Suite "E"
McAllen, Texas 78501
PH: 956-687-9636
Fax: 956-687-9743
info@mcallenmri.com

4

<u>Impression:</u>
1. **There is a 5 degree levoscoliosis of the lumbar spine.**
2. **At L3-4, there is a 3 mm central disc protrusion. There is impression on the thecal sac and there is no impression on the origin of the nerve roots. There is an element of central stenosis. The facets are degenerative. The disc is partially hydrated and normal height.**
3. **At L4-5, there is a 4-4.5 mm central disc protrusion to more likely early herniation with HIZ along the posterior left annulus indicative of a small posterior left annular tear.** *There is impression on the thecal sac and there is impression on and distortion of the origin of the left L5 nerve root.* **There is an element of central stenosis. The facets are degenerative. The disc is dehydrated and normal height.**
4. **At L5-S1, there is a 3 mm central bulge of the disc with no impression on thecal sac and no impression on the origin of the nerve roots. There is no central stenosis, lateral recess stenosis or neuroforaminal stenosis. The facets are degenerative. The disc is partially hydrated and normal height.**

Thank you for allowing us to participate in the care of your patient.
Sincerely,

*Marc Berger, M.D.*

Marc Berger, M.D., P.A.   10/3/04

<u>McAllen MRI Center</u>
320 N. McColl Suite "E"
McAllen, Texas 78501
PH: 956-687-9636
Fax: 956-687-9743
info@mcallenmri.com

5