UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § § § | |

## ORDER

After considering Defendant James Arthur Larson's Motion for Partial Summary Judgment with Brief In Support of Motion, Plaintiff's response, if any, and all other evidence on file, the Court FINDS as follows:

1. No genuine issue of material fact exists regarding Plaintiff's recovery of damages for any injuries, medical treatments or monetary losses which may arise or may have arisen after August 23, 2004.

2. No genuine issue of material fact exists regarding Plaintiff Elizabeth Rodriguez's claims for loss of spousal support and loss of consortium which may arise or may have arisen after August 23, 2004.

Therefore, the Court GRANTS partial summary judgment on Plaintiffs' claims for recovery of future damages allegedly sustained as a result of the auto accident on or about January 16, 2003. Plaintiff's damages in this cause shall be limited to those damages proven to the jury to have occurred between January 16, 2003 and August 23, 2004.

All relief not specifically granted by this ORDER is hereby DENIED.

DONE at Brownsville, Texas on _____, 2006.

_____
Felix Recio
United States Magistrate Judge

APPROVED & ENTRY REQUESTED:

_____
Patrick R. Kasperitis
SBN 11105270; FED ID 12594
Frank Weathered
SBN 20998600; FED ID 2441

DUNN, WEATHERED, COFFEY, RIVERA,
KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]