UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 4 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| VS. | § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § § § | (636(c)) |

## ORDER SETTING HEARING ON PLAINTIFF'S MOTION TO QUASH DEPOSITION OF DR. DANIEL BACKLAS

A hearing on Plaintiff's Motion To Quash Deposition of Dr. Daniel Backlas is hereby set for the 20th day of March, 2006, at 10:00 a.m. in the 2nd Floor, Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Cameron County, Texas.

SIGNED this 14th day of March, 2006.

United States Magistrate Judge

COPIES TO:
Hon. Randall P. Crane, Attorney for Plaintiffs
Hon. Patrick R. Kasperitis, Attorney for Defendant