IN THE UNITED, STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ROGELIO RODRIGUEZ AND** | § | |
| **ELIZABETH RODRIGUEZ** | § | **CIVIL ACTION NO. B-04-137** |
| | § | |
| **VS.** | § | |
| | § | **(JURY DEMANDED)** |
| | § | |
| **JAMES ARTHUR LARSON** | § | |

## PLAINTIFF'S EXHIBIT LIST

The Plaintiff submits the following exhibits in conjunction with the Joint Pretrial Order:

a)  Medical records from:
Dr. Jorge J. Tijmes (Southern Bone & Joint Center Associates)
Dr. Abraham Cano
Dr. Herman Keillor (Harlingen Bone & Joint Clinic, P.A.)
Dr. D.S. Gill (Focus Medicine Center)
Dr. D. S. Gill (OIS Rehab Center)
McAllen MRI Center
Rio Grande Valley Imaging Center
Valley Baptist Medical Center
Dr. Eric Bennos

b)  Medical bills from:
Dr. Jorge J. Tijmes (Southern Bone & Joint Center Associates)
Dr. Abram Cano
Dr. Herman Keillor  (Harlingen Bone & Joint Clinic, P.A.)
Dr. D.S. Gill (Focus Medicine Center)
Dr. D.S. Gill (OIS Rehab Center)
McAllen MRI Center
Rio Grande Valley Imaging Center
Valley Baptist Medical Center
Dr. Eric Bennos
EMCare Har Emerg Physicians, PA

c)  all photographs relevant to the incident in question, including the newspaper clipping
showing the collision in question.

d)  Plaintiff and Defendants pleadings, discovery responses and any supplementals
thereto,

e)  depositions taken in this proceeding of all defendants, Plaintiffs and the health care
providers



EXHIBIT
A pg 1

f)      reports of any experts designated by any party to this proceeding (including medical records and bills from all treating physicians and hospitals)

g)      plaintiff's personnel file maintained by R & L Transfer, Inc.

h)      plaintiff's payroll records maintained by R & L Transfer, Inc.

i)      exhibits and blow-ups made by experts

j)      videotaped depositions of experts and/or lay witnesses



EXHIBIT
A pg 2