IN THE UNITED, STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ROGELIO RODRIGUEZ AND** | § | |
| **ELIZABETH RODRIGUEZ** | § | **CIVIL ACTION NO. B-04-137** |
| | § | |
| **VS.** | § | |
| | § | **(JURY DEMANDED)** |
| **JAMES ARTHUR LARSON** | § | |

## PLAINTIFF'S WITNESS LIST

The Plaintiff submits the following witness list in conjunction with the Joint Pretrial Order:

**NAMES OF PERSONS HAVING RELEVANT KNOWLEDGE:**

Rogelio Rodriguez, Plaintiff
123 Dolores Street
Primera, Texas 78552
(956) 412-8163

Elizabeth Rodriguez, Plaintiff
123 Dolores Street
Primera, Texas 78552
(956) 412-8163

Janie Ortega
Rt. 1, Box 195A
Primera, Texas 78552
(956) 444-0310

Ignacio Ortega
Rt. 1, Box 195A
Primera, Texas 78552
(956) 444-0310

Paul Gray
Weslaco, Texas 78596
(956) 630-7919

Juan L. Garcia
125 Dolores Street
Primera, Texas
(956) 425-7400
(956) 533-7962


EXHIBIT
C pg1

Rosa Ana Montemayor
P.O. Box 261
Santa Rosa, Texas
(956) 636-9409
(956) 662-4746

Modesta Cruz
413 Botts  Street
Harlingen, Texas 78550
(956) 412-3835

Trooper Lionel Trevino, #9176
Texas Department of Public Safety
1630 N. 77 Sunshine Strip
Harlingen, Texas 78550
(956) 423-1160

Carmen Alcala
526 Resaca Shores Blvd.
San Benito, Tx.  78586
(956) 399-6530

Matias E. Garza
135 Dolores Street
Primera, Texas 78550
(956) 428-4778

Guadalupe Castaneda
Shelly Street
Combes, Texas 78550
(956) 428-1020

Isabel Garza
1401 Sunset Drive, Apt. #12
Harlingen, Texas 78550
(956) 428-3840

**Medical records and billing records custodians for:**
Valley Baptist Medical Center
Dr. William Taw
Dr. Robert Wright
James Easthnam, CEO
Ward Cook, Human Resources
Denise Jackson, Human Resources
Marcie Sanchez, medical billing
2121 Pease St.
Harlingen, Texas 78550
(956) 389-1100



EXHIBIT
C   pg 2

Harlingen Bone & Joint Clinic, P.A.
Dr. Herman J. Keillor
1801 N. Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 423-5033


Rio Grande Valley Imaging & Diagnostic Center
501 B N. Ed Carey Drive
Harlingen, Texas 78550
(956) 440-8900

Dr. Eric Bennos
P.O. Box 293115
Lewisville, Texas 75029-3115

Southern Bone & Joint Center Associates
Dr. Jorge E. Tijmes
P.O. Box 6209
McAllen, Texas 78502
(956) 687-2032

McAllen MRI Center
Dr. Marc Berger
320 N. McColl Suite "E"
McAllen, Texas 78501
(956) 687-9636

Focus Medicine Center
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Orthopedic Industrial Sports Medicine
& Rehabilitation
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Dr. Abraham Cano
2401 Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 425-9181


EXHIBIT
C pg 3

EMCARE Har Emerg Physicians, PA
P.O. Box 13826
Philadelphia, PA.  19101-3826
(800) 355-2470


**NAME OF EXPERTS:**
Valley Baptist Medical Center
Dr. William Taw
Dr. Robert Wright
**James Easthnam, CEO**
**Ward Cook, Human Resources**
**Denise Jackson, Human Resources**
Marcie Sanchez, medical billing
2121 Pease St.
Harlingen, Texas 78550
(956) 389-1100

Harlingen Bone & Joint Clinic, P.A.
Dr. Herman J. Keillor
1801 N. Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 423-5033

Rio Grande Valley Imaging & Diagnostic Center
501 B N. Ed Carey Drive
Harlingen, Texas 78550
(956) 440-8900

Dr. Eric Bennos
P.O. Box 293115
Lewisville, Texas 75029-3115

Southern Bone & Joint Center Associates
Dr. Jorge E. Tijmes
P.O. Box 6209
McAllen, Texas 78502
(956) 687-2032

McAllen MRI Center
Dr. Marc Berger
320 N. McColl Suite "E"
McAllen, Texas 78501
(956) 687-9636



Focus Medicine Center
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Orthopedic Industrial Sports Medicine
& Rehabilitation
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Dr. Abraham Cano
2401 Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 425-9181

