IN THE UNITED, STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | CIVIL ACTION NO. B-04-137 |
| VS. | § § | |
| JAMES ARTHUR LARSON | § § | (JURY DEMANDED) |

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

Rogelio Rodriguez and Elizabeth Rodriguez, Plaintiffs herein, make and file this their Proposed Voir Dire Questions, respectfully submitting the following:

### I.

Plaintiff's proposed voir dire questions are as follows:

1) Have any of the prospective jurors handled or adjusted claims?

2) Have any of the prospective jurors handled workers comp claims as part of their work duties?

3) Do any of the prospective jurors have any medical training or expertise?

4) Do any of the prospective jurors have training or expertise relating to shoulder injuries, neck injuries or lower back injuries?

5) Have any of the prospective jurors been a juror previously in a civil case involving personal injuries, and if so, was a verdict reached?

6) Does anyone on the panel know, the defendant, James Arthur Larson, any of the attorneys or witnesses who will be called?

7) Has anyone on the panel been a defendant in a lawsuit? If so:
   a) were they Plaintiff or Defendant;
   b) did it involve a case wherein personal injuries were alleged;
   c) what was the outcome of the case.

8) Has anyone on the panel had immediate family members who were defendants in a lawsuit?

9) Does anyone on the panel own their own business?


EXHIBIT E pg 1

10) Is there anyone on the panel who is unable to award monetary damages for personal injuries sustained as a result of an accident?

11) Do any jurors have an opinion without having any evidence in the case that there is some limit on the amount of money he or she would be willing to award for damages such as physical pain and mental suffering?

12) Do any jurors feels that it is improper for a person injured in an automobile wreck to seek monetary compensation for his or her injuries?

13) Do any jurors feel that a plaintiff's recovery should be limited only to medical expenses incurred?

14) Do any jurors feel that a plaintiff should be awarded damages for an injury only if that person has undergone an operation?

15) Does anyone on the panel belong to or financially support Citizens Against Lawsuit Abuse?

16) Are any panel members advocates of "tort reform"?

17) Is there anyone on the panel who has already decided who should win or lose in this case?

Respectfully submitted,

LAW OFFICE OF RANDALL P. CRANE
201 SOUTH SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-2496
(956) 399-7398

BY: _____
RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS

EXHIBIT E pg 2

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was served upon counsel of record for James Arthur Larson, Patrick R. Kasperitis, Dunn, Weathered, Coffey, Rivera, Kasperitis & Rodriguez, 611 South Upper Broadway, Corpus Christi, Texas, 78401, via certified mail, return receipt requested and via facsimile transmission on this the __22nd__ day of __March__, 2006.

_____
RANDALL P. CRANE

EXHIBIT
E pg 3