UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 7 2006

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | § | |

-oOo-

## CERTIFICATE OF WRITTEN DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that the following documents were forwarded to the attorney of record

for JAMES ARTHUR LARSON   on March 24, 2006,   without the necessity of filing same

with the Clerk of the United States District Court:

**Plaintiffs  First  Amended  Rule 26(A) & 26(A)(2) Disclosures**

RESPECTFULLY SUBMITTED,

RANDALL P. CRANE
ATTORNEY AT LAW
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-7496
BY

RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR
PLAINTIFFS

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was forwarded  on this the    24th  day of March, 2006,   upon the following attorney of record:

Patrick R. Kasperitis
Attorney AT Law
DUNN, WEATHERED, COFFEY, ET AL
611 South Upper Broadway
Corpus Christi, Texas 78401

(Certified Mail, Return Receipt Requested #7004 0550 0001 3134 6898)

RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS