United States District Court
Southern District of Texas
FILED

APR 0 5 2006

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | § | |

RECEIVED MAR 3 1 2006

## AGREED MOTION FOR LEAVE TO FILE
## JOINT PRETRIAL ORDER AFTER DEADLINE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiffs Rogelio Rodriguez and Elizabeth Rodriguez and Defendant James

Arthur Larson, and file this Agreed Motion for Leave to File Joint Pretrial Order After Deadline, in

support thereof showing this Court as follows:

1.  Defendant's Portion of Joint Pretrial Order, along with attached trial documents, was sent

by overnight mail on March 21, 2006, and filed with the Court on March 22, 2006.

2.  Plaintiff's Joint Pretrial Order, along with attached exhibits, was filed on or about on

March 22, 2006.

3.  In order to fully comply with the Court's Rule 16 Scheduling Order, and for the

convenience of the Court at the time of trial, the above two documents have been combined into one

Joint Pretrial Order, signed by counsel representing Plaintiffs and counsel representing Defendant.

4.  Plaintiffs and Defendant request permission to file the accompanying Joint Pretrial Order

in place of the separate orders filed by each party on or about March 22, 2006, as described above.

-1-

## PRAYER

Plaintiffs and Defendant respectfully prays that this Motion for Leave to File Joint Pretrial

Order After Deadline be in all things granted and that leave be granted for the accompanying Joint

Pretrial Order to be filed in place of the separate orders filed by each party on or about March 22,

2006.

Respectfully submitted,

LAW OFFICE OF RANDALL P. CRANE
201 South Sam Houston
San Benito, Texas 78586
(956) 399-2496 [FAX 399-7398]

BY

Randall P. Crane
SBN 05006900

COUNSEL FOR PLAINTIFFS

DUNN, WEATHERED, COFFEY,
RIVERA & KASPERITIS, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY

Patrick R. Kasperitis
SBN 11105270

COUNSEL FOR DEFENDANT