UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND<br>ELIZABETH RODRIGUEZ | §<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | § | |

## ORDER GRANTING LEAVE TO FILE
## JOINT PRETRIAL ORDER AFTER DEADLINE

On this day came on for consideration the Agreed Motion for Leave to File Joint Pretrial Order After Deadline, filed by Plaintiffs and Defendant in the above-styled and numbered cause. The Court having considered same finds that said motion should be granted. It is, therefore,

ORDERED that the Joint Pretrial Order, dated _____, 2006, be filed in place of the two separate pretrial orders filed on or about March 22, 2006.

SIGNED AND ORDERED ENTERED this _____ day of _____, 2006.

_____
JUDGE PRESIDING

*copied to:*

Randall P. Crane, 201 S. Sam Houston, San Benito, Texas 78586

Patrick R. Kasperitis, 611 South Upper Broadway, Corpus Christi, Texas 78401