IN THE UNITED, STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | CIVIL ACTION NO. B-04-137 |
| VS. | § § | (JURY DEMANDED) |
| JAMES ARTHUR LARSON | § § | |

## PLAINTIFF'S EXHIBIT LIST

The Plaintiff submits the following exhibits in conjunction with the Joint Pretrial Order:

a) Medical records from:
Dr. Jorge J. Tijmes (Southern Bone & Joint Center Associates)
Dr. Abraham Cano
Dr. Herman Keillor (Harlingen Bone & Joint Clinic, P.A.)
Dr. D.S. Gill (Focus Medicine Center)
Dr. D. S. Gill (OIS Rehab Center)
McAllen MRI Center
Rio Grande Valley Imaging Center
Valley Baptist Medical Center
Dr. Eric Bennos

b) Medical bills from:
Dr. Jorge J. Tijmes (Southern Bone & Joint Center Associates)
Dr. Abram Cano
Dr. Herman Keillor (Harlingen Bone & Joint Clinic, P.A.)
Dr. D.S. Gill (Focus Medicine Center)
Dr. D.S. Gill (OIS Rehab Center)
McAllen MRI Center
Rio Grande Valley Imaging Center
Valley Baptist Medical Center
Dr. Eric Bennos
EMCare Har Emerg Physicians, PA

c) all photographs relevant to the incident in question, including the newspaper clipping showing the collision in question.

d) Plaintiff and Defendants pleadings, discovery responses and any supplementals thereto,

e) depositions taken in this proceeding of all defendants, Plaintiffs and the health care providers


EXHIBIT A-1

f) reports of any experts designated by any party to this proceeding (including medical records and bills from all treating physicians and hospitals)

g) plaintiff's personnel file maintained by R & L Transfer, Inc.

h) plaintiff's payroll records maintained by R & L Transfer, Inc.

i) exhibits and blow-ups made by experts

j) videotaped depositions of experts and/or lay witnesses



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
|---|---|---|
| V. | § § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § | |

## DEFENDANT'S EXHIBIT LIST

| Ex. No. | DESCRIPTION | Marked | Offered | Object | Admit | Date | Disposition after trial |
|---|---|---|---|---|---|---|---|
| 1. | Deposition of Rogelio Rodriguez | | | | | | |
| 2. | Deposition of Elizabeth Rodriguez | | | | | | |
| 3. | Deposition of Jorge Tijmes, M.D. | | | | | | |
| 4. | Excerpts of Medical Records from the Deposition Upon Written Questions to Herman J. Keillor, M.D. | | | | | | |
| 5. | Excerpts of Medical Records from the Deposition Upon Written Questions to D.S. Gill, M.D., FOCCUS Medicine Center | | | | | | |
| 6. | Excerpts of Medical Records from the Deposition Upon Written Questions to Rio Grande Valley Imaging & Diagnostic Center | | | | | | |
| 7. | Excerpts of Medical Records from the Deposition Upon Written Questions to McAllen MRI Center | | | | | | |
| 8. | Excerpts of Medical Records from the Deposition Upon Written Questions to Valley Baptist Medical Center | | | | | | |
| 9. | Excerpts of Medical Records from the Deposition Upon Written Questions to Jorge Tijmes, M.D. | | | | | | |
| 10. | Excerpts of Medical Records from the Deposition Upon Written Questions to Abraham Cano, M.D. | | | | | | |
| 11. | Excerpts of Medical Records from the Deposition Upon Written Questions to Eric Bennos, M.D. | | | | | | |


EXHIBIT b-1

| Ex. No. | DESCRIPTION | Marked | Offered | Object | Admit | Date | Disposition after trial |
|---|---|---|---|---|---|---|---|
| 12. | Excerpts of Medical Records from the Deposition Upon Written Questions to R & L Transfer, Inc. (Safety Department) | | | | | | |
| 13. | Summary of all excerpted Medical Records compliant with Federal Rule of Evidence Rule 1006 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |


EXHIBIT b-2