UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
|---|---|---|
| V. | § § § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § | |

## DEFENDANT'S EXHIBIT LIST

| Ex. No. | DESCRIPTION | Marked | Offered | Objection | Admit | Date | Disposition after trial |
|---|---|---|---|---|---|---|---|
| 1. | Deposition of Rogelio Rodriguez | | | | | | |
| 2. | Deposition of Elizabeth Rodriguez | | | | | | |
| 3. | Deposition of Jorge Tijmes, M.D. | | | | | | |
| 4. | Excerpts of Medical Records from the Deposition Upon Written Questions to Herman J. Keillor, M.D. | | | | | | |
| 5. | Excerpts of Medical Records from the Deposition Upon Written Questions to D.S. Gill, M.D., FOCCUS Medicine Center | | | | | | |
| 6. | Excerpts of Medical Records from the Deposition Upon Written Questions to Rio Grande Valley Imaging & Diagnostic Center | | | | | | |
| 7. | Excerpts of Medical Records from the Deposition Upon Written Questions to McAllen MRI Center | | | | | | |
| 8. | Excerpts of Medical Records from the Deposition Upon Written Questions to Valley Baptist Medical Center | | | | | | |
| 9. | Excerpts of Medical Records from the Deposition Upon Written Questions to Jorge Tijmes, M.D. | | | | | | |
| 10. | Excerpts of Medical Records from the Deposition Upon Written Questions to Abraham Cano, M.D. | | | | | | |
| 11. | Excerpts of Medical Records from the Deposition Upon Written Questions to Eric Bennos, M.D. | | | | | | |


EXHIBIT b-1

| Ex. No. | DESCRIPTION | Marked | Offered | Objuct | Admit | Date | Disposition after trial |
|---|---|---|---|---|---|---|---|
| 12. | Excerpts of Medical Records from the Deposition Upon Written Questions to R & L Transfer, Inc. (Safety Department) | | | | | | |
| 13. | Summary of all excerpted Medical Records compliant with Federal Rule of Evidence Rule 1006 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

EXHIBIT B-2