UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| V. | § § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § § | |

## DEFENDANT'S WITNESS LIST

Rogelio Rodriguez
Elizabeth Rodriguez
123 Dolores Street
Primera, Texas 78552
(956) 412-8163
Plaintiffs– by deposition and as live witnesses

James Arthur Larson
10076 U 65 Lane
Rapid River, Michigan 49878
Defendant – live witness

Dr. Daniel Backlas, Chief Radiologist
Knapp Medical Center
1401 East 8th Street
Weslaco, Texas 78596
(956) 968-4564
Rebuttal witness– Defendant requests permission to depose him since he cannot appear live on that particular week. Dr. Backlas will rebut the allegations, if made by Plaintiff that any surgery will be reasonable or necessary as a result of the injuries alleged by Plaintiff in this case.

Dr. Jorge E. Tijmes
Southern Bone & Joint Center Assoc.
P.O. Box 6209
McAllen, Texas 78502
(956) 687-2032
By deposition testimony- with documentary evidence obtained by Deposition on Written Questions. Dr. Tijmes will testify that Plaintiff did not suffer any injury in this accident that requires surgical intervention.



EXHIBIT D-1

R & L Carriers, Inc.
600 Gillam Road
Wilmington, OH 45177
Plaintiff's employer April 2001 - present
By Deposition on Written Questions– employment records to be introduced

Valley Baptist Medical Center
2121 Pease Street
Harlingen, Texas 78550
(956) 389-1100
Treating medical provider for Plaintiff
By Deposition on Written Questions– medical records to be introduced

Dr. Herman J. Keillor
Harlingen Bone & Joint Clinic, P.A.
1801 N Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 423-5033
Treating medical provider for Plaintiff
By Deposition on Written Questions– medical records to be introduced

Rio Grande Valley Imaging
& Diagnostic Center
501-B N Ed Carey Drive
Harlingen, Texas 78550
(956) 440-8900
Treating medical provider for Plaintiff
By Deposition on Written Questions– medical records to be introduced

Dr. Eric Bennos
P.O. Box 293115
Lewisville, Texas 75029-3115
Treating medical provider for Plaintiff
By Deposition on Written Questions– medical records to be introduced

Dr. Marc Berger
McAllen MRI Center
320 N McColl, Suite E
McAllen, Texas 78501
(956) 687-9636
Treating medical provider for Plaintiff
By Deposition on Written Questions– medical records to be introduced



EXHIBIT
D-2

Dr. Abraham Cano
2401 Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 425-9181
Treating medical provider for Plaintiff
By Deposition on Written Questions– medical records to be introduced

