UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | § | |

## DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

James Arthur Larson, Defendant herein, makes and files this document, respectfully submitting the following as Defendant's Proposed Voir Dire Questions:

1. Do any of the potential jurors own their own business?

2. Do any of you do any regular business transactions with seasonal residents or "Winter Texans"?

3. Have you gotten to know any "winter Texans" on a personal or social basis?

4. Do you have any favorable or unfavorable opinions of "winter Texans"?

5. Have any of the potential jurors ever been treated by, or do they know Dr. Jorge Tijmes?

6. Do any of you have favorable or unfavorable opinions of him based on these experiences?

7. Have any of the potential jurors ever been treated by, or do they know Dr. Daniel Backlas?

8. Do any of you have favorable or unfavorable opinions of Dr. Backlas based on these experiences?

9. Have any of the potential jurors ever been treated by, or do they know Dr. D.S. Gill?

10. Do any of you have favorable or unfavorable opinions of Dr. Gill based on these experiences?

11. Have any potential jurors, or close friends or relatives, been treated for a spinal injury?

12. How will this affect your opinions about the injuries alleged in this case: chronic lumbar spine pain?

EXHIBIT F-1

13. Does this make you have sympathy for someone who has complaints of back pain?

14. Will this sympathy influence you in determining the facts of this case?

15. What are your opinions about back surgery? Do you know anyone who has had back surgery?

16. Does this make you have more sympathy for someone who may need back surgery in the future?

17. Will this sympathy influence you in determining the facts of this case?

18. Do any of you drive a tractor trailer or 18 wheeler for a living? Do you have any relatives or friends that do so?

19. Do any of you drive for a bus company or work as a railroad engineer or drive or pilot any vehicle for what is called a "common carrier"? Do you have any relatives or friends that do so?

20. Have any of you had any bad experiences on the road with an 18 wheeler or other kind of tractor trailer?

21. Will these experiences influence you in determining the facts of this case?

22. Do you believe that a person who is injured in an accident should be able to sue the other person involved in the accident?

23. Do you believe that there are too many lawsuits?

24. Do you believe that people in today's society are "lawsuit happy"? Or do you believe that the amount of lawsuits is just about right?

25. What kind of damages do you believe that a person who sues for compensation for injuries in an accident should be allowed to recover? Medical bills? Pain and suffering? Mental anguish?

26. Do you believe that a person who sues for injuries he claims were caused in an accident can recover damages in his lawsuit for the injuries sustained in that accident but not for injuries sustained in any other accidents?

27. In your opinion, is a person who causes an auto accident responsible for any complaints of pain that the other driver complains of after the accident, even if those complaints of pain are caused by another later accident?

28. Do you believe that an accident can be caused by both persons involved in it?



EXHIBIT F-2

29. If both persons are responsible for the accident should both persons take responsibility for the accident?

30. If a person who was injured in an accident has another accident later, who is responsible for the injuries sustained in the second accident?

    Respectfully submitted,

    DUNN, WEATHERED, COFFEY, RIVERA,
    KASPERITIS & RODRIGUEZ, P.C.
    611 South Upper Broadway
    Corpus Christi, Texas 78401
    (361) 883-1594 [FAX 883-1599]


BY_____
    Patrick R. Kasperitis
    SBN 11105270

    COUNSEL FOR DEFENDANT


## CERTIFICATE OF SERVICE

This is to certify that on the _____ day of March 2006, this document was served on counsel of record as indicated below pursuant to Federal Rules of Civil Procedure.

_____
    Patrick R. Kasperitis

**VIA CM/RRR 7005 1820 0001 4400 0949**
Mr. Randall P. Crane
LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586



EXHIBIT F-3