SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO, B-04-I37 |
| JAMES ARTHUR LARSON | § | |

---

## PLAINTIFFS FIRST AMENDED RULE 26(A)
## & 26 (A)(2) DISCLOSURES

---

TO:          JAMES ARTHUR LARSON, BY AND THROUGH HIS
                 ATTORNEY OF RECORD:

                 PATRICK R. KASPERITIS
                 ATTORNEY AT LAW
                 DUNN, WEATHERED, COFFEY,
                 RIVERA, KASPERITIS & RODRIGUEZ, P.C.
                 611 South Upper Broadway
                 Corpus Christi, Texas 78401

PURSUANT TO Rule 26(a)(1), Federal Rules of Civil Procedure, Plaintiffs,     ROGELIO

RODRIGUEZ AND ELIZABETH RODRIGUEZ, make the following First Amended disclosures:

**A.          NAMES OF PERSONS HAVING RELEVANT KNOWLEDGE:**

a)     Rogelio Rodriguez,   Plaintiff
        123 Dolores Street
        Primera, Texas 78552
        (956) 412-8163

b)     Elizabeth Rodriguez, Plaintiff
        123 Dolores Street
        Primera, Texas 78552
        (956) 412-8163

c)     Janie Ortega
        Rt. 1, Box 195A
        Primera, Texas 78552
        (956) 444-0310




d)    Ignacio Ortega
      Rt. 1, Box 195A
       Primera, Texas 78552
      (956) 444-0310

e)    Paul Gray
      Weslaco, Texas 78596
      (956) 630-7919

f)    Juan L. Garcia
      125 Dolores Street
      Primera, Texas
      (956) 425-7400
      (956) 533-7962

g)    Rosa Ana Montemayor
      P.O. Box 261
      Santa Rosa, Texas
      (956) 636-9409
      (956) 662-4746

h)    Modesta Cruz
      4413 Botts  Street
      Harlingen, Texas 78550
      (956) 412-3835

i)    Trooper Lionel Trevino, #9176
      Texas Department of Public Safety
      1630 N. 77 Sunshine Strip
      Harlingen, Texas 78550
      (956) 423-1160

j)    Carmen Alcala
      526 Resaca Shores Blvd.
      San Benito, Tx.  78586
      (956) 399-6530

k)    Matias E. Garza
      135 Dolores Street
      Primera, Texas 78550
       (956) 428-4778

l)    Valley Baptist Medical Center
      Dr. William Taw
      Dr. Robert Wright
      James Easthnam, CEO
      Ward Cook, Human Resources
      Denise Jackson, Human Resources
      Marcie Sanchez, medical billing
      2121 Pease St.
      Harlingen, Texas 78550
      (956) 389-1100

m)    Harlingen Bone & Joint Clinic, P.A.
      Dr. Herman J. Keillor
      1801 N. Ed Carey Drive, Suite A
      Harlingen, Texas 78550
      (956) 423-5033

n)    Rio Grande Valley Imaging & Diagnostic Center
      501 B N. Ed Carey Drive
      Harlingen, Texas 78550
      (956) 440-8900

o)    Dr. Eric Bennos
      P.O. Box 293115
      Lewisville, Texas 75029-3115

p)    Southern Bone & Joint Center Associates
      Dr. Jorge E. Tijmes
      P.O. Box 6209
      McAllen, Texas 78502
      (956) 687-2032

q)    McAllen MRI Center
      Dr. Marc Berger
      320 N. McColl Suite "E"
      McAllen, Texas 78501
      (956) 687-9636

r)    Focus Medicine Center
      Dr. D.S. Gill
      1120 Galveston Ave.
      McAllen, Texas 78501
      (956) 686-5512

3

s)    Orthopedic Industrial Sports Medicine
      & Rehabilitation
      Dr. D.S. Gill
      1120 Galveston Ave.
      McAllen, Texas 78501
      (956) 686-5512

t)    Dr. Abraham Cano
      2401 Ed Carey Drive, Suite A
      Harlingen, Texas 78550
      (956) 425-9181

u)    EMCARE Har Emerg Physicians, PA
      P.O. Box 13826
      Philadelphia, PA. 19101-3826
      (800) 355-2470

v)    Medical records and billing records custodians for:

      Valley Baptist Medical Center
      Dr. William Taw
      Dr. Robert Wright
      James Easthnam, CEO
      Ward Cook, Human Resources
      Denise Jackson, Human Resources
      Marcie Sanchez, medical billing
      2121 Pease St.
      Harlingen, Texas 78550
      (956) 389-1100

      EMCARE Har Emerg Physicians, PA
      P.O. Box 13826
      Philadelphia, PA. 19101-3826
      (800) 355-2470

      Harlingen Bone & Joint Clinic, P.A.
      Dr. Herman J. Keillor
      1801 N. Ed Carey Drive, Suite A
      Harlingen, Texas 78550
      (956) 423-5033

