UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND<br>ELIZABETH RODRIGUEZ | §<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | §<br>§ | |

## ORDER GRANTING LEAVE TO FILE
## DEFENDANT'S AMENDED SUPPLEMENTAL DESIGNATION OF EXPERT

On this day came on for consideration Defendant's Motion for Leave to File Amended Supplemental Designation of Expert. The Court having considered same finds that said motion should be granted. It is, therefore,

ORDERED that Defendant's Motion for Leave to File Amended Supplemental Designation of Expert be in all things granted and that Defendant's Amended Supplemental Designation of Expert, along with exhibits attached thereto, be accepted for filing in the above matter.

Done at Brownsville, Texas, on this _____ day of _____, 2006.

_____
JUDGE PRESIDING

*copied to:*

Randall P. Crane, 201 S. Sam Houston, San Benito, Texas 78586

Patrick R. Kasperitis, 611 South Upper Broadway, Corpus Christi, Texas 78401