UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 7 2006

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND<br>ELIZABETH RODRIGUEZ | § <br> § <br> § | |
| V. | § <br> § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § | |

## DEFENDANT'S AMENDED SUPPLEMENTAL DESIGNATION OF EXPERT

James Arthur Larson, Defendant in the above-entitled and numbered cause, hereby files this

Amended Supplemental Designation of Expert, pursuant to FRCP 26(a)(2)(C).

1. This case is presently set for jury selection on May 4, 2006.

2. Defendant designates the following as a testifying expert witness at this time:

> Dr. Daniel Backlas, Chief Radiologist
> Knapp Medical Center
> 1401 East 8th Street
> Weslaco, Texas 78596
> (956) 968-4564

3. The above witness was previously designated to provide rebuttal testimony at the time

of trial regarding his opinions and findings from his review of Plaintiff's MRI films and medical

records and in rebuttal to the deposition testimony given by Dr. Tijmes.

4. Attached hereto as EXHIBIT A is a copy of Dr. Backlas' curriculum vitae

5. Attached hereto as EXHIBIT B is a copy of Dr. Backlas' report, dated February 22, 2006.

6. Attached hereto as EXHIBIT C is a copy of Dr. Backlas' billing, which Defendant has

paid in the amount of $1,525.00. Dr. Backlas has advised that the charge for taking his deposition

will amount to an additional $1,500.00.

7. No publications have been authored by Dr. Backlas within the preceding ten years.

8. Upon inquiry regarding his trial testimony within the preceding four years, Dr. Backlas has informed Defendant's attorney that he has no record of his deposition and/or trial testimony for the preceding four years. Defendant has, however, obtained a list of cases in which Dr. Backlas has testified by oral deposition for another attorney within defense counsel's law firm, which is attached hereto as **EXHIBIT D**.

Respectfully submitted,

DUNN, WEATHERED, COFFEY, RIVERA,
KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY _____
Patrick R. Kasperitis
SBN 11105270; FED ID 12594
Frank Weathered
SBN 20998600; FED ID 2441

COUNSEL FOR DEFENDANT
JAMES ARTHUR LARSON

## CERTIFICATE OF SERVICE

This is to certify that on the __11__ day of April 2006, this document was served on counsel of record as indicated below pursuant to Texas Rules of Civil Procedure.

_____
Patrick R. Kasperitis

**VIA CM/RRR 7005 1820 0001 4400 0956**
Mr. Randall P. Crane
LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586