DANIEL R. BACKLAS, M.D.                February 22, 2006
CHIEF OF RADIOLOGY, KNAPP MED. CTR.

    Patrick R. Kasperitis
    Dunn, Weathered, Coffey, Rivera
    Kasperitis & Rodriguez
    611 S. Upper Broadway
    Corpus Christi, Texas 78401

    Re: Rogelio Rodriguez

Dear Mr. Kasperitis:

I have reciewed imaging study on  ROGELIO RODRIGUEZ

Please accept my billing in the amount of $1,525.00       .

Please send check to:  Daniel R. Backlas, M.D.
                      P. O. Box 720144
                      McAllen, Texas 78504

THANK YOU

Daniel R. Backlas, M.D.

