## CASES IN WHICH DANIEL R. BACKLAS, M.D. HAS TESTIFIED

Cause No. 04-2101-A; *Diana Duran v. Edelmiro Galvan Garza*; In the County Court at Law Number One, Hidalgo County, Texas

    Plaintiff's Counsel  :  Raul Medina
                                          LAW OFFICES OF RAUL MEDINA, P.C.
                                          3604 North McColl
                                          McAllen, Texas 78501
                                          (956) 994-9933; fax (956) 994-9939

Cause No. CL-42,247-D; *Elida Lopez v. Abel Gonzalez, d/b/a G&T Paving Company, a/k/a G&T Construction Company*; In the County Court at Law Number Four, Hidalgo County, Texas

    Plaintiff's Counsel  :  Raul Medina
                                            LAW OFFICES OF RAUL MEDINA, P.C.
                                          3604 North McColl
                                          McAllen, Texas 78501
                                          (956) 994-9933; fax (956) 994-9939

Cause No. 2003-11-5401-E; *Giorgios Moros and Soledad G. Martinez v. Southern Sandblasting and Coatings, Inc.*; In the 357th Judicial District Court, Cameron County, Texas

    Plaintiffs' Counsel  :  Michael Cowen
                                            COWEN & BODDEN
                                          520 E. Levee Street
                                          Brownsville, Texas 78520