UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 9 2006

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § | |

-oOo-

## NOTICE OF DECLARATION (AFFIDAVIT) UNDER FEDERAL RULE OF EVIDENCE 902 (11)

Please take notice that Plaintiff Rogelio Rodriguez, has obtained the declaration (Affidavit) under penalty of perjury of Celia Salinas custodian of records for RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER, certifying the authenticity of the business records of RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER, for use at the trial of this case under Federal Rule of Evidence 902 (11).

A copy of the declaration (Affidavit) of CELIA SALINAS, CUSTODIAN OF RECORDS FOR RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER is attached to this notice as Exhibit "A".

Dated this the 19TH day of April, 2006.

RESPECTFULLY SUBMITTED,

LAW OFFICE OF RANDALL P. CRANE
Attorney At Law
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-2496
BY:

RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Notice of Declaration/Affidavit of Dr. Eric Bennos, has been forwarded to the following:

**Patrick R. Kasperitis**
Attorney At Law
Dunn, Weathered, Coffey, Rivera,
Kasperitis & Rodriguez, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401

SIGNED THIS THE  19th DAY OF APRIL, 2006.

(CERTIFIED MAIL, RETURN RECEIPT REQUESTED #7004 0550 0001 3134 7352)

RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS