UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROGELIO RODRIGUEZ AND            §
ELIZABETH RODRIGUEZ              §
                                 §
VS.                              §     CIVIL ACTION NO. B-04-137
                                 §
JAMES ARTHUR LARSON              §
                               -oOo-

---

## AFFIDAVIT OF COSTS OF SERVICES BY CUSTODIAN

Name Of Patient: ROGELIO RODRIGUEZ
D.O.B.: 01/12/1960
S.S.N.: 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

STATE OF TEXAS

COUNTY OF CAMERON

BEFORE ME, the undersigned notary, on this day personally appeared _Celia Salinas_, a person whose identity is known to me. After I administered an oath to him/her, upon his/her oath, he/she said:

1.   "My name is _Celia Salinas_, I am over 18 years of age, of sound mind, and capable of making this Affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2.   I am the person in charge of the records for **RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER**.   Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that **RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER**   provided to **ROGELIO RODRIGUEZ  from** 10-30-03 **thru present**. The attached records are a part of this affidavit.



EXHIBIT
A pg1

3.  The attached records are kept by me in the regular course of business. The information contained in the records was transmitted to me in the regular course of business by **RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER** or an employee or representative of **RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER**, who had personal knowledge of the information. The records were made at or near the time or reasonably soon after the time the service was provided. The records are the originals or exact duplicates of the originals.

4.  The service provided was necessary, and the amount charged for the service was reasonable at the time and place the service was provided. The total amount of the charges for the services provided was $ 1400.00 .

5.  The service provided was needed by **ROGELIO RODRIGUEZ** as a result of injuries sustained as the result of an automobile collision which occurred on January 16, 2003.

_Celia Sala_
**AFFIANT**

SWORN TO AND SUBSCRIBED before me by <u>CELIA SALINAS</u> on the
<u>3rd</u> day of <u>March</u>, 2005 6


CYNTHIA ALANIZ
MY COMMISSION EXPIRES
February 21, 2007

_Cynthia_
Notary Public, State of <u>Texas</u>


EXHIBIT
A pg 2