

# T & M Records

P.O. Box 412
San Benito, Texas 78586
(956) 793-4104   Fax (956) 399-7398

## AFFIDAVIT

To:   Randall P. Crane
      Law Office of Randall P. Crane
      201 S. Sam Houston
      San Benito, Texas 78586

Re:   **ROGELIO RODRIGUEZ**         Medical
      Rio Grande Valley Imaging      & Billing
      B-04-137                       Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROGELIO RODRIGUEZ AND      §
ELIZABETH RODRIGUEZ      §
     §
VS.      §    CIVIL ACTION NO. B-04-137
     §
JAMES ARTHUR LARSON      §
     -oOo-

---

### AFFIDAVIT OF COSTS OF SERVICES BY CUSTODIAN

**Name Of Patient: ROGELIO RODRIGUEZ**



STATE OF TEXAS

COUNTY OF CAMERON

       BEFORE ME, the undersigned notary, on this day personally appeared _Celia Salinas_, a person whose identity is known to me. After I administered an oath to him/her, upon his/her oath, he/she said:

1.    "My name is ___Celia Salinas___, I am over 18 years of age, of sound mind, and capable of making this Affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2.    I am the person in charge of the records for **RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER**. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that **RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER** provided to **ROGELIO RODRIGUEZ** from 10-3-03 thru **present**. The attached records are a part of this affidavit.

3. The attached records are kept by me in the regular course of business. The information contained in the records was transmitted to me in the regular course of business by **RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER** or an employee or representative of **RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER**, who had personal knowledge of the information. The records were made at or near the time or reasonably soon after the time the service was provided. The records are the originals or exact duplicates of the originals.

4. The service provided was necessary, and the amount charged for the service was reasonable at the time and place the service was provided. The total amount of the charges for the services provided was $ 1400.00 .

5. The service provided was needed by **ROGELIO RODRIGUEZ** as a result of injuries sustained as the result of an automobile collision which occurred on January 16, 2003.

**AFFIANT**

SWORN TO AND SUBSCRIBED before me by   CELIA SALINAS   on the   3rd   day of March   , 2005/6



CYNTHIA ALANIZ
MY COMMISSION EXPIRES
February 21, 2007

Notary Public, State of Texas

RIO GRANDE VALLEY IMG. CENTER

# Patient Day Sheet
Ending 3/3/2006

| Entry | Date | Document | POS | Description | Provider | Code | Amount |
|-------|------|----------|-----|-------------|----------|------|--------|
| **RODRO007** | | **Rogelio Rodriguez** | | | | | |
| 27655 | 10/8/2003 | 0310090000 | 11 | mri l-sp wo contrast | R | 72148 | 1,400.00 |
| 42988 | 4/25/2005 | 0504250000 | 11 | | R | 99080 | 90.00 |
| 42989 | 4/25/2005 | 0504250000 | 11 | medical rec | R | CHECK | -90.00 |
| 45249 | 7/8/2005 | 0507080000 | 11 | | R | 99080 | 126.00 |
| 45250 | 7/8/2005 | 0507080000 | 11 | med rec team litigation | R | INS PAY | -126.00 |

| Patient's Charges | Patient's Receipts | Adjustments | Patient Balance |
|-------------------|--------------------|-------------|-----------------|
| $1,616.00 | -$216.00 | $0.00 | $1,400.00 |

