UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | § | |

-oOo-

### AFFIDAVIT OF COSTS OF SERVICES & RECORDS BY PROVIDER

Name Of Patient: ROGELIO RODRIGUEZ
D.O.B.: 01/12/1960
S.S.N.: 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

Before me, the undersigned authority, on this day personally appeared **DR. ERIC BENNOS,** who, being by me duly sworn, deposed and stated as follows:

My name is **ERIC BENNOS**. I am of sound mind and body, capable of making this affidavit. The facts stated in this affidavit are withing my personal knowledge and are true and correct. From 10/8/03 thru present, I provided a service to **ROGELIO RODRIGUEZ, D.O.B.:01/12/1960, S.S.N.: 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.** An itemized statement of the services and the charges for the services is attached to this affidavit and is part of this affidavit. The services I provided were necessary, and the amount I charged for the services was reasonable at the time and place the services were provided. The services provided were needed by **ROGELIO RODRIGUEZ, D.O.B.: 01/12/1960, S.S.N.: 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,** as a result injuries sustained as the result of an automobile collision which occurred on **JANUARY 16, 2003.** The total amount of the charges for the services provided was $300.



EXHIBIT
A pg 1

The attached records are kept by me in the regular course of business. The information contained in the records was transmitted by me in the regular course of business of **DR. ERIC BENNOS** or by an employee or representative of **DR. ERIC BENNOS,** who had personal knowledge of the act, event, condition, opinion or diagnosis, recorded to make the record or to transmit information thereof to be included in such record. The records were made at or near the time or reasonably soon after the time the service was provided. The records are the originals or exact duplicates of the originals.

BY: _____
**DR. ERIC BENNOS**

SWORN TO AND SUBSCRIBED before me on the __29th__ day of __March__, 2005, to certify which witness my hand and seal of office.

DAWN W. PRICE
MY COMMISSION EXPIRES
May 18, 2007

_____
Notary Public, State of Texas

EXHIBIT A pg 2