

# T & M Records

P.O. Box 412
San Benito, Texas 78586
(956) 793-4104   Fax (956) 399-7398

---

## AFFIDAVIT

To:   Randall P. Crane
     Law Office of Randall P. Crane
     201 S. Sam Houston
     San Benito, Texas 78586

Re:  **ROGELIO RODRIGUEZ**     Medical
     Dr. Eric Bennos         & Billing
     B-04-137           Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | § | |

-oOo-

## AFFIDAVIT OF COSTS OF SERVICES & RECORDS BY PROVIDER

Name Of Patient: ROGELIO RODRIGUEZ

~~[redacted]~~

~~[redacted]~~

Before me, the undersigned authority, on this day personally appeared **DR. ERIC BENNOS,** who, being by me duly sworn, deposed and stated as follows:

My name is **ERIC BENNOS**. I am of sound mind and body, capable of making this affidavit. The facts stated in this affidavit are withing my personal knowledge and are true and correct. From _10/8/03_ **thru present**, I provided a service to **ROGELIO RODRIGUEZ,** ~~[redacted]~~ An itemized statement of the services and the charges for the services is attached to this affidavit and is part of this affidavit. The services I provided were necessary, and the amount I charged for the services was reasonable at the time and place the services were provided. The services provided were needed by **ROGELIO RODRIGUEZ,** ~~[redacted]~~ as a result injuries sustained as the result of an automobile collision which occurred on **JANUARY 16, 2003**. The total amount of the charges for the services provided was $ _300_ .

```
ERIC BENNOS, M.D.,P.A.-RADIOLOGIST        Provider ID  : 75-2823260 Page 1
P. O. BOX  293115                         Statement Date : 04/05/2006
LEWISVILLE, TX  75029-3115

                                          Referring Phys : GILL


      RODRIGUEZ, ROGELIO    Account # : 307180


      RANDALL CRANE, ATTY
      201 S SAM HOUSTON
      SAN BENITO, TX  78586-
```

| DATE | CODE | DESCRIPTION | CHARGES | CREDITS |
|------|------|-------------|---------|---------|
| 10/08/03 | 72148.26 | MRI LUMBAR (READ) | 300.00 | |
| 10/08/03 | 722.10 | LUMBAR DISC W/O MYELOPATH | | |

|  |  |  | Total |
|--|--|--|-------|
|  |  |  | 300.00 |

Please Direct Statement Inquiries To  972.682.0601
Or Fax To 972.682.0661

# **TEAM LITIGATION COMPANY** *30718*

January 19, 2005                                                TLC No. 10339-6
Eric Bennos, M.D.
Billing Records
18601 LBJ Freeway, Suite 300
Mesquite, TX 75150

RE:    **Billing Records pertaining to Rogelio Rodriguez;** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **in Cause No.
       B-04-137 pending in the United States District Court Southern District Of Texas, Brownsville
       Division styled: ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ vs.   JAMES
       ARTHUR LARSON**

Dear Records Custodian:

A lawsuit has been filed and your facility has been identified as possessing records that relate to the above judicial
proceeding. Team Litigation Company is a legal service firm and is acting as an agent of an attorney to obtain these
records and to provide the appropriate legal documentation.

 You are hereby served with a Subpoena Duces Tecum for Billing Records pertaining to Rogelio Rodriguez. Also
enclosed are the Deposition Upon Written Questions and Affidavits.  **If there is a fee,** please do not reproduce the
records subpoenaed without prior fee approval. (REFER TO TEXAS STATE BOARD OF MEDICAL EXAMINERS
RULE 165.2 (e) FOR REASONABLE FEE DEFINITION.)  Please call (713) 802-9100 with your estimated fee. We
will endeavor to obtain fee approval as soon as possible and notify you so that you may proceed to comply with the
subpoena. Team Litigation Company reserves the right to refuse any bill submitted after the receipt of records. **If you
have no records,** call us.  The attorney may still want the Questions and Affidavits answered.

CHECKLIST:
1. Carefully **read the subpoena** so that all the requested records are included.  Be sure to include separate
   correspondence files, if applicable.
2. Call us for **fee approval,** before sending records.
3. **Answer all the questions** completely.  "I don't know" and "N/A" are not sufficient.  Please use **blue or
   black ink.**  If you make an error, **do not use "white out,"** or correction tape, just draw a single line through
   the error and **initial each** change.
4. All the Questions and the Affidavit must be answered by the **same person.  *If there is an affidavit,
   double sided pages count as 2 pages of records.  Please include this in the page
   count.  If you are unsure as to how many pages, please leave this space blank,
   and we will fill it in.***
5. Each signature must be **notarized,** including notary stamp/seal.
6. **Return the signed & notarized original** Questions and Affidavit to us with the records.  Do not return the
   documents to the attorney.

Your assistance in this most urgent matter is greatly appreciated.  Thank you for your time and cooperation.

