IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROGELIO RODRIGUEZ and )(
ELIZABETH RODRIGUEZ )(
)(           RECEIVED JUL 0 7 2005
Plaintiffs )(
)(
vs. )( CIVIL ACTION NO. B-04-137
)(
JAMES ARTHUR LARSON )(
)(
Defendant )(

---

ORAL AND VIDEOTAPED DEPOSITION OF
JORGE TIJMES, M.D.
JUNE 21, 2005

---

ORAL AND VIDEOTAPED DEPOSITION OF JORGE TIJMES, M.D., produced as a witness duly sworn by me at the instance of the plaintiffs Rogelio Rodriguez and Elizabeth Rodriguez, taken in the above-styled and numbered cause on June 21, 2005, before THURMAN J. MOODY, Certified Shorthand Reporter No. 2861 in and for the state of Texas, at the offices of the witness, 320 North McColl Road, Suite A, McAllen, Texas, pursuant to the Federal Rules of Civil Procedure.



ORIGINAL

WILSON REPORTING SERVICES
P. O. BOX 532003, HARLINGEN, TEXAS
[956] 412-5700       [956] 412-577



PLAINTIFF'S EXHIBIT 1

| | |
|---|---|
| 1 | APPEARANCES |
| 2 | FOR THE PLAINTIFFS ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ: |
| 3 | RANDALL P. CRANE<br>LAW FIRM OF RANDALL P. CRANE |
| 4 | 201 South Sam Houston<br>San Benito, Texas 78586 |
| 5 | |
| 6 | FOR THE DEFENDANT JAMES ARTHUR LARSON: |
| 7 | RALPH M. RODRIGUEZ<br>DUNN, WEATHERED, COFFEY, RIVERA, KASPERITIS & RODRIGUEZ<br>611 South Upper Broadway |
| 8 | Corpus Christi, Texas 78401 |
| 9 | ALSO PRESENT: |
| 10 | ARTEMIO CACERES, JR., Videographer |
| 11 | INDEX |

| | |
|---|---|
| 12 | Appearances ..................................................2 |
| 13 | JORGE TIJMES, M.D.<br>Examination |
| 14 | By Mr. Crane .............................................3 |
| | By Mr. Rodriguez ........................................31 |
| 15 | By Mr. Crane ............................................57 |
| 16 | Reporter's Certificate ......................................61 |
| 17 | E-X-H-I-B-I-T-S |
| 18 | No.    Description                                        Identified |
| 19 | 1    Curriculum Vitae ........................................5 |
| | 2    Statement of Account, Southern Bone & Joint Center ....25 |
| 20 | 3    Xerographic copy of plate of vertebral column ........32 |
| | 4    VBMC Emergency Room Records ...........................43 |
| 21 | 5    Drawings to mark showing pain, etc. ..................61 |
| | 6    Radiologist report ....................................61 |
| 22 | 7    Statement of Account, Medical Imagers ................61 |
| | 8    Statement of Account, VBMC ...........................61 |
| 23 | 9    Health insurance claim form ..........................61 |
| | 10   Statement of Account, Southern Bone & Joint Center ....61 |
| 24 | |
| 25 | |

| | | |
|---|---|---|
| 18:58 | 1 | THE VIDEOGRAPHER:  Yes, sir. |
| 18:58 | 2 | A.   The -- let's do move this here. |
| 18:58 | 3 | Is this easier to see? |
| 18:58 | 4 | THE VIDEOGRAPHER:  Yes. |
| 18:58 | 5 | A.   So this is a skull.  Number one, number two, number |
| 18:58 | 6 | three, number four, five, six and seven, and this is the first |
| 18:58 | 7 | rib going to the thoracic. |
| 18:58 | 8 | So if this is one, then this is between three |
| 18:58 | 9 | and four, and this area here, which is soft tissue, this is |
| 18:58 | 10 | part of the anterior border of the disc which obviously goes |
| 18:58 | 11 | all the way to the back and these are the yellow nerves |
| 18:58 | 12 | depicted at the exit of each bone.  And they form -- |
| 18:58 | 13 | underneath the clavicle they form a bundle, which is the |
| 18:58 | 14 | plexus going into individual muscles down the arm. |
| 18:58 | 15 | So between three and four would be in this area |
| 18:59 | 16 | here. |
| 18:59 | 17 | Q.   Okay.  And in this report that was prepared by |
| 18:59 | 18 | Dr. Berger, he says that there's a two millimeter central to |
| 18:59 | 19 | right central broad-based disc protrusion with sub total |
| 18:59 | 20 | effacement of the CSF anterior to the cord. |
| 18:59 | 21 | What in the world does that mean? |
| 18:59 | 22 | A.   That means that the disc is intruding into the canal, |
| 18:59 | 23 | and the canal is behind the cervical bone there. |
| 18:59 | 24 | If we take into account the canal -- for example |
| 18:59 | 25 | this is a lumbar canal.  If we take out all the bones in the |

