UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROGELIO RODRIGUEZ §
AND ELIZABETH RODRIGUEZ §
§
V. §
§
§
JAMES ARTHUR LARSON §

-oOo-

### AFFIDAVIT OF ROGELIO RODRIGUEZ

STATE OF TEXAS

COUNTY OF CAMERON

BEFORE ME, the undersigned authority, personally appeared ROGELIO RODRIGUEZ, who, being by me duly sworn deposed as follows:

My name is Rogelio Rodriguez, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated, all fo which are true and correct based upon my personal knowledge:

The pain I felt when lifting a pipe at work was different from that which I experienced after the accident of January 16, 2003. After the accident I felt pain that has persisted continually since that time. After the incident at work I felt immediate pain but that pain subsided almost immediately leaving me with the same constant and persistent pain I have endured ever since the auto accident of January 16, 2003. Although I am not a trained health care provider and as such cannot fully or completely explain the physiological etiology of my injury after the auto accident as compared with that resulting from my work related injury, I do know the two pains are distinctly different.



PLAINTIFF'S EXHIBIT 2

As to future medical, I never said in my deposition that I would not need surgery. I only said that no doctors had currently scheduled me for surgery. My doctors did tell me future surgery was something to be considered.

Further Affiant sayeth not.

_____
Rogelio Rodriguez

STATE OF TEXAS

COUNTY OF CAMERON

SWORN TO AND SUBSCRIBED BEFORE ME, by the said Rogelio Rodriguez, on this the 25th day of April, 2006, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas