IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | CIVIL ACTION NO. B-04-137 |
| VS. | § § § | (JURY DEMANDED) |
| JAMES ARTHUR LARSON | § | |

## PLAINTIFF ROGELIO RODRIGUEZ'S FIRST SUPPLEMENTAL OBJECTIONS AND ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

TO:   Defendant **JAMES ARTHUR LARSON,** by and through his attorney of record:

**Patrick R. Kasperitis**
DUNN, WEATHERED, COFFEY,
RIVERA, KASPERITIS & RODRIGUEZ, P.C.
Attorneys At Law
611 South Upper Broadway
Corpus Christi, Texas 78401

   NOW COMES, **ROGELIO RODRIGUEZ,**   Plaintiff in the above entitled and numbered cause of action and files the following Plaintiff's First Supplemental Objections and Answers to Defendant JAMES ARTHUR LARSON'S  First Set of Interrogatories heretofore propounded to him  by the Defendant JAMES ARTHUR LARSON.



RESPECTFULLY SUBMITTED,

LAW FIRM OF RANDALL P. CRANE
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
Tel. (956) 399-2496
Fax. (956) 399-7398
BY:
RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff ROGELIO RODRIGUEZ'S First Supplemental Objections and Answers to Defendant's First Set of Interrogatories has been forwarded by the manner indicated below to opposing counsel of record on this the 24th day of March, 2006:

**Patrick R. Kasperitis**
DUNN, WEATHERED, COFFEY,
RIVERA, KASPERITIS & RODRIGUEZ, P.C.
Attorneys At Law
611 South Upper Broadway
Corpus Christi, Texas 78401

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**7004 0550 0001 3134 7208**

RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS

**PLAINTIFF ROGELIO RODRIGUEZ'S
FIRST SUPPLEMENTAL OBJECTIONS AND ANSWERS
TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

**INTERROGATORY NO. 1:**
Please state in detail your full name, social security number, date of birth, driver's license number and state of issuance, current address, and full educational background, including names and addresses of all schools attended and all degrees attained.

**ANSWER:**
| | |
|---|---|
| Full name: | Rogelio Rodriguez |
| S.S.#: | Object. Irrelevant and will not lead to the discovery of admissible evidence. Object. The request is an invasion of plaintiff's right to privacy. |
| D.O.B.: | 01/12/60 |
| D.L.#: | 02977514 |
| State of Issuance: | Texas |
| Address: | 123 Dolores St., Primera, Texas 78552 |
| Education: | High School Graduate<br>Santa Rosa High School<br>Santa Rosa, Texas |

**INTERROGATORY NO. 2:**
Please identify by name and last known address each person, if any, to whom you have ever been married, either ceremonially or by a common law marriage, including the beginning and ending dates of each marriage and the cause of the dissolution of the marriage (i.e. death, divorce, annulment).

**ANSWER:**
| | |
|---|---|
| Name of spouse: | Elizabeth Rodriguez |
| Date of marriage: | October 15, 1985 |
| Dissolution: | No. Still married |

**INTERROGATORY NO. 3:**
Please state where you had been just prior to the collision, where you were going at the time of the collision, and the purpose of the trip.

**ANSWER:**

| | |
|---|---|
| Location prior to collision: | Mid Valley Truss on Paso Real Road, Harlingen, Texas. |
| Destination: | Donnie Share at Port of Brownsville, Brownsville, Tx. |
| Purpose of trip: | Pick up merchandise. |

**INTERROGATORY NO. 4:**
Describe fully and in detail your version of how the accident made the basis of this lawsuit occurred, including, but not limited to the street, direction of travel, and the lane of traffic your vehicle was traveling in just prior to the collision; what first alerted you to the fact a collision was imminent, what evasive actions you took, what actions defendant took, etc.

**ANSWER:**
**Objection.**
**Plaintiff objects to this interrogatory for the following reasons:**
a)   A request for detail exceeds the scope of discovery allowed by the TRCP.
b)   There is more than one question in this interrogatory.

**Subject to and without waiving any objections, plaintiff answers as follows:**
Description of how the accident occurred: Please refer to the accident report which is attached hereto.
First Alerted:       When defendant moved over into my lane.
Evasive actions:    I took a hard left and applied by brakes.
Defendant's actions: I don't know.


