```
 1        UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF TEXAS
 2                BROWNSVILLE DIVISION
 3   ROGELIO RODRIGUEZ              *
     AND ELIZABETH RODRIGUEZ        *
 4                                  *
     VS.                            *   CIVIL ACTION NO. B-04-137
 5                                  *
     JAMES ARTHUR LARSON             *
 6
 7
 8
         *********************************************
 9
              ORAL AND VIDEOTAPED DEPOSITION OF
10
                     ROGELIO RODRIGUEZ
11
                     AUGUST 25, 2005
12
         *********************************************
13
14
15
16        ORAL AND VIDEOTAPED DEPOSITION of ROGELIO RODRIGUEZ,
17   produced as a witness at the instance of the Defendant,
18   and duly sworn, was taken in the above-styled and
19   numbered cause on the 25th day of August, 2005, from
20   2:43 p.m. to 3:53 p.m., before Carolyn Newman, CSR in and
21   for the State of Texas, reported by oral stenography, at
22   the offices of Randall P. Crane, 201 South Sam Houston,
23   San Benito, Texas, pursuant to the Texas Rules of Civil
24   Procedure and the provisions stated on the record or
25   attached hereto.
```

Rogelio Rodriguez
8/25/2005

Page 34

1  Q. Is the light duty -- when you went back to work,
2  what as your light duty?
3  A. They don't really have any light duty. It's
4  just -- you know, they said I was suppose to answer
5  phones, but they had me sweeping and walking around.
6  Q. How long did you stay on light duty before you
7  went back to driving?
8  A. About maybe four weeks.
9  Q. And during that time you were on the light duty,
10 what kind of -- were you going to therapy with Dr. Cano?
11 A. Yes, I was.
12 Q. Anyone else or just Dr. Cano?
13 A. Just Dr. Cano.
14 Q. Was he just doing the same therapy for your
15 ribs, or was he doing any other therapy as well?
16 A. Yeah, just the same the ribs.
17 Q. Have the ribs healed up?
18 A. Yes.
19 Q. Okay. So your head got better. The ribs got
20 better, but your back still hurts?
21 A. Yes, yes, sir.
22 Q. And where does your back hurt?
23 A. My middle back and my -- down my lower back.
24 Q. And what does the back pain feel like? How
25 would you describe it?

Page 35

1  A. It's -- I don't know. It's pain and soreness.
2  Q. Okay. Is it constant?
3  A. Yes.
4  Q. Is it worse late in the day or early in the day?
5  A. It gets worse in the -- later -- later in the
6  day.
7  Q. Is it worse after you've had a lot of activity
8  or when you've been at rest for awhile?
9  A. You have activity.
10 Q. Besides Dr. Cano have you seen other doctors for
11 your back?
12 A. Yes, sir.
13 Q. Which other doctors?
14 A. I've Dr. Gill, Dr. Tijmes, and Dr. Keillor.
15 Q. Who was the last one?
16 A. Dr. Keillor.
17 Q. What -- what does Dr. Gill tell you about the
18 problem that you're having with your back? Why is it
19 still hurting?
20 A. He said --
21     MR. CRANE: Object to the form.
22     THE WITNESS: -- it's just going to -- I
23 don't know. I don't know how -- how to say it medically,
24 but he says it's just going --
25 Q. (BY MR. KASPERITIS) Well, I --

Page 36

1  A. -- to be --
2  Q. -- I just want to know what your understanding
3  is.
4  A. Just he says that it's going to be -- the pain
5  is going to be there for the rest of my life.
6  Q. Do -- did he explain to you why he thought that?
7  A. Yeah, something about a curve -- curve -- curve
8  on my spine and -- and some deteriorated something. I
9  don't know.
10 Q. Is there a -- has he recommended anything that
11 you could do that would lessen the pain?
12 A. He recommended -- he did some -- some shots on
13 my -- on my shoulder and on my middle back. It didn't
14 help at all, just -- then he's said that some pain
15 management, but he said that the majority of that
16 won't -- it doesn't help. It just...
17 Q. So he didn't recommend pain management for you?
18 A. No.
19 Q. And how about Dr. Tijmes? We've taken his
20 deposition in the case. Do you recall what he told you
21 about the reasons why you continue to have pain?
22     MR. CRANE: Object to the form.
23     THE WITNESS: I don't remember what -- what
24 he said, but I talked to -- there was another lady doctor
25 there that she said that -- that, you know, the same -

Page 37

1  almost about the same thing as Dr. Gill that pain
2  management -- those needles they stick in your spine, and
3  I've heard that they're very painful and it don't do you
4  no good. They just...
5  Q. (BY MR. KASPERITIS) Have any of the doctors
6  prescribed any exercises for you that would help you to
7  lessen the pain in your back?
8  A. No.
9  Q. Have any of them recommended physical therapy to
10 help you to reduce the pain in you back?
11 A. I've taken physical therapy.
12 Q. For your back?
13 A. Yeah. Well, therapy with Dr. Gill, but it
14 doesn't hurt -- doesn't help.
15 Q. It provides no relief at all?
16 A. No, sir.
17 Q. Have any of the doctors that you've seen
18 recommended to you that you have a surgery to relieve the
19 pain in your back?
20 A. I've talked -- they've said that it's not to the
21 extent that I need surgery, but that in the future it --
22 it might.
23 Q. Has the -- what's your understanding -- let me
24 start over again. What is your understanding of what
25 would need to be happen before the doctors recommended

10 (Pages 34 to 37)