

**Rio Grande Valley Imaging & Diagnostic Center**

PATIENT NAME:           ROGELIO RODRIGUEZ
PATIENT #:              7180
DATE OF BIRTH:          01/12/60
DATE OF EXAM:           10/08/03
REFERRING PHYSICIAN:    DR. GILL

EXAMINATION:    MRI OF THE LUMBAR SPINE

HISTORY: A 43 year old patient with pain in the lumbar region. The patient is also experiencing bilateral leg pain and was hit on the head during motor vehicle accident five months ago.

MRI IMAGING PARAMETERS: T1/T2 sagittal and axial T1 images of the lumbosacral spine were obtained without contrast on a Toshiba Opart Open MRI scanner.

TOTAL NUMBER OF SLICES: 56+ slices

FINDINGS: Examination of the lumbar spine reveals a hypolordotic lumbar curve. There is thinning of the disc at L3-L4 and desiccation of the discs at L4 thru S1. The vertebral bone marrow and prevertebral soft tissues are otherwise normal. The conus terminates at L1. Five lumbar vertebral segments are presumed for the purpose of this discussion. No subluxation is seen.

L1-L2: There is no evidence of a herniated disc, central spinal stenosis, neural exit foraminal stenosis or mass influence upon the central canal identified. Facet joint space narrowing is noted bilaterally.

L2-L3: There is no evidence of a herniated disc, central spinal stenosis, neural exit foraminal stenosis or mass influence upon the central canal identified. Facet joint space narrowing is noted bilaterally.

L3-L4: There is a 1 mm broad-based disc protrusion present minimally narrowing the ventral epidural fat and minimally narrowing the inner zonal fat of the neural exit foramina about 5% on both sides. Facet joint space narrowing is noted bilaterally.

L4-L5: There is a 1-2 mm broad-based disc protrusion present effacing the ventral epidural fat, minimally contacting and flattening the ventral dura and narrowing the inner zones of the neural exit foramina about 30% on both sides. This is indicative of disc edema. Facet arthrosis is noted bilaterally.

501 B N. Ed Carey Dr.
Harlingen, Texas 78550
(956) 440-8900 • 1-800-460-4721 • Fax (956) 440-8922



PAGE –2–

PATIENT NAME:     ROGELIO RODRIGUEZ
DATE OF EXAM:     10/08/03

L5-S1: There is a 1 mm broad-based disc protrusion present minimally narrowing the ventral epidural fat but not impinging upon neural structures. There is narrowing of the inner zonal fat of the neural exit foramina about 15% is noted bilaterally. The descending S1 nerve roots are symmetrical. The SI joints are patent.

*NOTE – Oftentimes, irritation of the dorsal ramus (medial branch) becomes irritated as it supplies innervation to the facet joint. This may mimic sciatica. Thus, facet blocks may be useful in differentiating the origin of the patient's symptomatology and/or pain.

IMPRESSION:

1. There is a hypolordotic lumbar curvature indicative of myofascial spasm. (Clinical correlation is suggested).

2. There is thinning of the disc at L3-L4 and desiccation of the discs at L4 thru S1 indicative of degenerative change.

3. There is facet arthropathy of the mid to lower lumbar spinal range indicative of degenerative change.

4. There is a 1 mm broad-based disc protrusion present at L3-L4 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.

5. There is a 1-2 mm broad-based disc protrusion present at L4-L5 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.

6. There is a 1 mm broad based disc protrusion at L5-S1 not impinging upon neural structures.

7. There is no acute fracture or unstable injury.

Thank you for this referral.

Eric S. Bennos, M.D.
Board Certified Radiologist

ESB/pv

D&T 10/9/03