United States District Court
Southern District of Texas
FILED

APR 2 5 2006

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| V. | § § § | B04CV137 |
| JAMES ARTHUR LARSON | § | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED SUPPLEMENTAL DESIGNATION OF EXPERT

NOW COMES, Rogelio Rodriguez and Elizabeth Rodriguez, Plaintiffs, and file this their Response to Defendant's Motion for Leave to File Amended Supplemental Designation of expert and would show the following:

1) Defendant complains about Plaintiff's answers to discovery as a basis for its request to designate additional experts. Specifically Defendant complains in paragraph five (5) of his motion that:

> "Plaintiff's disclosure of future medical expenses which he will attempt to assert to the jury was made three weeks after the discovery deadline. The discovery is incomplete and does not give Defendant fair notice of the nature and extent of the treatment which plaintiff alleges will be necessary.

It should first be pointed out that interrogatory 17 asks: "Please state the total sum, in dollars and cents, for which you are suing with regard to future medical expense." Plaintiff answered as follows: "Future medical expenses are estimated at approximately $50,000.00. That answer fully and completely answers the interrogatory asked. Plaintiff is not obligated to try and figure out what

further or additional information Defendant might desire but only to answer that which is asked.

2) Defendant goes on in paragraph five (5) of his Motion to make the disingenuous argument that Plaintiff did not disclose future medical expenses until three weeks after the discovery deadline and that the disclosure was incomplete and failed to give Defendant fair notice. That is simply not true.

a) On May 7, 2004, Plaintiff sent to Defendant's insurer a Stowers demand letter a copy of which is attached hereto as Exhibit A, that outlined in great detail anticipated future medical expenses. This very letter was attached to Defendant's "Notice of Removal" filed with Michael Milby, Clerk of the United States District Court on August 13, 2004, a copy of which letter of transmittal and Notice of Removal are attached hereto as Exhibit "B".

b) On October 22, 2004, Plaintiffs filed with Defendant their Rule 26(a) Disclosures which included the 26(a)(2) Disclosures. Attached thereto as Exhibit 8 were the medical reports from Dr. D.S. Gill dated September 15, 2004 and December 22, 2003. Both reports outline fees for future surgeries to both the lumbar and cervical spine. See attached Exhibit "C".

c) On November 14, 2005, Plaintiffs filed with Defendant their First Amended Designation of Experts. Attached thereto as Exhibit 1(h) were the medical reports from Dr. D.S. Gill dated July 7, 2005 and October 27, 2005. Both reports outline fees for future surgeries to both the lumbar and cervical spine. See attached Exhibit "D".

Rule 26(e)(2) Federal Rules of Civil Procedure requires an amendment to discovery answers only when the information has not otherwise been made known in writing.

3) Defendants Motion to bring Dr. Backlas at this late date is preposterous. This Court has previously quashed a deposition of this expert since he was not timely designated and a report was not timely filed. If the Court were to allow late designation of this expert at the very least if would require a continuance of the case currently set for jury selection on May 4, 2006, so that his deposition could be taken and challenges, if any, to his testimony could be made.

WHEREFORE PREMISES CONSIDERED, Plaintiffs pray that Defendant's Motion For Leave to File Amended Supplemental Designation of Expert be in all things denied and for such other and further relief as to which Plaintiffs may show themselves justly entitled.

RESPECTFULLY SUBMITTED,

LAW FIRM OF RANDALL P. CRANE
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-2407
(956) 399-7398 Fax

BY: _____
RANDALL P. CRANE
STATE BAR #05006900

ATTORNEY FOR PLAINTIFFS
ROGELIO RODRIGUEZ &
ELIZABETH RODRIGUEZ

## CERTIFICATE OF SERVICE

      This is to certify that on this the __25th__ day of April, 2006, Plaintiff's Response to Defendant's Motion for Leave to File Amended Supplemental Designation of Expert was served on defendant's attorney of record as indicated below pursuant to Federal Rules of Civil Procedure.

Patrick R. Kasperitis
DUNN, WEATHERED, COFFEY, RIVERA,
KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594

Certified Mail, Return Receipt Requested #7004 0550 0001 3134 5419

RANDALL P. CRANE
STATE BAR #05006900