# RANDALL P. CRANE
Attorney At Law
201 S. Sam Houston
San Benito, Texas 78586

Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

Phone (956) 399-2496
Fax    (956) 399-7398

May 7, 2004

GAB Robins North America, Inc.
632 Ed Carey Drive, Suite 700
Harlingen, Texas 78550-7965

Re:
GAB File: 34718-44928
Policy #:   34718-44928
Your Insured: James Arthur Larson
Our Client: Rogelio Rodriguez
Date of Injury: 01/16/03

## STOWERS NOTICE- DEMAND FOR SETTLEMENT

Dear Mr. Rocha:

As you know, I represent Rogelio Rodriguez in regard to personal injuries sustained as the result of an automobile collision which occurred on January 16, 2003. Rogelio Rodriguez was traveling approximately 55 miles per hour when he was suddenly and unexpectedly struck by a vehicle driven by your insured, James Arthur Larson.

As a result of this collision, Rogelio Rodriguez was taken to the hospital (Valley Baptist Medical Center) where he was treated for injuries to his chest, fracture to the right rib, neck, and his body in general. Enclosed as Exhibit "1", is a copy of the hospital record from Valley Baptist Medical Center pertaining to Rogelio Rodriguez.

Thereafter, Rogelio Rodriguez saw Dr. Abraham Cano because he continued to have pain to his right shoulder, ribs, head contusion and body in general. Mr. Rodriguez was given medication and was prescribed physical therapy. His therapy continued for fourteen (14) visits. Dr. Cano's records are attached hereto as Exhibit "2".

Mr. Rodriguez did not, however, recover from all his injuries and thereafter sought treatment with Dr. D.S. Gill for his neck, upper back, lower back, chest, right shoulder and body in general. Due to Mr. Rodriguez's continued back problems, Dr. Gill ordered an MRI of the lumbar spine which was done at Rio Grande Valley Imaging on October 8, 2003. The MRI report is attached hereto as Exhibit "3". Dr. Gill's medical records are attached hereto as Exhibit "4". Dr. Gill states in his final report that the injuries sustained by Mr. Rodriguez are the proximate result of the motor vehicle

Page 1 of 4

accident of January 16, 2003 and that he continues to complain of pain to his neck, back, as well as myofascitis with myofascial trigger point tenderness in his trapezius, rhomboids and lumbar paravertebral muscles of the lumbar spine bilaterally. His pain is aggravated by prolonged standing, walking, bending and lifting activities. Dr. Gill further states that Mr. Rodriguez would benefit from medical care, intramyofascial injection therapy, myofascial release, phonophoresis and may benefit from lumbar and cervical epidural steroid injections. If conservative treatments fail, Mr. Rodriguez may become a surgical candidate.

Because of the serious nature of Mr. Rodriguez's injuries he sought the opinion of an orthopedic surgeon, Dr. Jorge Tijmes. Dr. Tijmes request an MRI of the cervical spine which was done on November 13, 2003, a copy of which is attached hereto as Exhibit "5". Dr. Tijmes saw Mr. Rodriguez on two separate occasions for neck pain, low back pain and right shoulder pain. Dr. Tijmes states in his report that Mr. Rodriguez's injuries are secondary to the motor vehicle accident. He also states that the MRI of the cervical spine revealed varying disc protrusions and effacement and the plan would be to continue with medication and that Mr. Rodriguez would benefit from treatment at a pain clinic. Dr. Tijmes records are attached hereto as Exhibit "6".

Mr. Rodriguez decided to seek treatment locally so he wouldn't have to travel to McAllen and therefore saw Dr. Herman Keillor (orthopedic surgeon). Dr. Keillor recommended that Mr. Rodriguez be seen by a neurologist and feels there is a problem with the L4-5 level which has a two-millimeter broad based disk protrusion that effaces the fat along with a straightening of the lumbar spine. There is also disk bulging at C3-4 through C6-7 with disk protrusion and effacement of the central CSF. Specifically there is a two-millimeter disk broad based protrusion at the C3-4 with no nerve root compression, there is also a one-millimeter protrusion at the C4-5 and at the C5-6 there is a 1.5 millimeter protrusion with severe effacement of the cord. Mr. Rodriguez also complained of numbness and tingling of his arm. Dr. Keillor's records are attached hereto as Exhibit "7".

