
# ORTHOPEDIC INDUSTRIAL SPORTS MEDICINE & REHABILITATION

**D.S. Gill, M.D., F.R.C.S.C., F.A.C.S.**
*Fellow of the Canadian & American College of Surgeons*

September 15, 2004

**RANDALL CRANE**
**ATTORNEY AT LAW**
**201 S. SAM HOUSTON**
**SAN BENITO, TEXAS 78586**

PATIENT'S NAME: ROGELIO RODRIGUEZ
ACCIDENT DATE: JANUARY 16, 2003
DATE OF BIRTH: JANUARY 12, 1960

With permission of the patient I submit these medical records. As per your request, the reasonable and estimated customary fees for medical treatment and procedures pertinent to this patient are listed below.

**Myofascial Release and Phonophoresis** 3 times a week for 4-6 weeks is $2,000-$3,000 per year for up to 2-3 years.
**Medical Care and Intramyofascial Injection Therapy** is approximately $1,500-$1,800 per year.
**Cervical Epidural Steroid Injections (series of 3)** is $3,900.00.
**Lumbar Epidural Steroid Injections (series of 3)** is $3,900.00.
**Cervical Diskectomy and Interbody Fusion**
    A. Surgeon: $20,000.00
    B. Surgeon's Assistant's Fee: $2,400.00
    C. O.R. Suite: $3,000.00
    D. Hospital Stay (4 days): $2,000.00 daily
    E. Anesthesiologist: $2,000.00
    F. Cervical Lido Brace: $2,200.00
    G. Post Surgical P/T: $10,000.00
**Lumbar Laminectomy and Fusion**
    A. Surgeon: $20,000.00
    B. Surgeon's Assistant's Fee: $2,000.00
    C. O.R. Suite: $3,000.00
    D. Hospital Stay (4 days): $1,000.00 daily
    E. Anesthesiologist: $2,000.00
    F. Post-Operative Brace: $1,800.00
    G. Post Surgical P/T: $10,000.00

*For further information please feel free to contact me at my office.*

*D.S. Gill, M.D., F.R.C.S.C., F.A.C.S.*
*Fellow of the Canadian & American College of Surgeons*

Harlingen
806 Morgan Blvd.
Harlingen, TX 78550
(956) 425-0597

1120 Galveston Ave.· McAllen, Texas 78501
Mailing Address: P.O. Box 2853, McAllen, Texas 78502
Ph:(956) 686-5512    dsgillmdfacs@aol.com    Fax: (956) 686-3745
1-877-MD-INJURY


PLAINTIFF'S EXHIBIT

# Foccus Medicine Center
## Orthopedic Industrial Sports Medicine & Rehabilitation

D. S. Gill, M.D., F.R.C.S.C., F.A.C.S.
*Fellow of the Canadian & American College of Surgeons*

Date: December 22, 2003

RANDALL CRANE  (AMENDED REPORT)
ATTORNEY AT LAW
201 S. Sam Houston
San Benito, Texas 78586

RECEIVED FEB -9 2004

PATIENT'S NAME:   ROGELIO RODRIGUEZ
ACCIDENT DATE:   JANUARY 16, 2003
DATE OF BIRTH:    JANUARY 12, 1960

With permission of the patient I submit these medical records. As per your request, the reasonable and estimated customary fees for medical treatment and procedures pertinent to this patient are listed below.

1. **Myofascial Release and Phonophoresis** 3 times a week for 4-6 weeks is $2,000.00-3,000.00 per year for up to 2-3 years.
2. **Medical Care and Intramyofascial Injection Therapy** is approximately $1,500- 1800 per year.
3. **Cervical Epidural Steroid Injections (Series of 3)** is $3,900.00
4. **Lumbar Epidural Steroid Injections (Series of 3)** is $3,900.00
5. **Lumbar Laminectomy and Fusion**
    a. Surgeon: $ 15,000.00
    b. Surgeon's Assistant's Fee: $2,400.00
    c. O.R. Suite: $3,000.00
    d. Hospital Stay(4-5 days): $1,000.00 daily
    e. Anesthesiologist: $2,000.00
    f. Post-Surgical P/T: $10,000.00
6. **Cervical Diskectomy and Interbody Fusion**
    a. Surgeon: $ 15,000.00
    b. Surgeon's Assistant's Fee:$2,400.00
    c O.R. Suite: $3,000.00
    d. Hospital Stay(4-5 days): $1,000.00 daily
    e. Anesthesiologist:$2,000.00
    f. Cervical Lido Brace: $2,200.00
    g. Post-Surgical P/T: $10,000.00

For further information please feel free to contact me at my office.

D.S. Gill, M.D., F.R.C.S.C., F.A.C.S.
*Fellow of the Canadian & American College of Surgeons*

Harlingen          1120 Galveston Ave. • McAllen, TX 78501          Rio Grande City
Tel. (956) 686-5512 • Fax: (956) 686-3745 • 1-877-MD-INJURY
dsgillmdfacs@aol.com