# FOCC'S MEDICINE CENTER

## Orthopedic Industrial Sports Medicine & Rehabilitation

D.S. Gill, M.D., F.R.C.S.C., F.A.C.S.
*Fellow of the Canadian & American College of Surgeons*

July 7, 2005

RECEIVED AUG – 5 2005

RANDALL CRANE
ATTORNEY AT LAW
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586

PATIENT'S NAME: ROGELIO RODRIGUEZ
ACCIDENT DATE: JANUARY 16, 2003
DATE OF BIRTH: JANUARY 12, 1960

With permission of the patient I submit these medical records. As per your request, the reasonable and estimated customary fees for medical treatment and procedures pertinent to this patient are listed below.

> **Myofascial Release and Phonophoresis** 3 times a week for 4-6 weeks is $2,000-$3,000 per year for up to 2-3 years.
> **Medical Care and Intramyofascial Injection Therapy** is approximately $1,500-$1,800 per year.
> **Cervical Epidural Steroid Injections** (series of 3) is $3,900.00.
> **Lumbar Epidural Steroid Injections** (series of 3) is $3,900.00.
> **Cervical Diskectomy and Interbody Fusion**
>    A. Surgeon: $20,000.00
>    B. Surgeon's Assistant's Fee: $2,400.00
>    C. O.R. Suite: $3,000.00
>    D. Hospital Stay (4 days): $2,000.00 daily
>    E. Anesthesiologist: $2,000.00
>    F. Cervical Lido Brace: $2,200.00
>    G. Post Surgical P/T: $10,000.00
> **Lumbar Laminectomy and Fusion**
>    A. Surgeon: $20,000.00
>    B. Surgeon's Assistant's Fee: $2,000.00
>    C. O.R. Suite: $3,000.00
>    D. Hospital Stay (4 days): $1,000.00 daily
>    E. Anesthesiologist: $2,000.00
>    F. Post-Operative Brace: $1,800.00
>    G. Post Surgical P/T: $10,000.00

*For further information please feel free to contact me at my office.*

D.S. Gill, M.D., F.R.C.S.C., F.A.C.S.
*Fellow of the Canadian & American College of Surgeons*

806 Morgan Blvd.
Harlingen, TX 78550
(956) 425-0597

1120 Galveston Ave. · McAllen, Texas 78501
Ph:(956) 686-5512   dsgillmdfacs@aol.com   Fax: (956) 686-3745
1-877-MD-INJURY

Brownsville
1260 W. Price Rd
Brownsville, TX 78520
(956) 541-1978



# FOCUS MEDICINE CENTER

## Orthopedic Industrial Sports
### Medicine & Rehabilitation

D.S. Gill, M.D., F.R.C.S.C., F.A.C.S. October 27, 2005
*Fellow of the Canadian & American College of Surgeons*

RANDALL CRANE
ATTORNEY AT LAW
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586

RECEIVED NOV - 1 2005

PATIENT'S NAME: ROGELIO RODRIGUEZ
ACCIDENT DATE: JANUARY 16, 2003
DATE OF BIRTH: JANUARY 12, 1960

With permission of the patient I submit these medical records. As per your request, the reasonable and estimated customary fees for medical treatment and procedures pertinent to this patient are listed below.

**Myofascial Release and Phonophoresis** 3 times a week for 4-6 weeks is $2,000-$3,000 per year for up to 2-3 years.
**Medical Care and Intramyofascial Injection Therapy** is approximately $1,500-$1,800 per year.
**Cervical Epidural Steroid Injections** (series of 3) is $3,900.00.
**Lumbar Epidural Steroid Injections** (series of 3) is $3,900.00.
**Cervical Diskectomy and Interbody Fusion**
   A. Surgeon: $20,000.00
   B. Surgeon's Assistant's Fee: $2,400.00
   C. O.R. Suite: $3,000.00
   D. Hospital Stay (4 days): $2,000.00 daily
   E. Anesthesiologist: $2,000.00
   F. Cervical Lido Brace: $2,200.00
   G. Post Surgical P/T: $10,000.00
**Lumbar Laminectomy and Fusion**
   A. Surgeon: $20,000.00
   B. Surgeon's Assistant's Fee: $2,000.00
   C. O.R. Suite: $3,000.00
   D. Hospital Stay (4 days): $1,000.00 daily
   E. Anesthesiologist: $2,000.00
   F. Post-Operative Brace: $1,800.00
   G. Post Surgical P/T: $10,000.00

*For further information please feel free to contact me at my office.*

D.S. Gill, M.D., F.R.C.S.C., F.A.C.S. 1520 Galveston Ave. · McAllen, Texas 78501
*Fellow of the Canadian & American College* Ph:(956) 686-5512   dsgillmdfacs@aol.com   Fax: (956) 686-3745
1-877-MD-INJURY

| Harlingen | Brownsville | Rio Grande City |
| --- | --- | --- |
| 806 Morgan Blvd. | 1260 W. Price Rd. | 104 E. Main Street |
| Harlingen, TX 78550 | Brownsville, TX 78520 | Rio Grande City, TX 78582 |
| (956) 425-0597 | (956) 541-1978 | (956) 716-8441 |