UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § § § | |

## ORDER

On this day came on for consideration Defendant's Objections to Plaintiffs' Proposed Trial Exhibits in the above-styled and numbered cause. After considering the evidence, the arguments of counsel, and the applicable law, the Court rules as follows:

a) Defendant's objection to the admission of the documentary evident of medical bills from Dr. Jorge J. Tijmes (Southern Bone & Joint Center Associates) is hereby

SUSTAINED _____

OVERRULED _____

b) Defendant's objection to the admission of the documentary evident of medical bills from Dr. Abram Cano is hereby

SUSTAINED _____

OVERRULED _____

c) Defendant's objection to the admission of the documentary evident of medical bills from Dr. Herman Keillor (Harlingen Bone & Joint Clinic, P.A.) is hereby

SUSTAINED _____

OVERRULED _____

d) Defendant's objection to the admission of the documentary evident of medical bills from Dr. D. S. Gill (Focus Medicine Center) is hereby

    SUSTAINED _____

    OVERRULED _____

e) Defendant's objection to the admission of the documentary evident of medical bills from Dr. D. S. Gill (OIS Rehab Center) is hereby

    SUSTAINED _____

    OVERRULED _____

f) Defendant's objection to the admission of the documentary evident of medical bills from McAllen MRI Center is hereby

    SUSTAINED _____

    OVERRULED _____

g) Defendant's objection to the admission of the documentary evident of medical bills from Rio Grande Valley Imaging Center is hereby

    SUSTAINED _____

    OVERRULED _____

h) Defendant's objection to the admission of the documentary evident of medical bills from Valley Baptist Medical Center is hereby

    SUSTAINED _____

    OVERRULED _____

I) Defendant's objection to the admission of the documentary evident of medical bills from Dr. Eric Bennos is hereby

    SUSTAINED _____

    OVERRULED _____

j) Defendant's objection to the admission of the documentary evident of medical bills from EMCare Har Emerg Physicians, PA, is hereby

    SUSTAINED _____

    OVERRULED _____

DONE in Brownsville on this the _____ day of _____, 2006.

                  _____
                     JUDGE PRESIDING

*copied to:*

Randall P. Crane, 201 S. Sam Houston, San Benito, Texas 78586

Patrick R. Kasperitis, 611 South Upper Broadway, Corpus Christi, Texas 78401