**RYDMAN RECORD RETRIEVAL**
**4211 GARDENDALE, SUITE 104-A**
**SAN ANTONIO, TX 78229**
**TEL: 210/477-1308   FAX: 210/477-1309**


**ROGELIO RODRIGUEZ**
**V.**
**JAMES ARTHUR LARSON**


**RECORDS REGARDING: ROGELIO RODRIGUEZ**
**FOR THE TIME PERIOD OF JANUARY 16, 2003 TO THE**
**PRESENT**
**RECORD TYPE: MEDICAL & BILLING RECORDS**
**RECORDS FROM: ABRAHAM CANO, M.D.**
**2401 North Ed Carey Drive, Suite A**
**Harlingen, TX  78550-8286**


**DELIVER TO: Mr. Patrick R. Kasperitis**
**Dunn, Weathered, Coffey, Rivera, Kasperitis & Rodriguez**
**611 S. Upper Broadway**
**Corpus Christi, Texas  78401**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROGELIO RODRIGUEZ

VS.                                                    CIVIL ACTION NO. CA-13-04-137

JAMES ARTHUR LARSON

DEPOSITION BY WRITTEN QUESTIONS PROPOUNDED
TO THE WITNESS:

ABRAHAM CANO, M.D.
2401 North Ed Carey Drive, Suite A
Harlingen, TX 78550-8286
(956) 425-9181

1.  Please state your full name, business address, and official title.

ANSWER: ~~Yvette Cano~~ _Abraham Cano_

2.  Did you receive a subpoena for the production of records and other documents pertaining to **ROGELIO RODRIGUEZ (FOR THE TIME PERIOD OF JANUARY 16, 2003 TO THE PRESENT)?**

ANSWER: Yes.

3.  Has **ROGELIO RODRIGUEZ (FOR THE TIME PERIOD OF JANUARY 16, 2003 TO THE PRESENT)** been treated or examined by or received services from **ABRAHAM CANO, M.D.?**

ANSWER: ~~Yes.~~ ~~treated~~ NO, treated 1-17-03 — 4-22-03

4.  Has **ABRAHAM CANO, M.D.** made or caused to be made any memorandum, report, record or data compilation, in any form, of the examination and/or treatment of said patient or regarding the services performed for **ROGELIO RODRIGUEZ (FOR THE TIME PERIOD OF JANUARY 16, 2003 TO THE PRESENT)?**

ANSWER: yes

5.   Are these memorandum, reports, records, or data compilations under your care, supervision, direction, custody and/or control?

ANSWER: _yes_____

6.   Were these memoranda, reports, records, or data compilations made or caused to be made by **ABRAHAM CANO, M.D.?**

ANSWER: _yes_____

7. Please state whether or not it was in the regular course of business of , for a person with knowledge of the acts, events, conditions, opinions, or diagnoses recorded to make the record or to transmit information thereof to be included in such record.

ANSWER: _yes_____

8.   Were the entries of these memoranda, reports, records, or data compilations made at or shortly after the time of the transaction recorded on these entries?

ANSWER: _yes_____

9.   Were these records made and kept in the regular course of business?

ANSWER: _yes_____

10.  Please attach exact duplicates of the <u>requested records</u> pertaining to **ROGELIO RODRIGUEZ (FOR THE TIME PERIOD OF JANUARY 16, 2003 TO THE PRESENT)** to this deposition OR hand exact duplicates of the <u>requested records</u> or the originals thereof for photocopying to the notary public taking your deposition for attachment to this deposition.  Have you done as requested?

If not, identify for the notary public the records and documents you did not produce and explain why you did not produce them.

ANSWER: _yes  provided all we have_____

11.  Please state the full amount of charges in the treatment of the patient, **ROGELIO RODRIGUEZ (FOR THE TIME PERIOD OF JANUARY 16, 2003 TO THE PRESENT).**

ANSWER: _See attached bills._____

12.  Please state whether or not such charges are reasonable and necessary for like or similar services rendered in the vicinity in which they were incurred.

ANSWER: _yes_____

13. Please state whether or not the charges are reasonable and the services performed were necessary for the proper care and treatment of **ROGELIO RODRIGUEZ (FOR THE TIME PERIOD OF JANUARY 16, 2003 TO THE PRESENT).**

ANSWER: Yes for 1-17-03 — 4-22-03.

14. Has the patient's attorney requested the preparation of a narrative report?

If your answer to this question is, "Yes", and this report is **NOT** included in the documents produced, please explain why you did not produce the report.

ANSWER: NO

15. Are you aware of any other hospital, clinic, sanitarium, physician, chiropractor, or osteopath, not mentioned in the records, that may have possession of records pertaining to the person subject to this deposition? If so, please state the name of such entity and describe briefly what records they possess.

ANSWER: Unknown.

16. Have you been requested, directed, or has it ever been suggested by any person (whether doctor, lawyer, patient, or anyone else) that any part of the records subject to this deposition be withheld or protected from discovery for any reason? If so, please state the name and address of the person who conveyed this information to you and when such event occurred.

ANSWER: NO,

17. Do you have any reason to believe that the records subject to this deposition have been edited, purged, culled or in any other manner made different from the way such records existed when created? If so, please explain your knowledge or belief in the regard.

ANSWER: NO.

18. Are there any other locations where records or documents pertaining to **ROGELIO RODRIGUEZ (FOR THE TIME PERIOD OF JANUARY 16, 2003 TO THE PRESENT)** would be or may be kept by **ABRAHAM CANO, M.D.?**

If yes, please identify the name and address of that location if known.

ANSWER: NO.

19. In the event that no records can be found, or a portion of the records cannot be found, are there document archives (i.e. microfiche), document retention or destruction policies which explain their absence?  If yes, please identify who has knowledge of those archives or policies for **ABRAHAM CANO, M.D.**.

ANSWER: _____ N/A _____

_____



_____
**WITNESS, CUSTODIAN OF RECORDS**

I, _Hector E. Martinez_____, a Notary Public in and for the State of _____Texas_____ . do hereby certify that the foregoing answers of the witness were made by the said witness and sworn to and subscribed before me.  The records attached hereto are exact duplicates of the original records.

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this the _23_ day of _November_, 20 _04_ .

HECTOR E. MARTINEZ
MY COMMISSION EXPIRES
January 3, 2007

_____
Notary Public in and for The State of _Texas_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROGELIO RODRIGUEZ AND        §
ELIZABETH RODRIGUEZ          §
V.                           §        CIVIL ACTION NO. B-04-137
JAMES ARTHUR LARSON          §

## NOTICE OF CROSS QUESTIONS

TO:   Rogelio Rodriguez, Plaintiff, by and through his counsel of record, Randall P. Crane, LAW
      FIRM OF RANDALL P. CRANE, 201 S. Sam Houston, San Benito, Texas 78586.

