**RYDMAN RECORD RETRIEVAL**
4211 GARDENDALE, SUITE 104-A
SAN ANTONIO, TX 78229
TEL: 210/477-1308  FAX: 210/477-1309

ROGELIO RODRIGUEZ
V.
JAMES ARTHUR LARSON

RECORDS REGARDING:  ROGELIO RODRIGUEZ
FOR THE TIME PERIOD OF JANUARY 16, 2003 TO THE PRESENT

RECORD TYPE:  MEDICAL & BILLING RECORDS

RECORDS FROM:  D. S. GILL, M.D., FOCCUS MEDICINE CENTER
1120 Galveston
McAllen, Texas 78501

DELIVER TO:  Mr. Patrick R. Kasperitis
Dunn, Weathered, Coffey, Rivera, Kasperitis & Rodriguez
611 S. Upper Broadway
Corpus Christi, Texas 78401

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROGELIO RODRIGUEZ

VS.                                    CIVIL ACTION NO. CA-13-04-137

JAMES ARTHUR LARSON

DEPOSITION BY WRITTEN QUESTIONS PROPOUNDED
TO THE WITNESS:

D. S. GILL, M.D., FOCCUS MEDICINE CENTER
1120 Galveston
McAllen, Texas 78501
(956) 686-5512

1. Please state your full name, business address, and official title.
ANSWER: D.S. Gill, MD, FRCSC, FACS, 1120 Galveston, McAllen, TX

2. Did you receive a subpoena for the production of records and other documents pertaining to ROGELIO RODRIGUEZ (FOR THE TIME PERIOD OF JANUARY 16, 2003 TO THE PRESENT)?
ANSWER: Yes

3. Has ROGELIO RODRIGUEZ (FOR THE TIME PERIOD OF JANUARY 16, 2003 TO THE PRESENT) been treated or examined by or received services from D. S. GILL, M.D., FOCCUS MEDICINE CENTER?
ANSWER: Yes

4. Has D. S. GILL, M.D., FOCCUS MEDICINE CENTER made or caused to be made any memorandum, report, record or data compilation, in any form, of the examination and/or treatment of said patient or regarding the services performed for ROGELIO RODRIGUEZ (FOR THE TIME PERIOD OF JANUARY 16, 2003 TO THE PRESENT)?
ANSWER: Yes

5. Are these memorandum, reports, records, or data compilations under your care, supervision, direction, custody and/or control?

ANSWER: Yes

6. Were these memoranda, reports, records, or data compilations made or caused to be made by D. S. GILL, M.D., FOCCUS MEDICINE CENTER?

ANSWER: Yes

7. Please state whether or not it was in the regular course of business of, for a person with knowledge of the acts, events, conditions, opinions, or diagnoses recorded to make the record or to transmit information thereof to be included in such record.

ANSWER: Yes

8. Were the entries of these memoranda, reports, records, or data compilations made at or shortly after the time of the transaction recorded on these entries?

ANSWER: Yes

9. Were these records made and kept in the regular course of business?

ANSWER: Yes

10. Please attach exact duplicates of the <u>requested records</u> pertaining to ROGELIO RODRIGUEZ (FOR THE TIME PERIOD OF JANUARY 16, 2003 TO THE PRESENT) to this deposition OR hand exact duplicates of the <u>requested records</u> or the originals thereof for photocopying to the notary public taking your deposition for attachment to this deposition. Have you done as requested?

If not, identify for the notary public the records and documents you did not produce and explain why you did not produce them.

ANSWER: Yes,

11. Please state the full amount of charges in the treatment of the patient, ROGELIO RODRIGUEZ (FOR THE TIME PERIOD OF JANUARY 16, 2003 TO THE PRESENT).

ANSWER: $2,465.00

12. Please state whether or not such charges are reasonable and necessary for like or similar services rendered in the vicinity in which they were incurred.

ANSWER: Yes

13. Please state whether or not the charges are reasonable and the services performed were necessary for the proper care and treatment of ROGELIO RODRIGUEZ (FOR THE TIME PERIOD OF JANUARY 16, 2003 TO THE PRESENT).

