# TEAM LITIGATION COMPANY

**CAUSE NO.:** B-04-137

**STYLE OF CASE:** ROGELIO RODRIGUEZ
AND ELIZABETH RODRIGUEZ

VS.

JAMES ARTHUR LARSON

**RECORDS FROM:** McAllen MRI Center
Billing Records

**PERTAINING TO:** Rogelio Rodriguez

TY███████████ Billing Records

**ORDERED BY:** Mr. Patrick R. Kasperitis

3605 Katy Fwy., Suite 100
Houston, Texas 77007
(713) 802-9100
Fax (713) 802-9108
www.TeamLit.com

*A Full Service Litigation Records Retrieval Company*

Records Retrieval • Court Reporting • Copy Service • Trial Boards • Video Depositions

10339-8

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § § | |
| Plaintiff, | § | |
| VS. | § § § § § § | Civil Action No. B-04-137 |
| JAMES ARTHUR LARSON Defendant. | § § | |

DEPOSITION BY WRITTEN QUESTIONS PROPOUNDED TO
THE CUSTODIAN OF BILLING RECORDS FOR:
McAllen MRI Center
Billing Records

Specifically subpoenaed are: Any and all billing records from date of birth, 01/12/1960 to the present, pertaining to ROGELIO RODRIGUEZ; SSN: 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; DOB: 01/12/1960, including, but not limited to itemized billing statements, CPT codes, collection reports, records showing any payments, credits and/or adjustments, or any other billing information within the care, custody or control, or to which said custodian has access.

1. Please state your full name.

   Answer: Melanie Lopez

2. Please state by whom you are employed and the business address.

   Answer: McAllen MRI Center, 320 N. McColl Ste. E, McAllen, TX 78501

3. What is the title of your position or job?

   Answer: Custodian of patient Records

4. Are the Billing Records, memoranda or reports outlined in the subpoena duces tecum pertaining to **Rogelio Rodriguez** in your custody and/or subject to your control, supervision or direction?

   Answer: Yes

5. Are you able to identify these Billing Records as the originals or true and correct copies of the originals?

   Answer: Yes

6. Please provide to the Officer taking this deposition photostatic copies of the complete Billing Records outlined in the subpoena duces tecum. Have you complied?

ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ vs.
JAMES ARTHUR LARSON

Cause No.: B-04-137                                                                 Records of: Rogelio Rodriguez

Answer: *Yes*

7. Are the copies which you have provided to the Officer taking this deposition true and correct copies of all such Billing Records?

Answer: *Yes*

8. Are the originals of such Billing Records in the files of this company?

Answer: *Yes*

9. Are the originals of such Billing Records a permanent part of the records of this company?

Answer: *Yes*

10. Were such Billing Records, memoranda or reports made in the regular course of business of this company?

Answer: *Yes*

11. Was it the regular course of business of this company for employees and representatives of this company with personal knowledge of the acts, events, conditions and other information contained in such Billing Records you have furnished to the Officer taking this deposition, to make such Billing Records or to transmit information pertaining thereto to be included in such Billing Records?

Answer: *Yes*

12. Were the entries in the Billing Records, memoranda or reports made by employees or representatives made at or near the time when the acts, events, conditions and other information contained therein occurred, were observed or rendered, or made reasonably soon thereafter?

Answer: *Yes*

13. Have you been requested, directed, or has it ever been suggested by any person (whether a lawyer, doctor, patient, or any other person) that any part of the records subject to this deposition be withheld or protected from discovery for any reason? If so, please state the name and address of that person who conveyed this information to you and when such event occurred.

Answer: *No*

ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ vs.
JAMES ARTHUR LARSON

Cause No.: B-04-137                                         Records of: Rogelio Rodriguez

14. Do you know whether or not, or do you have any reason to believe that the records subject to this deposition have in any manner been edited, purged, culled or in any other manner made different from the way such record existed when created? If so, please explain your knowledge or belief in this regard.

Answer: _No_

_Melanie Lopez_
**CUSTODIAN SIGNATURE**

(Section below to be completed by the Notary Public)

_Melanie Lopez_
(Print the name of the custodian)

appeared before me stating that the answer provided to each and every question is true as stated AND has provided an exact duplicate of the original records(s) as described in the SUBPOENA.

SWORN TO AND SUBSCRIBED, before me on this the _7_ day of _February_, 20 _05_

_[signature]_
NOTARY PUBLIC

VIRGINIA ORENDAIN
MY COMMISSION EXPIRES
NOVEMBER 6, 2007

# Statement of Account

MEDICAL IMAGERS 1 LP
320 N. Mc COLL Ste. B
McALLEN, TX 78501


0000172990    1

ROGELIO RODRIGUEZ
123 DOLORES ST
HARLINGEN, TX 78550

02/09/2005

| Date | For | Description | Ref | Charges | Credits |
|---|---|---|---|---|---|
| 11/13/2003 | ROGELIO | MRI SPINAL CANAL CERV; WO ( | 23 | 1850.00 | |

| 0 - 30 Days Current | 31 - 60 Day Past Due | | | |  |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $1850.00 | $1850.00 |

## Notes

PLEASE CALL US AT 956-630-3400

PLEASE CALL US AT 956-630-3400

1

# Statement of Account

MEDICAL IMAGERS 1 LP
320 N. Mc COLL Ste. B
McALLEN, TX 78501

| | |
|---|---|
| 0000172990 | 1 |

ROGELIO RODRIGUEZ
123 DOLORES ST
HARLINGEN, TX 78550

02/09/2005

| Date | For | Description | Ref | Charges | Credits |
|---|---|---|---|---|---|
| 10/02/2004 | ROGELIO | MRI SPINAL CANAL LUMB; WO | 3032 | 1850.00 | |
| 10/29/2004 | ROGELIO | WORKMANS COMP CK | 3032 | | -636.95 |

| 0 - 30 Days Current | 31 - 60 Days Past Due | | | | |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $1213.05 | $0.00 | $1213.05 |

## Notes
PLEASE CALL US AT 956-630-3400

PLEASE CALL US AT 956-630-3400

2