# TEAM LITIGATION COMPANY

CAUSE NO.: B-04-137

STYLE OF CASE: ROGELIO RODRIGUEZ
AND ELIZABETH RODRIGUEZ

VS.

JAMES ARTHUR LARSON

RECORDS FROM: Rio Grande Valley Imaging & Diagnostic Center

PERTAINING TO: Rogelio Rodriguez

TYPE OF RECORDS: Billing Records

ORDERED BY: Mr. Patrick R. Kasperitis

---

3605 Katy Fwy., Suite 100
Houston, Texas 77007
(713) 802-9100
Fax (713) 802-9108
www.TeamLit.com

*A Full Service Litigation Records Retrieval Company*

Records Retrieval • Court Reporting • Copy Service • Trial Boards • Video Depositions

RECEIVED
MAY 17 2005

10339-4

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROGELIO RODRIGUEZ §
AND ELIZABETH RODRIGUEZ §
§
§
Plaintiff, §
VS. §     Civil Action No. B-04-137
§
§
§
§
JAMES ARTHUR LARSON §
Defendant. §

DEPOSITION BY WRITTEN QUESTIONS PROPOUNDED TO
THE CUSTODIAN OF BILLING RECORDS FOR:
Rio Grande Valley Imaging & Diagnostic Center

Specifically subpoenaed are: Any and all billing records from date of birth, 01/12/1960 to the present, pertaining to ROGELIO RODRIGUEZ; SSN: 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; DOB: 01/12/1960, including, but not limited to itemized billing statements, CPT codes, collection reports, records showing any payments, credits and/or adjustments, or any other billing information within the care, custody or control, or to which said custodian has access.

1. Please state your full name.
   Answer: Gina Gonzalez

2. Please state by whom you are employed and the business address.
   Answer: Rio Grande Valley Imaging

3. What is the title of your position or job?
   Answer: Receptionist

4. Are the Billing Records, memoranda or reports outlined in the subpoena duces tecum pertaining to Rogelio Rodriguez in your custody and/or subject to your control, supervision or direction?
   Answer: Yes

5. Are you able to identify these Billing Records as the originals or true and correct copies of the originals?
   Answer: Yes

6. Please provide to the Officer taking this deposition photostatic copies of the complete Billing Records outlined in the subpoena duces tecum. Have you complied?
   Answer: Yes

ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ vs.
JAMES ARTHUR LARSON

Cause No.: B-04-137                                     Records of: Rogelio Rodriguez

7. Are the copies which you have provided to the Officer taking this deposition true and correct copies of all such Billing Records?

   Answer: __Yes__

8. Are the originals of such Billing Records in the files of this company?

   Answer: __Yes__

9. Are the originals of such Billing Records a permanent part of the records of this company?

   Answer: __Yes__

10. Were such Billing Records, memoranda or reports made in the regular course of business of this company?

    Answer: __Yes__

11. Was it the regular course of business of this company for employees and representatives of this company with personal knowledge of the acts, events, conditions and other information contained in such Billing Records you have furnished to the Officer taking this deposition, to make such Billing Records or to transmit information pertaining thereto to be included in such Billing Records?

    Answer: __Yes__

12. Were the entries in the Billing Records, memoranda or reports made by employees or representatives made at or near the time when the acts, events, conditions and other information contained therein occurred, were observed or rendered, or made reasonably soon thereafter?

    Answer: __Yes__

13. Have you been requested, directed, or has it ever been suggested by any person (whether a lawyer, doctor, patient, or any other person) that any part of the records subject to this deposition be withheld or protected from discovery for any reason? If so, please state the name and address of that person who conveyed this information to you and when such event occurred.

    Answer: __NO__

ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ vs.
JAMES ARTHUR LARSON

Cause No.: B-04-137                                              Records of: Rogelio Rodriguez

14. Do you know whether or not, or do you have any reason to believe that the records subject to this deposition have in any manner been edited, purged, culled or in any other manner made different from the way such record existed when created? If so, please explain your knowledge or belief in this regard.

Answer: _____No_____

_____Nina Gonzalez_____
CUSTODIAN SIGNATURE

(Section below to be completed by the Notary Public)

_____Gina Gonzalez_____
(Print the name of the custodian)

appeared before me stating that the answer provided to each and every question is true as stated AND has provided an exact duplicate of the original records(s) as described in the SUBPOENA.

SWORN TO AND SUBSCRIBED, before me on this the __4__ day of __May__, 20_05_.

_____Yolanda M. Cano_____
NOTARY PUBLIC

[Notary seal: YOLANDA M. CANO / MY COMMISSION EXPIRES / JULY 18, 2006]

RIO GRANDE VALLEY IMG. CENTER
# Patient Day Sheet
Ending 2/22/2005

| Entry | Date | Document | POS | Description | Provider | Code | Amount |
|---|---|---|---|---|---|---|---|
| RODRO007 | | Rogelio Rodriguez | | | | | |
| 27655 | 10/8/2003 | 0310090000 | 11 | mri l-sp wo contrast | R | 72148 | 1,400.00 |
| | | Patient's Charges | | Patient's Receipts | Adjustments | | Patient Balance |
| | | $1,400.00 | | $0.00 | $0.00 | | $1,400.00 |

RIO GRANDE VALLEY IMG. CENTER
## Patient Day Sheet
Ending 5/4/2005

| Entry | Date | Document | POS | Description | Provider | Code | Amount |
|---|---|---|---|---|---|---|---|
| **RODRO007** | | **Rogelio Rodriguez** | | | | | |
| 27655 | 10/8/2003 | 0310090000 | 11 | mri l-sp wo contrast | R | 72148 | 1,400.00 |
| 42988 | 4/25/2005 | 0504250000 | 11 | | R | 99080 | 90.00 |
| 42989 | 4/25/2005 | 0504250000 | 11 | medical rec | R | CHECK | -90.00 |
| | | Patient's Charges | | Patient's Receipts | Adjustments | | Patient Balance |
| | | $1,490.00 | | -$90.00 | $0.00 | | $1,400.00 |

RIO GRANDE VALLEY IMG. CENTER

## Patient Day Sheet
Ending 5/4/2005

| | |
|---|---:|
| Total # Patients | 1 |
| Total # Procedures | 2 |
| Total Procedure Charges | $1,490.00 |
| Total Product Charges | $0.00 |
| Total Inside Lab Charges | $0.00 |
| Total Outside Lab Charges | $0.00 |
| Total Billing Charges | $0.00 |
| Total Tax Charges | $0.00 |
| Total Charges | $1,490.00 |
| | |
| Total Insurance Payments | $0.00 |
| Total Cash Copayments | $0.00 |
| Total Check Copayments | $0.00 |
| Total Credit Card Copayments | $0.00 |
| Total Patient Cash Payments | $0.00 |
| Total Patient Check Payments | -$90.00 |
| Total Credit Card Payments | $0.00 |
| Total Receipts | -$90.00 |
| | |
| Total Credit Adjustments | $0.00 |
| Total Debit Adjustments | $0.00 |
| Total Insurance Debit Adjustments | $0.00 |
| Total Insurance Credit Adjustments | $0.00 |
| Total Insurance Withholds | $0.00 |
| Total Adjustments | $0.00 |
| | |
| Net Effect on Accounts Receivable | $1,400.00 |