UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | § | |

-oOo-

## NOTICE OF DECLARATION (AFFIDAVIT) UNDER FEDERAL RULE OF EVIDENCE 902 (11)

Please take notice that Plaintiff Rogelio Rodriguez, has obtained the declaration (Affidavit) under penalty of perjury of Celia Salinas custodian of records for RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER, certifying the authenticity of the business records of RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER, for use at the trial of this case under Federal Rule of Evidence 902 (11).

A copy of the declaration (Affidavit) of CELIA SALINAS, CUSTODIAN OF RECORDS FOR RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER is attached to this notice as Exhibit "A".

Dated this the 19TH day of April, 2006.

RESPECTFULLY SUBMITTED,

LAW OFFICE OF RANDALL P. CRANE
Attorney At Law
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-2496
BY:

RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Notice of Declaration/Affidavit of Dr. Eric Bennos, has been forwarded to the following:

**Patrick R. Kasperitis**
Attorney At Law
Dunn, Weathered, Coffey, Rivera,
Kasperitis & Rodriguez, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401

SIGNED THIS THE 19th DAY OF APRIL, 2006.

(CERTIFIED MAIL, RETURN RECEIPT REQUESTED #7004 0550 0001 3434 7352)

RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROGELIO RODRIGUEZ AND<br>ELIZABETH RODRIGUEZ<br><br>VS.<br><br>JAMES ARTHUR LARSON | §<br>§<br>§<br>§    CIVIL ACTION NO. B-04-137<br>§<br>§<br>-oOo- |

## AFFIDAVIT OF COSTS OF SERVICES BY CUSTODIAN

Name Of Patient: ROGELIO RODRIGUEZ
D.O.B.: 01/12/1960
S.S.N.: 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

STATE OF TEXAS

COUNTY OF CAMERON

BEFORE ME, the undersigned notary, on this day personally appeared Celia Salinas, a person whose identity is known to me. After I administered an oath to him/her, upon his/her oath, he/she said:

1. "My name is Celia Salinas, I am over 18 years of age, of sound mind, and capable of making this Affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am the person in charge of the records for **RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER**. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that **RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER** provided to ROGELIO RODRIGUEZ from 10-3-03 **thru present**. The attached records are a part of this affidavit.


EXHIBIT
A pg 1

3. The attached records are kept by me in the regular course of business. The information contained in the records was transmitted to me in the regular course of business by **RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER** or an employee or representative of **RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER**, who had personal knowledge of the information. The records were made at or near the time or reasonably soon after the time the service was provided. The records are the originals or exact duplicates of the originals.

4. The service provided was necessary, and the amount charged for the service was reasonable at the time and place the service was provided. The total amount of the charges for the services provided was $ 1400.00 .

5. The service provided was needed by **ROGELIO RODRIGUEZ** as a result of injuries sustained as the result of an automobile collision which occurred on January 16, 2003.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me by __CELIA SALINAS__ on the __3rd__ day of __March__, 2005̶6



_____
Notary Public, State of Texas

