UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | § | |
| | -oOo- | |

---

## AFFIDAVIT OF COSTS OF SERVICES BY CUSTODIAN

Name Of Patient: ROGELIO RODRIGUEZ
D.O.B.: 01/12/1960
S.S.N.: 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

STATE OF TEXAS

COUNTY OF CAMERON

BEFORE ME, the undersigned notary, on this day personally appeared _Celia Salinas_, a person whose identity is known to me. After I administered an oath to him/her, upon his/her oath, he/she said:

1.      "My name is _Celia Salinas_, I am over 18 years of age, of sound mind, and capable of making this Affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2.      I am the person in charge of the records for **RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER**.   Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that **RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER**   provided to **ROGELIO RODRIGUEZ**  from _10-3-03_ **thru present**. The attached records are a part of this affidavit.

3.  The attached records are kept by me in the regular course of business. The information contained in the records was transmitted to me in the regular course of business by **RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER** or an employee or representative of **RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER**, who had personal knowledge of the information. The records were made at or near the time or reasonably soon after the time the service was provided. The records are the originals or exact duplicates of the originals.

4.  The service provided was necessary, and the amount charged for the service was reasonable at the time and place the service was provided. The total amount of the charges for the services provided was $ 1400.00 .

5.  The service provided was needed by **ROGELIO RODRIGUEZ** as a result of injuries sustained as the result of an automobile collision which occurred on January 16, 2003.



**AFFIANT**

SWORN TO AND SUBSCRIBED before me by __CELIA SALINAS__ on the __3rd__ day of __March__, 2005X6

CYNTHIA ALANIZ
MY COMMISSION EXPIRES
February 21, 2007

Notary Public, State of __Texas__

RIO GRANDE VALLEY IMG, LTD

# Patient Day Sheet
### Ending 3/3/2006

| Entry | Date | Document | POS | Description | Provider | Code | Amount |
|-------|------|----------|-----|-------------|----------|------|--------|
| **RODRO007** | | **Rogelio Rodriguez** | | | | | |
| 27655 | 10/8/2003 | 0310090000 | 11 | mri l-sp wo contrast | R | 72148 | 1,400.00 |
| 42988 | 4/25/2005 | 0504250000 | 11 | | R | 99080 | 90.00 |
| 42989 | 4/25/2005 | 0504250000 | 11 | medical rec | R | CHECK | -90.00 |
| 45249 | 7/8/2005 | 0507080000 | 11 | | R | 99080 | 126.00 |
| 45250 | 7/8/2005 | 0507080000 | 11 | med rec team litigation | R | INS PAY | -126.00 |
| | | Patient's Charges | | Patient's Receipts | Adjustments | | Patient Balance |
| | | $1,616.00 | | -$216.00 | $0.00 | | $1,400.00 |

# Patient Day Sheet
## Ending 3/3/2006

| | |
|---|---:|
| Total # Patients | 1 |
| Total # Procedures | 3 |
| Total Procedure Charges | $1,616.00 |
| Total Product Charges | $0.00 |
| Total Inside Lab Charges | $0.00 |
| Total Outside Lab Charges | $0.00 |
| Total Billing Charges | $0.00 |
| Total Tax Charges | $0.00 |
| Total Charges | $1,616.00 |
| | |
| Total Insurance Payments | -$126.00 |
| Total Cash Copayments | $0.00 |
| Total Check Copayments | $0.00 |
| Total Credit Card Copayments | $0.00 |
| Total Patient Cash Payments | $0.00 |
| Total Patient Check Payments | -$90.00 |
| Total Credit Card Payments | $0.00 |
| Total Receipts | -$216.00 |
| | |
| Total Credit Adjustments | $0.00 |
| Total Debit Adjustments | $0.00 |
| Total Insurance Debit Adjustments | $0.00 |
| Total Insurance Credit Adjustments | $0.00 |
| Total Insurance Withholds | $0.00 |
| Total Adjustments | $0.00 |
| | |
| Net Effect on Accounts Receivable | $1,400.00 |

Rio Grande Valley
Imaging & Diagnostic Center

**PATIENT NAME:** ROGELIO RODRIGUEZ
**PATIENT #:** 7180
**DATE OF BIRTH:** 01/12/60
**DATE OF EXAM:** 10/08/03
**REFERRING PHYSICIAN:** DR. GILL

## MRI OF THE LUMBAR SPINE

**EXAMINATION:**

**HISTORY:** A 43 year old patient with pain in the lumbar region. The patient is also experiencing bilateral leg pain and was hit on the head during motor vehicle accident five months ago.

