# TEAM LITIGATION COMPANY

CAUSE NO.: B-04-137

STYLE OF CASE: ROGELIO RODRIGUEZ
AND ELIZABETH RODRIGUEZ

VS.

JAMES ARTHUR LARSON

RECORDS FROM: Valley Baptist Medical Center
Patient Accounts

PERTAINING TO: Rogelio Rodriguez

ORDERED BY: Mr. Patrick R. Kasperitis

3605 Katy Fwy., Suite 100
Houston, Texas 77007
(713) 802-9100
Fax (713) 802-9108
www.TeamLit.com

*A Full Service Litigation Records Retrieval Company*

Records Retrieval • Court Reporting • Copy Service • Trial Boards • Video Depositions

RECEIVED
MAR 0 9 2005



10339-2

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ § § § § Plaintiff, § VS. § § § § § JAMES ARTHUR LARSON § Defendant. § | Civil Action No. B-04-137 |

### DEPOSITION BY WRITTEN QUESTIONS PROPOUNDED TO
### THE CUSTODIAN OF BILLING RECORDS FOR:
### Valley Baptist Medical Center
### Patient Accounts

Specifically subpoenaed are: Any and all billing records from date of birth, 01/12/1960 to the present, pertaining to ROGELIO RODRIGUEZ; SSN: 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; DOB: 01/12/1960, including, but not limited to itemized billing statements, CPT codes, collection reports, records showing any payments, credits and/or adjustments, or any other billing information within the care, custody or control, or to which said custodian has access.

1. Please state your full name.
   Answer: _Marsie Linchy_

2. Please state by whom you are employed and the business address.
   Answer: _Valley Baptist Medical Center 2101 Pease St - Harlingen, TX 78551_

3. What is the title of your position or job?
   Answer: _Customer Service Representative_

4. Are the Billing Records, memoranda or reports outlined in the subpoena duces tecum pertaining to **Rogelio Rodriguez** in your custody and/or subject to your control, supervision or direction?
   Answer: _Yes_

5. Are you able to identify these Billing Records as the originals or true and correct copies of the originals?
   Answer: _Yes_

6. Please provide to the Officer taking this deposition photostatic copies of the complete Billing Records outlined in the subpoena duces tecum. Have you complied?

ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ vs.
JAMES ARTHUR LARSON

Cause No.: B-04-137                                          Records of: Rogelio Rodriguez

Answer: __Yes__

7. Are the copies which you have provided to the Officer taking this deposition true and correct copies of all such Billing Records?

   Answer: __Yes__

8. Are the originals of such Billing Records in the files of this company?

   Answer: __Yes__

9. Are the originals of such Billing Records a permanent part of the records of this company?

   Answer: __Yes__

10. Were such Billing Records, memoranda or reports made in the regular course of business of this company?

    Answer: __Yes__

11. Was it the regular course of business of this company for employees and representatives of this company with personal knowledge of the acts, events, conditions and other information contained in such Billing Records you have furnished to the Officer taking this deposition, to make such Billing Records or to transmit information pertaining thereto to be included in such Billing Records?

    Answer: __Yes__

12. Were the entries in the Billing Records, memoranda or reports made by employees or representatives made at or near the time when the acts, events, conditions and other information contained therein occurred, were observed or rendered, or made reasonably soon thereafter?

    Answer: __Yes__

13. Have you been requested, directed, or has it ever been suggested by any person (whether a lawyer, doctor, patient, or any other person) that any part of the records subject to this deposition be withheld or protected from discovery for any reason? If so, please state the name and address of that person who conveyed this information to you and when such event occurred.

    Answer: __No__

ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ vs.
JAMES ARTHUR LARSON

Cause No.: B-04-137                                           Records of: Rogelio Rodriguez

14. Do you know whether or not, or do you have any reason to believe that the records subject to this deposition have in any manner been edited, purged, culled or in any other manner made different from the way such record existed when created? If so, please explain your knowledge or belief in this regard.

Answer: __No__

_____
CUSTODIAN SIGNATURE

(Section below to be completed by the Notary Public)

__Marcie Sanchez__
(Print the name of the custodian)

appeared before me stating that the answer provided to each and every question is true as stated AND has provided an exact duplicate of the original records(s) as described in the SUBPOENA.

