# TEAM LITIGATION COMPANY

**CAUSE NO.:** B-04-137

**STYLE OF CASE:** ROGELIO RODRIGUEZ
AND ELIZABETH RODRIGUEZ

VS.

JAMES ARTHUR LARSON

**RECORDS FROM:** Eric Bennos, M.D.
Billing Records

**PERTAINING TO:** Rogelio Rodriguez

**TYPE OF RECORDS:** Billing Records

 10339-6

**ORDERED BY:** Mr. Patrick R. Kasperitis

3605 Katy Fwy., Suite 100
Houston, Texas 77007
(713) 802-9100
Fax (713) 802-9108
www.TeamLit.com

*A Full Service Litigation Records Retrieval Company*

Records Retrieval • Court Reporting • Copy Service • Trial Boards • Video Depositions

RECEIVED
FEB 2 4 2005

FA

10339-6

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ | § | |
| AND ELIZABETH RODRIGUEZ | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | Civil Action No. B-04-137 |
| | § | |
| | § | |
| | § | |
| JAMES ARTHUR LARSON | § | |
| Defendant. | § | |

DEPOSITION BY WRITTEN QUESTIONS PROPOUNDED TO
THE CUSTODIAN OF BILLING RECORDS FOR:
Eric Bennos, M.D.
Billing Records

Specifically subpoenaed are: Any and all billing records from date of birth, 01/12/1960 to the present, pertaining to ROGELIO RODRIGUEZ; SSN: 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; DOB: 01/12/1960, including, but not limited to itemized billing statements, CPT codes, collection reports, records showing any payments, credits and/or adjustments, or any other billing information within the care, custody or control, or to which said custodian has access.

1. Please state your full name.

   Answer: _Edwin Nicely_

2. Please state by whom you are employed and the business address.

   Answer: _Eric Bennos MD_
   _18601 LBJ Hwy #300 Mesquite TX 75150_

3. What is the title of your position or job?

   Answer: _Medical Biller_

4. Are the Billing Records, memoranda or reports outlined in the subpoena duces tecum pertaining to **Rogelio Rodriguez** in your custody and/or subject to your control, supervision or direction?

   Answer: _Yes_

5. Are you able to identify these Billing Records as the originals or true and correct copies of the originals?

   Answer: _Yes_

6. Please provide to the Officer taking this deposition photostatic copies of the complete Billing Records outlined in the subpoena duces tecum. Have you complied?

ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ vs.
JAMES ARTHUR LARSON

Cause No.: B-04-137　　　　　　　　　　　　　　　　　Records of: Rogelio Rodriguez

Answer: Yes

7. Are the copies which you have provided to the Officer taking this deposition true and correct copies of all such Billing Records?

Answer: Yes

8. Are the originals of such Billing Records in the files of this company?

Answer: Yes

9. Are the originals of such Billing Records a permanent part of the records of this company?

Answer: Yes

10. Were such Billing Records, memoranda or reports made in the regular course of business of this company?

Answer: Yes

11. Was it the regular course of business of this company for employees and representatives of this company with personal knowledge of the acts, events, conditions and other information contained in such Billing Records you have furnished to the Officer taking this deposition, to make such Billing Records or to transmit information pertaining thereto to be included in such Billing Records?

Answer: Yes

12. Were the entries in the Billing Records, memoranda or reports made by employees or representatives made at or near the time when the acts, events, conditions and other information contained therein occurred, were observed or rendered, or made reasonably soon thereafter?

Answer: Yes

13. Have you been requested, directed, or has it ever been suggested by any person (whether a lawyer, doctor, patient, or any other person) that any part of the records subject to this deposition be withheld or protected from discovery for any reason? If so, please state the name and address of that person who conveyed this information to you and when such event occurred.

Answer: No

ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ vs.
JAMES ARTHUR LARSON

Cause No.: B-04-137                                          Records of: Rogelio Rodriguez

14. Do you know whether or not, or do you have any reason to believe that the records subject to this deposition have in any manner been edited, purged, culled or in any other manner made different from the way such record existed when created? If so, please explain your knowledge or belief in this regard.

Answer: __No__

_____
CUSTODIAN SIGNATURE

(Section below to be completed by the Notary Public)

__Edwin Nicely__
(Print the name of the custodian)

appeared before me stating that the answer provided to each and every question is true as stated AND has provided an exact duplicate of the original records(s) as described in the SUBPOENA.

SWORN TO AND SUBSCRIBED, before me on this the __11__ day of __February__, 20__05__.

DAWN W. PRICE
MY COMMISSION EXPIRES
May 18, 2007

NOTARY PUBLIC

```
ERIC BENNOS, M.D.,P.A.-RADIOLOGIST        Provider ID   : 75-2823260 Page 1
P. O. BOX   293115                        Statement Date : 02/10/2005
LEWISVILLE, TX  75029-3115
                                          Referring Phys : GILL


    RODRIGUEZ, ROGELIO    Account # : 307180


    RANDALL CRANE, ATTY
    201 S SAM HOUSTON
    SAN BENITO, TX  78586-



     DATE     CODE         DESCRIPTION                     CHARGES      CREDITS
     -------------------------------------------------------------------------
     10/08/03  72148.26    MRI LUMBAR (READ)               300.00
     10/08/03  722.10      LUMBAR DISC W/O MYELOPATH
```

---
                                                                        Total
---
                                                                       300.00

Please Direct Statement Inquiries To  972.682.0601
Or Fax To 972.682.0661

1