UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | § | |

-oOo-

## NOTICE OF DECLARATION (AFFIDAVIT)
## UNDER FEDERAL RULE OF EVIDENCE 902 (11)

Please take notice that Plaintiff Rogelio Rodriguez, has obtained the declaration (Affidavit) under penalty of perjury of DR. ERIC BENNOS, certifying the authenticity of the business records of DR. ERIC BENNOS, for use at the trial of this case under Federal Rule of Evidence 902 (11).

A copy of the declaration (Affidavit) of DR. ERIC BENNOS is attached to this notice as Exhibit "A".

Dated this the __19th__ day of __April__, 200_6_.

RESPECTFULLY SUBMITTED,

LAW OFFICE OF RANDALL P. CRANE
Attorney At Law
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-2496

BY: _____
RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Notice of Declaration/Affidavit of Dr. Eric Bennos, has been forwarded to the following:

**Patrick R. Kasperitis**
Attorney At Law
Dunn, Weathered, Coffey, Rivera,
Kasperitis & Rodriguez, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401

SIGNED THIS THE   19th   DAY OF APRIL, 2006.

(CERTIFIED MAIL, RETURN RECEIPT REQUESTED #7004 0550 0001 3134 7352)

RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § |
| VS. | §  CIVIL ACTION NO. B-04-137 § |
| JAMES ARTHUR LARSON | § |

-oOo-

## AFFIDAVIT OF COSTS OF SERVICES & RECORDS BY PROVIDER

Name Of Patient: ROGELIO RODRIGUEZ
D.O.B.: 01/12/1960
S.S.N.: 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

Before me, the undersigned authority, on this day personally appeared **DR. ERIC BENNOS**, who, being by me duly sworn, deposed and stated as follows:

My name is **ERIC BENNOS**. I am of sound mind and body, capable of making this affidavit. The facts stated in this affidavit are withing my personal knowledge and are true and correct. **From 10/8/03 thru present**, I provided a service to **ROGELIO RODRIGUEZ, D.O.B.:01/12/1960, S.S.N.: 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.** An itemized statement of the services and the charges for the services is attached to this affidavit and is part of this affidavit. The services I provided were necessary, and the amount I charged for the services was reasonable at the time and place the services were provided. The services provided were needed by **ROGELIO RODRIGUEZ, D.O.B.: 01/12/1960, S.S.N.: 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,** as a result injuries sustained as the result of an automobile collision which occurred on **JANUARY 16, 2003**. The total amount of the charges for the services provided was $ 300 - .

EXHIBIT
A pg 1

The attached records are kept by me in the regular course of business. The information contained in the records was transmitted by me in the regular course of business of **DR. ERIC BENNOS** or by an employee or representative of **DR. ERIC BENNOS,** who had personal knowledge of the act, event, condition, opinion or diagnosis, recorded to make the record or to transmit information thereof to be included in such record. The records were made at or near the time or reasonably soon after the time the service was provided. The records are the originals or exact duplicates of the originals.

BY: _____
**DR. ERIC BENNOS**

SWORN TO AND SUBSCRIBED before me on the 29th day of MARCH, 2005, to certify which witness my hand and seal of office.

DAWN W. PRICE
MY COMMISSION EXPIRES
May 18, 2007

_____
Notary Public, State of Texas

EXHIBIT
A pg 2