UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROGELIO RODRIGUEZ AND     §
ELIZABETH RODRIGUEZ        §
                        §
VS.                      §    CIVIL ACTION NO. B-04-137
                        §
JAMES ARTHUR LARSON      §

-oOo-

## AFFIDAVIT OF COSTS OF SERVICES & RECORDS BY PROVIDER

Name Of Patient: ROGELIO RODRIGUEZ
D.O.B.: 01/12/1960
S.S.N.: 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

Before me, the undersigned authority, on this day personally appeared **DR. ERIC BENNOS,** who, being by me duly sworn, deposed and stated as follows:

My name is **ERIC BENNOS.** I am of sound mind and body, capable of making this affidavit. The facts stated in this affidavit are withing my personal knowledge and are true and correct. **From 10/8/03 thru present,** I provided a service to **ROGELIO RODRIGUEZ, D.O.B.:01/12/1960, S.S.N.: 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.** An itemized statement of the services and the charges for the services is attached to this affidavit and is part of this affidavit. The services I provided were necessary, and the amount I charged for the services was reasonable at the time and place the services were provided. The services provided were needed by **ROGELIO RODRIGUEZ, D.O.B.: 01/12/1960, S.S.N.: 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,** as a result injuries sustained as the result of an automobile collision which occurred on **JANUARY 16, 2003.** The total amount of the charges for the services provided was $ _300_ .

The attached records are kept by me in the regular course of business.  The information contained in the records was transmitted by me in the regular course of business of **DR. ERIC BENNOS**  or by an employee or representative of **DR. ERIC BENNOS,** who had personal knowledge of the act, event, condition, opinion or diagnosis, recorded to make the record or to transmit information thereof to be included in such record.   The records were made at or near the time or reasonably soon after the time the service was provided.  The records are the originals or exact duplicates of the originals.


BY:_____
**DR. ERIC BENNOS**


SWORN  TO AND SUBSCRIBED before me on the ___29th___ day of _MArch_,
2005,  to certify which witness my hand and seal of office.

DAWN W. PRICE
MY COMMISSION EXPIRES
May 16, 2007

Notary Public, State of Texas

ERIC BENNOS, M.D.,P.A.-RADIOLOGIST
P. O. BOX  293115
LEWISVILLE, TX  75029-3115

Provider ID  : 75-2823260 Page 1
Statement Date : 04/05/2006

Referring Phys : GILL


RODRIGUEZ, ROGELIO    Account # : 307180


RANDALL CRANE, ATTY
201 S SAM HOUSTON
SAN BENITO, TX  78586-


| DATE | CODE | DESCRIPTION | CHARGES | CREDITS |
|------|------|-------------|---------|---------|
| 10/08/03 | 72148.26 | MRI LUMBAR (READ) | 300.00 | |
| 10/08/03 | 722.10 | LUMBAR DISC W/O MYELOPATH | | |

-------------------------------------------------------------------------------
                                                              Total
-------------------------------------------------------------------------------
                                                              300.00
Please Direct Statement Inquiries To  972.682.0601
Or Fax To 972.682.0661

# ⊧⊧⊧ TEAM LITIGATION COMPANY

January 19, 2005                                                      TLC No. 10339-6
Eric Bennos, M.D.
Billing Records
18601 LBJ Freeway, Suite 300
Mesquite, TX  75150

RE:    **Billing Records pertaining to Rogelio Rodriguez; DOB 01/12/1960; SSN 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 in Cause No.
       B-04-137 pending in the United States District Court Southern District Of Texas, Brownsville
       Division styled: ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ vs.   JAMES
       ARTHUR LARSON**

Dear Records Custodian:

A lawsuit has been filed and your facility has been identified as possessing records that relate to the above judicial
proceeding. Team Litigation Company is a legal service firm and is acting as an agent of an attorney to obtain these
records and to provide the appropriate legal documentation.

You are hereby served with a Subpoena Duces Tecum for Billing Records pertaining to Rogelio Rodriguez. Also
enclosed are the Deposition Upon Written Questions and Affidavits. **If there is a fee,** please do not reproduce the
records subpoenaed without prior fee approval. (REFER TO TEXAS STATE BOARD OF MEDICAL EXAMINERS
RULE 165.2 (e) FOR REASONABLE FEE DEFINITION.) Please call (713) 802-9100 with your estimated fee. We
will endeavor to obtain fee approval as soon as possible and notify you so that you may proceed to comply with the
subpoena. Team Litigation Company reserves the right to refuse any bill submitted after the receipt of records. **If you
have no records,** call us.  The attorney may still want the Questions and Affidavits answered.

CHECKLIST:
1.  Carefully **read the subpoena** so that all the requested records are included.  Be sure to include separate
    correspondence files, if applicable.
2.  Call us for **fee approval,** before sending records.
3.  **Answer all the questions** completely.  "I don't know" and "N/A" are not sufficient.  Please use **blue or
    black ink.**  If you make an error, **do not use "white out,"** or correction tape, just draw a single line through
    the error and **initial each change.**
4.  All the Questions and the Affidavit must be answered by the **same person.  If there is an affidavit,
    double sided pages count as 2 pages of records.  Please include this in the page
    count.  If you are unsure as to how many pages, please leave this space blank,
    and we will fill it in.**
5.  Each signature must be **notarized,** including notary stamp/seal.
6.  **Return the signed & notarized original** Questions and Affidavit to us with the records.  Do not return the
    documents to the attorney.

Your assistance in this most urgent matter is greatly appreciated.  Thank you for your time and cooperation.

