# TEAM LITIGATION COMPANY

CAUSE NO.: B-04-137

STYLE OF CASE: ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ

VS.

JAMES ARTHUR LARSON

RECORDS FROM:  EMCARE-HAR Emergency Physicians

PERTAINING TO: Rogelio Rodriguez

ORDERED BY: Mr. Patrick R. Kasperitis

3605 Katy Fwy., Suite 100
Houston, Texas 77007
(713) 802-9100
Fax (713) 802-9108
www.TeamLit.com

RECEIVED
JUN 06 2005

*A Full Service Litigation Records Retrieval Company*

Records Retrieval • Court Reporting • Copy Service • Trial Boards • Video Depositions

10339-9

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ<br><br>Plaintiff,<br>VS.<br><br><br>JAMES ARTHUR LARSON<br>Defendant. | §§§§§§§§§§§<br><br>Civil Action No. B-04-137 |

DEPOSITION BY WRITTEN QUESTIONS PROPOUNDED TO
THE CUSTODIAN OF BILLING RECORDS FOR:
EMCARE-HAR Emergency Physicians

Specifically subpoenaed are: Any and all billing records from date of birth, 01/12/1960 to the present, pertaining to ROGELIO RODRIGUEZ; SSN: 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; DOB: 01/12/1960, including, but not limited to itemized billing statements, CPT codes, collection reports, records showing any payments, credits and/or adjustments, or any other billing information within the care, custody or control, or to which said custodian has access.

1. Please state your full name.
   Answer: _Stephanie Brampton_ (illegible)

2. Please state by whom you are employed and the business address.
   Answer: _NCO 1000 River Rd, Ste 104 Conshohocken, PA 19428-2437_

3. What is the title of your position or job?
   Answer: _Custodian of billing records._

4. Are the Billing Records, memoranda or reports outlined in the subpoena duces tecum pertaining to Rogelio Rodriguez in your custody and/or subject to your control, supervision or direction?
   Answer: _Yes_

5. Are you able to identify these Billing Records as the originals or true and correct copies of the originals?
   Answer: _Yes, a microfilmed copy_

6. Please provide to the Officer taking this deposition photostatic copies of the complete Billing Records outlined in the subpoena duces tecum. Have you complied?
   Answer: _done / yes_

ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ vs.
JAMES ARTHUR LARSON

Cause No.: B-04-137                                Records of: Rogelio Rodriguez

7. Are the copies which you have provided to the Officer taking this deposition true and correct copies of all such Billing Records?

    Answer: _yes_

8. Are the originals of such Billing Records in the files of this company?

    Answer: _yes a microfilmed copy_

9. Are the originals of such Billing Records a permanent part of the records of this company?

    Answer: _a microfilmed copy is maintained_

10. Were such Billing Records, memoranda or reports made in the regular course of business of this company?

    Answer: _yes_

11. Was it the regular course of business of this company for employees and representatives of this company with personal knowledge of the acts, events, conditions and other information contained in such Billing Records you have furnished to the Officer taking this deposition, to make such Billing Records or to transmit information pertaining thereto to be included in such Billing Records?

    Answer: _to the best of my knowledge_

12. Were the entries in the Billing Records, memoranda or reports made by employees or representatives made at or near the time when the acts, events, conditions and other information contained therein occurred, were observed or rendered, or made reasonably soon thereafter?

    Answer: _to the best of my knowledge_

13. Have you been requested, directed, or has it ever been suggested by any person (whether a lawyer, doctor, patient, or any other person) that any part of the records subject to this deposition be withheld or protected from discovery for any reason? If so, please state the name and address of that person who conveyed this information to you and when such event occurred.

    Answer: _no_

ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ vs.
JAMES ARTHUR LARSON

Cause No.: B-04-137                                              Records of: Rogelio Rodriguez

14. Do you know whether or not, or do you have any reason to believe that the records subject to this deposition have in any manner been edited, purged, culled or in any other manner made different from the way such record existed when created? If so, please explain your knowledge or belief in this regard.

Answer: _not to my knowledge_

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF MONTGOMERY

_Stephanie [signature]_
CUSTODIAN SIGNATURE

(Section below to be completed by the Notary Public)

_Stephanie Sannaspreco_
(Print the name of the custodian)

appeared before me stating that the answer provided to each and every question is true as stated AND has provided an exact duplicate of the original records(s) as described in the SUBPOENA.

