UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | § | |

## ORDER

On this day came on for consideration Defendant's Motion to Strike Plaintiff's Late Filed Discovery in the above-styled and numbered cause. The Court having considered same finds that said motion should be granted. It is, therefore,

ORDERED that Plaintiff Rogelio Rodriguez's First Supplemental Objections and Answers to Defendant's First Set of Interrogatories, dated March 24, 2006, and Plaintiffs' First Amended Rule 26(A) and 26(A)(2) Disclosures, dated March 24, 2006, be stricken; that Plaintiffs be sanctioned for failing to supplement discovery pursuant to the provisions of Rules 26(e) and 37; and that Plaintiffs be restricted from the presentation of evidence regarding the elements of damages to those elements timely provided in response to discovery requests and disclosure obligations.

SIGNED AND ORDERED ENTERED this _____ day of _____, 2006.

_____
JUDGE PRESIDING

*copied to:*
Randall P. Crane, 201 S. Sam Houston, San Benito, Texas 78586
Patrick R. Kasperitis, 611 South Upper Broadway, Corpus Christi, Texas 78401