SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO, B-04-I37 |
| JAMES ARTHUR LARSON | § | |

## PLAINTIFFS   RULE 26(A) DISCLOSURES

TO:           JAMES ARTHUR LARSON, BY AND THROUGH HIS
                     ATTORNEY OF RECORD:

                     PATRICK R. KASPERITIS
                     ATTORNEY AT LAW
                     DUNN, WEATHERED, COFFEY,
                     RIVERA, KASPERITIS & RODRIGUEZ, P.C.
                     611 South Upper Broadway
                     Corpus Christi, Texas 78401

PURSUANT TO Rule 26(a)(1), Federal Rules of Civil Procedure, Plaintiffs,     ROGELIO

RODRIGUEZ AND ELIZABETH RODRIGUEZ,  make the following  disclosures:

**A.           NAMES OF PERSONS HAVING RELEVANT KNOWLEDGE:**

a)      Rogelio Rodriguez,   Plaintiff
        123 Dolores Street
        Primera, Texas 78552
        (956) 412-8163

b)      Elizabeth Rodriguez, Plaintiff
        123 Dolores Street
        Primera, Texas 78552
        (956) 412-8163

c)      Janie Ortega                              ATTACHMENTS
        Rt. 1, Box 195A                           IN BUCKET
        Primera, Texas 78552
        (956) 444-0310

1

Exhibit
C



EXHIBIT
C

Vcu

d)    Ignacio Ortega
       Rt. 1, Box 195A
        Primera, Texas 78552
       (956) 444-0310

e)    Paul Gray
       Weslaco, Texas 78596
       (956) 630-7919

f)     Juan L. Garcia
       125 Dolores Street
       Primera, Texas
       (956) 425-7400
       (956) 533-7962

g)    Rosa Ana Montemayor
       P.O. Box 261
       Santa Rosa, Texas
       (956) 636-9409
       (956) 662-4746

h)    Modesta Cruz
       4413 Botts  Street
       Harlingen, Texas 78550
       (956) 412-3835

i)     Trooper Lionel Trevino, #9176
       Texas Department of Public Safety
       1630 N. 77 Sunshine Strip
       Harlingen, Texas 78550
       (956) 423-1160

j)     Carmen Alcala
       526 Resaca Shores Blvd.
       San Benito, Tx.  78586
       (956) 399-6530

k)    Matias E. Garza
       135 Dolores Street
       Primera, Texas 78550
        (956) 428-4778

l)   Valley Baptist Medical Center
     Dr. William Taw
     Dr. Robert Wright
     James Easthnam, CEO
     Ward Cook, Human Resources
     Denise Jackson, Human Resources
     Marcie Sanchez, medical billing
     2121 Pease St.
     Harlingen, Texas 78550
     (956) 389-1100

m)   Harlingen Bone & Joint Clinic, P.A.
     Dr. Herman J. Keillor
     1801 N. Ed Carey Drive, Suite A
     Harlingen, Texas 78550
     (956) 423-5033

n)   Rio Grande Valley Imaging & Diagnostic Center
     501 B N. Ed Carey Drive
     Harlingen, Texas 78550
     (956) 440-8900

o)   Dr. Eric Bennos
     P.O. Box 293115
     Lewisville, Texas 75029-3115

p)   Southern Bone & Joint Center Associates
     Dr. Jorge E. Tijmes
     P.O. Box 6209
     McAllen, Texas 78502
     (956) 687-2032

q)   McAllen MRI Center
     Dr. Marc Berger
     320 N. McColl Suite "E"
     McAllen, Texas 78501
     (956) 687-9636

r)   Focus Medicine Center
     Dr. D.S. Gill
     1120 Galveston Ave.
     McAllen, Texas 78501
     (956) 686-5512

s)   Orthopedic Industrial Sports Medicine
     & Rehabilitation
     Dr. D.S. Gill
     1120 Galveston Ave.
     McAllen, Texas 78501
     (956) 686-5512

t)   Dr. Abraham Cano
     2401 Ed Carey Drive, Suite A
     Harlingen, Texas 78550
     (956) 425-9181

u)   EMCARE Har Emerg Physicians, PA
     P.O. Box 13826
     Philadelphia, PA. 19101-3826
     (800) 355-2470

v)   Medical records and billing records custodians for:

