UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| V. | § § § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § | |

## ORDER

On this day the Court heard the objections of Defendant James Arthur Larson to the summary judgment evidence offered by Plaintiff in his Response to Defendant's Motion for Partial Summary Judgment. Having considered the objections, the Court rules as follows:

a) Defendant's objection to Plaintiff's summary judgment Exhibit 1 is hereby

   SUSTAINED _____

   OVERRULED _____

b) Defendant's objection to Plaintiff's summary judgment Exhibit 2 is hereby

   SUSTAINED _____

   OVERRULED _____

c) Defendant's objection to Plaintiff's summary judgment Exhibit 3 is hereby

   SUSTAINED _____

   OVERRULED _____

d) Defendant's objection to Plaintiff's summary judgment Exhibit 4 is hereby

   SUSTAINED _____

   OVERRULED _____

e) Defendant's objection to Plaintiff's summary judgment Exhibit 5 is hereby

SUSTAINED _____

OVERRULED _____

f) Defendant's objection to Plaintiff's summary judgment Exhibit 7 is hereby

SUSTAINED _____

OVERRULED _____

IT IS HEREBY ORDERED that for all of the objections which have been sustained above, the evidence is stricken and will not be considered for purposes of ruling on Defendant's Motion for Partial Summary Judgment.

DONE in Brownsville, Texas, on this \_\_\_\_ day of _____, 2006.

_____
JUDGE PRESIDING

*copied to:*
Randall P. Crane, 201 S. Sam Houston, San Benito, Texas 78586
Patrick R. Kasperitis, 611 South Upper Broadway, Corpus Christi, Texas 78401