

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAY - 2 2006

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| VS. | § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § § | |

### PLAINTIFF ROGELIO RODRIGUEZ & ELIZABETH RODRIGUEZ'S MOTION FOR LEAVE TO FILE PLAINTIFF'S SECOND AMENDED RULE 26(a) & 26(a)(2) DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ, Plaintiffs and file this their Motion for Leave to File Plaintiff's Second Amended Rule 26(a) & 26(a)(2) Disclosures in support of which they would show unto Court as follows:

1. Plaintiffs seek leave of the Court to file their Second Amended Rule 26(a) Disclosures, a copy of which is attached hereto as Exhibit "A".

2. The purpose of filing Plaintiffs Rogelio Rodriguez and Elizabeth Rodriguez's Second Amended Rule 26(a) & 26(a)(2) Disclosures is to comply with the Federal Rules of Civil Procedure with regard to supplementation of disclosures pursuant to Rule 26(e)(1).

3. Plaintiff's failure to timely respond was not the result of callous indifference, but rather an oversight or mistake by Plaintiffs.

WHEREFORE, PREMISES CONSIDERED, Plaintiff seeks leave of court to file Plaintiff Rogelio Rodriguez and Elizabeth Rodriguez's Second Amended Rule 26(a) & 26(a)(2) Disclosures and for such other and further relieve to which they may show themselves justly entitled.

RESPECTFULLY SUBMITTED,

LAW OFFICE OF RANDALL P. CRANE
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
Telephone: (956) 399-2496
Facsimile: (956) 399-7398

BY: _____
RANDALL P. CRANE
STATE BAR #05006900

ATTORNEY FOR PLAINTIFFS
ROGELIO RODRIGUEZ & ELIZABETH RODRIGUEZ

## CERTIFICATE OF SERVICE

On the <u>2nd</u> day of May, 2006, a copy of Plaintiff Rogelio Rodriguez & Elizabeth Rodriguez's Motion For Leave To file Plaintiff's Second Amended Rule 26(a) & 26(a)(2) Disclosures was served on:

Patrick R. Kasperitis
Attorney At Law
611 South Upper Broadway
Corpus Christi, Tx. 78401

HAND DELIVERED

_____
RANDALL P. CRANE
ATTORNEY AT LAW