UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY − 2 2006

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| VS. | § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § § | |

## PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBIT LIST

TO THE HONORABLE JUDGE OF SAID COURT:

ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ, Plaintiffs herein, objects to Defendant's Exhibit List and in support thereof, would show unto the Court as follows:

### I

### DEFENDANTS EXHIBIT LIST

Plaintiff objects to the following items of Defendants Exhibit List:

**Exhibit #1**   Deposition of Rogelio Rodriguez
   Reason:   Rogelio Rodriguez will appear at time of trial.

**Exhibit #2**   Deposition of Elizabeth Rodriguez
   Reason:   Elizabeth Rodriguez will appear at time of trial.

**Exhibit #3**   Deposition of Jorge Tijmes
   Reason:   The cross-examination of defendant was not based on reasonable medical probability.
   Reason:   Rule 32

**Exhibit #4**   Excerpts of medical records from the Deposition Upon Written Questions to Dr. Herman J. Keillor, M.D.
   Reason:   Defendant has not provided the excerpts to be used.
   Reason:   Rule 32

**Exhibit #5**   Excerpts of medical records from the Deposition Upon Written Questions to D.S. Gill, M.D. Focus Medicine Center
Reason:   Defendant has not provided the excerpts to be used.
Reason:   Rule 32

**Exhibit #6**   Excerpts of medical records from the Deposition Upon Written Questions to Rio Grande Valley Imaging & Diagnostic Center
Reason:   Defendant has not provided the excerpts to be used.
Reason:   Rule 32

**Exhibit #7**   Excerpts of medical records from the Deposition Upon Written Questions to McAllen MRI Center
Reason:   Defendant has not provided the excerpts to be used.
Reason:   Rule 32

**Exhibit #8**   Excerpts of medical records from the Deposition Upon Written Questions to Valley Baptist Medical Center
Reason:   Defendant has not provided the excerpts to be used.
Reason:   Authenticity. Plaintiff requests that copies of the exhibits be provided and that only those records which relate to the incident in questions be entered.
Reason:   Rule 32

**Exhibit #9**   Excerpts of medical records from the Deposition Upon Written Questions to Jorge Tijmes, M.D.
Reason:   Defendant has not provided the excerpts to be used.
Reason:   Rule 32

**Exhibit #10**   Excerpts of medical records from the Deposition Upon Written Questions to Abraham Cano, M.D.
Reason:   Defendant has not provided the excerpts to be used.
Reason:   Rule 32

**Exhibit #11**   Excerpts of medical records from the Deposition Upon Written Questions to Eric Bennos, M.D.
Reason:   Defendant has not provided the excerpts to be used.
Reason:   Rule 32

**Exhibit #12**   Excerpts of medical records from the Deposition Upon Written Questions to R & L Transfer, Inc. (Safety Dept.)
Reason:   Defendant has not provided the excerpts to be used.

**Exhibit #13**   Excerpts of medical records from the Deposition Upon Written Questions to Summary of all excerpted Medical Records compliant with Federal Rule of Evidence Rule 1006
Reason:   Defendant has not provided the excerpts to be used.
Reason:   Rule 32

WHEREFORE, Plaintiff prays that Defendants exhibits listed hereinabove be denied.

RESPECTFULLY SUBMITTED,

RANDALL P. CRANE
ATTORNEY AT LAW
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
(210) 399-2496
BY:
RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFF

---

**CERTIFICATE OF SERVICE**

---

On the    2ND    day of  May, 2006,  a copy of PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBIT LIST  was served on:

By Telephone Facsimile to (210) 630-3631

RANDALL P. CRANE
ATTORNEY AT LAW