Rogelio Rodriguez
8/25/2005

Page 1

1        UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF TEXAS
2                  BROWNSVILLE DIVISION
3   ROGELIO RODRIGUEZ              *
    AND ELIZABETH RODRIGUEZ        *
4                                  *
    VS.                            *   CIVIL ACTION NO. B-04-137
5                                  *
    JAMES ARTHUR LARSON             *
6
7
8
         *****************************************
9
              ORAL AND VIDEOTAPED DEPOSITION OF
10
                     ROGELIO RODRIGUEZ
11
                     AUGUST 25, 2005
12
         *****************************************
13
14
15
16      ORAL AND VIDEOTAPED DEPOSITION of ROGELIO RODRIGUEZ,
17   produced as a witness at the instance of the Defendant,
18   and duly sworn, was taken in the above-styled and
19   numbered cause on the 25th day of August, 2005, from
20   2:43 p.m. to 3:53 p.m., before Carolyn Newman, CSR in and
21   for the State of Texas, reported by oral stenography, at
22   the offices of Randall P. Crane, 201 South Sam Houston,
23   San Benito, Texas, pursuant to the Texas Rules of Civil
24   Procedure and the provisions stated on the record or
25   attached hereto.

Rogelio Rodriguez
8/25/2005

Page 2

```
                APPEARANCES
 1
 2  FOR THE PLAINTIFFS
 3     Mr. Randall P. Crane
       LAW FIRM OF RANDALL P. CRANE
 4     201 South Sam Houston
       San Benito, Texas 78586
 5
    FOR THE DEFENDANT
 6
       Mr. Patrick R. Kasperitis
 7     DUNN, WEATHERED, COFFEY, RIVERA, KASPERITIS
       & RODRIGUEZ, P.C.
 8     611 South Upper Broadway
       Corpus Christi, Texas 78401
 9
    ALSO PRESENT
10
       Mr. Gilbert de la Garza, Videographer
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                 INDEX
 2                                        Page
 3   Appearances............................... 2
 4   ROGELIO RODRIGUEZ
 5   Examination-Mr. Kasperitis................ 4
 6   Changes................................... 53
 7   Signature.................................
 8   Reporter's Certificate....................
 9
10              EXHIBITS
11   No.  Description                        Page
12   (No exhibits marked)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                 PROCEEDINGS
 2       THE VIDEOGRAPHER: On the record, 2:43.
 3       THE REPORTER: Will you raise your right
 4  hand?
 5       ROGELIO RODRIGUEZ,
 6  having been first duly sworn, testified as follows:
 7                 EXAMINATION
 8  BY MR. KASPERITIS:
 9       Q. Good afternoon, Mr. Rodriguez. I have some
10  questions that I'm going to ask you. Some of them will
11  be the same as you just heard your wife answer. Some of
12  them will be different because you were actually at the
13  accident scene. You can give me some information about
14  it. If I could ask you to state your full name for the
15  record before we begin.
16       A. Rogelio Rodriguez.
17       Q. People don't have any middle names. You have no
18  middle name?
19       A. No, I don't other than just I got the V for my
20  mother's maiden name.
21       Q. Okay. I don't -- you seem very soft spoken. I
22  don't hear very well, so if I ask you to repeat, not for
23  anything except that I didn't hear you.
24       A. Okay.
25       Q. We have -- if we can have the same kind of
```

Page 5

```
 1  ground rules that your -- that we had with your wife,
 2  this will go by right quick and we'll be -- we'll be out
 3  of your hair in no time. One of the things that is very
 4  important is that -- your wife did a great job of it --
 5  of making sure that I finished the question before she
 6  begins her answer or before you begin your answer, okay?
 7       A. Okay.
 8       Q. And I will try to restrain my lawyerly instincts
 9  and not interrupt you and let you finish your answer. If
10  I have interrupted you, please let me know, and I will
11  back off and let you finish your answer, okay?
12       A. Okay.
13       Q. The accident that I'm going to ask you about was
14  covered in the newspaper, correct?
15       A. Yes, it was.
16       Q. And I have a photocopy of the -- did you see
17  that when it came out?
18       A. Yes, I did.
19       Q. Okay. Besides the picture that was in the
20  paper, do you have any other pictures of the truck you
21  were driving?
22       A. I took pictures for my company, but they
23  wouldn't release them to me due to company policy.
24       Q. Okay. So the company has some pictures?
25       A. I requested some pictures, yes, sir, but they
```

Rogelio Rodriguez
8/25/2005

**Page 6**

1  told me I couldn't -- couldn't -- they had destroyed them
2  or something like that.
3  Q.  Are you still working for the same company?
4  A.  Yes, I am.
5  Q.  What is the company's -- called?
6  A.  It's R&L -- R&L Carriers.
7  Q.  R&L?
8  A.  Yes, sir.
9  Q.  How long have you been with them?
10 A.  I've been with them since 2001.
11 Q.  What is your date of birth?
12 A.  It's 12/1- -- 12- -- I'm sorry.  It's 1/12/60.
13 Q.  All right.  Where did you go to school?
14 A.  Santa Rosa.
15 Q.  Were you able to finish high school?
16 A.  Yes, sir.
17 Q.  And what year did you graduate?
18 A.  Excuse me?
19 Q.  Which year did you graduate?
20 A.  What year?
21 Q.  Yes, sir.
22 A.  '79.
23 Q.  Have you taken any college courses?
24 A.  No, sir.
25 Q.  Did you go to driving school?  How -- how did

**Page 7**

1  you become a truck driver?
2  A.  I had driver's ed when I was in high school.
3  Q.  Do you have your CDL with you?
4  A.  Yes, sir.
5  Q.  May I see it?
6  A.  (Witness complies)
7  Q.  Thank you.  I have your Class A CDL license
8  number 02977514.  It shows no restrictions?
9  A.  Yes, sir.
10 Q.  Your license has never been revoked or
11 suspended?
12 A.  No, sir.
13 Q.  When did you first received your CDL, right out
14 of high school?
15 A.  No.  They changed CDL back in '94 or '9- -- '92,
16 I think, okay?  It used to be commercial, but then they
17 change -- D- -- DOT change it to -- to CDL.
18 Q.  All right.  When did you first get a commercial
19 license?
20 A.  When I was 18.
21 Q.  Was that part of driver's ed or --
22 A.  No.
23 Q.  -- separately?
24 A.  No, I had an operator's and then I -- I went got
25 my commercial.

