Page 1

1          UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF TEXAS
2                  BROWNSVILLE DIVISION

3   ROGELIO RODRIGUEZ            *
    AND ELIZABETH RODRIGUEZ      *
4                                *
    VS.                          *   CIVIL ACTION NO. B-04-137
5                                *
    JAMES ARTHUR LARSON           *
6
7                                    RECEIVED SEP 2 0 2005
8   *********************************************

9
              ORAL AND VIDEOTAPED DEPOSITION OF
10
                     ELIZABETH RODRIGUEZ
11
                      AUGUST 25, 2005
12
    *********************************************
13
14
15
16       ORAL AND VIDEOTAPED DEPOSITION of ELIZABETH
17   RODRIGUEZ, produced as a witness at the instance of the
18   Defendant, and duly sworn, was taken in the above-styled
19   and numbered cause on the 25th day of August, 2005, from
20   1:26 p.m. to 2:35 p.m., before Carolyn Newman, CSR in and
21   for the State of Texas, reported by oral stenography, at
22   the offices of Randall P. Crane, 201 South Sam Houston,
23   San Benito, Texas, pursuant to the Texas Rules of Civil
24   Procedure and the provisions stated on the record or
25   attached hereto.

Elizabeth Rodriguez
8/25/2005

Page 2

```
 1              APPEARANCES
 2  FOR THE PLAINTIFFS
 3     Mr. Randall P. Crane
       LAW FIRM OF RANDALL P. CRANE
 4     201 South Sam Houston
       San Benito, Texas 78586
 5
    FOR THE DEFENDANT
 6
       Mr. Patrick R. Kasperitis
 7     DUNN, WEATHERED, COFFEY, RIVERA, KASPERITIS
       & RODRIGUEZ, P.C.
 8     611 South Upper Broadway
       Corpus Christi, Texas 78401
 9
    ALSO PRESENT
10
       Mr. Rogelio Rodriguez, Plaintiff
11
       Mr. Gilbert de la Garza, Videographer
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                 INDEX
 2                              Page
 3  Appearances............................ 2
 4  ELIZABETH RODRIGUEZ
 5  Examination-Mr. Kasperitis............. 4
 6  Changes................................ 50
 7  Signature.............................. 51
 8  Reporter's Certificate................. 52
 9
10              EXHIBITS
11  No.  Description              Page
12  (No exhibits marked)
13
```

Page 4

```
 1              PROCEEDINGS
 2      THE VIDEOGRAPHER: On the record, 1:26 p.m.
 3      THE REPORTER: Will you raise your right
 4  hand?
 5      ELIZABETH RODRIGUEZ,
 6  having been first duly sworn, testified as follows:
 7              EXAMINATION
 8  BY MR. KASPERITIS:
 9      Q. Good afternoon. Could you state your name for
10  the record, please.
11      A. Elizabeth Rodriguez.
12      Q. Mrs. Rodriguez, my name is Pat Kasperitis. I'm
13  representing a fellow named James Larson involved -- and
14  he was involved in an auto accident with your husband. I
15  want to ask you some questions about that, okay?
16      A. Okay.
17      Q. Also, I'm going to be asking you some questions
18  about the causes of action that have been brought on your
19  behalf in this case. Some of those questions are kind of
20  personal. If there's anytime you need to have a break,
21  let me know and we can take a break so you can compose
22  yourself. We're not in a marathon here, okay?
23      A. Okay.
24      Q. All right. Have you had your deposition taken
25  before?
```

Page 5

```
 1      A. No.
 2      Q. All right. We'd like to have this go as quickly
 3  as we can, so there's a couple of ground rules, and if we
 4  follow them, it'll go really smoothly and we'll be in and
 5  out of here pretty quick, okay?
 6      A. Okay.
 7      Q. She is taking down everything that we say, my
 8  questions and your answers. Do you understand?
 9      A. Yes, I do.
10      Q. Okay. And she's going to type it all down in to
11  a book and we'll have to be able to read this testimony
12  later on, maybe present it to the jury if we have to go
13  to trial on the case, okay?
14      A. Okay.
15      Q. Because of that it's very difficult for her to
16  take down two people talking at once. So if you would
17  wait until I finish my question before you start your
18  answer, it will make her job a little easier, okay?
19      A. Okay.
20      Q. Also, I need to let you finish your answer, and
21  so if you're not done your answer and I start talking
22  again, let me know and I'll shut up and let you finish,
23  okay?
24      A. Okay.
25      Q. Also, you've done a really fine job so far of
```

Team Litigation Company
713-802-9100

1a263e35-a5aa-46d5-9281-6088495cf89a

Elizabeth Rodriguez
8/25/2005

Page 6

1  answering with a verbal response. If you mean yes, you
2  say, "Yes." If you mean no, you say, "No," okay?
3      A. Okay.
4      Q. She can't take down nods of the head. It
5  doesn't read very well in the book and it might be
6  unclear what you meant. I don't want it to be unclear
7  what you mean in answers to the questions, all right?
8      A. All right.
9      Q. Also, "Uh-huh" and "Huh-uh" don't -- don't come
10 out very well in the book, so if we slide in to that, if
11 I say "Uh-huh" or "Huh-uh," you can feel free to correct
12 me, and if -- if you say "Uh-huh" or "Huh-uh," I may ask
13 you if you mean yes or no. I'm not doing that to be
14 rude, but just so that we can read it well in the book
15 later on, okay?
16     A. Okay.
17     Q. Also, at any time you need to take a break,
18 you'll allow to talk with Mr. Crane if you have a
19 question for him. It's not a test of endurance. Anytime
20 that you need to stop, let me know and we'll -- we'll
21 take a break and start up again, all right?
22     A. All right.
23     Q. Can you tell me where you live, ma'am?
24     A. 123 Delores Street.
25     Q. Delores?

