UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § § | |

# ORDER ON PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBIT LIST

On this day came on for consideration Plaintiff's Objections to Defendant's Proposed Trial exhibits in the above-styled and numbered cause. After considering the evidence, the arguments of counsel, and th applicable law, the Court rules as follows:

a) Plaintiff objects to the admission of the deposition of Rogelio Rodriguez is hereby

   SUSTAINED _____
   OVERRULED _____

b) Plaintiff objects to the admission of the deposition of Elizabeth Rodriguez is hereby

   SUSTAINED _____
   OVERRULED _____

c) Plaintiff objects to the admission of the deposition of Jorge Tijmes, M.D. is hereby

   SUSTAINED _____
   OVERRULED _____

d) Plaintiff objects to the admission of Excerpts of medical records from the Deposition Upon Written Questions to Dr. Herman J. Keillor, M.D. is hereby

   SUSTAINED _____
   OVERRULED _____

e) Plaintiff objects to the admission of Excerpts of medical records from the Deposition Upon Written Questions to D.S. Gill, M.D. Focus Medicine Center is hereby

SUSTAINED _____
OVERRULED_____

f) Plaintiff objects to the admission of Excerpts of medical records from the Deposition Upon Written Questions to Rio Grande Valley Imaging & Diagnostic Center is hereby

SUSTAINED _____
OVERRULED_____

g) Plaintiff objects to the admission of Excerpts of medical records from the Deposition Upon Written Questions to McAllen MRI Center is hereby

SUSTAINED _____
OVERRULED_____

h) Plaintiff objects to the admission of Excerpts of medical records from the Deposition Upon Written Questions to Valley Baptist Medical Center is hereby

SUSTAINED _____
OVERRULED_____

i) Plaintiff objects to the admission of Excerpts of medical records from the Deposition Upon Written Questions to Dr. Abraham Cano is hereby

SUSTAINED _____
OVERRULED_____

k) Plaintiff objects to the admission of Excerpts of medical records from the Deposition Upon Written Questions to Dr. Eric Bennos is hereby

SUSTAINED _____
OVERRULED_____

l) Plaintiff objects to the admission of Excerpts of medical records from the Deposition Upon Written Questions to R & L Transfer, Inc. (Safety Dept.) is hereby

SUSTAINED _____
OVERRULED_____

m)  Plaintiff objects to the admission of Excerpts of medical records from the Deposition Upon Written Questions to Summary of all excerpted Medical Records compliant with Federal Rule of Evidence Rule 1006 is hereby

SUSTAINED _____
OVERRULED _____

Done in Brownsville, on this the _____ day of _____, 2006.


                                                    _____
                                                    JUDGE PRESIDING