# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ, ET AL | * | |
| V. | * | CIVIL ACTION NO. B-04-137 |
| | | (636(c)) |
| JAMES ARTHUR LARSON | * | |

TAKE NOTICE THAT THE PROCEEDINGS IN THIS CAUSE OF ACTION HAVE BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

**JURY SELECTION:**   July 17, 2006, 9:00 a.m.
**(Reset from 5/22/06)**

**JURY TRIAL:**   July 17, 2006, after jury selection

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, TX 78520

**BY ORDER OF THE COURT**

May 3, 2006

cc:   All Counsel

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS DIVISION
### BROWNSVILLE DIVISION

ROGELIO RODRIGUEZ, ET AL     *

V.     *    CIVIL ACTION NO. B-04-137
                                          (636(c))

JAMES ARTHUR LARSON     *

TAKE NOTICE THAT THE PROCEEDINGS IN THIS CAUSE OF ACTION HAVE BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

**JURY SELECTION:**     July 17, 2006, 9:00 a.m.
                                 **(Reset from 5/22/06)**

**JURY TRIAL:**     July 17, 2006, after jury selection

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:     U.S. Federal Building & Courthouse
                 600 E. Harrison, 2nd Floor
                 Brownsville, TX 78520

                                                               **BY ORDER OF THE COURT**

May 3, 2006

cc:     All Counsel