United States District Court  Case 1:04-cv-00137   Document 69   Filed in TXSD on 05/04/2006   Page 1 of 1
Southern District of Texas
FILED

MAY - 4 2006

Michael N. Milby, Clerk of Court

AO 435
(Rev. 1/90)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

Read Instructions on Back

FOR COURT USE ONLY
DUE DATE:

| 1. NAME RANDALL P. CRANE | 2. PHONE NUMBER (956) 399-2496 | 3. DATE May 3, 2006 | |
|---|---|---|---|
| 4. MAILING ADDRESS 201 S. SAM HOUSTON | 5. CITY SAN BENITO | 6. STATE TX | 7. ZIP CODE 78586 |
| 8. CASE NUMBER B-04-137 | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS 10. FROM 3/20/2006 | 11. TO 03/20/2006 |
| 12. CASE NAME Rodriguez vs. Larson | | LOCATION OF PROCEEDINGS 13. CITY Brownsville | 14. STATE Texas |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [X] OTHER (Specify) Motion to Qua

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | Hearing on Motion To Quash | 3/20/2006 |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [X] | [ ] | NO. OF COPIES | | |
| DAILY | [X] | [ ] | NO. OF COPIES | | |
| HOURLY | [X] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

18. SIGNATURE /s/ Randall

19. DATE May 3, 2006

ESTIMATE TOTAL

PROCESSED BY

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)
DISTRIBUTION: COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY