SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
MAY 0 3 2006
Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROGELIO RODRIGUEZ AND § | |
| ELIZABETH RODRIGUEZ § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON § | |

# PLAINTIFFS SECOND AMENDED RULE 26(a) & 26(a)(2) DISCLOSURES

TO:     JAMES ARTHUR LARSON, BY AND THROUGH HIS
         ATTORNEY OF RECORD:

         PATRICK R. KASPERITIS
         ATTORNEY AT LAW
         DUNN, WEATHERED, COFFEY,
         RIVERA, KASPERITIS & RODRIGUEZ, P.C.
         611 South Upper Broadway
         Corpus Christi, Texas 78401

PURSUANT TO Rule 26(a)(1), Federal Rules of Civil Procedure, Plaintiffs, ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ, make the following Second Amended disclosures:

A.     **NAMES OF PERSONS HAVING RELEVANT KNOWLEDGE:**

a)     Rogelio Rodriguez, Plaintiff
        123 Dolores Street
        Primera, Texas 78552
        (956) 412-8163

b)     Elizabeth Rodriguez, Plaintiff
        123 Dolores Street
        Primera, Texas 78552
        (956) 412-8163

c)     Janie Ortega
        Rt. 1, Box 195A
        Primera, Texas 78552
        (956) 444-0310

1

d)     Ignacio Ortega
       Rt. 1, Box 195A
       Primera, Texas 78552
       (956) 444-0310

e)     Paul Gray
       Weslaco, Texas 78596
       (956) 630-7919

f)     Juan L. Garcia
       125 Dolores Street
       Primera, Texas
       (956) 425-7400
       (956) 533-7962

g)     Rosa Ana Montemayor
       P.O. Box 261
       Santa Rosa, Texas
       (956) 636-9409
       (956) 662-4746

h)     Modesta Cruz
       4413 Botts Street
       Harlingen, Texas 78550
       (956) 412-3835

I)     Trooper Lionel Trevino, #9176
       Texas Department of Public Safety
       1630 N. 77 Sunshine Strip
       Harlingen, Texas 78550
       (956) 423-1160

j)     Carmen Alcala
       526 Resaca Shores Blvd.
       San Benito, Tx. 78586
       (956) 399-6530

k)     Matias E. Garza
       135 Dolores Street
       Primera, Texas 78550
       (956) 428-4778

l)     Valley Baptist Medical Center
Dr. William Taw
Dr. Robert Wright
James Easthnam, CEO
Ward Cook, Human Resources
Denise Jackson, Human Resources
Marcie Sanchez, medical billing
2121 Pease St.
Harlingen, Texas 78550
(956) 389-1100

m)     Harlingen Bone & Joint Clinic, P.A.
Dr. Herman J. Keillor
1801 N. Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 423-5033

n)     Rio Grande Valley Imaging & Diagnostic Center
501 B N. Ed Carey Drive
Harlingen, Texas 78550
(956) 440-8900

o)     Dr. Eric Bennos
P.O. Box 293115
Lewisville, Texas 75029-3115

p)     Southern Bone & Joint Center Associates
Dr. Jorge E. Tijmes
P.O. Box 6209
McAllen, Texas 78502
(956) 687-2032

q)     McAllen MRI Center
Dr. Marc Berger
320 N. McColl Suite "E"
McAllen, Texas 78501
(956) 687-9636

r)     Focus Medicine Center
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

s)  Orthopedic Industrial Sports Medicine
    & Rehabilitation
    Dr. D.S. Gill
    1120 Galveston Ave.
    McAllen, Texas 78501
    (956) 686-5512

t)  Dr. Abraham Cano
    2401 Ed Carey Drive, Suite A
    Harlingen, Texas 78550
    (956) 425-9181

u)  EMCARE Har Emerg Physicians, P.A
    P.O. Box 13826
    Philadelphia, PA. 19101-3826
    (800) 355-2470

v)  Medical records and billing records custodians for:

