UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ<br>AND ELIZABETH RODRIGUEZ<br><br>V.<br><br>JAMES ARTHUR LARSON | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-04-137 |

-oOo-

## AFFIDAVIT

Name of Patient: ROGELIO RODRIGUEZ
D.O.B.: ▓▓▓▓▓
S.S.N.: ▓▓▓▓▓

Before me, the undersigned authority, on this day personally appeared __D.S. Gill__, who being by me duly sworn, deposed and stated as follows:

My name is __D.S. Gill__, I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am one of the treating physicians in charge of the medical care provided to **ROGELIO RODRIGUEZ, D.O.B.:** ▓▓▓▓▓ **S.S.N.:** ▓▓▓▓▓ for services rendered from __8/20/2003__ to present.

I am attaching to this Affidavit an itemized statement which reflects the medical services rendered and the charges made for the treatment given to **ROGELIO RODRIGUEZ, , D.O.B.:** ▓▓▓▓▓, **S.S.N.:** ▓▓▓▓▓ for services rendered from __8/20/2003__ to present at **Orthopedic Industrial Sports Rehabilitation**.

The records attached are kept by myself or someone working under my supervision and control in the regular course of my medical practice in the city of McAllen, Hidalgo County, Texas. Myself or an employee or representative having knowledge of the act, event, condition, opinion or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the



EXHIBIT
A pg 1

time or reasonably soon thereafter. The records attached are the original or exact duplicates of the original of the medical and billing records of **ROGELIO RODRIGUEZ, DOB:** ▮

The billing records attached hereto reflect the fair and reasonable charges for the medical/rehab services provided to **ROGELIO RODRIGUEZ, DOB:** ▮ **S.S.N.** ▮ by myself, **DR. D.S. GILL at Orthopedic Industrial Sports Rehabilitation (OIS Rehab Center),** as a proximate result of his injuries which occurred from an automobile collision on or about January 16, 2003, and the services were necessary.

The total amount reflected in the attached statement(s) is 4362.

_____
Affiant - Dr. D.S. Gill/Orthopedic
Industrial Sports Rehabilitation
(OIS Rehab Center)

SWORN TO AND SUBSCRIBED before me on the 4th day of May, 2006.

Francisca Escamilla
Notary Public, State of Texas
Francisca Escamilla
Notary's Printed Name
Commission Expires: November 29 2006

[Notary Seal: FRANCISCA ESCAMILLA / MY COMMISSION EXPIRES / NOVEMBER 20, 2006]

EXHIBIT
A pg 2