

## O I S  REHABILITATION CENTER
1120 Galveston Ave.
McAllen, TX 78501
(956)686-5512

| Statement Date |
| --- |
| 11/29/2004 |



| Page |
| --- |
| 1 |

Rogelio Rodriguez
123 Dolores St.
Primera, TX 78550

| Chart Number |
| --- |
| RODRO000 |

| Date | Procedure | Description | Amount |
| --- | --- | --- | --- |
| Patient: | Rogelio Rodriguez | Chart #: RODRO000 | Diagnosis: 847.0 | Case Description: | Cervical / Thoracic / Lumbar |
| 8/20/2003 | 97010 | Hot/Cold Packs | 20.00 |
| 8/20/2003 | 97032 | Electrical Stimulation | 35.00 |
| 8/20/2003 | 97035 | Ultrasound | 90.00 |
| 8/20/2003 | 97124 | Massage | 76.00 |
| 8/20/2003 | A4556 | Electrodes | 40.00 |
| 8/22/2003 | 97010 | Hot/Cold Packs | 20.00 |
| 8/22/2003 | 97032 | Electrical Stimulation | 35.00 |
| 8/22/2003 | 97035 | Ultrasound | 90.00 |
| 8/22/2003 | 97250 | Myofascial Release | 120.00 |
| 9/2/2003 | 97010 | Hot/Cold Packs | 20.00 |
| 9/2/2003 | 97032 | Electrical Stimulation | 35.00 |
| 9/2/2003 | 97035 | Ultrasound | 90.00 |
| 9/2/2003 | 97250 | Myofascial Release | 120.00 |
| 9/3/2003 | 97010 | Hot/Cold Packs | 20.00 |
| 9/3/2003 | 97032 | Electrical Stimulation | 35.00 |
| 9/3/2003 | 97035 | Ultrasound | 90.00 |
| 9/3/2003 | 97124 | Massage | 76.00 |
| 9/4/2003 | 97010 | Hot/Cold Packs | 20.00 |
| 9/4/2003 | 97032 | Electrical Stimulation | 35.00 |
| 9/4/2003 | 97035 | Ultrasound | 90.00 |
| 9/4/2003 | 97250 | Myofascial Release | 120.00 |
| 9/9/2003 | 97010 | Hot/Cold Packs | 20.00 |
| 9/9/2003 | 97032 | Electrical Stimulation | 35.00 |
| 9/9/2003 | 97250 | Myofascial Release | 120.00 |
| 9/9/2003 | 97033 | Phonophoresis | 100.00 |
| 9/9/2003 | 97110 | Therapeutic Exercises | 100.00 |
| 9/9/2003 | 99070 | Theraband | 10.00 |
| 9/11/2003 | 97010 | Hot/Cold Packs | 20.00 |
| 9/11/2003 | 97032 | Electrical Stimulation | 35.00 |
| 9/16/2003 | 97010 | Hot/Cold Packs | 20.00 |
| 9/16/2003 | 97032 | Electrical Stimulation | 35.00 |
| 9/16/2003 | 97250 | Myofascial Release | 120.00 |
| 9/16/2003 | 97033 | Phonophoresis | 100.00 |
| 9/16/2003 | 97110 | Therapeutic Exercises | 100.00 |
| 9/16/2003 | 99070 | Theraband | 10.00 |

| Balance Due |
| --- |
| **Continued** |



**O I S  REHABILITATION CENTER**
1120 Galveston Ave.
McAllen, TX 78501
(956)686-5512

| Statement Date | | Page |
|---|---|---|
| 11/29/2004 | | 2 |

Rogelio Rodriguez
123 Dolores St.
Primera, TX 78550

| Chart Number |
|---|
| RODRO000 |

| Date | Procedure | Description | Amount |
|---|---|---|---|
| 9/18/2003 | 97010 | Hot/Cold Packs | 20.00 |
| 9/18/2003 | 97032 | Electrical Stimulation | 35.00 |
| 9/18/2003 | 97250 | Myofascial Release | 60.00 |
| 9/18/2003 | 97033 | Phonophoresis | 100.00 |
| 9/18/2003 | 97110 | Therapeutic Exercises | 100.00 |
| 9/19/2003 | 97010 | Hot/Cold Packs | 20.00 |
| 9/19/2003 | 97032 | Electrical Stimulation | 35.00 |
| 9/19/2003 | 97250 | Myofascial Release | 120.00 |
| 9/19/2003 | 97033 | Phonophoresis | 100.00 |
| 9/19/2003 | 97110 | Therapeutic Exercises | 100.00 |
| 9/23/2003 | 97010 | Hot/Cold Packs | 20.00 |
| 9/23/2003 | 97032 | Electrical Stimulation | 35.00 |
| 9/23/2003 | 97250 | Myofascial Release | 120.00 |
| 9/23/2003 | 97033 | Phonophoresis | 100.00 |
| 9/23/2003 | 97110 | Therapeutic Exercises | 100.00 |
| 9/23/2003 | 99070 | Theraband | 10.00 |
| 9/25/2003 | 97010 | Hot/Cold Packs | 20.00 |
| 9/25/2003 | 97032 | Electrical Stimulation | 35.00 |
| 9/25/2003 | 97250 | Myofascial Release | 120.00 |
| 9/25/2003 | 97033 | Phonophoresis | 100.00 |
| 9/25/2003 | 97110 | Therapeutic Exercises | 100.00 |
| 9/25/2003 | 99070 | Theraband | 10.00 |
| 9/25/2003 | 97540 | ADL | 150.00 |
| 10/14/2003 | 97010 | Hot/Cold Packs | 20.00 |
| 10/14/2003 | 97032 | Electrical Stimulation | 35.00 |
| 10/14/2003 | 97250 | Myofascial Release | 120.00 |
| 10/14/2003 | 97033 | Phonophoresis | 100.00 |
| 10/17/2003 | 97010 | Hot/Cold Packs | 20.00 |
| 10/17/2003 | 97032 | Electrical Stimulation | 35.00 |
| 10/17/2003 | 97250 | Myofascial Release | 120.00 |
| 10/17/2003 | 97033 | Phonophoresis | 100.00 |

Patient:  Rogelio Rodriguez    Chart #:  RODRO000    Diagnosis:  786.50    Case Description:    Ribs

| | | | |
|---|---|---|---|
| 8/20/2003 | 97010 | Hot/Cold Packs | 20.00 |
| 8/22/2003 | 97010 | Hot/Cold Packs | 20.00 |
| 9/2/2003 | 97010 | Hot/Cold Packs | 20.00 |
| 9/3/2003 | 97010 | Hot/Cold Packs | 20.00 |

| Balance Due |
|---|
| **Continued** |



**O I S  REHABILITATION CENTER**
1120 Galveston Ave.
McAllen, TX 78501
(956)686-5512

Rogelio Rodriguez
123 Dolores St.
Primera, TX 78550

| Statement Date |
| --- |
| 11/29/2004 |

| Page |
| --- |
| 3 |

| Chart Number |
| --- |
| RODRO000 |

| Date | Procedure | Description | Amount |
| --- | --- | --- | --- |
| 9/4/2003 | 97010 | Hot/Cold Packs | 20.00 |

| Balance Due |
| --- |
| 4,362.00 |

# Orthopedic Industrial Sports Rehabilitation

Physical Medicine & Rehabilitation regimen for **Mr. Rogelio Rodriguez.**

Phases of rehabilitation as related to the tenets of injury.



| Rehabilitation Phase | Treatment Objective | Tenet |
|---|---|---|
| REDUCTION (acute) | CONTROL | Inflammation Pain |
| RESTORATIVE (sub acute) | RESTORE | Joint range of motion and soft tissue extensibility Muscular strength Muscular endurance, including unloading |
| REINTEGRATION (transition) | DEVELOP | Programs to maintain strength, flexibility, conditioning, and skills |

**Physical Medicine and Rehabilitation, which may consist of:**
1. **Hot Packs:** for pain control and edematous fluid and to enhance the local vascular bed.
2. **Electrical Stimulation:** for the reduction of pain, edema, and muscle spasm and stimulation of muscle contraction.
3. **Ultrasound:** a form of mechanotherapy with both thermal and non-thermal effects, including increased blood flow, increased extensibility of collagenous tissues, decreased pain and muscle spasm and to increase range of motion.
4. **Massage:** to increase circulation and to relax tense muscles.
5. **Myofascial Release/Phonophoresis:** for the alleviation of myofascitis and myofascial trigger points.
6. **Therapeutic Exercises:** for the strengthening of muscles and ligaments and to increase patient's range of motion.
7. **Paraffin Therapy:** to reduce edema and inflammation.

