PAGE 7

NAME: ROGELIO RODRIGUEZ
DOB:
DOI: 01/16/03

**Impression:**
**C3-C4 through C6-C7 there are varying disc protrusions and effacements of the cerebrospinal fluid. There is subtotal opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right maxillary antrum.**

**IMPRESSIONS:**
| | |
|---|---|
| **Cervical Sprain/Strain** | **Lumbar Sprain/Strain** |
| **Cervicalgia** | **Lumbar Disc Herniation** |
| **Cervical Radiculalgia** | **Head Contusion** |
| **Cervical Disc Herniation** | **Chest Wall Contusion** |
| **Cephalgia** | **Right Lower Ribs Fracture** |
| **Thoracic Sprain/Strain** | **Closed Head Injury** |

**Myofascitis with Myofascial Trigger Point Tenderness-Cervico Thoracic and Lumbar Muscles**

**COURSE OF TREATMENT:**

1. Mr. Rodriguez was receiving therapy at Orthopedic Industrial Sports Rehabilitation.
2. The patient was started on **Vioxx**, which is a non-steroidal anti-inflammatory drug given for inflammation and pain. At therapeutic concentrations has a low incidence of G.I. upset. **Darvocet**, for pain and inflammation. **Diazepam**, muscle relaxant.
3. On 09/11/03 the patient received trigger point injections in his cervical musculature.
4. On 09/18/03 x-ray examinations of the thoracic and lumbar spine were taken at our facility.
5. On 10/08/03 MRI of the Lumbar Spine was done.
6. On 10/09/03 the patient received 9 trigger point injections to his lumbar spine paravertebral muscles bilaterally.
7. On 11/11/03 patient was evaluated by Dr. Jorge Tijmes for consultation.
8. On 11/13/03 MRI of the Cervical Spine was done.
9. On 12/02/03 patient followed-up with Dr. Tijmes and L.E.S.I. and C.E.S.I. injections were recommended.

PAGE 8

NAME: ROGELIO RODRIGUEZ
DOB: ████
DOI: 01/16/03

## PROGNOSIS/FUTURE CONSIDERATIONS:

Mr. Rogelio Rodriguez' injuries are the proximate results of the motor vehicle accident that he was involved on January 16, 2003. Prior to this accident the patient did not complain any of these symptoms. He continues to complain of pain to his neck and back that aggravates with sustained activities at work. Prolonged standing and walking during the day also intensify the pain and interrupt his sleep. Bending and lifting activities continues to bother him. He has been limited in enjoying his free time with his family secondary to pain. Myofascitis with Myofascial trigger point tenderness remain in his trapezius, rhomboid, and lumbar paravertebral muscles of the lumbar spine bilaterally. These remaining signs and symptoms of the patient may further interrupt the patients' activities of daily living. He is going to benefit from Myofascial release and Phonophoresis 3 times a week for 4-6 weeks for up to 2-3 years, medical care and Intramyofascial injection therapy. He may also benefit from cervical and lumbar epidural steroid injections (series of 3 to each area). If conservative treatments fail, patient may become a surgical candidate.

This patient suffered a closed head injury and is likely to have cognitive, emotional, behavioral, and neurological deficits. Therefore, he may need further evaluation and treatment.

This patients symptoms are more severe and is <u>definitely going to require surgery for his lumbar spine.</u>

D.S. GILL, M.D., F.R.C.S.C., F.A.C.S.
*Fellow of the Canadian & American College of Surgeons*