IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**ROGELIO RODRIGUEZ**

VS.                                       CIVIL ACTION NO. CA-13-04-137

**JAMES ARTHUR LARSON**

AFFIDAVIT

**RECORDS PERTAINING TO:  Rogelio Rodriguez (FOR THE TIME PERIOD OF JANUARY 16, 2003 TO THE PRESENT)**

    Before me, the undersigned authority, personally appeared __HERMAN J KEILLOR__ who by me being duly sworn, deposed as follows:

    I, the undersigned, an over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

    I am **HERMAN J. KEILLOR, M.D.** 1801 Ed Carey Drive, Harlingen, Texas 78550.

    On __APRIL 5, 2004__, service was provided to **Rogelio Rodriguez (FOR THE TIME PERIOD OF JANUARY 16, 2003 TO THE PRESENT).** An itemized statement of the service and the charge for the service in the total amount of $ __797.37__ is attached to this affidavit and is a part of this affidavit. These said records are kept in the regular course of business, at the office of the above, and it was in the regular course of business, at the office of the above, for an employee, representative, or a doctor, with personal knowledge of the act, event or condition, opinion, or diagnosis recorded to make the memorandum or record, or to transmit information hereof to be included in such memorandum or record. The memorandum or record was made at or near the time of the act, event or condition recorded or reasonably soon thereafter.

    The service provided was necessary and the amount charged for the service was reasonable at the time and place that the service was provided.

**The records attached hereto are the originals or exact copies of the originals and nothing has been removed or deleted from the original file before making these copies.**

_____Herman J. Keillor MD_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME this the ~~23~~ 10th day of ~~NOVEMBER~~ December, 20 04 .

_____Herminia Martinez_____
Notary Public in and for The State of __Texas__

HERMINIA MARTINEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 06-23-2006

EXHIBIT A

/AFFIDAVIT/M&B/R&N/FED/CO 4176
Page 1