EMCARE Har Emerg Physicians, PA
P.O. Box 13826
Philadelphia, PA.  19101-3826
(800) 355-2470

Trooper Lionel Trevino, #9176
Texas Department of Public Safety
1630 N. 77 Sunshine Strip
Harlingen, Texas 78550
(956) 423-1160

**B.    DOCUMENTS AND OTHER TANGIBLE EVIDENCE:**

a)    all photographs relevant to the incident in question, including the vehicles, Plaintiff and the location where the incident in question occurred.

b)    newspaper clip showing the collision in question.

c)    Plaintiff's and Defendant's pleadings, discovery responses and any supplementals thereto, medical bills and medical records;

c)    videotaped deposition taken of Dr. Jorge Tijmes and the plaintiffs herein, and any other depositions which will be taken in this proceeding of defendant, Plaintiff's experts, depositions of persons having relevant knowledge,  and any and all health care providers, listed hereinbelow, as follows:



EXHIBIT
C  pg 5

Trooper Lionel Trevino, #9176
Texas Department of Public Safety
1630 N. 77 Sunshine Strip
Harlingen, Texas 78550
(956) 423-1160

Valley Baptist Medical Center
Dr. William Taw
Dr. Robert Wright
James Easthnam, CEO
Ward Cook, Human Resources
Denise Jackson, Human Resources
Marcie Sanchez, medical billing
2121 Pease St.
Harlingen, Texas 78550
(956) 389-1100

EMCARE Har Emerg Physicians, PA
P.O. Box 13826
Philadelphia, PA.  19101-3826
(800) 355-2470

Harlingen Bone & Joint Clinic, P.A.
Dr. Herman J. Keillor
1801 N. Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 423-5033

Rio Grande Valley Imaging & Diagnostic Center
501 B N. Ed Carey Drive
Harlingen, Texas 78550
(956) 440-8900

Dr. Eric Bennos
P.O. Box 293115
Lewisville, Texas 75029-3115

Southern Bone & Joint Center Associates
Dr. Jorge E. Tijmes
P.O. Box 6209
McAllen, Texas 78502
(956) 687-2032

McAllen MRI Center
Dr. Marc Berger
320 N. McColl Suite "E"
McAllen, Texas 78501
(956) 687-9636


EXHIBIT
C pg 6

Focus Medicine Center
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Orthopedic Industrial Sports Medicine
& Rehabilitation
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Dr. Abraham Cano
2401 Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 425-9181


d)    reports of any experts designated by any party to this proceeding, (including medical records and bills from all treating physicians and hospitals.

e)    plaintiff's income tax records, payroll records and personnel records;

f)    exhibits and blow-ups made by experts;

g)    videotaped depositions of experts and /or lay witnesses;

h)    a computation of any category of damages claimed by Plaintiff;

I)    certified copy of the workers compensation file pertaining to plaintiff Rogelio Rodriguez;

j)    affidavits or depositions by written questions of the health care providers and/or custodians for the health care providers listed hereinbelow:

Valley Baptist Medical Center
Dr. William Taw
Dr. Robert Wright
James Easthnam, CEO
Ward Cook, Human Resources
Denise Jackson, Human Resources
Marcie Sanchez, medical billing
2121 Pease St.
Harlingen, Texas 78550
(956) 389-1100

EXHIBIT
C pg 7

EMCARE Har Emerg Physicians, PA
P.O. Box 13826
Philadelphia, PA.  19101-3826
(800) 355-2470

Harlingen Bone & Joint Clinic, P.A.
Dr. Herman J. Keillor
1801 N. Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 423-5033

Rio Grande Valley Imaging & Diagnostic Center
501 B N. Ed Carey Drive
Harlingen, Texas 78550
(956) 440-8900

Dr. Eric Bennos
P.O. Box 293115
Lewisville, Texas 75029-3115

Southern Bone & Joint Center Associates
Dr. Jorge E. Tijmes
P.O. Box 6209
McAllen, Texas 78502
(956) 687-2032

McAllen MRI Center
Dr. Marc Berger
320 N. McColl Suite "E"
McAllen, Texas 78501
(956) 687-9636

Focus Medicine Center
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Orthopedic Industrial Sports Medicine
& Rehabilitation
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

EXHIBIT
C  pg 8

Dr. Abraham Cano
2401 Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 425-9181

**C.    COMPUTATION OF DAMAGES:**
Plaintiffs have not  computed all damages to date.

**D.    INSURANCE AGREEMENTS:**
Applicable insurance agreements in question which provide coverage to the Defendant.

EXHIBIT
C pg 9