      Rio Grande Valley Imaging & Diagnostic Center
      501 B N. Ed Carey Drive
      Harlingen, Texas 78550
      (956) 440-8900

4

Dr. Eric Bennos
P.O. Box 293115
Lewisville, Texas 75029-3115

Southern Bone & Joint Center Associates
Dr. Jorge E. Tijmes
P.O. Box 6209
McAllen, Texas 78502
(956) 687-2032

McAllen MRI Center
Dr. Marc Berger
320 N. McColl Suite "E"
McAllen, Texas 78501
(956) 687-9636

Focus Medicine Center
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Orthopedic Industrial Sports Medicine
& Rehabilitation
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Dr. Abraham Cano
2401 Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 425-9181

w)    Guadalupe Castaneda
Shelly Street
Combes, Texas 78550
(956) 428-1020

x)    Isabel Garza
1401 Sunset Drive, Apt. #12
Harlingen, Texas 78550
(956) 428-3840

5

**B.     DOCUMENTS AND OTHER TANGIBLE EVIDENCE:**

a)     all photographs relevant to the incident in question, including the vehicles, Plaintiff and the location where the incident in question occurred.

b)     Plaintiff's and Defendant's pleadings, discovery responses and any supplementals thereto, medical bills and medical records;

c)     depositions which will be taken in this proceeding of defendant, Plaintiffs, experts, depositions of persons having relevant knowledge, and any and all health care providers, listed hereinbelow, as follows:

Trooper Lionel Trevino, #9176
Texas Department of Public Safety
1630 N. 77 Sunshine Strip
Harlingen, Texas 78550
(956) 423-1160

Valley Baptist Medical Center
Dr. William Taw
Dr. Robert Wright
James Easthnam, CEO
Ward Cook, Human Resources
Denise Jackson, Human Resources
Marcie Sanchez, medical billing
2121 Pease St.
Harlingen, Texas 78550
(956) 389-1100

EMCARE Har Emerg Physicians, PA
P.O. Box 13826
Philadelphia, PA.  19101-3826
(800) 355-2470

Harlingen Bone & Joint Clinic, P.A.
Dr. Herman J. Keillor
1801 N. Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 423-5033

Rio Grande Valley Imaging & Diagnostic Center
501 B N. Ed Carey Drive
Harlingen, Texas 78550
(956) 440-8900

6

Dr. Eric Bennos
P.O. Box 293115
Lewisville, Texas 75029-3115

Southern Bone & Joint Center Associates
Dr. Jorge E. Tijmes
P.O. Box 6209
McAllen, Texas 78502
(956) 687-2032

McAllen MRI Center
Dr. Marc Berger
320 N. McColl Suite "E"
McAllen, Texas 78501
(956) 687-9636

Focus Medicine Center
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Orthopedic Industrial Sports Medicine
& Rehabilitation
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Dr. Abraham Cano
2401 Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 425-9181

d)    reports of any experts designated by any party to this proceeding, (including medical records and bills from all treating physicians and hospitals.
e)    plaintiff's income tax records;
f)    exhibits and blow-ups made by experts;
g)    videotaped depositions of experts and /or lay witnesses;
h)    a computation of any category of damages claimed by Plaintiff;
I)    certified copy of the workers compensation file pertaining to plaintiff Rogelio Rodriguez;

j)    affidavits or depositions by written questions of the health care providers and/or custodians for the health care providers  listed hereinbelow:

Valley Baptist Medical Center
Dr. William Taw
Dr. Robert Wright
James Easthnam, CEO
Ward Cook, Human Resources
Denise Jackson, Human Resources
Marcie Sanchez, medical billing
2121 Pease St.
Harlingen, Texas 78550
(956) 389-1100

EMCARE Har Emerg Physicians, PA
P.O. Box 13826
Philadelphia, PA.  19101-3826
(800) 355-2470

Harlingen Bone & Joint Clinic, P.A.
Dr. Herman J. Keillor
1801 N. Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 423-5033

Rio Grande Valley Imaging & Diagnostic Center
501 B N. Ed Carey Drive
Harlingen, Texas 78550
(956) 440-8900

Dr. Eric Bennos
P.O. Box 293115
Lewisville, Texas 75029-3115

Southern Bone & Joint Center Associates
Dr. Jorge E. Tijmes
P.O. Box 6209
McAllen, Texas 78502
(956) 687-2032

McAllen MRI Center
Dr. Marc Berger
320 N. McColl Suite "E"
McAllen, Texas 78501
(956) 687-9636

8

Focus Medicine Center
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Orthopedic Industrial Sports Medicine
& Rehabilitation
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Dr. Abraham Cano
2401 Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 425-9181

**C.      COMPUTATION OF DAMAGES:**
Plaintiffs have not  computed all damages to date.

**D.      INSURANCE AGREEMENTS:**
Applicable insurance agreements in question which provide coverage to the Defendant.

**PURSUANT TO Rule 26(a)(2), Federal Rules of Civil Procedure,** Plaintiffs, ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ, make the following disclosures:

Trooper Lionel Trevino, #9176
Texas Department of Public Safety
1630 N. 77 Sunshine Strip
Harlingen, Texas 78550
(956) 423-1160
(Report has been previously provided and attached to Rule 26(a) & Rule 26(a)(2) Disclosures as Exhibit 1; and also in Plaintiff's First Amended Designation of Experts as Exhibit 1a).