RIO GRANDE VALLEY IMG. CENTER

# Patient Day Sheet
### Ending 3/3/2006

| | |
|---|---:|
| Total # Patients | 1 |
| Total # Procedures | 3 |
| Total Procedure Charges | $1,616.00 |
| Total Product Charges | $0.00 |
| Total Inside Lab Charges | $0.00 |
| Total Outside Lab Charges | $0.00 |
| Total Billing Charges | $0.00 |
| Total Tax Charges | $0.00 |
| Total Charges | $1,616.00 |
| | |
| Total Insurance Payments | -$126.00 |
| Total Cash Copayments | $0.00 |
| Total Check Copayments | $0.00 |
| Total Credit Card Copayments | $0.00 |
| Total Patient Cash Payments | $0.00 |
| Total Patient Check Payments | -$90.00 |
| Total Credit Card Payments | $0.00 |
| Total Receipts | -$216.00 |
| | |
| Total Credit Adjustments | $0.00 |
| Total Debit Adjustments | $0.00 |
| Total Insurance Debit Adjustments | $0.00 |
| Total Insurance Credit Adjustments | $0.00 |
| Total Insurance Withholds | $0.00 |
| Total Adjustments | $0.00 |
| | |
| Net Effect on Accounts Receivable | $1,400.00 |

**Rio Grande Valley**
**Imaging & Diagnostic Center**

PATIENT NAME:           ROGELIO RODRIGUEZ
PATIENT #:              7180
DATE OF BIRTH:          
DATE OF EXAM:           10/08/05
REFERRING PHYSICIAN:    DR. GILL

EXAMINATION:     MRI OF THE LUMBAR SPINE

HISTORY:  A 43 year old patient with pain in the lumbar region. The patient is also experiencing bilateral leg pain and was hit on the head during motor vehicle accident five months ago.

MRI IMAGING PARAMETERS: T1/T2 sagittal and axial T1 images of the lumbosacral spine were obtained without contrast on a Toshiba Opart Open MRI scanner.

TOTAL NUMBER OF SLICES: 56+ slices

FINDINGS: Examination of the lumbar spine reveals a hypolordotic lumbar curve. There is thinning of the disc at L3-L4 and desiccation of the discs at L4 thru S1. The vertebral bone marrow and prevertebral soft tissues are otherwise normal. The conus terminates at L1. Five lumbar vertebral segments are presumed for the purpose of this discussion. No subluxation is seen.

L1-L2: There is no evidence of a herniated disc, central spinal stenosis, neural exit foraminal stenosis or mass influence upon the central canal identified. Facet joint space narrowing is noted bilaterally.

L2-L3: There is no evidence of a herniated disc, central spinal stenosis, neural exit foraminal stenosis or mass influence upon the central canal identified. Facet joint space narrowing is noted bilaterally.

L3-L4: There is a 1 mm broad-based disc protrusion present minimally narrowing the ventral epidural fat and minimally narrowing the inner zonal fat of the neural exit foramina about 5% on both sides. Facet joint space narrowing is noted bilaterally.

L4-L5: There is a 1-2 mm broad-based disc protrusion present effacing the ventral epidural fat, minimally contacting and flattening the ventral dura and narrowing the inner zones of the neural exit foramina about 30% on both sides. This is indicative of disc edema. Facet arthrosis is noted bilaterally.

501 B N. Ed Carey Dr.
Harlingen, Texas 78550
(956) 440-8900 • 1-800-460-4721• Fax (956) 440-8922

PAGE –2–

PATIENT NAME:      ROGELIO RODRIGUEZ
DATE OF EXAM:      10/08/03

L5-S1: There is a 1 mm broad-based disc protrusion present minimally narrowing the ventral epidural fat but not impinging upon neural structures. There is narrowing of the inner zonal fat of the neural exit foramina about 15% is noted bilaterally. The descending S1 nerve roots are symmetrical. The S1 joints are patent.

*NOTE – Oftentimes, irritation of the dorsal ramus (medial branch) becomes irritated as it supplies innervation to the facet joint. This may mimic sciatica. Thus, facet blocks may be useful in differentiating the origin of the patient's symptomatology and/or pain.

IMPRESSION:

1.   There is a hypolordotic lumbar curvature indicative of myofascial spasm. (Clinical correlation is suggested).

2.   There is thinning of the disc at L3-L4 and desiccation of the discs at L4 thru S1 indicative of degenerative change.