Sincerely,
Team Litigation Company / **Tennille (x115)**
3605 Katy Freeway, Suite 100
Houston, TX 77007
(713) 802-9100  Fax: (713) 802-9108

## Do not sign before:
2/7

Issued by the

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

SUBPOENA IN A CIVIL CASE

ROGELIO RODRIGUEZ
AND ELIZABETH RODRIGUEZ
      Vs.                        CIVIL ACTION NO. **B-04-137**

JAMES ARTHUR LARSON

TO:  Eric Bennos, M.D.
      **Billing Records**
      **18601 LBJ Freeway, Suite 300**
      **Mesquite, TX 75150**

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Any and all billing records from date of birth, 01/12/1960 to the present, pertaining to ROGELIO RODRIGUEZ; SSN: 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; DOB: 01/12/1960, including, but not limited to itemized billing statements, CPT codes, collection reports, records showing any payments, credits and/or adjustments, or any other billing information within the care, custody or control, or to which said custodian has access.**

| PLACE | DATE AND TIME |
|---|---|
| Team Litigation Company     [TLC No. 10339-6] <br> 3605 Katy Freeway, Suite 100, Houston, TX 77007 | Instanter |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date, and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization to a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Patrick R. Kasperitis* /CA    Attorney for Defendant | **January 19, 2005** |

Mr. Patrick R. Kasperitis, Dunn, Weathered, Coffey, Rivera, Kasperitis & Rodr
611 South Upper Broadway, Corpus Christi, TX 78401, (361) 883-1594

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

10339-6

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ | § | |
| AND ELIZABETH RODRIGUEZ | § | |
| | § | |
| **Plaintiff,** | § | |
| VS. | § | Civil Action No. B-04-137 |
| | § | |
| | § | |
| | § | |
| JAMES ARTHUR LARSON | § | |
| **Defendant.** | § | |

### NOTICE TO TAKE DEPOSITION UPON WRITTEN QUESTIONS

TO:    PLAINTIFF ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ, by and through the attorney of record Mr. Randall P. Crane;

**YOU WILL TAKE NOTICE THAT** fourteen (14) days after the service of a copy hereof with attached questions, a DEPOSITION UPON WRITTEN QUESTIONS will be taken of the custodian of records for **Eric Bennos, M.D., Billing Records, 18601 LBJ Freeway, Suite 300, Mesquite, TX 75150, (972) 682-0601** before a representative and duly authorized Notary Public for: Team Litigation Company, 3605 Katy Freeway, Suite 100, Houston, Texas 77007, (713)802-9100.

Notice is further given that request is here made as authorized under Rule 31 of the Federal Rules of Civil Procedure, to the officer authorized to take this deposition to issue a SUBPOENA DUCES TECUM and cause it to be served on the witness to produce the following:

**Any and all billing records from date of birth, 01/12/1960 to the present, pertaining to ROGELIO RODRIGUEZ;** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ **including, but not limited to itemized billing statements, CPT codes, collection reports, records showing any payments, credits and/or adjustments, or any other billing information within the care, custody or control, or to which said custodian has access.**

*Patrick R. Kasperitis*

By Permission:
Mr. Patrick R. Kasperitis
SBN 11105270
Dunn, Weathered, Coffey, Rivera, Kasperitis & Rodr
611 South Upper Broadway
Corpus Christi, TX 78401
(361) 883-1594; Fax: (361) 883-1599

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Notice, as well as a copy of the attendant Direct Questions, have been mailed, return receipt requested, or hand delivered or transmitted by telephone facsimile to all Counsels of Record, this the **19 day of January, 2005.**

For:     Mr. Patrick R. Kasperitis

cc:
Mr. Randall P. Crane
Law Firm of Randall P. Crane
201 South Sam Houston
San Benito, TX 78586
(956) 399-2496, Fax: (956) 399-7398
Attorney for Plaintiff

## AUTHORIZATION TO RELEASE PROTECTED HEALTH INFORMATION   (PHI)

**Patient Identification**
Printed Name:   Rogelio Rodriguez        Date of Birth:   01/12/1960
Address:        123 Dolores St., Primera, Texas
Social Security #: 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           Telephone: (      )

**Information To Be Released - Covering the Periods of Health Care**
From (date)  01/16/2003            to (date)   present

**Purpose of Request/Disclosure**

| ☐ Treatment or consultation | ☐ At request of the patient | ☐ Billing or claims payment |
|---|---|---|
| ☒ Other (specify)   Legal Matter | | |

**Description of Information to be used or disclosed**

| | | |
|---|---|---|
| ☐ All PHI in medical record | ☐ Operative report and pathology | ☐ Discharge summary |
| ☐ All psychiatric treatment | ☐ History and physical exam | ☐ Progress Notes |
| ☐ All psychotherapy treatment | ☐ Consultation reports | ☐ Laboratory test results |
| ☐ x-ray reports | ☐ x-ray films/images | ☐ photographs, videotapes |
| ☐ complete billing record | ☐ itemized bill | ☐ Nursing information |
| ☐ Physician orders | ☐ Abstract of health record | ☐ Other |

**Who and Where to Send/Release Information** TEAM LITIGATION CO.
Name:                           3605 Katy Freeway, Suite 100
Address:                        Houston, Texas 77007

**Drug and/or Alcohol Abuse, and/or Psychiatric, and/or HIV/AIDS Records Release**
I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information.                (Initial )  If not applicable, check here. XX

**Time Limit & Right to Revoke Authorization**
Except to the extent that action has already been taken in reliance on this authorization, at any time I can revoke this authorization by submitting a notice in writing to the facility Privacy Officer at _____
Unless revoked, this authorization will expire on the following date or event  01/29/05   or 180 days from date of signature.

**Re-disclosure**
I understand that the information disclosed by this authorization may be subject to re-disclosure by the recipient and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facility, its employees, officers and physicians are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**Signature of Patient or Personal Representative Who May Request Disclosure**
I understand that I do not have to sign this authorization, and my treatment or payment for services will not be denied if I do not sign this form unless specified above under Purpose of Request.  I can inspect or copy the protected health information to be used or disclosed.
I authorize  Eric Bennos, M.D.            to release the protected health information specified above.