18:59  1   back, and we're talking about the lumbar, so just to depict
18:59  2   that the nerves are bigger here, the nerves are then touched
18:59  3   at each level by the abnormal disc when this disc is in a
19:00  4   abnormal position, which is a disc C3/C4 that is having a
19:00  5   protrusion.
19:00  6        Q.   Okay.  And then the report goes on and basically says
19:00  7   that there were disc protrusions of various sizes on C3 dash 4
19:00  8   through C6 dash 7.
19:00  9             What exactly is Dr. Berger saying there?
19:00 10        A.   He is meaning to say that all the discs were
19:00 11   abnormally big, having a bulge in excess of what he would
19:00 12   consider a normal disc description.
19:00 13        Q.   And, Doctor, I'm going to ask you some questions that
19:00 14   will require you to rely on your training as a doctor and your
19:00 15   education in the medical field.
19:00 16             When I ask you those type of questions will you
19:00 17   base your answers on reasonable medical probability?
19:01 18        A.   Yes, I would.
19:01 19        Q.   Can you tell me if disc protrusions, such as those
19:01 20   seen in Mr. Rodriguez' neck in the MRI, if protrusions such as
19:01 21   that can be the result of traumas such as the automobile
19:01 22   accident which Mr. Rodriguez was involved on January the
19:01 23   sixteenth of 2003?
19:01 24             MR. RODRIGUEZ:  Objection; form.
19:01 25        A.   Yes, they can.

| | | |
|---|---|---|
| 19:01 | 1 | Q. (By Mr. Crane:) And can you tell us whether or not |
| 19:01 | 2 | you have an opinion as to whether Mr. Rodriguez' injuries or |
| 19:01 | 3 | protrusions we're talking about were the cause of that |
| 19:01 | 4 | incident? |
| 19:01 | 5 | MR. RODRIGUEZ: Objection; form. |
| 19:01 | 6 | A. Within reasonable medical probability it's my opinion |
| 19:01 | 7 | that bulges that Mr. Rodriguez has on these MRIs were trauma |
| 19:01 | 8 | related to the 1/16/2003 injury. |
| 19:01 | 9 | Q. (By Mr. Crane:) Okay. And Dr. Berger goes on to say |
| 19:01 | 10 | that there is subtotal opacification of the left maxillary |
| 19:02 | 11 | antrum and moderate mucosal thickening of the base of the |
| 19:02 | 12 | right maxillary antrum. |
| 19:02 | 13 | What is he telling us there? |
| 19:02 | 14 | A. Essentially the MRI does not stop at the first |
| 19:02 | 15 | cervical bone; it goes on to depict the maxillary sinus and |
| 19:02 | 16 | this means that he has a chronic sinusitis there. |
| 19:02 | 17 | Q. Okay. Now, would that be related in any way to the |
| 19:02 | 18 | accident? |
| 19:02 | 19 | A. No. |
| 19:02 | 20 | Q. Okay. This is just another finding that was seen |
| 19:02 | 21 | when the study was done? |
| 19:02 | 22 | A. Yes. |
| 19:02 | 23 | Q. All right. In addition to the cervical MRI that you |
| 19:02 | 24 | have just discussed with us, did you do any additional |
| 19:02 | 25 | diagnostic testing? |

| | |
|---|---|
| 19:09  1 | this number four lumbar and number five lumbar, just to give |
| 19:10  2 | it a number, and obviously number one should be above and |
| 19:10  3 | number five is below, the disc that is between four and five |
| 19:10  4 | has such a protrusion that is touching or giving the foramina, |
| 19:10  5 | which is the tunnel between four and five, giving the tunnel a |
| 19:10  6 | different dimension.  That means that there is an obstruction |
| 19:10  7 | to the exit of this nerve root.  He calls it thirty percent |
| 19:10  8 | obstructed. |
| 19:10  9 | Q.    Okay. |
| 19:10 10 | A.    And edema is a fact of the MRI which is only seen on |
| 19:10 11 | MRI, which means swelling of the nerve root. |
| 19:10 12 | Q.    And when you have those conditions does that -- can |
| 19:10 13 | you tell me whether or not that results in pain? |
| 19:10 14 | A.    Usually it's origin of pain. |
| 19:10 15 | Q.    Okay.  And can something of this nature be corrected |
| 19:10 16 | surgically? |
| 19:10 17 | A.    It can be corrected with medications more than |
| 19:11 18 | surgically.  The evidence of herniation at that level is less |
| 19:11 19 | clear as to a true herniation.  That means L4/5, being |
| 19:11 20 | described as having a protrusion, will most likely not render |
| 19:11 21 | itself to surgical treatment unless we know for a fact that |
| 19:11 22 | that is a painful disc. |
| 19:11 23 | Q.    Is this condition in Mr. Rodriguez a permanent |
| 19:11 24 | condition? |
| 19:11 25 | A.    It can be and, in his case, it most likely will be. |

| | | |
|---|---|---|
| 20:03 | 1 | Mr. Rodriguez complains about? |
| 20:03 | 2 | A.  Yes. |
| 20:03 | 3 | Q.  And it would be the result of the accident? |
| 20:03 | 4 | A.  Yes. |
| 20:03 | 5 | MR. CRANE: I think those are all the questions |
| 20:03 | 6 | I have. Thank you, Doctor. |
| 20:03 | 7 | THE WITNESS: Thank you. |
| 20:03 | 8 | MR. RODRIGUEZ: I have nothing further except I |
| 20:03 | 9 | would like, just for the record, to go ahead and mark Exhibit |
| 20:03 | 10 | 5, the other set of records from Doctor Cano's office. |
| 20:03 | 11 | MR. CRANE: You don't mind I need to mark this, |
| 20:03 | 12 | too. |
| 20:05 | 13 | (Exhibits Nos. 5 through 10 marked.) |
| | 14 | (Signature waived.) |