**INTERROGATORY NO. 5:**
Please state the weather and road conditions at the time of the collision.

**ANSWER:**
The weather was clear and cool.
Road conditions were clear and dry.


**INTERROGATORY NO. 6:**
Did a police officer or other official investigate the collision? If so, please state the name of the investigating officer and the name of the governmental agency for which he was working.

**ANSWER:**
Yes
Investigating Officer: Trooper Lionel Trevino
                      DPS Harlingen, Tx.
Agency:               Department of Public Safety

**INTERROGATORY NO. 7:**
If you claim that your vehicle sustained any property damage as a result of the accident in question, please describe the damage in detail, state what amount was required to repair the damage, if it was repaired, or what amount would be required to repair the damage if it has not been repaired.

**ANSWER:**
**Objection.**
**Plaintiff objects to this interrogatory for the following reasons:**
a)  A request for detail exceeds the scope of discovery allowed by the TRCP.
b)  The request asks for information that is not available to plaintiff.

**Subject to and without waiving any objections, plaintiff answers as follows:**
Yes the vehicle was damaged, however, I do not own the vehicle in question.
The vehicle sustained damage to the right front area, which included the radiator, front axle, diesel tank, fender, bumper, hood and windshield.
I do not know the total amount of the damage sustained to the vehicle.
It is my understanding that the vehicle was repaired.


**INTERROGATORY NO. 8:**
Did you receive a traffic citation as a result of the collision? If so, state the name and location of the court in which you were to appear on the citation; violations of law charged in that citation; and date, place and manner (i.e. type of plea, bail, forfeit, trial, etc.) of disposition of the citation.

**ANSWER:**
I did not receive a citation.


**INTERROGATORY NO. 9:**
State whether you have had any traffic violations in the ten (10) years preceding this collision. If so, please state the nature of each offense, the date of each offense, and the disposition of each charge.

**ANSWER:**
**Objection.**
**Plaintiff objects to this interrogatory for the following reasons:**
a)  The request is an invasion of plaintiff's right to privacy.
b)  The request is irrelevant and will not lead to the discovery of admissible evidence.
b)  The request is overly broad, it is impossible for plaintiff to recall whether he has received any traffic violations for the past ten years.

**Subject to and without waiving any objections, plaintiff answers as follows:**
Date:   Approximately March 2000
Offense:    Going 5 miles over the speed limit.

**INTERROGATORY NO. 10:**
Please describe in full any other automobile accident(s) you have had in the past ten (10) years, including the location of the accident, how it occurred, any injuries that any person sustained, any traffic ticket you received because of the accident, and the style and cause number of each lawsuit, if any, which followed the accident.

**ANSWER:**
**Plaintiff objects to this interrogatory for the following reasons:**
a)  The request is an invasion of plaintiff's right to privacy.
b)  The request is irrelevant and will not lead to the discovery of admissible evidence.
b)  The request is overly broad, it is impossible for plaintiff to recall each and every accident or each and every injury, etc., over the past ten years.

**Subject to and without waiving any objections, plaintiff answers as follows:**
Location of accident:   Boca Chica Blvd., Brownsville, Tx.
Occurred:   I was making a left hand turn into Albertson. I had the green arrow light and another vehicle attempted to make a left hand turn from a private drive and struck my right fender.
Injuries:   No injuries
Traffic ticket:   Other driver was cited for improper turn.
Lawsuit:   None


**INTERROGATORY NO. 11:**
If you claim to have sustained any injury to your body or mind as a result of the occurrence made the basis of this lawsuit, please state fully and completely all parts of your body or mind that you claim were injured and any pain and suffering you have had as a result of each injury.

**ANSWER:**
Objection.
Plaintiff objects to this interrogatory for the following reasons:
a)  Defendant's request to state fully and completely exceeds the scope of discovery allowed by the TRCP.
b)  Plaintiff is not a doctor and cannot state fully and completely all parts of his body or mind that were injured.