**Medical Specials:**
Below is an outline of the medical specials incurred to date by Rogelio Rodriguez, which are attached as Exhibit "8":

| | |
|---|---|
| Valley Baptist Medical Center | $3,124.60 |
| Dr. Abraham Cano | $2,279.00 |
| Dr. D.S. Gill (Foccus Medicine Center) | $2,765.00 |
| OIS Rehabilitation Center | $4,362.00 |
| McAllen MRI | $1,850.00 |
| Rio Grande Valley Imaging | $1,400.00 |
| Dr. Eric Bennos | $ 300.00 |
| Dr. Jorge Tijmes | $1,550.00 |
| Dr. Herman Keillor | $ 797.37 |
| **TOTAL MEDICAL** | **$18,427.97** |

**Future Medical:**
Based on the reports from Dr. Gill, which is attached hereto as Exhibit "4", Mr. Rodriguez will require future medical as follows:

| | |
|---|---|
| Myofascial release and phonophoresis 3 times a week for 4-6 weeks for 2-3 years | $4,000.00-$6,000.00 or $6,000.00-$9,000.00 |
| Medical care and intramyofascial injection therapy | $1,500.00-$1,800.00 per year 2-3 yrs = $3,000.00-3,600.00 |
| Cervical Epidural steroid injections | $3,900.00 |
| Lumbar epidural steroid injections | $3,900.00 |
| Lumbar laminectomy & fusion | $31,240.00 |
| Cervical Diskectomy & Interbody Fusion | $35,600.00 |
| **Total Estimated Future Medical** | $87,240.00 |

It seems highly probable that when Mr. Rodriguez sees a neurologist, that doctor will recommend surgical intervention which will increase future medical.

Liability in this case is not seriously in question and it seems highly probable that a jury in Cameron County, Texas, will return a verdict in favor of the ROGELIO RODRIGUEZ in excess of your insured's policy limits.

Therefore, pursuant to the Stowers Doctrine, we hereby offer to settle this case on behalf of our client, ROGELIO RODRIGUEZ for your insured's policy limits.

Please provide the dec sheet to confirm the amount of the policy limits. This offer will be held open until May 31, 2004.

In return for payment of policy limits, ROGELIO RODRIGUEZ will execute a full and final release against your insured, JAMES ARTHUR LARSON, and his insuror, releasing them from any future liability and taking full responsibility for payment of any and all outstanding medical liens

This is a classic case for application of the Stowers Doctrine in the event your client fails or refuses to accept this opportunity to settle this case within the policy limits. The five requisites of the Stowers case will clearly be present in the event of such refusal:

1)     A clear case of liability on the part of the insured;
2)     Complete control of the case by the carrier;
3)     A demand within the policy limits;
4)     A negligent refusal by the insurance carrier to settle within the policy limits; and
5)     A verdict in excess of the policy limits.

Please consider this letter a formal request for you to **tender your policy limits under the Stowers Doctrine as that case is applied by Texas jurisprudence.**

Settlement negotiations would greatly be enhanced if you would furnish this office with the declaration page outlining the coverage available to your insured. Although this claim is not yet in litigation, **Pursuant to TRCP 192.1(b), I ask that you furnish this office with a copy of the declaration page.** Keep in mind that a party should not be forced to unnecessarily file litigation to discover matters which are discoverable in the first place. Failure to comply with this request is acting in bad faith.

Sincerely,

RANDALL P. CRANE

RPC:
Enclosures
(CERTIFIED MAIL, RETURN RECEIPT REQUESTED #7002 0860 0001 1952 8939)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GAB Robins North America, Inc.
632 Ed Carey Drive, Suite 700
Harlingen, Tx. 78550-7965

2. Article Number
(Transfer from service label)

7002 0860 0001 1952 8939

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7002 0860 0001 1952 8939

RE: Rogelio Rodriguez

| | |
|---|---|
| Postage | $ 3.95 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.00 |

Postmark Here

Sent To
GAB Robins North America, Inc.
Street, Apt. No.; or PO Box No. 632 Ed Carey Drive, #700
City, State, ZIP+4 Harlingen, Tx. 78550-7965

PS Form 3800, April 2002    See Reverse for Instructions