      Pursuant to Rule 45 of the Federal Rules of Civil Procedure, notice is hereby given that the
attached cross-questions pertaining to ROGELIO RODRIGUEZ are to be propounded to the
Custodian(s) of Records for: HERMAN J. KEILLOR, M.D.; JORGE TIJMES, M.D.; D. S. GILL,
M.D., FOCCUS MEDICINE CENTER; D. S. GILL, M.D., OIS REHAB CENTER; ABRAHAM
CANO, M.D. (MEDICAL & BILLING RECORDS). before a Notary Public for:

Rydman Record Retrieval
4211 Gardendale, Suite 104-A
San Antonio, Texas 78229
(210) 477-1308; FAX 477-1309

Which cross-questions are to be used as evidence upon the trial of the above-styled and numbered
cause, pending in the above-named court.

DUNN, WEATHERED, COFFEY,
RIVERA, KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY_____
Patrick R. Kasperitis
SBN 11105270; FED ID 12594
Frank Weathered
SBN 20998600; FED ID 2441

COUNSEL FOR DEFENDANT
JAMES ARTHUR LARSON

-1-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROGELIO RODRIGUEZ AND §
ELIZABETH RODRIGUEZ §
V. § CIVIL ACTION NO. B-04-137
JAMES ARTHUR LARSON §

**CROSS QUESTIONS TO BE PROPOUNDED
TO CUSTODIAN(S) OF RECORDS FOR:**

HERMAN J. KEILLOR, M.D.; JORGE TIJMES, M.D.;
D. S. GILL, M.D., FOCCUS MEDICINE CENTER;
D. S. GILL, M.D., OIS REHAB CENTER; and
ABRAHAM CANO, M.D.
(MEDICAL & BILLING RECORDS)

1. Has ROGELIO RODRIGUEZ received treatment or services from, or been examined by SEE
LIST OF PROVIDERS prior to January 16, 2003?

ANSWER: Unknown please See Doctor notes.

2. Has SEE LIST OF PROVIDERS made or caused to be made any memorandum, report, or data
compilation, *in any form*, of the examination and/or treatment of ROGELIO RODRIGUEZ or
regarding the services performed for ROGELIO RODRIGUEZ prior to January 16, 2003?

ANSWER: Unknown please See doctor notes.

3. Are these memorandum, reports, or data compilations under your care, supervision, direction,
custody, and/or control?

ANSWER: No.

4. Were these memoranda, reports, records, or data compilations made or caused to be made by
SEE LIST OF PROVIDERS?

ANSWER: Unknown see doctor notes.

5. Please state whether or not it was in the regular course of business of SEE LIST OF
PROVIDERS for a person with knowledge of the acts, events, conditions, opinions, or
diagnoses recorded to make the record or to transmit information thereof to be included in such
record.

ANSWER: NO

6. Were the entries of these memoranda, reports, records, or data compilations made at or shortly after the time of the transaction recorded on these entries?

ANSWER: ~~If~~ Unknown.

7. Were these records made and kept in the regular course of business?

ANSWER: Only keep ours per hippa

8. Please attach exact duplicates of the requested records pertaining to ROGELIO RODRIGUEZ FOR THE TIME PERIOD PRIOR TO JANUARY 16, 2003, to this deposition or hand exact duplicates of the requested records or the originals thereof for photocopying to the notary public taking your deposition for attachment to this deposition. Have you done as requested? If not, identify for the notary public the records and documents you did not produce and explain why you did not produce them.

ANSWER: done. Copied records hand giv__

9. Please state the full amount of charges in the treatment of the patient, ROGELIO RODRIGUEZ, for the time period prior to January 16, 2003.

ANSWER: Please add HCFAA's supplied.

10. Please describe in detail all medical training that qualifies you to determine whether medical treatment or services was necessary.

ANSWER: M.D. Lic # MD F0912.

11. Please describe in detail all medical training that qualifies you to determine whether the charges for medical treatment or services were reasonable.

ANSWER: 2003 Fee guidelines by office manager.

12. Please describe in detail your work history and training which makes you personally knowledgeable of the usual and ordinary charges for medical treatment in Nueces County, Texas.

ANSWER: None Check w/ office manager.

13. Are there any other locations where records or documents pertaining to ROGELIO RODRIGUEZ, for the time period prior to January 16, 2003, would be or may be kept by SEE LIST OF PROVIDERS? If yes, please identify the name and address of that location, if known.

ANSWER: no.

14. In the event that no records can be found, or a portion of the records cannot be found, are there document archives (i.e. microfiche), document retention or destruction polices which explain their absence? If yes, please identify who has knowledge of those archives or polices for SEE LIST OF PROVIDERS.

ANSWER: N|A _____

_____
WITNESS, CUSTODIAN OF RECORDS

I, _Hector E. Martinez_____, a Notary Public in and for the state of Texas, do hereby certify that the foregoing answers of the witness were made by the said witness and sworn to and subscribed before me. The records attached hereto are exact duplicates of the original records.

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this the _23_ day of _November_____, 20_04_.

_____
NOTARY PUBLIC, STATE OF TEXAS

HECTOR E. MARTINEZ
MY COMMISSION EXPIRES
January 3, 2007

*Seal / Stamp*

-4-

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CRAWFORD

PO BOX 271
WILMINGTON OH 45177

# HEALTH INSURANCE CLAIM FORM

PICA [ ][ ]

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| ☐ (Medicare #) | ☐ (Medicaid #) | ☐ (Sponsor's SSN) | ☐ (VA File #) | ☐ (SSN or ID) | ☐ (SSN) | ☒ (ID) | 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 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
RODRIGUEZ    ROGELIO

3. PATIENT'S BIRTH DATE   SEX
MM 01 DD 12 YY 60   M ☒  F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
R & L CARRIERS

5. PATIENT'S ADDRESS (No., Street)
123 DOLORES ST

6. PATIENT RELATIONSHIP TO INSURED
Self ☐  Spouse ☐  Child ☐  Other ☒

7. INSURED'S ADDRESS (No., Street)
27184-1 RABB RD

CITY
PRIMERA            STATE TX

8. PATIENT STATUS
Single ☐  Married ☒  Other ☐

CITY
LA FERIA            STATE TX

ZIP CODE 78552
TELEPHONE (Include Area Code)
(956) 4128163

Employed ☒  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE 78559
TELEPHONE (INCLUDE AREA CODE)
(956) 412-8163