ANSWER: Yes

14. Has the patient's attorney requested the preparation of a narrative report?

If your answer to this question is, "Yes", and this report is NOT included in the documents produced, please explain why you did not produce the report.

ANSWER: Yes

15. Are you aware of any other hospital, clinic, sanitarium, physician, chiropractor, or osteopath, not mentioned in the records, that may have possession of records pertaining to the person subject to this deposition? If so, please state the name of such entity and describe briefly what records they possess.

ANSWER: Yes, McAllen MRI Report, - Southern Bone & Joint 1 time Consultation

16. Have you been requested, directed, or has it ever been suggested by any person (whether doctor, lawyer, patient, or anyone else) that any part of the records subject to this deposition be withheld or protected from discovery for any reason? If so, please state the name and address of the person who conveyed this information to you and when such event occurred.

ANSWER: No

17. Do you have any reason to believe that the records subject to this deposition have been edited, purged, culled or in any other manner made different from the way such records existed when created? If so, please explain your knowledge or belief in the regard.

ANSWER: No

18. Are there any other locations where records or documents pertaining to ROGELIO RODRIGUEZ (FOR THE TIME PERIOD OF JANUARY 16, 2003 TO THE PRESENT) would be or may be kept by D. S. GILL, M.D., FOCCUS MEDICINE CENTER?

If yes, please identify the name and address of that location if known.

ANSWER: No.

19. In the event that no records can be found, or a portion of the records cannot be found, are there document archives (i.e. microfiche), document retention or destruction policies which explain their absence? If yes, please identify who has knowledge of those archives or policies for **D. S. GILL, M.D., FOCCUS MEDICINE CENTER.**

ANSWER: No

_____
WITNESS, CUSTODIAN OF RECORDS

I, Beatriz L. Chavez, a Notary Public in and for the State of Texas do hereby certify that the foregoing answers of the witness were made by the said witness and sworn to and subscribed before me. The records attached hereto are exact duplicates of the original records.

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this the 19th day of January, 20 05.

_____
Notary Public in and for the State of Texas

Beatriz L Chavez
My Commission Expires
March 29, 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROGELIO RODRIGUEZ AND §
ELIZABETH RODRIGUEZ §
V. § CIVIL ACTION NO. B-04-137
JAMES ARTHUR LARSON §

### CROSS QUESTIONS TO BE PROPOUNDED
### TO CUSTODIAN(S) OF RECORDS FOR:

HERMAN J. KEILLOR, M.D.; JORGE TIJMES, M.D.;
D. S. GILL, M.D., FOCCUS MEDICINE CENTER;
D. S. GILL, M.D., OIS REHAB CENTER; and
ABRAHAM CANO, M.D.
(MEDICAL & BILLING RECORDS)

1. Has ROGELIO RODRIGUEZ received treatment or services from, or been examined by SEE LIST OF PROVIDERS prior to January 16, 2003?

ANSWER: No

2. Has SEE LIST OF PROVIDERS made or caused to be made any memorandum, report, or data compilation, *in any form*, of the examination and/or treatment of ROGELIO RODRIGUEZ or regarding the services performed for ROGELIO RODRIGUEZ prior to January 16, 2003?

ANSWER: Yes

3. Are these memorandum, reports, or data compilations under your care, supervision, direction, custody, and/or control?

ANSWER: Yes

4. Were these memoranda, reports, records, or data compilations made or caused to be made by SEE LIST OF PROVIDERS?

ANSWER: Yes

5. Please state whether or not it was in the regular course of business of SEE LIST OF PROVIDERS for a person with knowledge of the acts, events, conditions, opinions, or diagnoses recorded to make the record or to transmit information thereof to be included in such record.

ANSWER: Yes

-2-

6. Were the entries of these memoranda, reports, records, or data compilations made at or shortly after the time of the transaction recorded on these entries?

ANSWER: Yes

7. Were these records made and kept in the regular course of business?

ANSWER: Yes

8. Please attach exact duplicates of the requested records pertaining to ROGELIO RODRIGUEZ FOR THE TIME PERIOD PRIOR TO JANUARY 16, 2003, to this deposition or hand exact duplicates of the requested records or the originals thereof for photocopying to the notary public taking your deposition for attachment to this deposition. Have you done as requested? If not, identify for the notary public the records and documents you did not produce and explain why you did not produce them.