**MRI IMAGING PARAMETERS:** T1/T2 sagittal and axial T1 images of the lumbosacral spine were obtained without contrast on a Toshiba Opart Open MRI scanner.

**TOTAL NUMBER OF SLICES:** 56+ slices

**FINDINGS:** Examination of the lumbar spine reveals a hypolordotic lumbar curve. There is thinning of the disc at L3-L4 and desiccation of the discs at L4 thru S1. The vertebral bone marrow and prevertebral soft tissues are otherwise normal. The conus terminates in L1. Five lumbar vertebral segments are presumed for the purpose of this discussion. No subluxation is seen.

**L1-L2:** There is no evidence of a herniated disc, central spinal stenosis, neural exit foraminal stenosis or mass influence upon the central canal identified. Facet joint space narrowing is noted bilaterally.

**L2-L3:** There is no evidence of a herniated disc, central spinal stenosis, neural exit foraminal stenosis or mass influence upon the central canal identified. Facet joint space narrowing is noted bilaterally.

**L3-L4:** There is a 1 mm broad-based disc protrusion present minimally narrowing the ventral epidural fat and minimally narrowing the inner zonal fat of the neural exit foramina about 5% on both sides. Facet joint space narrowing is noted bilaterally.

**L4-L5:** There is a 1-2 mm broad-based disc protrusion present effacing the ventral epidural fat, minimally contacting and flattening the ventral dura and narrowing the inner zones of the neural exit foramina about 30% on both sides. This is indicative of disc edema. Facet arthrosis is noted bilaterally.

501 B N. Ed Carey Dr.
Harlingen, Texas 78550
(956) 440-8900 • 1-800-460-4721 • Fax (956) 440-8922

PATIENT NAME:        ROGELIO RODRIGUEZ
DATE OF EXAM:        10/08/03

L5-S1: There is a 1 mm broad-based disc protrusion present minimally narrowing the ventral epidural fat but not impinging upon neural structures. There is narrowing of the inner zonal fat of the neural exit foramina about 15% is noted bilaterally. The descending S1 nerve roots are symmetrical. The S1 joints are patent.

*NOTE – Oftentimes, irritation of the dorsal ramus (medial branch) becomes irritated as it supplies innervation to the facet joint. This may mimic sciatica. Thus, facet blocks may be useful in differentiating the origin of the patient's symptomatology and/or pain.

IMPRESSION:

1.   There is a hypolordotic lumbar curvature indicative of myofascial spasm. (Clinical correlation is suggested).

2.   There is thinning of the disc at L3-L4 and desiccation of the discs at L4 thru S1 indicative of degenerative change.

3.   There is facet arthropathy of the mid to lower lumbar spinal range indicative of degenerative change.

4.   There is a 1 mm broad-based disc protrusion present at L3-L4 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.

5.   There is a 1-2 mm broad-based disc protrusion present at L4-L5 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.

6.   There is a 1 mm broad based disc protrusion at L5-S1 not impinging upon neural structures.

7.   There is no acute fracture or unstable injury.

Thank you for this referral.

Eric S. Bonnos, M.D.
Board Certified Radiologist

ESB/pv

D&T 10/9/03

### RANDALL P. CRANE
Attorney At Law
201 S. Sam Houston
San Benito, Texas  78586

Board Certified Personal Injury Trial Law                              Phone (956) 399-2496
Texas Board of Legal Specialization                                    Fax    (956) 399-7398

October 7,  2003

Rio Grande Valley Imaging
501-B Ed Carey Drive
Harlingen, Texas 78550

Re: Rogelio Rodriguez
Date of Injury: 01/16/03

TO WHOM IT MAY CONCERN:

Please be advised that the undersigned represents  ROGELIO RODRIGUEZ  in regard to personal injuries sustained by him  on January 16, 2003.