SWORN TO AND SUBSCRIBED, before me on this the 18th day of February, 20 05.

_____
NOTARY PUBLIC

[Notary Seal: EVA ZAMORA, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 08-23-2005]

```
              VALLEY BAPTIST MEDICAL CENTER - HARLINGEN      PAGE   1 OF   3
                2101 PEASE STREET   P.O. DRAWER 2588
                       HARLINGEN, TEXAS 78550
                           (956)389-2060
                                                            DATE:
                                                            02/17/05
PATIENT NAME: RODRIGUEZ, ROGELIO                 MED REC NO: 00260430

SERVICE DATE(S): FROM 12/10/94 TO 11/10/95       ACCOUNT NO: 949108740


    RODRIGUEZ, ROGELIO                           GUARANTOR NO: 000001883
    123 DOLORES
    PRIMERA        TX    78550                   F/C: COM INS 1


  DATE         DESCRIPTION                 CHARGE #    CPT    QUAN    AMOUNT

  0607   PMT - COMMERCIAL INSURANCE #1     9950908              1        0.00
  1109   PMT - COMMERCIAL INSURANCE #1     9950908              1        0.00
  1210   FAMOTIDINE 10MG/ML VIAL IV 2ML    3081346              1       13.80
  1210   DONNATAL ELIXIR OZ                3008695              1        2.65
  1210   DONNATAL ELIXIR OZ                3008695              1        2.65
  1210   MAALOX 1 OZ                       3014370              1        1.00
  1210   MAALOX 1 OZ                       3014370              4        4.00
  1210   MAALOX 1 OZ                       3014370              4        4.00
  1210   DONNATAL ELIXIR 5CC UD            3018918              2        3.60
  1210   LIDOCAINE VISCOUS 20CC            3029592              1        4.05
  1210   NITROGLYCERIN 1/150GR 25'S        3062320              1        7.15
  1210   NITROGLYCERIN 1/150GR 25'S        3062320              1        7.15
  1210   NIZATIDINE 150MG CAP PO           3084613              3        6.60
  1210   NIZATIDINE 150MG CAP PO           3084613              3        6.60
  1210   IVP-NS 250CC                      7756117    J7050     1       23.60
  1210   EXTENSION SET INTERLINK SYSTEM    5437728              1       13.80
  1210   INTERLINK INJECTION SITE          5449475              1        3.45
  1210   IV VENI PREP KIT II               5450796              1        9.20
  1210   SET 20 DROP UNIVERSAL             5476254              1       11.20
  1211   INTERLINK INJECTION SITE          5449475              1        3.45
  1211   IV T CONNECTOR SET                5450671              1        2.90
  1211   IV VENI PREP KIT II               5450796              1        9.20
  1210   ABBOCATH-T 18GA X 1-1/4"          5400098              1        7.60
  1211   ABBOCATH-T 18GA X 1-1/4"          5400098              1        7.60
  1211   DRESSING OPSITE 2"X3"             5434287              1        2.90
  1210   BASIC METABOLIC PANEL             0341107    80048     1      202.00
  1211   HEART PROFILE                     0323709    80002     1       95.00
  1210   HEMAGRAM PART 2 (HEMAGRAM/WBC/PLT) 0604603   85025     1       24.75
  1210   HEMAGRAM PART 1 (RDW/MPV/INDICES) 0604629    85029     1       24.75
  1210   D-DIMER                           0604728    85378     1       69.50
  1210   PROTHROMBIN TIME                  0634303    85610     1       37.00
  1210   PTT                               0634402    85730     1       51.75
  1210   PORTABLE (ADD TO CHG)             2100295              1       46.00


                                                                   CONTINUED

          BENEFITS ASSIGNED TO VALLEY BAPTIST MEDICAL CENTER - HARLINGEN
```