Sincerely,
Team Litigation Company / **Tennille (x115)**
3605 Katy Freeway, Suite 100
Houston, TX  77007
(713) 802-9100  Fax: (713) 802-9108

**Do not sign before:**
2/7

Issued by the

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

SUBPOENA IN A CIVIL CASE

ROGELIO RODRIGUEZ
AND ELIZABETH RODRIGUEZ
    Vs.

CIVIL ACTION No. **B-04-137**

JAMES ARTHUR LARSON

TO:  Eric Bennos, M.D.
      Billing Records
      18601 LBJ Freeway, Suite 300
      Mesquite, TX  75150

☐  YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Any and all billing records from date of birth, 01/12/1960 to the present, pertaining to ROGELIO RODRIGUEZ; SSN: 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; DOB: 01/12/1960, including, but not limited to itemized billing statements, CPT codes, collection reports, records showing any payments, credits and/or adjustments, or any other billing information within the care, custody or control, or to which said custodian has access.**

| PLACE | DATE AND TIME |
|---|---|
| Team Litigation Company      [TLC No. 10339-6]<br>3605 Katy Freeway, Suite 100, Houston, TX  77007 | Instanter |

☐    YOU ARE COMMANDED to permit inspection of the following premises at the date, and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization to a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Patrick R. Kasperitis /CJ*    Attorney for Defendant | **January 19, 2005** |

Mr. Patrick R. Kasperitis, Dunn, Weathered, Coffey, Rivera, Kasperitis & Rodr
611 South Upper Broadway, Corpus Christi, TX  78401, (361) 883-1594

10339-6

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ | § | |
| AND ELIZABETH RODRIGUEZ | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | Civil Action No. B-04-137 |
| | § | |
| | § | |
| | § | |
| JAMES ARTHUR LARSON | § | |
| Defendant. | § | |

### NOTICE TO TAKE DEPOSITION UPON WRITTEN QUESTIONS

TO:    PLAINTIFF ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ, by and through the attorney of record Mr. Randall P. Crane;

YOU WILL TAKE NOTICE THAT fourteen (14) days after the service of a copy hereof with attached questions, a DEPOSITION UPON WRITTEN QUESTIONS will be taken of the custodian of records for **Eric Bennos, M.D., Billing Records, 18601 LBJ Freeway, Suite 300, Mesquite, TX 75150, (972) 682-0601** before a representative and duly authorized Notary Public for: Team Litigation Company, 3605 Katy Freeway, Suite 100, Houston, Texas 77007, (713)802-9100.

Notice is further given that request is here made as authorized under Rule 31 of the Federal Rules of Civil Procedure, to the officer authorized to take this deposition to issue a SUBPOENA DUCES TECUM and cause it to be served on the witness to produce the following:

**Any and all billing records from date of birth, 01/12/1960 to the present, pertaining to ROGELIO RODRIGUEZ; SSN: 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; DOB: 01/12/1960, including, but not limited to itemized billing statements, CPT codes, collection reports, records showing any payments, credits and/or adjustments, or any other billing information within the care, custody or control, or to which said custodian has access.**

*Patrick R. Kasperitis*

By Permission:
Mr. Patrick R. Kasperitis
SBN 11105270
Dunn, Weathered, Coffey, Rivera, Kasperitis & Rodr
611 South Upper Broadway
Corpus Christi, TX 78401
(361) 883-1594; Fax: (361) 883-1599

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Notice, as well as a copy of the attendant Direct Questions, have been mailed, return receipt requested, or hand delivered or transmitted by telephone facsimile to all Counsels of Record, this the **19 day of January, 2005.**

For:    Mr. Patrick R. Kasperitis

cc:
Mr. Randall P. Crane
Law Firm of Randall P. Crane
201 South Sam Houston
San Benito, TX 78586
(956) 399-2496, Fax: (956) 399-7398
Attorney for Plaintiff

# AUTHORIZATION TO RELEASE PROTECTED HEALTH INFORMATION    (PHI)

## Patient Identification

Printed Name:  **Rogelio Rodriguez**                  Date of Birth:  **01/12/1960**

Address:  **123 Dolores St., Primera, Texas**

Social Security #:  **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**          Telephone: (        )

## Information To Be Released – Covering the Periods of Health Care

From (date)  **01/16/2003**          to (date)  **present**

## Purpose of Request/Disclosure

| ☐  Treatment or consultation | ☐  At request of the patient | ☐  Billing or claims payment |
|---|---|---|
| ☒  Other (specify)  **Legal Matter** | | |

## Description of Information to be used or disclosed

| ☐ All PHI in medical record | ☐ Operative report and pathology | ☐ Discharge summary |
|---|---|---|
| ☐ All psychiatric treatment | ☐ History and physical exam | ☐ Progress Notes |
| ☐ All psychotherapy treatment | ☐ Consultation reports | ☐ Laboratory test results |
| ☐ x-ray reports | ☐ x-ray films/images | ☐ photographs, videotapes |
| ☐ complete billing record | ☐ Itemized bill | ☐ Nursing information |
| ☐ Physician orders | ☐ Abstract of health record | ☐ Other |

## Who and Where to Send/Release Information

Name:  **TEAM LITIGATION CO.**

Address:  **3605 Katy Freeway, Suite 100**
**Houston, Texas  77007**

## Drug and/or Alcohol Abuse, and/or Psychiatric, and/or HIV/AIDS Records Release

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial)  If not applicable, check here. XX

## Time Limit & Right to Revoke Authorization

Except to the extent that action has already been taken in reliance on this authorization, at any time I can revoke this authorization by submitting a notice in writing to the facility Privacy Officer at _____
Unless revoked, this authorization will expire on the following date or event  **01/29/05**  or 180 days from date of signature.