SWORN TO AND SUBSCRIBED, before me on this the _10th_ day of _May_, 20_05_.

_Christine M. Bramble_
NOTARY PUBLIC

> Notarial Seal
> Christine M. Bramble, Notary Public
> Whitemarsh Twp., Montgomery County
> My Commission Expires Mar. 8, 2006
> Member, Pennsylvania Association of Notaries

EMCARE-HAR EMERG PHYSICIANS PA     HAR
PO BOX 13826
PHILADELPHIA, PA 19101-3826
TAX ID# 75-2628716

**STATEMENT OF ACCOUNT** (2)

Statement Date: 05/19/05    *Payments received after this date will appear on your next statement*

Page 1

Account Number/Cuentas Del Paciente: HAR987836525

Patient Name: ROGELIO RODRIGUEZ
Guarantor:

080118-0000987836525-03

#BWNJFDB
#000000HAR5629512#
ROGELIO RODRIGUEZ
123 DOLORES ST
HARLINGEN, TX 78552

### Account Summary

| | |
|---|---|
| Account Balance: | 0.00 |
| Amount Pending Insurance: | 0.00 |
| Amount Due from Patient (Current): | 0.00 |
| Amount Due from Patient (Past Due): | 0.00 |

ACCOUNT IS NOW SERIOUSLY PAST DUE AND IN DELINQUENCY REVIEW.
/ CUENTA MOROSA Y BAJO ESTADO DE DELINCUENCIA.

| Pay this amount: | 0.00 |
|---|---|

Please refer to the coupon below for payment instructions.

### Account Detail

| DATE | # | DESCRIPTION | CHARGE | PAID BY FIRST INS. | PAID BY OTHER INS. | PAID BY PATIENT | AMOUNT ADJUSTED | DUE FROM INSURANCE | BALANCE DEL PACIENTE |
|---|---|---|---|---|---|---|---|---|---|
| 01/16/03 | 1 | 99284 EMERG INJURY EVAL & MGMT-LVL 4 | 330.00 | | | | | | |
| 03/07/03 | | DX:807.00 DR. YBARRA/VALLEY BAPTIST MEDICAL CENTER AUTO INSURANCE NO RESPONSE FROM PAYOR | | 0.00 - | | | 330.00 - | | 0.00 |
| 02/11/04 | | COLLECTION BAD DEBT | | | | | | | |
| | | Totals | 330.00 | 0.00 | 0.00 | 0.00 | 330.00 - | 0.00 | 0.00 |

**Important Messages:**

This statement is for the direct treatment and/or supervision of care you recently received from an Emergency Physician at Valley Baptist Medical Center. The fees for this private physician are billed separately from any hospital charges or other professional fees for which you may also be responsible. Therefore, should you receive a bill from the hospital or other physicians for charges in connection with this visit, it will not include the items listed on this statement. *****Esta factura solo refleja servicios recibidos por medicos de emergencia.*****

"Payment Plans" Accepted / Aceptamos "Planes de Pago"
Question about this statement? / Llame de Lunes a Viernes? Call 1-800-355-2470 Monday through Friday 9:30AM - 4:00PM. Your automated system access code is 076-987836525, or you can send email to billing_questions@emcare.com.

---

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR REMITTANCE. FAVOR DE SEPARAR Y MANDAR LA PARTE DE ABAJO CON EL CHEQUE

Statement Date: 05/19/05    (2)

Account Number/Cuentas Del Paciente: HAR987836525

Patient Name: ROGELIO RODRIGUEZ

Guarantor:

ROGELIO RODRIGUEZ
123 DOLORES ST
HARLINGEN, TX 78552

080118000098783652500000000000000000000003

| Payment Due By / Fecha De Vencimiento: | PAST DUE |
|---|---|
| Amount Due / Pague Esta Cantidad: | 0.00 |
| Amount Enclosed / Cantidad Paga: | |

PMVA ROGELIO RODRIGUEZ
123 DOLORES ST  HARLINGEN TX 78552

The insurance information in our file appears to the right. Please make any corrections and/or additions on the reverse side of this form and return it to us. Thank you.

YOU MAY PAY THIS BILL WITH YOUR CREDIT CARD
PLEASE SEE REVERSE SIDE.

Make Check/Money Order payable to :

EMCARE-HAR EMERG PHYSICIANS PA HAR
PO BOX 13826
PHILADELPHIA, PA 19101-3826

If your address has changed, check this box and complete the reverse side of this form.

1