     Valley Baptist Medical Center
     Dr. William Taw
     Dr. Robert Wright
     **James Easthnam, CEO**
     **Ward Cook, Human Resources**
     **Denise Jackson, Human Resources**
     Marcie Sanchez, medical billing
     2121 Pease St.
     Harlingen, Texas 78550
     (956) 389-1100

     EMCARE Har Emerg Physicians, PA
     P.O. Box 13826
     Philadelphia, PA. 19101-3826
     (800) 355-2470

     Harlingen Bone & Joint Clinic, P.A.
     Dr. Herman J. Keillor
     1801 N. Ed Carey Drive, Suite A
     Harlingen, Texas 78550
     (956) 423-5033

     Rio Grande Valley Imaging & Diagnostic Center
     501 B N. Ed Carey Drive
     Harlingen, Texas 78550
     (956) 440-8900

4

Dr. Eric Bennos
P.O. Box 293115
Lewisville, Texas 75029-3115

Southern Bone & Joint Center Associates
Dr. Jorge E. Tijmes
P.O. Box 6209
McAllen, Texas 78502
(956) 687-2032

McAllen MRI Center
Dr. Marc Berger
320 N. McColl Suite "E"
McAllen, Texas 78501
(956) 687-9636

Focus Medicine Center
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Orthopedic Industrial Sports Medicine
& Rehabilitation
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Dr. Abraham Cano
2401 Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 425-9181


**B.      DOCUMENTS AND OTHER TANGIBLE EVIDENCE:**

a)      all photographs relevant to the incident in question, including the vehicles, Plaintiff and the
location where the incident in question occurred.

b)      Plaintiff's and Defendant's pleadings, discovery responses and any supplementals
thereto, medical bills and medical records;

c)    depositions which will be taken in this proceeding of defendant, Plaintiffs, experts, depositions of persons having relevant knowledge, and any and all health care providers, listed hereinbelow, as follows:

Trooper Lionel Trevino, #9176
Texas Department of Public Safety
1630 N. 77 Sunshine Strip
Harlingen, Texas 78550
(956) 423-1160

Valley Baptist Medical Center
Dr. William Taw
Dr. Robert Wright
James Easthnam, CEO
Ward Cook, Human Resources
Denise Jackson, Human Resources
Marcie Sanchez, medical billing
2121 Pease St.
Harlingen, Texas 78550
(956) 389-1100

EMCARE Har Emerg Physicians, PA
P.O. Box 13826
Philadelphia, PA.  19101-3826
(800) 355-2470

Harlingen Bone & Joint Clinic, P.A.
Dr. Herman J. Keillor
1801 N. Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 423-5033

Rio Grande Valley Imaging & Diagnostic Center
501 B N. Ed Carey Drive
Harlingen, Texas 78550
(956) 440-8900

Dr. Eric Bennos
P.O. Box 293115
Lewisville, Texas 75029-3115

Southern Bone & Joint Center Associates
Dr. Jorge E. Tijmes
P.O. Box 6209
McAllen, Texas 78502
(956) 687-2032

McAllen MRI Center
Dr. Marc Berger
320 N. McColl Suite "E"
McAllen, Texas 78501
(956) 687-9636

Focus Medicine Center
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Orthopedic Industrial Sports Medicine
& Rehabilitation
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Dr. Abraham Cano
2401 Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 425-9181

d)    reports of any experts designated by any party to this proceeding, (including medical records and bills from all treating physicians and hospitals.

e)    plaintiff's income tax records;

f)    exhibits and blow-ups made by experts;

g)    videotaped depositions of experts and /or lay witnesses;

h)    a computation of any category of damages claimed by Plaintiff;

i)    certified copy of the workers compensation file pertaining to plaintiff Rogelio Rodriguez;

j)    affidavits or depositions by written questions of the health care providers and/or
      custodians for the health care providers listed hereinbelow:

Valley Baptist Medical Center
Dr. William Taw
Dr. Robert Wright
James Easthnam, CEO
Ward Cook, Human Resources
Denise Jackson, Human Resources
Marcie Sanchez, medical billing
2121 Pease St.
Harlingen, Texas 78550
(956) 389-1100

EMCARE Har Emerg Physicians, PA
P.O. Box 13826
Philadelphia, PA. 19101-3826
(800) 355-2470