**Page 8**

1  Q.  Have -- have you since high school always worked
2  as a truck driver?
3  A.  No.
4  Q.  What other kinds of jobs have you had?
5  A.  I worked farm -- in farm driving machinery.
6  Q.  Was that operating machinery or repairing them?
7  A.  Operating.
8  Q.  Prior to working with R&L Carriers, who did you
9  work with?
10 A.  Coy Cartridge, Coy Transportation.
11 Q.  How do you spell that?
12 A.  Coy?
13 Q.  Right.
14 A.  C-o-y Transportation.
15 Q.  All right.  In your -- what is your job title
16 with R&L Carriers?
17 A.  I'm a city driver.  P and D driver they call it.
18 Q.  A -- a what?
19 A.  P and D driver, pick up and delivery.
20 Q.  What -- what does that involve?  What -- what
21 are your job duties?
22 A.  Pick up freight and deliver freight.
23 Q.  What kind of freight?
24 A.  All sorts of freight.
25 Q.  How is it loaded in to your truck?

**Page 9**

1  A.  Forklift.
2  Q.  And do you operate the forklift, too, or just --
3  A.  No.
4  Q.  -- drive the truck?
5  A.  Just drive the truck.
6  Q.  What's your workday like?  When do you start?
7  A.  Excuse me?
8  Q.  What is your workday like?  When do you begin in
9  the morning?
10 Q.  I go in at 9:00.  Some -- it varies.  It all
11 depends on what time they call me in.  My usual starting
12 time is 9:30.
13 Q.  Prior to the -- prior to the time that you
14 arrive, is your truck already loaded?
15 A.  Yeah.
16 Q.  And do you have a fixed schedule, or are you
17 given -- given the schedule every day?
18 A.  I'm given every day.
19 Q.  All right.  So you could be going to different
20 places every different day of the week?
21 A.  Yeah.
22 Q.  Is it all local, or is --
23 A.  Yeah.
24 Q.  -- it long haul?
25 A.  Local.

3 (Pages 6 to 9)

Page 10

1  Q. Have you ever done long haul?
2  A. Yes, sir.
3  Q. When did you stop doing long haul?
4  A. Right after my accident. I mean, I couldn't sit
5  for that long a period of time.
6  Q. And when your -- the ones -- your delivery
7  schedule usually completed, what time of day?
8  A. Right around 2:00 -- 2:00, 3:00 o'clock in the
9  afternoon.
10 Q. When you arrive in the morning at work,
11 obviously, one of the first things you need to do is
12 check out your vehicle?
13 A. Yes, I do.
14 Q. How -- how do you do that?
15 A. I look over my -- the lights, the windshield
16 wipers.
17 Q. Is there, like, a checklist or something you
18 have fill out to make --
19 A. No.
20 Q. You just do it visually?
21 A. Yeah.
22 Q. And then do you have to keep a log?
23 A. No.
24 Q. You don't keep a driver's log?
25 A. No.

Page 11

1  Q. Have you ever kept a log?
2  A. Only when I did long haul.
3  Q. All right. What is your rate of pay?
4  A. $20 an hour.
5  Q. What was it at the time of the accident in
6  January of 2003?
7  A. Excuse me?
8  Q. Your rate of pay at the time of the accident
9  2003?
10 A. It was about 15.
11 Q. Back in -- at the time the accident happened,
12 your wife indicated you worked a lot of overtime. How
13 many hours a week did you ordinary drive then?
14 A. We're only allowed -- I get to drive about 10 --
15 10 hours driving time --
16 Q. Per day?
17 A. -- but I -- but -- no. The company allows you
18 to drive no more than -- than 12 hours, because after
19 12 hours you have to log, but the company never allows us
20 to over 12 hours unless it's necessary.
21 Q. The logs that you used to keep back then, were
22 they yours, or did they -- does the company --
23 A. The company.
24 Q. -- have them? How were you compensated for
25 overtime back then?

Page 12

1  A. I've never worked -- you have to work overtime,
2  it's just straight pay.
3  Q. Okay. So there's no time and a half for over
4  40 hours?
5  A. No. Overtime, it's just -- if you -- they need
6  you to work over that weekend, they'll call you 24 hours
7  ahead to where -- or let you know at the end of the day
8  if you can work on a weekend.
9  Q. All right.
10 A. That's what they call overtime or do a -- a run
11 to San Antonio, line haul, or to do a line haul to
12 Corpus.
13 Q. And that would be extra time that you could
14 work?
15 A. Yes.
16 Q. But it wasn't time that was paid at an overtime
17 rate?
18 A. No.
19 Q. And that would come to you as needed -- as -- as
20 the company needed you to do that?
21 A. Yes, sir.
22 Q. It wouldn't be scheduled?
23 A. Well, they -- they go by seniority.
24 Q. Okay. Are there any drivers presently at R&L
25 who are more senior than you?

Page 13

1  A. No.
2  Q. But do you take any overtime now?
3  A. Me?
4  Q. Yes, you.
5  A. No.
6  Q. And why not?
7  A. Well, the reason being I can't sit that -- sit
8  that long of a distance.
9  Q. So if there are any overtime jobs or extra jobs,
10 you have to turn them down?
11 A. I don't have to, but I do.
12 Q. You have -- for your physical condition --
13 A. Yeah.
14 Q. -- you need to turn it down? According to the
15 records that I have, the accident happened on
16 January 16th, 2003. Does that sound about right to you?
17 A. Yes, it does.
18 Q. What time of day was it that the accident --
19 A. It --
20 Q. -- occurred?
21 A. -- was on Thursday.
22 Q. It was a Thursday?
23 A. Uh-huh.
24 Q. Did it happen in the morning or in the
25 afternoon?

Rogelio Rodriguez
8/25/2005

Page 14

1    A. In the afternoon.
2    Q. It says in the newspaper article that it
3  happened near Business 77 and Rice Tract Road east of
4  San Benito; is that right?
5    A. That's right.
6    Q. Tell me what happened. Tell me what happened in
7  the accident. How did the accident happen?
8    A. How -- how the accident --
9    Q. Yes, sir.
10   A. I was traveling east -- eastbound on -- on route
11 to Brownsville, and this vehicle that was in front of me,
12 I saw him about a few blocks away. And I put my turn
13 signal so I could get on the left lane so I could
14 overpass him, and as I got near -- nearer to him, I mean,
15 I was -- I was still going. And all of the sudden out of
16 nowhere he -- that vehicle in front of me just turned
17 right in -- right in front of -- tried to turn right in
18 front of me. And I -- my -- my right fender -- right
19 side of the tractor hit his -- right where the door --
20 the driver's. And all I remember is the impact, and the
21 next thing I remember we was both on the side of the road
22 on the left side, and there was people around when I --
23 that's all I can remember, but during the -- from the
24 time of the impact to that time, I -- I don't know what
25 happened.