Page 7

1      A. Delores.
2      Q. That's in San Benito?
3      A. It's Primera.
4      Q. How long have you-all resided there?
5      A. 12 years.
6      Q. Where are you from originally?
7      A. From here.
8      Q. From here?
9      A. (Moving head up and down)
10     Q. Where here, Primera?
11     A. Primera.
12     Q. Okay. Where did you go to school?
13     A. In San Benito.
14     Q. San Benito High School?
15     A. Uh-huh.
16     Q. When did you finish at San Benito High School?
17     A. 1983.
18     Q. And you finished by graduating?
19     A. I graduated.
20     Q. Have you taken any college classes?
21     A. No.
22     Q. My wife and I we have five kids. Do you have
23 any children?
24     A. I have five -- four.
25     Q. Four? Outside of your house, which is a lot of

Page 8

1  work I know -- have you worked outside of your house?
2      A. Yes.
3      Q. What was your career besides raising your
4  children?
5      A. I worked at a farm.
6      Q. Oh, okay. What was your job at the farm?
7      A. I would -- I worked at a roadside stand.
8      Q. Produce?
9      A. Produce.
10     Q. Is this a family farm, or is it -- was it a job?
11     A. It was a job.
12     Q. Who was your employer?
13     A. David and Cindy Bench.
14     Q. Do you work with them still?
15     A. No.
16     Q. Presently, do you work outside the home, or --
17     A. Yes.
18     Q. -- do you -- where do you work now?
19     A. I work at Tacos Monterrey.
20     Q. And what do you do at Tacos Monterrey?
21     A. I'm a manager.
22     Q. How many of your children still live at home,
23 all of them?
24     A. Yes.
25     Q. I don't want to ask you too much about your

Page 9

1  children. They don't have much to do with the case, but
2  I do want to know what their ages are.
3      A. 17, 13, 10, 6.
4      Q. It sounds familiar. They're all in school,
5  then?
6      A. Yes.
7      Q. You work during the day or during the evening?
8      A. Both.
9      Q. How long have you been with Tacos Monterrey?
10     A. About a year and three months.
11     Q. Where did you work before then?
12     A. I worked at a day care.
13     Q. Where was that day care?
14     A. On Montezuma Street.
15     Q. Did you have a child attending that day-care
16 center that you worked at?
17     A. Yes.
18     Q. And how long were you working childcare?
19     A. About four months.
20     Q. How about prior to -- to -- which day-care
21 center was that?
22     A. Busy Bees.
23     Q. And did you go straight from Busy Bees to Tacos
24 Monterrey, or was there any lag in between?
25     A. There was a span of -- no, I didn't work.

Elizabeth Rodriguez
8/25/2005

Page 10

1  Q. How long was that?
2  A. I really don't know.
3  Q. Was -- was it more than a year or less than a
4  year, just a couple of weeks, couple of months? Just
5  roughly.
6  A. I -- I don't -- I don't know.
7  Q. During that time were you eligible for
8  unemployment compensation or anything like that?
9  A. No.
10 Q. Can you tell me what other kind -- at the -- at
11 the day care, were you a manager, or did you work there
12 as one of the childcare --
13 A. I was a childcare.
14 Q. -- person?
15 A. (Moving head up and down)
16 Q. Okay. And you are presently as a manager at
17 Tacos Monterrey?
18 A. Yes.
19 Q. Did you work you way up as manager, or did you
20 come in as a manager?
21 A. I worked my way up.
22 Q. So you started out --
23 A. -- in the kitchen.
24 Q. Okay. Before becoming manager -- being promoted
25 to manager at Tacos Monterrey, had you had any management

Page 11

1  experience in your other jobs --
2  A. No.
3  Q. -- or was this the first time?
4  A. That's my first time.
5  Q. How do you like it?
6  A. I like it.
7  Q. All right. I'd like to ask you some questions
8  about the date of the accident, all right?
9  A. (Moving head up and down)
10 Q. Do you remember what day it was, the date?
11 A. I don't remember.
12 Q. Okay. The records that I have show that it was
13 around January 16th of 2003. Does that sound about
14 right?
15 A. Yes.
16 Q. Do you remember what day of the week it was?
17 A. No.
18 Q. Do you remember what time of day it was?
19 A. No.
20 Q. It's my understanding that you were not with
21 your husband at the time of the accident; is that
22 correct?
23 A. That's correct.
24 Q. Was he working at the time of the accident?
25 A. Yes.

Page 12

1  Q. And the accident occurred while he was driving
2  for his employment?
3  A. Yes.
4  Q. At the time that the accident happened in
5  January of 2003, were you working outside the home?
6  A. Yes.
7  Q. Who were you working for at the time?
8  A. The day-care center.
9  Q. How did you find out about the accident?
10 A. I got a call from his employer.
11 Q. And what did the employer tell you?
12    MR. CRANE: Object to the form.
13    THE WITNESS: Actually, he called and my
14 son -- I wasn't home yet, and one of my son's answered
15 and gave me the message, so I called back -- to call
16 immediately, said something had happened. And I had
17 brought dinner for -- for all of us, and as soon as I sit
18 down, my son remembered that I had gotten a call from
19 the -- from my husband's boss. So I returned the call
20 and he told me that Rogelio was involved an accident and
21 to go to Valley Baptist Medical Center immediately.
22 Q. (BY MR. KASPERITIS) And how far is Valley
23 Baptist Medical Center from your house?
24 A. About 12 minutes.
25 Q. So the first time you learned about the accident

Page 13

1  was when you got home from work that evening?
2  A. Yes.
3  Q. And you had stopped off after work to get some
4  dinner for your family?
5  A. Yes.
6  Q. What time would you usually get home from the
7  day-care center from work?
8  A. 5:00.
9  Q. On this day since you had to go to the store,
10 was that a little later, or was it about the same?
11 A. It was a little later.
12 Q. I am assuming that after you got the phone call
13 that you went to the hospital.
14 A. Correct.
15 Q. Did you take your children with you, or did they
16 stay home?
17 A. I took my oldest son with me.
18 Q. Did you have someone to watch the others at the
19 house?
20 A. Yes.
21 Q. Who was that?
22 A. My sister.
23 Q. What's her name?
24 A. Janie.
25 Q. Her last name?