    Valley Baptist Medical Center
    Dr. William Taw
    Dr. Robert Wright
    James Easthnam, CEO
    Ward Cook, Human Resources
    Denise Jackson, Human Resources
    Marcie Sanchez, medical billing
    2121 Pease St.
    Harlingen, Texas 78550
    (956) 389-1100

    EMCARE Har Emerg Physicians, PA
    P.O. Box 13826
    Philadelphia, PA. 19101-3826
    (800) 355-2470

    Harlingen Bone & Joint Clinic, P.A.
    Dr. Herman J. Keillor
    1801 N. Ed Carey Drive, Suite A
    Harlingen, Texas 78550
    (956) 423-5033

    Rio Grande Valley Imaging & Diagnostic Center
    501 B N. Ed Carey Drive
    Harlingen, Texas 78550
    (956) 440-8900

4

Dr. Eric Bennos
P.O. Box 293115
Lewisville, Texas 75029-3115

Southern Bone & Joint Center Associates
Dr. Jorge E. Tijmes
P.O. Box 6209
McAllen, Texas 78502
(956) 687-2032

McAllen MRI Center
Dr. Marc Berger
320 N. McColl Suite "E"
McAllen, Texas 78501
(956) 687-9636

Focus Medicine Center
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Orthopedic Industrial Sports Medicine
& Rehabilitation
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Dr. Abraham Cano
2401 Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 425-9181

w) Guadalupe Castaneda
Shelly Street
Combes, Texas 78550
(956) 428-1020

x) Isabel Garza
1401 Sunset Drive, Apt. #12
Harlingen, Texas 78550
(956) 428-3840

B.  **DOCUMENTS AND OTHER TANGIBLE EVIDENCE:**

a)  all photographs relevant to the incident in question, including the vehicles, Plaintiff and the location where the incident in question occurred.

b)  Plaintiff's and Defendant's pleadings, discovery responses and any supplementals thereto, medical bills and medical records;

c)  depositions which will be taken in this proceeding of defendant, Plaintiffs, experts, depositions of persons having relevant knowledge, and any and all health care providers, listed hereinbelow, as follows:

Trooper Lionel Trevino, #9176
Texas Department of Public Safety
1630 N. 77 Sunshine Strip
Harlingen, Texas 78550
(956) 423-1160

Valley Baptist Medical Center
Dr. William Taw
Dr. Robert Wright
James Easthnam, CEO
Ward Cook, Human Resources
Denise Jackson, Human Resources
Marcie Sanchez, medical billing
2121 Pease St.
Harlingen, Texas 78550
(956) 389-1100

EMCARE Har Emerg Physicians, PA
P.O. Box 13826
Philadelphia, PA. 19101-3826
(800) 355-2470

Harlingen Bone & Joint Clinic, P.A.
Dr. Herman J. Keillor
1801 N. Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 423-5033

Rio Grande Valley Imaging & Diagnostic Center
501 B N. Ed Carey Drive
Harlingen, Texas 78550
(956) 440-8900

Dr. Eric Bennos
P.O. Box 293115
Lewisville, Texas 75029-3115

Southern Bone & Joint Center Associates
Dr. Jorge E. Tijmes
P.O. Box 6209
McAllen, Texas 78502
(956) 687-2032

McAllen MRI Center
Dr. Marc Berger
320 N. McColl Suite "E"
McAllen, Texas 78501
(956) 687-9636

Focus Medicine Center
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Orthopedic Industrial Sports Medicine
& Rehabilitation
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Dr. Abraham Cano
2401 Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 425-9181

d) reports of any experts designated by any party to this proceeding, (including medical records and bills from all treating physicians and hospitals.
e) plaintiff's income tax records;
f) exhibits and blow-ups made by experts;
g) videotaped depositions of experts and /or lay witnesses;
h) a computation of any category of damages claimed by Plaintiff;
I) certified copy of the workers compensation file pertaining to plaintiff Rogelio Rodriguez;

j)   affidavits or depositions by written questions of the health care providers and/or custodians for the health care providers listed hereinbelow:

Valley Baptist Medical Center
Dr. William Taw
Dr. Robert Wright
James Easthnam, CEO
Ward Cook, Human Resources
Denise Jackson, Human Resources
Marcie Sanchez, medical billing
2121 Pease St.
Harlingen, Texas 78550
(956) 389-1100

EMCARE Har Emerg Physicians, PA
P.O. Box 13826
Philadelphia, PA. 19101-3826
(800) 355-2470

Harlingen Bone & Joint Clinic, P.A.
Dr. Herman J. Keillor
1801 N. Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 423-5033

Rio Grande Valley Imaging & Diagnostic Center
501 B N. Ed Carey Drive
Harlingen, Texas 78550
(956) 440-8900

Dr. Eric Bennos
P.O. Box 293115
Lewisville, Texas 75029-3115

Southern Bone & Joint Center Associates
Dr. Jorge E. Tijmes
P.O. Box 6209
McAllen, Texas 78502
(956) 687-2032

McAllen MRI Center
Dr. Marc Berger
320 N. McColl Suite "E"
McAllen, Texas 78501
(956) 687-9636

8

Focus Medicine Center
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Orthopedic Industrial Sports Medicine
& Rehabilitation
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512

Dr. Abraham Cano
2401 Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 425-9181

C.  **COMPUTATION OF DAMAGES:**
Please refer to all medical records and medical bills previously provided;
The actual damages will be left to the discretion of the jury;
Subject to, plaintiff makes the following computations:

| | |
|---|---|
| Physical Pain and Mental Suffering in the Past in the amount of | $250,000.00 |
| Loss of physical ability in the past in the amount of | $100,000.00 |
| Diminished capacity to work and earn money in the past | $ 25,000.00 |
| Physical pain and mental anguish in the future | $250,000.00 |
| Diminished capacity to work and earn money in the future | $100,000.00 |
| Loss of physical ability in the future | $250,000.00 |
| Expenses for health care services to date: | $ 19,661.02 |
|     Dr. Jorge Tijmes | $ 1,550.00 |
|     Dr. Abraham Cano | $ 2,269.00 |
|     Dr. Herman J. Keillor | $ 797.37 |
|     Dr. D.S. Gill/Focus Medicine Center | $ 2,465.00 |
|     Dr. D.s. Gill/OIS Rehab Center | $ 4,362.00 |
|     McAllen MRI Center | $ 3,063.05 |
|     Rio Grande Valley Imaging Center | $ 1,400.00 |
|     Valley Baptist Medical Center | $ 3,124.60 |
|     Dr. Eric Bennos | $ 300.00 |
|     EMCare Harlingen Emergency Physician | $ 330.00 |
| Expenses for health care services in the future | $100,700.00 |

**D.  INSURANCE AGREEMENTS:**
Applicable insurance agreements in question which provide coverage to the Defendant.

**PURSUANT TO Rule 26(a)(2), Federal Rules of Civil Procedure**, Plaintiffs, ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ, make the following disclosures:

Trooper Lionel Trevino, #9176
Texas Department of Public Safety
1630 N. 77 Sunshine Strip
Harlingen, Texas 78550
(956) 423-1160
(Report has been previously provided and attached to Rule 26(a) & Rule 26(a)(2) Disclosures as Exhibit 1; and also in Plaintiff's First Amended Designation of Experts as Exhibit 1a).

Valley Baptist Medical Center
Dr. William Taw
Dr. Robert Wright
James Easthnam, CEO
Ward Cook, Human Resources
Denise Jackson, Human Resources
Marcie Sanchez, medical billing
2121 Pease St.
Harlingen, Texas 78550
(956) 389-1100
(Report has been previously provided and attached to Rule 26(a) & Rule 26(a)(2) Disclosures as Exhibit 2; and also in Plaintiff's First Amended Designation of Experts as Exhibit 1b).