**Recommendations:**
Mr. Rogelio Rodriguez will receive active and passive Physical Therapy x 3 weekly and a home therapeutic exercise will be implemented.

Patient will be evaluated at weekly intervals by the physician.

**D.S. GILL, M.D., F.R.C.S.C., F.A.C.S.**
*Fellow of the Canadian & American College of Surgeons*

DEA # _____

FOCCUS MEDICAL CENTER
**D. S. GILL, M.D.**
1120 GALVESTON STREET
McALLEN, TX 78501
956-686-5512

NAME _Rogelio Rodriguez_____

ADDRESS _____ DATE _12-20-03_

**Rx** (Please Print)

— Vioxx 50mg
1 PO q d (# 40)

— Darvocet N 100
1 PO q 6-8 hrs (# 24)

☐ LABEL

REFILL ___ TIMES ___ PRN ___ NR

_____ M.D.        _____ M.D.
PRODUCT SELECTION PERMITTED        DISPENSE AS WRITTEN

12-SEP-01        TRI010912_100186773-7_01_26093_0039

SOUTHERN BONE & JOINT CENTER
Jorge E. Tijmes, M.D.
320 N. McColl
P.O. Box 6209
McAllen, Texas  78501

PATIENT:    Rogelio Rodriguez
CASE:       12710
DATE:       12/02/2003

Patient is seen for follow up. He is referring pain to the cervical spine. He reports that the pain is about a 7/10 on the pain scale. He reports that the pain does radiate intermittently to the right upper extremity. He reports that he continues with right shoulder pain as well. He reports that the pain is aggravated with overhead and lifting movements. He reports that in the past he had some injections with Dr. Gill which did not help to reduce his pain or discomfort. He reports that he is not interested in epidural steroid injections due to apprehension about needles. He reports that he did go for his MRI of the cervical spine and is here for results. He has taken medications with moderate relief of pain.

Examination of the cervical spine reveals tenderness to palpation with mild paravertebral muscle spasms palpated bilaterally. Range of motion is slightly decreased with discomfort noted. Examination of the right shoulder reveals tenderness to deep palpation along the anterior and lateral aspects. Range of motion is 0-100° abduction, 0-120° flexion. Internal rotation is decreased with discomfort. Examination of the lumbar spine reveals tenderness to palpation with paravertebral muscle spasms palpated bilaterally. Range of motion is 0-50° forward flexion. Straight leg raising is positive to the right at 70°, negative to the left. Distal sensation and circulation are within normal limits. Deep tendon reflexes are normal, equal and reactive to bilateral upper and lower extremities. Motor testing reveals 4/5 in strength to the right upper extremity as compared to the left which is 5/5, and 4/5 in strength to the right lower extremity as compared to the left which is 5/5. Gait is guarded.

MRI of the cervical spine done 11/13/2003 read by Dr. Berger reveals at C3-C4 through C6-C7, there are varying disc protrusions and effacements of the cerebrospinal fluid. There is subtotal opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right maxillary antrum.

PLAN: Patient is to continue with medications in the form of Celebrex 200 mg. 1 po bid and Ultracet 37.5 mg. 1 po q 4-6 prn pain. He would benefit from pain clinic for lumbar spine pain but refuses this type of treatment at this time. He is advised to avoid any strenuous activity which may aggravate his pain. He is to return in six weeks. Patient has been educated regarding his pathology.

JET/xg

# Southern Bone & Joint Center Associates

A PROFESSIONAL CORPORATION

### Jorge E. Tijmes, M.D.
DIPLOMATE OF AMERICAN BOARD OF ORTHOPAEDIC SURGERY
FELLOW OF AMERICAN ACADEMY OF ORTHOPAEDIC SURGERY
MEMBER OF NORTH AMERICAN SPINE SOCIETY

P. O. Box 6209
McAllen, Texas 78502

Phone: (956) 687-2032
Fax: (956) 687-2761

November 11, 2003

Randall P. Crane, Attorney at Law
201 S. Sam Houston
San Benito, TX 78586

RE:                          ORTHOPEDIC VISIT

PATIENT:    Rogelio Rodriguez
CASE:       12710
D/BIRTH:    ▉▉▉▉▉▉▉
SS#:        ▉▉▉▉▉▉▉
D/INJURY:   01/16/2003

Dear Mr. Crane,

The patient is a 43-year-old male with complaints of neck pain, right shoulder pain, mid back and low back pain status post a motor vehicle collision on 01/16/2003. He reports being the restrained driver of a vehicle which hit another car. He reports that he was driving when the vehicle to his right tried to make a U-turn in front of him. Patient reports that he collided with the other vehicle since it invaded his right of way. Patient admits to head injury with windshield. He admits to blacking out for a few seconds. He was ambulatory at the scene. A police report was taken. He reports that he was taken via ambulance to Valley Baptist Emergency Room. Patient had x-rays and was diagnosed with rib fractures. He was later discharged in stable condition. He was then seen by his primary care physician who started a 4-6 week rehabilitation program. Patient later saw Dr. Gill who continued rehabilitation program and referred him for an MRI due to continued pain.

Currently, patient is with complaints of neck pain which he rates an 8/10 on the pain scale. He admits to pain to the right upper extremity and associated numbing and tingling sensations over the same distribution. He reports that he had mid back pain as well which is associated with increased muscle spasms. He is also referring pain to the lumbar spine which he rates an 8/10. He reports that the pain radiates to the right lower extremity and is associated with a tingling sensation over the same distribution. Patient reports that he has right shoulder pain which he rates a 7/10 on the pain scale. He reports that the pain is aggravated with overhead and lifting movements. He reports that he has rib pain which is aggravated with deep breathing. He denies any shortness of breath. He reports that he has difficulty sleeping secondary to pain and discomfort. He reports that he has been taking medications with only moderate relief of pain.

2

continued. . . . . . . . . . . . . . .
RE:   Rogelio Rodriguez

PAST MEDICAL HISTORY:
Allergies: NKDA.
Medications: Darvocet, Diazepam, Vioxx.
Surgical History: Negative.
Social History: Patient denies the use of alcohol or tobacco.  Patient is married with four children.