Valley Baptist Medical Center
Dr. William Taw
Dr. Robert Wright
James Easthnam, CEO
Ward Cook, Human Resources
Denise Jackson, Human Resources
Marcie Sanchez, medical billing
2121 Pease St.
Harlingen, Texas 78550
(956) 389-1100
(Report has been previously provided and attached to Rule 26(a) & Rule 26(a)(2) Disclosures as Exhibit 2; and also in Plaintiff's First Amended Designation of Experts as Exhibit 1b).

EMCARE Har Emerg Physicians, PA
P.O. Box 13826
Philadelphia, PA. 19101-3826
(800) 355-2470
(Emergency Records are part of the Valley Baptist Medical Center Records which has been previously provided and attached to Rule 26(a) & Rule 26(a)(2) Disclosures as Exhibit 2; and also in Plaintiff's First Amended Designation of Experts as Exhibit 1b).

Harlingen Bone & Joint Clinic, P.A.
Dr. Herman J. Keillor
1801 N. Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 423-5033
(Report has been previously provided and attached to Rule 26(a) & Rule 26(a)(2) Disclosures as Exhibit 3; and also in Plaintiff's First Amended Designation of Experts as Exhibit 1c).

Rio Grande Valley Imaging & Diagnostic Center
501 B N. Ed Carey Drive
Harlingen, Texas 78550
(956) 440-8900
(Report has been previously provided and attached to Rule 26(a) & Rule 26(a)(2) Disclosures as Exhibit 4; and also in Plaintiff's First Amended Designation of Experts as Exhibit 1d).

Dr. Eric Bennos
P.O. Box 293115
Lewisville, Texas 75029-3115
(Report has been previously provided and attached to Rule 26(a) & Rule 26(a)(2) Disclosures as Exhibit 5; and also in Plaintiff's First Amended Designation of Experts as Exhibit 1e).

Southern Bone & Joint Center Associates
Dr. Jorge E. Tijmes
P.O. Box 6209
McAllen, Texas 78502
(956) 687-2032
(Report has been previously provided and attached to Rule 26(a) & Rule 26(a)(2) Disclosures as Exhibit 6; and also in Plaintiff's First Amended Designation of Experts as Exhibit 1f).

McAllen MRI Center
Dr. Marc Berger
320 N. McColl Suite "E"
McAllen, Texas 78501
(956) 687-9636
(Report has been previously provided and attached to Rule 26(a) & Rule 26(a)(2) Disclosures as Exhibit 7; and also in Plaintiff's First Amended Designation of Experts as Exhibit 1g).

Focus Medicine Center
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512
(Report has been previously provided and attached to Rule 26(a) & Rule 26(a)(2) Disclosures as Exhibit 8; and also in Plaintiff's First Amended Designation of Experts as Exhibit 1h).

Orthopedic Industrial Sports Medicine
& Rehabilitation
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512
(Report has been previously provided and attached to Rule 26(a) & Rule 26(a)(2) Disclosures as Exhibit 9; and also in Plaintiff's First Amended Designation of Experts as Exhibit 1i).

Dr. Abraham Cano
2401 Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 425-9181
(Report has been previously provided and attached to Rule 26(a) & Rule 26(a)(2) Disclosures as Exhibit 10; and also in Plaintiff's First Amended Designation of Experts as Exhibit 1j).

11

DATED the __24th__ day of March, 2006.

RESPECTFULLY SUBMITTED,

LAW FIRM OF RANDALL P. CRANE
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-2496

BY: _____
         RANDALL P. CRANE
         STATE BAR #05006900
         ATTORNEY FOR PLAINTIFFS
         ROGELIO RODRIGUEZ AND
         ELIZABETH RODRIGUEZ

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Plaintiff's Rule 26(a)(1) and Rule 26(a)2 Disclosures have been forwarded to the attorneys of record for the Defendants as follows:

Dunn, Weathered, Coffey,
Rivera, Kasperitis & Rodriguez, P.C.
Attorneys At Law
611 S. Upper Broadway
Corpus Christi, Texas 78401

(Certified Mail, Return Receipt Requested #7004 0550 0001 3734 6898)

SIGNED THIS THE __24th__ DAY OF MARCH, 2006.

_____
RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS
ROGELIO RODRIGUEZ AND
ELIZABETH RODRIGUEZ