3.   There is facet arthropathy of the mild to lower lumbar spinal range indicative of degenerative change.

4.   There is a 1 mm broad-based disc protrusion present at L3-L4 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.

5.   There is a 1-2 mm broad-based disc protrusion present at L4-L5 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.

6.   There is a 1 mm broad based disc protrusion at L5-S1 not impinging upon neural structures.

7.   There is no acute fracture or unstable injury.

Thank you for this referral.

Eric S. Bennos, M.D.
Board Certified Radiologist

ESB/pv

D&T 10/9/03

## RANDALL P. CRANE
Attorney At Law
201 S. Sam Houston
San Benito, Texas 78586

Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

Phone (956) 399-2496
Fax (956) 399-7784

October 7, 2003

Rio Grande Valley Imaging
501-B Ed Carey Drive
Harlingen, Texas 78550

Re: Rogelio Rodriguez
Date of Injury: 01/16/03

TO WHOM IT MAY CONCERN:

Please be advised that the undersigned represents ROGELIO RODRIGUEZ in regard to personal injuries sustained by him on January 16, 2003.

This office hereby guarantees payment of any and all medical expenses incurred by ROGELIO RODRIGUEZ, as a direct result of injuries sustained on or about January 16, 2003, from any proceeds derived from settlement or other final disposition of this case.

Should you have any questions, please feel free to contact this office.

Very truly yours,

RANDALL P. CRANE
by T.C.

RPC:tc

ROGELIO RODRIGUEZ

# RANDALL P. CRANE
### Attorney At Law
201 S. Sam Houston
San Benito, Texas 78586

Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

Phone (956) 399-2496
Fax    (956) 399-7398

## FAX TRANSMITTAL COVER SHEET

**DELIVER TO:**

1. _Rio Grande Valley Imag_    **FAX NO.** _440-8922_

2. _____    **FAX NO.** _____

3. _____    **FAX NO.** _____

4. _____    **FAX NO.** _____

5. _____    **FAX NO.** _____

**DATE & TIME** _10-9-03_    _____ **ORIGINAL WILL NOT FOLLOW**

**FROM:** _Toni_    _____ **ORIGINAL WILL FOLLOW VIA:**
_____ Regular Mail
_____ Overnight Delivery
**TOTAL PAGES:** _2_    _____ Hand Delivery
(including this cover sheet)    _____ Certified Mail

**RE:** _Rogelio Rodriguez_

**MESSAGE:** _LOP attached_

_____

_____

_____

**CONFIDENTIALITY NOTICE.** The documents accompanying this telecopy transmission contain confidential information which is legally privileged. This information is intended only for the use of the recipient named above. If you have received this telecopy in error please immediately notify us by telephone to arrange for return of the original documents to us, and you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopy's information is strictly prohibited.

**If all pages are not received or are illegible, please call (956) 399-2496. Ask for Toni**



Rio Grande Valley Imaging

**OPEN MRI**

Patient: Rodriguez Rogelio

Appointment: 10/8/05    1:00 p.m.

DIAGNOSIS: Pain to Lumbar

### MRI Magnetic Resonance Imaging

| | | |
|---|---|---|
| Cervical Spine | Shoulder R or L | |
| Thoracic Spine | Wrist R or L | Ankle R or L |
| Lumbar Spine  X | Knee R or L | Foot R or L |
| IAC | Hips R or L | Brain |
| Hand R or L | TMJ | Pelvis M/F |
| Chest | | MRA |
| Neck (soft tissue) | |
| Face/Sinuses/Orbit | Pituitary Gland | Elbow R or L |
| | Abdomen | Posterior Fossa |
| | | Breast |

### Contrast Study    ___ with  X without

MRI prepared data: Please advise patients not to wear any jewelry and/or cosmetics, prior to MRI examination.

No Contraindications to MRI are: Pacemakers, Aneurysm Clips, Heart Valves, Neurostimulators, or Cochlear Implants.

Ordered By: D. J. Gill M.D.