Signature:  Rogelio Rodriguez        Date:  November 29, 2004
            ROGELIO RODRIGUEZ
Authority to Sign if not patient: _____

# ▰▰ TEAM LITIGATION COMPANY

January 19, 2005                                                TLC No. 10339-5
Eric Bennos, M.D.
Medical Records
18601 LBJ Freeway, Suite 300
Mesquite, TX 75150

RE:   **Medical Records pertaining to Rogelio Rodriguez;** ▰▰▰▰▰▰▰▰▰▰▰▰ **in Cause
No. B-04-137 pending in the United States District Court Southern District Of Texas, Brownsville
Division styled: ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ vs. JAMES
ARTHUR LARSON**

Dear Records Custodian:

A lawsuit has been filed and your facility has been identified as possessing records that relate to the above judicial
proceeding. Team Litigation Company is a legal service firm and is acting as an agent of an attorney to obtain these
records and to provide the appropriate legal documentation.

You are hereby served with a Subpoena Duces Tecum for Medical Records pertaining to Rogelio Rodriguez. Also
enclosed are the Deposition Upon Written Questions and Affidavits. **If there is a fee,** please do not reproduce the
records subpoenaed without prior fee approval. (REFER TO TEXAS STATE BOARD OF MEDICAL EXAMINERS
RULE 165.2 (e) FOR REASONABLE FEE DEFINITION.) Please call (713) 802-9100 with your estimated fee. We
will endeavor to obtain fee approval as soon as possible and notify you so that you may proceed to comply with the
subpoena. Team Litigation Company reserves the right to refuse any bill submitted after the receipt of records. **If you
have no records,** call us. The attorney may still want the Questions and Affidavits answered.

CHECKLIST:
1. Carefully **read the subpoena** so that all the requested records are included. Be sure to include separate
   correspondence files, if applicable.
2. Call us for **fee approval,** before sending records.
3. **Answer all the questions** completely. "I don't know" and "N/A" are not sufficient. Please use **blue or
   black ink.** If you make an error, **do not use "white out,"** or correction tape, just draw a single line through
   the error and **initial each** change.
4. All the Questions and the Affidavit must be answered by the **same person.** *If there is an affidavit,
   double sided pages count as 2 pages of records. Please include this in the page
   count. If you are unsure as to how many pages, please leave this space blank,
   and we will fill it in.*
5. Each signature must be **notarized,** including notary stamp/seal.
6. **Return the signed & notarized original** Questions and Affidavit to us with the records. Do not return the
   documents to the attorney.

Your assistance in this most urgent matter is greatly appreciated. Thank you for your time and cooperation.

Sincerely,
Team Litigation Company / **Tennille (x115)**
3605 Katy Freeway, Suite 100
Houston, TX 77007
(713) 802-9100  Fax: (713) 802-9108

Do not sign before:
2/7

Issued by the

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

### SUBPOENA IN A CIVIL CASE

ROGELIO RODRIGUEZ
AND ELIZABETH RODRIGUEZ
     Vs.                 CIVIL ACTION No. **B-04-137**

JAMES ARTHUR LARSON

TO:  Eric Bennos, M.D.
      **Medical Records**
      **18601 LBJ Freeway, Suite 300**
      **Mesquite, TX 75150**

☐  YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Any and all medical records, from date of birth, 01/12/1960 to the present, pertaining to ROGELIO RODRIGUEZ; SSN: 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; DOB: 01/12/1960, including, but not limited to: patient information/registration forms, medical reports, radiology reports, pathology reports, physical therapy records, any and all raw data, tests and test results, doctors orders, nurses notes, memorandum, correspondence to or from patient or concerning patient, medication, treatments, profiles, patient history forms, diagnoses, diagrams, graphs, charts, photographs, video tapes, recordings or other visual or audio representations reflecting the physical or mental condition of the patient within the care, custody or control, or to which said custodian has access.**

| PLACE | DATE AND TIME |
|---|---|
| Team Litigation Company      [TLC No. 10339-5]<br>3605 Katy Freeway, Suite 100, Houston, TX 77007 | Instanter |

☐    YOU ARE COMMANDED to permit inspection of the following premises at the date, and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization to a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Patrick R. Kasperitis /Ce*   Attorney for Defendant | **January 19, 2005** |

Mr. Patrick R. Kasperitis, Dunn, Weathered, Coffey, Rivera, Kasperitis & Rodr
611 South Upper Broadway, Corpus Christi, TX 78401, (361) 883-1594

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

10339-5

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ | § | |
| AND ELIZABETH RODRIGUEZ | § | |
| | § | |
| **Plaintiff,** | § | |
| VS. | § | Civil Action No. B-04-137 |
| | § | |
| | § | |
| | § | |
| JAMES ARTHUR LARSON | § | |
| Defendant. | § | |

**NOTICE TO TAKE DEPOSITION UPON WRITTEN QUESTIONS**

TO:    PLAINTIFF ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ, by and through the attorney of record Mr. Randall P. Crane;

**YOU WILL TAKE NOTICE THAT** fourteen (14) days after the service of a copy hereof with attached questions, a DEPOSITION UPON WRITTEN QUESTIONS will be taken of the custodian of records for **Eric Bennos, M.D., Medical Records, 18601 LBJ Freeway, Suite 300, Mesquite, TX 75150, (972) 682-0601** before a representative and duly authorized Notary Public for: Team Litigation Company, 3605 Katy Freeway, Suite 100, Houston, Texas 77007, (713)802-9100.