**Subject to and without waiving any objections, plaintiff answers as follows:**
I have sustained injuries to the following parts of my body, all of which I have pain to: neck, mid back, lower back, right shoulder, right leg, head (headaches) and body in general. Additionally, please refer to my medical records which have been previously provided.

**INTERROGATORY NO. 12:**
Please identify by name and address, all physicians, surgeons, chiropractors, osteopaths, psychiatrists, physiologists, or other practicing members of the healing arts or hospitals, pharmacies or other institutions who have rendered medical treatment or furnished medicines, drugs, or supplies to you for any injuries or pain resulting from the occurrence made the basis of this lawsuit.

**ANSWER:**
Valley Baptist Medical Center
Dr. William Taw
Dr. Robert Wright
James Easthnam, CEO
Ward Cook, Human Resources
Denise Jackson, Human Resources
Marcie Sanchez, medical billing
2121 Pease St.
Harlingen, Texas 78550
(956) 389-1100

Harlingen Bone & Joint Clinic, P.A.
Dr. Herman J. Keillor
1801 N. Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 423-5033

Rio Grande Valley Imaging & Diagnostic Center
501 B N. Ed Carey Drive
Harlingen, Texas 78550
(956) 440-8900

Dr. Eric Bennos
P.O. Box 293115
Lewisville, Texas 75029-3115

Southern Bone & Joint Center Associates
Dr. Jorge E. Tijmes
P.O. Box 6209
McAllen, Texas 78502
(956) 687-2032

McAllen MRI Center
Dr. Marc Berger
320 N. McColl Suite "E"
McAllen, Texas 78501
(956) 687-9636

Focus Medicine Center
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Orthopedic Industrial Sports Medicine
& Rehabilitation
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Dr. Abraham Cano
2401 Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 425-9181

EMCARE Har Emerg Physicians, PA
P.O. Box 13826
Philadelphia, PA. 19101-3826
(800) 355-2470

**INTERROGATORY NO. 13:**
Have you ever been a patient in any hospital or other health care facility or been treated by or consulted any physicians, surgeons, chiropractors, osteopaths, psychiatrist, physiologists, or other practitioners of the healing arts not given in your answer to the preceding interrogatory? If so, please identify each by name and address and generally describe the treatment rendered.

**ANSWER:**
**Objection.**
**Plaintiff objects to this interrogatory for the following reasons:**
a) The request is irrelevant and will not lead to the discovery of admissible evidence.
b) The request is an invasion of plaintiff's right to privacy.
c) The request is overly broad in that it is not limited in time, nor is it limited to injuries or collisions as occurred in this collision.

**INTERROGATORY NO. 14:**
If you have been involved in any way in any accidents, either prior to or subsequent to the one made the basis of this suit, including automobile accidents, on-the-job accidents, industrial accidents, home accidents, or any other type of accidents, please state when such accident took place and the general nature of such accident.

**ANSWER:**
**Objection.**
**Plaintiff objects to this interrogatory for the following reasons:**
a)   The request is irrelevant and will not lead to the discovery of admissible evidence.
b)   The request is an invasion of plaintiff's right to privacy.
c)   The request is overly broad in that it is not limited in time.
d)   It is impossible for plaintiff to determine what exactly is meant by an "accident" and without more specificity in that regard it is impossible for plaintiff to answer.

**INTERROGATORY NO. 15:**
State the name of the employer, rate of pay per hour, week, or month, period of employment, reason for leaving such employment, and a brief description of your job for each person for whom you have worked during the period of time commencing five (5) years before your answering these questions. If you were self-employed during this period, give the same information for the self-employment.

**ANSWER:**
Employer:              R & L Carriers
Rate of pay:           $19.29 per hour/ week: $650-$750.00
Job Description:       commercial driver (pick up and deliver merchandise)
Dates of employment: April 2, 2001 thru present
Reason for leaving:    still employed

Employer:              Coy Transportation
Rate of pay:           $11.00 per hour
Job Description:       commercial driver (pick up and deliver merchandise)
Date of employment:  Approximately June 16, 1994 thru March 30, 2001
Reason for leaving:    Business closed

**INTERROGATORY NO. 16:**
Please state completely and fully all representations, statements, declarations, or admissions made by this party or any agents, servants, or employees of this party which you might attempt to make known to the judge or jury in the trial of this lawsuit.