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
R & L CARRIERS

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
☒ YES  ☐ NO

a. INSURED'S DATE OF BIRTH   SEX
MM DD YY   M ☒  F ☐

b. OTHER INSURED'S DATE OF BIRTH   SEX
MM DD YY   M ☐  F ☐

b. AUTO ACCIDENT?   PLACE (State)
☐ YES  ☒ NO

b. EMPLOYER'S NAME OR SCHOOL NAME
R & L CARRIERS

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
CRAWFORD

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES  ☒ NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE    DATE 04/21/03

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT:   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
MM 01 DD 16 YY 03

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE
MM 01 DD 16 YY 03

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
☐ YES  ☒ NO    .00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 807.8
2. 786.59
3. 807.00
4. 959.01

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER
YES

| 24. A DATE(S) OF SERVICE | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES | | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | CPT/HCPCS | MODIFIER | | | | | | | |
| 04 22 03 | 04 22 03 | 11 | | 99455 | 3WP | 1,3,2,4 | 348 00 | 1 0 | | Y | | |
| 04 22 03 | 04 22 03 | 11 | | 99080 | 73 | 1,3,2,4 | 15 00 | 1 0 | | Y | | |
| 04 22 03 | 04 22 03 | 11 | | 99080 | 69 | 1,3,2,4 | 15 00 | 1 0 | | Y | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒
74-2118656

26. PATIENT'S ACCOUNT NO.
17669-200302MM

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
☒ YES  ☐ NO

28. TOTAL CHARGE
$ 378.00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 378.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
ABRAHAM CANO MD
SIGNED    DATE 04/21/03

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
DR ABRAHAM CANO
2401 ED CAREY DR STE A
HARLINGEN TX 78550
MDF0912

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
ABRAHAM CANO MD
2401 ED CAREY DR #A
HARLINGEN TX 78550
PIN# MDF0912    GRP# (956) 425-9181

1

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR TYPE    FORM HCFA-1500 (12-90)

PHYSICIAN OR SUPPLIER INFORMATION

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CRAWFORD

PO BOX 271
WILMINGTON OH 45177

# HEALTH INSURANCE CLAIM FORM

PICA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
| *(Medicare #)* | *(Medicaid #)* | *(Sponsor's SSN)* | *(VA File #)* | *(SSN or ID)* | *(SSN)* | ☒ *(ID)* | 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 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
RODRIGUEZ    ROGELIO

3. PATIENT'S BIRTH DATE    MM 01 DD 12 YY 60    SEX M ☒ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
R & L CARRIERS

5. PATIENT'S ADDRESS (No., Street)
123 DOLORES ST

6. PATIENT RELATIONSHIP TO INSURED
Self ☐  Spouse ☐  Child ☐  Other ☒

7. INSURED'S ADDRESS (No., Street)
27184-1 RABB RD

CITY: PRIMERA    STATE: TX

8. PATIENT STATUS
Single ☐  Married ☒  Other ☐

CITY: LA FERIA    STATE: TX

ZIP CODE: 78552
TELEPHONE (Include Area Code): (956) 412-8163

Employed ☒  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE: 78559
TELEPHONE (INCLUDE AREA CODE): (956) 412-8163

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
R & L CARRIERS

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
☒ YES  ☐ NO

a. INSURED'S DATE OF BIRTH    MM DD YY    SEX M ☒ F ☐

b. OTHER INSURED'S DATE OF BIRTH    MM DD YY    SEX M ☐ F ☐

b. AUTO ACCIDENT?    PLACE (State)
☐ YES  ☒ NO

b. EMPLOYER'S NAME OR SCHOOL NAME
R & L CARRIERS

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
☒ YES  ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
CRAWFORD

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES  ☐ NO    If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below
SIGNED SIGNATURE ON FILE    DATE 03/27/03

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT    MM 01 DD 18 YY 03    ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM 01 DD 18 YY 03

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY    TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY    TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  ☐ YES  ☒ NO    $ CHARGES .00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 807.8
2. 786.59
3. 807.00
4. 959.01

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER
YES

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 21 03 | 03 21 03 | 11 | 1 | 99213 | 1,3,2,4 | 55.00 | 1.0 | | Y | | |
| 03 21 03 | 03 21 03 | 11 | 1 | 99080   73 | 1,3,2,4 | 15.00 | 1.0 | | Y | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER    SSN ☐ EIN ☒
74-2118656

26. PATIENT'S ACCOUNT NO.
17669-20030261

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☒ YES  ☐ NO

28. TOTAL CHARGE  $ 70.00

29. AMOUNT PAID  $

30. BALANCE DUE  $ 70.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
ABRAHAM CANO MD
SIGNED    DATE 03/27/03    MDF0912

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
DR ABRAHAM CANO
2401 ED CAREY DR STE A
HARLINGEN TX 78550

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
ABRAHAM CANO MD
2401 ED CAREY DR #A
HARLINGEN TX 78550
PIN# MDF0912    (956) 425-9181

2

PHYSICIAN OR SUPPLIER INFORMATION

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR TYPE    FORM HCFA-1500 (12-90)

PLEASE
DO NOT
STAPLE
IN THIS
AREA

## HEALTH INSURANCE CLAIM FORM

| PICA | | PICA |
|---|---|---|

**1.** MEDICARE ☐ (Medicare #)  MEDICAID ☐ (Medicaid #)  CHAMPUS ☐ (Sponsor's SSN)  CHAMPVA ☐ (VA File #)  GROUP HEALTH PLAN ☐ (SSN or ID)  FECA BLK LUNG ☐ (SSN)  OTHER ☒ (ID)

**1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1)
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

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)

**3. PATIENT'S BIRTH DATE** MM DD YY  01 12 60   SEX M ☐ F ☒

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
R & L CARRIERS

**5. PATIENT'S ADDRESS** (No. Street)

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☐  Spouse ☒  Child ☐  Other ☐

**7. INSURED'S ADDRESS** (No., Street)
27194-1 ROHR RD

CITY                    STATE

**8. PATIENT STATUS**
Single ☐  Married ☒  Other ☐

CITY  LA FERIA          STATE TX

ZIP CODE          TELEPHONE (Include Area Code)
78550        (956) 412-9163

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE  78550    TELEPHONE (INCLUDE AREA CODE)  (956) 412-9163