ANSWER: Yes

9. Please state the full amount of charges in the treatment of the patient, ROGELIO RODRIGUEZ, for the time period prior to January 16, 2003.

ANSWER: N/A

10. Please describe in detail all medical training that qualifies you to determine whether medical treatment or services was necessary.

ANSWER: Texas Medical License

11. Please describe in detail all medical training that qualifies you to determine whether the charges for medical treatment or services were reasonable.

ANSWER: 30 Years of Experience

12. Please describe in detail your work history and training which makes you personally knowledgeable of the usual and ordinary charges for medical treatment in Nueces County, Texas.

ANSWER: See Attached

13. Are there any other locations where records or documents pertaining to ROGELIO RODRIGUEZ, for the time period prior to January 16, 2003, would be or may be kept by SEE LIST OF PROVIDERS? If yes, please identify the name and address of that location, if known.

ANSWER: No

14. In the event that no records can be found, or a portion of the records cannot be found, are there document archives (i.e. microfiche), document retention or destruction policies which explain their absence? If yes, please identify who has knowledge of those archives or policies for SEE LIST OF PROVIDERS.

ANSWER: NO

_____
WITNESS, CUSTODIAN OF RECORDS

I, Beatriz L. Chavez, a Notary Public in and for the state of Texas, do hereby certify that the foregoing answers of the witness were made by the said witness and sworn to and subscribed before me. The records attached hereto are exact duplicates of the original records.

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this the 19th day of January, 2005.

_____
NOTARY PUBLIC, STATE OF TEXAS

*Seal / Stamp*



Beatriz L Chavez
My Commission Expires
March 29, 2008

-4-



Foccus Medicine CenterLTD,LLP
1120 Galveston Ave. STE B
McAllen, TX 78501
(956)686-5512

11/29/2004

1

Rogelio Rodriguez
123 Dolores St.
Harlingen, TX 78550

RODRO000

| Date | Procedure | Description | Units | Diagnosis | Amount |
|---|---|---|---|---|---|
| Patient: Rogelio Rodriguez | | Chart #: RODRO000 | | Modifier DX: 723.4   959.01  847.2 | |
| 8/20/2003 | 99204 | Intial Office Visit | 1 | | 300.00 |
| 9/2/2003 | 99213 | Est.Patient Office Visit | 1 | | 125.00 |
| 9/11/2003 | 99213 | Est.Patient Office Visit | 1 | | 125.00 |
| 9/11/2003 | 20550 | Trigger point Injection | 3 | | 225.00 |
| 9/11/2003 | J2000 | Lidocaine Injection | 1 | | 20.00 |
| 9/11/2003 | J3301 | Kenalog | 1 | | 25.00 |
| 9/18/2003 | 72070 | Thoracic Ap &Lat Spine | 1 | 26 | 50.00 |
| 9/18/2003 | 72070 | Thoracic Ap &Lat Spine | 1 | 27 | 100.00 |
| 9/18/2003 | 72100 | X-Ray L-Spine | 1 | 26 | 50.00 |
| 9/18/2003 | 72100 | X-Ray L-Spine | 1 | 27 | 100.00 |
| 9/23/2003 | 99213 | Est.Patient Office Visit | 1 | | 125.00 |
| 10/9/2003 | 99213 | Est.Patient Office Visit | 1 | | 125.00 |
| 10/9/2003 | 20550 | Trigger point Injection | 9 | | 675.00 |
| 10/9/2003 | J2000 | Lidocaine Injection | 1 | | 20.00 |
| 10/9/2003 | J3301 | Kenalog | 1 | | 25.00 |
| 12/22/2003 | 99213 | Est.Patient Office Visit | 1 | | 125.00 |
| 1/20/2004 | 99213 | Est.Patient Office Visit | 1 | | 125.00 |
| 2/26/2004 | 99213 | Est.Patient Office Visit | 1 | | 125.00 |

| 0.00 | 0.00 | 2,465.00 | 2,465.00 |
|---|---|---|---|

**8**