This office hereby guarantees payment of any and all medical  expenses incurred by  ROGELIO RODRIGUEZ,  as a direct result of injuries sustained on or about  January 16, 2003,   from any proceeds derived from settlement or other final disposition of this case.

Should you have any questions, please feel free to contact this office.

Very truly yours,

RANDALL P. CRANE

RPC:tc

ROGELIO  RODRIGUEZ

**RANDALL P. CRANE**
Attorney At Law
201 S. Sam Houston
San Benito, Texas 78586

Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

Phone (956) 399-2496
Fax   (956) 399-7398

## FAX TRANSMITTAL COVER SHEET

**DELIVER TO:**

1. _Rio Grande Valley Imag_ FAX NO. _440-8922_

2. _____ FAX NO. _____

3. _____ FAX NO. _____

4. _____ FAX NO. _____

5. _____ FAX NO. _____

**DATE & TIME:** _10-9-03_

**FROM:** _Toni_

ORIGINAL WILL NOT FOLLOW

ORIGINAL WILL FOLLOW VIA:
_____ Regular Mail
_____ Overnight Delivery
_____ Hand Delivery
_____ Certified Mail

**TOTAL PAGES:** _2_
(Including this cover sheet)

**RE:** _Rogelio Rodriguez_

**MESSAGE:** _LOP attached._

_____

_____

_____

**CONFIDENTIALITY NOTICE:** . The documents accompanying this telecopy transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above. If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the original documents to us, and you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopy's information is strictly prohibited.

**If all pages are not received or are illegible, please call (956) 399-2496. Ask for Toni.**

Rio Grande Valley Imaging

OPEN MRI

Patient: **Rodriguez Rogelio**
Last                First                        MI

Appointment: **10/8/03        4:00 p.m.**
Date            Time

DIAGNOSIS: **Pain to lumbar**

### MRI Magnetic Resonance Imaging**

| | | |
|---|---|---|
| Cervical Spine ____ | Shoulder R or L ____ | Ankle R or L ____ |
| Thoracic Spine ____ | Wrist R or L ____ | Foot R or L ____ |
| Lumbar Spine **X** | Knee R or L ____ | Brain ____ |
| AC ____ | Hips R or L ____ | Pelvis M/F ____ |
| Hand R or L ____ | TMJ ____ | MRA ____ |
| Chest ____ | Neck (soft tissue) ____ | Elbow R or L ____ |
| Face/Sinuses/Orbit ____ | Pituitary Gland ____ | Posterior Fossa ____ |
| | Abdomen ____ | Breast ____ |

### Contrast Study ____ with **X** without

MRI preparations: Please advise patients not to wear any jewelry and/or cosmetics, prior to MRI examination.

** Contraindications to MRI are: Pacemakers, Aneurysm Clips, Heart Valves, Neurostimulators, or Cochlear implants.

Ordered By: **D.S. Gill M.D.**

| | |
|---|---|
| 501 B N Ed Carey | Omni Pavilion |
| Harlingen, Texas 78550 | 1900 Expressway 77/83 • Suite C-2 |
| Phone: (956) 440-8900 | Brownsville, Texas 78521 |
| Fax: (956) 440-8922 | Ph: (956) 546-9446 |
| • 1-800-460-4721 • | Fax: (956) 546-5880 |

**Darshan D. Gill**
**1120 Galveston ave**
**McAllen. TX 78501**
**425-0597          Fax 686-3745**

**L#**

**Chr's**

**UPin #**

# RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER
## 501 B Ed Carey Drive, Harlingen, Texas 78550

APPT DATE 10|8|03    TIME 4:00

CHART # 7180    PATIENT NAME Rodriguez, Rogelio    SS# 450 29-5447

ADDRESS 123 Dolores    CITY Hgn    STATE TX    ZIP 78550

PHONE 412-8163    DOB 1-12-60    SEX M    HEIGHT 68"    WEIGHT 225    AGE 43

WK PH 797-3001    EMPLOYER R+L carriers    ADDRESS Rabb Rd.