1

```
          VALLEY BAPTIST MEDICAL CENTER - HARLINGEN        PAGE    2 OF   3
                2101 PEASE STREET   P.O. DRAWER 2588
                      HARLINGEN, TEXAS 78550
                         (956)389-2060
                                                          DATE:
                                                          02/17/05

PATIENT NAME: RODRIGUEZ, ROGELIO                 MED REC NO: 00260430

SERVICE DATE(S): FROM 12/10/94 TO 11/10/95       ACCOUNT NO: 949108740


  DATE        DESCRIPTION                    CHARGE #    CPT    QUAN    AMOUNT

  1210   CHEST ONE VIEW                      2100394    71010     1      98.50
  1210   ER LEVEL II (0-2 HRS)      B000264  7820012    99201     1     125.00
  1210   ER LEVEL II EA. ADD'L HOUR B000264  7820020    99201     3     150.00
  1210   SOD CHLORIDE 0.9% INJ 2ML            3003688   J2912     5      11.50
  1210   SOD CHLORIDE 0.9% INJ 2ML            3003688   J2912     5      11.50
  1210   EKG                                  1200021   93005     1      98.00
  1211   EKG                                  1200021   93005     1      98.00
  1210   STO ROOM & CARE PER HOUR-PCCU        4816112   99201    21     598.50




                                            TOTAL CHARGES           1899.90
                                            PAYMENTS/ADJUSTMENTS       0.00

                                            ***BALANCE***           1899.90

         BENEFITS ASSIGNED TO VALLEY BAPTIST MEDICAL CENTER - HARLINGEN
```

2

```
            VALLEY BAPTIST MEDICAL CENTER - HARLINGEN          PAGE    3 OF    3
               2101 PEASE STREET   P.O. DRAWER 2588
                       HARLINGEN, TEXAS 78550
                           (956)389-2060
                                                                      DATE:
                                                                      02/17/05

  PATIENT NAME: RODRIGUEZ, ROGELIO                        MED REC NO: 00260430

  SERVICE DATE(S): FROM 12/10/94 TO 11/10/95              ACCOUNT NO: 949108740


     RODRIGUEZ, ROGELIO                               GUARANTOR NO: 000001883
     123 DOLORES
     PRIMERA          TX     78550                            F/C: COM INS 1


   DATE            DESCRIPTION                  CHARGE #   CPT    QUAN    AMOUNT

                ----- SUMMARY OF DETAIL CHARGES ------
                PHARMACY                                    250      1     13.80
                S/A/PHARMACY                                259     22     49.45
                IV THERAPY                                  260      1     23.60
                MED/SURG SUPPLY                             270      7     53.20
                STERILE SUPPLY                              272      3     18.10
                LAB/CHEMISTRY                               301      2    297.00
                LAB/HEMOTOLOGY                              305      5    207.75
                DX X-RAY                                    320      1     46.00
                DX XRAY/CHEST                               324      1     98.50
                EMERGENCY ROOM                              450      4    275.00
                PHARMACY/DETAIL REQUIRED                    636     10     23.00
                EKG/ECG                                     730      2    196.00
                OBSERVATION                                 762     21    598.50




                                                   TOTAL CHARGES          1899.90
                                                   PAYMENTS/ADJUSTMENTS      0.00

                                                   ***BALANCE***          1899.90

        BENEFITS ASSIGNED TO VALLEY BAPTIST MEDICAL CENTER - HARLINGEN
```

3

VALLEY BAPTIST MEDICAL CENTER - HARLINGEN            PAGE    1 OF    2
2101 PEASE STREET   P.O. DRAWER 2588
HARLINGEN, TEXAS 78550
(956)389-2060

DATE:
02/17/05

PATIENT NAME: RODRIGUEZ, ROGELIO                     MED REC NO: 00260430

SERVICE DATE(S): FROM 12/14/94 TO 06/08/95            ACCOUNT NO: 949119747

RODRIGUEZ, ROGELIO                                    GUARANTOR NO: 000001883
123 DOLORES
PRIMERA         TX    78550                           F/C: COM INS 1

| DATE | DESCRIPTION | CHARGE # | CPT | QUAN | AMOUNT |
|------|-------------|----------|-----|------|--------|
| 0607 | PMT - COMMERCIAL INSURANCE #1 | 9950908 |  | 1 | 0.00 |
| 1214 | UPPER GI SERIES | 2100345 | 74247 | 1 | 228.00 |
| 1214 | US ABDOMEN COMPLETE | 2630176 | 76700 | 1 | 328.00 |