## Re-disclosure

I understand that the information disclosed by this authorization may be subject to re-disclosure by the recipient and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facility, its employees, officers and physicians are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

## Signature of Patient or Personal Representative Who May Request Disclosure

I understand that I do not have to sign this authorization, and my treatment or payment for services will not be denied if I do not sign this form unless specified above under Purpose of Request.  I can inspect or copy the protected health information to be used or disclosed.

I authorize  **Eric Bonnos, M.D.**  to release the protected health information specified above.

Signature:  _Rogelio Rodriguez_          Date:  **November 29, 2004**
**ROGELIO RODRIGUEZ**

Authority to Sign if not patient: _____

# TEAM LITIGATION COMPANY

January 19, 2005                                               TLC No. 10339-5
Eric Bennos, M.D.
Medical Records
18601 LBJ Freeway, Suite 300
Mesquite, TX  75150

RE:    Medical Records pertaining to Rogelio Rodriguez; DOB 01/12/1960; SSN 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 in Cause
       No. B-04-137 pending in the United States District Court Southern District Of Texas, Brownsville
       Division styled: ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ vs.    JAMES
       ARTHUR LARSON

Dear Records Custodian:

A lawsuit has been filed and your facility has been identified as possessing records that relate to the above judicial
proceeding. Team Litigation Company is a legal service firm and is acting as an agent of an attorney to obtain these
records and to provide the appropriate legal documentation.

 You are hereby served with a Subpoena Duces Tecum for Medical Records pertaining to Rogelio Rodriguez.  Also
enclosed are the Deposition Upon Written Questions and Affidavits.  If there is a fee, please do not reproduce the
records subpoenaed without prior fee approval. (REFER TO TEXAS STATE BOARD OF MEDICAL EXAMINERS
RULE 165.2 (e) FOR REASONABLE FEE DEFINITION.)  Please call (713) 802-9100 with your estimated fee. We
will endeavor to obtain fee approval as soon as possible and notify you so that you may proceed to comply with the
subpoena. Team Litigation Company reserves the right to refuse any bill submitted after the receipt of records. If you
have no records, call us.  The attorney may still want the Questions and Affidavits answered.

CHECKLIST:
1.  Carefully **read the subpoena** so that all the requested records are included.  Be sure to include separate
    correspondence files, if applicable.
2.  Call us for **fee approval**, before sending records.
3.  **Answer all the questions** completely.  "I don't know" and "N/A" are not sufficient.  Please use **blue or
    black ink**.  If you make an error, **do not use "white out,"** or correction tape, just draw a single line through
    the error and **initial each change.**
4.  All the Questions and the Affidavit must be answered by the **same person.**  *If there is an affidavit,
    double sided pages count as 2 pages of records.  Please include this in the page
    count.  If you are unsure as to how many pages, please leave this space blank,
    and we will fill it in.*
5.  Each signature must be **notarized**, including notary stamp/seal.
6.  **Return the signed & notarized original** Questions and Affidavit to us with the records.  Do not return the
    documents to the attorney.

Your assistance in this most urgent matter is greatly appreciated.  Thank you for your time and cooperation.

Sincerely,
Team Litigation Company / **Tennille (x115)**
3605 Katy Freeway, Suite 100
Houston, TX  77007
(713) 802-9100  Fax: (713) 802-9108

Do not sign before:
2/7

Issued by the

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

SUBPOENA IN A CIVIL CASE

ROGELIO RODRIGUEZ
AND ELIZABETH RODRIGUEZ
   Vs.       CIVIL ACTION NO. B-04-137

JAMES ARTHUR LARSON

TO: Eric Bennos, M.D.
   Medical Records
   18601 LBJ Freeway, Suite 300
   Mesquite, TX 75150

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Any and all medical records, from date of birth, 01/12/1960 to the present, pertaining to ROGELIO RODRIGUEZ; SSN: 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; DOB: 01/12/1960, including, but not limited to: patient information/registration forms, medical reports, radiology reports, pathology reports, physical therapy records, any and all raw data, tests and test results, doctors orders, nurses notes, memorandum, correspondence to or from patient or concerning patient, medication, treatments, profiles, patient history forms, diagnoses, diagrams, graphs, charts, photographs, video tapes, recordings or other visual or audio representations reflecting the physical or mental condition of the patient within the care, custody or control, or to which said custodian has access.**

| PLACE | DATE AND TIME |
|---|---|
| Team Litigation Company     [TLC No. 10339-5]<br>3605 Katy Freeway, Suite 100, Houston, TX 77007 | Instanter |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date, and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization to a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Patrick R. Kasperitis /Ce*  Attorney for Defendant | **January 19, 2005** |

Mr. Patrick R. Kasperitis, Dunn, Weathered, Coffey, Rivera, Kasperitis & Rodr
611 South Upper Broadway, Corpus Christi, TX 78401, (361) 883-1594

10339-5

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ | § | |
| AND ELIZABETH RODRIGUEZ | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | Civil Action No. B-04-137 |
| | § | |
| | § | |
| | § | |
| JAMES ARTHUR LARSON | § | |
| Defendant. | § | |

## NOTICE TO TAKE DEPOSITION UPON WRITTEN QUESTIONS

TO:   PLAINTIFF ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ, by and through the attorney of record Mr. Randall P. Crane;

YOU WILL TAKE NOTICE THAT fourteen (14) days after the service of a copy hereof with attached questions, a DEPOSITION UPON WRITTEN QUESTIONS will be taken of the custodian of records for Eric Bennos, M.D., Medical Records, 18601 LBJ Freeway, Suite 300, Mesquite, TX 75150, (972) 682-0601 before a representative and duly authorized Notary Public for: Team Litigation Company, 3605 Katy Freeway, Suite 100, Houston, Texas 77007, (713)802-9100.