Harlingen Bone & Joint Clinic, P.A.
Dr. Herman J. Keillor
1801 N. Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 423-5033

Rio Grande Valley Imaging & Diagnostic Center
501 B N. Ed Carey Drive
Harlingen, Texas 78550
(956) 440-8900

Dr. Eric Bennos
P.O. Box 293115
Lewisville, Texas 75029-3115

Southern Bone & Joint Center Associates
Dr. Jorge E. Tijmes
P.O. Box 6209
McAllen, Texas 78502
(956) 687-2032

McAllen MRI Center
Dr. Marc Berger
320 N. McColl Suite "E"
McAllen, Texas 78501
(956) 687-9636

8

Focus Medicine Center
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Orthopedic Industrial Sports Medicine
& Rehabilitation
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Dr. Abraham Cano
2401 Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 425-9181

**C.**    **COMPUTATION OF DAMAGES:**
Plaintiffs have not  computed all damages to date.

**D.**    **INSURANCE AGREEMENTS:**
Applicable insurance agreements in question which provide coverage to the Defendant.

PURSUANT TO Rule 26(a)(2), Federal Rules of Civil Procedure, Plaintiffs,    ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ, make the following disclosures:

Trooper Lionel Trevino, #9176
Texas Department of Public Safety
1630 N. 77 Sunshine Strip
Harlingen, Texas 78550
(956) 423-1160
(Report is attached as Exhibit 1)

Valley Baptist Medical Center
Dr. William Taw
Dr. Robert Wright
James Easthnam, CEO
Ward Cook, Human Resources
Denise Jackson, Human Resources
Marcie Sanchez, medical billing
2121 Pease St.
Harlingen, Texas 78550
(956) 389-1100
(Hospital Records and bills are attached as Exhibit 2)

EMCARE Har Emerg Physicians, PA
P.O. Box 13826
Philadelphia, PA. 19101-3826
(800) 355-2470
(Emergency Records are part of the Valley Baptist Medical Center Records attached hereto as Exhibit 2, the billing records will be provided when obtained)

Harlingen Bone & Joint Clinic, P.A.
Dr. Herman J. Keillor
1801 N. Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 423-5033
(Medical Records and bills are attached as Exhibit 3)

Rio Grande Valley Imaging & Diagnostic Center
501 B N. Ed Carey Drive
Harlingen, Texas 78550
(956) 440-8900
(Medical Records and bills are attached as Exhibit 4)

Dr. Eric Bennos
P.O. Box 293115
Lewisville, Texas 75029-3115
(Medical Records and bills are attached as Exhibit 5)

10

Southern Bone & Joint Center Associates
Dr. Jorge E. Tijmes
P.O. Box 6209
McAllen, Texas 78502
(956) 687-2032
(Medical Records and bills are attached as Exhibit 6)

McAllen MRI Center
Dr. Marc Berger
320 N. McColl Suite "E"
McAllen, Texas 78501
(956) 687-9636
(Medical Records and bills are attached as Exhibit 7)

Focus Medicine Center
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512
(Medical Records and bills are attached as Exhibit 8)

Orthopedic Industrial Sports Medicine
& Rehabilitation
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512
(Medical Records and bills are attached as Exhibit 9)

Dr. Abraham Cano
2401 Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 425-9181
(Medical Records and bills are attached as Exhibit 10)


DATED the ___22nd___ day of October, 2004.

11

RESPECTFULLY SUBMITTED,

LAW FIRM OF RANDALL P. CRANE
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-2496

BY: _____
RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS
ROGELIO RODRIGUEZ AND
ELIZABETH RODRIGUEZ

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Plaintiff's Rule 26(a)(1) and Rule 26(a)2 Disclosures have been forwarded to the attorneys of record for the Defendants as follows:

Dunn, Weathered, Coffey,
Rivera, Kasperitis & Rodriguez, P.C.
Attorneys At Law
611 S. Upper Broadway
Corpus Christi, Texas 78401

(Certified Mail, Return Receipt Requested #7003 3110 0005 1130 9619)

SIGNED THIS THE ___22nd___ DAY OF   OCTOBER, 2004.

_____
RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS
ROGELIO RODRIGUEZ AND
ELIZABETH RODRIGUEZ

12