Page 15

1    Q. You were traveling on Business 77?
2    A. Yes.
3    Q. You were headed south to Brownsville?
4    A. Yes.
5    Q. Where were you coming from?
6    A. I was coming from Harlingen.
7    Q. Had you just dropped something off at Harlingen
8  or picked something up?
9    A. Dropped off.
10   Q. And were you going to pick something up or drop
11 something off in Brownsville?
12   A. Pick up something.
13   Q. Did -- what kind of documentation would you have
14 in your cab of the pick ups and deliveries?
15   A. DRs, delivery receipts.
16   Q. Okay. Business 77 at the place where you were
17 at, is it two lanes in each direction?
18   A. No, it's -- two -- two -- two-way lanes.
19   Q. Okay. So it's two lanes, one in each direction?
20   A. No, two way and then there's an island and
21 there's two way going --
22   Q. Oh --
23   A. -- west.
24   Q. -- okay. So you saw the Dodge pickup when it
25 was a few blocks in front of you --

Page 16

1    A. Uh-huh.
2    Q. -- correct? I'm sorry. You need to say "yes"
3  or "no" if you --
4    A. Yes, sir.
5    Q. Okay. Sorry. And he was in which lane?
6    A. The right lane.
7    Q. And then at that part, are there shoulders of --
8  on the road?
9    A. Excuse me?
10   Q. Are there shoulders on the road?
11   A. I don't --
12   Q. Not much?
13   A. -- remember, no.
14   Q. Okay. All right. As you approached him, you
15 began -- you decided you wanted to pass him?
16   A. Yeah, I was going to overtake him.
17   Q. All right. What was the speed limit in that
18 area?
19   A. What was the speed limit?
20   Q. Yes, sir.
21   A. 55.
22   Q. He was going slower than that?
23   A. I don't know.
24   Q. Did he have any blinker on left --
25   A. No, he --

Page 17

1    Q. -- or right?
2    A. -- didn't.
3    Q. You switched from the right lane to the left
4  lane to pass?
5    A. From the right to the left.
6    Q. How far back were you when you began that
7  switch?
8    A. I'd say about a block and a half or two --
9  two blocks.
10   Q. Did you use your turn signal to indicate --
11   A. Yes, I did.
12   Q. Your vehicle, the semi you were driving, does it
13 travel with the lights on?
14   A. With the lights on?
15   Q. Yes, sir.
16   A. No, sir.
17   Q. Does it have any running lights or anything like
18 that?
19   A. No.
20   Q. It says it was near Business 77 and Rice Tract
21 Road east of San Benito. When the Dodge pickup pulled in
22 front of you, was it making a turn onto a road?
23   A. I don't know what -- what -- what he was doing.
24 I just saw that he just pulled right ahead -- in front --
25   Q. Were you --

5 (Pages 14 to 17)

Team Litigation Company
713-802-9100

3f6d10bf-c6b5-41dd-84ae-1a985dc91bbf

Rogelio Rodriguez
8/25/2005

Page 18

1   A.  -- of me.
2   Q.  -- at an intersection where he could have made a
3   turn onto the road?
4   A.  No.
5   Q.  Now, judging from the looks of this pickup, the
6   fellow that was in it was hurt pretty bad?
7   A.  I don't know.
8   Q.  You never spoke with him?
9   A.  No, sir.
10  Q.  Did you see him that day?
11  A.  No.
12  Q.  How fast were you going at the time that this
13  guy pulled in front of you?
14  A.  I was doing about 55 -- 50.
15  Q.  Did you have time to sound your horn?
16  A.  No, sir.
17  Q.  Did you have time to hit your brakes?
18  A.  Not -- not at -- I don't remember if I hit my
19  brakes or not, because it just happened all of the
20  sudden, so -- so quick.
21  Q.  All right.  The next thing you remember after
22  hitting him is that you were on the side of the road?
23  A.  Yes.
24  Q.  Who was with you?  Were you in -- were you in
25  your truck still?

Page 19

1   A.  Yeah.
2   Q.  All right.  Were the police there yet?
3   A.  No.
4   Q.  How did the police get called to the scene; do
5   you know?
6   A.  No, I don't remember.
7   Q.  Did the police get there first or an ambulance?
8   A.  The police.
9   Q.  All right.  It looks like the right-front part
10  of your truck, the semi, hit the Dodge, right?
11  A.  Uh-huh.
12  Q.  Yes?
13  A.  Yes.
14  Q.  And so --
15      MR. CRANE:  Object to the form.
16  Q.  (BY MR. KASPERITIS) -- when the -- by the time
17  the police had gotten there, had you gotten out of the
18  cab, or did you just stay in it?
19  A.  I -- I got off the cab.
20  Q.  After you got out of the cab, what did you do
21  next?
22  A.  Well, there was some -- some men there that --
23  that -- that they were just trying to talk to me, but
24  I -- I don't know.  I was -- my -- I wasn't all there.
25  Q.  Okay.  So some -- some fellows came over to talk

Page 20

1   to you?
2   A.  Yeah.
3   Q.  You don't remember what they said?
4   A.  No, I -- I mean, I was...
5   Q.  Were you bleeding?
6   A.  Just a few scratches from my -- and a little
7   scrape on my --
8   Q.  Did you have -- do you have any idea what your
9   head hit inside the cab?
10  A.  No.
11  Q.  You had your seat belt on?
12  A.  Yes, sir.
13  Q.  And I noticed the windshield isn't busted, so
14  you didn't hit the windshield?
15  A.  I don't know what I hit.
16  Q.  All right.  When the police arrived, you were
17  already out of the truck?
18  A.  Yes, I was.
19  Q.  Were you sitting, walking?  What were you doing?
20  A.  I was standing.
21  Q.  Did anybody go over and talk to the guy in the
22  Dodge?
23  A.  I don't know.  There was people -- I guess there
24  was people trying to get him out or something.  I don't
25  know.

Page 21

1   Q.  The ambulance came eventually?
2   A.  Sir?
3   Q.  The ambulance came eventually?
4   A.  After -- after awhile, yeah.
5   Q.  How late in the afternoon was this?  Was this
6   near the end of your run?
7   A.  No.
8   Q.  Was it right after lunch?
9   A.  No, it was around 4:00 or something like that.
10  Q.  What time would you usually get done?
11  A.  It doesn't have -- I don't have any hours.  I
12  mean, they -- we're done when they tell us we're done.
13  Q.  You're done when you're done delivering?
14  A.  No, whenever the -- my supervisor says, "Bring
15  it in," we bring it in, so --
16  Q.  Okay.  All right.  So this is January.  The
17  accident happened around 4:00.  The ambulance came.  What
18  happened next when the ambulance got there?
19  A.  They put a -- a stretcher on me, strapped me
20  down, and they took me to the emergency room.
21  Q.  Before the ambulance did those things, did the
22  police talk to you?
23  A.  Yeah, a trooper -- State trooper.
24  Q.  Was it a State trooper?
25  A.  Yes, sir.