Team Litigation Company
713-802-9100

Page 14

1  A. Ortega.
2  Q. Is that her married name, or is that your maiden
3  name, Ortega?
4  A. Ortega is her married name.
5  Q. What is your maiden name?
6  A. Mares.
7  Q. Your oldest son, was he the one who had answered
8  the phone?
9  A. No.
10 Q. It was one of the younger ones?
11 A. Yes.
12 Q. All right. What happened when you got to the
13 hospital?
14 A. I asked for where they had my husband.
15 Q. And what did you find out?
16 A. At first they couldn't tell me.
17 Q. What was the reason they couldn't tell you?
18 A. He was taken to do some exams.
19 Q. Did anyone explain to you what kind of exams?
20 A. No.
21 Q. Was anyone from his employer at the hospital to
22 meet you?
23 A. No.
24 Q. Was there anyone there to meet you?
25 A. No.

Page 15

1  Q. Do you-all have a family physician?
2  A. Yes.
3  Q. Do you know if he had been notified?
4  A. No.
5  Q. So as far as you knew, you were the only one who
6  had been notified of the accident?
7  A. Yes.
8  Q. When you got to the hospital and found out that
9  he had some tests happening, did you have any knowledge
10 about what his condition was?
11 A. No.
12 Q. What did you think his condition was?
13 A. A lot of things went through my mind.
14 Q. And what's what I'd like to know. What went
15 through your mind?
16 A. Since they told me immediately, I thought the
17 worst.
18 Q. And I don't want to put words in your mouth.
19 You said you thought the worst. What was the worst?
20 A. Well, it's a semi that he was driving. It was
21 an accident, so I thought the worst. That's all I can
22 say.
23 Q. Well, what would be the worst, a fatal accident?
24 A. Very badly hurt.
25 Q. Potentially fatal accident?

Page 16

1  A. I'm sorry?
2  Q. A potentially fatal accident?
3  A. (Moving head up and down)
4  Q. Okay. How long was it before anyone at the
5  hospital came out to talk with you?
6  A. I don't know.
7  Q. Was it about 6:00 or 7:00 o'clock when you got
8  to the hospital?
9  A. I don't remember.
10 Q. Okay. Was it dark yet?
11 A. Yes.
12 Q. It was dark when you got there?
13 A. Yes.
14 Q. Your schedule at the day care, was it just
15 during the week, or did you also work weekends?
16 A. During the week.
17 Q. So at this time, school would be in session,
18 right, middle of January --
19 A. Yes.
20 Q. -- for your other children? Was it a long time
21 before you found out what was going on, what the extent
22 of your husband's injuries were?
23 A. Yes.
24 Q. And probably seemed even longer than it really
25 was?

Page 17

1  A. Yes.
2  Q. Okay. How did you find out what your husband's
3  condition was?
4  A. Can you repeat that?
5  Q. Sure.
6  A. How were you notified of what your husband's
7  condition was? Who told you? Who finally came out and
8  talked to you?
9  A. The doctor.
10 Q. Was it the family doctor?
11 A. No.
12 Q. Okay. It was the emergency-room doctor?
13 A. The emergency-room doctor.
14 Q. What did he tell you?
15 A. That he had fractured ribs, possibly broken
16 ribs, that he was in shock, and his blood pressure was
17 extremely high.
18 Q. After talking with the doctor, were you relieved
19 that it wasn't the worst-case scenario?
20 A. Somewhat.
21 Q. Did the doctor take you to see your husband?
22 A. No.
23 Q. How long after speaking with the doctor were you
24 allowed to visit with your husband?
25 A. I don't remember.

Elizabeth Rodriguez
8/25/2005

Page 18

1   Q. Was it that evening?
2   A. Yes.
3   Q. Did you stay the night at the hospital, or did
4   you go home?
5   A. We went home.
6   Q. When you got to visit with your husband, what
7   did you see?
8   A. I saw a bump that he had on his head.
9   Q. Was -- was he awake?
10  A. He was awake.
11  Q. Was he able to recognize you?
12  A. Yes.
13  Q. Able to recognize his son?
14  A. He didn't see his son.
15  Q. His son stayed outside?
16  A. (Moving head up and down)
17  Q. Okay.
18  A. Yes.
19  Q. They did not let him in?
20  A. No.
21  Q. All right. He was too young?
22  A. No.
23  Q. You wanted him to stay out?
24  A. No.
25  Q. Why was he not allowed in?

Page 19

1   A. Because he was under -- his blood pressure was
2   too high, and they were limiting --
3   Q. Okay.
4   A. -- the visits.
5   Q. So your son stayed in the waiting room?
6   A. Yes.
7   Q. Did you talk with your husband?
8   A. Yes.
9   Q. Did he tell you what happened in the accident?
10  A. Briefly.
11  Q. Do you recall what he said?
12  A. No.
13  Q. Besides the bump on his head, did you notice
14  anything else? Was he -- was he tired? Was he --
15  A. He looked stressed. He was strapped to the bed.
16  Q. Do you know why?
17  A. No.
18  Q. Did he have any IV tubes?
19  A. No.
20  Q. He was breathing on his own?
21  A. Yes.
22  Q. How long were you allowed to visit for?
23  A. 10 minutes.
24  Q. Was this just in a room, or was it in ICU, or
25  what?

Page 20

1   A. It was in the acute.
2   Q. All right. So after your visit, did you speak
3   with the doctor again?
4   A. No.
5   Q. You went home?
6   A. No.
7   Q. What did you do next?
8   A. I waited to -- for them to discharge him.
9   Q. Okay. So your husband was discharged that
10  evening?
11  A. Yes.
12  Q. Did that take awhile, or was it --
13  A. Yes.
14  Q. -- real -- a long while?
15  A. Yes.
16  Q. Okay. Your son who was with you, did he have
17  school the next day?
18  A. I don't remember what day it was.
19  Q. Guys that age generally don't stay up very long.
20  Did he fall asleep in the waiting room?
21  A. No.
22  Q. Do you remember what time you got home that
23  evening?
24  A. No.
25  Q. Was it after midnight, before midnight?