EMCARE Har Emerg Physicians, PA
P.O. Box 13826
Philadelphia, PA. 19101-3826
(800) 355-2470
(Emergency Records are part of the Valley Baptist Medical Center Records which has been previously provided and attached to Rule 26(a) & Rule 26(a)(2) Disclosures as Exhibit 2; and also in Plaintiff's First Amended Designation of Experts as Exhibit 1b).

Harlingen Bone & Joint Clinic, P.A.
Dr. Herman J. Keillor
1801 N. Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 423-5033
(Report has been previously provided and attached to Rule 26(a) & Rule 26(a)(2) Disclosures as Exhibit 3; and also in Plaintiff's First Amended Designation of Experts as Exhibit 1c).

Rio Grande Valley Imaging & Diagnostic Center
501 B N. Ed Carey Drive
Harlingen, Texas 78550
(956) 440-8900
(Report has been previously provided and attached to Rule 26(a) & Rule 26(a)(2) Disclosures as Exhibit 4; and also in Plaintiff's First Amended Designation of Experts as Exhibit 1d).

Dr. Eric Bennos
P.O. Box 293115
Lewisville, Texas 75029-3115
(Report has been previously provided and attached to Rule 26(a) & Rule 26(a)(2) Disclosures as Exhibit 5; and also in Plaintiff's First Amended Designation of Experts as Exhibit 1e).

Southern Bone & Joint Center Associates
Dr. Jorge E. Tijmes
P.O. Box 6209
McAllen, Texas 78502
(956) 687-2032
(Report has been previously provided and attached to Rule 26(a) & Rule 26(a)(2) Disclosures as Exhibit 6; and also in Plaintiff's First Amended Designation of Experts as Exhibit 1f).

McAllen MRI Center
Dr. Marc Berger
320 N. McColl Suite "E"
McAllen, Texas 78501
(956) 687-9636
(Report has been previously provided and attached to Rule 26(a) & Rule 26(a)(2) Disclosures as Exhibit 7; and also in Plaintiff's First Amended Designation of Experts as Exhibit 1g).

Focus Medicine Center
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512
(Report has been previously provided and attached to Rule 26(a) & Rule 26(a)(2) Disclosures as Exhibit 8; and also in Plaintiff's First Amended Designation of Experts as Exhibit 1h).

Orthopedic Industrial Sports Medicine
& Rehabilitation
Dr. D.S. Gill
1120 Galveston Ave.
McAllen, Texas 78501
(956) 686-5512
(Report has been previously provided and attached to Rule 26(a) & Rule 26(a)(2) Disclosures as Exhibit 9; and also in Plaintiff's First Amended Designation of Experts as Exhibit 1i).

Dr. Abraham Cano
2401 Ed Carey Drive, Suite A
Harlingen, Texas 78550
(956) 425-9181
(Report has been previously provided and attached to Rule 26(a) & Rule 26(a)(2) Disclosures as Exhibit 10; and also in Plaintiff's First Amended Designation of Experts as Exhibit 1j).

DATED the __2nd__ day of May, 2006.

RESPECTFULLY SUBMITTED,

LAW FIRM OF RANDALL P. CRANE
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-2496

BY: _____
RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS
ROGELIO RODRIGUEZ AND
ELIZABETH RODRIGUEZ

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Plaintiff's Second Amended Rule 26(a)(1) and Rule 26(a)(2) Disclosures have been forwarded to the attorneys of record for the Defendants as follows:

Dunn, Weathered, Coffey,
Rivera, Kasperitis & Rodriguez, P.C.
Attorneys At Law
611 S. Upper Broadway
Corpus Christi, Texas 78401

(HAND DELIVERED)

SIGNED THIS THE 2ND DAY OF MAY, 2006.

RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS
ROGELIO RODRIGUEZ AND
ELIZABETH RODRIGUEZ