PHYSICAL EXAMINATION:  Height: 5 feet, 9 inches.  Weight: 218 lbs.  HEAD: Normocephalic.  EENT: Normal.  NECK: Examination of the cervical spine reveals tenderness to palpation with paravertebral muscle spasms palpated bilaterally.  Range of motion is decreased secondary to pain and discomfort.  UPPER EXTREMITIES:  Left shoulder, both elbows and both wrists are within normal limits.  Examination of the right shoulder reveals tenderness to palpation along the anterior and lateral aspects.  Range of motion is 0-100° abduction, 0-120° flexion.  Internal rotation is decreased and with pain.  Distal sensation and circulation are within normal limits.  Deep tendon reflexes are normal, equal and reactive to bilateral upper extremities.  Motor testing reveals 4/5 in strength to the right upper extremity as compared to the left which is 5/5.  UPPER BACK:  Examination of the thoracic spine reveals mild tenderness to palpation with mild paravertebral muscle spasms palpated bilaterally.  Range of motion is adequate.  LOW BACK:  Examination of the lumbar spine reveals tenderness to palpation with paravertebral muscle spasms palpated bilaterally.  Range of motion is 0-40° forward flexion.  Straight leg raising is positive to the right at 70°, negative to the left.  Distal sensation and circulation are within normal limits.  Deep tendon reflexes are normal, equal and reactive to bilateral lower extremities.  Motor testing reveals 4/5 in strength to the right lower extremity as compared to the left which is 5/5.  Gait is guarded.  LOWER EXTREMITIES.  Both hips, both knees and both ankles are within normal limits.  Distal sensation and circulation are normal.  Reflexes are normal, equal and reactive.  Muscle testing at extensor hallucis longus, anterior tibial, extensor hallucis communis, extensor digitorum communis, and gastrocnemius is normal.

X-rays of the cervical spine taken today in five different views reveals seven cervical vertebral bodies.  Normal lordosis is noted.  Intervertebral disc heights are preserved throughout the cervical spine.  No foraminal encroachment is seen.  No fractures, dislocations or subluxations are seen.

X-rays of the thoracic spine taken today in two different views reveals normal xyphosis.  No fractures, dislocations or subluxations are seen.

X-rays of the lumbar spine taken today in five different views reveals five lumbar vertebral bodies.  Normal spinal alignment noted.  Intervertebral disc heights are preserved throughout the lumbar spine.  Normal lumbar facets are seen.  No osteoarthritic changes noted.  No fractures, dislocations or subluxations seen.

X-rays of the right shoulder taken today in two different views reveals a type II acromion with local possible impingement.  No fractures or dislocations are seen.

continued. . . . . . . . . . . . . . .                                        3
RE:    Rogelio Rodriguez

DIAGNOSIS:          NECK PAIN
                    LOW BACK PAIN
                    RIGHT SHOULDER PAIN

PLAN:  Patient is referred for an MRI of the cervical spine to better evaluate his pathology.  He is
prescribed Celebrex 200 mg. 1 po bid and Ultracet 37.5 mg. 1 po q 4-6 prn pain.  He would
benefit from pain clinic due to pain to the lumbar spine.  He is advised to avoid any strenuous
activity which may aggravate his pain.  He is encouraged to perform walking activities and range
of motion exercises daily as tolerated.  He is to return in three weeks.  He is to remain at work.
Patient has been educated regarding his pathology.

Sincerely yours,

Jorge E. Tijmes, M.D.

JET/xg



# FOCUS MEDICINE CENTER
# ORTHOPEDIC INDUSTRIAL SPORTS
# REHABILITATION CENTER

## HOME EXERCISE PROGRAM

Date: _____9/9/03_____

I, _____RODRIGUEZ, ROGELIO_____, a patient of Foccus Medicine and Rehabilitation Center have received today a set of home exercise program for my _____neck & low back_____. The program provides me with pictures and detailed instructions for my reference. The intensity, frequency and duration for each exercise have been clearly stated. I have been well informed regarding the rationale of each exercise and was fully instructed with the safety performance of each exercise. I have also understood that the effectiveness of these exercises is concomitant to my compliance in performing them as instructed.

Patient's Signature: X _____



**AROM cerv ext sit**

- Sit or stand with good posture.
- Move chin up looking toward ceiling, without bending trunk.
- Return to start position.

<u>Special Instructions:</u>
Move in painfree range.

Perform 1 set of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.



**AROM cerv sidebending sit**

- Sit or stand with good posture.
- Looking straight ahead bend neck sideways, moving ear toward shoulder.
- Return to start position.
- Repeat in other direction.

<u>Special Instructions:</u>
Move in painfree range.

Perform 1 set of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.



**AROM cerv circum**

- Sit or stand, looking forward, with proper posture.
- Gently roll head in circles to left, then to right, as shown.

<u>Special Instructions:</u>
DO NOT BEND NECK BACKWARDS.

Perform 1 set of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.



**Stretch Trapezius upper**

- Place right arm behind back.
- Grasp arm with left hand as shown.
- Bend neck sideways to left as you pull your right arm.
- Repeat for other side.

Perform 1 set of 5 Repetitions,
once a day.

Hold exercise for 6 Seconds.
Rest 30 Seconds between sets.



**Stretch Rhomboids/Trapezius**

- Sit in chair.
- Cross arms over abdomen.
- Slowly bend neck down.
- Slowly lean forward, keeping elbows straight and reach to floor.
- Hold and repeat.

Perform 1 set of 5 Repetitions,
once a day.

Hold exercise for 6 Seconds.
Rest 30 Seconds between sets.



**Stretch cerv ext w/Pectoral**

- Sit or stand with proper posture.
- Interlace fingers behind neck elbows out to side.
- Move neck and shoulders backward until a stretch is felt on front of neck and chest.
- Hold and repeat.

Perform 1 set of 5 Repetitions,
once a day.

Hold exercise for 6 Seconds.
Rest 30 Seconds between sets.

**Issued By:** D.S. Gill, M.D.  **Signature:** _____
These exercises are to be used only under the direction of a licensed, qualified professional.
**ORTHOPEDIC INDUSTRIAL SPORTS REHABILITATION CENTER**     Except as to user supplied materials, ©1996-2002 BioEx Systems, Inc



**Stretch lumbar ext prone on elbows**

• Lie face down.
• Push up onto elbows.
• Hold position and repeat.

Perform 1 set of 5 Repetitions,
once a day.

Hold exercise for 5 Seconds.
Rest 30 Seconds between sets.



**AROM lumbar ext prone (elbow press ups)**

• Lie face down, elbows bent, hands beside face.
• Push up to elbows, keeping hips on floor.
• Return to start position and repeat.

<u>Special Instructions:</u>
Perform at rate of one arch per second.
Progress by straightening arms, pushing up.

Perform 1 set of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.



**AROM lumbar flx uni knee to chest w/bent knee**

• Lie on back with knees bent.
• Bring right knee up to chest.
• Return to start position.
• Repeat with left knee.

Perform 1 set of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.



**AROM hip abd uni supine w/bent knee**

• Lie on back with knees bent.
• Slowly move left leg out to side.
• Return to start position and lower right leg to side.
• Repeat.

Perform 1 set of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.



**AROM lumbar rotn supine**

• Lie on back with knees bent, feet flat on floor as shown.
• Keeping knees together, move knees to the left as far as is comfortable.
• Next, move knees to the right as far as comfortable.
• Return to start position.

<u>Special Instructions:</u>
Keep your shoulders flat against the floor.

Perform 1 set of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.



**Stretch Piriformis supine w/hip flx**

• Lie on back.
• Lift involved leg to chest and grasp knee with opposite hand.
• Grasp lower calf with your other hand.
• Gently pull your leg across chest to opposite shoulder while rotating leg
  inward until a stretch is felt deep in the buttocks.

Perform 1 set of 5 Repetitions,
once a day.

Hold exercise for 5 Seconds.
Rest 30 Seconds between sets.