Darshan D. Gill
1120 Galveston ave
McAllen Tx 78501
425-0597          Fax 686-3745

L#        Chris

UPIN #

# RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER
## 501 B Ed Carey Drive, Harlingen, Texas 78550

CHART # 7680    APPT DATE 10/8/03    TIME 4:00

PATIENT NAME Rodriguez, Rogelio    SS#

ADDRESS 123 Dolores    CITY Hgn    STATE TX    ZIP 78550

PHONE 412-8163    DOB 1-12-60    SEX M    HEIGHT 6'0    WEIGHT 225    AGE 43

WK PH 797-3001    EMPLOYER R & L Canales    ADDRESS Robb Rd.

Appt called in by ___

Referring Physician Dr. Dorshan Gill    Degree MD

Address 1120 Galveston    CITY McAllen TX    ZIP 7001    Phone 425    Fax 6816
                                                                    05A 5745

Type of exam requested MRI L-sp w/o

Diagnosis:

SPOUSE NAME ___    SS# ___    DOB ___
EMPLOYER ___    ADDRESS ___    PHONE ___

### Personal Insurance(PI)

PRIMARY INSURED ___
INS. CO ___
ADDRESS ___
CITY ___    ST ___    ZIP ___
PHONE ___    GRP# ___
GRP NAME ___    CERT# ___
ID# ___

ATTORNEY    (LOP)
ADDRESS Randall Crane
CITY ___    ST ___    ZIP ___
PHONE ___
FAX ___
DATE OF ACCIDENT ___
TYPE OF ACCIDENT ___

### MEDICARE/MEDICAID

PRIMARY INSURED ___
ID# ___

### WORKERS COMPENSATION

PRIMARY INSURED ___
INS CO ___
ADDRESS ___
CITY ___    ST ___    ZIP ___
PHONE ___    CLAIM# ___
ADJUSTER ___
TWCC# ___
DATE OF ACCIDENT ___

### THIRD PARTY

PRIMARY INSURED ___
ADDRESS ___
PHONE ___
SS# ___    DOB ___
ID# ___
INS CO ___
ADDRESS ___
PHONE ___

VERIFIED?    DATE    INITIALS

## Rio Grande Valley Imaging and Diagnostic Center

### MRI Patient History

NAME Rodriguez, Rogelio          Date          Chart#

TYPE OF MRI   L-Spine

DIAGNOSIS                    HEIGHT          WEIGHT

DOB  1-12-60          AGE          SEX  M

REFERRING PHYSICIAN  Gill, B.D.          DEGREE  MD

**PLEASE INDICATE YES OR NO TO THE FOLLOWING QUESTIONS:**

| | | |
|---|---|---|
| Are you taking any medication? | (Yes) | No |
| (Please list) | | |
| Do you have any allergies to medications? | Yes | (No) |
| Are you allergic to Iodine or contrast material? | Yes | (No) |
| Are you nervous or suffer anxiety in small spaces (claustrophobia)? | (Yes) | No |

**DO YOU, OR HAVE YOU EVER HAD THE FOLLOWING:**

| | | |
|---|---|---|
| An MRI before? | Yes | (No) |
| Pacemaker placement? | Yes | (No) |
| Metallic clips in your body? I.e., aneurysm clips or vascular clips | Yes | (No) |
| Metallic flashings or particles exposed to your eyes? | Yes | (No) |
| Permanent makeup, tattos, or body piercings? | Yes | (No) |
| Head surgery?  Date | Yes | (No) |
| Heart surgery?  Date | Yes | (No) |
| Back or spine surgery?  Date | Yes | (No) |
| Gunshot or shrapnel wound? | Yes | (No) |
| Any implanted electronic device? | Yes | (No) |
| Hearing aid? | Yes | (No) |
| Ear implant? | Yes | (No) |
| Lens or Corneal implant? | (Yes) | No |
| Any type of metal in your body? | Yes | No |