Notice is further given that request is here made as authorized under Rule 31 of the Federal Rules of Civil Procedure, to the officer authorized to take this deposition to issue a SUBPOENA DUCES TECUM and cause it to be served on the witness to produce the following:

**Any and all medical records, from date of birth, 01/12/1960 to the present, pertaining to ROGELIO RODRIGUEZ; ▓▓▓▓▓▓▓▓▓▓ DOB ▓▓▓▓▓▓ including, but not limited to: patient information/registration forms, medical reports, radiology reports, pathology reports, physical therapy records, any and all raw data, tests and test results, doctors orders, nurses notes, memorandum, correspondence to or from patient or concerning patient, medication, treatments, profiles, patient history forms, diagnoses, diagrams, graphs, charts, photographs, video tapes, recordings or other visual or audio representations reflecting the physical or mental condition of the patient within the care, custody or control, or to which said custodian has access.**

*Patrick R. Kasperitis*

By Permission:
Mr. Patrick R. Kasperitis
SBN 11105270
Dunn, Weathered, Coffey, Rivera, Kasperitis & Rodr
611 South Upper Broadway
Corpus Christi, TX 78401
(361) 883-1594; Fax: (361) 883-1599

ATTORNEY FOR DEFENDANT

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Notice, as well as a copy of the attendant Direct Questions, have been mailed, return receipt requested, or hand delivered or transmitted by telephone facsimile to all Counsels of Record, this the **19 day of January, 2005.**

For:     Mr. Patrick R. Kasperitis

cc:
Mr. Randall P. Crane
Law Firm of Randall P. Crane
201 South Sam Houston
San Benito, TX 78586
(956) 399-2496, Fax: (956) 399-7398
Attorney for Plaintiff

## AUTHORIZATION TO RELEASE PROTECTED HEALTH INFORMATION    (PHI)

**Patient Identification**
Printed Name:  Rogelio Rodriguez          Date of Birth:  01/12/1960
Address:    123 Dolores St., Primera, Texas
Social Security #: 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          Telephone: (        )

**Information To Be Released - Covering the Periods of Health Care**
From (date)  01/16/2003          to (date)    present

**Purpose of Request/Disclosure**

| | | |
|---|---|---|
| □  Treatment or consultation | □  At request of the patient | □  Billing or claims payment |
| x□  Other (specify)    Legal Matter | | |

**Description of Information to be used or disclosed**

| | | |
|---|---|---|
| □ All PHI in medical record | □ Operative report and pathology | □ Discharge summary |
| □ All psychiatric treatment | □ History and physical exam | □ Progress Notes |
| □ All psychotherapy treatment | □ Consultation reports | □ Laboratory test results |
| □ x-ray reports | □ x-ray films/images | □ photographs, videotapes |
| □ complete billing record | □ itemized bill | □ Nursing information |
| □ Physician orders | □ Abstract of health record | □ Other |

**Who and Where to Send/Release Information**
Name:
Address:

**TEAM LITIGATION CO.**
**3605 Katy Freeway, Suite 100**
**Houston, Texas  77007**

**Drug and/or Alcohol Abuse, and/or Psychiatric, and/or HIV/AIDS Records Release**
I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial )  If not applicable, check here. XX

**Time Limit & Right to Revoke Authorization**
Except to the extent that action has already been taken in reliance on this authorization, at any time I can revoke this authorization by submitting a notice in writing to the facility Privacy Officer at _____.
Unless revoked, this authorization will expire on the following date or event  01/29/05  or 180 days from date of signature.

**Re-disclosure**
I understand that the information disclosed by this authorization may be subject to re-disclosure by the recipient and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facility, its employees, officers and physicians are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**Signature of Patient or Personal Representative Who May Request Disclosure**
I understand that I do not have to sign this authorization, and my treatment or payment for services will not be denied if I do not sign this form unless specified above under Purpose of Request.  I can inspect or copy the protected health information to be used or disclosed.
I authorize  Eric Bennos, M.D.          to release the protected health information specified above.

Signature: _Rogelio Rodriguez_          Date:  November 29, 2004
ROGELIO RODRIGUEZ
Authority to Sign if not patient: _____

ERIC S. BENNOS, MD, PA                         Provider ID  : 75-2823260 Page 1
RADIOLOGIST                                    Statement Date : 10/16/2003
PO BOX  293115
LEWISVILLE, TX  75029-3115                     Referring Phys : GILL


RODRIGUEZ, ROGELIO    Account # : 307180


RANDALL CRANE, ATTY
201 S SAM HOUSTON
SAN BENITO, TX  78586-

| DATE | CODE | DESCRIPTION | CHARGES | CREDITS |
|------|------|-------------|---------|---------|
| 10/08/2003 | 72148.26 | MRI LUMBAR (READ) | 300.00 | |
| 10/08/2003 | 722.10 | LUMBAR DISC W/O MYELOPATH | | |

| Over 120 | Over 90 | Over 60 | Over 30 | Current | Total |
|----------|---------|---------|---------|---------|-------|
| 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | 300.00 |

Please Direct Statement Inquiries To Data Management Co. @ (972)682-0601
Or Fax Requests To (972)682-0661

# RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER
## 501 B Ed Carey Drive, Harlingen, Texas 78550

CHART # **7180**    APPT DATE _____    TIME _____

PATIENT NAME **Rodriguez, Rogelio**    SS# ▮▮▮▮▮▮▮▮▮▮

ADDRESS _____    CITY **Hgn**    STATE **TX**    ZIP **78550**

PHONE **412-8163**    DOB ▮▮▮▮▮    SEX **M**    HEIGHT **08'**    WEIGHT **225**    AGE **43**

WK PH _____    EMPLOYER _____    ADDRESS _____

Appt called in by _____

Referring Physician **Dr. Darshan Gill**    Degree **MD**

Address **1120 Galveston** City **McAllen TX** State **TX** Zip **78501** Phone **425** Fax **1086**
**0697   3745**

Type of exam requested **Mri L-sp w/o**

Diagnosis: _____

SPOUSE NAME _____    SS# _____    DOB _____
EMPLOYER _____    ADDRESS _____    PHONE _____

### Personal Insurance(PI)

PRIMARY INSURED _____
INS. CO _____
ADDRESS _____
CITY _____ ST _____ ZIP _____
PHONE _____ GRP# _____
GRP NAME _____ CERT# _____
ID# _____