**ANSWER:**
None

**INTERROGATORY NO. 17:**
Please state the total sum, in dollars and cents, for which you are suing with regard to future medical expenses.

**ANSWER:**
**Objection.**
**Plaintiff objects to this interrogatory for the following reasons:**
a)  This answer has already been provided in Plaintiff's Original Petition.
b)  The amounts are to be determined by a jury, not by Plaintiff.

**Subject to and without waiving any objections, plaintiff answers as follows:**
Future medical expenses are estimated at approximately $50,000.00.

**INTERROGATORY NO. 18:**
Please identify all photographs, motion pictures, videotape recordings, maps, drawings, charts, diagrams, measurements, surveys, or other documents concerning the events and happenings made the basis of this lawsuit, the scene of the accident, or the area, persons, or objects involved, either made before, at the time of, or after the time of the events in question, including any photographs made by you at any time since the incident made the basis of this lawsuit, that you, your attorney, your insurance carrier, or anyone acting on your or their behalf, have in their possession or know the whereabouts of same.

**ANSWER:**
**OBJECTION.**
**Plaintiff objects to this interrogatory for the following reason:**
a)  Plaintiff cannot identify all photographs because they are not in the possession, custody or control of plaintiff.

**Subject to and without waiving any objections, plaintiff answers as follows:**
Plaintiff has one photograph which appeared in the San Benito News, a copy of which is attached hereto.

**INTERROGATORY NO. 19:**
State whether or not any inspection, examination, test, or analysis of any portion of the vehicles involved in the accident made the basis of this lawsuit, or the scene of the accident in question, or any portions thereof has been made at any time by any person. If so, please state the date of such examination, inspection, test, or analysis, and the identity of the persons participating in such inspection, examination, test, or analysis.

**ANSWER:**
None to my knowledge.

**INTERROGATORY NO. 20:**
Was an investigation conducted concerning the accident in question? If so, please state the name, address, and occupation of the person who conducted each investigation; the date on which each investigation was conducted; and the name and address of the person now having custody of each written report made concerning each investigation.

**ANSWER:**
**Objection.**
**Plaintiff objects to this interrogatory for the following reason:**
a)  The request is repetitive in that this question has already been asked.

**Subject to and without waiving any objections, plaintiff answers as follows:**
Please see plaintiff's response to interrogatory number 6 hereinabove.


**INTERROGATORY NO. 21:**
Please state whether workers' compensation benefits were recovered or received by you as a result of the incident made the basis of this suit and, if so, state what company carried the workers' compensation insurance, and state in detail the benefits you are receiving, or have received in the past, including the Workers' Compensation Commission claim file number and the disposition of the workers' compensation benefits.

**ANSWER:**
**Objection.**
**Plaintiff objects to this interrogatory for the following reason:**
a)  A request for detail exceeds the scope of discovery allowed by the Texas Rules of Civil Procedure.

**Subject to and without waiving any objections, plaintiff answers as follows:**
Workers Comp Carrier:   Crawford & Company
                        2448 E. 81st. Street, Suite 800
                        Tulsa, OK  74137
Claim #:                643–000088700
Claim Amount:           $4,756.30


**INTERROGATORY NO. 22:**
If you have been arrested at any time during the last ten (10) years for anything other than minor traffic offenses, state the details of each arrest including the date, charge, and disposition.

**ANSWER:**
No

**INTERROGATORY NO. 23:**
Please state the speed your vehicle was traveling prior to the incident made the basis of this suit.

**ANSWER:**
Approximately 50 mph.

**INTERROGATORY NO. 24:**
Please describe the evasive action taken by you prior to the incident made the basis of this suit.

**ANSWER:**
**Objection.**
**Plaintiff objects to this interrogatory for the following reasons:**
a)     The request is repetitive in that the same question was asked in interrogatory number 4 hereinabove.

**Subject to and without waiving any objections, plaintiff answers as follows:**
Please refer to the answer provided in interrogatory number 4 hereinabove.

**INTERROGATORY NO. 25:**
Please identify by name, address and telephone number any person who is expected to be called to testify at trial.