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
R & L CARRIERS

**a.** OTHER INSURED'S POLICY OR GROUP NUMBER

**a.** EMPLOYMENT? (CURRENT OR PREVIOUS)  ☒ YES  ☐ NO

**a. INSURED'S DATE OF BIRTH** MM DD YY   M ☒ F ☐

**b.** OTHER INSURED'S DATE OF BIRTH MM DD YY   M ☐ F ☐

**b.** AUTO ACCIDENT?  ☐ YES  ☒ NO  PLACE (State)

**b. EMPLOYER'S NAME OR SCHOOL NAME**
R & L CARRIERS

**c.** EMPLOYER'S NAME OR SCHOOL NAME

**c.** OTHER ACCIDENT?  ☐ YES  ☒ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
CRAWFORD

**d.** INSURANCE PLAN NAME OR PROGRAM NAME

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
☐ YES  ☐ NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE   DATE  03/04/03

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

**14. DATE OF CURRENT:** ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)  MM DD YY  01 15 03

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE MM DD YY  01 15 03

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** MM DD YY  FROM    TO

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** MM DD YY  FROM    TO

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?**  ☐ YES  ☒ NO   $ CHARGES   00

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847.0      3. 847.2
2. 726.50     4. 959.01

**22. MEDICAID RESUBMISSION** CODE    ORIGINAL REF. NO.
YES

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 06 03      | 11 | 1 | 99213 | 1 2 4 | 48 00 | 1 0 |  | Y |  |  |
| 02 03 03  02 20 03 | 11 | 1 | 97010  72 | 1 2 4 | 15 00 | 1 0 |  | Y |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |

**25. FEDERAL TAX I.D. NUMBER**  SSN ☐ EIN ☐

**26. PATIENT'S ACCOUNT NO.**

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)  ☐ YES  ☐ NO

**28. TOTAL CHARGE** $ 63 00

**29. AMOUNT PAID** $

**30. BALANCE DUE** $ 63 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED  ABRAHAM CANO MD   DATE

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)
DR ABRAHAM CANO
2401 ED CAREY DR STE D
HARLINGEN TX 78550

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
ABRAHAM CANO MD
2401 ED CAREY DR #A
HARLINGEN TX 78550
PIN#  GRP#  (956) 425-9301

3

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CRAWFORD

PO BOX 271
WILMINGTON OH 45177

## HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | | PICA |
|------|------|------|------|------|------|------|------|

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | ☒ (ID) | 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 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| RODRIGUEZ ROGELIO | 01 12 60 | M ☐ F ☒ | R & L CARRIERS |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 123 DOLORES ST | Self ☐ Spouse ☐ Child ☐ Other ☒ | 27184-1 RABB RD |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| PRIMERA | TX | Single ☐ Married ☒ Other ☐ | LA FERIA | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 78552 | (956) 4128163 | Employed ☒ Full-Time Student ☐ Part-Time Student ☐ | 78559 | (956) 412-8163 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | R & L CARRIERS |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) ☒ YES ☐ NO | a. INSURED'S DATE OF BIRTH MM DD YY   SEX M ☒ F ☐ |
|---|---|---|

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY   SEX M ☐ F ☐ | b. AUTO ACCIDENT? ☐ YES ☒ NO   PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME R & L CARRIERS |
|---|---|---|

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? ☐ YES ☒ NO | c. INSURANCE PLAN NAME OR PROGRAM NAME CRAWFORD |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☐ NO   If yes, return to and complete item 9 a-d. |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below

SIGNED **SIGNATURE ON FILE**   DATE **02/17/03**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below

SIGNED **SIGNATURE ON FILE**

| 14. DATE OF CURRENT: MM DD YY   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 01 16 03 ◄ | 01 16 03 | FROM   TO |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM   TO |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? ☐ YES ☒ NO | $ CHARGES .00 |
|---|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 807.8    3. 807.00
2. 786.59    4. 959.01

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|

23. PRIOR AUTHORIZATION NUMBER
YES

| 24. | A. DATE(S) OF SERVICE | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM DD YY | To MM DD YY | | | | | | | | | | |
| 1 | 01 17 03 | 01 17 03 | 11 | 1 | 99203 | 1 3 2 4 | 74 00 | 1 0 | | Y | | |
| 2 | 01 17 03 | 01 17 03 | 11 | 1 | 99080   73 | 1 3 2 4 | 15 00 | 1 0 | | Y | | |
| 3 | 01 22 03 | 01 22 03 | 11 | 1 | 99213 | 1 3 2 4 | 48 00 | 1 0 | | Y | | |
| 4 | 01 22 03 | 01 22 03 | 11 | 1 | 99080   73 | 1 3 2 4 | 150 00 | 1 0 | | Y | | |
| 5 | 01 22 03 | 01 22 03 | 11 | 1 | 99078   22 | 1 3 2 4 | 25 00 | 1 0 | | | | |
| 6 | 01 22 03 | 01 22 03 | 11 | 1 | 97110 | 1 3 2 4 | 35 00 | 1 0 | | | | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 74-2118656   ☒ | 17669-2003017C | ☒ YES ☐ NO | $ 347 00 | $ | $ 347 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| ABRAHAM CANO MD SIGNED   DATE 02/17/03 | DR ABRAHAM CANO 2401 ED CAREY DR STE A HARLINGEN TX 78550 MDF0912 | ABRAHAM CANO MD 2401 ED CAREY DR #A HARLINGEN TX 78550   **4** PIN# MDF0912   GRP# (956) 425-9181 |

·APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**   FORM HCFA-1500 (12-90)

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CRAWFORD

PO BOX 271
WILMINGTON OH 45177

# HEALTH INSURANCE CLAIM FORM

PICA

| | | | | | | | | | PICA |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | ☑ (ID) | 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 | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| RODRIGUEZ    RUGELIO | 01 13 68 | M ☑ F ☐ | R & L CARRIERS |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 123 DOLORES ST | Self ☐ Spouse ☐ Child ☐ Other ☑ | 27184-1 RABB RD |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| PRIMERA | TX | Single ☐ Married ☑ Other ☐ | LA FERIA | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|---|
| 78552 | (956) 412-8163 | Employed ☑ Full-Time Student ☐ Part-Time Student ☐ | 78559 | (956) 412-8163 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | R & L CARRIERS |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH MM DD YY | SEX |
|---|---|---|---|
| | ☑ YES ☐ NO | | M ☑ F ☐ |

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| | M ☐ F ☐ | ☐ YES ☑ NO | | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | ☑ YES ☐ NO | CRAWFORD |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | ☐ YES ☐ NO    If yes, return to and complete item 9 a-d. |

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE 02/17/03

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) MM DD YY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY |
|---|---|---|
| 01 15 03 | 01 15 03 | FROM    TO |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY |
|---|---|---|
| | | FROM    TO |