Appt called in by _____    Degree MD

Referring Physician Dr. Darshan Gill

Address 1120 Galveston    City McAllen    State TX    Zip 78501    Phone 425 0597    Fax 1686 3745

Type of exam requested Mri l-sp w/o

Diagnosis: _____

SPOUSE NAME _____    ADDRESS _____    SS# _____    DOB _____
EMPLOYER _____    PHONE _____

### Personal Insurance(PI)

PRIMARY INSURED _____
INS. CO _____
ADDRESS _____    ST ___ ZIP _____
CITY _____    GRP# _____
PHONE _____    CERT# _____
GRP NAME _____
ID# _____

### WORKERS COMPENSATION

PRIMARY INSURED _____
INS CO _____
ADDRESS _____    ST ___ ZIP _____
CITY _____    CLAIM# _____
PHONE _____
ADJUSTER _____
TWCC# _____
DATE OF ACCIDENT _____

LOP

ATTORNEY Randall Crane
ADDRESS _____
CITY _____    ST ___ ZIP _____
PHONE _____
FAX _____
DATE OF ACCIDENT _____
TYPE OF ACCIDENT _____

### THIRD PARTY

PRIMARY INSURED _____
ADDRESS _____
PHONE _____    DOB _____
SS# _____
ID# _____
INS CO _____
ADDRESS _____
PHONE _____

VERIFIED? ___ DATE ___ INITIALS _____

### MEDICARE/MEDICAID

PRIMARY INSURED _____
ID# _____

## Rio Grande Valley Imaging and Diagnostic Center
### MRI Patient History

NAME Rodriguez, Rogelio          Date _____          Chart# _____

TYPE OF MRI L-spine

DIAGNOSIS _____          HEIGHT _____          WEIGHT _____

DOB 1-12-60          AGE _____          SEX M

REFERRING PHYSICIAN Gill. S.D.          DEGREE MD

**PLEASE INDICATE YES OR NO TO THE FOLLOWING QUESTIONS.**

Are you taking any medication?          (Yes)          No _____
(Please list) _____
Do you have any allergies to medications?          Yes          (No)
Are you allergic to iodine or contrast material?          Yes          (No)
Are you nervous or suffer anxiety in small spaces (claustrophobia)?          (Yes)          No

**DO YOU, OR HAVE YOU EVER HAD THE FOLLOWING:**

An MRI before?          Yes          (No)
Pacemaker placement?          Yes          (No)
Metallic clips in your body? i.e., aneurysm clips or vascular clips          Yes          (No)
Metallic flashings or particles exposed to your eyes?          Yes          (No)
Permanent makeup, tattos, or body piercings?          Yes          (No)
Head surgery?  Date _____          Yes          (No)
Heart surgery?  Date _____          Yes          (No)
Back or spine surgery?  Date _____          Yes          (No)
Gunshot or shrapnel wound?          Yes          (No)
Any implanted electronic device?          Yes          (No)
Hearing aid?          Yes          (No)
Ear implant?          Yes          (No)
Lens or corneal implant?          (Yes)          No
Any type of metal in your body?          Yes          (No)

**FOR CONTRAST PATIENTS:**

Do you have any blood disorders?          Yes          No
Have you ever been diagnosed or treated for sickle cell anemia?          Yes          No
Have you ever had an allergic reaction to any contrast?          Yes          No
Do you have asthma?          Yes          No
Do you have any heart conditions?          Yes          No

**FOR FEMALE PATIENTS:**

Do you think you may be pregnant?          Yes          No
Date of last menstrual period? _____          Yes          No
Do you have an IUD?          Yes          No
Are you currently breastfeeding?          Yes          No

**THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE**

Signed: _____          Date: _____

Interviewer: _____

PATIENT NOTES

| DATE | |
|---|---|
| | Rodriguez, Rogelio |
| | Low Back Pain + Bi Lat Leg Pain. |
| | PT was in a Head on MVA 5 month ago. |
| | No Hx of Back surgery |