TOTAL CHARGES              556.00
PAYMENTS/ADJUSTMENTS         0.00

***BALANCE***              556.00

BENEFITS ASSIGNED TO VALLEY BAPTIST MEDICAL CENTER - HARLINGEN

4

```
            VALLEY BAPTIST MEDICAL CENTER - HARLINGEN       PAGE    2 OF   2
               2101 PEASE STREET   P.O. DRAWER 2588
                      HARLINGEN, TEXAS 78550
                         (956)389-2060
                                                            DATE:
                                                            02/17/05
PATIENT NAME: RODRIGUEZ, ROGELIO                 MED REC NO: 00260430

SERVICE DATE(S): FROM 12/14/94 TO 06/08/95       ACCOUNT NO: 949119747


   RODRIGUEZ, ROGELIO                            GUARANTOR NO: 000001883
   123 DOLORES
   PRIMERA         TX    78550                   F/C: COM INS 1


  DATE          DESCRIPTION              CHARGE #   CPT    QUAN    AMOUNT

              ----- SUMMARY OF DETAIL CHARGES ------
              DX X-RAY                              320    1       228.00
              ULTRASOUND                            402    1       328.00
```

|  |  |
|---|---:|
| TOTAL CHARGES | 556.00 |
| PAYMENTS/ADJUSTMENTS | 0.00 |
| ***BALANCE*** | 556.00 |

BENEFITS ASSIGNED TO VALLEY BAPTIST MEDICAL CENTER - HARLINGEN

5

```
            VALLEY BAPTIST MEDICAL CENTER - HARLINGEN          PAGE    1 OF   2
                 2101 PEASE STREET   P.O. DRAWER 2588
                       HARLINGEN, TEXAS 78550
                          (956)389-2060
                                                                DATE:
                                                                02/17/05

PATIENT NAME: RODRIGUEZ, ROGELIO                    MED REC NO: 00260430

SERVICE DATE(S): FROM 08/21/95 TO 08/22/95          ACCOUNT NO: 951636281


     COY CARTAGE &, STORAGE                         GUARANTOR NO: 000045849
     123 DOLORES
     PRIMERA         TX     78550                          F/C: SELF


   DATE        DESCRIPTION                    CHARGE #     CPT    QUAN    AMOUNT

   0205   ADJ - WORK COMP PRICE REDUCE        9700196               1     185.23-
   0205   PMT - PRIVATE PAY NO PRIM COVER     9900002               1     138.52-
   0822   KETOROLAC 60MG/2ML CARTRID IM       3015021               1      17.25
   0821   URINALYSIS (CHEMISTRIES)            0280008   81003       1      31.50
   0821   SPINE LUMBAR 2-3 VIEWS              2101418   72100       1     175.00
   0821   ER LEVEL I (0-2 HRS)       B000263  7810013   99201       1     100.00




                                              TOTAL CHARGES              323.75
                                              PAYMENTS/ADJUSTMENTS       323.75-

                                              ***BALANCE***                0.00

          BENEFITS ASSIGNED TO VALLEY BAPTIST MEDICAL CENTER - HARLINGEN
   NO PAYMENT DUE
   ===============
```

6

```
            VALLEY BAPTIST MEDICAL CENTER - HARLINGEN        PAGE   2 OF   2
              2101 PEASE STREET   P.O. DRAWER 2588
                    HARLINGEN, TEXAS 78550
                       (956)389-2060
                                                             DATE:
                                                             02/17/05

PATIENT NAME: RODRIGUEZ, ROGELIO                  MED REC NO: 00260430

SERVICE DATE(S): FROM 08/21/95 TO 08/22/95        ACCOUNT NO: 951636281


   COY CARTAGE &, STORAGE                         GUARANTOR NO: 000045849
   123 DOLORES
   PRIMERA         TX     78550                   F/C: SELF


   DATE          DESCRIPTION              CHARGE #    CPT    QUAN    AMOUNT

                 ----- SUMMARY OF DETAIL CHARGES ------
                 ADJUSTMENTS                            097    1       185.23-
                 PAYMENTS                               099    1       138.52-
                 PHARMACY                               250    1        17.25
                 LABORATORY                             300    1        31.50
                 DX X-RAY                               320    1       175.00
                 EMERGENCY ROOM                         450    1       100.00




                                                  TOTAL CHARGES          323.75
                                                  PAYMENTS/ADJUSTMENTS   323.75-

                                                  ***BALANCE***            0.00

         BENEFITS ASSIGNED TO VALLEY BAPTIST MEDICAL CENTER - HARLINGEN
   NO PAYMENT DUE
   ===============
```