Notice is further given that request is here made as authorized under Rule 31 of the Federal Rules of Civil Procedure, to the officer authorized to take this deposition to issue a SUBPOENA DUCES TECUM and cause it to be served on the witness to produce the following:

Any and all medical records, from date of birth, 01/12/1960 to the present, pertaining to ROGELIO RODRIGUEZ; SSN: 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; DOB: 01/12/1960, including, but not limited to: patient information/registration forms, medical reports, radiology reports, pathology reports, physical therapy records, any and all raw data, tests and test results, doctors orders, nurses notes, memorandum, correspondence to or from patient or concerning patient, medication, treatments, profiles, patient history forms, diagnoses, diagrams, graphs, charts, photographs, video tapes, recordings or other visual or audio representations reflecting the physical or mental condition of the patient within the care, custody or control, or to which said custodian has access.

*Patrick R. Kasperitis*

By Permission:
Mr. Patrick R. Kasperitis
SBN 11105270
Dunn, Weathered, Coffey, Rivera, Kasperitis & Rodr
611 South Upper Broadway
Corpus Christi, TX 78401
(361) 883-1594; Fax: (361) 883-1599

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Notice, as well as a copy of the attendant Direct Questions, have been mailed, return receipt requested, or hand delivered or transmitted by telephone facsimile to all Counsels of Record, this the **19 day of January, 2005.**

For:     Mr. Patrick R. Kasperitis

cc:
Mr. Randall P. Crane
Law Firm of Randall P. Crane
201 South Sam Houston
San Benito, TX 78586
(956) 399-2496, Fax: (956) 399-7398
Attorney for Plaintiff

## AUTHORIZATION TO RELEASE PROTECTED HEALTH INFORMATION    (PHI)

**Patient Identification**
Printed Name:    **Rogelio Rodriguez**    Date of Birth:    01/12/1960
Address:    **123 Dolores St., Primera, Texas**
Social Security #: 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    Telephone: (____)_____

**Information To Be Released – Covering the Periods of Health Care**
From (date)    **01/16/2003**    to (date)    **present**

**Purpose of Request/Disclosure**

| □ Treatment or consultation | □ At request of the patient | □ Billing or claims payment |
|---|---|---|
| XP Other (specify)    **Legal Matter** | | |

**Description of Information to be used or disclosed**

| □ All PHI in medical record | □ Operative report and pathology | □ Discharge summary |
|---|---|---|
| □ All psychiatric treatment | □ History and physical exam | □ Progress Notes |
| □ All psychotherapy treatment | □ Consultation reports | □ Laboratory test results |
| □ x-ray reports | □ x-ray films/images | □ photographs, videotapes |
| □ complete billing record | □ Itemized bill | □ Nursing information |
| □ Physician orders | □ Abstract of health record | □ Other |

**Who and Where to Send/Release Information**
Name:
Address:

**TEAM LITIGATION CO.**
**3605 Katy Freeway, Suite 100**
**Houston, Texas  77007**

**Drug and/or Alcohol Abuse, and/or Psychiatric, and/or HIV/AIDS Records Release**
I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information._____(Initial)  If not applicable, check here. XX

**Time Limit & Right to Revoke Authorization**
Except to the extent that action has already been taken in reliance on this authorization, at any time I can revoke this authorization by submitting a notice in writing to the facility Privacy Officer at _____.
Unless revoked, this authorization will expire on the following date or event    **01/29/05**    or 180 days from date of signature.

**Re-disclosure**
I understand that the information disclosed by this authorization may be subject to re-disclosure by the recipient and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facility, its employees, officers and physicians are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**Signature of Patient or Personal Representative Who May Request Disclosure**
I understand that I do not have to sign this authorization, and my treatment or payment for services will not be denied if I do not sign this form unless specified above under Purpose of Request.  I can inspect or copy the protected health information to be used or disclosed.
I authorize _Eric Bennos, M.D._____ to release the protected health information specified above.

Signature: _Rogelio Rodriguez_____    Date: _November 29, 2004_
ROGELIO RODRIGUEZ
Authority to Sign if not patient:_____

```
ERIC S. BENNOS, MD, PA                Provider ID  : 75-2823260 Page 1
RADIOLOGIST                           Statement Date : 10/16/2003
PO BOX  293115
LEWISVILLE, TX  75029-3115            Referring Phys : GILL
```

RODRIGUEZ, ROGELIO    Account # : 307180

```
RANDALL CRANE, ATTY
201 S SAM HOUSTON
SAN BENITO, TX  78586-
```

| DATE | CODE | DESCRIPTION | CHARGES | CREDITS |
|------|------|-------------|---------|---------|
| 10/08/2003 | 72148.26 | MRI LUMBAR (READ) | 300.00 | |
| 10/08/2003 | 722.10 | LUMBAR DISC W/O MYELOPATH | | |

| Over 120 | Over 90 | Over 60 | Over 30 | Current | Total |
|----------|---------|---------|---------|---------|-------|
| 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | 300.00 |

Please Direct Statement Inquiries To Data Management Co. @ (972)682-0601
or Fax Requests To (972)682-0661

# RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER
## 501 B Ed Carey Drive, Harlingen, Texas 78550

CHART # 7180 _____ APPT DATE _____ TIME _____

PATIENT NAME Rodriguez, Rogelio SS# 450 29 5442

ADDRESS _____ CITY Hgm STATE TX ZIP 78550

PHONE 412-8163 DOB 1-12-60 SEX M HEIGHT 68" WEIGHT 225 AGE 43

WK PH _____ EMPLOYER _____ ADDRESS _____

Appt called in by _____

Referring Physician Dr. Darshan Gill                    Degree MD

Address 1120 Galveston City McAllen State TX Zip 78501 Phone 425 Fax 686

Type of exam requested Mri L-sp wo                    0507 3745

Diagnosis: _____

SPOUSE NAME _____ SS# _____ DOB _____
EMPLOYER _____ ADDRESS _____ PHONE _____

### Personal Insurance(PI)
PRIMARY INSURED _____
INS. CO _____
ADDRESS _____
CITY _____ ST __ ZIP __
PHONE _____ GRP# _____
GRP NAME _____ CERT# _____
ID# _____