6 (Pages 18 to 21)

Rogelio Rodriguez
8/25/2005

Page 22

1  Q. Do you recall anything that he said to you?
2  A. Just told me to -- he saw that I was grabbing
3  my -- my cage-- my rib cage, and -- and I was kind of
4  squirm -- squirming down a little bit, and he said,
5  "You -- you -- are you hurt?" And I said, "Well, I'm
6  just hurting a little bit." He told me to kneel down
7  and -- and just stay -- stay seated until the
8  ambulance -- he's the one that called in the ambulance I
9  think.
10  Q. All right. But he didn't ask anything about the
11  accident at that time?
12  A. Just told me what -- what had happened, and I --
13  I just told him whatever I -- I could remember.
14  Q. All right. When you got to the hospital, how
15  far was the hospital from where the accident happened?
16  A. It's -- it's about four or five miles.
17  Q. So it took only a couple of minutes to get
18  there --
19  A. I don't know.
20  Q. -- in the ambulance?
21  A. I don't know. I don't know how long it took.
22  Q. All right. When you got to the hospital, what
23  happened next?
24  A. They took me right in to the emergency room.
25  Q. Did you have to wait long, or did they --

Page 23

1  someone come right out to help out?
2  A. I waited a little while.
3     MR. KASPERITIS: Do you want me to wait a
4  minute?
5     MR. CRANE: No, go ahead.
6  Q. (BY MR. KASPERITIS) Okay. When the doctor came
7  and talked to you, what did he tell you?
8  A. He was going to take me in for a -- he asked me
9  what was -- what was hurting me. I said my -- my rib
10  cage and my -- and all around my -- you know, my abdomen
11  around here and on my forehead and my shoulder.
12  Q. All right. And what did they do?
13  A. They took x-rays.
14  Q. All right. And after taking x-rays, what else
15  did they do?
16  A. They just -- they read them, I guess. I mean,
17  it took them awhile for them to read and they -- they
18  said that I had some fractured ribs.
19  Q. When did you call your dispatcher or -- or your
20  office?
21  A. Awhile after the accident, because my radio --
22  the tractor and everything just died out -- died out and
23  I had to borrow somebody's phone to call my dispatcher.
24  Q. But it was at the scene?
25  A. Yes.

Page 24

1  Q. Okay. And did you -- did you ask the dispatcher
2  to call your house?
3  A. No.
4  Q. Do you know how your wife got notified?
5  A. The dispatcher.
6  Q. But they thought to do that themselves. They
7  didn't wait for you to ask them to?
8  A. Yeah. Well, I was -- I mean, I was shock and, I
9  mean, I don't -- I wasn't all there. I had to call
10  my -- up to safety -- my company up there and let them
11  know that I was in a vehicle accident.
12  Q. Who was your supervisor at the time?
13  A. TM was Paul Gray.
14  Q. Is he still with the company?
15  A. No, he's not.
16  Q. Do you know where he went?
17  A. No, sir.
18  A. Well, did he retire, or was he fired? Did he
19  quit?
20  A. I don't know what happened to him.
21  Q. Okay. So a little while later your wife came to
22  get you, correct?
23  A. I don't remember. I was there for awhile there
24  at the hospital.
25  Q. Besides the x-rays did they do any other tests?

Page 25

1  A. Yes.
2  Q. What other tests?
3  A. They did a drug -- a blood sample for drugs,
4  alcohol.
5  Q. That was obviously negative?
6  A. Yes.
7  Q. And that's standard procedure, right?
8  A. Yes, it is.
9  Q. Is that anybody driving a commercial vehicle and
10  is in an automobile accident has that test?
11  A. I can't say, but I know it's company policy for
12  us.
13  Q. All right. But there's nothing unusual about
14  it?
15  A. I -- I would -- couldn't tell you. I'm sorry.
16  Q. Well, they -- they didn't pick you out for a
17  drug test because they thought you were drinking or
18  something?
19  A. Oh, no.
20  Q. It was --
21  A. It's random --
22  Q. -- just a standard procedure?
23  A. -- yeah.
24  Q. Okay. As a result of the accident, did you
25  receive any citation from the police?

7 (Pages 22 to 25)

Team Litigation Company
713-802-9100

Page 26

1   A. No, I didn't.
2   Q. Okay. Besides the blood sample, were there
3   other tests that they did at the hospital that night?
4   A. Well, just my blood pressure and I guess x-rays
5   on my head, too.
6   Q. All right. When your wife was talking to us
7   earlier, she said that there was a concern about the high
8   blood pressure.
9   A. Uh-huh.
10  Q. What did the doctor tell you about that?
11  A. He just asked me if I was, like, anxious or
12  nervous. I said I was very nervous and I was very
13  anxious.
14  Q. And did he give you any medicine that you know
15  of for blood pressure?
16  A. No.
17  Q. And prior to the accident, had you any problems
18  with blood pressure?
19  A. No, sir.
20  Q. Prior to the accident, had you had any physical
21  problems at all?
22  A. No, sir.
23  Q. Had you been in any other motor -- motor-vehicle
24  accidents prior to this one?
25  A. Yes.

Page 27

1   Q. When?
2   A. I think it's -- the last time was in '9- -- '99,
3   '98 down in Brownsville.
4   Q. Was that work related?
5   A. Sir?
6   Q. Was that in a work vehicle?
7   A. Yes.
8   Q. Were you injured in that accident?
9   A. No.
10  Q. Have you been injured in any automobile
11  accidents --
12  A. No, sir.
13  Q. -- besides this one?
14  A. Yeah, this one.
15  Q. Have you had any automobile accidents or vehicle
16  accidents since this accident?
17  A. No.
18  Q. All right. After they did the testing, about
19  how long was it before your wife arrived?
20  A. I don't remember. I was in the emergency room.
21  There was -- they had me strapped in and I don't
22  remember.
23  Q. Where were you when your wife arrived?
24  A. I was in the emergency table -- room bed or --
25  Q. Still --

Page 28

1   A. -- just strapped --
2   Q. -- still strapped down?
3   A. Yeah.
4   Q. Okay. Still on --
5   A. Yeah. Yeah --
6   Q. -- the gurney?
7   A. -- because I was complaining about my -- my
8   neck, so they then they -- they strapped me down to a
9   stretcher.
10  Q. And when your wife got there, you were still on
11  the stretcher, or were you --
12  A. Yeah, I --
13  Q. -- on a different bed?
14  A. -- I believe that, yes.
15  Q. Still on the same stretcher?
16  A. Yeah.
17  Q. All right. When your wife arrived, what did you
18  say to her?
19  A. I just said I was -- that I was -- had been in
20  an accident and I was just -- they had taken x-rays of me
21  and I was just waiting for the results of the x-rays.
22  Q. Okay. So the results of the x-ray hadn't come
23  in when --
24  A. No, sir.
25  Q. -- your wife got there? And then when the

Page 29

1   results came in, you were discharged that evening?
2   A. No, it was in the morning. It was about 4:00 or
3   5:00 o'clock in the morning.
4   Q. Oh, okay. So it was very late?
5   A. It was very late.
6   Q. And your wife stayed there the whole time
7   waiting --
8   A. Yes, she did.
9   Q. -- for you? All right. So when you were
10  discharged, your wife drove you home, correct?
11  A. Yes, she did.
12  Q. It must be getting close to dawn at that point;
13  isn't it?
14  A. Very close.
15  Q. When you got home, what happened next?
16  A. Some -- some of my brothers there was waiting
17  for me at the house. They helped me down off the
18  vehicle.
19  Q. And you-all went in the house and got ready to
20  get some sleep?
21  A. No, we just sat around and just, you know,
22  cried.
23  Q. And it sounded like it was very emotional. What
24  was -- why was everyone crying? What was -- what was
25  everybody concerned about?