Page 21

1   A. I don't remember.
2   Q. My guess is you were pretty tired regardless of
3   what time it was.
4   A. Yes.
5   Q. All right. After your husband was discharged,
6   did he walk out of the hospital, or did they wheel him
7   out in a wheelchair?
8   A. They wheeled him in a wheelchair.
9   Q. Did you pull the car around?
10  A. Yes.
11  Q. He got from the wheelchair in to the car.
12  A. The gentleman that helped him helped in the car.
13  Q. You drived home -- you drove home?
14  A. Yes.
15  Q. Was your husband prescribed any medicine?
16  A. I don't remember.
17  Q. All right. So you drive the 12 or 15 minutes
18  home. Did you stop anywhere before you got home?
19  A. No.
20  Q. Upon arriving at home, what happened next?
21  A. We helped him off the van.
22  Q. That brings up a good point. What kind of car
23  were you driving?
24  A. A Chevy Astro.
25  Q. So it wasn't a big step up or a big step down

6 (Pages 18 to 21)

Team Litigation Company
713-802-9100

1a263e35-a5aa-46d5-9281-6088495cf89a

Elizabeth Rodriguez
8/25/2005

Page 22

1  for him to get in to the vehicle?
2     A. It's a little high.
3     Q. As you were helping him out of the van and in to
4  the house, did he mention to you any parts of his body
5  that hurt?
6     A. Yes.
7     Q. Which parts?
8     A. His side.
9     Q. Right or left?
10    A. His right side.
11    Q. And that's where the possible broken ribs were?
12    A. Yes.
13    Q. Anything else?
14    A. Yes, his neck.
15    Q. Anyplace else?
16    A. And his back.
17    Q. Where in his back?
18    A. On the right side.
19    Q. Was it high, medium, or low in his back?
20    A. I don't remember.
21    Q. I imagine when you got home you were ready
22  for -- to go on to bed.
23    A. Yes.
24    Q. Is that what everybody did, got ready for bed?
25    A. No.

Page 23

1     Q. What happened next?
2     A. We just all cried that nothing happened as fatal
3  or anything to that nature.
4     Q. Well, I'm interested in what your experience was
5  when you got home. Were you relieved? Were you upset?
6  What -- what was your emotion?
7     A. I was worried.
8     Q. What worried you?
9     A. That he might lose his job.
10    Q. Why did that worry you?
11    A. Because I saw that he couldn't really walk
12  right.
13    Q. How long had your husband been working with that
14  employer?
15    A. I don't -- I don't remember.
16    Q. Has he been a truck driver most of his career?
17    A. Yes.
18    Q. Was there anything else that worried you?
19    A. His condition -- his physical condition.
20    Q. Was there anything else that -- that worried you
21  or upset you or frightened you when you got home that you
22  were finally able to kind of let go of?
23    A. Can you repeat that? I'm sorry.
24    Q. Sure. I'm interested in what your emotions were
25  when you got home. Was there anything else that worried

Page 24

1  you or frightened you or that you relieved? Were -- were
2  there other emotions that you felt when you got home
3  before you went to bed? It sounds like you guys were
4  able to go home and kind of let it out a little bit, but
5  I -- I'd like to know what you were going -- what you
6  were thinking, feeling.
7     A. I felt relief he was home.
8     Q. Were the children already asleep when you got
9  home?
10    A. No.
11    Q. They were all waiting for you?
12    A. Yes.
13    Q. How did they handle it?
14    A. They cried.
15    Q. Have you talked to any of them about it?
16    A. Can you repeat that?
17    Q. Sure. Have you talked with any of your children
18  about their emotions when they saw their dad come home
19  that night?
20    A. No.
21    Q. Have you had to go to seek any kind of
22  counseling or talk with your minister or anything like
23  that about --
24    A. Yes.
25    Q. -- how you felt? Okay. When did you do that?

Page 25

1     A. About a week after the accident.
2     Q. Did you go by yourself or with your husband?
3     A. I went by myself.
4     Q. So about a week afterwards, you were still
5  feeling worried, anxious? What -- what was your feeling?
6     A. Worried, scared.
7     Q. What were you worried and scared about?
8     A. His condition.
9     Q. Have you been accompanying your husband to his
10  doctors' visits?
11    A. Yes.
12    Q. In between the time when your husband first came
13  home and the time that you went to visit the minister for
14  some counseling, had there been any doctors' visits?
15    A. Yes.
16    Q. What did you learn in those doctors' visits that
17  worried you or concerned you?
18    A. That the -- the fractured ribs or broken ribs
19  were going to take awhile to heal.
20    Q. Did the doctor -- did anything that the doctor
21  tell you make you believe that they wouldn't heal?
22    A. No.
23    Q. But it was going to take awhile?
24    A. Yes.
25    Q. Was there anything else that the doctors told

7 (Pages 22 to 25)

Elizabeth Rodriguez
8/25/2005

Page 26

1  you in that time that -- that scared you or worried you?
2     A. Yes.
3     Q. What else did they tell you?
4     A. His high blood pressure.
5     Q. Did your husband have any high blood pressure
6  prior to the accident?
7     A. No.
8     Q. So no blood-pressure medication or nothing --
9     A. No.
10    Q. -- before that? Was his blood pressure high all
11 the time in that week, or did it fluctuate?
12    A. I don't remember.
13    Q. What did you learn in the doctors' visits that
14 concerned you about your husband's blood pressure?
15    A. As high as it was, he could have a stroke.
16    Q. During that week your husband stayed home from
17 work, did he?
18    A. No.
19    Q. He went to work?
20    A. Yes.
21    Q. Were there any days that your husband missed
22 from work after this accident?
23    A. Yes.
24    Q. How many?
25    A. I don't remember.