Issued By: D.S. Gill, M.D.   Signature: _____
These exercises are to be used only under the direction of a licensed, qualified professional.
ORTHOPEDIC INDUSTRIAL SPORTS REHABILITATION CENTER                   Except as to user supplied materials, ©1996-2002 BioEx Systems, Inc

Personal Program For:
ROGELIO RODRIGUEZ
Page: 3 of 4
Date: 8/26/2003



AROM lumbar bridging bil

• Lie on back with knees bent.
• Lift buttocks off floor.
• Return to start position.

Special Instructions:
Maintain neutral spine.

Perform 1 set of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.



Stretch hamstrings supine active

• Lie on back holding knee from behind, pulled toward chest, as shown.
• Gently straighten leg.
• Repeat with other leg.

Perform 1 set of 5 Repetitions,
once a day.

Hold exercise for 5 Seconds.
Rest 30 Seconds between sets.



Stretch lumbar flx sit

• Sit in chair with knees apart.
• Slowly bend forward and reach between legs.
• Hold stretch and return to sitting position and repeat.

Perform 1 set of 5 Repetitions,
once a day.

Hold exercise for 5 Seconds.
Rest 30 Seconds between sets.



Resist shld horiz abd uni w/elastic

• Attach elastic to secure object at waist level.
• Grasp elastic with hand, as shown.
• Pull arm outward, keeping elbow straight.
• Return to start position and repeat.

Perform 1 set of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Use yellow Elastic.
Rest 1 Minute between sets.



Resist shld ext uni stand w/elastic

• Secure elastic at waist level as shown.
• Grasp elastic and pull arm backwards keeping elbow straight.
• Return to start position.

Perform 1 set of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Use yellow Elastic.
Rest 1 Minute between sets.



Resist shld horiz abd bil w/elastic

• Grasp elastic in hands, elbows straight, as shown.
• Move arms away from each other, out to sides.
• Return to start position.

Perform 1 set of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Use yellow Elastic.
Rest 1 Minute between sets.

Issued By: D.S. Gill, M.D.   Signature: _____

These exercises are to be used only under the direction of a licensed, qualified professional.
ORTHOPEDIC INDUSTRIAL SPORTS REHABILITATION CENTER

Except as to user supplied materials, ©1996-2002 BioEx Systems, In-



**Resist shld diag D2 ext w/elastic**

- Attach elastic to secure object above head level.
- Begin with arm up and out from side as shown.
- Grasp elastic, palm forward and pull down and across.
- End with hand at opposite hip, palm inward.
- Return to start position and repeat.

Perform 1 set of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Use yellow Elastic.
Rest 1 Minute between sets.

Issued By: D.S. Gill, M.D.   Signature:_____
These exercises are to be used only under the direction of a licensed, qualified professional.
ORTHOPEDIC INDUSTRIAL SPORTS REHABILITATION CENTER                    Except as to user supplied materials, ©1996-2002 BioEx Systems, :--



# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

**Name:** Rogelio Rodriguez          **Date:** Oct 17, 03

**C/C:** pt still has the same pain lower back

**Pain Scale (At rest):** 0 1 2 3 4 5 6 7 8 9 10
**(With Activity):** 0 1 2 3 4 5 6 7 8 9 10
0-no pain 5-mod, 10-severe

**Reports of:** ☐Better ☑Same ☐Worse

**OBSERVATION/PALPATION:**
☐Swelling: mild/moderate/severe
on_____
☐Stiffness: mild/mod/severe
on_____
☐Spasm: mild/mod/severe
on _Multifidus_
☑Tenderness: mild/mod/severe
on _Multifidus_
☐Atrophy: mild/mod/severe
on_____
☐Ecchymosis:_____
☐ Abrasions:_____

**ROM/STRENGTH:**
☐Increased   ☐Decreased   ☐Unchanged

**FUNCTIONAL STATUS:**
☐Walking _____m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____mins.
☑Sitting _____mins.
☐Dressing: upper-mild/mod/severe difficulty
          lower-mild/mod/severe difficulty
☐Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☐Sleeping: mild/mod/severe difficulty
☑Housework: mild/mod/severe difficulty
☑At Work: mild/mod/severe difficulty

**ASSESSMENT:**

**Patient's response to treatment:**
☐ Tolerate all procedures well
☐ Difficulty with active exercise
☑ Good/Fair/Poor response

**Patient's Prognosis:**
☐ Good      ☑Fair      ☐ Poor

**TREATMENT PLAN:**
An individualized rehab program on a one to one setting with the patient to avoid further injury or re-injury and to develop strength, endurance, ROM, flexibility and other dynamic activities to improve functional performance.

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | TL | 15X1 |
| Electrical Stimulation | TL | 5X1 |
| Ultrasound | | |
| Phonophoresis | TL | 5X1 |
| Paraffin Bath | | |
| Myofascial Release | TL | 5X1 |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Therapeutic Exercises Range of Motion Ex. | | |
| Stretching | | |
| Strengthening | | |
| Williams Ex. | | |
| McKenzie Ex. | | |
| Codmans Ex. | | |
| Jacobsons Ex. | | |
| Overhead Pulley | | |
| Theraband Ex | | |

The patient will have therapy ____x per week for _____weeks.

**Patient's Signature:** _____

**Treatment Given by:** _____

**Physician's Signature:** _____



14



# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

**Name:** Rogelio Rodriguez    **Date:** Oct 14, 03

**c/c:** pt c/o cramping to lower back

Pain Scale(At rest): 0 1 2 3 4 ⑤ 6 7 8 9 10
(With Activity): 0 1 2 3 4 ⑤ 6 7 8 9 10
0–no pain 5–mod, 10–severe

Reports of:  ☐Better  ☑Same  ☐Worse

**OBSERVATION/PALPATION:**
☐Swelling: mild/moderate/severe
on_____
☐Stiffness: mild/mod/severe
on_____
☑Spasm: mild/mod/severe
on _multifidus_
☑Tenderness: mild/mod/severe
on _multifidus_
☐Atrophy: mild/mod/severe
on_____
☐Ecchymosis:_____
☐Abrasions: _____

**ROM/STRENGTH:**
☐Increased  ☐Decreased  ☐Unchanged

**FUNCTIONAL STATUS:**
☐Walking _____ m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____ mins.
☑Sitting _____ mins.
☐Dressing: upper–mild/mod/severe difficulty
       lower–mild/mod/severe difficulty
☐Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☐Sleeping: mild/mod/severe difficulty
☑Housework: mild/mod/severe difficulty
☑At Work: mild/mod/severe difficulty

**ASSESSMENT:**

Patient's response to treatment:
☐ Tolerate all procedures well
☐ Difficulty with active exercise
☑ Good/Fair/Poor response

Patient's Prognosis:
☐ Good      ☐ Fair      ☐ Poor

**TREATMENT PLAN:**
An individualized rehab program on a one to one setting with the patient to avoid further injury or re-injury and to develop strength, endurance, ROM, flexibility and other dynamic activities to improve functional performance.

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | TL | 15X1 |
| Electrical Stimulation | TL | 15X1 |
| Ultrasound | | |
| Phonophoresis | TL | 5X1 |
| Paraffin Bath | | |
| Myofascial Release | TL | 5X1 |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Therapeutic Exercises Range of Motion Ex. | | |
| Stretching | | |
| Strengthening | | |
| Williams Ex. | | |
| McKenzie Ex. | | |
| Codmans Ex. | | |
| Jacobsons Ex. | | |
| Overhead Pulley | | |
| Theraband Ex | | |

The patient will have therapy ____x per week for _____weeks.

Patient's Signature: _____

Treatment Given by: _____

Physician's Signature: _____

13.



# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

| Name: RODRIGUEZ ROGELIO | Date: 09/25/03 |
|---|---|

**C/C:** Patient C/O pain to his knee and lower back

**Pain Scale**(At rest): 0 1 2 3 4 5 6 7 8 9 10
(With Activity): 0 1 2 3 4 5 6 7 8 9 10
0-no pain, 5-mod, 10-severe
**Reports of:** ☐Better ☑Same ☐Worse

**OBSERVATION/PALPATION:**
☐Swelling: mild/moderate/severe
on_____
☐Stiffness: mild/mod/severe
on_____
☐Spasm: mild/mod/severe
on_ Paraspinal X multiple _____
☑Tenderness: mild/mod/severe
on_ paraspinal X multiple _____
☐Atrophy: mild/mod/severe
on_____
☐Ecchymosis:_____
☐ Abrasions:_____

**ROM/STRENGTH:**
☐Increased   ☐Decreased   ☐Unchanged

**FUNCTIONAL STATUS:**
☐Walking _____m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____mins.
☐Sitting _____mins.
☐Dressing: upper-mild/mod/severe difficulty
            lower-mild/mod/severe difficulty
☐Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☐Sleeping: mild/mod/severe difficulty
☐Housework: mild/mod/severe difficulty
☐At Work: mild/mod/severe difficulty

**ASSESSMENT:**

**Patient's response to treatment:**
☑Tolerate all procedures well
☐ Difficulty with active exercise
☑Good/Fair/Poor response

**Patient's Prognosis:**
☑Good   ☐ Fair   ☐ Poor

**TREATMENT PLAN:**
    An individualized rehab program on a one to one setting with the patient to avoid further injury or re-injury and to develop strength, endurance, ROM, flexibility and other dynamic activities to improve functional performance.

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | C/L | 15X2 |
| Electrical Stimulation | C/L | 15X2 |
| Ultrasound | | |
| Phonophoresis | C/L | 2X2 |
| Paraffin Bath | | |
| Myofascial Release | C/L | 5X2 |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Wound Care | | |
| Electrodes | | |
| Therapeutic Exercises: | | |
|   Range of Motion Ex. | C/L | 5X2 |
|   Stretching | C/L | 5X2 |
|   Strengthening | C/L | 5X1 |
|   Williams Ex. | | |
|   McKenzie Ex. | | |
|   Codmans Ex. | | |
|   Jacobsons Ex. | | |
|   Overhead Pulley | | |
|   Theraband Ex | C/L | 5X1 |

The patient will have therapy _____x per week for _____weeks.

Patient's Signature: _____
Treatment Given by: _____
Physician's Signature: _____

②



# ORTHOPEDIC INDUSTRIAL SPORTS
### REHABILITATION CENTER

**Name:** Rogelio Rodriguez                    **Date:** 9/23/03

**C/C:** pt c/o pain to cervical and lumbar areas

Pain Scale(At rest): 0  1  2  3  4  5 (6) 7 8  9  10
(With Activity): 0  1  2  3  4  5  6 (7) 8  9  10
0-no pain,5-mod, 10-severe
Reports of: ☐Better ☐Same ☐Worse

**OBSERVATION/PALPATION:**
☐Swelling: mild/moderate/severe
on_____
☐Stiffness: mild/mod/severe
on_____ paraspinous : multipidico
☐Spasm: mild/mod/severe
on_____ paraspinous, multipidico
☐Tenderness: mild/mod/severe
on_____
☐Atrophy: mild/mod/severe
on_____
☐Ecchymosis:_____
☐Abrasions:_____

**ROM/STRENGTH:**
☐Increased    ☐Decreased    ☐Unchanged

**FUNCTIONAL STATUS:**
☐Walking _____ m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____ mins.
☐Sitting _____ mins. prolonged
☐Dressing: upper-mild/mod/severe difficulty
           lower-mild/mod/severe difficulty
☐Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☐Sleeping: mild/mod/severe difficulty
☐Housework: mild/mod/severe difficulty
☐At Work: mild/mod/severe difficulty



**ASSESSMENT:**

**Patient's response to treatment:**
☐ Tolerate all procedures well
☐ Difficulty with active exercise
☑ Good/Fair/Poor response

**Patient's Prognosis:**
☑ Good       ☐ Fair       ☐ Poor

**TREATMENT PLAN:**
An individualized rehab program on a one to one setting with the patient to avoid further injury or re-injury and to develop strength, endurance, ROM, flexibility and other dynamic activities to improve functional performance.

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | CTL | 15X2 |
| Electrical Stimulation | CTL | 15X2 |
| Ultrasound | | |
| Phonophoresis | CTL | 5X2 |
| Paraffin Bath | | |
| Myofascial Release | CTL | 5X2 |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Wound Care | | |
| Electrodes | | |
| Therapeutic Exercises: | | |
| Range of Motion Ex. | CTL | 5X2 |
| Stretching | CTL | 5X2 |
| Strengthening | CT | 5X1 |
| Williams Ex. | | |
| McKenzie Ex. | | |
| Codmans Ex. | | |
| Jacobsons Ex. | | |
| Overhead Pulley | | |
| Theraband Ex | CT | 5X1 |

The patient will have therapy ____x per week for _____weeks.

**Patient's Signature:** _Rey Rodriguez_
**Treatment Given by:** _____
**Physician's Signature:** _____



# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

**Name:** Rodrigues Rogelio    **Date:** 9-19-03

**C/C:** Pt C/o pain to Cervical area

Pain Scale (At rest): 0 1 2 3 4 5 6 7 8 9 10
(With Activity): 0 1 2 3 4 5 6 7 8 9 10
0-no pain, 5-mod, 10-severe

**Reports of:** ☑Better ☐Same ☐Worse

## OBSERVATION/PALPATION:
☐Swelling: mild/moderate/severe
on_____
☑Stiffness: mild/mod/severe
on lumbar area
☐Spasm: mild/mod/severe
on_____
☐Tenderness: mild/mod/severe
on_____
☐Atrophy: mild/mod/severe
on_____
☐Ecchymosis:_____
☐ Abrasions:_____

## ROM/STRENGTH:
☐Increased    ☐Decreased    ☐Unchanged

## FUNCTIONAL STATUS:
☐Walking _____m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____mins.
☐Sitting _____mins.
☐Dressing: upper-mild/mod/severe difficulty
         lower-mild/mod/severe difficulty
☐Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☐Sleeping: mild/mod/severe difficulty
☐Housework: mild/mod/severe difficulty
☐At Work: mild/mod/severe difficulty

## ASSESSMENT:

**Patient's response to treatment:**
☑ Tolerate all procedures well
☐ Difficulty with active exercise
☑ Good/Fair/Poor response

**Patient's Prognosis:**
☑Good    ☐ Fair    ☐ Poor

## TREATMENT PLAN:
An individualized rehab program on a one to one setting with the patient to avoid further injury or re-injury and to develop strength, endurance, ROM, flexibility and other dynamic activities to improve functional performance.

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | CTL | 15x2 |
| Electrical Stimulation | CTL | 15x2 |
| Ultrasound | | |
| Phonophoresis | CTL | 5x2 |
| Paraffin Bath | | |
| Myofascial Release | CTL | 5x2 |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Wound Care | | |
| Electrodes | | |
| Therapeutic Exercises: | | |
| Range of Motion Ex. | CTL | 5x2 |
| Stretching | CTL | 5x2 |
| Strengthening | CTL | 5x2 |
| Williams Ex. | | |
| McKenzie Ex. | | |
| Codmans Ex. | | |
| Jacobsons Ex. | | |
| Overhead Pulley | | |
| Theraband Ex | | |

The patient will have therapy ____x per week for _____weeks.