**FOR CONTRAST PATIENTS:**

| | | |
|---|---|---|
| Do you have any blood disorders? | Yes | No |
| Have you ever been diagnosed or treated for sickle cell anemia? | Yes | No |
| Have you ever had an allergic reaction to any contrast? | Yes | No |
| Do you have asthma? | Yes | No |
| Do you have any heart conditions? | Yes | No |

**FOR FEMALE PATIENTS:**

| | | |
|---|---|---|
| Do you think you may be pregnant? | Yes | No |
| Date of last menstrual period? | | |
| Do you have an IUD? | Yes | No |
| Are you currently breastfeeding? | Yes | No |

**THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE**

Signed:          Date:

Interviewer:

## PATIENT NOTES

| DATE | |
|------|--|
| | Rodriguez Rogelio |
| | Low Back Pain + Bi Lat Leg Pain. |
| | PT was in a Head on MVA 3 months ago. |
| | No Hx of Back Surgery |



**PAIN**  **NUMBNESS**  **TINGLING**

| QTY. | CODE | DESCRIPTION / OTHER |
|------|------|---------------------|
| 1 | 72143 | L-Sp |
| | | |
| | | |
| | | |

7:30

**Patient Authorization for Personal Representative**
Please print all information, then sign and date form at bottom.

**Type of Authorization:** Personal Representative

**Patient Name** (please print) Rodriguez, Rogelio

**Purpose of request - I** authorize _____ to disclose or
provide my protected health information to the following individual who is authorized to act as
my personal representative for the purposes of receiving of protected health information about
myself. As my designated personal representative, they may exercise my right to inspect, copy
and correct my protected health information, they may also consent or initiate to the use or
disclosure of my protected health information.

_____

Name of Personal Representative
_____

Address
_____

City, State, Zip
_____

Phone
_____

**Description of information to be disclosed - I** authorize _____
to disclose all of my protected health information to my designated personal representative.

**Expirations or termination of authorization** – This authorization will remain in effect until
terminated by you, your personal representative or another individual(s) or legal entity
authorized to do so by court order or law.

**Right to revoke or terminate** - As stated in our Notice of Privacy Practices, you have the right to
revoke or terminate this authorization by submitting a written request to our Privacy Manager.
This can be done in-person or by mailing a request to:

                    Rio Grande Valley Imaging - Harlingen Tx.
                    901 E N Ed Carey
                    Harlingen, Texas 78550
                    Ph: (956) 440-8900
                    Fax (956) 440-8922
                    Tf: 1-800-460-4721
                    **Attn: Privacy Manager.**

**Redisclosure** – We have no control over the person(s) you have listed as your personal
representative. Therefore, your protected health information disclosed under this authorization
will no longer be protected by the requirements of the Privacy Rule and will no longer be the
responsibility of   Rio Grande Valley Imaging - Harlingen Tx.

_____          _____
Patient signature                                          date

© 2002    Rio Grande Valley Imaging - Harlingen Tx.

7.32

**Patient Authorization for Disclosure to Designated Provider**
Please print all information, then sign and date form at bottom.

**Type of Authorization:** Designated Provider

**Patient Name** (please print) _Rodriguez, Rogelio_

**Purpose of request** – I request and authorize the disclosure or release of my protected health information (as identified below) to the following provider:

_____
Name of practice

_____
Name of provider

_____
Address

_____
City, State, Zip

_____
Phone

**Description of Information to be disclosed** – I authorize the disclosure of the following protected health information about me to the person(s) identified above:

____ Complete medical record; or

____ Only the following information:

_____

_____

_____

**Purpose of disclosure** – This protected health information is being used or disclosed to carry out treatment, payment and/or healthcare operations in the following manner:

_____

_____

_____

_____

**Expirations or termination of authorization** – This authorization will expire within _____ days from the date of my signature below.

X _____          _____
patient signature                                             date

© 2002    Rio Grande Valley Imaging - Harlingen Tx.