ATTORNEY (LOP) **Randall Crane**
ADDRESS _____
CITY _____ ST _____ ZIP _____
PHONE _____
FAX _____
DATE OF ACCIDENT _____
TYPE OF ACCIDENT _____

### MEDICARE/MEDICAID

PRIMARY INSURED _____
ID# _____

### WORKERS COMPENSATION

PRIMARY INSURED _____
INS CO _____
ADDRESS _____
CITY _____ ST _____ ZIP _____
PHONE _____ CLAIM# _____
ADJUSTER _____
TWCC# _____
DATE OF ACCIDENT _____

### THIRD PARTY

PRIMARY INSURED _____
ADDRESS _____
PHONE _____
SS# _____ DOB _____
ID# _____
INS CO _____
ADDRESS _____
PHONE _____

VERIFIED? _____ DATE _____ INITIALS _____

## Rio Grande Valley Imaging

## OPEN MRI

Patient: __Rodriguez Rogelio__
　　　　　 Last　　　　　 First　　　 MI

Appointment: __10/8/03__　　__1:00 p.m.__
　　　　　　　　 Date　　　　　 Time

DIAGNOSIS: __Pain to lumbar__

### MRI Magnetic Resonance Imaging**

| | | | | | |
|---|---|---|---|---|---|
| Cervical Spine | _____ | Shoulder R or L | _____ | Ankle R or L | _____ |
| Thoracic Spine | _____ | Wrist R or L | _____ | Foot R or L | _____ |
| Lumbar Spine | X | Knee R or L | _____ | Brain | _____ |
| IAC | _____ | Hips R or L | _____ | Pelvis M/F | _____ |
| Hand R or L | _____ | TMJ | _____ | MRA | _____ |
| Chest | _____ | Neck (soft tissue) | _____ | Elbow R or L | _____ |
| Face/Sinuses/Orbit | _____ | Pituitary Gland | _____ | Posterior Fossa | _____ |
| | | Abdomen | _____ | Breast | _____ |

### Contrast Study ___ with __X__ without

**MRI preparations:** Please advise patients not to wear any jewelry and/or cosmetics, prior to MRI examination.

** **Contraindications to MRI are: Pacemakers, Aneurysm Clips, Heart Valves, Neurostimulators, or Cochlear Implants.**

Ordered By: __D.S. Gill M.D.__

| | |
|---|---|
| 501 B N Ed Carey | Omni Pavilion |
| Harlingen, Texas 78550 | 1900 Expressway 77/83 • Suite C-2 |
| Phone: (956) 440-8900 | Brownsville, Texas 78521 |
| Fax: (956) 440-8922 | Ph: (956) 546-9446 |
| • 1-800-460-4721 • | Fax: (956) 546-5880 |

Darsban B. Gill　　　L#　　Chris

1120 Galveston ave

McAllen. TX 78501　　UPin #

425-0597　　Fax 686-3745

## Rio Grande Valley Imaging and Diagnostic Center
### MRI Patient History

NAME  Rodriguez, Rogelio          Date_____  Chart#_____

TYPE OF MRI    L-spine

DIAGNOSIS_____  HEIGHT_____  WEIGHT_____

DOB  1-12-60          AGE_____  SEX  M

REFERRING PHYSICIAN  Gill. S.D.          DEGREE  MD

### PLEASE INDICATE YES OR NO TO THE FOLLOWING QUESTIONS.

Are you taking any medication?                                       (Yes)       No_____
(Please list)_____
Do you have any allergies to medications?                           Yes_____    (No)
Are you allergic to iodine or contrast material?                    Yes_____    (No)
Are you nervous or suffer anxiety in small spaces (claustrophobia)? (Yes)       No_____

### DO YOU, OR HAVE YOU EVER HAD THE FOLLOWING:

An MRI before?                                                  Yes_____    (No)
Pacemaker placement?                                           Yes_____    (No)
Metallic clips in your body? i.e., aneurysm clips or vascular clips  Yes_____    (No)
Metallic flashings or particles exposed to your eyes?          Yes_____    (No)
Permanent makeup, tattos, or body piercings?                   Yes_____    (No)
Head surgery?  Date_____                                  Yes_____    (No)
Heart surgery?  Date_____                                 Yes_____    (No)
Back or spine surgery?  Date_____                         Yes_____    (No)
Gunshot or shrapnel wound?                                     Yes_____    (No)
Any implanted electronic device?                               Yes_____    (No)
Hearing aid?                                                   Yes_____    (No)
Ear implant?                                                   Yes_____    (No)
Lens or corneal implant?_____                          (Yes)       No_____
Any type of metal in your body?                                Yes_____    (No)

### FOR CONTRAST PATIENTS:

Do you have any blood disorders?                               Yes_____    No_____
Have you ever been diagnosed or treated for sickle cell anemia? Yes_____    No_____
Have you ever had an allergic reaction to any contrast?        Yes_____    No_____
Do you have asthma?                                            Yes_____    No_____
Do you have any heart conditions?                             Yes_____    No_____

### FOR FEMALE PATIENTS:

Do you think you may be pregnant?                              Yes_____    No_____
Date of last menstrual period?_____
Do you have an IUD?                                            Yes_____    No_____
Are you currently breastfeeding?                              Yes_____    No_____

### THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

Signed:_____          Date:_____

Interviewer:_____

PATIENT NOTES

| DATE | Rodnguez, Rogelio |
|------|-------------------|
|  | Low BACK PAIN + Bi LAT Leg PAIN. |
|  | PT WAS IN A HEAD ON MVA 5 MONTH AGO. |
|  | No Hx OF BACK Surgery |