**ANSWER:**
Valley Baptist Medical Center
Dr. William Taw
Dr. Robert Wright
James Easthnam, CEO
Ward Cook, Human Resources
Denise Jackson, Human Resources
Marcie Sanchez, medical billing
2121 Pease St.
Harlingen, Texas 78550
(956) 389-1100

Harlingen Bone & Joint Clinic, P.A.
Dr. Herman J. Keillor
1801 N. Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 423-5033

Rio Grande Valley Imaging & Diagnostic Center
501 B N. Ed Carey Drive
Harlingen, Texas 78550
(956) 440-8900

Dr. Eric Bennos
P.O. Box 293115
Lewisville, Texas 75029-3115

Southern Bone & Joint Center Associates
Dr. Jorge E. Tijmes
P.O. Box 6209
McAllen, Texas 78502
(956) 687-2032

McAllen MRI Center
Dr. Marc Berger
320 N. McColl Suite "E"
McAllen, Texas 78501
(956) 687-9636

Focus Medicine Center
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Orthopedic Industrial Sports Medicine
& Rehabilitation
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Dr. Abraham Cano
2401 Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 425-9181

EMCARE Har Emerg Physicians, PA
P.O. Box 13826
Philadelphia, PA. 19101-3826
(800) 355-2470

Rogelio Rodriguez
123 Dolores Street
Primera, Texas 78552
(956) 412-8163

Elizabeth Rodriguez
123 Dolores Street
Primera, Texas 78552
(956) 412-8163

Janie Ortega
Rt. 1, Box 195A
Primera, Texas 78552
(956) 444-0310

Ignacio Ortega
Rt. 1, Box 195A
Primera, Texas 78552
(956) 444-0310

Paul Gray
Weslaco, Texas 78596
(956) 630-7919

Juan L. Garcia
125 Dolores Street
Primera, Texas
(956) 425-7400
(956) 533-7962

Rosa Ana Montemayor
P.O. Box 261
Santa Rosa, Texas
(956) 636-9409
(956) 662-4746

Modesta Cruz
4413 Botts Street
Harlingen, Texas 78550
(956) 412-3835

Trooper Lionel Trevino, #9176
Texas Department of Public Safety
1630 N. 77 Sunshine Strip
Harlingen, Texas 78550
(956) 423-1160

Carmen Alcala
526 Resaca Shores Blvd.
San Benito, Tx. 78586
(956) 399-6530

Matias E. Garza
135 Dolores Street
Primera, Texas 78550
(956) 428-4778

Guadalupe Castaneda
Shelly Street
Combes, Texas 78535
(956) 428-1020

Isabel Garza
1401 Sunset Drive, Apt. #12
Harlingen, Texas 78550
(956) 428-3840

James Arthur Larson
10075 U 65 Lane
Rapid River, Michigan 49878

Randall P. Crane
Toni Crane
201 S. Sam Houston
San Benito, Texas 78586
(956) 399-2496

Guadalupe Castaneda
Shelly Street
Combes, Texas 78550
(956) 428-1020

Isabel Garza
1401 Sunset Drive, Apt. #12
Harlingen, Texas 78550
(956) 428-3840

# AFFIDAVIT

STATE OF TEXAS
COUNTY OF CAMERON

     BEFORE ME, the undersigned Notary Public In and For The State of Texas, on this day personally appeared **ROGELIO RODRIGUEZ**, known to me to be the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath stated as follows:

     1. My name is **ROGELIO RODRIGUEZ**. I am over the age of 18 years, and have personal knowledge of, and am competent and authorized to testify to the facts set forth herein.

     2. I have read the above and foregoing Plaintiff's First Supplemental Objections and Answers to Defendant's First Set of Interrogatories and the said answers are true and correct.

BY: _____
      **ROGELIO RODRIGUEZ**

     SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority by the said **ROGELIO RODRIGUEZ**, on this the __24th__ day of __March__, 20 _06_, to certify which witness my hand and seal of office.

_____
Notary Public In And For
The State of Texas
My Commission Expires: _8/16/2009_
NOTARY'S NAME: _Toni Crane_

1