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? | $ CHARGES |
|---|---|---|---|
| | | ☐ YES ☑ NO | .00 |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | | 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|---|---|
| 1. 807.8    3. 807.00 | | | |
| 2. 786.59    4. 459.01 | | 23. PRIOR AUTHORIZATION NUMBER  YES | |

| 24. A DATE(S) OF SERVICE From To | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS    MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MM DD YY | MM DD YY | | | | | | | | | | |
| 01 22 03 | 01 22 03 | 11 | 1 | 97032 | 1,3,2,4 | 22.00 | 1.0 | | Y | | |
| 01 22 03 | 01 22 03 | 11 | 1 | 97124 | 1,3,2,4 | 28.00 | 1.0 | | Y | | |
| 01 22 03 | 01 22 03 | 11 | 1 | 97035 | 1,3,2,4 | 22.00 | 1.0 | | Y | | |
| 01 22 03 | 01 22 03 | 11 | 1 | 95851 | 1,3,2,4 | 36.00 | 1.0 | | Y | | |
| 01 22 03 | 01 22 03 | 11 | 1 | 99070 | 1,3,2,4 | 15.00 | 1.0 | | Y | | |
| 01 22 03 | 01 22 03 | 11 | 1 | 99070 | 1,3,2,4 | 15.00 | 1.0 | | Y | | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 74-2118656 | ☑ | 17669-2003017D | ☑ YES ☐ NO | $ 138.00 | $ | $ 138.00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| ABRAHAM CANO MD SIGNED    DATE 02/17/03 | DR ABRAHAM CANO 2401 ED CAREY DR STE A HARLINGEN TX 78550    MDE0912 | ABRAHAM CANO MD 2401 ED CAREY DR #A HARLINGEN TX 78550    5 PIN MDE0912    GRP (956) 425-9181 |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    **PLEASE PRINT OR TYPE**    FORM HCFA-1500 (12-90)

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CRAWFORD

PO BOX 271
WILMINGTON OH 45177

## HEALTH INSURANCE CLAIM FORM

| | PICA | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| ☐ (Medicare #) | ☐ (Medicaid #) | ☐ (Sponsor's SSN) | ☐ (VA File #) | ☐ (SSN or ID) | ☐ (SSN) | ☑ (ID) | 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 | |

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
RODRIGUEZ    ROGELIO

**3. PATIENT'S BIRTH DATE** MM DD YY  01 12 60  SEX M ☑ F ☐

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
R & L CARRIERS

**5. PATIENT'S ADDRESS (No., Street)**
123 DOLORES ST

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☐  Spouse ☐  Child ☐  Other ☑

**7. INSURED'S ADDRESS (No., Street)**
27184-1 RABB RD

CITY PRIMERA    STATE TX

**8. PATIENT STATUS**
Single ☐  Married ☑  Other ☐

CITY LA FERIA    STATE TX

ZIP CODE 78552    TELEPHONE (Include Area Code) (956) 4128163

Employed ☑  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE 78559    TELEPHONE (INCLUDE AREA CODE) (956) 412-8163

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
R & L CARRIERS

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (CURRENT OR PREVIOUS)**
☑ YES  ☐ NO

**a. INSURED'S DATE OF BIRTH** MM DD YY    SEX M ☑ F ☐

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY    SEX M ☐ F ☐

**b. AUTO ACCIDENT?** PLACE (State)
☑ YES  ☐ NO

**b. EMPLOYER'S NAME OR SCHOOL NAME**
R & L CARRIERS

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?**
☐ YES  ☑ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
CRAWFORD

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
☐ YES  ☐ NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE    DATE 02/17/03

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

**14. DATE OF CURRENT:** MM DD YY  01 16 03  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE MM DD YY  01 16 03

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** MM DD YY FROM    TO

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** MM DD YY FROM    TO

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** ☐ YES  ☑ NO    $ CHARGES  .00

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)**
1. 807.8
2. 786.59
3. 807.00
4. 959.01

**22. MEDICAID RESUBMISSION CODE**    ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**
YES

| 24. A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | | |
| 01 | 23 | 03 | 01 | 23 | 03 | 11 | 1 | 97110 | | 1,3,2,4 | 35 00 | 1 0 | | Y | | |
| 01 | 23 | 03 | 01 | 23 | 03 | 11 | 1 | 97032 | | 1,3,2,4 | 22 00 | 1 0 | | Y | | |
| 01 | 23 | 03 | 01 | 23 | 03 | 11 | 1 | 97124 | | 1,3,2,4 | 28 00 | 1 0 | | Y | | |
| 01 | 23 | 03 | 01 | 23 | 03 | 11 | 1 | 97035 | | 1,3,2,4 | 22 00 | 1 0 | | Y | | |
| 01 | 24 | 03 | 01 | 24 | 03 | 11 | 1 | 97110 | | 1,3,2,4 | 35 00 | 1 0 | | Y | | |
| 01 | 24 | 03 | 01 | 24 | 03 | 11 | 1 | 97032 | | 1,3,2,4 | 22 00 | | | | | |

**25. FEDERAL TAX I.D. NUMBER** 74-2118656  SSN ☐ EIN ☑

**26. PATIENT'S ACCOUNT NO.** 17669-2003017E

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) ☑ YES  ☐ NO

**28. TOTAL CHARGE** $ 164 00

**29. AMOUNT PAID** $

**30. BALANCE DUE** $ 164 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
ABRAHAM CANO MD
SIGNED    DATE 02/17/03  MDF0912

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)**
DR ABRAHAM CANO
2401 ED CAREY DR STE A
HARLINGEN TX 78550
MDF0912

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
ABRAHAM CANO MD
2401 ED CAREY DR #A
HARLINGEN TX 78550
PIN# MDF0912  GRP# (956) 425-9181

6

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88    PLEASE PRINT OR TYPE    FORM HCFA-1500 (12-90)