PAIN          NUMBNESS          TINGLING

| QTY. | CODE | DESCRIPTION |
|---|---|---|
| | | OTHER |
| 1 | 72142 | L-Sp ⊂ |
| | | |
| | | |

7.30

**Patient Authorization for Personal Representative**
Please print all information, then sign and date form at bottom.

Type of Authorization: Personal Representative

Patient Name (please print)    *Rodriguez, Rogelio*

**Purpose of request** - I authorize _____ to disclose or
provide my protected health information to the following individual who is authorized to act as
my personal representative for the purposes of receiving all protected health information about
myself. As my designated personal representative, they may exercise my right to inspect, copy,
and correct my protected health information. They may also consent or authorize the use or
disclosure of my protected health information:

_____
Name of Personal Representative

_____
Address

_____
City, State, Zip

_____
Phone

**Description of information to be disclosed** - I authorize
to disclose all of my protected health information to my designated personal representative.

**Expirations or termination of authorization** – This authorization will remain in effect until
terminated by you, your personal representative or another individual(s) of legal entity
authorized to do so by court order or law.

**Right to revoke or terminate** – As stated in our Notice of Privacy Practices, you have the right to
revoke or terminate this authorization by submitting a written request to our Privacy Manager.
This can be done in-person or by mailing a request to:

Rio Grande Valley Imaging - Harlingen Tx.

501 B N Ed Carey
Harlingen, Texas 78550
Ph: (956) 440-8900
Fax: (956) 440-8922
TF: 1-800-460-4721

Attn: Privacy Manager.

**Redisclosure** – We have no control over the person(s) you have listed as your personal
representative. Therefore, your protected health information disclosed under this authorization,
will no longer be protected by the requirements of the Privacy Rule and will no longer be the
responsibility of   Rio Grande Valley Imaging - Harlingen Tx.

_____                    _____
Patient signature                                                           date

© 2002        Rio Grande Valley Imaging - Harlingen Tx.

7.32

**Patient Authorization for Disclosure to Designated Provider**
Please print all information, then sign and date form at bottom.

Type of Authorization:  Designated Provider

**Patient Name** (please print) _Rodriguez, Rogelio_

**Purpose of request** - I request and authorize the disclosure or release of my protected health information (as identified below) to the following provider:

Name of practice _____

Name of provider _____

Address _____

City, State, Zip _____

Phone _____

**Description of information to be disclosed** - I authorize the disclosure of the following protected health information about me to the person(s) identified above:

____ Complete medical record; or

____ Only the following information:

_____

_____

_____

**Purpose of disclosure** – This protected health information is being used or disclosed to carry out treatment, payment and/or healthcare operations in the following manner:

_____

_____

_____

**Expirations or termination of authorization** – This authorization will expire within _____ days from the date of my signature below.

X _____          _____
patient signature                                              date

© 2002        Rio Grande Valley Imaging - Harlingen Tx.

7.33

**Provider Request for Disclosure from another Covered Entity**

**Type of Authorization:** Requested disclosure of protected health information by a provider. As a healthcare provider involved in the treatment of the listed individual (see below), I am requesting disclosure of protected health information (see description of information) for the purposes stated in this request.

Patient Name (please print) *Rodriguez Rogelio*

Name of Practice

Name of Provider

Address

City, State, Zip

Phone

**Description of information to be disclosed** – The information listed for disclosure is the minimum necessary for the purpose listed on this request.

Requested Information:

**Purpose of disclosure** – This protected health information is necessary to carry out treatment, payment and/or health care operations in the following manner:

provider's signature                                          *10-08-03*
                                                                date

© 2002     Rio Grande Valley Imaging - Harlingen Tx.