7

```
              VALLEY BAPTIST MEDICAL CENTER - HARLINGEN           PAGE   1 OF   2
                 2101 PEASE STREET  P.O. DRAWER 2588
                        HARLINGEN, TEXAS 78550
                           (956)389-2060
                                                                   DATE:
                                                                   02/17/05

   PATIENT NAME: RODRIGUEZ, ROGELIO                      MED REC NO: 00260430

   SERVICE DATE(S): FROM 01/15/01 TO 01/16/01            ACCOUNT NO: 985046796


       RODRIGUEZ, ROGELIO                                GUARANTOR NO: 000001883
       123 DOLORES
       PRIMERA         TX   78550                              F/C: MEDICAID


   DATE          DESCRIPTION              CHARGE #    CPT      QUAN    AMOUNT


   0302  ADJ - MEDICAID CURRENT FY         9700121              1      1465.51-
   0307  ADJ - MEDICAID CURRENT FY         9700121              1       152.60-
   0302  PMT - MEDICAID CURRENT FY         9920208              1       330.19-
   0115  ALBUTEROL .5% (RESP THER) SINGLE DOSE 3007942 J7625    1         9.85
   0115  VENIPUNCTURE                      1110006   36415      1         8.40
   0115  CPK-MB                            0320002   82553      1       170.10
   0115  CREATINE KINASE                   0320606   82550      1        98.40
   0115  TROPONIN I                        0323520   84484      1       120.00
   0115  BLOOD GASES                       0323758   82803      1       293.20
   0115  BASIC METABOLIC PANEL             0341107   80048      1       268.00
   0115  CBC W/DIFF                        0603010   85025      1        67.40
   0115  D-DIMER                           0604728   85378      1       109.50
   0115  CHEST PA & LAT                    2100410   71020      1       195.10
   0115  RESPIRATORY STRENGTHENING/ENDURANCE 3614013  G0237     1        59.70
   0115  INHALATION TREATMENT INITIAL      3630944   94640      1       140.00
   0115  ER LOW LEVEL-LEVEL I (0 TO 9 HRS) 7860020   W0004      1       187.50
   0115  AZITHROMYCIN 250MG TAB            3010469              2        64.10
   0115  IPRATROPIUM 0.2MG/ML  INH  2.5ML UD 3026499            1         4.45
   0115  EKG                               1200021   93005      1       152.60




                                                    TOTAL CHARGES         1948.30
                                                    PAYMENTS/ADJUSTMENTS  1948.30-

                                                    ***BALANCE***            0.00

                  BENEFITS ASSIGNED TO VALLEY BAPTIST MEDICAL CENTER - HARLINGEN

   NO PAYMENT DUE
   ===============
                                                                               8
```

```
            VALLEY BAPTIST MEDICAL CENTER - HARLINGEN        PAGE    2 OF   2
                  2101 PEASE STREET   P.O. DRAWER 2588
                       HARLINGEN, TEXAS 78550
                           (956)389-2060
                                                                    DATE:
                                                                    02/17/05

PATIENT NAME: RODRIGUEZ, ROGELIO                    MED REC NO: 00260430

SERVICE DATE(S): FROM 01/15/01 TO 01/16/01          ACCOUNT NO: 985046796


     RODRIGUEZ, ROGELIO                             GUARANTOR NO: 000001883
     123 DOLORES
     PRIMERA         TX    78550                         F/C: MEDICAID


   DATE           DESCRIPTION              CHARGE #    CPT    QUAN    AMOUNT

                ----- SUMMARY OF DETAIL CHARGES ------
                ADJUSTMENTS                            097     2     1,618.11-
                PAYMENTS                               099     1       330.19-
                PHARMACY                               250     1         9.85
                LABORATORY                             300     1         8.40
                LAB/CHEMISTRY                          301     5       949.70
                LAB/HEMOTOLOGY                         305     2       176.90
                DX XRAY/CHEST                          324     1       195.10
                RESPIRATORY                            410     2       199.70
                EMERGENCY ROOM                         450     1       187.50
                S A DRUGS                              637     3        68.55
                EKG/ECG                                730     1       152.60




                                              TOTAL CHARGES         1948.30
                                              PAYMENTS/ADJUSTMENTS  1948.30-

                                              ***BALANCE***            0.00

         BENEFITS ASSIGNED TO VALLEY BAPTIST MEDICAL CENTER - HARLINGEN

  NO PAYMENT DUE
  ===============
                                                                          9
```