ATTORNEY _____ LOP
ADDRESS Randall Crane
CITY _____ ST __ ZIP __
PHONE _____
FAX _____
DATE OF ACCIDENT _____
TYPE OF ACCIDENT _____

### MEDICARE/MEDICAID
PRIMARY INSURED _____
ID# _____

### WORKERS COMPENSATION
PRIMARY INSURED _____
INS CO _____
ADDRESS _____
CITY _____ ST __ ZIP __
PHONE _____ CLAIM# _____
ADJUSTER _____
TWCC# _____
DATE OF ACCIDENT _____

### THIRD PARTY
PRIMARY INSURED _____
ADDRESS _____
PHONE _____
SS# _____ DOB _____
ID# _____
INS CO _____
ADDRESS _____
PHONE _____

VERIFIED? ____ DATE ___ INITIALS _____

**Rio Grande Valley Imaging**

**OPEN MRI**

Patient: Rodriguez  Rogelio
           Last        First          MI

Appointment: 10/8/03        1:00 p.M.
                 Date            Time

DIAGNOSIS: Pain to lumbar

## MRI Magnetic Resonance Imaging**

| | | |
|---|---|---|
| Cervical Spine _____ | Shoulder R or L _____ | Ankle R or L _____ |
| Thoracic Spine _____ | Wrist R or L _____ | Foot R or L _____ |
| Lumbar Spine **X** | Knee R or L _____ | Brain _____ |
| IAC _____ | Hips R or L _____ | Pelvis M/F _____ |
| Hand R or L _____ | TMJ _____ | MRA _____ |
| Chest _____ | Neck (soft tissue) _____ | Elbow R or L _____ |
| Face/Sinuses/Orbit _____ | Pituitary Gland _____ | Posterior Fossa _____ |
| | Abdomen _____ | Breast _____ |

### Contrast Study ___ with  **X** without

MRI preparations: Please advise patients not to wear any jewelry and/or
cosmetics, prior to MRI examination.

** Contraindications to MRI are: Pacemakers, Aneurysm Clips, Heart Valves,
Neurostimulators, or Cochlear Implants.

Ordered By: D.S. Gill M.D.

| 501 B N Ed Carey | Omni Pavilion |
|---|---|
| Harlingen, Texas 78550 | 1900 Expressway 77/83 • Suite C-2 |
| Phone: (956) 440-8900 | Brownsville, Texas 78521 |
| Fax: (956) 440-8922 | Ph: (956) 546-9446 |
| • 1-800-460-4721 • | Fax: (956) 546-5880 |

Darshan D. Gill          L#     Chris

1120 Galveston ave       UPin #

McAllen. TX 78501

425-0597     Fax 686-3745

## Rio Grande Valley Imaging and Diagnostic Center
### MRI Patient History

NAME __Rodriguez, Rogelio__ Date_____ Chart#_____

TYPE OF MRI __L-Spine__

DIAGNOSIS_____ HEIGHT_____ WEIGHT_____

DOB __1-12-60__ AGE_____ SEX __m__

REFERRING PHYSICIAN __Gill, S.D.__ DEGREE __md__

### PLEASE INDICATE YES OR NO TO THE FOLLOWING QUESTIONS.

| | | |
|---|---|---|
| Are you taking any medication? | (Yes) | No____ |
| (Please list)_____ | | |
| Do you have any allergies to medications? | Yes____ | (No) |
| Are you allergic to iodine or contrast material? | Yes____ | (No) |
| Are you nervous or suffer anxiety in small spaces (claustrophobia)? | (Yes) | No____ |

### DO YOU, OR HAVE YOU EVER HAD THE FOLLOWING:

| | | |
|---|---|---|
| An MRI before? | Yes____ | (No) |
| Pacemaker placement? | Yes____ | (No) |
| Metallic clips in your body? I.e., aneurysm clips or vascular clips | Yes____ | (No) |
| Metallic flashings or particles exposed to your eyes? | Yes____ | (No) |
| Permanent makeup, tattos, or body piercings? | Yes____ | (No) |
| Head surgery? Date_____ | Yes____ | (No) |
| Heart surgery? Date_____ | Yes____ | (No) |
| Back or spine surgery? Date_____ | Yes____ | (No) |
| Gunshot or shrapnel wound? | Yes____ | (No) |
| Any implanted electronic device? | Yes____ | (No) |
| Hearing aid? | Yes____ | (No) |
| Ear implant? | Yes____ | (No) |
| Lens or corneal implant?_____ | (Yes) | No____ |
| Any type of metal in your body? | Yes____ | (No) |

### FOR CONTRAST PATIENTS:

| | | |
|---|---|---|
| Do you have any blood disorders? | Yes____ | No____ |
| Have you ever been diagnosed or treated for sickle cell anemia? | Yes____ | No____ |
| Have you ever had an allergic reaction to any contrast? | Yes____ | No____ |
| Do you have asthma? | Yes____ | No____ |
| Do you have any heart conditions? | Yes____ | No____ |

### FOR FEMALE PATIENTS:

| | | |
|---|---|---|
| Do you think you may be pregnant? | Yes____ | No____ |
| Date of last menstrual period?_____ | | |
| Do you have an IUD? | Yes____ | No____ |
| Are you currently breastfeeding? | Yes____ | No____ |

THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

Signed:_____ Date:_____

Interviewer:_____

PATIENT NOTES

| DATE | |
|---|---|
| | Rodriguez, Rogelio |
| | Low BACK PAIN + Bi LAT Leg PAIN. PT WAS IN A Head on MVA 5 MONTH AGO. No Hx of BACK Surgery |



**PAIN**          **NUMBNESS**          **TINGLING**

| QTY. | CODE | DESCRIPTION |
|---|---|---|
| | | OTHER |
| 1 | 72143 | L-Sp C |
| | | |
| | | |
| | | |

7.30

**Patient Authorization for Personal Representative**

Please print all information, then sign and date form at bottom.