Rogelio Rodriguez
8/25/2005

Page 30

1  A. There was -- first of all there was nobody -- no
2  death in the accident and that, you know, we were -- I
3  was okay, and I asked the trooper in the hospital about
4  the other person, and he said he was -- he was doing
5  okay. And that's -- that's all I found out, but, I said,
6  "Thank God that was it."
7  Q. Okay.
8  A. And my mom was there at the house, too, and then
9  we just -- you know, emotional.
10 Q. Okay. Just -- kind of relieved that it wasn't
11 worse?
12 A. Yeah.
13 Q. And you had mentioned that the trooper had
14 visited with you at the hospital. Do you recall at the
15 hospital what the trooper asked you?
16 A. Yeah, because he came in to ask me for my
17 medical card.
18 Q. Okay. And was he overseeing the blood sample
19 that was taken?
20 A. No.
21 Q. Did he take a statement from you about how the
22 accident happened at that time?
23 A. No, he took it at the -- at the accident.
24 Q. Okay. What else did he ask you --
25 A. He just asked me for the medical card.

Page 31

1  Q. All right. Okay. So the next morning, which
2  would be the 17th, you-all are at home. When did you
3  have a follow-up visit with the doctor?
4  A. That day, the same day.
5  Q. Was that with your family doctor?
6  A. No.
7  Q. Who is your family doctor?
8  A. Dr. -- well, Dr. Lopez. Well, neither one of us
9  see him, but we changed to Dr. Miranda.
10 Q. Miranda?
11 A. Miranda, yes, sir.
12 Q. Where is --
13 A. He's on Ed Carey.
14 Q. Are --
15 A. Children's -- I can't remember the name of it,
16 but he's on Ed Carey.
17 Q. Okay. The hospital that's on Ed Carey Drive?
18 A. No, it's the --
19 Q. Oh, it's --
20 A. -- doctor's office.
21 Q. Okay. All right. I think I can find him there.
22 So who are you going to see the next day; what doctor?
23 A. Dr. Cano.
24 Q. Who?
25 A. Dr. Cano.

Page 32

1  Q. Was -- who is Dr. Cano? How'd you meet him?
2  A. Workmen's comp.
3  Q. Okay. So that's the company doctor, basically?
4  A. Yeah. More or less, yeah.
5  Q. What did Dr. Cano tell you?
6  A. Well, he said he was going to take some x-rays
7  of my -- my ribs again and he said I had some fractured
8  ribs again and prescribed some painkillers or pain
9  medicine.
10 Q. Did he tell you to stay in bed, or did he tell
11 you -- what was his recommendation?
12 A. Well, he told me because he felt how broken ribs
13 feel because he had some, and the said they're very
14 painful and it takes six to nine weeks to heal. And he
15 told me to stay home seven days and to come back in.
16 Q. Did you follow his directions?
17 A. Well, his directions were --
18 Q. -- to stay home seven days?
19 A. Well, his assistant, he -- he put me back to
20 light duty.
21 Q. So how many days did you stay home?
22 A. I stayed home a Friday and a Monday and went
23 back to work on a -- I think a Wednesday. I was suppose
24 to report Tuesday, but I had a physical -- I mean therapy
25 with Dr. Cano. When I got home, I -- I -- they had

Page 33

1  called that I was suppose to report to work.
2  Q. Okay. What kind of therapy did Dr. Cano
3  prescribe for you?
4  A. Just my ribs.
5  Q. But what was he doing?
6  A. Just heat --
7  Q. Was it a massage or --
8  A. -- heat pad and a little massage.
9  Q. Besides your ribs, what other problems were you
10 having at that time with --
11 A. My back and my --
12 Q. -- the accident?
13 A. -- shoulder.
14 Q. What -- where in the back?
15 A. The middle back.
16 Q. Was Dr. Cano doing any therapy for your middle
17 back?
18 A. No.
19 Q. Did you tell him that your middle back --
20 A. Yes, I did.
21 Q. -- was hurting? You did?
22 A. Yes.
23 Q. How about the bump that was on your head, did
24 you have any ongoing problems with that?
25 A. No, it was getting better.

9 (Pages 30 to 33)

Page 34

1   Q. Is the light duty -- when you went back to work,
2   what as your light duty?
3   A. They don't really have any light duty. It's
4   just -- you know, they said I was suppose to answer
5   phones, but they had me sweeping and walking around.
6   Q. How long did you stay on light duty before you
7   went back to driving?
8   A. About maybe four weeks.
9   Q. And during that time you were on the light duty,
10  what kind of -- were you going to therapy with Dr. Cano?
11  A. Yes, I was.
12  Q. Anyone else or just Dr. Cano?
13  A. Just Dr. Cano.
14  Q. Was he just doing the same therapy for your
15  ribs, or was he doing any other therapy as well?
16  A. Yeah, just the same the ribs.
17  Q. Have the ribs healed up?
18  A. Yes.
19  Q. Okay. So your head got better. The ribs got
20  better, but your back still hurts?
21  A. Yes, yes, sir.
22  Q. And where does your back hurt?
23  A. My middle back and my -- down my lower back.
24  Q. And what does the back pain feel like? How
25  would you describe it?

Page 35

1   A. It's -- I don't know. It's pain and soreness.
2   Q. Okay. Is it constant?
3   A. Yes.
4   Q. Is it worse late in the day or early in the day?
5   A. It gets worse in the -- later -- later in the
6   day.
7   Q. Is it worse after you've had a lot of activity
8   or when you've been at rest for awhile?
9   A. You have activity.
10  Q. Besides Dr. Cano have you seen other doctors for
11  your back?
12  A. Yes, sir.
13  Q. Which other doctors?
14  A. I've Dr. Gill, Dr. Tijmes, and Dr. Keillor.
15  Q. Who was the last one?
16  A. Dr. Keillor.
17  Q. What -- what does Dr. Gill tell you about the
18  problem that you're having with your back? Why is it
19  still hurting?
20  A. He said --
21      MR. CRANE: Object to the form.
22      THE WITNESS: -- it's just going to -- I
23  don't know. I don't know how -- how to say it medically,
24  but he says it's just going --
25  Q. (BY MR. KASPERITIS) Well, I --