Page 27

1     Q. Was it -- it was less than a week, obviously?
2     A. Yes.
3     Q. When he went back to work, was he still sore?
4     A. Yes.
5     Q. But he went to work anyway?
6     A. He had to.
7     Q. Did the doctor release him to return to work, or
8  did he do that on his own?
9     A. The doctor told him to get -- to go to light
10 duty.
11    Q. Based on your observations, how did your husband
12 handle the light duty?
13    A. Not good.
14    Q. He didn't like it?
15    A. He couldn't sit long periods of time.
16    Q. All right. The doctor who released him to
17 return to work on light duty, was that your family
18 doctor, or where did this doctor come from?
19    A. That was the workmen's comp -- work -- workmen's
20 compensation doctor, the company doctor.
21    Q. During this time was your husband prescribed any
22 medication to take?
23    A. Yes.
24    Q. Did you help him keep track of that, or did --
25    A. Yes.

Page 28

1     Q. -- he do it on his own? You helped him?
2     A. Yes.
3     Q. Was there -- do you remember what kinds of
4  medications they were? I don't need the names. Just,
5  obviously, there was going to be some for pain, right?
6     A. Yes.
7     Q. And there would be some for swelling?
8     A. Yes.
9     Q. What other kind -- would there be some for blood
10 pressure?
11    A. No.
12    Q. There was no medication for blood pressure?
13    A. No.
14    Q. Did the doctors explain to you why not?
15    A. No.
16    Q. It sounds like one of your concerns was this
17 high blood pressure. Did you question the doctor about
18 that?
19    A. No.
20    Q. What did you feel about the high blood pressure
21 and not having any medication for that? How did you feel
22 about that?
23    A. I thought it was just during that time because
24 we were both under stress.
25    Q. Was there any other stress in your life besides

Page 29

1  this accident?
2     A. No.
3     Q. You said that your husband returned to work
4  during that week because he had to. Was that a financial
5  thing for your family, or was it a requirement of his job
6  that he go back even though he was still sore?
7     A. A requirement by the company.
8     Q. Did you go to any doctors for a second opinion?
9     A. Yes.
10    Q. Who?
11    A. Dr. Gill.
12    Q. When did that happen?
13    A. I don't recall.
14    Q. Was it during that week?
15    A. No.
16    Q. Was it months later or weeks later? How long, I
17 mean?
18    A. I -- I don't remember.
19    Q. Was it -- did you take your husband to those
20 appointments, or did he go himself?
21    A. I took him.
22    Q. When he returned to work, was your husband able
23 to drive yet?
24    A. No.
25    Q. So you drove him to work?

Elizabeth Rodriguez
8/25/2005

Page 30

1  A. I drove him to work.
2  Q. And then you went and picked him up?
3  A. Yes.
4  Q. Did he start work before you started work in the
5  morning?
6  A. Excuse me?
7  Q. His working day, did it start before your
8  working day would start at the day care?
9  A. Yes.
10 Q. And then his work would end after you work at
11 the day care?
12 A. Yes.
13 Q. What was the driving distance between your place
14 of employment and his place of employment?
15 A. About 12 miles to his place.
16 Q. How long was it -- well, I mean, not put the
17 cart before the horse here. Is your husband able to
18 drive now?
19 A. Yes.
20 Q. All right. So he's able to drive himself to
21 places now?
22 A. Yes.
23 Q. How long was it after the accident before he
24 felt like he was okay to drive?
25 A. I don't -- I don't know.

Page 31

1  Q. Was it more than a couple of weeks?
2  A. I don't remember.
3  Q. All right. How did your husband's condition
4  after the accident -- how did that affect your home life?
5  A. I had to quit my job.
6  Q. Why?
7  A. To drive him to the doctors, to drive him to
8  work, because he makes more money than I do.
9  Q. About how long was this going on where you were
10 having to drive him to and from doctors' appointments, to
11 and from work?
12 A. I could say awhile. I really don't know how...
13 Q. How long after the accident happened did you
14 quit your job?
15 A. Right after.
16 Q. The next day?
17 A. I never went back to work.
18 Q. Do you work outside the house now?
19 A. Yes.
20 Q. What do you do now? You're at Monterrey, right?
21 A. Tacos Monterrey.
22 Q. Okay. So -- and you've been there about a year
23 and three months, correct?
24 A. Yes.
25 Q. Is that the first job that you've had since the

Page 32

1  accident?
2  A. Yes.
3  Q. All right. How else did the accident affect
4  your home life?
5  A. In many ways emotionally, physically.
6  Q. How about financially? Start there.
7  A. Yes.
8  Q. All right. In what ways financially has your
9  husband's accident affected your home life?
10 A. Well, for starters, I quit my job.
11 Q. Right.
12 A. Before he used to work overtime, which he
13 doesn't anymore.
14 Q. Is that by his choice or because of the company
15 doesn't have any overtime?
16 A. There's overtime. The company does have
17 overtime. It's just he's -- he's hurting.
18 Q. Okay. Other ways financially your husband's
19 accident has affected your home life?
20 A. Well, he used to do a lot of things around the
21 house that -- he was my handyman. I could say that,
22 plumber, carpenter. He would work on my cars. Excuse
23 me. Now I have to pay somebody to do that jobs for me if
24 I have to.
25 Q. How often does that happen that you require that

Page 33

1  kind of stuff to be done?
2  A. To service --
3     MR. CRANE: Object to form.
4     THE WITNESS: -- my vehicles every three
5  months.
6  Q. (BY MR. KASPERITIS) All right. House --
7  household repairs -- have their been any major household
8  repairs that you've had to have someone come out and --
9  and do because your husband wasn't able to do them for
10 you?
11 A. We had a plumbing problem going on, and that was
12 one of the major problems that we had.
13 Q. Something that you think your husband would have
14 taken care of if --
15 A. Yes.
16 Q. -- he hadn't been injured?
17 A. Yes.
18 Q. How much did it cost you?
19 A. I don't remember.
20 Q. What kind of plumbing problem?
21 A. Well, I don't know how to explain it.
22 Q. Just do your best.
23 A. My water heat shot off --
24 Q. Okay.
25 A. -- and it was leaking and it made a -- a mess in