**Patient's Signature:**
**Treatment Given by:**
**Physician's Signature:**

in



# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

**Name:** Roy Rodriguez                    **Date:** 9-18-03

**C/C:** pt - c/o pain to low back

## ASSESSMENT:

**Patient's response to treatment:**
☐ Tolerate all procedures well
☐ Difficulty with active exercise
☑ Good/Fair/Poor response

**Patient's Prognosis:**
☑ Good          ☐ Fair          ☐ Poor

**Pain Scale**(At rest): 0 1 2 3 4 5 6 7 8 9 10
   (With Activity): 0 1 2 3 4 5 6 7 8 9 10
      0-no pain,5-mod, 10-severe
**Reports of:** ☐Better  ☐Same  ☐Worse

## OBSERVATION/PALPATION:
☐Swelling: mild/moderate/severe
on_____
☑Stiffness: mild/mod/severe
on _Lumbar area_
☐Spasm: mild/mod/severe
on_____
☐Tenderness: mild/mod/severe
on_____
☐Atrophy: mild/mod/severe
on_____
☐Ecchymosis:_____
☐ Abrasions:_____

## ROM/STRENGTH:
☐Increased    ☐Decreased    ☐Unchanged

## FUNCTIONAL STATUS:
☐Walking _____m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____mins.
☐Sitting _____mins.
☐Dressing: upper-mild/mod/severe difficulty
          lower-mild/mod/severe difficulty
☐Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☑Sleeping: mild/mod/severe difficulty
☐Housework: mild/mod/severe difficulty
☐At Work: mild/mod/severe difficulty

## TREATMENT PLAN:
An individualized rehab program on a one to one setting with the patient to avoid further injury or re-injury and to develop strength, endurance, ROM, flexibility and other dynamic activities to improve functional performance.

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | CTL | 15X2 |
| Electrical Stimulation | CTL | 15X2 |
| Ultrasound | | |
| Phonophoresis | CTL | 5X2 |
| Paraffin Bath | | |
| Myofascial Release | CTL | 5X2 |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Wound Care | | |
| Electrodes | | |
| Therapeutic Exercises: | | |
| Range of Motion Ex. | CTL | 5X2 |
| Stretching | CTL | 5X2 |
| Strengthening | | |
| Williams Ex. | | |
| McKenzie Ex. | | |
| Codmans Ex. | | |
| Jacobsons Ex. | | |
| Overhead Pulley | | |
| Theraband Ex | | |

The patient will have therapy ____x per week for
_____weeks.

**Patient's Signature:** _____
**Treatment Given by:** _____
**Physician's Signature:** _____

9



# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

| Name: Rogelio Rodriguez | Date: 9/16/03 |
|---|---|

C/C: _Pt c/o pain to Thoracic_
_area_

**ASSESSMENT:**

Pain Scale(At rest): 0 1 2 3 4 5 6 7 8 9 10
(With Activity): 0 1 2 3 4 5 6 7 8 9 10
0-no pain,5-mod, 10-severe

Reports of: ☐Better ☐Same ☐Worse

**Patient's response to treatment:**
☑ Tolerate all procedures well
☐ Difficulty with active exercise
☑ Good/Fair/Poor response

**Patient's Prognosis:**
☐ Good    ☐ Fair    ☐ Poor

**OBSERVATION/PALPATION:**
☐Swelling: mild/moderate/severe
on_____
☐Stiffness: mild/mod/severe
on_____
☑Spasm: mild/mod/severe
on _Interspinous_
☐Tenderness: mild/mod/severe
on _Paraspinous_
☐Atrophy: mild/mod/severe
on_____
☐Ecchymosis:_____
☐ Abrasions:_____

**TREATMENT PLAN:**
An individualized rehab program on a one to one setting with the patient to avoid further injury or re-injury and to develop strength, endurance, ROM, flexibility and other dynamic activities to improve functional performance.

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | CTL | 15X3 |
| Electrical Stimulation | CTL | 15X3 |
| Ultrasound |  | 5 |
| Phonophoresis | CTL | 5XR |
| Paraffin Bath |  |  |
| Myofascial Release | CTL | 5X3 |
| Massage |  |  |
| Joint Mobilization |  |  |
| Neuro Re-education |  |  |
| Wound Care |  |  |
| Electrodes |  |  |
| Therapeutic Exercises: |  |  |
| Range of Motion Ex. | CTL | 5X3 |
| Stretching | CTL | 5X3 |
| Strengthening | CT | 5X1 |
| Williams Ex. |  |  |
| McKenzie Ex. |  |  |
| Codmans Ex. |  |  |
| Jacobsons Ex. |  |  |
| Overhead Pulley | CT |  |
| Theraband Ex | | 5X1 |

**ROM/STRENGTH:**
☐Increased    ☐Decreased    ☐Unchanged

**FUNCTIONAL STATUS:**
☐Walking _____ m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____ mins.
☐Sitting _____ mins.
☐Dressing: upper-mild/mod/severe difficulty
            lower-mild/mod/severe difficulty
☐Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☑Sleeping: mild/mod/severe difficulty
☐Housework: mild/mod/severe difficulty
☑At Work: mild/mod/severe difficulty

The patient will have therapy ____x per week for _____weeks.

Patient's Signature:_____
Treatment Given by:_____
Physician's Signature:_____



# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

**Name:** Rogelio Rodriguez    **Date:** 9/11/03

C/C: pain to CTL

**ASSESSMENT:**

Pain Scale(At rest): 0 1 2 3 4 5 6 7 (8) 9 10
(With Activity): 0 1 2 3 4 5 6 7 (8) 9 10
0-no pain,5-mod, 10-severe
Reports of: ☐Better ☐Same ☐Worse

**Patient's response to treatment:**
☐ Tolerate all procedures well
☐ Difficulty with active exercise
☑ Good/Fair/Poor response

**OBSERVATION / PALPATION:**
☐Swelling: mild/moderate/severe
on_____
☐Stiffness: mild/mod/severe
on Trapezios, multifidus
☐Spasm: mild/mod/severe
on_____
☐Tenderness: mild/mod/severe
on_____
☐Atrophy: mild/mod/severe
on_____
☐Ecchymosis:_____
☐ Abrasions:_____

**Patient's Prognosis:**
☐ Good        ☐ Fair        ☐ Poor

**TREATMENT PLAN:**
An individualized rehab program on a one to one
setting with the patient to avoid further injury or re-injury
and to develop strength, endurance, ROM, flexibility and
other dynamic activities to improve functional performance.

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | CTL | 1x2 |
| Electrical Stimulation | CTL | 1x2 |
| Ultrasound | | |
| Phonophoresis | | |
| Paraffin Bath | | |
| Myofascial Release | | |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Wound Care | | |
| Electrodes | | |
| Therapeutic Exercises: | | |
| Range of Motion Ex. | | |
| Stretching | | |
| Strengthening | | |
| Williams Ex. | | |
| McKenzie Ex. | | |
| Codmans Ex. | | |
| Jacobsons Ex. | | |
| Overhead Pulley | | |
| Theraband Ex | | |

**ROM/STRENGTH:**
☐Increased    ☐Decreased    ☐Unchanged

**FUNCTIONAL STATUS:**
☐Walking _____m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____mins.
☐Sitting _____mins.
☐Dressing: upper-mild/mod/severe difficulty
         lower-mild/mod/severe difficulty
☐Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☐Sleeping: mild/mod/severe difficulty
☐Housework: mild/mod/severe difficulty
☐At Work: mild/mod/severe difficulty

* Pt. had TPI's. *
The patient will have therapy ____x per week for
_____weeks.