**Provider Request for Disclosure from another Covered Entity**

**Type of Authorization:** Requested disclosure of protected health information by a provider.
As a healthcare provider involved in the treatment of the sated individual, I am
requesting disclosure of protected health information. See description of information for the
purposes stated in this request.

Patient Name (please print) **Rodriguez, Rogelio**

Name of Practice _____

Name of Provider _____

Address _____

City, State, Zip _____

Phone _____

**Description of information to be disclosed** -- The information listed for disclosure is the minimum
necessary for the purpose listed on this request.

Requested information: _____

_____

_____

_____

_____

_____

**Purpose of disclosure** -- This protected health information is necessary to carry out treatment,
payment and/or health care operations in the following manner.

_____

_____

_____

_____

_____

_____

_____

_____

provider's signature _____

_____  **10-02-03**
Date

© 2002     Rio Grande Valley Imaging - Harlingen Tx.

7.60

**Request for Access to Protected Health Information**

Under the Privacy Rule, a patient or their personal representative may request access to the patient's protected health information for the purpose of inspection and/or obtaining a copy of the protected health information. There are conditions under which a healthcare provider may deny access to protected health information. Under such conditions, there is no opportunity or requirement to have the denial of access reviewed. These conditions include:

1. Psychotherapy notes;
2. Information intended for use in a civil, criminal or administrative action;
3. When an individual (patient) is an inmate in a correctional facility or the healthcare provider is acting under the direction of correctional facility, where providing access to information would endanger other inmates or correctional employees;
4. When an individual (patient) has consented not to have his/her access to information as a participant in a research program that is still in progress;
5. Information that cannot be disclosed under the Clinical Laboratory Improvement Amendment;
6. When the Privacy Rule denies access; and
7. When the healthcare provider obtained the protected health information under a promise of confidentiality, and access to the information would reveal the source of the information.

There are three conditions under which a healthcare provider may deny access to protected health information but, if they do, must provide the individual (patient) or their personal representative an opportunity to have the denial reviewed. These conditions include:

1. When the healthcare provider has determined that access to the protected health information is likely to endanger the life or physical safety of the individual (patient) or another person;
2. When the information identifies another person, and the healthcare provider believes that access will cause harm to the other person; and
3. When the information is requested by a personal representative of an individual (patient) and, in the judgment of the healthcare provider, providing access to this information might subject the individual (patient) to domestic violence, abuse or neglect by the personal representative.

Access (inspection and/or obtaining copies) to protected health information is provided on a scheduled basis. Our receptionist can provide the schedule information for you at the time of your request. Additionally, we will charge a reasonable fee for any copies of protected health information. Our copy fee is $_____. Please note that, due to privacy and risk management guidelines, original documents of protected health information may only be inspected in the presence of one of our staff members and original materials may not be removed from the facility.

_Rogelio Rodriguez_
patient name

_[signature]_                                          10-01-03
patient signature                                          date

© 2002    Rio Grande Valley Imaging - Harlingen Tx.

PLEASE
DO NOT
STAPLE
IN THIS
AREA

HEALTH INSURANCE CLAIM FORM

| | PICA

1. MEDICARE    MEDICAID    CHAMPUS    CHAMPVA    GROUP HEALTH PLAN    FECA BLK LUNG    OTHER

Rodrigue Rogelio

5. PATIENT'S ADDRESS (No., Street)
123 Dolores

CITY
Harlingen

STATE
TX

ZIP CODE
78550

TELEPHONE (Include Area Code)
(980) 412-1163

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE

SIGNED

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1.

2.

3.