PAIN          NUMBNESS          TINGLING

| QTY. | CODE | DESCRIPTION OTHER |
|------|------|-------------------|
| 1 | 72142 | L-SP C |
|  |  |  |
|  |  |  |

7.30

**Patient Authorization for Personal Representative**
Please print all information, then sign and date form at bottom.

**Type of Authorization:** Personal Representative

**Patient Name** (please print) _Rodriguez, Rogelio_

**Purpose of request** - I authorize _____ to disclose or
provide my protected health information to the following individual who is authorized to act as
my personal representative for the purposes of receiving all protected health information about
myself. As my designated personal representative, they may exercise my right to inspect, copy,
and correct my protected health information. They may also consent or authorize the use or
disclosure of my protected health information:

_____

Name of Personal Representative

_____

Address

_____

City, State, Zip

_____

Phone

**Description of information to be disclosed** - I authorize _____
to disclose all of my protected health information to my designated personal representative.

**Expirations or termination of authorization** – This authorization will remain in effect until
terminated by you, your personal representative or another individual(s) of legal entity
authorized to do so by court order or law.

**Right to revoke or terminate** – As stated in our Notice of Privacy Practices, you have the right to
revoke or terminate this authorization by submitting a written request to our Privacy Manager.
This can be done in-person or by mailing a request to:

Rio Grande Valley Imaging - Harlingen Tx.

501 B N Ed Carey
Harlingen, Texas 78550
Ph: (956) 440-8900
Fax: (956) 440-8922
Tf: 1-800-460-4721

Attn: Privacy Manager.

**Redisclosure** – We have no control over the person(s) you have listed as your personal
representative. Therefore, your protected health information disclosed under this authorization,
will no longer be protected by the requirements of the Privacy Rule and will no longer be the
responsibility of _Rio Grande Valley Imaging - Harlingen Tx._ .

_____    _____
patient signature                                              date

© 2002    Rio Grande Valley Imaging - Harlingen Tx.

7.32

**Patient Authorization for Disclosure to Designated Provider**
Please print all information, then sign and date form at bottom.

**Type of Authorization:** Designated Provider

**Patient Name** (please print) _Rodriguez, Rogelio_____

**Purpose of request** - I request and authorize the disclosure or release of my protected health information (as identified below) to the following provider:

_____
Name of practice

_____
Name of provider

_____
Address

_____
City, State, Zip

_____
Phone

**Description of information to be disclosed** - I authorize the disclosure of the following protected health information about me to the person(s) identified above:

____ Complete medical record; or

____ Only the following information:

_____

_____

_____

_____

**Purpose of disclosure** – This protected health information is being used or disclosed to carry out treatment, payment and/or healthcare operations in the following manner:

_____

_____

_____

_____

**Expirations or termination of authorization** – This authorization will expire within _____ days from the date of my signature below.

X _____     _____
patient signature                                            date

© 2002     Rio Grande Valley Imaging - Harlingen Tx.

7.33

**Provider Request for Disclosure from another Covered Entity**

**Type of Authorization:** Requested disclosure of protected health information by a provider. As a healthcare provider involved in the treatment of the listed individual (see below), I am requesting disclosure of protected health information (see description of information) for the purposes stated in this request.

**Patient Name** (please print) _____

_____
Name of Practice

_____
Name of Provider

_____
Address

_____
City, State, Zip

_____
Phone

**Description of Information to be disclosed** – The information listed for disclosure is the minimum necessary for the purpose listed on this request.

Requested Information: _____

_____

_____

_____

_____

_____


**Purpose of disclosure** – This protected health information is necessary to carry out treatment, payment and/or health care operations in the following manner:

_____

_____

_____

_____

_____

_____

_____


_____    _____
provider's signature                               date


© 2002    Rio Grande Valley Imaging - Harlingen Tx.

**7.60**

**Request for Access to Protected Health Information**

Under the Privacy Rule, a patient or their personal representative may request access to the patient's protected health information for the purposes of inspection and/or obtaining a copy of the protected health information. There are conditions under which a healthcare provider may deny access to protected health information. Under such conditions, there is no opportunity or requirement to have the denial of access reviewed. These conditions include:

1. Psychotherapy notes;
2. Information intended for use in a civil, criminal, or administrative actions;
3. When an individual (patient) is an inmate in a correctional facility or the healthcare provider is acting under the direction of correctional facility, where providing access to information would endanger other inmates or correctional employees;
4. When an individual (patient) has consented to the withholding of information as a subject in a research program that is still in progress;
5. Information that cannot be disclosed under the Clinical Laboratory Improvement Amendment;
6. When the Privacy Rule denies access; and
7. When the healthcare provider obtained the protected health information under a promise of confidentiality, and access to the information would reveal the source of the information.

There are three conditions under which a healthcare provider may deny access to protected health information but, if they do, must provide the individual (patient) or their personal representative an opportunity to have the denial reviewed. These conditions include:

1. When the healthcare provider has determined that access to the protected health information is likely to endanger the life or physical safety of the individual (patient) or another person;
2. When the information identifies another person, and the healthcare provider believes that access will cause harm to the other person; and
3. When the information is requested by a personal representative of an individual (patient) and, in the judgment of the healthcare provider, providing access to the information might subject the individual (patient) to domestic violence, abuse, or neglect by the personal representative.

Access (inspection and/or obtaining copies) to protected health information is provided on a scheduled basis. Our receptionist can provide the schedule information for you at the time of your request. Additionally, we will charge a reasonable fee for any copies of protected health information. Our copy fee is $_____. Please note that, due to privacy and risk management guidelines, original documents of protected health information may only be inspected in the presence of one of our staff members and original materials may not be removed from the facility.