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CRAWFORD

PO BOX 271
WILMINGTON OH 45177

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE ☐ (Medicare #) | MEDICAID ☐ (Medicaid #) | CHAMPUS ☐ (Sponsor's SSN) | CHAMPVA ☐ (VA File #) | GROUP HEALTH PLAN ☐ (SSN or ID) | FECA BLK LUNG ☐ (SSN) | OTHER ☒ (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) 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 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) RODRIGUEZ    ROGELIO | 3. PATIENT'S BIRTH DATE MM 01 DD 12 YY 60   SEX M☒ F☐ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) R & L CARRIERS |

| 5. PATIENT'S ADDRESS (No, Street) 123 DOLORES ST | 6. PATIENT RELATIONSHIP TO INSURED Self☐ Spouse☐ Child☐ Other☒ | 7. INSURED'S ADDRESS (No. Street) 27184-1 RAUB RD |

| CITY PRIMERA | STATE TX | 8. PATIENT STATUS Single☐ Married☒ Other☐ | CITY LA FERIA | STATE TX |

| ZIP CODE 78552 | TELEPHONE (Include Area Code) (956) 412-8163 | Employed☐ Full-Time Student☐ Part-Time Student☐ | ZIP CODE 78559 | TELEPHONE (INCLUDE AREA CODE) (956) 412-8163 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER R & L CARRIERS |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES☒ NO☐ | a. INSURED'S DATE OF BIRTH MM DD YY   SEX M☒ F☐ |

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY   SEX M☐ F☐ | b. AUTO ACCIDENT? YES☒ NO☐ PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME R & L CARRIERS |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES☒ NO☐ | c. INSURANCE PLAN NAME OR PROGRAM NAME CRAWFORD |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES☐ NO☐ If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below

SIGNED SIGNATURE ON FILE    DATE 02/17/03

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT: MM 01 DD 16 YY 03   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM 01 DD 16 YY 03 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY   TO MM DD YY |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY   TO MM DD YY |

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? YES☐ NO☒   $ CHARGES .00 |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 807.8
2. 786.59
3. 807.00
4. 959.01

| 22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO. |
| 23. PRIOR AUTHORIZATION NUMBER YES |

| 24. A DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 01 24 03 01 24 03 | 11 | 1 | 97124 | | 1,3,2,4 | 28.00 | 1.0 | | Y | | |
| 2 01 24 03 01 24 03 | 11 | 1 | 97035 | | 1,3,2,4 | 22.00 | 1.0 | | Y | | |
| 3 01 24 03 01 24 03 | 11 | 1 | 99213 | | 1,3,2,4 | 48.00 | 1.0 | | Y | | |
| 4 01 24 03 01 24 03 | 11 | 1 | 99080 | 73 | 1,3,2,4 | 15.00 | 1.0 | | Y | | |
| 5 01 27 03 01 27 03 | 11 | 1 | 99213 | | 1,3,2,4 | 48.00 | 1.0 | | Y | | |
| 6 01 27 03 01 27 03 | 11 | 1 | 99080 | 73 | 1,3,2,4 | 15.00 | 1.0 | | Y | | |

| 25. FEDERAL TAX I.D. NUMBER 74-2118656   SSN☐ EIN☒ | 26. PATIENT'S ACCOUNT NO. 17669-20030917F | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES☒ NO☐ | 28. TOTAL CHARGE $ 176.00 | 29. AMOUNT PAID $ | 30. BALANCE DUE $ 175.00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) SIGNED ABRAHAM CANO MD   DATE 02/17/03 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) DR ABRAHAM CANO 2401 ED CAREY DR STE A HARLINGEN TX 78550 MDE0912 | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # ABRAHAM CANO MD 2401 ED CAREY DR #A HARLINGEN TX 78550 PIN# MDE0912   GRP# (956) 425-9181 |

7

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR TYPE    FORM HCFA-1500 (12-90)

PLEASE DO NOT STAPLE IN THIS AREA

CRAWFORD

PO BOX 271
WILMINGTON OH 45177

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| 1 MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | 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 |

2 PATIENT'S NAME (Last Name, First Name, Middle Initial)
RODRIGUEZ　ROGELIO

3 PATIENT'S BIRTH DATE
MM 01 DD 12 YY 60　SEX M X F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
R & L CARRIERS

5 PATIENT'S ADDRESS (No., Street)
123 DOLORES ST

6 PATIENT RELATIONSHIP TO INSURED
Self　Spouse　Child　Other X

7. INSURED'S ADDRESS (No., Street)
27184-1 RABB RD

CITY
PRIMERA
STATE TX

8. PATIENT STATUS
Single　Married X　Other

CITY
LA FERIA
STATE TX

ZIP CODE
78552
TELEPHONE (Include Area Code)
(956) 4128163

Employed　Full-Time Student　Part-Time Student

ZIP CODE
78559
TELEPHONE (INCLUDE AREA CODE)
(956) 412-8163

9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10 IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
R & L CARRIERS

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
X YES　NO

a. INSURED'S DATE OF BIRTH
MM DD YY　SEX M X F

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY　SEX M F

b. AUTO ACCIDENT?
YES　X NO　PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME
R & L CARRIERS

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
X YES　NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
CRAWFORD

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES　NO X　If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below

SIGNED　SIGNATURE ON FILE　DATE 02/17/03

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED　SIGNATURE ON FILE

14. DATE OF CURRENT:
MM 01 DD 16 YY 03
ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE
MM 01 DD 16 YY 03

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY　TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY　TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES　X NO　$ CHARGES .00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 807.8
2. 786.59
3. 807.00
4. 959.01

22. MEDICAID RESUBMISSION CODE　ORIGINAL REF. NO

23. PRIOR AUTHORIZATION NUMBER
YES

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 01 27 03 | 01 27 03 | 11 | 1 | 97110 | | 1,3,2,4 | 35.00 | 1.0 | | Y | | |
| 2 01 27 03 | 01 27 03 | 11 | 1 | 97032 | | 1,3,2,4 | 22.00 | 1.0 | | Y | | |
| 3 01 27 03 | 01 27 03 | 11 | 1 | 97124 | | 1,3,2,4 | 28.00 | 1.0 | | Y | | |
| 4 01 27 03 | 01 27 03 | 11 | 1 | 97035 | | 1,3,2,4 | 22.00 | 1.0 | | Y | | |
| 5 01 28 03 | 01 28 03 | 11 | 1 | 97110 | | 1,3,2,4 | 35.00 | 1.0 | | Y | | |
| 6 01 28 03 | 01 28 03 | 11 | 1 | 97032 | | 1,3,2,4 | 22.00 | | | | | |

25. FEDERAL TAX I.D. NUMBER
74-2118656　SSN EIN X

26. PATIENT'S ACCOUNT NO.
17669-2003017G

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
X YES　NO

28. TOTAL CHARGE
$ 164.00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 164.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED ABRAHAM CANO MD　DATE 02/17/03 MDF0912

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
DR ABRAHAM CANO
2401 ED CAREY DR STE A
HARLINGEN TX 78550

33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
ABRAHAM CANO MD
2401 ED CAREY DR #A
HARLINGEN TX 78550
PIN# MDF0912　GRP# (956) 425-9181