7.60

**Request for Access to Protected Health Information**

Under the Privacy Rule, a patient or their personal representative may request access to the patient's protected health information for the purposes of inspection and/or obtaining a copy of the protected health information. There are conditions under which a healthcare provider may deny access to protected health information. Under such conditions, there is no opportunity or requirement to have the denial of access reviewed. These conditions include:

1. Psychotherapy notes;
2. Information intended for use in a civil, criminal, or administrative actions;
3. When an individual (patient) is an inmate in a correctional facility or the healthcare provider is acting under the direction of correctional facility, where providing access to information would endanger other inmates or correctional employees;
4. When an individual (patient) has consented to the withholding of information as a subject in a research program that is still in progress;
5. Information that cannot be disclosed under the Clinical Laboratory Improvement Amendment;
6. When the Privacy Rule denies access; and
7. When the healthcare provider obtained the protected health information under a promise of confidentiality, and access to the information would reveal the source of the information.

There are three conditions under which a healthcare provider may deny access to protected health information but, if they do, must provide the individual (patient) or their personal representative an opportunity to have the denial reviewed. These conditions include:

1. When the healthcare provider has determined that access to the protected health information is likely to endanger the life or physical safety of the individual (patient) or another person;
2. When the information identifies another person, and the healthcare provider believes that access will cause harm to the other person; and
3. When the information is requested by a personal representative of an individual (patient) and, in the judgment of the healthcare provider, providing access to the information might subject the individual (patient) to domestic violence, abuse, or neglect by the personal representative.

Access (inspection and/or obtaining copies) to protected health information is provided on a scheduled basis. Our receptionist can provide the schedule information for you at the time of your request. Additionally, we will charge a reasonable fee for any copies of protected health information. Our copy fee is $_____. Please note that, due to privacy and risk management guidelines, original documents of protected health information may only be inspected in the presence of one of our staff members and original materials may not be removed from the facility.

_Rogelio Rodriguez_
patient name

_signature_                                    10-08-03
patient signature                              date

© 2002          Rio Grande Valley Imaging - Harlingen Tx.

DO NOT
STAPLE
IN THIS
AREA

**HEALTH INSURANCE CLAIM FORM**

| PICA | | | | | | | | | | PICA |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Rodriguez, Rogelio**

3. PATIENT'S BIRTH DATE    SEX    M    F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
**122 Dolores**

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY
**Harlingen**    STATE **TX**

8. PATIENT STATUS
Single ☐ Married ☐ Other ☐
Employed ☐ Full-Time Student ☐ Part-Time Student ☐

CITY    STATE

ZIP CODE
**78550**
TELEPHONE (Include Area Code)
**(980) 412-8163**

ZIP CODE    TELEPHONE (INCLUDE AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
☐ YES ☐ NO

a. INSURED'S DATE OF BIRTH    MM DD YY    SEX M ☐ F ☐

b. OTHER INSURED'S DATE OF BIRTH    SEX    MM DD YY    M ☐ F ☐

b. AUTO ACCIDENT?    PLACE (State)
☐ YES ☐ NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
☐ YES ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☐ NO    If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____    DATE _____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _____

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)    MM DD YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY    TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY    TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?    $ CHARGES
☐ YES ☐ NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. _____    3. _____
2. _____    4. _____

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A | | | | | B | C | D | E | F | G | H | I | J | K |
| | DATE(S) OF SERVICE | | | | | Place of Service | Type of Service | PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS \| MODIFIER | DIAGNOSIS CODE | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | EMG | COB | RESERVED FOR LOCAL USE |
| | From MM DD YY | | To MM DD YY | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER    SSN EIN ☐ ☐

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
☐ YES ☐ NO

28. TOTAL CHARGE    $

29. AMOUNT PAID    $

30. BALANCE DUE

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED _____    DATE _____

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

PIN#    GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    **PLEASE PRINT OR TYPE**    FORM HCFA-1500 (12-90)
FORM OWCP-1500    FORM RR

# RIO GRANDE VALLEY
## IMAGING & DIAGNOSTIC CENTER

### 501 B Ed Carey Drive, Harlingen, Texas 78550
### 1-800-460-4721 Telephone          (956) 440-8922 Facsimile

**PATIENT NAME:** Rodriguez, Rogelio          #

**DATE OF ACCIDENT:** _____

I hereby give an assignment to Rio Grande Valley Imaging, on any settlement, claims, judgment or verdict as a result of said accident/illness, and authorize and direct my attorney, and any third party payee, to pay directly to said clinic such sums as may be due and owing them for services rendered me and withhold such sums from such settlements, claims, judgments, or verdict arising from any private insurance to include Personal Injury Protection from my auto insurance, which may be necessary to protect Rio Grande Valley Imaging.