```
              VALLEY BAPTIST MEDICAL CENTER - HARLINGEN        PAGE    1 OF   2
                 2101 PEASE STREET   P.O. DRAWER 2588
                        HARLINGEN, TEXAS 78550
                           (956)389-2060
                                                                 DATE:
                                                                 02/17/05

PATIENT NAME: RODRIGUEZ, ROGELIO                        MED REC NO: 00260430

SERVICE DATE(S): FROM 02/08/01 TO 02/09/01              ACCOUNT NO: 985155621


     RODRIGUEZ, ROGELIO                                 GUARANTOR NO: 000001883
     123 DOLORES
     PRIMERA         TX   78550                               F/C: MEDICAID


  DATE        DESCRIPTION               CHARGE #     CPT    QUAN      AMOUNT

  0319    ADJ - MEDICAID CURRENT FY     9700121               1       149.63-
  0319    PMT - MEDICAID CURRENT FY     9920208               1        24.47-
  0208    VENIPUNCTURE                  1110006    36415      1         8.40
  0208    CBC  W/O DIFF                 0603020    85027      1        38.50
  0208    PROTHROMBIN TIME              0634303    85610      1        56.70
  0208    PTT                           0634402    85730      1        70.50




                                                   TOTAL CHARGES          174.10
                                                   PAYMENTS/ADJUSTMENTS   174.10-

                                                   ***BALANCE***            0.00

             BENEFITS ASSIGNED TO VALLEY BAPTIST MEDICAL CENTER - HARLINGEN

  NO PAYMENT DUE
  ===============
                                                                              10
```

```
              VALLEY BAPTIST MEDICAL CENTER - HARLINGEN       PAGE    2 OF   2
                   2101 PEASE STREET  P.O. DRAWER 2588
                        HARLINGEN, TEXAS 78550
                           (956)389-2060
                                                              DATE:
                                                              02/17/05

PATIENT NAME: RODRIGUEZ, ROGELIO                      MED REC NO: 00260430

SERVICE DATE(S): FROM 02/08/01 TO 02/09/01            ACCOUNT NO: 985155621


    RODRIGUEZ, ROGELIO                                GUARANTOR NO: 000001883
    123 DOLORES
    PRIMERA         TX    78550                       F/C: MEDICAID

    DATE           DESCRIPTION              CHARGE #    CPT    QUAN    AMOUNT

                   ----- SUMMARY OF DETAIL CHARGES ------
                   ADJUSTMENTS                          097     1      149.63-
                   PAYMENTS                             099     1       24.47-
                   LABORATORY                           300     1        8.40
                   LAB/HEMOTOLOGY                       305     3      165.70




                                              TOTAL CHARGES           174.10
                                              PAYMENTS/ADJUSTMENTS    174.10-

                                              ***BALANCE***             0.00

          BENEFITS ASSIGNED TO VALLEY BAPTIST MEDICAL CENTER - HARLINGEN

NO PAYMENT DUE
===============
                                                                        11
```

```
           VALLEY BAPTIST MEDICAL CENTER - HARLINGEN          PAGE   1 OF   2
                2101 PEASE STREET  P.O. DRAWER 2588
                      HARLINGEN, TEXAS 78550
                         (956)389-2060
                                                                    DATE:
                                                                    02/17/05

PATIENT NAME: RODRIGUEZ, ROGELIO                     MED REC NO: 00260430

SERVICE DATE(S): FROM 02/12/01 TO 02/13/01           ACCOUNT NO: 985170059


      RODRIGUEZ, ROGELIO                             GUARANTOR NO: 000001883
      123 DOLORES
      PRIMERA        TX    78550                         F/C: MEDICAID


   DATE         DESCRIPTION                   CHARGE #    CPT    QUAN    AMOUNT

   0302    ADJ - MEDICAID CURRENT FY          9700121              1     179.33-
   0302    PMT - MEDICAID CURRENT FY          9920208              1     101.47-
   0212    OUTSIDE GROSS & MICRO LEVEL 3      0540096    88304     1      51.40
   0212    OUTSIDE GROSS & MICRO LEVEL 3      0540096    88304     1      51.40
   0212    DECALCIFICATION CHARGE             0550616    88311     1      89.00
   0212    DECALCIFICATION CHARGE             0550616    88311     1      89.00




                                                     TOTAL CHARGES        280.80
                                                     PAYMENTS/ADJUSTMENTS 280.80-

                                                     ***BALANCE***          0.00

            BENEFITS ASSIGNED TO VALLEY BAPTIST MEDICAL CENTER - HARLINGEN

  NO PAYMENT DUE
  ==============
```