Type of Authorization:  Personal Representative

Patient Name (please print) _Rodriguez, Rogelio_

**Purpose of request** - I authorize _____ to disclose or provide my protected health information to the following individual who is authorized to act as my personal representative for the purposes of receiving all protected health information about myself.  As my designated personal representative, they may exercise my right to inspect, copy, and correct my protected health information.  They may also consent or authorize the use or disclosure of my protected health information:

_____

Name of Personal Representative

_____

Address

_____

City, State, Zip

_____

Phone

**Description of information to be disclosed** - I authorize _____ to disclose all of my protected health information to my designated personal representative.

**Expirations or termination of authorization** – This authorization will remain in effect until terminated by you, your personal representative or another individual(s) of legal entity authorized to do so by court order or law.

**Right to revoke or terminate** – As stated in our Notice of Privacy Practices, you have the right to revoke or terminate this authorization by submitting a written request to our Privacy Manager. This can be done in-person or by mailing a request to:

Rio Grande Valley Imaging - Harlingen Tx.
501 B N Ed Carey
Harlingen, Texas 78550
Ph: (956) 440-8900
Fax: (956) 440-8922
TF: 1-800-460-4721

Attn: Privacy Manager.

**Redisclosure** – We have no control over the person(s) you have listed as your personal representative.  Therefore, your protected health information disclosed under this authorization, will no longer be protected by the requirements of the Privacy Rule and will no longer be the responsibility of __Rio Grande Valley Imaging - Harlingen Tx.__

_____        _____

patient signature                                                                              date

© 2002        Rio Grande Valley Imaging - Harlingen Tx.

7.32

**Patient Authorization for Disclosure to Designated Provider**
Please print all information, then sign and date form at bottom.

Type of Authorization: Designated Provider

**Patient Name** (please print) _Rodriguez, Rogelio_

**Purpose of request** - I request and authorize the disclosure or release of my protected health information (as identified below) to the following provider:

_____
Name of practice

_____
Name of provider

_____
Address

_____
City, State, Zip

_____
Phone

**Description of information to be disclosed** - I authorize the disclosure of the following protected health information about me to the person(s) identified above:

____ Complete medical record; or

____ Only the following information:

_____
_____
_____
_____

**Purpose of disclosure** – This protected health information is being used or disclosed to carry out treatment, payment and/or healthcare operations in the following manner:

_____
_____
_____
_____

**Expirations or termination of authorization** – This authorization will expire within _____ days from the date of my signature below.

X _____          _____
patient signature                                            date

© 2002      Rio Grande Valley Imaging - Harlingen Tx.

7.33

**Provider Request for Disclosure from another Covered Entity**

**Type of Authorization:** Requested disclosure of protected health information by a provider. As a healthcare provider involved in the treatment of the listed individual (see below), I am requesting disclosure of protected health information (see description of information) for the purposes stated in this request.

**Patient Name** (please print) _____

_____
Name of Practice

_____
Name of Provider

_____
Address

_____
City, State, Zip

_____
Phone

**Description of Information to be disclosed** – The information listed for disclosure is the minimum necessary for the purpose listed on this request.

Requested Information: _____

_____

_____

_____

_____

_____

**Purpose of disclosure** – This protected health information is necessary to carry out treatment, payment and/or health care operations in the following manner:

_____

_____

_____

_____

_____

_____

_____

_____    _____
provider's signature                          date

© 2002    Rio Grande Valley Imaging - Harlingen Tx.

**7.80**

## Request for Access to Protected Health Information

Under the Privacy Rule, a patient or their personal representative may request access to the patient's protected health information for the purposes of inspection and/or obtaining a copy of the protected health information. There are conditions under which a healthcare provider may deny access to protected health information. Under such conditions, there is no opportunity or requirement to have the denial of access reviewed. These conditions include:

1. Psychotherapy notes;
2. Information intended for use in a civil, criminal, or administrative actions;
3. When an individual (patient) is an inmate in a correctional facility or the healthcare provider is acting under the direction of correctional facility, where providing access to information would endanger other inmates or correctional employees;
4. When an individual (patient) has consented to the withholding of information as a subject in a research program that is still in progress;
5. Information that cannot be disclosed under the Clinical Laboratory Improvement Amendment;
6. When the Privacy Rule denies access; and
7. When the healthcare provider obtained the protected health information under a promise of confidentiality, and access to the information would reveal the source of the information.

There are three conditions under which a healthcare provider may deny access to protected health information but, if they do, must provide the individual (patient) or their personal representative an opportunity to have the denial reviewed. These conditions include:

1. When the healthcare provider has determined that access to the protected health information is likely to endanger the life or physical safety of the individual (patient) or another person;
2. When the information identifies another person, and the healthcare provider believes that access will cause harm to the other person; and
3. When the information is requested by a personal representative of an individual (patient) and, in the judgment of the healthcare provider, providing access to the information might subject the individual (patient) to domestic violence, abuse, or neglect by the personal representative.