Page 36

1   A. -- to be --
2   Q. -- I just want to know what your understanding
3   is.
4   A. Just he says that it's going to be -- the pain
5   is going to be there for the rest of my life.
6   Q. Do -- did he explain to you why he thought that?
7   A. Yeah, something about a curve -- curve -- curve
8   on my spine and -- and some deteriorated something. I
9   don't know.
10  Q. Is there a -- has he recommended anything that
11  you could do that would lessen the pain?
12  A. He recommended -- he did some -- some shots on
13  my -- on my shoulder and on my middle back. It didn't
14  help at all, just -- then he's said that some pain
15  management, but he said that the majority of that
16  won't -- it doesn't help. It just...
17  Q. So he didn't recommend pain management for you?
18  A. No.
19  Q. And how about Dr. Tijmes? We've taken his
20  deposition in the case. Do you recall what he told you
21  about the reasons why you continue to have pain?
22      MR. CRANE: Object to the form.
23      THE WITNESS: I don't remember what -- what
24  he said, but I talked to -- there was another lady doctor
25  there that she said that -- that, you know, the same -

Page 37

1   almost about the same thing as Dr. Gill that pain
2   management -- those needles they stick in your spine, and
3   I've heard that they're very painful and it don't do you
4   no good. They just...
5   Q. (BY MR. KASPERITIS) Have any of the doctors
6   prescribed any exercises for you that would help you to
7   lessen the pain in your back?
8   A. No.
9   Q. Have any of them recommended physical therapy to
10  help you to reduce the pain in you back?
11  A. I've taken physical therapy.
12  Q. For your back?
13  A. Yeah. Well, therapy with Dr. Gill, but it
14  doesn't hurt -- doesn't help.
15  Q. It provides no relief at all?
16  A. No, sir.
17  Q. Have any of the doctors that you've seen
18  recommended to you that you have a surgery to relieve the
19  pain in your back?
20  A. I've talked -- they've said that it's not to the
21  extent that I need surgery, but that in the future it --
22  it might.
23  Q. Has the -- what's your understanding -- let me
24  start over again. What is your understanding of what
25  would need to be happen before the doctors recommended

10 (Pages 34 to 37)

Rogelio Rodriguez
8/25/2005

Page 38

1  that you would need surgery?
2    A.  Well, it would get to a point that I -- that my
3  pain -- like right now, I mean, if -- if I -- you know, I
4  can't stand it no more. I couldn't sit or walk, then
5  they'd have -- they'd try to do something about it.
6    Q.  Okay. How -- how much work have you missed
7  because of this accident?
8    A.  Just the times that I've -- I've gone to a
9  doctor --
10   Q.  And --
11   A.  -- and --
12   Q.  -- then the first few days?
13   A.  Yeah.
14   Q.  Has the -- do you have anyway of quantifying or
15 calculating how much money in extra time you may have
16 worked that you've lost because of the accident?
17   A.  I have no idea.
18   Q.  Are you still taking medication?
19   A.  Yes, I am.
20   Q.  What kind of medication?
21   A.  Take -- take some -- I can't...
22   Q.  You wife had mentioned Darvocet?
23   A.  Yeah, Darvocet.
24   Q.  Do you take that more than once a day?
25   A.  No, just when I go to -- go to bed at night.

Page 39

1    Q.  And you had no high-blood-pressure medicine
2  anymore?
3    A.  No, I've never had blood pressure --
4    Q.  Okay.
5    A.  -- medicine.
6    Q.  How long was it after the accident that your
7  blood pressure kind of slowed down?
8    A.  It was about a week.
9    Q.  All right. Once some of the anxiety kind of
10 settled down?
11   A.  Not really.
12   Q.  Your body just adjusted you figure?
13   A.  Well, I guess the -- all the commotion,
14 everything that happened, it just rose my high blood
15 pressure and I -- and I was scared. I was nervous, and I
16 didn't know what to expect.
17   Q.  So the pain medication in the evening, is that
18 all the medicine you take now?
19   A.  Yes.
20   Q.  You don't take any sleeping medication?
21   A.  No. Oh, I take -- I'm taking some inflammatory,
22 too, for my back.
23   Q.  Who is prescribing the anti-inflammatories?
24   A.  Dr. Gill.
25   Q.  When's the last time you saw Dr. Gill?

Page 40

1    A.  Back in -- back in July.
2    Q.  And when are you next scheduled to see him?
3    A.  Next month.
4    Q.  So you go to see him every couple of months?
5    A.  I was seeing once a month. Now he's told me to
6  go every two months.
7    Q.  Is workers' compensation still paying for that?
8    A.  No.
9    Q.  Why not? Have they told you?
10   A.  Excuse me?
11   Q.  Have they told you why they're not paying for
12 that?
13   A.  They're not paying for it because...
14   Q.  Have they -- has workers' compensation explained
15 to you why they're not paying for it?
16   A.  No.
17   Q.  How is it being paid for?
18   A.  I'm -- I'm getting the -- the -- the
19 prescriptions with my insurance.
20   Q.  Who is your health insurer?
21   A.  United Health Care.
22   Q.  Humana?
23   A.  United Health Care.
24   Q.  I knew it was one of those big ones. Did you
25 ever have to give any kind of statement to the workers'

Page 41

1  comp investigator?
2    A.  Just -- yeah.
3    Q.  Did they ask to take your recorded statement and
4  ask you a bunch of questions like we're doing today?
5    A.  No.
6    Q.  Okay. What kind of statement did they want from
7  you?
8    A.  Well, they just wanted to know how -- what --
9  what had happened and the -- the -- the -- I guess the
10 injuries.
11   Q.  Since the time of the accident, have you had any
12 other injuries?
13   A.  Just a -- just a reinjury of my back. I tried
14 lifting up a tubing and -- and I reinjured my back.
15   Q.  Was that at work?
16   A.  Yes.
17   Q.  What doctors did you see for that?
18   A.  Dr. Steve something from Valley Diagnostic
19 Clinic something.
20   Q.  What did he tell you about the reinjury?
21   A.  He asked me when -- when I had injured my back.
22 I said that I was trying to lift up a -- a pipe and --
23 and I told him that I -- you know, that I had back
24 problems and said, well, that I had been seeing Dr. Gill.
25 So he referred back to Dr. Gill --

11 (Pages 38 to 41)

Page 42

1  Q. Okay.
2  A. -- because he knew more of my history on my
3  back.
4  Q. Had you ever hurt your back prior to this
5  accident?
6  A. No.
7  Q. And when you went back to Dr. Gill after you
8  reinjured your back, what did he tell you?
9  A. He put me back to therapy and he prescribed
10 some -- some medicine again and told me that, you know,
11 I -- I wasn't suppose to be lifting anything over
12 50 pounds.
13 Q. What kind of pipe was this you were lifting?
14 A. It was a metal pipe.
15 Q. What -- what was -- what were you lifting it
16 for?
17 A. To unload it off the trailer.
18 Q. Was somebody helping you, or was it just --
19 A. No.
20 Q. -- you? Just you?
21 A. Just me.
22 Q. Had -- when did that accident happen, the
23 reinjury?
24 A. I'd say about -- it was about a year -- a year
25 and a few months ago.