9 (Pages 30 to 33)

Team Litigation Company
713-802-9100

1a263e35-a5aa-46d5-9281-6088495cf89a

Page 34

1  the pipes and stuff, corroded them, actually. I mean, it
2  just made a mess out of that.
3      Q. And the plumber came and fixed it or installed a
4  new water heater? What did he do?
5      A. Yes, we put a new water heater.
6      Q. How about -- before the accident you had
7  mentioned that there was overtime. What was your
8  husband's schedule like before the accident?
9      A. He would work during the daytime. I don't
10 recall the hours exactly, but he'd come and rest for a
11 few hours as he's suppose to as a truck driver. And then
12 later in the evening he'd head out out of town --
13     Q. Okay.
14     A. -- and return back, and then he'd sleep a few
15 hours. Then he'd go back in to work --
16     Q. All right. So --
17     A. -- and he's not allowed to do that no more, and
18 with the medication he's taking because he just takes it
19 when he gets home because of he's a truck driver.
20     Q. Right. So what kind of medication does he take
21 now?
22     A. Darvocet.
23     Q. How often, how frequently?
24     A. I don't know.
25     Q. Before the accident how many hours a week did

Page 35

1  you -- would you estimate your husband worked?
2      A. I -- I don't know.
3      Q. More than 40?
4      A. Yes.
5      Q. A lot more than 40?
6      A. Yes.
7      Q. How about now that he's back to work, is he
8  working more than 40?
9      A. No.
10     Q. Has there been -- okay. You said one of the
11 other ways that -- this is where the deposition probably
12 gets a little hard, so let me know if you need a break --
13 that the accident has affected your home life
14 emotionally, and I want to ask you about that because in
15 the lawsuit that's what one of the elements of the
16 damages is is how it's affected you and your home life
17 emotionally, all right?
18     A. Okay.
19     Q. So has -- how has the accident and the aftermath
20 of the accident affected your husband's relationship with
21 your children?
22     A. It's affected it a lot.
23     Q. In a bad way or a good way?
24     A. In a bad way.
25     Q. How?

Page 36

1      A. Well, he used to play ball with them. We have
2  the four -- the three boys and our daughter -- football.
3  He liked to wrestle. It's affected them in -- in
4  different ways. He can't do what he used to do with the
5  children.
6      Q. Besides playing ball, what kinds of things did
7  he do with the children prior to the accident that he
8  can't do now?
9      A. He would go and cut the yard, show them, too,
10 how to cut the yard, dig around the plants, the
11 gardening. He'd take care of all that.
12     Q. Who does that now? Who cuts the yard now?
13     A. My older son and my two younger sons.
14     Q. What other ways has the accident adversely
15 affected your husband's relationship with the children as
16 far as you can tell?
17     A. My 10-year-old son thinks his dad doesn't
18 love him.
19     Q. And that's hard on you. Your son has told you
20 that?
21     A. He's told both of us that.
22     Q. Why does he think that?
23     A. Because before they used to play and go outside
24 and he was always energetic, take them out to the mall,
25 take them out shopping, and he's too tired. He's

Page 37

1  exhausted. He's hurting.
2      Q. Are there any other ways that -- examples like
3  that that you can tell me of ways that the accident has
4  emotionally affected your family?
5      A. Well, he used to go out help the boys' coaches
6  when they were playing sports, and he doesn't do that
7  anymore, and that -- that hurts them.
8      Q. What kinds of sports do your boys play?
9      A. Football and basketball.
10     Q. Is that with a school program, or is it league?
11     A. My younger son plays in a league and the two
12 oldest -- my two older sons in the school, and our
13 daughter plays T-ball with a league.
14     Q. Are you and your husband still able to go and
15 watch the games that they play?
16     A. Sometimes.
17     Q. Now, ordinarily, I wouldn't pry in to somebody's
18 life like this, but because of the way the lawsuit is
19 phrased I have to ask you about the physical part of your
20 relationship with your husband and how it's been affected
21 by this accident. I apologize for having to pry, but a
22 downside of the job. So you had mentioned that
23 physically your relationship with your husband has been
24 affected by the accident, and I need to ask you how.
25     A. Can you make that more specific?

Page 38

1  Q. Pardon me?
2  A. Can you make that more specific?
3  Q. Well, I can, sure, but I want to know what you
4  think physically. Your husband and you have four
5  children. Were you planning to have more children?
6  A. No.
7  Q. Has there been anything that has resulted from
8  this accident that has made your husband love you any
9  less?
10 A. Yes.
11 Q. Okay. In what way?
12 A. Well, we don't have a normal relationship as a
13 husband and wife should as what we were used to.
14 Q. All right. And what we're dancing around here
15 obviously is whether or not you've been able to have a
16 physically intimate relationship with your husband,
17 right?
18 A. Right.
19 Q. And your testimony is that you have not been
20 able to?
21 A. Correct.
22 Q. Okay. Now, unfortunately, as uncomfortable as
23 it is to talk about this in a public setting, if we had
24 to take the case to a jury to decide about the case, we
25 would have to talk about this in a little bit more

Page 39

1  detail. I don't want to do that, but what I'd like to
2  know is has -- has it been impossible for you and your
3  husband to have any physical relationship as a result of
4  this, or is your physical intimacy reduced?
5        MR. CRANE: Object to the form of the
6  question.
7        MR. KASPERITIS: What's the basis?
8        MR. CRANE: Well, "any physical
9  relationship," what does that mean, kissing, patting on
10 the back?
11 Q. (BY MR. KASPERITIS) Well, has -- has it been
12 possible for you to have any physical relationship with
13 your husband after this accident?
14 A. Yes.
15 Q. All right. What kinds of physical relationship
16 have you been able to maintain?
17 A. Well, we hug each other.
18 Q. You're able to kiss, obviously?
19 A. Yes.
20 Q. How about do you -- obvious the sexual
21 intercourse, have you been able to take no sexual
22 intercourse with your husband, or is it just diminished?
23 A. It's been diminished to a big extent.
24 Q. And is it diminished because of his inability to
25 physically in his back or his neck be able to do that, or