**Patient's Signature:** Roy Rodriguez
**Treatment Given by:** Frank Soza
**Physician's Signature:**

7



# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

| Name: RODRIGUEZ, ROGELIO | Date: 9/9/03 |
|---|---|

**C/C:** Patient still complaing of pain to the upper back > low back

**Pain Scale(At rest):** 0 1 2 3 4 5 6 (7) 8 9 10
**(With Activity):** 0 1 2 3 4 5 6 7 (8) 9 10
0-no pain,5-mod; 10-severe

**Reports of:** ☐Better ☑Same ☐Worse

**OBSERVATION/PALPATION:**
☐Swelling: mild/moderate/severe
on_____
☐Stiffness: mild/mod/severe
on_____
☑Spasm: mild/mod/severe
on traps, rhomboids, multifidus, glut. max.
☑Tenderness: mild/mod/severe
on traps, rhomboids, multidus, g/ut. max.
☐Atrophy: mild/mod/severe
on_____
☐Ecchymosis:_____
☐Abrasions:_____

**ROM/STRENGTH:**
☐Increased    ☐Decreased    ☑Unchanged

**FUNCTIONAL STATUS:**
☐Walking _____m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____mins.
☐Sitting _____mins.
☑Dressing: upper-mild/mod/severe difficulty
          lower-mild/mod/severe difficulty
☐Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☐Sleeping: mild/mod/severe difficulty
☑Housework: mild/mod/severe difficulty
☑At Work: mild/mod/severe difficulty

**ASSESSMENT:**

**Patient's response to treatment:**
☐ Tolerate all procedures well
☑ Difficulty with active exercise
☑ Good/Fair/Poor response

**Patient's Prognosis:**
☐ Good    ☑Fair    ☐ Poor

**TREATMENT PLAN:**
        An individualized rehab program on a one to one setting with the patient to avoid further injury or re-injury and to develop strength, endurance, ROM, flexibility and other dynamic activities to improve functional performance

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | CTL | 15X2 |
| Electrical Stimulation | CTL | 15X2 |
| Ultrasound | | |
| Phonophoresis | CTL | 5X2 |
| Paraffin Bath | | |
| Myofascial Release | CTL | 5X2 |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Wound Care | | |
| Electrodes | | |
| Therapeutic Exercises: | | |
|   Range of Motion Ex. | CTL | 5X2 |
|   Stretching | CTL | 5X2 |
|   Strengthening | CT | 5X1 |
|   Williams Ex. | | |
|   McKenzie Ex. | | |
|   Codmans Ex. | | |
|   Jacobsons Ex. | | |
|   Overhead Pulley | | |
|   Theraband Ex | CT | 5X1 |

**The patient will have therapy ____ x per week for _____weeks.**

**Patient's Signature:** X_____
**Treatment Given by:**_____
**Physician's Signature:**_____

Home exercises given today

# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

Name: Raly Rodriguez                    Date: 9-4-03

C/C: c/o pain to neck & cervical areas

**ASSESSMENT:**

Pain Scale (At rest): 0 1 2 3 4 5 6 7 8 9 10
      (With Activity): 0 1 2 3 4 5 6 7 8 9 10
        0-no pain,5-mod, 10-severe
Reports of: ☐Better  ☑Same  ☐Worse

**Patient's response to treatment:**
☑ Tolerate all procedures well
☐ Difficulty with active exercise
☑ Good/Fair/Poor response

**OBSERVATION/PALPATION:**
☐Swelling: mild/moderate/severe
on _____
☑Stiffness: mild/mod/severe
on _____
☑Spasm: mild/mod/severe
on _____
☑Tenderness: mild/mod/severe
on _____
☐Atrophy: mild/mod/severe
on _____
☐Ecchymosis: _____
☐ Abrasions: _____

**Patient's Prognosis:**
☐ Good    ☑ Fair    ☐ Poor

**TREATMENT PLAN:**
    An individualized rehab program on a one to one setting with the patient to avoid further injury or re-injury and to develop strength, endurance, ROM, flexibility and other dynamic activities to improve functional performance.

**ROM/STRENGTH:**
☐Increased  ☐Decreased  ☐Unchanged

**FUNCTIONAL STATUS:**
☐Walking _____ m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____ mins.
☐Sitting _____ mins.
☐Dressing: upper-mild/mod/severe difficulty
          lower-mild/mod/severe difficulty
☐Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☑Sleeping: mild/mod/severe difficulty
☐Housework: mild/mod/severe difficulty
☑At Work: mild/mod/severe difficulty

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | CTL | 15 |
| Electrical Stimulation | CTL | 15 |
| Ultrasound | CTL | 8 |
| Phonophoresis | | |
| Paraffin Bath | | |
| Myofascial Release | CTL | 15 |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Wound Care | | |
| Electrodes | | |
| Therapeutic Exercises: | | |
| Range of Motion Ex. | | |
| Stretching | | |
| Strengthening | | |
| Williams Ex. | | |
| McKenzie Ex. | | |
| Codmans Ex. | | |
| Jacobsons Ex. | | |
| Overhead Pulley | | |
| Theraband Ex | | |

The patient will have therapy ___ x per week for _____ weeks.



Patient's Signature: _____
Treatment Given by: _____
Physician's Signature: _____

MFR / PHONO ICE
NEXT VISIT

5



# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

**Name:** Rogelio Rodriguez    **Date:** 9/3/03

**C/C:** pain to cervical area

**ASSESSMENT:**

Pain Scale (At rest): 0 1 2 3 4 (5) 6 7 8 9 10
(With Activity): 0 1 2 3 4 (5) 6 7 8 9 10
0-no pain, 5-mod, 10-severe

Reports of: ☐Better ✓Same ☐Worse

**Patient's response to treatment:**
☐ Tolerate all procedures well
☐ Difficulty with active exercise
☐ Good/(Fair)/Poor response

**OBSERVATION/PALPATION:**
☐Swelling: mild / moderate / severe
on _____
☐Stiffness: mild / mod / severe
on _____
☐Spasm: mild /(mod)/ severe
on _____
☐Tenderness: mild /(mod)/ severe
on _____
☐Atrophy: mild / mod / severe
on _____
☐Ecchymosis: _____
☐ Abrasions: _____

**Patient's Prognosis:**
☐ Good    ✓ Fair    ☐ Poor

**TREATMENT PLAN:**
An individualized rehab program on a one to one
setting with the patient to avoid further injury or re-injury
and to develop strength, endurance, ROM, flexibility and
other dynamic activities to improve functional performance.

**ROM/STRENGTH:**
☐Increased    ☐Decreased    ☐Unchanged

**FUNCTIONAL STATUS:**
☐Walking _____ m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____ mins.
☐Sitting _____ mins.
☐Dressing: upper-mild/mod/severe difficulty
lower-mild/mod/severe difficulty
☐Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
✓Sleeping: mild/mod/severe difficulty
✓Housework: mild/mod/severe difficulty
✓At Work: mild/mod/severe difficulty

| DESCRIPTION | AREAS(2) | DURATION |
|---|---|---|
| Hot/Cold Packs | CTLubs | 12X3 |
| Electrical Stimulation | CTL | 5X3 |
| Ultrasound | CTL | 5X3 |
| Phonophoresis | | |
| Paraffin Bath | | |
| Myofascial Release | | |
| Massage | CTL | 5X3 |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Wound Care | | |
| Electrodes | | |
| Therapeutic Exercises: | | |
|   Range of Motion Ex. | | |
|   Stretching | | |
|   Strengthening | | |
|   Williams Ex. | | |
|   McKenzie Ex. | | |
|   Codmaus Ex. | | |
|   Jacobsons Ex. | | |
|   Overhead Pulley | | |
|   Theraband Ex | | |

The patient will have therapy ____ x per week for
_____ weeks.