4.

| 24. A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS    MODIFIER | E DIAGNOSIS CODE | F $ Charges | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER    SSN EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?    YES    NO

28. TOTAL CHARGE

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED    DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS & PHONE #

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR TYPE

# RIO GRANDE VALLEY
## IMAGING & DIAGNOSTIC CENTER

### 501 B Ed Carey Drive, Harlingen, Texas 78550
### 1-800-460-4721 Telephone                    (956) 440-8922 Facsimile

**PATIENT NAME** Rodriguez Rogelio     #

**DATE OF ACCIDENT:** _____

I hereby give an assignment to Rio Grande Valley Imaging in any settlement, claims, judgment or verdict as a result of said accident/illness, and to instruct and direct my attorney, and any third party payee, to pay directly to said clinic such sums as may be due and owing them for services rendered me and withhold such sums from such settlement, claims, judgments or verdict arising from any private insurance to include Personal Injury Protection from any auto insurance which may be necessary to protect Rio Grande Valley Imaging.

I fully understand that I am directly and fully responsible to Rio Grande Valley Imaging for all bills submitted by them for services rendered me, and that this agreement is made solely to said clinic additional protection and in consideration of their awaiting payment. *I further understand that such payment is not contingent on any settlement, claims, judgment or verdict by which I may eventually recover fee.*

**PLEASE ACCEPT THIS ASSIGNMENT OF BENEFITS AND INCLUDE MY NAME ON THE DRAFT FOR SERVICES RENDERED AT Rio Grande Valley Imaging.**

_____          10-8-03
**Signature of Guarantor**                          **Date**

_____          _____
**Witness**                                        **Date**



**RIO GRANDE VALLEY
IMAGING & DIAGNOSTIC CENTER**

*501-B Ed Carey Drive, Harlingen, Texas 78550*

LIEN

PATIENT NAME: Rodriguez Rogelio

DATE OF ACCIDENT: 10-15-0  1-11-03

I hereby give an assignment to Rio Grande Valley Imaging and to Dee L. Martinez, M.D. on any settlement, claims, judgement or verdict as a result of said accident/illness, and authorize and direct my attorney and any third party payee, to pay directly to said clinic and said doctor such sums as may be due and owing to them for services rendered me, and to withhold such sums from such settlements, claims, judgement, or verdict arising from any private insurance to include Personal Injury Protection from my auto insurance, which may be necessary to protect said clinic and said doctor.

I fully understand that I am directly and fully responsible to Rio Grande Valley Imaging and Dee L. Martinez, M.D. for all bills submitted by them for services rendered me, and that this agreement is made solely for said clinic and doctor additional protection and in consideration of their awaiting payment. I further understand that such payment is not contingent on any settlement, claim, judgment or verdict by which I may eventually recover fee.

_____
Patient's Signature                    Date 10-8-0

_____
Witness                                 Date

**RANDALL P. CRANE**
Attorney At Law
201 S. East Jackson
San Benito, Texas 78586

Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

October 7, 2003

Rio Grande Valley Imaging
501-B Ed Carey Drive
Harlingen, Texas 78550

Re: Rogelio Rodriguez
Date of injury: 01/16/03

TO WHOM IT MAY CONCERN:

Please be advised that the undersigned represents ROGELIO RODRIGUEZ in regard to personal injuries sustained by him on January 16, 2003.

This office hereby guarantees payment of any and all medical expenses incurred by ROGELIO RODRIGUEZ, as a direct result of injuries sustained on (in/about January 16, 2003, from any proceeds derived from settlement or otherwise in this case.

Should you have any questions, please feel free to contact this office.

Very truly yours,

RANDALL P. CRANE

RPC:tc

ROGELIO RODRIGUEZ

**RANDALL P. CRANE**
Attorney At Law
201 S. Sam Houston
San Benito, Texas 78586

Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

Phone (956) 399-2496
Fax (956) 399-2496

## FAX TRANSMITTAL COVER SHEET

**DELIVER TO:**

1. Rio Grande Valley Imag  FAX NO. 440 8962

2. (Christina)  FAX NO.

3. _____  FAX NO.

4. _____  FAX NO.

5. _____  FAX NO.