_Rogelio Rodriguez_
patient name

X _[signature]_ _____    _____
patient signature                                            date

© 2002    Rio Grande Valley Imaging - Harlingen Tx.

PLEASE
DO NOT
STAPLE
IN THIS
AREA

APPROVED OMB-0938-0008

| | PICA | | | | | | **HEALTH INSURANCE CLAIM FORM** | | PICA | | |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Rodrigue, Rogelio**

3. PATIENT'S BIRTH DATE    SEX    M ☐    F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self ☐    Spouse ☐    Child ☐    Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY                                    STATE

8. PATIENT STATUS
Single ☐    Married ☐    Other ☐

CITY                                    STATE

ZIP CODE          TELEPHONE (Include Area Code)
(    )

Employed ☐    Full-Time Student ☐    Part-Time Student ☐

ZIP CODE          TELEPHONE (INCLUDE AREA CODE)
(    )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
☐ YES    ☐ NO

a. INSURED'S DATE OF BIRTH    SEX
MM  DD  YY          M ☐    F ☐

b. OTHER INSURED'S DATE OF BIRTH    SEX
MM  DD  YY          M ☐    F ☐

b. AUTO ACCIDENT?    PLACE (State)
☐ YES    ☐ NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
☐ YES    ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES    ☐ NO    If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____    DATE _____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _____

14. DATE OF CURRENT:    ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
MM  DD  YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  MM  DD  YY    TO  MM  DD  YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  MM  DD  YY    TO  MM  DD  YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?    $ CHARGES
☐ YES    ☐ NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. |___|___|          3. |___|___|

2. |___|___|          4. |___|___|

22. MEDICAID RESUBMISSION CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM | DD | YY | To MM | DD | YY | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER    SSN EIN ☐

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
☐ YES    ☐ NO

28. TOTAL CHARGE
$

29. AMOUNT PAID
$

30. BALANCE DUE
$

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED _____    DATE _____

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

PIN#          GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    **PLEASE PRINT OR TYPE**

FORM HCFA-1500  (12-90)
FORM OWCP-1500    FORM RRB-1500

## RIO GRANDE VALLEY
## ___GING & DIAGNOSTIC CEN___

**Rodriguez Rogelio**

### PATIENT AUTHORIZATION RECORD

#### AUTHORIZATION FOR CARE

I grant permission to the employees of Rio Grande Valley Imaging to render outpatient diagnostic service to me during my diagnostic testing and to carry out the orders of my attending physician, including consultants, associates and assistants of his choice.

#### RELEASE OF INFORMATION

I authorize Rio Grande Valley Imaging to release any medical imformation requested by representatives of local, state, federal agencies, insurance, companies, or other organizations or entities as may be required by said representative for payment of claims arising out of diagnostic testing as are due to **Rio Grande Valley Imaging.**

#### VALUABLES

I agree to assume personal responsibility for all jewelry, money, or other valuables brought into **Rio Grande Valley Imaging** during scheduled testing periods. This responsibility includes dentures, eye glasses, contact lens, pillows, and any other personal items.

#### FINANCIAL RESPONSIBILITY

I understand that regardless of my assigned insurance benefits, I am responsible for the total charges for services rendered, and further agree that all amounts are due upon request and are payable to **Rio Grande Valley Imaging** at Cameron County , Texas.

I further understand that should this account become delinquent and it becomes necessary for the amount to be referred to an attorney or collections agency for collection or suit.I as designated responsible party shall pay the reasonable attorney fees or collections expense, and that a statutory lien will be filed against me.

#### INSURANCE COVERAGE

_____ I certify that I have no insurance which will pay benefits for this diagnostic testing; or
_____ I certify that the insurance reported to Rio Grande Valley Imaging for this admission are a complete listing.

#### INSURANCE ASSIGNMENT

In consideration of services to be rendered, I hereby assign and transfer to Rio Grand Valley Imaging any benefits payable to or for my benefit under hospitalization, sickness or accident insurance, and any other insurance, to include major medical or P.I.P..for the payment of such services rendered. I agree to cooperate, aid and assist **Rio Grande Valley Imaging** in processing all possible insurance benefits including initiation and fulfillment of all policy provisions such insurance companies may require for payment. I futher assign and transfer to **Rio Grande Valley Imaging** an interest in any cause action I may have arising out of injuries directly resulting in this diagnostic testing . This assignment includes insurance benefits accruing to me under uninsured motorist coverage.

**THIS ASSIGNMENT EXTENDS TO THE TOTAL AMOUNT OWED RIO GRANDE VALLEY IMAGING AND ALSO AUTHORIZE APPLICABLE HEALTH CARE BENEFITS, IF ANY, TO BE PAID THE PHYSICIAN**-specialists in the field of radiology or any other licensed physicians who perform services at Rio Grande Valley Imaging.

If a Medicare or Medicaid patient, I certify that the information given by me in applying for payment under title XVIIIof the Social Security Act is correct. I request that payment of authorized benefits be made in my behalf.

**Patient Signature** _____     **Date** _____

**Signature of Responsible Party** _____     **Relationship to Patient** _____

**Witness** _____     **Date** _____

# RIO GRANDE VALLEY
## IMAGING & DIAGNOSTIC CENTER

### 501 B Ed Carey Drive, Harlingen, Texas 78550
### 1-800-460-4721 Telephone          (956) 440-8922 Facsimile

**PATIENT NAME:** Rodriguez, Rogelio

**DATE OF ACCIDENT:** _____

I hereby give an assignment to Rio Grande Valley Imaging, on any settlement, claims, judgment or verdict as a result of said accident/illness, and authorize and direct my attorney, and any third party payee, to pay directly to said clinic such sums as may be due and owing them for services rendered me and withhold such sums from such settlements, claims, judgments, or verdict arising from any private insurance to include Personal Injury Protection from my auto insurance, which may be necessary to protect Rio Grande Valley Imaging.