8

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)　PLEASE PRINT OR TYPE

FORM HCFA-1500 (12-90)

PHYSICIAN OR SUPPLIER INFORMATION

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CRAWFORD

PO BOX 271
WILMINGTON OH 45177

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | 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 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
RODRIGUEZ    ROGELIO

3. PATIENT'S BIRTH DATE  MM 01 DD 12 YY 60   SEX M ☑ F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
R & L CARRIERS

5. PATIENT'S ADDRESS (No., Street)
123 DOLORES ST

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☐ Child ☐ Other ☑

7. INSURED'S ADDRESS (No., Street)
27184-1 RABB RD

CITY
PRIMERA                    STATE TX

8. PATIENT STATUS
Single ☐ Married ☑ Other ☐

CITY
LA FERIA                   STATE TX

ZIP CODE 78552    TELEPHONE (Include Area Code)
(956) 4128163

Employed ☑ Full-Time Student ☐ Part-Time Student ☐

ZIP CODE 78559    TELEPHONE (INCLUDE AREA CODE)
(956) 412-8163

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
R & L CARRIERS

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES ☑ NO ☐

a. INSURED'S DATE OF BIRTH  MM DD YY   SEX M ☑ F ☐

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY   SEX M ☐ F ☐

b. AUTO ACCIDENT?   PLACE (State)
YES ☐ NO ☑

b. EMPLOYER'S NAME OR SCHOOL NAME
R & L CARRIERS

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES ☐ NO ☑

c. INSURANCE PLAN NAME OR PROGRAM NAME
CRAWFORD

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐ NO ☐    If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE    DATE 02/17/03

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)  MM 01 DD 16 YY 03

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM 01 DD 16 YY 03

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY    TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY    TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES ☐ NO ☑    | 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 807.8    3. 807.00
2. 786.59   4. 959.01

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER
YES

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 01 28 03 | 01 28 03 | 11 | 1 | 97124 | 1,3,2,4 | 28 00 | 1 0 | | Y | | |
| 2 01 28 03 | 01 28 03 | 11 | 1 | 97035 | 1,3,2,4 | 22 00 | 1 0 | | Y | | |
| 3 01 30 03 | 01 30 03 | 11 | 1 | 97110 | 1,3,2,4 | 35 00 | 1 0 | | Y | | |
| 4 01 30 03 | 01 30 03 | 11 | 1 | 97032 | 1,3,2,4 | 22 00 | 1 0 | | Y | | |
| 5 01 30 03 | 01 30 03 | 11 | 1 | 97124 | 1,3,2,4 | 28 00 | 1 0 | | Y | | |
| 6 01 30 03 | 01 30 03 | 11 | 1 | 97035 | 1,3,2,4 | 22 00 | 1 0 | | | | |

25. FEDERAL TAX I.D. NUMBER    SSN ☐ EIN ☑
74-2118656

26. PATIENT'S ACCOUNT NO.
17669-2003017H

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES ☑ NO ☐

28. TOTAL CHARGE
$ 157 00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 157 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
ABRAHAM CANO MD
SIGNED    DATE 02/17/03

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
DR ABRAHAM CANO
2401 ED CAREY DR STE A
HARLINGEN TX 78550
MDE0912

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
ABRAHAM CANO MD
2401 ED CAREY DR #A
HARLINGEN TX 78550
PIN# MDE0912    GRP# (956) 425-9181

9

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR TYPE    FORM HCFA-1500 (12-90)

PHYSICIAN OR SUPPLIER INFORMATION

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CRAWFORD

PO BOX 271
WILMINGTON OH 45177

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | 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 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
RODRIGUEZ    ROGELIO

3. PATIENT'S BIRTH DATE
MM 01 DD 12 YY 60    SEX M ☒ F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
R & L CARRIERS

5. PATIENT'S ADDRESS (No., Street)
123 DOLORES ST

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☐ Child ☐ Other ☒

7. INSURED'S ADDRESS (No. Street)
27184-1 RABB RD

CITY
PRIMERA    STATE TX

8. PATIENT STATUS
Single ☐ Married ☒ Other ☐

CITY
LA FERIA    STATE TX

ZIP CODE 78552    TELEPHONE (Include Area Code) (956) 4128163

Employed ☒ Full-Time Student ☐ Part-Time Student ☐

ZIP CODE 78559    TELEPHONE (INCLUDE AREA CODE) (956) 412-8163

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
R & L CARRIERS

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
☒ YES ☐ NO

a. INSURED'S DATE OF BIRTH
MM DD YY    SEX M ☒ F

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY    SEX M ☐ F ☐

b. AUTO ACCIDENT?    PLACE (State)
☐ YES ☒ NO

b. EMPLOYER'S NAME OR SCHOOL NAME
R & L CARRIERS

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
CRAWFORD

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☐ NO    If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE
SIGNED    DATE 02/17/03

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
MM 01 DD 16 YY 03

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM 01 DD 16 YY 03

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY    TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY    TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?    $ CHARGES
☐ YES ☒ NO    .00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 807.8    3. 807.00
2. 786.59    4. 959.01

22. MEDICAID RESUBMISSION
CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER
YES

| 24. A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | |
| 02 | 03 | 03 | 02 | 03 | 03 | 11 | 1 | 97110 | 1.3.2.4 | 70.00 | 2.0 | | Y | | |
| 02 | 03 | 03 | 02 | 03 | 03 | 11 | 1 | 97032 | 1.3.2.4 | 22.00 | 1.0 | | Y | | |
| 02 | 03 | 03 | 02 | 03 | 03 | 11 | 1 | 97124 | 1.3.2.4 | 22.00 | 1.0 | | Y | | |
| 02 | 03 | 03 | 02 | 03 | 03 | 11 | 1 | 97035 | 1.3.2.4 | 22.00 | 1.0 | | Y | | |
| 02 | 05 | 03 | 02 | 05 | 03 | 11 | 1 | 97110 | 1.3.2.4 | 105.00 | 3.0 | | Y | | |
| 02 | 05 | 03 | 02 | 05 | 03 | 11 | 1 | 97032 | 1.3.2.4 | 22.00 | 1.0 | | | | |

25. FEDERAL TAX I.D. NUMBER    SSN ☐ EIN ☒
74-2118656

26. PATIENT'S ACCOUNT NO.
17669-20030171

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
☒ YES ☐ NO

28. TOTAL CHARGE
$ 269.00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 269.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
ABRAHAM CANO MD
SIGNED    DATE 02/17/03