I fully understand that I am directly and fully responsible to Rio Grande Valley Imaging, for all bills submitted by them for services rendered me, and that this agreement is made solely for said clinic additional protection and in consideration of their awaiting payment. *I further understand that such payment is not contingent on any settlement, claim, judgment, or verdict by which I may eventually recover fee.*

**PLEASE ACCEPT THIS ASSIGNMENT OF BENEFITS AND INCLUDE OUR NAME ON THE DRAFT FOR SERVICES RENDERED AT Rio Grande Valley Imaging.**

_____          10-8-03
**Signature of Guarantor**                    **Date**

_____          _____
**Witness**                                   **Date**

# RIO GRANDE VALLEY
## IMAGING & DIAGNOSTIC CENTER
### 501 B Ed Carey Drive, Harlingen, Texas 78550

LIEN

MVA

PATIENT NAME: Rodriguez Rogelio

DATE OF ACCIDENT: 10-13-0    1-16-03

I hereby give an assignment to Rio Grande Valley Imaging and to Dee L. Martinez, M.D., on any settlement, claims, judgement or verdict as a result of said accident/illness, and authorize and direct my attorney, and any third party payee, to pay directly to said clinic and said doctor such sums as may be due and owing them for services rendered me, and to withhold such sums from such settlements, claims, judgements, or verdict arising from any private insurance to include Personal Injury Protection from my auto insurance, which may be necessary to protect said clinic and said doctor.

I fully understand that I am directly and fully responsible to Rio Grande Valley Imaging and Dee L. Martinez, M.D. for all bills submitted by them for services rendered me, and that this agreement is made solely for said clinic and doctor additional protection and in consideration of their awaiting payment. I further understand that such payment is not contingent on any settlement, claim, judgment, or verdict by which I may eventually recover fee.

_____     Date 10-8-03
Patient's Signature

_____     _____
Witness                              Date

# RANDALL P. CRANE
### Attorney At Law
201 S. Sam Houston
San Benito, Texas 78586

Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

Phone (956) 399-2496
Fax    (956) 399-7398

October 7,  2003

Rio Grande Valley Imaging
501-B Ed Carey Drive
Harlingen, Texas 78550

Re: Rogelio Rodriguez
Date of Injury: 01/16/03

TO WHOM IT MAY CONCERN:

Please be advised that the undersigned represents  ROGELIO RODRIGUEZ  in regard to personal injuries sustained by him  on January 16, 2003.

This office hereby guarantees payment of any and all medical  expenses incurred by  ROGELIO RODRIGUEZ,  as a direct result of  injuries sustained on or about  January 16, 2003,   from any proceeds derived from settlement or other final disposition of this case.

Should you have any questions, please feel free to contact this office.

Very truly yours,

RANDALL P. CRANE

RPC:tc

ROGELIO  RODRIGUEZ

**RANDALL P. CRANE**
Attorney At Law
201 S. Sam Houston
San Benito, Texas 78586

Board Certified Personal Injury Trial Law                    Phone (956) 399-2496
Texas Board of Legal Specialization                          Fax    (956) 399-7398

**FAX TRANSMITTAL COVER SHEET**

**DELIVER TO:**

1. Rio Grande Valley Imcg.   FAX NO. 440-8922

2. (Christina)   FAX NO. _____

3. _____   FAX NO. _____

4. _____   FAX NO. _____

5. _____   FAX NO. _____

DATE & TIME: 10-16-07          ☐ ORIGINAL WILL NOT FOLLOW

FROM: Toni          ORIGINAL WILL FOLLOW VIA:
                              ____ Regular Mail
TOTAL PAGES: 2                ____ Overnight Delivery
(including this cover sheet)  ____ Hand Delivery
                              ____ Certified Mail
RE: Rogelio Rodriguez

MESSAGE: LOP attached

_____

_____

_____

**CONFIDENTIALITY NOTICE:** The documents accompanying this telecopy transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above. If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the original documents to us, and you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopy's information is strictly prohibited.