12

```
                VALLEY BAPTIST MEDICAL CENTER - HARLINGEN         PAGE   2 OF   2
                   2101 PEASE STREET   P.O. DRAWER 2588
                         HARLINGEN, TEXAS 78550
                             (956)389-2060
                                                                       DATE:
                                                                       02/17/05

PATIENT NAME: RODRIGUEZ, ROGELIO                          MED REC NO: 00260430

SERVICE DATE(S): FROM 02/12/01 TO 02/13/01                 ACCOUNT NO: 985170059


     RODRIGUEZ, ROGELIO                              GUARANTOR NO: 000001883
     123 DOLORES
     PRIMERA        TX    78550                           F/C: MEDICAID


DATE            DESCRIPTION                  CHARGE #   CPT   QUAN    AMOUNT

                ----- SUMMARY OF DETAIL CHARGES ------
                ADJUSTMENTS                              097   1      179.33-
                PAYMENTS                                 099   1      101.47-
                PATH/HISTOLOGY                           312   4      280.80




                                                  TOTAL CHARGES        280.80
                                                  PAYMENTS/ADJUSTMENTS 280.80-

                                                  ***BALANCE***          0.00

             BENEFITS ASSIGNED TO VALLEY BAPTIST MEDICAL CENTER - HARLINGEN
  NO PAYMENT DUE
  ===============
                                                                          13
```

```
              VALLEY BAPTIST MEDICAL CENTER - HARLINGEN          PAGE   1 OF   2
              2101 PEASE STREET   P.O. DRAWER 2588
                      HARLINGEN, TEXAS 78550
                         (956)389-2060
                                                                     DATE:
                                                                     02/17/05
PATIENT NAME: RODRIGUEZ, ROGELIO                          MED REC NO: 00260430

SERVICE DATE(S): FROM 01/16/03 TO 01/17/03                ACCOUNT NO: 987836525


   R AND L, CARRIERS                                   GUARANTOR NO: 000208346
   PO BOX 271
   WILLMINGTON     OH     45177                           F/C: W/C TWCC


   DATE         DESCRIPTION              CHARGE #    CPT     QUAN    AMOUNT


   0321  ADJ - WORK COMP PRICE REDUCE    9700196              1      937.38-
   0321  PMT - WORKERS COMP              9940107              1     2187.22-
   0116  CLONIDINE HCL 0.1MG TAB PO      3004256              1        0.50
   0116  VENIPUNCTURE                    1110006    36415     1        8.40
   0116  CPK-MB                          0320002    82553     1      144.60
   0116  CREATINE KINASE                 0320606    82550     1       83.60
   0116  ALCOHOL, SERUM                  0321554    82055     1      159.80
   0116  DRUG SCREEN QUALITATIVE SINGLE DRUG  0322320  80101  1       21.90
   0116  DRUG SCREEN QUALITATIVE SINGLE DRUG  0322320  80101  1       21.90
   0116  DRUG SCREEN QUALITATIVE SINGLE DRUG  0322320  80101  1       21.90
   0116  DRUG SCREEN QUALITATIVE SINGLE DRUG  0322320  80101  1       21.90
   0116  DRUG SCREEN QUALITATIVE SINGLE DRUG  0322320  80101  1       21.90
   0116  DRUG SCREEN QUALITATIVE SINGLE DRUG  0322320  80101  1       21.90
   0116  DRUG SCREEN QUALITATIVE SINGLE DRUG  0322320  80101  1       21.90
   0116  DRUG SCREEN QUALITATIVE SINGLE DRUG  0322320  80101  1       21.90
   0116  TROPONIN I                      0323520    84484     1      122.50
   0116  BASIC METABOLIC PANEL           0341107    80048     1      262.00
   0116  CBC W/DIFF                      0603010    85025     1       89.10
   0116  URINALYSIS (CHEMISTRIES)        0280008    81003     1       64.30
   0116  RIBS RT                         2100495    71100     1      274.50
   0116  SPINE CERVICAL MIN 4 VIEWS      2101368    72050     1      402.80
   0116  CHEST ONE VIEW                  2100394    71010     1      210.60
   0116  INCENTIVE BREATHING/TRMT        3630217    94799     1       51.70
   0116  THERAP/PROPHYLACTIC/DX INJECTION IV  7890784  90784  1      195.80
   0116  ED LEVEL VI (CRITICAL CARE 30-74 MIN) 7899291 99291  1      720.00
   0116  ED PULSE OXIMETRY               7894760    94760     1       10.00
   0117  EKG                             1200021    93005     1      149.20



                                              TOTAL CHARGES            3124.60
                                              PAYMENTS/ADJUSTMENTS     3124.60-

                                              ***BALANCE***               0.00

           BENEFITS ASSIGNED TO VALLEY BAPTIST MEDICAL CENTER - HARLINGEN
   NO PAYMENT DUE
   ===============
                                                                              14
```