Access (inspection and/or obtaining copies) to protected health information is provided on a scheduled basis. Our receptionist can provide the schedule information for you at the time of your request. Additionally, we will charge a reasonable fee for any copies of protected health information. Our copy fee is $_____. Please note that, due to privacy and risk management guidelines, original documents of protected health information may only be inspected in the presence of one of our staff members and original materials may not be removed from the facility.

_Rogelio Rodriguez_
patient name

_[signature]_
patient signature                                                    date

© 2002    Rio Grande Valley Imaging - Harlingen Tx.

PLEASE
DO NOT
STAPLE
IN THIS
AREA

APPROVED OMB-0938-0008

## HEALTH INSURANCE CLAIM FORM

| | | | | |
|---|---|---|---|---|
| PICA | | | | PICA |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Rodriquez, Rogelio**

3. PATIENT'S BIRTH DATE  MM DD YY    SEX  M  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)

CITY    STATE

8. PATIENT STATUS
Single  Married  Other
Employed  Full-Time Student  Part-Time Student

CITY    STATE

ZIP CODE    TELEPHONE (Include Area Code) ( )

ZIP CODE    TELEPHONE (INCLUDE AREA CODE) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  YES  NO

a. INSURED'S DATE OF BIRTH  MM DD YY    SEX  M  F

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY    SEX  M  F

b. AUTO ACCIDENT?  YES  NO  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES  NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  NO  If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED

14. DATE OF CURRENT:  MM DD YY  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM    TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  MM DD YY  TO  MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES  NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. L___
2. L___
3. L___
4. L___

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A | | | | | | B | C | D | | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE(S) OF SERVICE | | | | | | Place of Service | Type of Service | PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | | DIAGNOSIS CODE | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | EMG | COB | RESERVED FOR LOCAL USE |
| | From MM | DD | YY | To MM | DD | YY | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER    SSN  EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES  NO

28. TOTAL CHARGE  $

29. AMOUNT PAID  $

30. BALANCE DUE  $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED    DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

PIN#    GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    **PLEASE PRINT OR TYPE**    FORM HCFA-1500  (12-90)
FORM OWCP-1500    FORM RRB-1500

# RIO GRANDE VALLEY
## ...GING & DIAGNOSTIC CEN...

Rodriguez
Rogelio

### PATIENT AUTHORIZATION RECORD

#### AUTHORIZATION FOR CARE

I grant permission to the employees of Rio Grande Valley Imaging to render outpatient diagnostic service to me during my diagnostic testing and to carry out the orders of my attending physician, including consultants, associates and assistants of his choice.

#### RELEASE OF INFORMATION

I authorize Rio Grande Valley Imaging to release any medical immformation requested by representatives of local, state, federal agencies, insurance, companies, or other organizations or entities as may be required by said representative for payment of claims arising out of diagnostic testing as are due to Rio Grande Valley Imaging.

#### VALUABLES

I agree to assume personal responsibility for all jewelry, money, or other valuables brought into Rio Grande Valley Imaging during scheduled testing periods. This responsibility includes dentures, eye glasses, contact lens, pillows, and any other personal items.

#### FINANCIAL RESPONSIBILITY

I understand that regardless of my assigned insurance benefits, I am responsible for the total charges for services rendered, and further agree that all amounts are due upon request and are payable to Rio Grande Valley Imaging at Cameron County, Texas.

I further understand that should this account become delinquent and it becomes necessary for the amount to be referred to an attorney or collections agency for collection or suit.I as designated responsible party shall pay the reasonable attorney fees or collections expense, and that a statutory lien will be filed against me.

#### INSURANCE COVERAGE

_____ I certify that I have no insurance which will pay benefits for this diagnostic testing; or
_____ I certify that the insurance reported to Rio Grande Valley Imaging for this admission are a complete listing.

#### INSURANCE ASSIGNMENT

In consideration of services to be rendered, I hereby assign and transfer to Rio Grand Valley Imaging any benefits payable to or for my benefit under hospitalization, sickness or accident insurance, and any other insurance, to include major medical or P.I.P. for the payment of such services rendered. I agree to cooperate, aid and assist Rio Grande Valley Imaging in processing all possible insurance benefits including initiation and fulfillment of all policy provisions such insurance companies may require for payment. I futher assign and transfer to Rio Grande Valley Imaging an interest in any cause action I may have arising out of injuries directly resulting in this diagnostic testing. This assignment includes insurance benefits accruing to me under uninsured motorist coverage.

**THIS ASSIGNMENT EXTENDS TO THE TOTAL AMOUNT OWED RIO GRANDE VALLEY IMAGING AND ALSO AUTHORIZE APPLICABLE HEALTH CARE BENEFITS, IF ANY, TO BE PAID THE PHYSICIAN**-specialists in the field of radiology or any other licensed physicians who perform services at Rio Grande Valley Imaging.

If a Medicare or Medicaid patient, I certify that the information given by me in applying for payment under title XVIII of the Social Security Act is correct. I request that payment of authorized benefits be made in my behalf.

**Patient Signature** _____    **Date** _____

**Signature of Responsible Party** _____    **Relationship to Patient** _____

**Witness** _____    **Date** _____

# RIO GRANDE VALLEY
## IMAGING & DIAGNOSTIC CENTER

### 501 B Ed Carey Drive, Harlingen, Texas 78550
1-800-460-4721 Telephone                    (956) 440-8922 Facsimile

**PATIENT NAME:** Rodriguz Rogelio

**DATE OF ACCIDENT:** _____

I hereby give an assignment to Rio Grande Valley Imaging, on any settlement, claims, judgment or verdict as a result of said accident/illness, and authorize and direct my attorney, and any third party payee, to pay directly to said clinic such sums as may be due and owing them for services rendered me and withhold such sums from such settlements, claims, judgments, or verdict arising from any private insurance to include Personal Injury Protection from my auto insurance, which may be necessary to protect Rio Grande Valley Imaging.