Page 43

1  Q. Before the time that you had reinjured your
2  back, had you -- had your back ever gotten any better at
3  all?
4  A. No.
5  Q. When you reinjured it, how -- how did you know
6  you'd hurt it worse?
7  A. Because I felt a very, very sharp pain and I --
8  I couldn't -- couldn't move.
9  Q. How did you get to -- did you have to go to the
10 hospital for that?
11 A. I went to a doctor.
12 Q. That day or the next --
13 A. The --
14 Q. -- day?
15 A. -- next day.
16 Q. Did you drive to the doctor, or did your wife
17 take you?
18 A. My wife took me.
19 Q. How -- how much time did time from work did you
20 miss?
21 A. About a day.
22 Q. Did your back get better after that?
23 A. No.
24 Q. So basically you have the same pain in your back
25 now that you had at the time you reinjured it?

Page 44

1  A. Basically, yes.
2  Q. Okay. I want to ask you about some things that
3  are in the Petition. Basically, that's the outline of
4  the lawsuit that's been made in the case, and I need to
5  ask you about some specific things in there, okay? If
6  you don't understand, let me know and I'll try and
7  rephrase the question.
8  A. Okay.
9  Q. Part of what's been sued for in this case is for
10 physical pain and mental anguish suffered in the past.
11 That's legal words that we use. You've described for me
12 pretty well the physical pain. Can you tell me a little
13 bit about the mental anguish that you suffered as a
14 result of this accident? Do -- do you have an
15 understanding of what mental anguish is?
16 A. No.
17 Q. How has this affected you -- part of what that
18 is, well -- we've talked about with your wife, the
19 emotional and physical parts of the way that your life
20 has been affected by the accident. Can you tell me how
21 this has affected you in your relationships with your
22 family emotionally?
23 A. Emotionally, I mean, I can't do -- do things
24 with my -- my kids that I used to do. I mean, it makes
25 me feel like I -- I can't be a normal father to them,

Page 45

1  because they -- you know, they ask for me to go out and
2  play ball with them and I -- I -- I can't, and that makes
3  me feel like angered because, you know, I can't enjoy the
4  things that I used to do with my own kids.
5  Q. Have -- have any of the doctors told you that
6  physically you can't do that, or is it a limitation that
7  you just feel because --
8  A. They -- they --
9  Q. -- of the pain?
10 A. -- just said that, you know, it'd be better not
11 to be -- yeah, because that, you know, make it worse.
12 Q. Okay. But none of the doctors have said, "Don't
13 do it." You just feel that limitation yourself; is that
14 true?
15 A. No, I -- I can't do it. I can't.
16 Q. Have any of your doctors said, "Don't play ball
17 with your kids"?
18 A. No.
19 Q. But because of how you feel, you -- you won't do
20 it, correct?
21 A. I can't do it.
22 Q. Right. And that -- that upsets you and makes --
23 you feel like --
24 A. Very much so.
25 Q. Are there any other emotionally aspects of the

Page 46

1  injury that are -- that you're having with your children?
2  Are you more angry with them?
3     A. No.
4     Q. Are you -- are you able to watch them play their
5  sports?
6     A. Not for long periods of time, no.
7     Q. Why can't you watch?
8     A. Well, I got a boy playing middle-school football
9  and they don't have no stands, so you have to stand
10 there, and I can't stand there or -- or sit in the floor
11 because I start -- my back starts hurting real bad. So
12 I -- I'd rather stay home where if my back starts hurting
13 I can just lay -- lay on the floor on -- on a hard
14 surface --
15    Q. Are there --
16    A. -- to help my pain.
17    Q. -- oh, I'm sorry. Go ahead.
18    A. To -- for -- for -- because of the pain it --
19 you know, if I stand for long periods of time, it --
20 it -- my back starts getting real, like, tired and sore
21 and really hurts just to stand.
22    Q. Are there any, like, chairs or cushions that you
23 use that -- regularly at your house that kind of ease
24 your discomfort when you're sitting at the house?
25    A. No.

Page 47

1     Q. When it tightens up, it just you're --
2     A. I just lay on the --
3     Q. -- in for the ride?
4     A. -- floor.
5     Q. Okay. Another part of the lawsuit asks for
6  damages for loss of physical ability in the past, and I
7  want to ask you about what kinds of things you're not
8  able to do now that you used to be able to do before the
9  accident.
10    A. I used to -- you mean, like, physically?
11    Q. Physically, yes.
12    A. Do yard work, wash the cars, do my -- cut -- cut
13 the lawn, have intimate relationship with my wife. You
14 know, I can't -- can't enjoy it because you're just
15 thinking of the pain and -- and trying to cope with it.
16 I can't help my wife move furniture around or things we
17 used to do like move the kids' furniture or rearrange
18 the -- their -- the bedroom -- the bedroom. I -- I
19 can't. I mean, it -- can't pick it -- any of those
20 things up.
21    Q. The next area talks about the diminished
22 capacity to work and earn money in the past and -- excuse
23 me. Do you have anyway to -- I think I asked you this
24 earlier, but you don't have a way to calculate how you --
25 how much money or -- you've lost because you've missed

Page 48

1  work?
2     A. No, sir.
3     Q. And those are the same elements that are in the
4  future. Has a doctor given you any idea if things are
5  going to get any better?
6     A. No.
7     Q. He's given you no idea, or you don't think --
8     A. It is --
9     Q. -- it's going to get better?
10    A. -- not going to get any better. He -- he's told
11 me that -- he told me that I -- you know, I have to learn
12 to live with this for the rest of my life, you know, bear
13 with this pain, and that's what, you know, aggravates me,
14 because, you know, I'd never had this -- to live with
15 this before and it's not a good -- it's not a good
16 feeling to be, you know -- I mean, I can't -- I -- I
17 don't know how to explain it. It's aggravating not to do
18 things that you want to do or used to do before, and I --
19 you do try to do something and it just -- I can't do it.
20 I can't -- and it bothers me, and I've -- I mean, I've
21 got a 13-year-old boy that comes up and he -- he -- after
22 I get home from work, he comes and gives me a hug and
23 he's -- wants to squeeze me and I -- I just tell him not
24 to because it hurts, and he -- he cries and tells me that
25 I -- I don't love him anymore, and that hurts me. I