Page 40

1  is his desire diminished because of pain? What is your
2  impression of why the physical relationship -- the sexual
3  intimacy has been reduced?
4  A. I'd say it'd be both the pain and his back.
5  Q. Have the doctors advised you that any of the
6  medications that he is taking would affect his sexual
7  function at all?
8  A. No.
9  Q. So it's your understanding medication doesn't
10 play any role?
11 A. No.
12 Q. And in the Petition that we've got, there was --
13 there are these terms, and nobody really knows what they
14 mean, but I'm just going to ask you about them each
15 anyway, okay?
16 A. Yes.
17 Q. There -- there is -- it's says -- it's a
18 pleading here for loss of affection. Do you feel like
19 your husband loves you any less because of this -- this
20 accident?
21 A. Yes.
22 Q. Okay. Why do you feel that way?
23 A. Excuse me?
24 Q. Why do you feel that way?
25 A. Because he's always angered and upset and

Page 41

1  hurting. If I touch him one way, it hurts him. If I try
2  to cuddle with him, I can't hug as I want to, and, yes,
3  it does.
4  Q. Has he told you that he loves you any less, or
5  is that just you feel that way?
6  A. He mentioned it a couple of times.
7  Q. Okay. And then there's solace. Do you know
8  what solace is?
9  A. No.
10 Q. All right. There's comfort. Is your husband
11 able to give you any comfort as your husband gives his
12 wife?
13 A. Yes.
14 Q. In what ways is he able to give you comfort?
15 A. He holds me.
16 Q. If you're having a bad day at work, is he able
17 to listen to you and help you through it?
18 A. Yes.
19 Q. If the kids are having trouble at school or you
20 have a problem with a teacher, is he able to talk to you
21 about that and help you through that?
22 A. No.
23 Q. Why not?
24 A. Because he gets angered.
25 Q. What is your -- what is your impression of why

Page 42

1  he's -- gets so angry?
2     A. Because he's hurting all the time.
3     Q. So you know it's not because he doesn't love
4  you. It's just because he's hurting; is that --
5     A. He's --
6     Q. -- true?
7     A. -- hurting.
8     Q. This also says that you have loss of
9  companionship. In what way have you experienced loss of
10 companionship?
11    A. Well, he used to go to church with us when we
12 had church services, and he doesn't go because he can't
13 sit too long. He's hurting.
14    Q. What days of the week do you have church
15 services?
16    A. We go to church on Wednesdays, Fridays, and
17 Sundays.
18    Q. Is he unable to go to any of them, or does he
19 only go to some of them?
20    A. He goes to the Sunday morning.
21    Q. Does the Wednesday and Friday ever conflict at
22 his work, or is it he sits at home while you-all to go
23 mass --
24    A. He sits --
25    Q. -- go to services?

Page 43

1     A. -- he sits at home.
2     Q. What other ways have you felt the loss of
3  companionship from your husband?
4     A. He used to go to the mall shopping with me. Now
5  he gets tired to walk. We used to do a lot of things
6  together.
7     Q. What kinds of things did you used to do
8  together? Did you have hobbies that you did together
9  besides going to the mall and shopping?
10    A. We -- yes, we'd go to the mall and shop. We go
11 swimming. We'd work out in the yard together --
12    Q. Is he --
13    A. -- and --
14    Q. -- able to do that at all, or does he just do it
15 a lot less?
16    A. He doesn't do it anymore.
17    Q. So he doesn't -- never goes to the mall with you
18 anymore?
19    A. Occasionally.
20    Q. But he doesn't come out in to the yard and work
21 with you at all?
22    A. No.
23    Q. He'll stay inside while you go out and work?
24    A. Yes.
25    Q. He -- what other kinds of things did you and

Page 44

1  your husband used to like to enjoy to do together that
2  you can't do now together?
3     A. We used to go take a long ride to the Island.
4  He doesn't do that no more.
5     Q. How often would you-all do that?
6     A. Once a month.
7     Q. It doesn't happen at all anymore?
8     A. No.
9     Q. Would that be to go to the beach, or what would
10 be the occasion?
11    A. To walk on the beach.
12    Q. Are there any other things that you feel are a
13 result -- that are missing in your life as a result of
14 the loss of companionship that you feel from your husband
15 resulting from his injuries in this accident?
16    A. Yes. We both used to clean house. He'd help me
17 move furniture around. He'd help me sweep, organize the
18 kids' rooms.
19    Q. And he doesn't do any of that anymore?
20    A. No.
21    Q. Are there any other things that you can think
22 of?
23    A. No.
24    Q. And then there's a pleading of loss of society.
25 Do you know what that means?

Page 45

1     A. No.
2     Q. Is it any different to you than companionship?
3     A. Well, he doesn't like to be in big crowds.
4     Q. Did he like to be in big crowds before the
5  accident?
6     A. Yes.
7     Q. Are there any other social activities that
8  you-all used to do that you can't do now?
9     A. Well, there was like a wedding or a birthday
10 party, he'd rather not attend because he's just hurting
11 and...
12    Q. Since the time of the accident when you first
13 brought him home, has -- has his condition gotten better
14 or stayed the same, or has it gotten worse over time?
15    A. It's gotten worse.
16    Q. In what way has it gotten worse?
17    A. He doesn't sleep because he's hurting.
18    Q. And what other ways has it gotten worse?
19    A. He gets home and he's hurting. He's always
20 hurting.
21    Q. Is he seeing the doctor for this?
22    A. Yes.
23    Q. How often?
24    A. I don't know. I think it's every month.
25    Q. And you had mentioned earlier that he continues

Page 46

1   with the pain medication?
2   A. Yes.
3   Q. Are there other kinds of medication that he
4   continues with?
5   A. No.
6   Q. Has his blood pressure returned to normal?
7   A. Yes.
8   Q. No medication for that?
9   A. No.
10  Q. Is there anything that you can think of that
11  would turn this around and make it start to improve
12  rather than getting worse?
13  A. I don't know.
14  Q. Have any of the doctors talked to you and your
15  husband about a surgery that your husband could have that
16  would take away the pain?
17  A. No.
18  Q. Do you — if I'm — if I'm off base here, tell
19  me I'm off base, but you seem to attribute most of the
20  things that are not going well in your house right now to
21  the constant pain that your husband is feeling; is that
22  true?
23  A. Yes.
24  Q. And if there was someway to alleviate the pain,
25  do you think things would get better?