Patient's Signature: _____
Treatment Given by: _____
Physician's Signature: _____

4



# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

**Name:** Rogelio Rodriguez                        **Date:** 9/2/03

**C/C:** pain to upper & low back

**ASSESSMENT:**

Pain Scale(At rest): 0 1 2 3 4 5 6 7 8 9 10
(With Activity): 0 1 2 3 4 5 6 7 8 9 10
0-no pain,5-mod, 10-severe
Reports of: ☐Better ☒Same ☐Worse

**OBSERVATION/PALPATION:**
☐Swelling: mild/moderate/severe
on _____
☐Stiffness: mild/mod/severe
on trapezius, multifidus
☐Spasm: mild/mod/severe
on trapezius, multifidus
☐Tenderness: mild/mod/severe
on _____
☐Atrophy: mild/mod/severe
on _____
☐Ecchymosis: _____
☐ Abrasions: _____

**ROM/STRENGTH:**
☐Increased   ☐Decreased   ☐Unchanged

**FUNCTIONAL STATUS:**
☐Walking _____ m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____ mins.
☐Sitting _____ mins.
☐Dressing: upper-mild/mod/severe difficulty
         lower-mild/mod/severe difficulty
☐Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☐Sleeping: mild/mod/severe difficulty
☐Housework: mild/mod/severe difficulty
☐At Work: mild/mod/severe difficulty

**Patient's response to treatment:**
☐ Tolerate all procedures well
☐ Difficulty with active exercise
☒ Good/Fair/Poor response

**Patient's Prognosis:**
☒ Good        ☐ Fair        ☐ Poor

**TREATMENT PLAN:**
An individualized rehab program on a one to one setting with the patient to avoid further injury or re-injury and to develop strength, endurance, ROM, flexibility and other dynamic activities to improve functional performance.

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | CTL (B) Knees | 1×3 |
| Electrical Stimulation | CTL | 1×2 |
| Ultrasound | CTL | 5×2 |
| Phonophoresis | | |
| Paraffin Bath | | |
| Myofascial Release | CTL | 5×2 |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Wound Care | | |
| Electrodes | | |
| Therapeutic Exercises: | | |
| Range of Motion Ex. | | |
| Stretching | | |
| Strengthening | | |
| Williams Ex. | | |
| McKenzie Ex. | | |
| Codmans Ex. | | |
| Jacobsons Ex. | | |
| Overhead Pulley | | |
| Theraband Ex | | |

The patient will have therapy _____ x per week for _____ weeks.

Patient's Signature: _____
Treatment Given by: _____
Physician's Signature: _____

3



# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

Name: Rogelio Rodriguez                    Date: 8/22/03

C/C: Pain to cervical (R)(L)
and lumbar area

Pain Scale (At rest): 0  1  2  3  4 (5 6 7) 8  9  10
(With Activity): 0  1  2  3  4 (5 6 7) 8  9  10
0-no pain,5-mod, 10-severe

Reports of: ☐Better  ☐Same  ☐Worse

**OBSERVATION/PALPATION:**
☐Swelling: mild/moderate/severe
on_____
☐Stiffness: mild/mod/severe
on_____
☒Spasm: mild/mod/severe
on Pain to upper + lower back
☒Tenderness: mild/mod/severe
on Pain to upper + lower back
☐Atrophy: mild/mod/severe
on_____
☐Ecchymosis:_____
☐ Abrasions:_____

**ROM/STRENGTH:**
☐Increased  ☐Decreased  ☐Unchanged

**FUNCTIONAL STATUS:**
☐Walking _____m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____mins.
☐Sitting _____mins.
☐Dressing: upper-mild/mod/severe difficulty
          lower-mild/mod/severe difficulty
☐Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☐Sleeping: mild/mod/severe difficulty
☐Housework: mild/mod/severe difficulty
☐At Work: mild/mod/severe difficulty

**ASSESSMENT:**

Patient's response to treatment:
☒Tolerate all procedures well
☐ Difficulty with active exercise
☐ Good/Fair/Poor response

Patient's Prognosis:
☐ Good       ☐ Fair       ☐ Poor

**TREATMENT PLAN:**
        An individualized rehab program on a one to one
setting with the patient to avoid further injury or re-injur
and to develop strength, endurance, ROM, flexibility and
other dynamic activities to improve functional performan

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | CTL (R)(L) Rib | 15 x 3 |
| Electrical Stimulation | C-TL | 15 x 2 |
| Ultrasound | C-TL | 5 x 2 |
| Phonophoresis | | |
| Paraffin Bath | | |
| Myofascial Release | CTL | 5 x 2 |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Wound Care | | |
| Electrodes | | |
| Therapeutic Exercises: | | |
| Range of Motion Ex. | | |
| Stretching | | |
| Strengthening | | |
| Williams Ex. | | |
| McKenzie Ex. | | |
| Codmans Ex. | | |
| Jacobsons Ex. | | |
| Overhead Pulley | | |
| Theraband Ex | | |

The patient will have therapy ____ x per week for
_____weeks.

Patient's Signature: _____
Treatment Given by: _____
Physician's Signature: _____



# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

Name: Rogelio Rodriguez　　　　Date: 8/20/03

C/C: pain to CTL

Pain Scale(At rest): 0 1 2 3 4 5 6 7 8 (9) 10
　　(With Activity): 0 1 2 3 4 5 6 7 8 (9)/10
　　　　0-no pain, 5-mod, 10-severe
Reports of: ☐Better ☐Same ☐Worse

**OBSERVATION/PALPATION:**
☐Swelling: mild/moderate/severe
on _____
☑Stiffness: mild/mod/severe
on trapezius, multifidus
☑Spasm: mild/mod/severe
on trapezius, multifidus
☐Tenderness: mild/mod/severe
on _____
☐Atrophy: mild/mod/severe
on _____
☐Ecchymosis: _____
☐ Abrasions: _____

**ROM/STRENGTH:**
☐Increased　☐Decreased　☐Unchanged

**FUNCTIONAL STATUS:**
☐Walking _____ m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____ mins.
☐Sitting _____ mins.
☐Dressing: upper-mild/mod/severe difficulty
　　　　　　lower-mild/mod/severe difficulty
☑Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☑Sleeping: mild/mod/severe difficulty
☐Housework: mild/mod/severe difficulty
☑At Work: mild/mod/severe difficulty

**ASSESSMENT:**

Patient's response to treatment:
☑Tolerate all procedures well
☐Difficulty with active exercise
☐Good/Fair/Poor response

Patient's Prognosis:
☐Good　☑Fair　☐Poor

**TREATMENT PLAN:**
　　An individualized rehab program on a one to one setting with the patient to avoid further injury or re-injury and to develop strength, endurance, ROM, flexibility and other dynamic activities to improve functional performance.

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | CTL & Ribs | 15X3 |
| Electrical Stimulation | CTL | 15X2 |
| Ultrasound | CTL | 8X2 |
| Phonophoresis | | |
| Paraffin Bath | | |
| Myofascial Release | CTL | 5X2 |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Wound Care | | |
| Electrodes | | |
| Therapeutic Exercises: | | |
| Range of Motion Ex. | | |
| Stretching | | |
| Strengthening | | |
| Williams Ex. | | |
| McKenzie Ex. | | |
| Codmans Ex. | | |
| Jacobsons Ex. | | |
| Overhead Pulley | | |
| Theraband Ex | | |

The patient will have therapy ____ x per week for _____ weeks.

Patient's Signature: _____
Treatment Given by: _____
Physician's Signature: _____

D.O.I - 1.16.03