**DATE & TIME:** 10-16-07  ORIGINAL WILL NOT FOLLOW

**FROM:** Toni  ORIGINAL WILL FOLLOW by:

Regular Mail
Overnight Delivery
Hand Delivery
Certified Mail

**TOTAL PAGES:** 2
(including this cover sheet)

**RE:** Rogelio Rodriguez

**MESSAGE:** L O P attached

_____
_____
_____
_____

**CONFIDENTIALITY NOTICE:** The documents accompanying this telecopy transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopy's information is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the original documents to us.

If all pages are not received or are illegible, please call (956) 399-2496. Ask for Toni

Rio Grande Valley
Imaging & Diagnostic Center

# RIO GRANDE VALLEY
## IMAGING & DIAGNOSTIC CENTER

## FAX COVER SHEET

FACSIMILE SENT TO #: _6864-3745_

DATE SENT: _10-9-03_

NUMBER OF PAGES SENT: _3_

FROM: YOLANDA, AZ, CELIA, VERONICA, CRISTINA.

TO: _Dr. Gill_

REGARDING: _report for MRI on_
_Rogelio Rodriguez_

THIS FACSIMILE IS PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED FOR
THE ADDRESSEE. ANY UNAUTHORIZED DISCLOSURE REPRODUCTION
DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE
CONTENTS OF THIS INFORMATION IS PROHIBITED. IF YOU RECEIVED IN
ERROR PLEASE NOTIFY & RETURN THE ORIGNAL TO US AT THE ADDRESS
BELOW

# RIO GRANDE VALLEY
## ...ING & DIAGNOSTIC CEN...

### PATIENT AUTHORIZATION RECORD

#### AUTHORIZATION FOR CARE

I grant permission to ...yze ...to Rio Grande Valley Imaging ... such diagnostic ... to ...
and to carry out the order of my ...ending physician, including ...

#### RELEASE OF INFORMATION

I authorize Rio Grande Valley Imaging to release any medical information requested by ... or ... of insurance, social security,
insurance, companies, or other organizations or entities as may be directed by said ...
diagnostic testing as are due to Rio Grande Valley Imaging.

#### VALUABLES

I agree to assume personal responsibility for all jewelry, money, or other valuables brought into the Rio Grande Valley ...
scheduled testing periods. This responsibility includes ...

#### FINANCIAL RESPONSIBILITY

I understand that regardless of my assigned insurance benefits, I am responsible for the ...
that all such costs are due upon request and are payable to Rio Grande Valley Imaging at ...

I further understand that should this account become delinquent and it becomes necessary to ... to be placed with ...
collections agency for collection or suit as designated by ... third party shall pay the reasonable ...
that a statutory lien will be filed against me.

#### INSURANCE COVERAGE

_____ I certify that I have no insurance which will pay benefit for this diagnostic testing; or
_____ I certify that the insurance reported to Rio Grande Valley Imaging for this admission are a complete listing

#### INSURANCE ASSIGNMENT

In consideration of services to be rendered, I hereby assign and transfer to Rio Grand Valley Imaging ...
under hospitalization, sickness or accident insurance, and any other indemnity ...
services rendered. I agree to cooperate, aid and assist Rio Grande Valley Imaging ...
initiation and fulfillment of all policy provisions such insurance companies may require ...
Grande Valley Imaging an interest in any cause action I may have arising out of injury or ...
and payment includes insurance benefits accruing to me under uninsured and under ...

**THIS ASSIGNMENT EXTENDS TO THE TOTAL AMOUNT OWED RIO GRANDE ... AND I ...**
**AUTHORIZE APPLICABLE HEALTH CARE BENEFITS, IF ANY, TO BE PAID TO THE PHYSICIAN ...**
radiology or any other licensed physician who performs services at Rio Grande Valley Imaging.

If a Medicare or Medicaid patient, I certify that the information given by me in applying for payment under title XVIII of the Social Security
Act is correct. I request that payment of authorized benefits be made in my behalf.

_____
**Patient Signature**

**Date** _____


**Signature of Responsible Party**
_____

**Relationship to Patient** _____


**Witness**
_____

**Date** _____