I fully understand that I am directly and fully responsible to Rio Grande Valley Imaging, for all bills submitted by them for services rendered me, and that this agreement is made solely for said clinic additional protection and in consideration of their awaiting payment. *I further understand that such payment is not contingent on any settlement, claim, judgment, or verdict by which I may eventually recover fee.*

### PLEASE ACCEPT THIS ASSIGNMENT OF BENEFITS AND INCLUDE OUR NAME ON THE DRAFT FOR SERVICES RENDERED AT Rio Grande Valley Imaging.

_____          10-8-03
**Signature of Guarantor**                                          **Date**

_____          _____
**Witness**                                                              **Date**

# RIO GRANDE VALLEY
# IMAGING & DIAGNOSTIC CENTER

### 501 B Ed Carey Drive, Harlingen, Texas 78550

## LIEN

*MVA*

PATIENT NAME: **Rodriguez  Rogelio**

DATE OF ACCIDENT: ___10-13-0___  1-16-03

I hereby give an assignment to Rio Grande Valley Imaging and to Dee L. Martinez, M.D., on any settlement, claims, judgement or verdict as a result of said accident/illness, and authorize and direct my attorney, and any third party payee, to pay directly to said clinic and said doctor such sums as may be due and owing them for services rendered me, and to withhold such sums from such settlements, claims, judgements, or verdict arising from any private insurance to include Personal Injury Protection from my auto insurance, which may be necessary to protect said clinic and said doctor.

I fully understand that I am directly and fully responsible to Rio Grande Valley Imaging and Dee L. Martinez, M.D. for all bills submitted by them for services rendered me, and that this agreement is made solely for said clinic and doctor additional protection and in consideration of their awaiting payment. I further understand that such payment is not contingent on any settlement, claim, judgment, or verdict by which I may eventually recover fee.

_____    Date _10-8-03_
Patient's Signature

_____    _____
Witness                            Date



**Rio Grande Valley**
**Imaging & Diagnostic Center**

| | |
|---|---|
| **PATIENT NAME:** | ROGELIO RODRIGUEZ |
| **PATIENT #:** | 7180 |
| **DATE OF BIRTH:** | 01/12/60 |
| **DATE OF EXAM:** | 10/08/03 |
| **REFERRING PHYSICIAN:** | DR. GILL |

**EXAMINATION:**   **MRI OF THE LUMBAR SPINE**

**HISTORY:**  A 43 year old patient with pain in the lumbar region. The patient is also experiencing bilateral leg pain and was hit on the head during motor vehicle accident five months ago.

**MRI IMAGING PARAMETERS:** T1/T2 sagittal and axial T1 images of the lumbosacral spine were obtained without contrast on a Toshiba Opart Open MRI scanner.

**TOTAL NUMBER OF SLICES:** 56+ slices

**FINDINGS:** Examination of the lumbar spine reveals a hypolordotic lumbar curve. There is thinning of the disc at L3-L4 and desiccation of the discs at L4 thru S1. The vertebral bone marrow and prevertebral soft tissues are otherwise normal. The conus terminates at L1. Five lumbar vertebral segments are presumed for the purpose of this discussion. No subluxation is seen.

L1-L2: There is no evidence of a herniated disc, central spinal stenosis, neural exit foraminal stenosis or mass influence upon the central canal identified. Facet joint space narrowing is noted bilaterally.

L2-L3: There is no evidence of a herniated disc, central spinal stenosis, neural exit foraminal stenosis or mass influence upon the central canal identified. Facet joint space narrowing is noted bilaterally.

L3-L4: There is a 1 mm broad-based disc protrusion present minimally narrowing the ventral epidural fat and minimally narrowing the inner zonal fat of the neural exit foramina about 5% on both sides. Facet joint space narrowing is noted bilaterally.

L4-L5: There is a 1-2 mm broad-based disc protrusion present effacing the ventral epidural fat, minimally contacting and flattening the ventral dura and narrowing the inner zones of the neural exit foramina about 30% on both sides. This is indicative of disc edema. Facet arthrosis is noted bilaterally.

**PAGE –2–**

**PATIENT NAME:**     ROGELIO RODRIGUEZ
**DATE OF EXAM:**     10/08/03

L5-S1: There is a 1 mm broad-based disc protrusion present minimally narrowing the ventral epidural fat but not impinging upon neural structures. There is narrowing of the inner zonal fat of the neural exit foramina about 15% is noted bilaterally. The descending S1 nerve roots are symmetrical. The SI joints are patent.

\*NOTE – Oftentimes, irritation of the dorsal ramus (medial branch) becomes irritated as it supplies innervation to the facet joint. This may mimic sciatica. Thus, facet blocks may be useful in differentiating the origin of the patient's symptomatology and/or pain.

**IMPRESSION:**

1.     **There is a hypolordotic lumbar curvature indicative of myofascial spasm. (Clinical correlation is suggested).**

2.     **There is thinning of the disc at L3-L4 and desiccation of the discs at L4 thru S1 indicative of degenerative change.**

3.     **There is facet arthropathy of the mid to lower lumbar spinal range indicative of degenerative change.**

4.     **There is a 1 mm broad-based disc protrusion present at L3-L4 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.**

5.     **There is a 1-2 mm broad-based disc protrusion present at L4-L5 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.**

6.     **There is a 1 mm broad based disc protrusion  at L5-S1 not impinging upon neural structures.**

7.   **There is no acute fracture or unstable injury.**

Thank you for this referral.

_____
Eric S. Bennos, M.D.
Board Certified Radiologist

ESB/pv

D&T 10/9/03