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
DR ABRAHAM CANO
2401 ED CAREY DR STE A
HARLINGEN TX 78550
MDF0912

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
ABRAHAM CANO MD
2401 ED CAREY DR #A
HARLINGEN TX 78550
PIN MDF0912    GRP (956) 425-9181

10

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88    PLEASE PRINT OR TYPE    FORM HCFA-1500 (12-90)

PHYSICIAN OR SUPPLIER INFORMATION

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CRAWFORD

PO BOX 271
WILMINGTON OH 45177

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) X | 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 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| RODRIGUEZ    ROGELIO | 01 13 68 | M X  F | R & L CARRIERS |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 123 DOLORES ST | Self  Spouse  Child  Other X | 27184-1 RABB RD |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| PRIMERA | TX | Single  Married X  Other | LA FERIA | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 78552 | (956) 4128163 | Employed  Full-Time Student  Part-Time Student | 78559 | (956) 412-8163 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | R & L CARRIERS |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | YES X  NO | MM DD YY | M X  F |

| b. OTHER INSURED'S DATE OF BIRTH    SEX | b. AUTO ACCIDENT?    PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|
| MM DD YY    M  F | YES  NO X | R & L CARRIERS |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES  NO X | CRAWFORD |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | YES  NO X  If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below

SIGNED SIGNATURE ON FILE    DATE 02/17/03

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 01 15 03 | 01 15 03 | FROM MM DD YY    TO MM DD YY |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | | FROM MM DD YY    TO MM DD YY |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?    $ CHARGES |
|---|---|
| | YES  NO X    .00 |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO. |
|---|---|
| 1. 807.8    3. 807.00 | |
| 2. 786.59    4. 459.01 | 23. PRIOR AUTHORIZATION NUMBER    YES |

| 24. A. DATE(S) OF SERVICE From — To | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 05 03  02 05 03 | 11 | 1 | 97124 | 1,3,2,4 | 28.00 | 1.0 | | Y | | |
| 02 05 03  02 05 03 | 11 | 1 | 97035 | 1,3,2,4 | 22.00 | 1.0 | | Y | | |
| 02 07 03  02 07 03 | 11 | 1 | 97110 | 1,3,2,4 | 105.00 | 3.0 | | Y | | |
| 02 07 03  02 07 03 | 11 | 1 | 97032 | 1,3,2,4 | 22.00 | 1.0 | | Y | | |
| 02 07 03  02 07 03 | 11 | 1 | 97124 | 1,3,2,4 | 28.00 | 1.0 | | Y | | |
| 02 07 03  02 07 03 | 11 | 1 | 97035 | 1,3,2,4 | 22.00 | 1.0 | | Y | | |

| 25. FEDERAL TAX I.D. NUMBER    SSN  EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 74-2118656    X | 17669-20030317 | YES X  NO | $ 227.00 | $ | $ 227.00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS I certify that the statements on the reverse apply to this bill and are made a part thereof. | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| ABRAHAM CANO MD SIGNED    DATE 02/17/03 | DR ABRAHAM CANO 2401 ED CAREY DR STE A HARLINGEN TX 78550    MDF0912 | ABRAHAM CANO MD 2401 ED CAREY DR #A HARLINGEN TX 78550    11 PIN MDF0912    GRP (956) 425-9181 |

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88    PLEASE PRINT OR TYPE    FORM HCFA-1500 (12-90)

PHYSICIAN OR SUPPLIER INFORMATION

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CRAWFORD

PO BOX 271
WILMINGTON OH 45177

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER [X] (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|

1a. INSURED'S I.D. NUMBER: 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

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
RODRIGUEZ      ROGELIO

3. PATIENT'S BIRTH DATE   MM 01 DD 12 YY 60   SEX M [X] F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
R & L CARRIERS

5. PATIENT'S ADDRESS (No., Street)
123 DOLORES ST

6. PATIENT RELATIONSHIP TO INSURED
Self [ ]  Spouse [ ]  Child [ ]  Other [X]

7. INSURED'S ADDRESS (No., Street)
27184-1 RABB RD

CITY
PRIMERA

STATE
TX

8. PATIENT STATUS
Single [ ]  Married [X]  Other [ ]

CITY
LA FERIA

STATE
TX

ZIP CODE
78552

TELEPHONE (Include Area Code)
(956) 412 8163

Employed [X]  Full-Time Student [ ]  Part-Time Student [ ]

ZIP CODE
78559

TELEPHONE (INCLUDE AREA CODE)
(956) 412-8163

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
R & L CARRIERS

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
[X] YES  [ ] NO

a. INSURED'S DATE OF BIRTH   MM DD YY   SEX M [X] F [ ]

b. OTHER INSURED'S DATE OF BIRTH   MM DD YY   SEX M [ ] F [ ]

b. AUTO ACCIDENT?   PLACE (State)
[ ] YES  [X] NO

b. EMPLOYER'S NAME OR SCHOOL NAME
R & L CARRIERS

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
[X] YES  [ ] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
CRAWFORD

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ] YES  [ ] NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE    DATE 02/17/03

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)   MM 01 DD 16 YY 03

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM 01 DD 16 YY 03

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  [ ] YES  [X] NO   $ CHARGES  .00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 807.8
2. 786.59
3. 807.00
4. 959.01

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER
YES

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02 07 03  02 07 03 | 11 | 1 | 99213 | 1,3,2,4 | 48.00 | 1.0 | | Y | | |
| 2 | 02 07 03  02 07 03 | 11 | 1 | 99080  73 | 1,3,2,4 | 15.00 | 1.0 | | Y | | |
| 3 | 02 14 03  02 14 03 | 11 | 1 | 99213 | 1,3,2,4 | 48.00 | 1.0 | | Y | | |
| 4 | 02 14 03  02 14 03 | 11 | 1 | 99080  73 | 1,3,2,4 | 15.00 | 1.0 | | Y | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN [ ]  EIN [X]
74-2118656

26. PATIENT'S ACCOUNT NO.
17669-2003017K

27. ACCEPT ASSIGNMENT? (For govt. claims. see back)
[X] YES  [ ] NO

28. TOTAL CHARGE
$ 126.00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 126.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
ABRAHAM CANO MD
SIGNED  DATE 02/17/03  MDF0912

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
DR ABRAHAM CANO
2401 ED CAREY DR STE A
HARLINGEN TX 78550

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
ABRAHAM CANO MD
2401 ED CAREY DR #A
HARLINGEN TX 78550
PIN MDF0912  GRP (956) 425-9181

12

PHYSICIAN OR SUPPLIER INFORMATION

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88    PLEASE PRINT OR TYPE    FORM HCFA-1500 (12-90)