If all pages are not received or are illegible, please call (956) 399-2496. Ask for Toni

Rio Grande Valley
Imaging & Diagnostic Center

# RIO GRANDE VALLEY
# IMAGING & DIAGNOSTIC CENTER

## FAX COVER SHEET

FACSIMILE SENT TO # _____ 686 - 3745 _____

DATE SENT: _____ 10-9-03 _____

NUMBER OF PAGES SENT: _____ 3 _____

FROM: YOLANDA, AZ, CELIA, VERONICA, CRISTINA

TO: _____ Dr. Gill _____

REGARDING: _____ report for MRI on _____
Rogelio Rodriguez

**THIS FACSIMILE IS PRIVILEGED AND CONFIDENTIAL, IT IS INTENDED FOR THE ADDRESSEE. ANY UNAUTHORIZED DISCLOSURE REPRODUCTION DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS PROHIBITED. IF YOU RECEIVED IN ERROR PLEASE NOTIFY & RETURN THE ORIGNAL TO US AT THE ADDRESS BELOW**

Rodriguez
Rogelio

## IMAGING & DIAGNOSTIC

### PATIENT AUTHORIZATION RECORD

### AUTHORIZATION FOR CARE

I grant permission to the employees of Rio Grande Valley Imaging to render outpatient diagnostic service to me during my diagnostic testing and to carry out the orders of my attending physician, including consultants, associates and assistants of his choice.

### RELEASE OF INFORMATION

I authorize Rio Grande Valley Imaging to release any medical information requested by representatives of local, state, federal agencies, insurance, companies, or other organizations or entities as may be required by said representative for payment of claims arising out of diagnostic testing as are due to Rio Grande Valley Imaging.

### VALUABLES

I agree to assume personal responsibility for all jewelry, money, or other valuables brought into Rio Grande Valley Imaging during scheduled testing periods. This responsibility includes dentures, eye glasses, contact lens, pillows, and any other personal items.

### FINANCIAL RESPONSIBILITY

I understand that regardless of my assigned insurance benefits, I am responsible for the total charges for services rendered, and further agree that all amounts are due upon request and are payable to Rio Grande Valley Imaging at Cameron County , Texas.

I further understand that should this account become delinquent and it becomes necessary for the amount to be referred to an attorney or collections agency for collection or suit.I as designated responsible party shall pay the reasonable attorney fees or collections expense, and that a statutory lien will be filed against me.

### INSURANCE COVERAGE

_____ I certify that I have no insurance which will pay benefits for this diagnostic testing; or

_____ I certify that the insurance reported to Rio Grande Valley Imaging for this admission are a complete listing.

### INSURANCE ASSIGNMENT

In consideration of services to be rendered, I hereby assign and transfer to Rio Grand Valley Imaging any benefits payable to or for my ben under hospitalization, sickness or accident insurance, and any other insurance; to include major medical or P.I.P. for the payment of such services rendered. I agree to cooperate, aid and assist Rio Grande Valley Imaging in processing all possible insurance benefits including initiation and fulfillment of all policy provisions such insurance companies may require for payment. I further assign and transfer to Rio Grande Valley Imaging an interest in any cause action I may have arising out of injuries directly resulting in this diagnostic testing . Thi assignment includes insurance benefits accruing to me under uninsured motorist coverage.

**THIS ASSIGNMENT EXTENDS TO THE TOTAL AMOUNT OWED RIO GRANDE VALLEY IMAGING AND ALSO AUTHORIZE APPLICABLE HEALTH CARE BENEFITS, IF ANY, TO BE PAID THE PHYSICIAN-**specialists in the field of radiology or any other licensed physicians who perform services at Rio Grande Valley Imaging.

If a Medicare or Medicaid patient, I certify that the information given by me in applying for payment under title XVIIIof the Social Securi Act is correct. I request that payment of authorized benefits be made in my behalf.

_____
**Patient Signature**                          **Date**


_____
**Signature of Responsible Party**              **Relationship to Patient**


_____
**Witness**                                     **Date**