VALLEY BAPTIST MEDICAL CENTER - HARLINGEN           PAGE   2 OF   2
2101 PEASE STREET   P.O. DRAWER 2588
HARLINGEN, TEXAS 78550
(956)389-2060

DATE:
02/17/05

PATIENT NAME: RODRIGUEZ, ROGELIO                    MED REC NO: 00260430

SERVICE DATE(S): FROM 01/16/03 TO 01/17/03          ACCOUNT NO: 987836525


R AND L, CARRIERS                                   GUARANTOR NO: 000208346
PO BOX 271
WILLMINGTON   OH   45177                            F/C: W/C TWCC

| DATE | DESCRIPTION | CHARGE # | CPT | QUAN | AMOUNT |
|---|---|---|---|---|---|
|  | ----- SUMMARY OF DETAIL CHARGES ------ |  |  |  |  |
|  | ADJUSTMENTS |  | 097 | 1 | 937.38- |
|  | PAYMENTS |  | 099 | 1 | 2,187.22- |
|  | S/A/PHARMACY |  | 259 | 1 | 0.50 |
|  | LABORATORY |  | 300 | 1 | 8.40 |
|  | LAB/CHEMISTRY |  | 301 | 13 | 947.70 |
|  | LAB/HEMOTOLOGY |  | 305 | 1 | 89.10 |
|  | LAB/UROLOGY |  | 307 | 1 | 64.30 |
|  | DX X-RAY |  | 320 | 2 | 677.30 |
|  | DX XRAY/CHEST |  | 324 | 1 | 210.60 |
|  | RESPIRATORY |  | 410 | 1 | 51.70 |
|  | EMERGENCY ROOM |  | 450 | 2 | 915.80 |
|  | PULMONARY FUNCTION |  | 460 | 1 | 10.00 |
|  | EKG/ECG |  | 730 | 1 | 149.20 |

TOTAL CHARGES               3124.60
PAYMENTS/ADJUSTMENTS        3124.60-

***BALANCE***                  0.00

BENEFITS ASSIGNED TO VALLEY BAPTIST MEDICAL CENTER - HARLINGEN

NO PAYMENT DUE
===============

15