I fully understand that I am directly and fully responsible to Rio Grande Valley Imaging, for all bills submitted by them for services rendered me, and that this agreement is made solely for said clinic additional protection and in consideration of their awaiting payment. *I further understand that such payment is not contingent on any settlement, claim, judgment, or verdict by which I may eventually recover fee.*

**PLEASE ACCEPT THIS ASSIGNMENT OF BENEFITS AND INCLUDE OUR NAME ON THE DRAFT FOR SERVICES RENDERED AT Rio Grande Valley Imaging.**

_____          Date 10-8-03
**Signature of Guarantor**

_____          Date _____
**Witness**

# RIO GRANDE VALLEY
# IMAGING & DIAGNOSTIC CENTER

## 501 B Ed Carey Drive, Harlingen, Texas 78550

### LIEN

MVA

PATIENT NAME: Rodriguez Rogelio

DATE OF ACCIDENT: 10-13-0    1-16-03

I hereby give an assignment to Rio Grande Valley Imaging and to Dee L. Martinez, M.D., on any settlement, claims, judgement or verdict as a result of said accident/illness, and authorize and direct my attorney, and any third party payee, to pay directly to said clinic and said doctor such sums as may be due and owing them for services rendered me, and to withhold such sums from such settlements, claims, judgements, or verdict arising from any private insurance to include Personal Injury Protection from my auto insurance, which may be necessary to protect said clinic and said doctor.

I fully understand that I am directly and fully responsible to Rio Grande Valley Imaging and Dee L. Martinez, M D for all bills submitted by them for services rendered me, and that this agreement is made solely for said clinic and doctor additional protection and in consideration of their awaiting payment. I further understand that such payment is not contingent on any settlement, claim, judgment, or verdict by which I may eventually recover fee.

_____     Date 10-8-03
Patient's Signature

_____     Date
Witness



Rio Grande Valley
Imaging & Diagnostic Center

| | |
|---|---|
| **PATIENT NAME:** | ROGELIO RODRIGUEZ |
| **PATIENT #:** | 7180 |
| **DATE OF BIRTH:** | 01/12/60 |
| **DATE OF EXAM:** | 10/08/03 |
| **REFERRING PHYSICIAN:** | DR. GILL |

**EXAMINATION:**     MRI OF THE LUMBAR SPINE

**HISTORY:** A 43 year old patient with pain in the lumbar region. The patient is also experiencing bilateral leg pain and was hit on the head during motor vehicle accident five months ago.

**MRI IMAGING PARAMETERS:** T1/T2 sagittal and axial T1 images of the lumbosacral spine were obtained without contrast on a Toshiba Opart Open MRI scanner.

**TOTAL NUMBER OF SLICES:** 56+ slices

**FINDINGS:** Examination of the lumbar spine reveals a hypolordotic lumbar curve. There is thinning of the disc at L3-L4 and desiccation of the discs at L4 thru S1. The vertebral bone marrow and prevertebral soft tissues are otherwise normal. The conus terminates at L1. Five lumbar vertebral segments are presumed for the purpose of this discussion. No subluxation is seen.

L1-L2: There is no evidence of a herniated disc, central spinal stenosis, neural exit foraminal stenosis or mass influence upon the central canal identified. Facet joint space narrowing is noted bilaterally.

L2-L3: There is no evidence of a herniated disc, central spinal stenosis, neural exit foraminal stenosis or mass influence upon the central canal identified. Facet joint space narrowing is noted bilaterally.

L3-L4: There is a 1 mm broad-based disc protrusion present minimally narrowing the ventral epidural fat and minimally narrowing the inner zonal fat of the neural exit foramina about 5% on both sides. Facet joint space narrowing is noted bilaterally.

L4-L5: There is a 1-2 mm broad-based disc protrusion present effacing the ventral epidural fat, minimally contacting and flattening the ventral dura and narrowing the inner zones of the neural exit foramina about 30% on both sides. This is indicative of disc edema. Facet arthrosis is noted bilaterally.

**PAGE –2-**

**PATIENT NAME:**        ROGELIO RODRIGUEZ
**DATE OF EXAM:**        10/08/03

L5-S1: There is a 1 mm broad-based disc protrusion present minimally narrowing the ventral epidural fat but not impinging upon neural structures. There is narrowing of the inner zonal fat of the neural exit foramina about 15% is noted bilaterally. The descending S1 nerve roots are symmetrical. The SI joints are patent.

*NOTE – Oftentimes, irritation of the dorsal ramus (medial branch) becomes irritated as it supplies innervation to the facet joint. This may mimic sciatica. Thus, facet blocks may be useful in differentiating the origin of the patient's symptomatology and/or pain.

**IMPRESSION:**

1.    There is a hypolordotic lumbar curvature indicative of myofascial spasm. (Clinical correlation is suggested).

2.    There is thinning of the disc at L3-L4 and desiccation of the discs at L4 thru S1 indicative of degenerative change.

3.    There is facet arthropathy of the mid to lower lumbar spinal range indicative of degenerative change.

4.    There is a 1 mm broad-based disc protrusion present at L3-L4 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.

5.    There is a 1-2 mm broad-based disc protrusion present at L4-L5 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.

6.    There is a 1 mm broad based disc protrusion at L5-S1 not impinging upon neural structures.

7.    There is no acute fracture or unstable injury.

Thank you for this referral.

Eric S. Bennos, M.D.
Board Certified Radiologist

ESB/pv

D&T 10/9/03