Page 49

1  mean, I've -- I've tried -- I've tried to explain it to
2  him that, you know, it's because, when you squeeze me
3  real hard, it -- my back hurts, and he's just -- he -- he
4  cries.
5     Q. He's too young to understand that right now?
6     A. Yes, and so's my little girl. I mean, my little
7  girl, I haven't been able to pick her up. She's my only
8  little girl, and I -- I haven't been able to pick her up
9  for -- since the accident, and she -- she said, "Well,
10 you don't love me no more because you used to carry me."
11 I said, "Well, honey, I can't do that no more, I mean."
12 But it's hard to explain to them what I'm going through.
13 I mean, I try and, you know, it hurts me. It hurts me.
14 It makes me -- and I don't think it's ever going to get
15 any better because it's just there constantly day and
16 night, the pain.
17    Q. Have any of the doctors explained to you what
18 pain management involves?
19    A. Well, they've said that that -- it's -- you --
20 some needles on your spine to relieve the pain and
21 that's -- that's all I know, but they -- they -- I hear
22 that they're very painful, and from what I hear, it --
23 they don't do any good. It doesn't do you any good.
24    Q. Has anyone ever described to you or explained to
25 you what is a form of physical therapy that'll be called

Rogelio Rodriguez
8/25/2005

Page 50

1  work hardening or pain management?
2  A. No, I don't -- I don't know. What -- what do --
3  what do you mean by that, I mean?
4  Q. Well, it's -- it's a kind of physical therapy
5  that's called work hardening or pain management, so it
6  wouldn't involve needles. It's a kind of -- a regimen of
7  physical therapy that's designed to strengthen your back
8  and -- and help it feel better. Has anyone described
9  anything like that to you or suggested anything like that
10 to you?
11 A. No.
12 Q. If -- if a physical therapist or the doctor
13 offered that to you as something that might hopefully
14 make your pain feel a little better, would that be
15 something you would be interesting in trying?
16 A. Well, if it means for me to be stretching my
17 back, I mean, I -- I don't see how it's going to make me
18 feel any better. Bending over it hurts and standing up
19 and sitting down it hurts. I mean, I...
20 Q. Well, sure. And I don't pretend to know
21 everything a doctor knows, but if the doctor had
22 suggested it to you as something that might help, was it
23 be something you'd be willing to try?
24 A. I -- I don't know. I mean, I -- I don't know if
25 it would help or not. I mean, I've tried almost

Page 51

1  everything and nothing has helped it yet.
2  Q. But you're not -- you're not ready to give up,
3  are you?
4  A. Well, I don't know. I don't know what to tell
5  you.
6  Q. Well, if you had some -- something that was --
7  if -- if the doctor told you that surgery would make your
8  pain go away, would you be interested in doing --
9  A. No.
10 Q. -- surgery?
11 A. No, because I've already had -- heard a lot
12 of -- talked to a lot of people that have had back
13 surgeries and they said that they never should have done
14 it because it don't help them any.
15 Q. So what do you think the future holds for you?
16 A. I -- I have no idea. I just give it one day at
17 a time.
18 Q. Try and work through it one day at a time?
19 A. Yes, sir, get through one day at a time.
20 Q. Who is your supervisor now?
21 A. Right now?
22 Q. Yes, sir.
23 A. Elvin Guerra.
24    THE REPORTER: I'm sorry. Who?
25    THE WITNESS: Elvin Guerra.

Page 52

1  Q. (BY MR. KASPERITIS) How long has he been the
2  supervisor for you over there?
3  A. Going on about a year and a half.
4  Q. Mr. Rodriguez, have you understood the questions
5  that I've asked you today?
6  A. Ye, sir.
7  Q. And you've done your best to answer them
8  truthfully?
9  A. Yes, I have.
10 Q. I thank you for your patience, and I thank you
11 for helping me out when I couldn't hear you, and I'm
12 going to stop asking questions before I ask some dumb
13 one. Thank you.
14    MR. CRANE: Too late. We'll reserve our
15 questions till time of trial.
16    THE VIDEOGRAPHER: Off the record.
17    (Proceedings concluded at 3:53 p.m.)
18    -oOo-

Page 53

1           CHANGES
2  WITNESS: ROGELIO RODRIGUEZ   DATE: AUGUST 25, 2005
3  PAGE   LINE   CHANGE        REASON

14 (Pages 50 to 53)

Team Litigation Company
713-802-9100

3f6d10bf-c6b5-41dd-84ae-1a985dc91bb8

Page 54

1  SIGNATURE
2  I, ROGELIO RODRIGUEZ, have read the foregoing deposition
3  and hereby affix my signature that same is true and
4  correct, except as noted on the preceding page.
5
6
       ROGELIO RODRIGUEZ
7
8
9
10 THE STATE OF TEXAS    *
11 COUNTY OF CAMERON     *
12    Before me,              , on this
13 day personally appeared ROGELIO RODRIGUEZ, known to me
14 (or proved to me under oath or through
15                  ) (description of
16 identity card or other document) to be the person whose
17 name is subscribed to the foregoing instrument and
18 acknowledged to me that they executed the same for the
19 purposes and consideration therein expressed.
20    Given under my hand and seal of office this    day
21 of         , 2005.
22
23
       NOTARY PUBLIC IN AND FOR
24     THE STATE OF TEXAS
25

Page 55

1  UNITED STATES DISTRICT COURT FOR THE
      SOUTHERN DISTRICT OF TEXAS
2     BROWNSVILLE DIVISION
3  ROGELIO RODRIGUEZ      *
   AND ELIZABETH RODRIGUEZ *
4                         *
   VS.          * CIVIL ACTION NO. B-04-137
5                         *
   JAMES ARTHUR LARSON    *
6
      REPORTER'S CERTIFICATION
7     DEPOSITION OF ROGELIO RODRIGUEZ
         AUGUST 25, 2005
8
9    I, CAROLYN NEWMAN, a Certified Shorthand Reporter in
10 and for the State of Texas, do hereby certify that the
11 facts stated by me in the caption hereto are true; that
12 the foregoing deposition transcript of ROGELIO RODRIGUEZ,
13 the witness hereinbefore named, was at the time mentioned
14 taken by me in stenograph, the said witness having been
15 by me first duly cautioned and sworn upon her oath to
16 tell the truth, the whole truth, and nothing but the
17 truth, and later transcribed from stenograph by me.
18    I further certify that I am neither attorney or
19 counsel for, nor related to or employed by any of the
20 parties to the action in which this deposition is taken,
21 and further that I am not a relative or employee of any
22 attorney or counsel employed by the parties hereto, or
23 financially interest in the action.
24    I further certify that the above and foregoing
25 deposition transcript as set forth in typewriting is a

Page 56

1  full, true and correct transcript of the proceedings had
2  at the time of taking said deposition.
3     Certified to by me this 12th day of September, 2005.
4
5
6
       CAROLYN NEWMAN, Texas CSR 4193
7      Expiration Date: 12/31/05
       Team Litigation Company
8      3605 Katy Freeway, Suite 100
       Houston, Texas 77007
9      713-802-9100 Phone
       713-802-9105 Fax