Page 47

1   A. Yes.
2   Q. We can't turn back the clock and undo the
3   accident, right?
4   A. Right.
5   Q. What kinds of things have been suggested to you
6   to try and help your husband make this pain less?
7   A. Give him moral support.
8   Q. Okay. That's hard to do when he's cranky and
9   mad, right?
10  A. Yes.
11  Q. But you guys do your best to do that, don't you?
12  A. Yes.
13  Q. The kids do, too?
14  A. Yes.
15  Q. You don't love your husband any less because of
16  the accident, do you?
17  A. Yes.
18  Q. Why?
19  A. Because I've gone through so much.
20  Q. What kinds of things have you gone through?
21  A. Due to the fact that we don't have an intimacy,
22  he gets jealous.
23  Q. Are you okay? Do you need to take a break?
24  A. I'm all right.
25  Q. Have you-all had to look in to some kind of

Page 48

1   marital counseling for these issues that you feel are
2   coming up?
3   A. Yes.
4   Q. Was this a — a professional counselor, or was
5   it a minister or —
6   A. A minister.
7   Q. — spiritual counselor? Has the counseling
8   helped you at all?
9   A. Somewhat.
10  Q. Have you gone yourself, or have you and your
11  husband gone together?
12  A. Together.
13  Q. Have you gone as a family or just as a couple?
14  A. Just as a couple.
15  Q. When was the last time that you-all went?
16  A. Was it Saturday? Saturday.
17  Q. Is it helping?
18  A. Yes.
19  Q. Do you feel like if you continue with that kind
20  of spiritual counseling that — that you'll be able to
21  get past the issues that you're having, or is it a dead
22  end? What — what are you feeling? Are you optimistic?
23  A. I can't tell right now.
24  Q. All right. You're willing to keep trying,
25  though?

Page 49

1   A. Yes.
2   Q. You want to keep trying?
3   A. Yes.
4   Q. I apologize to you for having to ask you such
5   personal questions.
6   A. That's okay.
7   Q. I appreciate your patients. Have you understood
8   all the questions that I asked you today?
9   A. Yes, sir.
10       MR. KASPERITIS: I'll pass the witness.
11  Thank you, ma'am.
12       MR. CRANE: We'll reserve our questions till
13  time of trial.
14       THE VIDEOGRAPHER: Off the record, 2:35.
15       (Proceedings concluded at 2:35 p.m.)
16            -oOo-

### Page 50

```
 1           CHANGES
 2  WITNESS: ELIZABETH RODRIGUEZ   DATE: AUGUST 25, 2005
 3  PAGE   LINE      CHANGE            REASON
 4
 5
 6
 7
 ...
25
```

### Page 51

```
 1            SIGNATURE
 2  I, ELIZABETH RODRIGUEZ, have read the foregoing
 3  deposition and hereby affix my signature that same is
 4  true and correct, except as noted on the preceding page.
 5
 6
             ELIZABETH RODRIGUEZ
 7
 8
 9
10  THE STATE OF TEXAS       *
11  COUNTY OF CAMERON        *
12     Before me,              , on this
13  day personally appeared ELIZABETH RODRIGUEZ, known to me
14  (or proved to me under oath or through
15                    ) (description of
16  identity card or other document) to be the person whose
17  name is subscribed to the foregoing instrument and
18  acknowledged to me that they executed the same for the
19  purposes and consideration therein expressed.
20     Given under my hand and seal of office this    day
21  of         , 2005.
22
23
             NOTARY PUBLIC IN AND FOR
24           THE STATE OF TEXAS
25
```

### Page 52

```
 1       UNITED STATES DISTRICT COURT FOR THE
           SOUTHERN DISTRICT OF TEXAS
 2           BROWNSVILLE DIVISION
 3  ROGELIO RODRIGUEZ       *
    AND ELIZABETH RODRIGUEZ *
 4                          *
    VS.                     *  CIVIL ACTION NO. B-04-137
 5                          *
    JAMES ARTHUR LARSON      *
 6
          REPORTER'S CERTIFICATION
 7      DEPOSITION OF ELIZABETH RODRIGUEZ
              AUGUST 25, 2005
 8
 9      I, CAROLYN NEWMAN, a Certified Shorthand Reporter in
10  and for the State of Texas, do hereby certify that the
11  facts stated by me in the caption hereto are true; that
12  the foregoing deposition transcript of ELIZABETH
13  RODRIGUEZ, the witness hereinbefore named, was at the
14  time mentioned taken by me in stenograph, the said
15  witness having been by me first duly cautioned and sworn
16  upon her oath to tell the truth, the whole truth, and
17  nothing but the truth, and later transcribed from
18  stenograph by me.
19      I further certify that I am neither attorney or
20  counsel for, nor related to or employed by any of the
21  parties to the action in which this deposition is taken,
22  and further that I am not a relative or employee of any
23  attorney or counsel employed by the parties hereto, or
24  financially interest in the action.
25      I further certify that the above and foregoing
```

### Page 53

```
1  deposition transcript as set forth in typewriting is a

2  full, true and correct transcript of the proceedings had

3  at the time of taking said deposition.

4     Certified to by me this 12th day of September, 2005.

5

6

7

        CAROLYN NEWMAN, Texas CSR 4193

8       Expiration Date: 12/31/05

        Team Litigation Company

9       3605 Katy Freeway, Suite 100

        Houston, Texas 77007

10      713-802-9100 Phone

        713-802-9105 Fax
```

14 (Pages 50 to 53)