**HARLINGEN BONE AND JOINT CLINIC, P.A.**
1801 ED CAREY SUITE A
HARLINGEN, TEXAS 78550-8292

**HERMAN J. KEILLOR, M.D.**
DIPLOMATE, AMERICAN BOARD OF ORTHOPAEDIC SURGERY
FELLOW, AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS
FELLOW, AMERICAN COLLEGE OF SURGEONS



956
TEL. (210) 423-5033

74-2133706
UPIN B23887

## CURRICULUM VITAE

| | |
|---|---|
| **NAME:** | Herman J. Keillor, M.D. Orthopedic Surgeon<br>American Board of Orthopedic Surgery 9-9-77 |
| **DATE OF BIRTH:** | May 16, 1943 |
| **BIRTHPLACE:** | Berwyn, Illinois |
| **EDUCATION:** | Graduate:  Los Fresnos High School, Los<br> Fresnos, Texas - 1961<br>Graduate:  Baylor University, Waco, Texas,<br> 1965-- B.A. degree, Chemistry, Biology<br>Graduate:  University of Texas, Southwestern<br> at Dallas, 1969, M.D. degree.<br>Rotating Internship, St. John's Hospital,<br> Tulsa, Oklahoma, 1969-70.<br>Resident Training in Orthopedic Surgery,<br> Baroness Erlanger Hospital, Chattanooga,<br> Tennessee, 1970-74 |
| **ORGANIZATION<br> AFFILIATIONS:** | American Board of Orthopedic Surgery, 1977<br>American Academy of Orthopedic Surgeons, 1981<br>American College of Surgeons, 1983<br>Texas Orthopedic Society, 1984<br>American Board of Forensic Medicine, 1996<br>American College of Forensic Examiners, 1996<br>Designated doctor, Texas Workers' Compensation<br> Commission |
| **HOSPITAL<br> AFFILIATIONS:** | Valley Baptist Medical Center, Harlingen,<br> Texas<br>Dolly Vinsant Memorial Hospital, San Benito,<br> Texas<br>Columbia--HCA, Brownsville, Texas<br>Harlingen medical Center, Harlingen, Texas |
| **TEACHING<br> AFFILIATIONS:** | Valley Baptist Medical Center--Emergency Room<br>                                        Personnel<br>                                        Paramedics<br>                                        Nurses<br>      Dolly Vinsant Memorial Hospital--Medical<br>                                        Technicians |

Page 1 of 2

1

CURRICULUM VITAE

DIRECTOR: 1980-88     Emergency Dept. Poison Control, Valley
                     Baptist Medical Center and Chairman Emergency
                     Room Medical Advisory Committee

MEDICAL SOCIETY
  MEMBERSHIP:        Cameron - Willacy County Medical Society
                     Texas Society of Athletic Team Physicians
                     Texas Medical Association

CIVIC AND
  OTHER AFFILIATIONS: Member -  First Baptist Church
                     Los Fresnos Quarterback Club
                     City of Harlingen Chamber of Commerce
                     Confederate Air Force
                     Baylor University Alumni Association
                     University of Texas, Alumni Association,
                      Southwestern Medical School

MILITARY SERVICE:    Captain--United States Army Reserve 1971-77

PRIVATE MEDICAL-
  SURGICAL PRACTICE: 1974 to present

BUSINESS ADDRESS:    Herman J. Keillor, M.D.
                     Harlingen Bone and Joint Clinic, P.A.
                     1801 Ed Carey, Suite A
                     Harlingen, Texas 78550
                     956/423-5033

HERMAN J. KEILLOR, M.. (                    ( LLINGEN BONE & JOINT CLINIC

PLEASE PRINT
1. PATIENT'S LAST NAME: _Rodrigue_  FIRST: _Rogelio_  MIDDLE: _____
2. HOME PHONE: AREA CODE _956_ # _412-8763_
3. REFERRING DOCTOR OR PERSONAL PHYSICIAN: _Rafeat Rafael Lopez  SBMA_
4. HEAD OF HOUSEHOLD: _Rogelio Rodriguez_
5. PATIENT'S PERMANENT MAILING ADDRESS: _123 Dolores St._
   _Primera, Texas 78552_
6. OTHER ADDRESS: _____

7. **PATIENT'S BIRTH DATE:** ███████ AGE _44_ SEX: (M) F  SSN: █████████
8. EMPLOYER: _K&L Carriers_          WORK PHONE #: _797-3601_
9. EMPLOYER'S MAILING ADDRESS EMPLOYER: _27/84-1 'Rabb Road_
   **IF PATIENT IS A CHILD ANSWER #10-#13.**
10. FATHER'S EMPLOYER: _____
11. FATHER'S WORK PHONE #: _____
12. MOTHER'S EMPLOYER: _____
13. MOTHER'S WORK PHONE #: _____
14. **PART OF BODY TO BE EXAMINED:** _Neck + Lower back_  'LEFT? ____  RIGHT? ___
15. INJURY? YES _✓_ NO ____  DATE OF INJURY: _1-16-03_  WORK RELATED? YES _✓_ NO ___
    WHERE DID INJURY OCCUR? _Buss 77 South  San Benito_
    HOW DID INJURY OCCUR? _Auto wreck_
16. HAVE YOU HAD X-RAYS TAKEN REGARDING THIS PROBLEM? _Yes_  WHERE? _Hsn Imiging_
17. IF NOT AN INJURY: HOW LONG HAVE YOU HAD THIS PROBLEM? _____
    _X Yes McAllen MRI   N X_
    **INSURANCE INFORMATION:**
18. INSURANCE COMPANY NAME: _____
    _Rochane, Atty_
    POLICY HOLDER'S NAME: _____
    POLICY HOLDER'S DATE OF BIRTH _____
    POLICY #: _____ GROUP #: _____

    IF EMPLOYER SPONSORED PLAN, NAME OF
    EMPLOYER: _____

19. OTHER/SECONDARY INSURANCE? _____
    INSURANCE COMPANY NAME: _____

    POLICY HOLDER'S NAME: _____
    POLICY HOLDER'S DATE OF BIRTH: _____
    POLICY #: _____ GROUP #: _____

    IF EMPLOYER SPONSORED PLAN, NAME OF
    EMPLOYER: _____

ACCEPTANDO EL CASSO:  FAVOR DE PAGAR EL PAGO DIRECTAMENTE AL DOCTOR.  YO RECONOZCO QUE SOY RESPONSABLE POR CUAL
QUIER COSTO QUE NO ESTA CUBIERTO POR ESTA AUTORIZACCION.  SEGUN MIS CONCIMIENTOS LA INFORMACION DESCRITA ARRIBA
CONCERNIENTE A MI CONDICION O TRATAMIENTO ESTA CORRECTA. AUTORIZO QUE CUAL QUIER INFORMACION NECESARIA SEA DADA,
COMPRENDIENDO QUE CUAL QUIER DATO SERA HECHA PARA FACILITAR EL PROCESO DE MI RECLAMO Y ASEGURAR LA CONTENIDAD DE
MI CUIDADO MEDICO.  PARA PACIENTES DE MEDICARE: COMPRENDO QUE MEDICARE NO CUBRE EDICAMENTE NECESARIOS Y QUE SERE
RESPONSABLE POR ELLOS.  PARA PACIENTES LESIONADOS EN EL TRABAJO:  AUTORIZO QUE CUAL QUIER INFORMACION NECESARIA
DEA DADA A MI EMPLEADO.  COMPRENDO QUE RADIOGRAFIAS, FOTOGRAFIAS, MEDIDAS Y/O FORMULARIOS REQUERIDOS SERAN
NECESARIO PARA MI EXAMEN.
****** FOR WORK-RELATED PROBLEMS: I AUTHORIZE RELEASE OF INFORMATION TO MY EMPLOYER.  I UNDERSTAND X-RAYS,
PHOTOS, MEASUREMENTS AND/OR WORKSHEETS MAY BE USED.
****** FOR STUDENTS:  I AUTHORIZE RELEASE OF INFORMATION TO SCHOOL REPRESENTATIVES.  ASSIGNMENT IS ACCEPTED:
PLEASE MAKE PAYMENTS DIRECTLY TO PHYSICIAN.  I REALIZE I AM RESPONSIBLE FOR ANY CHARGES NOT COVERED BY THIS
AUTHORIZATION.  TO THE BEST OF MY KNOWLEDGE THE ABOVE INFORMATION PERTAINING TO MY CONDITION OR TREATMENT IS
CORRECT.  I AUTHORIZE THE RELEASE OF INFORMATION NECESSARY, UNDERSTANDING SUCH DISCLOSURE WILL BE MADE IN ORDER
TO FACILITATE PROCESSING MY CLAIM AND TO INSURE CONTINUITY OF MEDICAL CARE.  I UNDERSTAND THAT MEDICARE,
MEDICAID, HMO/PPO, OR OTHER INSURANCE MAY NOT COVER SPECIFIC CHARGES OR CONSIDER THEM MEDICALLY NECESSARY AND
THAT I WILL BE RESPONSIBLE FOR THESE CHARGES.  THIS ACCOUNT WILL ACCRUE INTEREST OF 1.5% PER MONTH ON THE UNPAID
BALANCE.  PRIVACY POLICY: NO INFORMATION WILL BE RELEASED WITHOUT PROPER AUTHORIZATION.  I AM
ACCEPTING A COPY OF THIS NOTICE.                                                      1
SIGNATURE: _____          DATE: _4-5-04_

3

HARLINGEN BONE AND JOINT CLINIC
1801 ED CAREY SUITE A
HARLINGEN, TEXAS 78550-8292

HERMAN J. KEILLOR, M.D.
DIPLOMATE, AMERICAN BOARD OF ORTHOPAEDIC SURGERY
FELLOW, AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS
FELLOW, AMERICAN COLLEGE OF SURGEONS

TEL. (956) 423-503
423-520
74-2133706

## REVIEW OF SYSTEMS

(A)    CHECK IF YOU CURRENTLY HAVE A PROBLEM.

(B)    CHECK IF YOU HAVE HAD A PROBLEM IN THE PAST.

(C)    UNDERLINE THE AREA OF A PROBLEM.


_____(1)    HEAD, EYES, EARS, NOSE and THROAT.

_____(2)    HEART: HEART ATTACK, HIGH BLOOD PRESSURE.
            LUNGS: SHORTNESS OF BREATH, BRONCHITIS, ASTHMA or TB.

_____(3)    GU, URINE:  BLOOD, PUS, PAIN, INFECTION, UNABLE TO HOLD URINE.

_____(4)    GI, STOMACH, INTESTINES:  ULCERS, YELLOW JAUNDICE or LIVER DISEASE.

_____(5)    ENDOCRINE:  DIABETES or THYROID DISEASE.

_____(6)    NEUROLOGICAL: PARALYSIS, WEAKNESS or HEADACHES.

_____(7)    HABITS:  DRINK ALCOHOL or SMOKE TOBACCO.

_____(8)    ALLERGIES TO MEDICATION: _____

_____(9)    BONE & JOINT PROBLEMS.

_____(10)   SURGERIES IN PAST--DATE: _____

            PROCEDURE: _____

_____(11)   MEDICATION (PLEASE LIST): _Vioxx__25 mg. Per day__

            DOSAGE: _Darvocet_____Soma 350 mg._

_____(12)   ANY OTHER PROBLEMS NOT COVERED BY THIS FORM.
            _____

_____(13)   HEIGHT _5'9"_  WEIGHT _225_

DATE: _4-5-04_          SIGNATURE: _____

2

4

RLINGEN BONE AND JOINT CLINIC .A.
1801 N. ED CAREY DRIVE SUITE A
HARLINGEN, TEXAS 78550-8292

**HERMAN J. KEILLOR, M.D.**
DIPLOMATE, AMERICAN BOARD OF ORTHOPAEDIC SURGERY
FELLOW, AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS
FELLOW, AMERICAN COLLEGE OF SURGEONS
DIPLOMATE, AMERICAN BOARD OF FORENSIC EXAMINERS
DIPLOMATE, AMERICAN BOARD OF FORENSIC MEDICINE
FELLOW, AMERICAN COLLEGE OF FORENSIC EXAMINERS



TEL. (956) 423-5033
(956) 423-5202
FAX (956) 412-3028
74-2133706
UPIN B23887

I AM AWARE I HAVE A CONTRACT WITH THE PHYSICIAN TO PAY FOR MY TREATMENT.  IF MY INSURANCE
COMPANY (MEDICARE, HMO, PPO, ETC.)  FAILS TO MAKE PROPER REIMBURSEMENT, I AM RESPONSIBLE
FOR PAYMENT FOR THE SERVICES.

SIGNED: PATIENT OR GUARANTOR          DATE: 4-5-04

3

Dear

MEDICARE, MEDICAID/NHIC, HMO/PPO INSURANCE NETWORKS, OTHER:
ADVANCE NOTICE:NONCOVERED—NOT A BENEFIT—MEDICALLY UNNECESSARY:

I HAVE BEEN NOTIFIED BY HERMAN J. KEILLOR, M.D, CERTAIN SUPPLIES
(ALTHOUGH MEDICALLY NECESSARY) MAY BE DENIED AS NONCOVERED,
NOT A BENEFIT OR MEDICALLY UNNECESSARY BY MEDICARE, MEDICAID,
OR OTHER INSURANCE CO.  I UNDERSTAND THE TEXAS DEPT. OF HEALTH
OR IT'S AGENCY AND/OR MY INSURANCE CARRIER DETERMINE THE COVERED
EXPENSED OR MEDICAL NECESSSITY OF THE ITEMS I RECEIVE.

I UNDERSTAND THAT I AM RESPONSIBLE FOR PAYMENT OF THESE ITEMS IF
NOT PAID BY MY INSURANCE CARRIER OR THIRD PARTY PAYOR.

PATIENT OR RESPONSIBLE PARTY'S SIGNATURE:

HERMAN J KEILLOR,M.D.
1801 ED CAREY, SUITE A
HARLINGEN TX 78550

4



**HARLINGEN BONE AND JOINT CLINIC, P.A.**
1801 N. ED CAREY DRIVE SUITE A
HARLINGEN, TEXAS 78550-8292

**HERMAN J. KEILLOR, M.D.**
DIPLOMATE, AMERICAN BOARD OF ORTHOPAEDIC SURGERY
FELLOW, AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS
FELLOW, AMERICAN COLLEGE OF SURGEONS

TEL. (956) 423-5033
74-2133706
UPIN B23887

COMPUTER #___1-8422B___

| Name | ROGELIO RODRIGUEZ | | | M | 4-5-2004 |
|---|---|---|---|---|---|
| First | Last | Birthdate | Age | Sex | Date |

Address___123 DOLORES STREET, SAN BENITO, TEXAS 78586___

| Street | City | State | Zip | Social Security # |
|---|---|---|---|---|

Alternate Address and Phone Numbers ___

Parent or Spouse: ___          Was injury job related: ___ Yes          Work Phone: ___
Home Phone: _855  4k207k53  956/412-8163_    XX No          Employer: ___
Referred by Dr. _R.LOPEZ_          Date of Injury: _01-16-03_          Insurance: _ATTY. CRANE_

4-5-2004.   CHIEF COMPLAINT: The patient presents to the office today with the chief complaint of low back and neck pain.

PRESENT ILLNESS: This patient states he was allegedly injured on 1-16-2003. He immediately had pain and was seen at Valley Baptist Medical Emergency Center. He was subsequently seen by Dr. Cano. He states that the pain came on immediately. Apparently someone turned in front of him doing a u-turn and hit the car broadside with high velocity.  He broke his ribs and damaged the steering wheel. He said he was treated by Dr. Cano and records indicate he was treated over a four-month period by Dr. Cano in 2003.  Records from January to April are noted suggesting the patient had right shoulder pain, right chest pain and posterior chest wall pain. He said there were fractured ribs. By April 2003 the right chest pain had resolved and the shoulder pain had resolved. Dr. Cano does have notes the patient had right and left posterior wall pain on 2-28, but most of the time he talks about the right flank pain and right rib pain. No other data suggests the patient had back pain.  The patient now states he does have back pain. The patient is not complaining of low back pain, but pain in the T-12 area.  On palpation there is pain at T12 and L1, but there is no lower lumbar pain. He is also complaining of neck pain. On palpation there is lower neck pain. He is turning his head fair.

X-RAYS, <u>TAKEN IN THIS OFFICE TODAY,</u> of his neck demonstrates good maintenance of the joint space. There is a suggestion of mild straightening of the cervical spine, but there is no clear-cut evidence of a disk or bony problems or a severe spasm. Regarding the odontoid views, our odontoid views are inadequate and he needs to go to the hospital for further odontoid views.

I would recommend this patient been seen by a neurologist and get odontoid views of the neck. There is no upper neck pain, but there is low-neck pain.

According to the emergency room records a ribs series was done, a chest series was done and a cervical spine was done, so the patient was complaining of some neck discomfort. He goes on to state that he blacked out and was hit in the head originally.

5

Re:  RODRIGUEZ, Rogelio; 1-8422B
--2--

On further evaluation, the patient had difficultly with forward flexion. He touches a point all the way down to his ankles, but he walks his way up in to an upright position using a Gower's sign indicating he must have lumbar pain.  Straight leg raising, bilaterally, at 70-degrees is without radiation, but it causes back pain especially on the right. He also said there is an odd tingling sensation on the medial side of his leg towards his big toe.  His reflexes are 1+ bilaterally symmetrical knee and ankle jerks and is decreased, but symmetrical.

X-ray reports are noted, x-ray reports from Valley Baptist Medical Center demonstrate no evidence of fracture or dislocation. I said I did not have adequate odontoid views. The ER sheet is noted as fractured right ribs and cervical sprain.  The patient apparently, according to ER record, was in an 18-wheeler and struck a pick-up truck that turned in front of him. According to the ER sheet he had, "left chest wall pain".  In reality, I think this was meant to be right chest wall pain. In any event, he said he had pain on the right side.

MRIs done on this patient on 10-8-2003, some ten months after the injury, demonstrate minimal findings. There is supposed to be a broad based L3-4 protrusion of the disk. There is minimal to no evidence of herniation at L2-3, and L1-2.  However, at the L4-5 level there is a two-millimeter broad base disk protrusion that effaces the fat.  Also, according to the report there is straightening of the lumbar spine. The terminology is hyperlordotic curve meaning straightening of the lumbar spine indicative of spasm. The diagnosis of spasm is made.  In addition, the report also states at L5-S1 there is a one-millimeter broad based disk protrusion. These are, "not impinging upon the neural structures".  This should not be considered a ruptured disk.  Apparently tests and an examination were done of the cervical spine on 11-13-2003 by Dr. Tijmes. On 10-13-2003 an MRI of the cervical spine suggest the cord is normal. There are "bulging disk at C3-4 through 6-7 with disk protrusion and effacement of the central CSF.  Specifically, in the content of this report at C3-4 there is a two-millimeter disk broad based protrusion with no over-cord or nerve root compression.  At C4-5 there is a one-millimeter protrusion and at C5-6 there is a 1.5-millimeter protrusion with severe effacement of the cord.  However, there is no cord or nerve root encroachment. In reality all of these disks protrusions are very tiny and are not diagnostic of a ruptured disk.

The patient said he has numbness and tingling of his arm. He said this happens several times a week.

**IMPRESSIONS:**
X-rays and findings of this patient are not diagnostic of a ruptured disk. There is some straightening of the cervical spine. Our x-rays, once again, demonstrate quite satisfactory maintenance of the joint space. There is a sudden lumbar lordosis at L5, S1 so there may indeed be trauma at the L5, S1 level. It is my impression the patient could very well have a problem at the L5, S1 and yet he complains of pain at T12. There is no pain in the lower portion of the lumbar spine.  Straight leg raising is not diagnostic, but he does have numbness to the medial side of his leg.  This could, therefore, be related to the MRI changes.

6

Re: RODRIGUEZ, Rogelio; 1-8422B
--3--

## FINAL FINDINGS:

1. Numbness in the medial side of the leg down to the great toe.
2. Changes on x-ray at L5, S1.
3. Odd numbness intermittently to the right arm with no significant findings on plane films, but questionable findings on MRI.

In conclusion, I am not sure there is anything indicative to definitely point out a ruptured disk in this individual. The numbness in his arm and down the medial side of his leg needs to be investigated by a neurologist. There is a slight chance it is related to a nerve root radiculopathy of the lower spine. I am, therefore, recommending a neurological evaluation and EMG. Certainly, the patient does not have findings that would indicate surgery at this time. EMG and electrodiagnostic studies might indicate nerve root compression in his neck and in the lowest part of his lumbar spine. I would especially like for the L4-5 nerve roots to be checked and S1 nerve roots. The disk that we need to worry about is L4-5 of the lumbar spine and L5-S1 of the lumbar spine.

Other than as previously stated, please note the following:

1) NEUROLOGICAL/PSYCHIATRIC:

The patient is oriented to time, place, and person. His mood is normal and there is no severe anxiety or depression. Sensation and vibration are intact. The deep tendon reflexes are intact and there are no pathological reflexes. There is no abnormal coordination.

2) CONSTITUTIONAL:

This patient is a heavyset man at 225 pounds and is 5'9". He bends poorly. His blood pressure is 180/100. He has high blood pressure and needs to see his LMD immediately. His pulse is 72 and respirations are 18.

3) SKIN:

Inspection and/or palpation of the skin and subcutaneous tissue of the head, neck, trunk, upper extremities, and lower extremities reveal no abnormalities.

ROS: The patient said there are times he cannot hold his urine. He has had no surgery. He takes no medications. He does not even take high blood pressure medicines. CARDIOVASCULAR/RESPIRATORY: He has no shortness-of-breath, bronchitis or asthma. GI and GU are negative. He does not have problems around his face. He just has neck pain and low back pain. He denies any problems of his knees, ankles or hips. He does have migraine headaches. Once again, I suggest he see a neurologist. MEDICATIONS: He is on Vioxx and Darvocet.

Re: RODRIGUEZ, Rogelio; 1-8422B

--4--

## FINAL RECOMMENDATIONS:

Although the x-rays from Valley Baptist Medical Center were negative, I think he needs better odontoid views. A neurologist could determine whether these are necessary. He will see a neurologist because of the numbness in his arms and the numbness on the medial side of his leg into his foot.

## DIAGNOSIS:

1. Cervical and lumbar sprain.

There is no definitive diagnosis of a ruptured disk. He also has fractured ribs. There is no clear-cut objective evidence on x-rays or MRIs to make a diagnosis. The patient moves about the room so slowly that I cannot help but appreciate his low back pain. I am sure it is there.

HJK/bal tr: 4-6-2004

COPY RECORD
AND BILL SENT    APR 1 2 2004

8

10

| MEDS | NEW PATIENT-VISITS | FEE | MEDS | CAST/SPLINTS/DRESSINGS (cont.) | FEE | MEDS | X-RAY (Cont.) | | FEE |
|---|---|---|---|---|---|---|---|---|---|
| 8620 | PROBLEM FOCUSED | | 297 | IMMOBILIZER - KNEE | | 379 | LUMBAR SPINE | 3 VIEWS | |
| 8624 | EXPANDED | | 185 | CAST SUPPLY | | 377 | LUMBAR SPINE | 5 VIEWS | |
| 8630 | DETAILED | | 164 | FIBERGLASS SUPPLY | | 380 | LUMB. SPINE/BEND | 7 VIEWS | |
| 8634 | COMPREHENSIVE | | 290 | IMMOBILIZER - SHOULDER | | 383 | LUMB. SPINE - BENDING | | |
| 8638 | COMPREHENSIVE COMPLEX | | 291 | COMPRESSION BANDAGE | | 381 | PELVIS | AP  L  R | |
| | CONSULTATIONS | | 283 | HAND, STRAP / DRESSING | | 378 | SACRUM & COCCYX | L  R | |
| 8673 | PROBLEM FOCUSED | | 286 | TOES, STRAP / DRESSING | | 389 | CLAVICLE | L  R | |
| 8676 | EXPANDED | | 300 | ANKLE, STRAP / DRESSING | | 391 | SHOULDER | 2 VIEWS | L  R |
| 8679 | DETAILED | | 287 | DRESSING | | 392 | HUMERUS | AP LAT | L  R |
| 8682 | COMPREHENSIVE | | 277 | SLESIAN SUPPORT | | 401 | ELBOW | AP LAT | L  R |
| 8685 | COMPREHENSIVE COMPLEX | | 280 | FINGER SPL, BUDDY or MALLET | | 394 | FOREARM | AP LAT | L  R |
| 856 | INITIAL REPORT | | 276 | CAST SHOE | | 395 | WRIST | 3 VIEWS | L  R |
| 858 | FOLLOW-UP REPORT | | 281 | WINDOW, WEDGE, CAST REPAIR | | 403 | HAND | 3 VIEWS | L  R |
| 9007 | IME/MEO/RME 1 | | 225 | AIR CAST BRACE | | 404 | HIP | AP LAT | L  R |
| 9010 | IME/MEO/RME 2 | | 284 | BULKY DRESSING | | 407 | FEMUR | AP LAT | L  R |
| 9013 | IME/MEO/RME 3 | | | DME | | 408 | KNEE | AP LAT | L  R |
| 9020 | IME/MEO/RME 4 | | | | | 421 | KNEE SPECIAL | AP LAT | L  R |
| 9027 | IME/MEO/RME 5 | | | | | 352 | KNEES BOTH ONE X | | |
| 7000 | DESIGNATED - DR. | | | | | 409 | TIBIA/FIBULA | AP LAT | L  R |
| | ESTABLISHED PATIENT | | | INJECTIONS | | 410 | ANKLE | 3 VIEWS | L  R |
| 8642 | NURSES CHARGE | | 201 | MAJOR INJ.-THER. ARTHROCENT | | 411 | FOOT OR HEEL | 3 VIEWS | L  R |
| 8648 | EXPANDED | | 215 | -w/2cc CELESTONE | | 425 | STRESS V ANKLES | | |
| 8652 | DETAILED | | 217 | -w/3cc XYLOCAINE | | 428 | STRESS V AC JOINTS | | |
| 8658 | COMPREHENSIVE | | 202 | MINOR INJ.-THER. ASPIR. | | 397 | FINGERS | 3 VIEWS | L  R |
| 8662 | COMPREHENSIVE COMPLEX | | 219 | -w/1cc XYLOCAINE | | | XI | | |
| 6900 | FINAL EXAM. MM/PPI | | 221 | -w/2cc XYLOCAINE | | 588 | FUNCTIONAL CAPACITY | | |
| | CAST/SPLINTS/DRESSINGS | | 203 | PREP. & INJ.-w/2% XYLOCAINE | | 710 | PT EVAL | | |
| 257 | LONG ARM/PLASTER CAST | | 212 | LAB HANDLING FEE | | 711 | PT TX | | |
| 252 | SHORT ARM CAST | | 299 | MAJ. INSTRUMENT TRAY/SURG. | | 712 | PT REEVAL | | |
| 258 | THUMB SPICA | | | X-RAYS | | | | | |
| 262 | LONG LEG/PLASTER CAST | | 371 | SPINE    SINGLE VIEW | | | | | |
| 264 | CYLINDER CAST | | 373 | C-SPINE    5 VIEWS | | | | | |
| 261 | SHORT LEG WALKING CAST | | 374 | C SPINE, FLEX/EXT.   7 VIEWS | | | | | |
| 289 | CLAVICLE BRACE | | 375 | THORACIC SPINE    AP & LAT | | | | | |
| 296 | HANG. ARM SLING | | 387 | THORACOLUMBAR SP AP & LAT | | | | | |
| 288 | IMMOBILIZER - WRIST | | 388 | SCOLIOSIS SURVEY | | | | | |

**IF YOU HAVE A PROBLEM RETURN EARLIER THAN SCHEDULED.**

RECOMMENDATION  N-X    To sup for BD AST

PRESCRIPTION _____  BRACE PRESCRIPTION _____
LABORATORY _____  PHYSICAL THERAPY _____
REACHED MAX. MED. IMPROVEMENT? _____
PERMANENT IMPAIRMENT _____
TO BODYAS WHOLE _____  BACK TO WORK OR SCHOOL _____
RETURN _____  X-RAY ON RETURN: ☐YES ☐NO
APPOINTMENT _____

DATE OF INJURY: 01-16-03    cc NECK & LOWER
PI AUTOMOBILE WRECK

DIAGNOSIS    04 Dept Cervical Back

| | | PREVIOUS BALANCE | 0.00 |
|---|---|---|---|
| N.P. | | TODAY'S CHARGES | |
| O.P. | | PAYMENTS | |
| OBS. | | ADJUSTMENTS | |
| UNSCH. | | BALANCE DUE | |
| NEW COMPLAINT | | | |
| RE-EXAM | | | |

PATIENT NAME  ROGELIO RODRIGUEZ   AGE 44   SOCIAL SECURITY  2450-29-5542
CHART NUMBER  8422B   ACCIDENT DATE/TYPE   A.S./A.A.  113  44

HOME PHONE (956) 412-8163   SEX M   ACCT. NO. 25980
RESPONSIBLE PARTY NAME AND ADDRESS
ROGELIO RODRIGUEZ
123 DOLORES STREET
SAN BENITO TX 78586

PHYSICIAN SIGNATURE:
HERMAN J. KEILLOR, M.D.

WORK PHONE (956) 797-3601   EXT.   BIRTHDATE
WORK RELATED ☐

REFERRED BY: LOPEZ, RAFAEL

INSURANCE NAME & ADDRESS
ATTY. CRANE, RANDALL P.
201 S. SAM HOUSTON
SAN BENITO TX 78586

Auth #:       Asn: Y
Holder: ROGELIO RODRIGUEZ
Employ:
Group :
Policy :           $ 0

INSURANCE NAME & ADDRESS

Auth #:       Asn: Y
Holder:
Employ:
Group :
Policy :           $ 0

**HERMAN J. KEILLOR, M.D.**
DIPLOMATE, AMERICAN BOARD OF ORTHOPAEDIC SURGERY
**HARLINGEN**
**BONE & JOINT CLINIC, P.A.**
1801 N. ED CAREY, SUITE A
HARLINGEN, TEXAS 78550-8292
TEL. (956) 423-5033 • FAX (956) 412-3028
ANSWERING SERVICE (956) 392-9802

74-2133706

(4) Ticket Number: 30781   Standard:   Date: Apr 5, 2004

97827

9

11

## RANDALL P. CRANE
**Attorney At Law**
201 S. Sam Houston
San Benito, Texas  78586

Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

Phone (956) 399-2496
Fax    (956) 399-7398

April 5,   2004

Dr. Herman Keillor
1801 Ed Carey Drive
Harlingen, Tx.  78550

Re: Rogelio Rodriguez
Date of Injury: 01/16/03

Dear Dr. Keillor:

Please be advised that the undersigned represents  Rogelio Rodriguez  in regard to personal injuries sustained by him on January 16, 2003.

This office hereby guarantees payment of any and all medical  expenses incurred by ROGELIO RODRIGUEZ,  as a direct result of  injuries sustained on or about  January 16, 2003,  from any proceeds derived from settlement or other final disposition of this case.

Should you have any questions, please feel free to contact this office.

Very truly yours,

RANDALL P. CRANE

RPC:tc

ROGELIO RODRIGUEZ

10

12





# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

| Name: Rogelio Rodriguez | Date: 8/20/03 |

c/c: _pain to CTL_

**ASSESSMENT:**

Pain Scale (At rest): 0 1 2 3 4 5 6 7 8/9 10
(With Activity): 0 1 2 3 4 5 6 7 8 9/10
0-no pain,5-mod, 10-severe
Reports of: ☐Better ☐Same ☐Worse

**Patient's response to treatment:**
☑ Tolerate all procedures well
☐ Difficulty with active exercise
☐ Good/Fair/Poor response

**OBSERVATION/PALPATION:**
☐Swelling: mild/moderate/severe
on _____
☑Stiffness: mild/mod/severe
on _trapezius, multifidus_
☑Spasm: mild/mod/severe
on _trapezius, multifidus_
☐Tenderness: mild/mod/severe
on _____
☐Atrophy: mild/mod/severe
on _____
☐Ecchymosis: _____
☐ Abrasions: _____

**Patient's Prognosis:**
☐ Good    ☑Fair    ☐ Poor

**TREATMENT PLAN:**
An individualized rehab program on a one to one setting with the patient to avoid further injury or re-injury and to develop strength, endurance, ROM, flexibility and other dynamic activities to improve functional performance.

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | CTL B L/R shoulder | 15X 3 |
| Electrical Stimulation | CTL | 15X2 |
| Ultrasound | CTL | 8X2 |
| Phonophoresis | | |
| Paraffin Bath | | |
| Myofascial Release | CTL | 8X2 |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Wound Care | | |
| Electrodes | | |
| Therapeutic Exercises: | | |
| Range of Motion Ex. | | |
| Stretching | | |
| Strengthening | | |
| Williams Ex. | | |
| McKenzie Ex. | | |
| Codmans Ex. | | |
| Jacobsons Ex. | | |
| Overhead Pulley | | |
| Theraband Ex | | |

**ROM/STRENGTH:**
☐Increased    ☐Decreased    ☐Unchanged

**FUNCTIONAL STATUS:**
☐Walking _____ m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____ mins.
☑Sitting _____ mins.
☐Dressing: upper-mild/mod/severe difficulty
       lower-mild/mod/severe difficulty
☑Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☐Sleeping: mild/mod/severe difficulty
☐Housework: mild/mod/severe difficulty
☑At Work: mild/mod/severe difficulty

The patient will have therapy ____ x per week for _____ weeks.

Patient's Signature: _Ro Rodz_
Treatment Given by: _____
Physician's Signature: _____

11

O.O.I - 1-16-03



# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

Name: Rogelio Rodriguez          Date: 8/22/03

C/C: pain to cervical cspine and lumbar areas

Pain Scale (At rest): 0 1 2 3 4 5 6 7 8 9 10
(With Activity): 0 1 2 3 4 5 6 7 8 9 10
0-no pain,5-mod, 10-severe

Reports of: ☐Better ☐Same ☐Worse

**OBSERVATION/PALPATION:**
☐Swelling: mild/moderate/severe
on _____
☐Stiffness: mild/mod/severe
on _____
☑Spasm: mild/mod/severe
on upper & lower back
☑Tenderness: mild/mod/severe
on pain to upper & lower back
☐Atrophy: mild/mod/severe
on _____
☐Ecchymosis: _____
☐ Abrasions: _____

**ROM/STRENGTH:**
☐Increased   ☐Decreased   ☐Unchanged

**FUNCTIONAL STATUS:**
☑Walking _____ m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☑Standing _____ mins.
☑Sitting _____ mins.
☑Dressing: upper-mild/mod/severe difficulty
           lower-mild/mod/severe difficulty
☑Bathing: mild/mod/severe difficulty
☑Toileting: mild/mod/severe difficulty
☑Sleeping: mild/mod/severe difficulty
☑Housework: mild/mod/severe difficulty
☑At Work: mild/mod/severe difficulty

**ASSESSMENT:**

Patient's response to treatment:
☑ Tolerate all procedures well
☐ Difficulty with active exercise
☐ Good/Fair/Poor response

Patient's Prognosis:
☐ Good          ☐ Fair          ☐ Poor

**TREATMENT PLAN:**
An individualized rehab program on a one to on setting with the patient to avoid further injury or re-inju and to develop strength, endurance, ROM, flexibility and other dynamic activities to improve functional performa

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | CTL (PL) IUb | 15 X 3 |
| Electrical Stimulation | C-TL | 15 X 2 |
| Ultrasound | C-TL | 5 X 2 |
| Phonophoresis | | |
| Paraffin Bath | | |
| Myofascial Release | CTL | 5 X 2 |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Wound Care | | |
| Electrodes | | |
| Therapeutic Exercises: | | |
| Range of Motion Ex. | | |
| Stretching | | |
| Strengthening | | |
| Williams Ex. | | |
| McKenzie Ex. | | |
| Codmans Ex. | | |
| Jacobsons Ex. | | |
| Overhead Pulley | | |
| Theraband Ex | | |

The patient will have therapy _____ x per week for _____ weeks.

Patient's Signature: _____
Treatment Given by: _____
Physician's Signature: _____

12

*For You Do Not [illegible]*
*Human Resources*

JAN 17 2003

Code Caf 14

## Medical History Form

Name _Rogelio Rodriguez_    Home Phone _412-8163_

Address _123 Dolores St._    Work Phone _797-3601_

City _Primera_    State _TX_    Date of Birth ~~____~~

Zip Code _78552_    DL # _02977514_    Sex ☑ M ☐ F    Age _43_    SS# ~~____~~

Patient Employer _R+L Carriers_    Occupation _Truck driver_

Employer Address _37194 Tr Robb Rd._    Work Phone _797-3601_

City _La Feria_    State _Tx_    Zip Code _78559_

Any other family members that have been treated here? ☐ Yes ☐ No    Name _Elizabeth_

_Crawford_

### PRIMARY INSURANCE CARRIER

Name of Primary Insurance Co. _United Care Worksman Comp._    DOI 1-16-03

Mailing Address for Insurance Claim _P.O. Box 271 Wilmington, OH. 45177_

Name of Policy Holder _____    Relationship to policyholder _____

Name of Employer ____ Group Policy _____    Group No. _____

Policy or ID No. _____    Effective Date of Policy _____

Phone Number for Verification _1-800-543-9589_    _Rep Cindy Hufner_

Phone Number for Pre-certification _937-383-4004_    _Adj. Michell Mann_

### IN CASE OF EMERGENCY CONTACT:

Name _Ofelia Rodriguez_    Relationship _Mom_

Address _Santa Rosa, Tx_    Telephone _636-2903_

Our Notice of Privacy Practices (notice) provides information about how we may use and disclose protected health information about you. You have the right to review our notice before signing this consent. As outlined in our notice, the terms of our notice may change. If our notice is changed or modified, you may obtain a revised copy by request from the receptionist.

You have the right to request that we restrict how protected health information about you is used or disclosed for treatment, payment or health care operations. We are not required to agree to this restriction, but if we do, we are bound by our agreement.

By signing this form, you consent to our use and disclosure of protected health information about you for treatment, payment and health care operations. You have the right to revoke this consent, in writing, except where we have already made disclosures in reliance on your prior consent. This consent is given freely with the understanding that:

1. Any and all records, whether written or oral or in electronic format, are confidential and cannot be disclosed without my prior written authorization, except as otherwise provided by law.

2. A photocopy or fax of this consent is as valid as this original.

3. I may revoke this consent at any time, except where information has already been released. This consent is valid until revoked by me in writing.

_Rogelio Rodriguez_    _1-17-03_
Signature    Date

13

15

NAME Rogelio Rodriguez DATE 1/17/03

"Mark these drawings according to *where* you
hurt. (If the back of your neck hurts, mark the
drawing on the back of the neck, etc.) If you feel
any of the following symptoms, please indicate
where you feel them by placing the marks shown
here on the diagram.

DOI: 1/16/03

R/L Carriers

Ribs fix - LIVA
x2



NUMBNESS
= = = =

PINS AND NEEDLES
O O O O

BURNING
X X X X

STABBING
/ / / /

ACHE
∧ ∧ ∧ ∧

14

ABRAHAM CANO
AMERICAN BOARD OF F/

ACCT: 17469.1  DOB _____ (X) MALE / FEMALE  NEW / ESTABLISHED _____ NO _____ TO _____

NAME: Rodriguez, Rogelio  DATE APR 22 2003  PRIV  WC ✓MVA  MCR  MCD  MM  CSH

AGE 43  B/P 130/90  HT 66"  WT 227  TEMP _____  PULSE _____  ALLERGIES None  DOT 1-16-03

PREVIOUS DX: Here for MMI + Impairment Rating

HX: F/u to fracture Rib Rt side claims has been having pain at work he started pushing and pulling stuff says that is what brought the pain back. 43 year old male married 4 children involved in MVA 1-16-03. c/ fractures to ribs, the art injury working for RTL Carriers. x 2 years, method/ Dr II

Father deceased unknown causes. Surgery to sinus + Rt eye in 2001 Truck driver x 2 yrs

HABITS—DRINKS Ø SMOKES Ø DRUGS Ø DIET Ø EXERCISE Ø
IMMUNIZATIONS CURRENT AS PER HISTORY GIVEN BY PATIENT

(8)GASTROINTESTINAL ___NL ___ABN ___NE
VERY LARGE ___ TENDER ___ SEE DRAWING

(10)SKIN ___NL ___ABN ___NE
FINAILS DEF ___ TNAILS DEF ___ TAOS TO NECK
MULTIMOLES ___ FACE ___ BODY
PALE ___ DRY ___ PURPURA TO ECT
RASH ___ MACULAR ___ PAPULAR ___ ERYTHEMA
PRURITUS ___ ERUPTIONS ___ SCALES ___ OTHER

ROS
HEAD _____
EYES _____
EARS _____
NOSE & THROAT _____
NECK _____
BREASTS _____
CARDIO-RESP _____
GASTRO-INTES _____
GENITO-URINARY _____
MUSCULO-SKELETAL _____
NEURO _____
SKIN _____

(11)NEUROLOGY ___NL ___ABN ___NE
ROMBERG ___ GAIT ___ SPEECH
PARALYSIS OR WEAK TO

(12)GENITO URINARY MALE ___NL ___ABN ___NE
PENIS ___ SCROTUM ___ TESTICLES
PROSTATE SIZE ___ MASS
ANUS ___ GUIAC ___ OTHER

(13)GENITO URINARY FEMALE ___NL ___ABN ___NE
PAP DONE
DISCHARGE ___ OTHER

PHYSICAL EXAM
GENERAL APPEARANCE ___HEALTHY ___UNHEALTHY
CANE ___ TL ___
WALKER ___ SL ___
W/CHAIR ___ SM ___
ACUTELY ILL ___ SI ___ NL ___ OW ___ OO ___

(1)EYES ___NL ___ABN ___NE
GLASSES ___ CONTACTS ___ IMPLANTS
BAS ___ DEF PUPILS ___ MATT/DISCS
ERYTH & SWELLING TO SCLERA TO CONJ
PTERIGIUMS ___ OTHER

(14)BREAST EXAM ___NL ___ABN ___NE
OTHER

(15)PSYCHIATRIC ___NL ___ABN ___NE
ANXIOUS ___ STRESSED ___ DEPRESSED
INSOMNIA ___ CRYING/TEARFUL
OTHER

(2)EARS, NOSE, THROAT ___NL ___ABN ___NE
NOSE ___ CONG ___ RUNNING
PHAR/THROAT-ERYTH-PAIN-TENDER-SWOLLEN
TM'S ___ ERYTH ___ DULL ___ CANALS ___ CERUMEN
TENDER SINUSES ___ SWOLLEN
POOR DENTAL/MULT CARIES ___ FEW/NO TEETH
TONGUE-DIRTY & COATED ___ DRY ORAL MUCOSA
DENTURES/PARTIALS ___ OTHER

DX (1) Rt chest pre-resolved
(2) Rt shoulder pre-resolved

(3)NECK / ___NL ___ABN ___NE ___GOITER ___ADEN

(4)LYMPHATIC ___NL ___ABN ___NE
TENDER-ANTERIOR NECK ADENOPATHY

Able to perform all tests required for Impairment Rat at 100% on Butter (6)% impairment testing reached mms today 4-22-03. (See attached)

(5)PULMONARY ___NL ___ABN ___NE
DRY COUGH ___ CONG COUGH ___ WHEEZY COUGH
RALES ___ RHONCHI ___ WHEEZING ___ OTHER

AND STABLE W/ABOVE MENTIONED MEDICAL PROBLEMS
PLAN (1) resolved & released

(6)CARDIOVASCULAR / ___NL ___ABN ___NE
A-FIB-IRREGULREG (RATE)
IRREG W/OCCAS PAUSE (RATE)
SYS. MURMUR ___ DECREASED PULSES TO LOW EXT.

(7)MUSCULOSKELETAL / ___NL ___ABN ___NE
THORACIC KYPHOSIS ___ TENDER/PAINFUL AREAS
SEE DRAWING ___ OTHER

Ø tender    Firm.

LAB/X-RAYS/REFERRA
___ FASTING ___ HRS
___ SMAC 12
___ CBC W/DIFF
___ URINALYSIS

___ T-CHOL
___ TSH
___ PSA
___ URIC ACID
___ GUIAC
___ FBS
___ HgA1C
___ LYTES
___ LIPID PANEL
___ HEPATIC PANEL
___ BUN/CREAT
___ AST/ALT
___ H-PYLORI

___ EKG
___ CHEST X-RAY
___ HOLTER
___ STREP TEST
___ TYMPANOMETRY
___ GLUCOMETER
___ SED RATE
___ BREATHING RX

___ DEPO MED 80MG
___ ROBAXIN 5MG
___ NUBAINE 10MG

SURGICAL PROCEDURE
REFERRAL TO _____

RTC PRN.    WORK 4-22-03  REST Ø    ( ✓ ) SEE TWCC 73

___ THERAPY
___ REFILL SAME MEDICATIONS & DISCUSS W/PAT
___ NEW MEDICATIONS & DISCUSS W/PAT
✓ REVIEWED LAB/X-RAYS/TESTS ETC. W/PAT
___ DISCUSSED MEDS. & MED PROBLEMS W/PAT
REFERRED PATIENT TO _____

15

17

Empleado - Used are required to report your injury to your employer within 30 days if your employer has workers' compensation insurance. You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office at 1(800)-252-7031.

Trabajador - Es necesario que usted reporte su lesión a su empleador dentro de 30 días a partir del día en que se lesionó, si su empleador tiene seguro de compensación para trabajadores, la Comisión Tejana de Compensación para Trabajadores le ofrece asistencia gratuita, también puede que usted tenga derecha a ciertos beneficios médicos y monetarios. Para mayor información llame a la oficina local de la Comisión 1-800-252-7031.



# TWCC-69 – REPORT OF MEDICAL EVALUATION

TWCC#:

## PART I: GENERAL INFORMATION

1. Workers' Compensation Insurance Carrier
Crawford

4. Injured Employee's Name (Last, First, MI)
Rodriguez, Roselio

5. Date of Injury
1 Feb 03

6. Social Security Number

9. Certifying Doctor's Name and Licensure
ABRAHAM CANO MD

10. Certifying Doctor's License Number and Jurisdiction
MDF0912

2. Employer's Name
R+L Carriers

7. Employee's Phone#
956-412-8163

11. Certifying Doctor's Phone & Fax#
(Ph) 956-425-9181 (Fax) 956-425-1262

3. Employer's Address
20164 - I Rabb Rd.
City: LaFeria  State: Tx  Zip: 78559

8. Employee's Address
123 Dolores Rd.
City: Primera  State: Tx  Zip: 78552

12. Certifying Doctor's Address
2401 ED CAREY DR STE A
City: HARLINGEN  State: TX  Zip: 78550

## PART II: DOCTOR'S ROLE AND CERTIFICATION

13. Indicate which role you are serving in the claim in performing this evaluation. Only a doctor serving in one of the following roles is authorized to evaluate MMI/impairment and file this report (Commission Rule 130.1 governs such authorization):

[X] Treating Doctor   [ ] Doctor Selected by Treating Doctor acting in place of the Treating Doctor   [ ] Designated Doctor Selected by the Commission

[ ] Carrier-Selected RME Doctor approved by the Commission to evaluate MMI and/or permanent impairment after a Designated Doctor examination.

NOTE – If you are not authorized by Rule 130.1 to file this report, you will not be paid for this report or the MMI/impairment examination.

14. I HEREBY CERTIFY THAT THIS REPORT OF MEDICAL EVALUATION is complete and accurate and complies with the Texas Workers' Compensation Act and applicable rules, and I understand that making a misrepresentation about a workers' compensation claim is a crime that can result in fines and/or imprisonment.

Signature of Certifying Doctor (X) _____     Date of Certification: 4-22-03

## PART III: MEDICAL STATUS INFORMATION

15. Date of Exam
4.22.03

16. Diagnosis (ICD-9 Codes)
1) 802.8 ___ 802.00   2) 786.59 ___   3) ___   4) 959.01

17. Indicate whether the employee has reached Clinical or Statutory MMI based upon the following definitions:

Clinical Maximum Medical Improvement (Clinical MMI) is the earliest date after which, based upon reasonable medical probability, further material recovery from or lasting improvement to an injury can no longer reasonably be anticipated.

Statutory MMI is the later of: (1) the end of the 104th week after the date that temporary income benefits (TIBs) began to accrue; or (2) the date to which MMI was extended by the commission through operation of Texas Labor Code §408.104.

a) [X] Yes, I certify that the employee reached [ ] STATUTORY / [X] CLINICAL (check one) MMI on 4 / 22 / 03 (may not be a prospective date) and have included documentation relating to this certification in the attached narrative.   OR

b) [ ] No, I certify that the employee has NOT reached MMI but is expected to reach MMI on or about ___ / ___ / _____. The reason the employee has not reached MMI is documented in the attached narrative.

NOTE – The fact that an employee reaches either Clinical MMI or Statutory MMI does not signify that the employee is no longer entitled to medical benefits.

## PART IV: PERMANENT IMPAIRMENT

18. If the employee has reached MMI, indicate whether the employee has permanent impairment as a result of the compensable injury.

"Impairment" means any anatomic or functional abnormality or loss existing after MMI that results from a compensable injury and is reasonably presumed to be permanent. The finding that impairment exists must be made based upon objective clinical or laboratory findings meaning a medical finding of impairment resulting from a compensable injury, based upon competent objective medical evidence that is independently confirmable by a doctor, including a designated doctor, without reliance on the subjective symptoms perceived by the employee.

a) [X] I certify that the employee does not have any permanent impairment as a result of the compensable injury.   OR

b) [ ] I certify that the employee has permanent impairment as a result of the compensable injury. The amount of permanent impairment is ___ %, which was determined in accordance with the requirements of the Texas Workers' Compensation Act and Commission Rules. The attached narrative provides documentation involved in the calculation of the impairment rating assigned using the following edition of the Guides to the Evaluation of Permanent Impairment published by the American Medical Association (AMA):

[ ] third edition, second printing, February 1989.   OR

[ ] fourth edition, 1st, 2nd, 3rd, or 4th printing, including corrections and changes issued by the AMA prior to May 16, 2000.

## PART V: TREATING DOCTOR'S AGREEMENT OR DISAGREEMENT WITH ANOTHER DOCTOR'S CERTIFICATION

19. Treating Doctor's Name and Degree

20. Treating Doctor's License Number and Jurisdiction

21. Treating Doctor's Phone & Fax #
(Ph)          (Fax)

22. [ ] I AGREE / [ ] I DISAGREE with the certifying doctor's certification of MMI.

23. [ ] I AGREE / [ ] I DISAGREE with the certifying doctor's finding of no impairment.
OR
[ ] I AGREE / [ ] I DISAGREE with the impairment rating assigned by the certifying doctor.

24. I understand that making a misrepresentation about a workers' compensation claim is a crime that can result in fines and/or imprisonment.

Signature of Treating Doctor: _____     Date: _____

16

TWCC 69 (Rev. 01/2002)          Rule 130.1          TEXAS WORKERS' COMPENSATION COMMISSION

Employee - You are required to report your injury to your employer within 30 days. If your employer has workers' compensation insurance. You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office or 1(800)-252-7031.

Trabajador - Es necesario que usted reporte su lesión a su empleador dentro de 30 días a partir del día en que se lesionó, si su empleador tiene seguro de compensación para trabajadores, la Comisión Tejana de Compensación para Trabajadores le ofrece asistencia gratuita, también puede que usted tenga derecho a ciertos beneficios médicos y monetarios. Para mayor información llame a la oficina local de la Comisión 1-800-252-7031



# TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

## PART I: GENERAL INFORMATION

5. Doctor's Name and Degree
DR. ABRAHAM CANO, M.D.

(for transmission purposes only)          Date Being Sent

1. Injured Employee's Name
Hochreuter Rogelio

6. Clinic/Facility Name
ED CAREY DR FAMILY MED CTR

7. Employer's Name
Act Carriers

2. Date of Injury   3. Social Security Number
1-16-03

7. Clinic/Facility/Doctor Phone & Fax
(956) 425-9181 (956) 425-1262

Employer's Fax # or Email Address (if known)
797-3547

4. Employee's Description of Injury/Accident

8. Clinic/Facility/Doctor Address (street address)
2401 ED CAREY DR. SUITE A

Insurance Carrier

City    State   Zip
HARLINGEN, TEXAS  78550

Carrier's Fax # or Email Address (if known)

## PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury:

[X] (a)  will allow the employee to return to work as of 1/27/03 (date) without restrictions.

[ ] (b)  will allow the employee to return to work as of _____ (date) with the restrictions identified in PART III, which are expected to last through _____ (date).

[ ] (c)  is such that the employee is/has been restricted from all work as of _____ (date) which is expected to last through _____ (date). The following describes how this injury prevents the employee from returning to work:

## PART III: ACTIVITY RESTRICTIONS* (REQUIRED IF BOX 13(b) IS CHECKED)

**14. POSTURE RESTRICTIONS (If any):**

Max Hours per day:  0 2 4 6 8  Other

| | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Standing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Sitting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Kneeling/Squatting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Bending/Stooping | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Pushing/Pulling | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Twisting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | | ☐ | ☐ | ☐ | ☐ | ___ |

**15. RESTRICTIONS SPECIFIC TO (If applicable):**

☐ L Hand/Wrist    ☐ R Hand/Wrist
☐ L Arm    ☐ R Arm    ☐ Neck
☐ L Leg    ☐ R Leg    ☐ Back
☐ L Foot/Ankle    ☐ R Foot/Ankle
☐ Other:

**16. OTHER RESTRICTIONS (If any):**

**17. MOTION RESTRICTIONS (If any):**

Max Hours per day:  0 2 4 6 8  Other

| | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Walking | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Climbing stairs/ladders | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Grasping/Squeezing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Wrist flexion/extension | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Overhead Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Keyboarding | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

**18. LIFT/CARRY RESTRICTIONS (If any):**

☐ May not lift/carry objects more than _____ for more than _____ hours per day

☐ May not perform any lifting/carrying

☐ Other:

**19. MISC. RESTRICTIONS (If any):**

☐ Max hours per day of work: _____
☐ Sit/Stretch breaks of _____ per _____
☐ Must wear splint/cast at work
☐ Must use crutches at all times
☐ No driving/operating heavy equipment
☐ Can only drive automatic transmission
☐ No work / ☐ _____ hours/day work:
    ☐ In extreme hot/cold environments
    ☐ at heights or on scaffolding
☐ Must keep _____:
    ☐ Elevated    ☐ Clean & Dry
☐ No skin contact with: _____
☐ Dressing changes necessary at work
☐ No Running

**20. MEDICATION RESTRICTIONS (If any):**

☐ Must take prescription medication(s)
☐ Advised to take over-the-counter meds
☐ Medication may make drowsy (possible safety/driving issues)

* These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

## PART IV: DIAGNOSIS/FOLLOW-UP INFORMATION

21. Work Injury Diagnosis Information:

22. Expected Follow-up Services Include:

☐ Evaluation by the treating doctor on _____ (date) at ___ : ___ am/pm
☐ Referral to/Consult with _____ on _____ (date) at ___ : ___ am/pm
☐ Physical medicine ___ X per week for ___ weeks starting on _____ (date) at ___ : ___ am/pm
☐ Special studies (list): _____ on _____ (date) at ___ : ___ am/pm
[X] None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

Date /Time of Visit

Discharge Time

EMPLOYEE'S SIGNATURE

DOCTOR'S SIGNATURE

Visit Type:
☐ Initial
[X] Follow-up

Role of Doctor
☐ Designated doctor
☐ Carrier-selected RME
☐ TWCC-selected RME

[X] Treating doctor
☐ Referral doctor
☐ Consulting doctor
☐ Other doctor

DOB _____ MALE FEMALE NEW ESTABLISHED NI _____ TI _____ NO _____ TO _____

NAME: Rodriguez, Rogelio    DATE MAR 21 2003    PRIV  WC /MVA  MCR  MCD  MM  CSH

AGE 43  B/P 139/90  HT 66"  WT 231  TEMP _____  PULSE _____  ALLERGIES None

**PREVIOUS DX:**

EX: Flu to Fracture Rib Rt Side. 1-2 on pn scale complaining more about Rt shoulder "soreness"

43 year old male involved in MVA 7-16-03 w/ fractures to ribs & head injury. Married 4 children working for R+L Carriers x 2 years. (mother w/ DmII) HABITS-DRINKS Ø SMOKES Ø DRUGS Ø DIET Ø EXERCISE Ø

father deceased in unknown causes. Surgery to sinus + Rt eye in 2001. Truck driver x 2 yrs.

IMMUNIZATIONS CURRENT AS PER HISTORY GIVEN BY PATIENT    MAR 21 2003

**ROS**

| | |
|---|---|
| HEAD | |
| EYES | |
| EARS | |
| NOSE & THROAT | |
| NECK | |
| BREASTS | |
| CARDIO-RESP | |
| GASTRO-INTES | |
| GENITO-URINARY | |
| MUSCULO-SKELETAL | |
| NEURO | |
| SKIN | |

(8) GASTROINTESTINAL  NL  ABN  NE
VERY LARGE  TENDER  SEE DRAWING

(10) SKIN  NL  ABN  NE
FINAILS DEF  TNAILS DEF  TAGS TO NECK
MULTIMOLES  FACE  BODY
PALE  DIFF  PURPURA TO EXT
RASH  MACULAR  PAPULAR  ERYTHEMA
PRURITAS  ERUPTIONS  SCALES  OTHER

(11) NEUROLOGY  NL  ABN  NE
RHOMBERG  GAIT  SPEECH
PARALYSES OR WEAK TO

(12) GENITO URINARY MALE  NL  ABN  NE
PENIS  SCROTUM  TESTICLES
PROSTATE SIZE  MASS
ANUS  GUIAC  OTHER

(13) GENITO URINARY FEMALE  NL  ABN  NE
PAP DONE
DISCHARGE  OTHER

**LAB/X-RAYS/REFERR.**
___FASTING ___HRS
___SMAC 12
___CBC W/DIFF
___URINALYSIS

___T-CHOL
___TSH
___PSA
___URIC ACID
___GUIAC
___FBS
___HgA1C
___LYTES
___LIPID PANEL
___HEPATIC PANEL
___BUN/CREAT
___AST/ALT
___H-PYLORI

___EKG
___CHEST X-RAY
___HOLTER
___STREP TEST
___TYMPANOMETRY
___GLUCOMETER
___SED RATE
___BREATHING RX

___DEPO MED 80MG
___ROBAXIN 5MG
___NUBAINE 10MG

**PHYSICAL EXAM**
GENERAL APPEARANCE ✓  HEALTHY ___UNHEALTHY
___CANE
___WALKER
___W/CHAIR
___ACUTELY ILL  EL  NL  OW  GG

(1) EYES  NL  ABN  NE
GLASSES  CONTACTS  IMPLANTS
EAR  PERRLA  MATD/BRICK
ERYTH & SWELLING TO SCLERA TO CONJ
PTERIGIUMS  OTHER

(2) EARS, NOSE, THROAT  NL  ABN  NE
NOSE  CONG  RUNNING
PHAR/THROAT-ERYTH-PAIN-TENDER-SWOLLEN
TM's  ERYTH  DULL  CANALS  CERUMEN
TENDER SINUSES  SWOLLEN
POOR DENTAL/MULT CARIES  FEW/NO TEETH
TONGUE-DIRTY & COATED  DRY ORAL MUCOSA
DENTURES/PARTIALS  OTHER

(3) NECK  NL  ABN  NE  GOITER  ADEN

(4) LYMPHATIC  NL  ABN  NE
___TENDER-ANTERIOR NECK ADENOPATHY

(5) PULMONARY  NL  ABN  NE
___DRY COUGH  CONG/COUGH  WHEEZY COUGH
___RALES  BRONCHI  WHEEZING  OTHER

(6) CARDIOVASCULAR  NL  ABN  NE
___A.FIB-IRREG/IRREG (RATE)
___REG W/OCC AS PAUSE (RATE)
___SYS. MURMUR  DECREASED PULSES TO LOW EXT.

(7) MUSCULOSKELETAL  NL  ABN  NE
___THORACIC KYPHOSIS  TENDER/PAINFUL AREAS
___SEE DRAWING  OTHER

- Full ROM of Rt shoulder
- No numbness or tingling
4 weeks

(9) LOWER EXT.  NL  ABN  NE
___VARICOSE VEINS  EDEMA

(14) BREAST EXAM  NL  ABN  NE
OTHER

(15) PSYCHIATRIC  NL  ABN  NE
ANGER  STRESSED  DEPRESSED
INSOMNIA  CRYING/TEARFUL
OTHER

DX (1) Rt chest/ribs pn — resolving

(2) Rt shoulder pn — muscular

**ASSESSMENT**

AND STABLE W/ABOVE MENTIONED MEDICAL PROBLEMS

PLAN (1) Cont meds as prescribed
(2) cont log duty
(3) RTC in 30d — if resolved, released.

**SURGICAL PROCEDURE**
REFERRAL TO _____

RTC 30d    WORK    REST    ( ) SEE TWCC 73

DISCUSSED MEDS. & MED PROBLEMS W/PAT
REFERRED PATIENT TO _____

___THERAPY
✓ REFILL SAME MEDICATIONS & DISCUSS W/PAT
___NEW MEDICATIONS & DISCUSS W/PAT
___REVIEWED LAB/X-RAYS/TESTS ETC. W/PAT

18

20

employee - You are required to report your injury to your employer within 30
days if your employer has workers' compensation insurance. You have the
right to free assistance from the Texas Workers' Compensation Commission
and may be entitled to certain medical and income benefits. For further
formation call your local Commission field office or 1(800)-252-7031.

Trabajador - Es necesario que usted reporte su lesión a su empleador dentro de 30 días a
partir del día en que se lesionó, si su empleador tiene seguro de compensación para
trabajadores. la Comisión Tejana de Compensación para Trabajadores le ofrece asistencia
gratuita, también puede que usted tenga derecho a ciertos beneficios médicos y monetarios.
Para mayor información llame a la oficina local de la Comisión 1-800-252-7031.



# TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

## PART I: GENERAL INFORMATION

| | |
|---|---|
| **1. Injured Employee's Name** Rodriguez Rogelio | **5. Doctor's Name and Degree** DR. ABRAHAM CANO, M.D. |
| **2. Date of Injury** 1-16-03   **3. Social Security Number** | **6. Clinic/Facility Name** ED CAREY DR FAMILY MED CTR |
| | **7. Clinic/Facility/Doctor Phone & Fax** (956) 425-9181 (956) 425-1262 |
| **4. Employee's Description of Injury/Accident** Rt # Rib chest Fracture | **8. Clinic/Facility/Doctor Address** (street address) 2401 ED CAREY DR. SUITE A  City HARLINGEN, State TEXAS Zip 78550 |

(for transmission purposes only)  **Date Being Sent** MAR 2 7 2003

**Employer's Name** R&L Carriers
**Employer's Fax # or Email Address (if known)** 797-3347
**Insurance Carrier**
**Carrier's Fax # or Email Address (if known)**

## PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury:

[X] (a) will allow the employee to return to work as of 3-21-03 (date) **without restrictions**.

[ ] (b) will allow the employee to return to work as of _____ (date) **with the restrictions** identified in PART III, which are expected to last through _____ (date).

[ ] (c) is such that the employee is/has been restricted from all work as of _____ (date) which is expected to last through _____ (date). The following describes how this injury prevents the employee from returning to work:

## PART III: ACTIVITY RESTRICTIONS* (REQUIRED IF BOX 13(b) IS CHECKED)

**14. POSTURE RESTRICTIONS (if any):**

Max Hours per day: 0 2 4 6 8 Other
- Standing ☐☐☐☐☐ __
- Sitting ☐☐☐☐☐ __
- Kneeling/Squatting ☐☐☐☐☐ __
- Bending/Stooping ☐☐☐☐☐ __
- Pushing/Pulling ☐☐☐☐☐ __
- Twisting ☐☐☐☐☐ __
- Other: ☐☐☐☐☐ __

**15. RESTRICTIONS SPECIFIC TO (if applicable):**
- ☐ L Hand/Wrist  ☐ R Hand/Wrist
- ☐ L Arm  ☐ R Arm  ☐ Neck
- ☐ L Leg  ☐ R Leg  ☐ Back
- ☐ L Foot/Ankle  ☐ R Foot/Ankle
- ☐ Other: _____

**16. OTHER RESTRICTIONS (if any):**
Return to Regular Duty 3-21-03

**17. MOTION RESTRICTIONS (if any):**

Max Hours per day: 0 2 4 6 8 Other
- Walking ☐☐☐☐☐ __
- Climbing stairs/ladders ☐☐☐☐☐ __
- Grasping/Squeezing ☐☐☐☐☐ __
- Wrist flexion/extension ☐☐☐☐☐ __
- Reaching ☐☐☐☐☐ __
- Overhead Reaching ☐☐☐☐☐ __
- Keyboarding ☐☐☐☐☐ __
- Other: ☐☐☐☐☐ __

**18. LIFT/CARRY RESTRICTIONS (if any):**
- ☐ May not lift/carry objects more than _____ for more than _____ hours per day
- ☐ May not perform any lifting/carrying
- ☐ Other: _____

**19. MISC. RESTRICTIONS (if any):**
- ☐ Max hours per day of work: _____
- ☐ Sit/Stretch breaks of _____ per _____
- ☐ Must wear splint/cast at work
- ☐ Must use crutches at all times
- ☐ No driving/operating heavy equipment
- ☐ Can only drive automatic transmission
- ☐ No work / ☐ _____ hours/day work:
  - ☐ in extreme hot/cold environments
  - ☐ at heights or on scaffolding
- ☐ Must keep _____
  - ☐ Elevated  ☐ Clean & Dry
- ☐ No skin contact with: _____
- ☐ Dressing changes necessary at work
- ☐ No Running

**20. MEDICATION RESTRICTIONS (if any):**
- ☐ Must take prescription medication(s)
- ☐ Advised to take over-the-counter meds
- ☐ Medication may make drowsy (possible safety/driving issues)

* These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

## PART IV: DIAGNOSIS/FOLLOW-UP INFORMATION

**21. Work Injury Diagnosis Information:** Rt Rib-chest Fracture

**22. Expected Follow-up Services Include:** 30 Days
- ☐ Evaluation by the treating doctor on 4-19-03 (date) at 3:45 am/pm
- ☐ Referral to/Consult with _____ on _____ (date) at __:__ am/pm
- ☐ Physical medicine ___ X per week for ___ weeks starting on _____ (date) at __:__ am/pm
- ☐ Special studies (list): _____ on _____ (date) at __:__ am/pm
- ☐ None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

| | EMPLOYEE'S SIGNATURE | DOCTOR'S SIGNATURE | Visit Type: | Role of Doctor: | |
|---|---|---|---|---|---|
| Date/Time of Visit 3/27/03 Discharge/Time 3/27/03 | Rog Rodriguez | [signature] | ☐ Initial [X] Follow-up | ☐ Designated doctor ☐ Carrier-selected RME ☐ TWCC-selected RME | [X] Treating doctor ☐ Referral doctor ☐ Consulting doctor ☐ Other doctor. |

Employee - You are required to report your injury to your employer within 30 days if your employer has workers' compensation insurance. You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office or 1(800)-252-7031.

Trabajador - Es necesario que usted reporte su lesión a su empleador dentro de 30 días a partir del día en que se lesionó, si su empleador tiene seguro de compensación para trabajadores. La Comisión Tejana de Compensación para Trabajadores le ofrece asistencia gratuita, también puede que usted tenga derecho a ciertos beneficios médicos y monetarios. Para mayor información llame a la oficina local de la Comisión 1-800-252-7031.



# TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

## PART I: GENERAL INFORMATION

| | |
|---|---|
| 1. Injured Employee's Name **Rodriquez Rogelio** | 5. Doctor's Name and Degree **DR. ABRAHAM CANO, M.D.** |
| 2. Date of Injury **1-16-03**  3. Social Security Number | 6. Clinic/Facility Name **ED CAREY DR FAMILY MED CTR** |
| 4. Employee's Description of Injury/Accident **Rogelio Rodriquez Rt Rib - Chest fracture** | 7. Clinic/Facility/Doctor Phone & Fax **(956) 425-9181 (956) 425-1262** |
| | 8. Clinic/Facility/Doctor Address (street address) **2401 ED CAREY DR. SUITE A** |
| | City **HARLINGEN,** State **TEXAS** Zip **78550** |

(for transmission purposes only) — Date Being Sent **FEB 2 8 2003**

Employer's Name **R & L Carriers**

Employer's Fax # or Email Address (if known) **797-3347**

Insurance Carrier

Carrier's Fax # or Email Address (if known)

## PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury:

[X] (a)  will allow the employee to return to work as of **2-28-03** (date) **without restrictions.**

[ ] (b)  will allow the employee to return to work as of _____ (date) **with the restrictions** identified in PART III, which are expected to last through _____ (date).

[ ] (c)  is such that the employee is/has been restricted from all work as of _____ (date) which is expected to last through _____ (date). The following describes how this injury prevents the employee from returning to work:

## PART III: ACTIVITY RESTRICTIONS* (REQUIRED IF BOX 13(b) IS CHECKED)

**14. POSTURE RESTRICTIONS (if any):**

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Standing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Sitting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Kneeling/Squatting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Bending/Stooping | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Pushing/Pulling | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Twisting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

**15. RESTRICTIONS SPECIFIC TO: (if applicable):**

| | |
|---|---|
| ☐ L Hand/Wrist | ☐ R Hand/Wrist |
| ☐ L Arm | ☐ R Arm  ☐ Neck |
| ☐ L Leg | ☐ R Leg  ☐ Back |
| ☐ L Foot/Ankle | ☐ R Foot/Ankle |
| ☐ Other: | |

**16. OTHER RESTRICTIONS (if any):** **Return to Regular work 2-28-03**

**17. MOTION RESTRICTIONS (if any):**

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Walking | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Climbing stairs/ladders | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Grasping/Squeezing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Wrist flexion/extension | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Overhead Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Keyboarding | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

**18. LIFT/CARRY RESTRICTIONS (if any):**

☐ May not lift/carry objects more than _____ for more than _____ hours per day

☐ May not perform any lifting/carrying

☐ Other: _____

**19. MISC. RESTRICTIONS (if any):**

☐ Max hours per day of work: _____
☐ Sit/Stretch breaks of _____ per _____
☐ Must wear splint/cast at work
☐ Must use crutches at all times
☐ No driving/operating heavy equipment
☐ Can only drive automatic transmission
☐ No work / ☐ _____ hours/day work:
  ☐ in extreme hot/cold environments
  ☐ at heights or on scaffolding
☐ Must keep _____
  ☐ Elevated  ☐ Clean & Dry
☐ No skin contact with: _____
☐ Dressing changes necessary at work
☐ No Running

**20. MEDICATION RESTRICTIONS (if any):**

☐ Must take prescription medication(s)
☐ Advised to take over-the-counter meds
☐ Medication may make drowsy (possible safety/driving issues)

* These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

## PART IV: DIAGNOSIS/FOLLOW-UP INFORMATION

**21. Work Injury Diagnosis Information:** **Rt Rib - Chest fracture**

**22.** Expected Follow-up Services include: **2 wks**

☐ Evaluation by the treating doctor on **3-19-03** (date) at **9 : 00** am/pm
☐ Referral to/Consult with _____ on _____ (date) at ___ : ___ am/pm
☐ Physical medicine ___ X per week for ___ weeks starting on _____ (date) at ___ : ___ am/pm
☐ Special studies (list): _____ on _____ (date) at ___ : ___ am/pm
☐ None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

| Date / Time of Visit **2-28-03** | EMPLOYEE'S SIGNATURE | DOCTOR'S SIGNATURE | Visit Type: | Role of Doctor: | |
|---|---|---|---|---|---|
| Discharge Time **8:45** | | | ☐ Initial  ☐ Follow-up | ☐ Designated doctor  ☐ Carrier-selected RME  ☐ TWCC-selected RME | ☒ Treating doctor  ☐ Referral doctor  ☐ Consulting doctor  ☐ Other doctor |

TWCC 73 (Rev.06/00)    Rule 129.5    TEXAS WORKERS' COMPENSATION COMMISSION

20

ALT □  DOB ▓▓▓▓  (MALE) FEMALE  NEW □ ESTABLISHED ☑  NI _T_ TI_ 8-50 NO_____ TO_____

NAME: _Rodriguez Rogelio_  DATE FEB 2 8 2003  PRIV __ WC __ MVA __ MCR __ MCD __ MM __ CSH

AGE _43_  B/P _____  HT _6'1"_  WT _230_  TEMP _____  PULSE _____  ALLERGIES _None_

**PREVIOUS DX:**

**SUBJECTIVE**

EXG: _Flu to a rib fracture states he is feeling better but every now he has a sharp pain to that area c/o shoulder pain. S/P inj. Req work doing ok_

_New c/o pain to Lt foot trapezius_

"Year old male involved in MVA 1-16-03 x lbs
+ head injury named 4 finder
working for RTC x 2yrs
brother of Dr. ? father deceased
unknown causes. Surgery to sinus
+ R eye in 303 Truck driver x
2 yrs."

**ROS**

HEAD _____
EYES _____
EARS _____
NOSE & THROAT _____
NECK _____
BREASTS _____
CARDIO-RESP _____
GASTRO-INTES _____
GENITO-URINARY _____
MUSCULO-SKELETAL _____
NEURO _____
OTHER _____

**OBJECTIVE**

PHYSICAL EXAM
GENERAL APPEARANCE ✓ HEALTHY ___ UNHEALTHY
___ CANE ___ TL
___ WALKER ___ CL
___ W/CHAIR ___ SM
___ ACUTELY ILL  SL NL OW OO

(1)EYES ✓ NL ___ ABN ___ NE
___ GLASSES ___ CONTACTS ___ IMPLANTS
___ BAS ___ DEF/NFILS ___ MAT/DISCH
___ ERYTH & SWELLING TO SCLERA TO CONJ
___ PTERIGORIUM ___ OTHER

(2)EARS, NOSE, THROAT ✓ NL ___ ABN ___ NE
___ NOSE ___ CONG ___ RUNNING
___ PHAR/THROAT-ERYTH-PAIN-TENDER-SWOLLEN
___ TM'S ___ ERYTH ___ DULL ___ CANALS ___ CERUMEN
___ TENDER SINUSES ___ SWOLLEN
___ POOR DENTAL WAX/LT CARIES ___ FEW/NO TEETH
___ TONGUE-DIRTY & COATED ___ DRY ORAL MUCOSA
___ DENTURES/PARTIALS ___ OTHER

(3)NECK ✓ NL ___ ABN ___ NE ___ GOITER ___ ADEN

(4)LYMPHATIC ✓ NL ___ ABN ___ NE
___ TENDER-ANTERIOR NECK ADENOPATHY

(5)PULMONARY ✓ NL ___ ABN ___ NE
___ DRY COUGH ___ CONG/COUGH ___ WHEEZY COUGH
___ RALES ___ RHONCHI ___ WHEEZING ___ OTHER

(6)CARDIOVASCULAR ✓ NL ___ ABN ___ NE
___ A.FIB-IRREG/IRREG (RATE)
___ IRREG W/OCCAS PAUSE (RATE)
___ SYS. MURMUR ___ DECREASED PULSES TO LOW EXT.

(7)MUSCULOSKELETAL ___ NL ___ ABN ___ NE
___ THORACIC KYPHOSIS ___ TENDER/PAINFUL AREAS
___ SEE DRAWING ___ OTHER

_improved still_
_tender_
_w/respiration_

(FLOWER EXT. ___ NL ___ ABN ___ NE
___ VARICOSE VEINS ___ EDEMA

(9)GASTROINTESTINAL ___ NL ___ ABN ___ NE
___ VERY LARGE ___ TENDER ___ SEE DRAWING

(10)SKIN ✓ NL ___ ABN ___ NE
___ NAILS DEF ___ T/NAILS DEF ___ TAGS TO NECK
___ MULT/MOLES ___ FACE ___ BODY
___ PALE ___ DRY ___ PURPURA TO EXT
___ RASH ___ MACULAR ___ PAPULAR ___ ERYTHEMA
___ PRURITAS ___ ERUPTIONS ___ SCALES ___ OTHER

(11)NEUROLOGY ___ NL ___ ABN ___ NE
___ RHOMBERG ___ GAIT ___ SPEECH
___ PARALYSIS & OR WEAK TO

(12)GENITO URINARY MALE ___ NL ___ ABN ___ NE
___ PENIS ___ SCROTUM ___ TESTICLES
___ PROSTATE SIZE ___ MASS
___ ANUS ___ GUIAC ___ OTHER

(13)GENITO URINARY FEMALE ___ NL ___ ABN ___ NE
___ PAP DONE
___ DISCHARGE ___ OTHER

(14)BREAST EXAM ___ NL ___ ABN ___ NE
___ OTHER

(15)PSYCHIATRIC ___ NL ___ ABN ___ NE
___ ANXIOUS ___ STRESSED ___ DEPRESSED
___ INSOMNIA ___ CRYING/TEARFUL
___ OTHER

**ASSESSMENT**

DX ☑ _Improved_
_Resolving_
_c/o Shoulder pain_

_Lt foot trapezius muscle_

**LAB/X-RAYS/REFES**

___ FASTING ___ HR
___ SMAC 12
___ CBC W/DIFF
___ URINALYSIS

___ T-CHOL
___ TSH
___ PSA
___ URIC ACID
___ GUIAC
___ FBS
___ HgA1C
___ LYTES
___ LIPID PANEL
___ HEPATIC PANEL
___ BUN/CREAT
___ AST/ALT
___ H-PYLORI

___ EKG
___ CHEST X-RAY
___ HOLTER
___ STREP TEST
___ TYMPANOMETRY
___ GLUCOMETER
___ SED RATE
___ BREATHING RX

___ DEPO MED 80MG
___ ROBAXIN 5MG
___ NUBAINE 10MG

SURGICAL PROCEDURE _____
REFERRAL TO _____

AND STABLE W/ABOVE MENTIONED MEDICAL PROBLEMS

**PLAN** (1) _Std - File_
(2) _Motrin 600 Td 50_
(3) _Flexeril ? ___ tid a bed_

RTC _2 wk_ WORK _____  REST _____ ☑ SEE TWCC 73

___ THERAPY
☑ REFILL SAME MEDICATIONS & DISCUSS W/PAT
☑ NEW MEDICATIONS & DISCUSS W/PAT
___ REVIEWED LAB/X-RAYS/TESTS ETC. W/PAT

DISCUSSED MEDS. & MED PROBLEMS W/PAT
REFERRED PATIENT TO _____

21

_2-28-__ ___ ___ __ m.r._

ACCT _____ DOB _____ MALE/FEMALE NEW ESTABLISHED NPID ____ TI 4140 NC 17 TO ____

NAME: Rodriguez, Rogelio     DATE FEB 14 2003     PRIV WC/ MVA MCR MCD MM CSH

AGE 43  B/P 120/80  HT 66"  WT 229  TEMP ____  PULSE ____  ALLERGIES Ø

**SUBJECTIVE**

Hx: Fll to Rib fracture states he feels the same. Has soreness. Sneezing + cough → pain doing some work ∈ pain. Rt Side sleep → pain

43 year old male involved in MVA 1-16-03 w/ fx ribs Ø + head injury, married 4 children.

working for RFL x 2 years the last 6 mo. father deceased unknown causes.

HABITS — DRINKS Ø  SMOKES Ø  DRUGS Ø  DIET ____  EXERCISE ✓

IMMUNIZATIONS CURRENT AS PER HISTORY GIVEN BY PATIENT

ROS
HEAD
EYES
EARS
NOSE & THROAT
NECK
BREASTS
CARDIO-RESP
GASTRO-INTES
GENITO-URINARY
MUSCULO-SKELETAL
NEURO
SKIN

(9)GASTROINTESTINAL ___ NL ___ ABN ___ NE
VERY LARGE ___ TENDER ___ SEE DRAWING

(10)SKIN ✓ NL ___ ABN ___ NE
F/NAILS DEF ___ T/NAILS DEF ___ TAGS TO NECK
MULTI MOLES ___ FACE ___ BODY
PALE ___ DRY ___ PURPURA TO EXT
RASH ___ MACULAR ___ PAPULAR ___ ERYTHEMA
PRURITAS ___ ERUPTIONS ___ SCALES ___ OTHER

(11)NEUROLOGY ___ NL ___ ABN ___ NE
RHOMBERG ___ GAIT ___ SPEECH
PARALYSIS & OR WEAK TO

(12)GENITO URINARY MALE ___ NL ___ ABN ___ NE
PENIS ___ SCROTUM ___ TESTICLES
PROSTATE SIZE ___ MASS
ANUS ___ GUIAC ___ OTHER

(13)GENITO URINARY FEMALE ___ NL ___ ABN ___ NE
PAP SMEAR
DISCHARGE ___ OTHER

(14)BREAST EXAM ___ NL ___ ABN ___ NE
OTHER

(15)PSYCHIATRIC ___ NL ___ ABN ✓ NE
ANXIOUS ___ STRESSED ___ DEPRESSED
INSOMNIA ___ CRYING/TEARFUL
OTHER

**OBJECTIVE**

PHYSICAL EXAM
GENERAL APPEARANCE ___ HEALTHY ___ UNHEALTHY
CANE ___ NT
WALKER ___ NL
W/CHAIR ___ BD
ACUTELY ILL ___ SL NL (OW) GO

(1)EYES ✓ NL ___ ABN ___ NE
GLASSES ___ CONTACTS ___ IMPLANTS
PAS ___ DEF PUPILS ___ MATURE/BOX
ERYTH & SWELLING TO SCLERA TO CONJ
PTERGIUMS ___ OTHER

(2)EARS, NOSE, THROAT ___ NL ___ ABN ___ NE
NOSE ___ CONG ___ RUNNING
PHAR/THROAT-ERYTH-PAIN-TENDER-SWOLLEN
TM'S ___ ERYTH ___ DULL ___ CANALS ___ CERUMEN
TENDER SINUSES ___ SWOLLEN
POOR DENTAL/VAULT CARIES ___ FEW/NO TEETH
TONGUE-DIRTY & COATED ___ DRY ORAL MUCOSA
DENTURES/PARTIALS ___ OTHER

(3)NECK ✓ NL ___ ABN ___ NE ___ GOITER ___ ADEN

(4)LYMPHATIC ✓ NL ___ ABN ___ NE
TENDER-ANTERIOR NECK ADENOPATHY

(5)PULMONARY ✓ NL ___ ABN ___ NE
DRY COUGH ___ CONG/COUGH ___ WHEEZY COUGH
RALES ___ RHONCHI ___ WHEEZING ___ OTHER

(6)CARDIOVASCULAR ✓ NL ___ ABN ___ NE
A.FIB-IRREG/IRREG (RATE)
REREG W/OCCAS PAUSE (RATE)
SYS. MURMUR ___ DECREASED PULSES TO LOW EXT.

(7)MUSCULOSKELETAL ___ NL ✓ ABN ___ NE
THORACIC KYPHOSIS ✓ TENDER/PAINFUL AREAS
✗ SEE DRAWING

Slow improve

(8)LOWER EXT. ✓ NL ___ ABN ___ NE
VARICOSE VEINS ___ EDEMA

LAB/X-RAYS/REFERRA
___ FASTING ___ HRS
___ SMAC 12
___ CBC W/DIFF
___ URINALYSIS

___ T-CHOL
___ TSH
___ PSA
___ URIC ACID
___ GUIAC
___ FBS
___ HgA1C
___ LYTES
___ LIPID PANEL
___ HEPATIC PANEL
___ BUN/CREAT
___ AST/ALT
___ H-PYLORI

___ EKG
___ CHEST X-RAY
___ HOLTER
___ STREP TEST
___ TYMPANOMETRY
___ GLUCOMETER
___ SED RATE
___ BREATHING RX

___ DEPO MED 80MG
___ ROBAXIN 5MG
___ NUBAINE 10MG

SURGICAL PROCEDURE
REFERRAL TO _____

**ASSESSMENT**

DX Pain forest
— Slow improv

_____ AND STABLE W/ABOVE MENTIONED MEDICAL PROBLEMS

PLAN O log work X 2 wk

RTC 2 wk  **WORK** _____  **REST** _____ (✓) SEE TWCC 7

DISCUSSED MEDS. & MED PROBLEMS W/PAT
REFERRED PATIENT TO _____

___ THERAPY
✓ REFILL SAME MEDICATIONS & DISCUSS W/PAT
___ NEW MEDICATIONS & DISCUSS W/PAT
___ REVIEWED LAB/X-RAYS/TESTS ETC. W/PAT

2-17-3 B

22

24

Employee - You are required to report your injury to your employer within 30 days if your employer has workers' compensation insurance. You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office or 1(800)-252-7031.

Trabajador - Es necesario que usted reporte su lesión a su empleador dentro de 30 días a partir del día en que se lesionó, si su empleador tiene seguro de compensación para trabajadores, la Comisión Tejana de Compensación para Trabajadores le ofrece asistencia gratuita, también puede que usted tenga derecho a ciertos beneficios médicos y monetarios. Para mayor información llame a la oficina local de la Comisión 1-800-252-7031



# TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

## PART I: GENERAL INFORMATION

| | |
|---|---|
| **5. Doctor's Name and Degree** | DR. ABRAHAM CANO, M.D. |
| **1. Injured Employee's Name** Rodriguez Rogelio | **6. Clinic/Facility Name** ED CAREY DR FAMILY MED CTR |
| **2. Date of Injury** 4-10-03 **3. Social Security Number** | **7. Clinic/Facility/Doctor Phone & Fax** (956) 425-9181 (956) 425-1262 |
| **4. Employee's Description of Injury/Accident** Rt Reb-Chest fracture | **8. Clinic/Facility/Doctor Address (street address)** 2401 ED CAREY DR. SUITE A |
| | **City** HARLINGEN, **State** TEXAS **Zip** 78550 |

(for transmission purposes only) **Date Being Sent** FEB 1 4 2003

**Employer's Name** RCI Carriers

**Employer's Fax # or Email Address (if known)** 797-3347

**Insurance Carrier**

**Carrier's Fax # or Email Address (if known)**

## PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury:

☒ (a) will allow the employee to return to work as of 1/14/07 (date) **without restrictions**.

☒ (b) will allow the employee to return to work as of 2-14-03 (date) **with the restrictions** identified in PART III, which are expected to last through 2 wks (date).

☐ (c) is such that the employee is/has been restricted from all work as of _____ (date) which is expected to last through _____ (date). The following describes how this injury prevents the employee from returning to work:

## PART III: ACTIVITY RESTRICTIONS* (REQUIRED IF BOX 13(b) IS CHECKED)

**14. POSTURE RESTRICTIONS (If any):**

Max Hours per day:  0 2 4 6 8 Other

| | |
|---|---|
| Standing | ☐ ☐ ☐ ☐ ☐ ☐ |
| Sitting | ☐ ☐ ☐ ☐ ☐ ☐ |
| Kneeling/Squatting | ☐ ☐ ☐ ☐ ☐ ☐ |
| Bending/Stooping | ☐ ☐ ☐ ☐ ☐ ☐ |
| Pushing/Pulling | ☐ ☐ ☐ ☐ ☐ ☐ |
| Twisting | ☐ ☐ ☐ ☐ ☐ ☐ |
| Other: | ☐ ☐ ☐ ☐ ☐ ☐ |

**15. RESTRICTIONS SPECIFIC TO (If applicable):**

☐ L Hand/Wrist   ☐ R Hand/Wrist
☐ L Arm   ☐ R Arm   ☐ Neck
☐ L Leg   ☐ R Leg   ☐ Back
☐ L Foot/Ankle   ☐ R Foot/Ankle
☐ Other: _____

**16. OTHER RESTRICTIONS (If any):**
Returned to light duty No heavy lifting may drive

* These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

**17. MOTION RESTRICTIONS (If any):**

Max Hours per day:  0 2 4 6 8 Other

| | |
|---|---|
| Walking | ☐ ☐ ☐ ☐ ☐ ☐ |
| Climbing stairs/ladders | ☐ ☐ ☐ ☐ ☐ ☐ |
| Grasping/Squeezing | ☐ ☐ ☐ ☐ ☐ ☐ |
| Wrist flexion/extension | ☐ ☐ ☐ ☐ ☐ ☐ |
| Reaching | ☐ ☐ ☐ ☐ ☐ ☐ |
| Overhead Reaching | ☐ ☐ ☐ ☐ ☐ ☐ |
| Keyboarding | ☐ ☐ ☐ ☐ ☐ ☐ |
| Other: | ☐ ☐ ☐ ☐ ☐ ☐ |

**18. LIFT/CARRY RESTRICTIONS (If any):**

☐ May not lift/carry objects more than _____ for more than _____ hours per day
☐ May not perform any lifting/carrying
☐ Other: _____

**19. MISC. RESTRICTIONS (If any):**

☐ Max hours per day of work: _____
☐ Sit/Stretch breaks of _____ per _____
☐ Must wear splint/cast at work
☐ Must use crutches at all times
☐ No driving/operating heavy equipment
☐ Can only drive automatic transmission
☐ No work / ☐ _____ hours/day work:
   ☐ in extreme hot/cold environments
   ☐ at heights or on scaffolding
☐ Must keep _____
   ☐ Elevated   ☐ Clean & Dry
☐ No skin contact with: _____
☐ Dressing changes necessary at work
☐ No Running

**20. MEDICATION RESTRICTIONS (If any):**

☐ Must take prescription medication(s)
☐ Advised to take over-the-counter meds
☐ Medication may make drowsy (possible safety/driving issues)

## PART IV: DIAGNOSIS/FOLLOW-UP INFORMATION

**21. Work Injury Diagnosis Information:**
Rt Reb-Chest fracture

**22. Expected Follow-up Services Include:**

☒ Evaluation by the treating doctor on 2-28-03 (date) at 9 : 45 am/pm
☐ Referral to/Consult with _____ on _____ (date) at ____ : ____ am/pm
☐ Physical medicine ___ X per week for ____ weeks starting on _____
☐ Special studies (list): _____ on _____ (date) at ____ : ____ am/pm
☐ None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

| Date/Time of Visit 7/14/03 9:40 Discharge Time 7/14/03 5:10 | EMPLOYEE'S SIGNATURE | DOCTOR'S SIGNATURE | Visit Type: ☐ Initial ☒ Follow-up | Role of Doctor: 23 ☒ Treating doctor ☐ Designated doctor ☐ Referral doctor ☐ Carrier-selected RME ☐ Consulting doctor ☐ TWCC-selected RME ☐ Other doctor |
|---|---|---|---|---|

ACCT _____ DOB _____ (MALE) FEMALE NEW (ESTABLISHED) NI 11/10 TI 11:20 NO 1-0 TO 1 C 15

NAME Rodriguez Rogelio   DATE FEB 07 2003   PRIV   WC   MVA   MCR   MCD   MM   CSH

AGE 43   B/P 120/80   HT 66"   WT 228   TEMP   PULSE   ALLERGIES Ø

PREVIOUS HX:

HX: Flu to Rib fracture states he is alright except for night time when he lies on the right side ⊘ dyspnea

- little pn ( pressure) w/ deep inspiration   (HABITS–DRINKS Ø SMOKES Ø DRUGS Ø EXERCISE Ø)
)) could not involved in MVA 1-16-03 w/ fx ribs   IMMUNIZATIONS CURRENT AS PER HISTORY GIVEN BY PATIENT
working mgr. married 4 children
resp for Rob & 2 years. mother
Dmother father deceased unknown
causes.

FEB 07 2003

**ROS**

HEAD _____

EYES _____

EARS _____

NOSE & THROAT _____

NECK _____

BREASTS _____

CARDIO-RESP _____

GASTRO-INTES _____

GENITO-URINARY _____

MUSCULO-SKELETAL _____

NEURO _____

SKIN _____

**PHYSICAL EXAM**

GENERAL APPEARANCE ✓ HEALTHY ___ UNHEALTHY
___ CANE   TI.
___ WALKER   (NL)
___ W.CHAIR   SL
___ ACUTELY ILL   SL, NL, (SW) GO

(1)EYES ✓ NL ___ ABN ___ NE
___ GLASSES ___ CONTACTS ___ IMPLANTS
___ BAS ___ DEL/PUPILS ___ MAT1/DISCH
___ ERYTH & SWELLING TO SCLERA TO CONJ
___ FIBEROHNMS ___ OTHER

(2)EARS, NOSE, THROAT ✓ NL ___ ABN ___ NE
___ NOSE ___ CONG ___ RUNNING
___ PHAR/THROAT-ERYTH-PAIN-TENDER-SWOLLEN
___ TM'S ___ ERYTH ___ DULL ___ CANALS ___ CERUMEN
___ TENDER SINUSES ___ SWOLLEN
___ POOR DENTAL W/MULT CARIES ___ FEW/NO TEETH
___ TONGUE-DEXT & COATED ___ DRY ORAL MUCOSA
___ DENTURES/PARTIALS ___ OTHER

(3)NECK ✓ NL ___ ABN ___ NE ___ GOITER ___ ADEN

(4)LYMPHATIC ✓ NL ___ ABN ___ NE
___ TENDER-ANTERIOR NECK ADENOPATHY

(5)PULMONARY ✓ NL ___ ABN ___ NE
___ DRY COUGH ___ CONG/COUGH ___ WHEEZY COUGH
___ RALES ___ RHONCHI ___ WHEEZING ___ OTHER

(6)CARDIOVASCULAR ✓ NL ___ ABN ___ NE
___ A-FIB-IRREG/IRREG (RATE)
___ IRREG W/OCCAS PAUSE (RATE)
___ SYS. MURMUR ___ DECREASED PULSES TO LOW EXT.

(7)MUSCULOSKELETAL ___ NL ✓ ABN ___ NE
___ THORACIC KYPHOSIS ✓ TENDER/PAINFUL AREAS
✓ SEE DRAWING ___ OTHER

Improved

(8)LOWER EXT ✓ NL ___ ABN ___ NE
___ VARICOSE VEINS ___ EDEMA

(9)GASTROINTESTINAL ___ NL ___ ABN ___ NE
___ VERY LARGE ___ TENDER ___ SEE DRAWING

(10)SKIN ✓ NL ___ ABN ___ NE
___ FINAILS DEF ___ TNAILS DEF ___ TAGS TO NECK
___ MULTI MOLES ___ FACE ___ BODY
___ PALE ___ DRY ___ PURPURA TO EXT
___ RASH ___ MACULAR ___ PAPULAR ___ ERYTHEMA
___ PRURITIAS ___ ERUPTIONS ___ SCALES ___ OTHER

(11)NEUROLOGY ___ NL ___ ABN ✓ NE
___ RHOMBERG ___ GAIT ___ SPEECH
___ PARALYSIS OR WEAK TO

(12)GENITO URINARY MALE ___ NL ___ ABN ✓ NE
___ PENIS ___ SCROTUM ___ TESTICLES
___ PROSTATE SIZE ___ MASS
___ ANUS ___ GUIAC ___ OTHER

(13)GENITO URINARY FEMALE ___ NL ___ ABN ✓ NE
___ PAP DONE
___ DISCHARGE ___ OTHER

(14)BREAST EXAM ___ NL ___ ABN ✓ NE
___ OTHER

(15)PSYCHIATRIC ___ NL ___ ABN ✓ NE
___ ANXIOUS ___ STRESSED ___ DEPRESSED
___ INSOMNIA ___ CRYING/TEARFUL
___ OTHER

DX ⊘ s/p rib fx-
Rt chest pn –
doing well

**LAB/X-RAYS/REFERRAL**

___ FASTING ___ HRS
___ SMAC 12
___ CBC W/DIFF
___ URINALYSIS

___ T-CHOL
___ TSH
___ PSA
___ URIC ACID
___ GUIAC
___ FBS
___ HgA1C
___ LYTES
___ LIPID PANEL
___ HEPATIC PANEL
___ BUN/CREAT
___ AST/ALT
___ H-PYLORI

___ EKG
✗ CHEST X-RAY
___ HOLTER
___ STREP TEST
___ TYMPANOMETRY
___ GLUCOMETER
___ SED RATE
___ BREATHING RX

___ DEPO MED 80MG
___ ROBAXIN 5MG
___ NUBAINE 10MG

SURGICAL PROCEDURE _____
REFERRAL TO _____

Chest X Ry

**ASSESSMENT**

✗ Chest x-ray = normal
no visible fx
movable fx's
healing well

___ AND STABLE W/ABOVE MENTIONED MEDICAL PROBLEMS

PLAN ① No heavy lifting
② cont meds as prescribed

RTC ___ Twk ___ WORK   REST   (✓) SEE TWCC 73

___ THERAPY _____
✓ REFILL SAME MEDICATIONS & DISCUSS W/PAT.
___ NEW MEDICATIONS & DISCUSS W/PAT
✓ REVIEWED LAB/X-RAYS/TESTS ETC. W/PAT

✓ DISCUSSED MEDS. & MED PROBLEMS W/PAT
REFERRED PATIENT TO _____   24

J. Ortega & Cas
2 7-03 Rev

**Employee** - You are required to report your injury to your employer within 30 days if your employer has workers' compensation insurance. You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office at 1(800)-252-7031.

**Trabajador** - Es necesario que usted reporte su lesión a su empleador dentro de 30 días a partir del día en que su lesión, si su seguro de compensación para trabajadores, la Comisión Tejana de Compensación para Trabajadores le ofrece asistencia gratuita, también puede usted tenga derecho a ciertos beneficios médicos y monetarios. Para mayor información llame a la oficina local de la Comisión 1-800-252-7031.



# TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

## PART I: GENERAL INFORMATION

| | |
|---|---|
| **5. Doctor's Name and Degree** | (for transmission purposes only) **Date Being Sent** APR 07 2003 |
| DR. ABRAHAM CANO, M.D. | |
| **1. Injured Employee's Name** Rodriguez Rogelio | **6. Clinic/Facility Name** ED CAREY DR FAMILY MED CTR | **Employer's Name** R&L Carriers |
| **2. Date of Injury** 1-14-03  **3. Social Security Number** | **7. Clinic/Facility/Doctor Phone & Fax:** (956) 425-9181 (956) 425-1262 | **Employer's Fax # or Email Address (if known)** 777-3347 |
| **4. Employee's Description of Injury/Accident** Rt Rib Chest fracture | **8. Clinic/Facility/Doctor Address (street address)** 2401 ED CAREY DR. SUITE A | **Insurance Carrier** |
| | **City** HARLINGEN **State** TEXAS **Zip** 78550 | **Carrier's Fax # or Email Address (if known)** |

## PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury:

- ☐ (a) will allow the employee to return to work as of _____ (date) **without restrictions**.
- ☒ (b) will allow the employee to return to work as of 2-7-03 (date) **with the restrictions** identified in PART III, which are expected to last through 2-14-03 (date). LWK
- ☐ (c) is such that the employee is/has been restricted from all work as of _____ (date) which is expected to last through _____ (date). The following describes how this injury prevents the employee from returning to work: Due to pain

## PART III: ACTIVITY RESTRICTIONS* (REQUIRED IF BOX 13(b) IS CHECKED)

**14. POSTURE RESTRICTIONS (If any):**
Max Hours per day: 0 2 4 6 8 Other

| | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Standing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Sitting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Kneeling/Squatting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Bending/Stooping | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Pushing/Pulling | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Twisting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: ___ | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

**17. MOTION RESTRICTIONS (If any):**
Max Hours per day: 0 2 4 6 8 Other

| | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Walking | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Climbing stairs/ladders | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Grasping/Squeezing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Wrist flexion/extension | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Overhead Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Keyboarding | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

**19. MISC. RESTRICTIONS (If any):**
- ☐ Max hours per day of work: _____
- ☐ Sit/Stretch breaks of _____ per _____
- ☐ Must wear splint/cast at work
- ☐ Must use crutches at all times
- ☐ No driving/operating heavy equipment
- ☐ Can only drive automatic transmission
- ☐ No work / ☐ _____ hours/day work:
  - ☐ In extreme hot/cold environments
  - ☐ at heights or on scaffolding
- ☐ Must keep _____
  - ☐ Elevated    ☐ Clean & Dry
- ☐ No skin contact with: _____
- ☐ Dressing changes necessary at work
- ☐ No Running

**15. RESTRICTIONS SPECIFIC TO (If applicable):**
- ☐ L Hand/Wrist    ☐ R Hand/Wrist
- ☐ L Arm    ☐ R Arm    ☐ Neck
- ☐ L Leg    ☐ R Leg    ☐ Back
- ☐ L Foot/Ankle    ☐ R Foot/Ankle
- ☐ Other:

**18. LIFT/CARRY RESTRICTIONS (If any):**
- ☐ May not lift/carry objects more than _____ for more than _____ hours per day
- ☐ May not perform any lifting/carrying
- ☐ Other:

**16. OTHER RESTRICTIONS (If any):** Return to Light Duty no heavy lifting - May drive

* These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

**20. MEDICATION RESTRICTIONS (If any):**
- ☐ Must take prescription medication(s)
- ☐ Advised to take over-the-counter meds
- ☐ Medication may make drowsy (possible safety/driving issues)

## PART IV: DIAGNOSIS/FOLLOW-UP INFORMATION

**21. Work Injury Diagnosis Information:** Rt Rib Chest fracture

**22. Expected Follow-up Services Include:** LWK
- ☐ Evaluation by the treating doctor on 2/14/03 (date) at 4:30 am/pm
- ☐ Referral to/Consult with _____ on _____ (date) at _____ : _____ am/pm
- ☐ Physical medicine ___ X per week for ___ weeks starting on _____ (date) at _____ : _____ am/pm
- ☐ Special studies (list): _____ on _____ (date) at _____ : _____ am/pm
- ☐ None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

| **Date / Time of Visit** 2-7-03  **Discharge Time** 2:15 | **EMPLOYEE'S SIGNATURE** | **DOCTOR'S SIGNATURE** | **Visit Type:** ☐ Initial  ☒ Follow-up | **Role of Doctor:** ☒ Treating doctor ☐ Designated doctor ☐ Referral doctor ☐ Carrier-selected RME ☐ Consulting doctor ☐ TWCC-selected RME ☐ Other doctor |

TWCC-73 (Rev 06/00)    Rule 129.5    TEXAS WORKERS' COMPENSATION COMMISSION

ACCT _____ DOB ▮▮▮▮▮ (MALE) FEMALE NEW ESTABLISHED NI ____ TI ____ NO ____ TO ____

NAME: Rodriguez, Rogelio    DATE JAN 27 2003    PRIV WC MVA MCR MCD MM CSH

AGE 43   B/P 140/85   HT 66   WT 227   TEMP ____   PULSE ____   ALLERGIES Ø

PREVIOUS DX: _____

**SUBJECTIVE**

HX: 43 year old male involved in MVA. on 1-16-03. developed fx. ribs to Rt chest wall c/headinjury W/echymosis + contusion to head + chest wall. having Physical therapy. married 4 children working for R+L Comm x 2years mother w/ DmII father deceased unknown cause.

HABITS—DRINKS Ø   SMOKES Ø   DRUGS Ø   DIET Ø   EXERCISE ____   JAN 27 2003

IMMUNIZATIONS CURRENT AS PER HISTORY GIVEN BY PATIENT

(9)GASTROINTESTINAL ____ NL ____ ABN ✓ NE
     VERY LARGE ____ TENDER ____ SEE DRAWING

(10)SKIN ____ NL ✓ ABN ____ NE
     F/NAILS DEF ____ T/NAILS DEF ____ TAGS TO NECK
     MULTI MOLES ____ FACE ____ BODY
     PALE ____ DRY ____ PURPURA TO EXT
     RASH ____ MACULAR ____ PAPULAR ____ ERYTHEMA
     PRURITAS ____ ERUPTIONS ____ SCALES ____ OTHER
     _still h/cohesion_

(11)NEUROLOGY ____ NL ____ ABN ____ NE
     RHOMBERG ____ GAIT ____ SPEECH
     PARALYSIS & OR WEAK TO

(12)GENITO URINARY MALE ____ NL ____ ABN ____ NE
     PENIS ____ SCROTUM ____ TESTICLES
     PROSTATE SIZE ____ MASS
     ANUS ____ GUIAC ____ OTHER

(13)GENITO URINARY FEMALE ____ NL ____ ABN ____ NE
     PAP DONE ____
     DISCHARGE ____ OTHER

(14)BREAST EXAM ____ NL ____ ABN ✓ NE
     OTHER

(15)PSYCHIATRIC ____ NL ____ ABN ____ NE
     ANXIOUS ____ STRESSED ____ DEPRESSED
     INSOMNIA ____ CRYING/TEARFUL
     OTHER

DX ____

**ROS**
HEAD _____
EYES _____
EARS _____
NOSE & THROAT _____
NECK _____
BREASTS _____
CARDIO-RESP _____
GASTRO-INTES _____
GENITO-URINARY _____
MUSCULO-SKELETAL _____
NEURO _____
SKIN _____

**OBJECTIVE**

PHYSICAL EXAM ✓
GENERAL APPEARANCE ____ HEALTHY ____ UNHEALTHY
     CANE ____ TL ____
     WALKER ____ SU ____
     W/CHAIR ____
     ACUTELY ILL ____ SL NL OW/ OO

(1)EYES ✓ NL ____ ABN ____ NE
     GLASSES ____ CONTACTS ____ IMPLANTS
     EAR ____ DEF PUPILS ____ MATT/DISCH
     ERYTH & SWELLING TO SCLERA TO CONJ
     PTERYGIUMS ____ OTHER

(2)EARS, NOSE, THROAT ____ NL ____ ABN ____ NE
     NOSE ____ CONG ____ RUNNING
     PHAR/THROAT-ERYTH-PAIN-TENDER-SWOLLEN
     TM'S ____ ERYTH ____ DULL ____ CANALS ____ CERUMEN
     TENDER ____ SWOLLEN
     POOR DENTAL/ADULT CARIES ____ FEW/NO TEETH
     TONGUE-DIRTY & COATED ____ DRY ORAL MUCOSA
     DENTURES/PARTIALS ____ OTHER

(3)NECK ____ NL ____ ABN ____ NE ____ GOITER ____ ADEN

(4)LYMPHATIC ____ NL ____ ABN ____ NE
     TENDER-ANTERIOR NECK ADENOPATHY

(5)PULMONARY ____ NL ____ ABN ____ NE
     DRY COUGH ____ CONG COUGH ____ WHEEZY COUGH
     RALES ____ BRONCHI ____ WHEEZING ____ OTHER

(6)CARDIOVASCULAR ✓ NL ____ ABN ____ NE
     A/FIB-IRREG/IRREG (RATE) ____
     IRREG W/OCCAS PAUSE (RATE) ____
     SYS. MURMUR ____ DECREASED PULSES TO LOW EXT.

(7)MUSCULOSKELETAL ____ NL ✓ ABN ____ NE
     THORACIC KYPHOSIS ____ TENDER/PAINFUL AREAS
     SEE DRAWING ____

_Less tender._

(9)LOWER EXT. ✓ NL ____ ABN ____ NE
     VARICOSE VEINS ____ EDEMA

**LAB/X-RAYS/REFERRA**
____ FASTING ____ HRS
____ SMAC 12
____ CBC W/DIFF
____ URINALYSIS
____ T-CHOL
____ TSH
____ PSA
____ URIC ACID
____ GUIAC
____ FBS
____ HgA1C
____ LYTES
____ LIPID PANEL
____ HEPATIC PANEL
____ BUN/CREAT
____ AST/ALT
____ H-PYLORI
____ EKG
____ CHEST X-RAY
____ HOLTER
____ STREP TEST
____ TYMPANOMETRY
____ GLUCOMETER
____ SED RATE
____ BREATHING RX
____ DEPO MED 80MG
____ ROBAXIN 5MG
____ NUBAINE 10MG
SURGICAL PROCEDURE ____
REFERRAL TO ____

**ASSESSMENT**

DX ____ fx _ rib _
____ chest pain

**AND STABLE W/ABOVE MENTIONED MEDICAL PROBLEMS**

PLAN ✓ Regittment - No lifting
____ finish PT thisweek + dc

RTC ____ Feb 7th ____

RTC ____ WORK ____ REST ____ (✓)SEE TWCC 73

DISCUSSED MEDS. & MED PROBLEMS W/PAT
THERAPY ____
REFERRED PATIENT TO ____
✓ REFILL SAME MEDICATIONS & DISCUSS W/PAT
____ NEW MEDICATIONS & DISCUSS W/PAT
____ REVIEWED LAB/X-RAYS/TESTS ETC. W/PAT

____ 26

Employee - You are required to report your injury to your employer within 30 days if your employer has workers' compensation insurance. You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office or 1(800)-252-7031.

Trabajador - Es necesario que usted reporte su lesión a su empleador dentro de 30 días a partir del día en que se lesionó, si su empleador tiene seguro de compensación para trabajadores. La Comisión Tejana de Compensación para Trabajadores le ofrece asistencia gratuita, también puede que usted tenga derecho a ciertos beneficios médicos y monetarios. Para mayor información llame a la oficina local de la Comisión 1-800-252-7031



# TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

## PART I: GENERAL INFORMATION

**1. Injured Employee's Name**
Rodriguez Rogelio

**2. Date of Injury** 1-16-0?  **3. Social Security Number**

**4. Employee's Description of Injury/Accident**
Lt Rib - Chest fracture

**5. Doctor's Name and Degree**
DR. ABRAHAM CANO, M.D.

**6. Clinic/Facility Name**
ED CAREY DR FAMILY MED CTR

**7. Clinic/Facility/Doctor Phone & Fax**
(956) 425-9181 (956) 425-1262

**8. Clinic/Facility/Doctor Address (street address)**
2401 ED CAREY DR. SUITE A
**City** HARLINGEN, **State** TEXAS **Zip** 78550

**(for transmission purposes only)** **Date Being Sent** JAN 2 7 2003

**Employer's Name** K+b Carriers

**Employer's Fax # or Email Address (if known)** 797-3347

**Insurance Carrier**

**Carrier's Fax # or Email Address (if known)**

## PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury:

☐ (a) will allow the employee to return to work as of _____ (date) **without restrictions**.

☑ (b) will allow the employee to return to work as of 1-27-03 (date) **with the restrictions** identified in PART III, which are expected to last through 2-7-03 (date).

☐ (c) is such that the employee is/has been restricted from all work as of _____ (date) which is expected to last through _____ (date). The following describes how this injury prevents the employee from returning to work:
Due to pain

## PART III: ACTIVITY RESTRICTIONS* (REQUIRED IF BOX 13(b) IS CHECKED)

**14. POSTURE RESTRICTIONS (if any):**

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Standing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Sitting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Kneeling/Squatting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Bending/Stooping | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Pushing/Pulling | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Twisting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | | | | | | ___ |

**15. RESTRICTIONS SPECIFIC TO (if applicable):**

☐ L Hand/Wrist  ☐ R Hand/Wrist
☐ L Arm  ☐ R Arm  ☐ Neck
☐ L Leg  ☐ R Leg  ☐ Back
☐ L Foot/Ankle  ☐ R Foot/Ankle
☐ Other:

**16. OTHER RESTRICTIONS (if any):**
Return to light Duty no lifting
May drive to finish physical therapy

**17. MOTION RESTRICTIONS (if any):**

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Walking | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Climbing stairs/ladders | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Grasping/Squeezing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Wrist flexion/extension | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Overhead Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Keyboarding | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

**18. LIFT/CARRY RESTRICTIONS (if any):**
☐ May not lift/carry objects more than ___ for more than ___ hours per day
☑ May not perform any lifting/carrying
☐ Other:

**19. MISC. RESTRICTIONS (if any):**
☐ Max hours per day of work: ___
☐ Sit/Stretch breaks of ___ per ___
☐ Must wear splint/cast at work
☐ Must use crutches at all times
☐ No driving/operating heavy equipment
☐ Can only drive automatic transmission
☐ No work / ☐ ___ hours/day work:
  ☐ in extreme hot/cold environments
  ☐ at heights or on scaffolding
☐ Must keep ___ :
  ☐ Elevated  ☐ Clean & Dry
☐ No skin contact with:
☐ Dressing changes necessary at work
☐ No Running

**20. MEDICATION RESTRICTIONS (if any):**
☐ Must take prescription medication(s)
☐ Advised to take over-the-counter meds
☐ Medication may make drowsy (possible safety/driving issues)

* These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

## PART IV: DIAGNOSIS/FOLLOW-UP INFORMATION

**21. Work Injury Diagnosis Information:**
Lt Rib - Chest fracture

**22. Expected Follow-up Services Include:**
☐ Evaluation by the treating doctor on 2-7-03 (date) at 2 : 30 am/pm
☐ Referral to/Consult with _____ on _____ (date) at ___ : ___ am/pm
☐ Physical medicine ___ X per week for ___ weeks starting on _____ (date) at ___ : ___ am/pm
☐ Special studies (list): _____ on _____ (date) at ___ : ___ am/pm
☐ None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

**Date / Time of Visit** 1-27-03
**Discharge Time** 3:15

**EMPLOYEE'S SIGNATURE** Rogelio Rodriguez

**DOCTOR'S SIGNATURE**

**Visit Type:**
☐ Initial
☑ Follow-up

**Role of Doctor:**
☐ Designated doctor
☐ Carrier-selected RME
☐ TWCC-selected RME
☑ Treating doctor
☐ Referral doctor
☐ Consulting doctor
☐ Other doctor

27

ACCT_____ DOB_____ (MALE) FEMALE NEW ESTABLISHED NI____ TI____ NO____ TO____

NAME: Rodriguez, Rogelio     DATE JAN 24 2003     PRIV __ WC ✓ MVA __ MCR __ MCD __ MM __ CSH __

AGE 43   B/P 140/90   HT 6'6"   WT 227   TEMP ____   PULSE ____   ALLERGIES Ø

PREVIOUS DX:_____

**SUBJECTIVE**

HX: s/p 2d - fev - x- rib - still c pain - but improved
Now c light work on Doxovant. Still hustle
still c PT. Unable to sleep lt side
+ have crepitus

43 year old male married 4 children working for RM
Carriers x 2years DOI 1-16-03. not
involved in MVA. whereby developed
fx rins to Rt side in accidency
motor viomt. of the deceased
unknown injuries.

HABITS—DRINKS Ø  SMOKES Ø  DRUGS Ø  DIET Ø  EXERCISE Ø
IMMUNIZATIONS CURRENT AS PER HISTORY GIVEN BY PATIENT

ROS
HEAD
EYES
EARS
NOSE & THROAT
NECK
BREASTS
CARDIO-RESP
GASTRO-INTES
GENITO-URINARY
MUSCULO-SKELETAL
NEURO
SKIN

(7)GASTROINTESTINAL ___ NL ___ ABN ___ NE
VERY LARGE ___ TENDER ___ SEE DRAWING

(10)SKIN ___ NL ✓ ABN ___ NE
FNAILS DEF ___ TNAILS DEF ___ TAGS TO NECK
MULTI/MOLES ___ FACE ___ BODY
PALE ___ DRY ___ PURPURA TO EXT
RASH ___ MACULAR ___ PAPULAR ___ ERYTHEMA
PRURITAS ___ ERUPTIONS ___ SCALES ___ OTHER
w/erythema echymosis

(11)NEUROLOGY ___ NL ✓ ABN ___ NE
RHOMBERG ___ GAIT ___ SPEECH
PARALYSES & OR WEAK TO

(12)GENITO URINARY MALE ___ NL ___ ABN ✓ NE
PENIS ___ SCROTUM ___ TESTICLES
PROSTATE SIZE ___ MASS
ANUS ___ GUIAC ___ OTHER

(13)GENITO URINARY FEMALE ___ NL ___ ABN ✓ NE
PAP DONE
DISCHARGE ___ OTHER

(14)BREAST EXAM ___ NL ___ ABN ✓ NE
OTHER

DX Ø slow improv

**OBJECTIVE**

PHYSICAL EXAM
GENERAL APPEARANCE ✓ HEALTHY ___ UNHEALTHY
CANE (S)
WALKER (W)
W/CHAIR (M)
ACUTELY ILL     SL NL (OW) OO

(1)EYES ___ NL ___ ABN ___ NE
GLASSES ___ CONTACTS ___ IMPLANTS
EAS ___ DEF.PUPILS ___ MAT/DISCH
ERYTH & SWELLING TO SCLERA TO CONJ
PTERIGIUM ___ OTHER

(2)EARS, NOSE, THROAT ___ NL ___ ABN ___ NE
NOSE ___ CONG ___ RUNNING
PHAR/THROAT-ERYTH-PAIN-TENDER-SWOLLEN
TM'S ___ ERYTH ___ DULL ___ CANALS ___ CERUMEN
TENDER SINUSES ___ SWOLLEN
POOR DENTAL/ADULT CARIES ___ FEW/NO TEETH
TONGUE-DIRTY & COATED ___ DRY ORAL MUCOSA
DENTURES/PARTIALS ___ OTHER

(3)NECK ___ NL ___ ABN ___ NE ___ GOITER ___ ADEN

(4)LYMPHATIC ___ NL ___ ABN ___ NE
TENDER-ANTERIOR NECK ADENOPATHY

(5)PULMONARY ___ NL ✓ ABN ___ NE
DRY COUGH ___ CONG COUGH ___ WHEEZY COUGH
RALES ___ RHONCHI ___ WHEEZING ___ OTHER

(6)CARDIOVASCULAR ___ NL ___ ABN ___ NE
A-FIB-IRREG/IRREG (RATE)
IRREG W/OCCAS PAUSE (RATE)
SYS. MURMUR ___ DECREASED PULSES TO LOW EXT.

(7)MUSCULOSKELETAL ___ NL ✓ ABN ___ NE
THORACIC KYPHOSIS ___ TENDER/PAINFUL AREAS
✓ SEE DRAWING ___ OTHER

↓RomPai
4/inspiration

(9)LOWER EXT. ___ NL ___ ABN ___ NE
VARICOSE VEINS ___ EDEMA

**ASSESSMENT**

JAN 24 2003

LAB/X-RAYS/REFERRA
___ FASTING ___ HRS
___ SMAC 12
___ CBC W/DIFF
___ URINALYSIS

___ T-CHOL
___ TSH
___ PSA
___ URIC ACID
___ GUIAC
___ FBS
___ HgA1C
___ LYTES
___ LIPID PANEL
___ HEPATIC PANEL
___ BUN/CREAT
___ AST/ALT
___ H-PYLORI

___ EKG
___ CHEST X-RAY
___ HOLTER
___ STREP TEST
___ TYMPANOMETRY
___ GLUCOMETER
___ SED RATE
___ BREATHING RX

___ DEPO MED 80MG
___ ROBAXIN 5MG
___ NUBAINE 10MG

SURGICAL PROCEDURE
✓ REFERRAL TO
Therapy

_____ AND STABLE W/ABOVE MENTIONED MEDICAL PROBLEMS

PLAN ① Cont PT Here
② V ia x 25 t/d
③ cla Doxovant -
④ Next

RTC_____ WORK_____     REST_____ ✓ SEE TWCC 73
✓ THERAPY 2wk
___ REFILL SAME MEDICATIONS & DISCUSS W/PAT
✓ NEW MEDICATIONS & DISCUSS W/PAT
___ REVIEWED LAB/X-RAYS/TESTS ETC. W/PAT

___ DISCUSSED MEDS. & MED PROBLEMS W/PAT
REFERRED PATIENT TO _____

28

**Employee -** You are required to report your injury to your employer within 30 days if your employer has workers' compensation insurance. You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office or 1(800)-252-7031.

**Trabajador -** Es necesario que usted reporte su lesión a su empleador dentro de 30 días a partir del día en que se lesionó, si su empleador tiene seguro de compensación para trabajadores. La Comisión Tejana de Compensación para Trabajadores le ofrece asistencia gratuita, también puede que usted tenga derecho a ciertos beneficios médicos y monetarios. Para mayor información llame a la oficina local de la Comisión 1-800-252-7031



# TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

## PART I: GENERAL INFORMATION

**5. Doctor's Name and Degree:** DR. ABRAHAM CANO, M.D.

*(for transmission purposes only)* **Date Being Sent** JAN 2 4 2003

**1. Injured Employee's Name:** Rodriguez Rogelio

**6. Clinic/Facility Name:** ED CAREY DR FAMILY MED CTR

**Employer's Name:** KLLe Carriers

**2. Date of Injury:** 1-10-03

**3. Social Security Number:** ████████

**7. Clinic/Facility/Doctor Phone & Fax:** (956) 425-9181 (956) 425-1262

**Employer's Fax # or Email Address (if known):** 747-3347

**4. Employee's Description of Injury/Accident:** Rt Rib - Chest fracture

**8. Clinic/Facility/Doctor Address (street address):** 2401 ED CAREY DR. SUITE A

**Insurance Carrier:**

**City:** HARLINGEN, **State:** TEXAS **Zip:** 78550

**Carrier's Fax # or Email Address (if known):**

## PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury:

☐ (a) will allow the employee to return to work as of _____ (date) **without restrictions.**

☑ (b) will allow the employee to return to work as of **1-24-03** (date) **with the restrictions** identified in PART III, which are expected to last through _____ (date). 2wks

☐ (c) is such that the employee is/has been restricted from all work as of _____ (date) which is expected to last through _____ (date). The following describes how this injury prevents the employee from returning to work:

## PART III: ACTIVITY RESTRICTIONS* (REQUIRED IF BOX 13(b) IS CHECKED)

**14. POSTURE RESTRICTIONS (If any):**

Max Hours per day: 0 2 4 6 8 Other

| | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Standing | ☐ | ☐ | ☐ | ☑ | ☐ | |
| Sitting | ☐ | ☐ | ☐ | ☑ | ☐ | |
| Kneeling/Squatting | ☑ | ☐ | ☐ | ☐ | ☐ | |
| Bending/Stooping | ☑ | ☐ | ☐ | ☐ | ☐ | |
| Pushing/Pulling | ☑ | ☐ | ☐ | ☐ | ☐ | |
| Twisting | ☑ | ☐ | ☐ | ☐ | ☐ | |
| Other: ___ | ☐ | ☐ | ☐ | ☐ | ☐ | |

**15. RESTRICTIONS SPECIFIC TO (If applicable):**

☐ L Hand/Wrist   ☐ R Hand/Wrist
☐ L Arm   ☐ R Arm   ☐ Neck
☐ L Leg   ☐ R Leg   ☐ Back
☐ L Foot/Ankle   ☐ R Foot/Ankle
☐ Other: _____

**16. OTHER RESTRICTIONS (If any):** Return to light duty, no heavy lifting

**17. MOTION RESTRICTIONS (If any):**

Max Hours per day: 0 2 4 6 8 Other

| | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Walking | ☐ | ☐ | ☐ | ☐ | ☐ | |
| Climbing stairs/ladders | ☐ | ☐ | ☐ | ☐ | ☐ | |
| Grasping/Squeezing | ☐ | ☐ | ☐ | ☐ | ☐ | |
| Wrist flexion/extension | ☐ | ☐ | ☐ | ☐ | ☐ | |
| Reaching | ☑ | ☐ | ☐ | ☐ | ☐ | |
| Overhead Reaching | ☑ | ☐ | ☐ | ☐ | ☐ | |
| Keyboarding | ☐ | ☐ | ☐ | ☐ | ☐ | |
| Other: ___ | ☐ | ☐ | ☐ | ☐ | ☐ | |

**18. LIFT/CARRY RESTRICTIONS (If any):**

☐ May not lift/carry objects more than _____ for more than _____ hours per day

☐ May not perform any lifting/carrying

☐ Other: _____

**19. MISC. RESTRICTIONS (If any):**

☐ Max hours per day of work: ___
☐ Sit/Stretch breaks of ___ per ___
☐ Must wear splint/cast at work
☐ Must use crutches at all times
☑ No driving/operating heavy equipment
☐ Can only drive automatic transmission
☐ No work / ☐ ___ hours/day work:
  ☐ in extreme hot/cold environments
  ☐ at heights or on scaffolding
☐ Must keep ___
  ☐ Elevated   ☐ Clean & Dry
☐ No skin contact with: _____
☐ Dressing changes necessary at work
☑ No Running

**20. MEDICATION RESTRICTIONS (If any):**

☑ Must take prescription medication(s)
☐ Advised to take over-the-counter meds
☐ Medication may make drowsy (possible safety/driving issues)

* These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

## PART IV: DIAGNOSIS/FOLLOW-UP INFORMATION

**21. Work Injury Diagnosis Information:** Rt rib/chest wall fracture.

**22. Expected Follow-up Services Include:** 2wks

☑ Evaluation by the treating doctor on 2-7-03 (date) at 2:30 am/pm

☐ Referral to/Consult with _____ on _____ (date) at ___:___ am/pm

☐ Physical medicine ___ X per week for ___ weeks starting on _____ (date) at ___:___ am/pm

☐ Special studies (list): _____ on _____ (date) at ___:___ am/pm

☐ None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

**Date / Time of Visit:** 1-24-03   **Discharge Time:** 3:35

**EMPLOYEE'S SIGNATURE:** Rogelio Rodriguez

**DOCTOR'S SIGNATURE:** [signature]

**Visit Type:**
☐ Initial
☑ Follow-up

**Role of Doctor:**
☑ Treating doctor
☐ Designated doctor   ☐ Referral doctor
☐ Carrier-selected RME   ☐ Consulting doctor
☐ TWCC-selected RME   ☐ Other doctor

29

TWCC-73 (Rev. 05/02)

ACCT _____ DOB _____ (MALE) FEMALE NEW (ESTABLISHED) NI ___ TI 9.10 NO ___ TO ___

NAME: Rodriquez Rogelio   DATE JAN 2 2 2003   PRIV ___ WC ___ MVA ___ MCR ___ MCD ___ MM ___ CSH ___

AGE 43  B/P 140/90  HT 6'6"  WT 227  TEMP ___  PULSE ___  ALLERGIES None

PREVIOUS DX: _____

HX: Pt. states he is here for a checkup following therapy for his broken ribs. Pt states that after his therapy he is feeling better but has been in pain. ⊕ pn w/ deep respiration ⊖ headaches, or visual disturbance. ⊖ crping pn or back pn

started PT. today
___ male married 3 children working for Rrt
users x 2 years involved in motor vehicle accident
∵ 1-16-03. Mother w/ DM II +
then deceased unknown causes

HABITS—DRINKS _____ SMOKES _____ DRUGS _____ DIET _____ EXCERISE _____
IMMUNIZATIONS CURRENT AS PER HISTORY GIVEN BY PATIENT

(9)GASTROINTESTINAL ___ NL ___ ABN ___ NE
VERY LARGE ___ TENDER ___ SEE DRAWING

(10)SKIN ___ NL ___ ABN ___ NE
NAILS DEF ___ TNAILS DEF ___ TAGS TO NECK
MULT/MOLES ___ FACE ___ BODY
PALE ___ DRY ___ PURPURA TO EXT
RASH ___ MACULAR ___ PAPULAR ___ ERYTHEMA
PRURITAS ___ ERUPTIONS ___ SCALES ___ OTHER
ecchymosis to Rt lat chest

ROS
HEAD
EYES
EARS
NOSE & THROAT
NECK
BREASTS
CARDIO-RESP
GASTRO-INTES
GENITO-URINARY
MUSCULO-SKELETAL
NEURO
SKIN

(11)NEUROLOGY ___ NL ___ ABN ___ NE
RHOMBERG ___ GAIT ___ SPEECH
PARALYSIS ___ OR WEAK TO

(12)GENITO URINARY MALE ___ NL ___ ABN ___ NE
PENIS ___ SCROTUM ___ TESTICLES
PROSTATE SIZE ___ MASS
ANUS ___ GUIAC ___ OTHER

(13)GENITO URINARY FEMALE ___ NL ___ ABN ___ NE
PAP DONE
DISCHARGE ___ OTHER

PHYSICAL EXAM
GENERAL APPEARANCE ✓ HEALTHY ___ UNHEALTHY
CANE ___ TL
WALKER ___ NL
WCHAIR ___ 8L
ACUTELY ILL ___ 8L NL (OW) GO

(1)EYES ___ NL ___ ABN ___ NE
GLASSES ___ CONTACTS ___ IMPLANTS
BAS ___ DEG PUPILS ___ MATT/DISCH
ERYTH & SWELLING TO SCLERA TO CONJ
PTERGIUMS ___ OTHER

(2)EARS, NOSE, THROAT ___ NL ___ ABN ___ NE
NOSE ___ CONG ___ RUNNING
PHAR/THROAT-ERYTH-PAIN-TENDER-SWOLLEN
TM'S ___ ERYTH ___ DULL ___ CANALS ___ CERUMEN
TENDER SINUSES ___ SWOLLEN
POOR DENTAL/ADULT CARIES ___ FEW/NO TEETH
TONGUE-DIRTY & COATED ___ DRY ORAL MUCOSA
DENTURES/PARTIALS ___ OTHER

(3)NECK ___ NL ___ ABN ___ NE ___ GOITER ___ ADEN

(4)LYMPHATIC ___ NL ___ ABN ___ NE
TENDER-ANTERIOR NECK ADENOPATHY

(5)PULMONARY ___ NL ___ ABN ___ NE
DRY COUGH ___ CONG COUGH ___ WHEEZY COUGH
RALES ___ RHONCHI ___ WHEEZING ___ OTHER

(6)CARDIOVASCULAR ✓ NL ___ ABN ___ NE
A.FIB-IRREG/IRREG (RATE)
IRREG W/OCCAS PAUSE (RATE)
SYS. MURMUR ___ DECREASED PULSES TO LOW EXT.

(7)MUSCULOSKELETAL ___ NL ✓ ABN ___ NE
THORACIC KYPHOSIS ✓ TENDER/PAINFUL AREAS
SEE DRAWING ___ OTHER

↓ Rom w/ pain
w/ inspiration

(8)LOWER EXT. ___ NL ___ ABN ___ NE
VARICOSE VEINS ___ EDEMA

(14)BREAST EXAM ___ NL ___ ABN ___ NE
OTHER

(15)PSYCHIATRIC ___ NL ___ ABN ___ NE
ANXIOUS ___ STRESSED ___ DEPRESSED
INSOMNIA ___ CRYING/TEARFUL
OTHER

DX ① Rt lateral
chest pn – Ribs fx x 2
w/ mild contusion
② frontal skull
contusion – healed

ASSESSMENT

_____ AND STABLE W/ABOVE MENTIONED MEDICAL PROBLEMS

PLAN  ① Darvocet N-100 #50  T - π q 4-6°
② nebulizer tid
③ no heavy lifting or driving
④ ice/heat
⑤ cont P.T.

RTC  Two  WORK ___  REST ___  (✓) SEE TWCC 73
THERAPY
___ REFILL SAME MEDICATIONS & DISCUSS W/PAT
___ NEW MEDICATIONS & DISCUSS W/PAT
___ REVIEWED LAB/X-RAYS/TESTS ETC. W/PAT
DISCUSSED MEDS. & MED PROBLEMS W/PAT
REFERRED PATIENT TO _____

_____ 30

LAB/X-RAYS/REFERRA
___ FASTING ___ HRS
___ SMAC 12
___ CBC W/DIFF
___ URINALYSIS

___ T-CHOL
___ TSH
___ PSA
___ URIC ACID
___ GUIAC
___ FBS
___ HgA1C
___ LYTES
___ LIPID PANEL
___ HEPATIC PANEL
___ BUN/CREAT
___ AST/ALT
___ H-PYLORI

___ EKG
___ CHEST X-RAY
___ HOLTER
___ STREP TEST
___ TYMPANOMETRY
___ GLUCOMETER
___ SED RATE
___ BREATHING RX

___ DEPO MED 80MG
___ ROBAXIN 5MG
___ NUBAINE 10MG

SURGICAL PROCEDURE
REFERRAL TO _____

32

Employee - You are required to report your injury to your employer within 30 days if your employer has workers' compensation insurance. You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office at 1(800)-252-7031.

Trabajador - Es necesario que usted reporte su lesión a su empleador dentro de los 30 días a partir del día en que se lesionó, si su empleador tiene seguro de compensación para trabajadores. La Comisión Tejana de Compensación para Trabajadores le ofrece asistencia gratuita, también puede que usted tenga derecho a ciertos beneficios médicos y monetarios. Para mayor información llame a la oficina local de la Comisión 1-800-252-7031.



# TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

## PART I: GENERAL INFORMATION

| | |
|---|---|
| 1. Injured Employee's Name: Rodriquez Rogelio | 5. Doctor's Name and Degree: DR. ABRAHAM CANO, M.D. |
| 2. Date of Injury: 1-16-03 | 6. Clinic/Facility Name: ED CAREY DR FAMILY MED CTR |
| 3. Social Security Number: (blocked) | 7. Clinic/Facility/Doctor Phone & Fax: (956) 425-9181 (956) 425-1262 |
| 4. Employee's Description of Injury/Accident: Lt Rib - Chest fracture | 8. Clinic/Facility/Doctor Address (street address): 2401 ED CAREY DR. SUITE A |
| | City: HARLINGEN   State: TEXAS   Zip: 78550 |

(for transmission purposes only) Date Being Sent: JAN 22 2003

Employer's Name (if known): K L Carriers
Employer's Fax # or Email Address (if known): 717-3347

Insurance Carrier:
Carrier's Fax # or Email Address (if known):

## PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury:

- [ ] (a) will allow the employee to return to work as of _____ (date) **without restrictions**.
- [x] (b) will allow the employee to return to work as of 1-22-03 (date) **with the restrictions** identified in PART III, which are expected to last through 1-29-03 (date). 1 wk
- [ ] (c) is such that the employee is/has been restricted from all work as of _____ (date) which is expected to last through _____ (date). The following describes how this injury prevents the employee from returning to work:
Due to rib fracture + pain

## PART III: ACTIVITY RESTRICTIONS* (REQUIRED IF BOX 13(b) IS CHECKED)

### 14. POSTURE RESTRICTIONS (if any)

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Standing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Sitting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Kneeling/Squatting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Bending/Stooping | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Pushing/Pulling | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Twisting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

### 15. RESTRICTIONS SPECIFIC TO (if applicable)

- [ ] L Hand/Wrist
- [ ] R Hand/Wrist
- [ ] L Arm
- [ ] R Arm
- [ ] Neck
- [ ] L Leg
- [ ] R Leg
- [ ] Back
- [ ] L Foot/Ankle
- [ ] R Foot/Ankle
- [ ] Other:

### 16. OTHER RESTRICTIONS (if any)
Return to light work no heavy lifting + no driving X 1 wk

### 17. MOTION RESTRICTIONS (if any)

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Walking | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Climbing stairs/ladders | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Grasping/Squeezing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Wrist flexion/extension | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Overhead Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Keyboarding | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

### 18. LIFT/CARRY RESTRICTIONS (if any)

- [ ] May not lift/carry objects more than _____ for more than _____ hours per day
- [ ] May not perform any lifting/carrying
- [ ] Other: _____

### 19. MISC. RESTRICTIONS (if any)

- [ ] Max hours per day of work:
- [ ] Sit/Stretch breaks of _____ per _____
- [ ] Must wear splint/cast at work
- [ ] Must use crutches at all times
- [ ] No driving/operating heavy equipment
- [ ] Can only drive automatic transmission
- [ ] No work / ☐ _____ hours/day work:
  - [ ] in extreme hot/cold environments
  - [ ] at heights or on scaffolding
- [ ] Must keep _____:
  - [ ] Elevated
  - [ ] Clean & Dry
- [ ] No skin contact with:
- [ ] Dressing changes necessary at work
- [ ] No Running

### 20. MEDICATION RESTRICTIONS (if any)

- [ ] Must take prescription medication(s)
- [ ] Advised to take over-the-counter meds
- [ ] Medication may make drowsy (possible safety/driving issues)

* These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

## PART IV: DIAGNOSIS/FOLLOW-UP INFORMATION

21. Work Injury Diagnosis Information:
Fracture - Ribs
Lt chest
_____

22. Expected Follow-up Services Include: 1 wk
- [ ] Evaluation by the treating doctor on 1-30-03 (date) at 10:45 am/pm
- [ ] Referral to/Consult with _____ on _____ (date) at ___:___ am/pm
- [x] Physical medicine 3 X per week for 1 weeks starting on 1-22-03 (date) at ___:___ am/pm
- [ ] Special studies (list): _____ on _____ (date) at ___:___ am/pm
- [ ] None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

31

| | | | |
|---|---|---|---|
| Date / Time of Visit: 1-22-03 | EMPLOYEE'S SIGNATURE | DOCTOR'S SIGNATURE | Visit Type: ☐ Initial  [x] Follow-up |
| Discharge Time: 9:35 | (signature) | (signature) | Role of Doctor: ☐ Designated doctor ☐ Carrier-selected RME ☐ TWCC-selected RME  [x] Treating doctor ☐ Referral doctor ☐ Consulting doctor ☐ Other doctor |

ACCT _____ DOB: ___ (MALE) FEMALE (NEW) ESTABLISHED NI _____ TI _____ NO _____ TO _____

NAME: Rodriguez Rogelio   DATE JAN 17 2003   PRIV__ WC / MVA  MCR  MCD  MM  CSH

AGE 43  B/P 126/85  HT 6'00"  WT 226  TEMP____  PULSE____  ALLERGIES  None   POI : 1.116 lbs

**SUBJECTIVE**

PREVIOUS DX: _____

EX: C/O Rt. side abdomen area pains forehead pain
+ claiming that he was in MVA went to
ER & they took X-Ray from 2 ribs fix. Pt. hit forehead
on windshield.   JAN 17 2003
No Lee. during Twelve Tests

C Spine X Rays = NL

43 year old married 4 children
working w/ Rt. canners!
x 3 years. Drug/serous surgery
ROS In 2001 + Reugein.

HABITS—DRINKS ☑ SMOKES ☑ DRUGS ☑ DIET ☑ EXERCISE ☑
IMMUNIZATIONS CURRENT AS PER HISTORY GIVEN BY PATIENT

(9)GASTROINTESTINAL___ NL___ ABN__ NE
   VERY LARGE___ TENDER___ SEE DRAWING

HEAD _____
EYES _____
EARS _____
NOSE & THROAT _____
NECK _____
BREASTS _____
GASTRO-RESP _____
GASTRO-INTES _____
GENITO-URINARY _____
MUSCULO-SKELETAL _____
NEURO _____
SKIN _____

(10)SKIN___ NL_X_ABN___ NE
   FNAILS DRY___ DNAILS DRY___ TAGS TO NECK
   MULTIMOLES___ FACE___ BODY
   PALE___ DRY___ PURPURA TO EXT
   RASH___ MACULAR___ PAPULAR___ ERYTHEMA
   PRURITAS___ ERUPTIONS___ SCALES___ OTHER

Contusions

(11)NEUROLOGY___ NL___ ABN___ NE
   RHOMBERG___ GAIT___ SPEECH
   PARALYSIS & OR WEAK TO

(12)GENITO URINARY MALE___ NL___ ABN_✓_NE
   PENIS___ SCROTUM___ TESTICLES
   PROSTATE SIZE___ MASS
   ANUS___ GUIAC___ OTHER

(13)GENITO URINARY FEMALE___ NL___ ABN_✓_NE
   PAP DONE
   DISCHARGE___ OTHER

**OBJECTIVE**

PHYSICAL EXAM
GENERAL APPEARANCE___ HEALTHY___ UNHEALTHY
   CANE___ CR___
   WALKER___ TL___
   WCHAIR___ SM___
   ACUTELY ILL___ SL___ NL (OW) GO

(1)EYES___ NL___ ABN___ NE
   GLASSES___ CONTACTS___ IMPLANTS
   R&S___ DRY/PUPILS___ MATT/DISCH
   EXUTE & SWELLING TO SCLERA TO CONJ
   PTERIGIUMS___ OTHER

(14)BREAST EXAM___ NL___ ABN_✓_NE
   OTHER

(15)PSYCHIATRIC___ NL___ ABN_✓_NE
   ANXIOUS___ STRESSED___ DEPRESSED
   INSOMNIA___ CRYING/TEARFUL
   OTHER

(2)EARS, NOSE, THROAT___ NL___ ABN___
   NOSE___ CONG___ RUNNING
   PHAR/THROAT-ERYTH-PAIN-TENDER-SWOLLEN
   TM'S___ ERYTH___ DULL___ CANALS___ CERUMEN
   TENDER SINUSES___ SWOLLEN
   POOR DENTAL/MULT CARIES___ FEW/NO TEETH
   TONGUE-DIRTY & COATED___ DRY ORAL MUCOSA
   DENTURES/PARTIALS___ OTHER

**ASSESSMENT**

DX ① fx - Ribs
      Rt Chest

② frontal
      Skull Contusion /

(3)NECK___ NL___ ABN___ NE___ GOITER___ ADEN

(4)LYMPHATIC___ NL___ ABN___ NE
   TENDER-ANTERIOR NECK ADENOPATHY

(5)PULMONARY___ NL___ ABN___ NE
   DRY COUGH___ CONG/COUGH___ WHEEZY COUGH
   RALES___ RHONCHI___ WHEEZING___ OTHER

_____ AND STABLE W/ABOVE MENTIONED MEDICAL PROBLEMS

(6)CARDIOVASCULAR___ NL___ ABN___ NE
   AFIB-IRREG/IRREG (RATE)
   IRREG W/OCCAS PAUSE (RATE)
   SYS. MURMUR___ DECREASED PULSES TO LOW EXT.

PLAN ① RTC
② PT - Norm - EKG & Bai Med
③ Vicoden - No driving
④ Ice - Heel

32

(7)MUSCULOSKELETAL___ NL_X_ABN___ NE
   THORACIC KYPHOSIS_X_TENDER/PAINFUL AREAS
   X SEE DRAWING___ OTHER

↓ ROM Pa
w/ w/spasm

(8)LOWER EXT._✓_NL___ ABN___ NE
   VARICOSE VEINS___ EDEMA

RTC_____ WORK_____ REST_____ (✓)SEE TWCC 73

☑ DISCUSSED MEDS. & MED PROBLEMS W/PAT
REFERRED PATIENT TO_____

THERAPY_____
✓ REFILL SAME MEDICATIONS & DISCUSS W/PAT
✓ NEW MEDICATIONS & DISCUSS W/PAT
✓ REVIEWED LAB/X-RAYS/TESTS ETC. W/PAT

A.C.

34

LAB/X-RAYS/REFERRA
___ FASTING ___ HRS
___ SMAC 12
___ CBC W/DIFF
___ URINALYSIS

___ T-CHOL
___ TSH
___ PSA
___ URIC ACID
___ GUIAC
___ FBS
___ Hg A1C
___ LYTES
___ LIPID PANEL
___ HEPATIC PANEL
___ BUN/CREAT
___ AST/ALT
___ H-PYLORI

___ EKG
___ CHEST X-RAY
___ HOLTER
___ STREP TEST
___ TYMPANOMETRY
___ GLUCOMETER
___ SED RATE
___ BREATHING RX

___ DEPO MED 80MG
___ ROBAXIN 5MG
___ NUBAINE 10MG

SURGICAL PROCEDURE
REFERRAL TO _____

Employee - You are required to report your injury to your employer within 30 days if your employer has workers' compensation insurance. You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office or 1(800)-252-7031.

Trabajador - Es necesario que usted reporte su lesión a su empleador dentro de 30 días a partir del día en que se lesionó, si su empleador tiene seguro de compensación para trabajadores. La Comisión Tejana de Compensación para Trabajadores le ofrece asistencia gratis, también puede que usted tenga derecho a ciertos beneficios médicos y monetarios. Para mayor información llame a la oficina local de la Comisión 1-800-252-7031



## TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

### PART I: GENERAL INFORMATION

**5. Doctor's Name and Degree**
DR. ABRAHAM CANO, M.D.

(for transmission purposes only)   **Date Being Sent** JAN 17 2003

**1. Injured Employee's Name**
Rodriguez Rogelio

**6. Clinic/Facility Name**
ED CAREY DR FAMILY MED CTR

**7. Employer's Name**
Kal Carriers

**2. Date of Injury**
1-16-03

**3. Social Security Number**
(redacted)

**7. Clinic/Facility Doctor Phone & Fax**
(956) 425-9181 (956) 425-1262

**Employer's Fax # or Email Address (if known)**
797-3347

**4. Employee's Description of Injury/Accident**
Frx - Ribs Rt.
chest

**8. Clinic/Facility Address (street address)**
2401 ED CAREY DR. SUITE A

**Insurance Carrier**
Crawford Ins

**City** HARLINGEN   **State** TEXAS   **Zip** 78550

**Carrier's Fax # or Email Address (if known)**
937-383-4004

### PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury:

- [ ] (a)  will allow the employee to return to work as of _____ (date) **without restrictions**.
- [ ] (b)  will allow the employee to return to work as of _____ (date) **with the restrictions** identified in PART III, which are expected to last through _____ (date).
- [x] (c)  is such that the employee is/has been restricted from all work as of 1/17/03 (date) which is expected to last through 1/22/03 (date). The following describes how this injury prevents the employee from returning to work:
  Home rest due to pain

### PART III: ACTIVITY RESTRICTIONS* (REQUIRED IF BOX 13(b) IS CHECKED)

**14. POSTURE RESTRICTIONS (if any):**

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Standing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Sitting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Kneeling/Squatting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Bending/Stooping | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Pushing/Pulling | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Twisting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

**15. RESTRICTIONS SPECIFIC TO (if applicable):**
- ☐ L Hand/Wrist   ☐ R Hand/Wrist
- ☐ L Arm   ☐ R Arm   ☐ Neck
- ☐ L Leg   ☐ R Leg   ☐ Back
- ☐ L Foot/Ankle   ☐ R Foot/Ankle
- ☐ Other: ___

**16. OTHER RESTRICTIONS (if any):**
Home rest + take Medications
Start Physical Therapy on Wednesday at 8:00

**17. MOTION RESTRICTIONS (if any):**

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Walking | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Climbing stairs/ladders | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Grasping/Squeezing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Wrist flexion/extension | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Overhead Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Keyboarding | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

**18. LIFT/CARRY RESTRICTIONS (if any):**
- ☐ May not lift/carry objects more than ___ for more than ___ hours per day
- ☐ May not perform any lifting/carrying
- ☐ Other: ___

**19. MISC. RESTRICTIONS (if any):**
- ☐ Max hours per day of work: ___
- ☐ Sit/Stretch breaks of ___ per ___
- ☐ Must wear splint/cast at work
- ☐ Must use crutches at all times
- ☐ No driving/operating heavy equipment
- ☐ Can only drive automatic transmission
- ☐ No work / ☐ ___ hours/day work:
  - ☐ in extreme hot/cold environments
  - ☐ at heights or on scaffolding
- ☐ Must keep ___
  - ☐ Elevated   ☐ Clean & Dry
- ☐ No skin contact with: ___
- ☐ Dressing changes necessary at work
- ☐ No Running

**20. MEDICATION RESTRICTIONS (if any):**
- [x] Must take prescription medication(s)
- ☐ Advised to take over-the-counter meds
- ☐ Medication may make drowsy (possible safety/driving issues)

*These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

### PART IV: DIAGNOSIS/FOLLOW-UP INFORMATION

**21. Work Injury Diagnosis Information:**
Frx - Ribs Rt
Chest

**22. Expected Follow-up Services Include:** 1/22/03

- [x] Evaluation by the treating doctor on 1-22-03 (date) at 9:30 am/pm   33
  Referral to/Consult with ___ on ___ (date) at ___:___ am/pm
- [x] Physical medicine 3 X per week for 1 weeks starting on 1/22/03 (date) at 8:00 am/pm
- ☐ Special studies (list): ___ on ___ (date) at ___:___ am/pm
- ☐ None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

| **Date / Time of Visit** 1/17/03 4:40 | **EMPLOYEE'S SIGNATURE** | **DOCTOR'S SIGNATURE** | **Visit Type:** [x] Initial ☐ Follow-up | **Role of Doctor:** ☐ Designated doctor  ☐ Carrier-selected RME  ☐ TWCC-selected RME | [x] Treating doctor  ☐ Referral doctor  ☐ Consulting doctor  ☐ Other doctor |
|---|---|---|---|---|---|
| **Discharge Time** 5:20 | Rogelio Rodriguez | (signature) | | | |

**PATIENT NAME:** _Rogelio Rodriguez_
**DOCTOR/THERAPIST:** _____
**EMPLOYER:** _____
**APPROVAL:** _____

---

### First entry

**S** 1 2 3 4 5 6 7 8 9 10/10    1 2 3 4 5 6 7 8 9 10/10
Pain level to rib cage has decreased
slightly c therapy

**O** TT C T L PV MS LT SCP FIX SH SW TP MSP GM AL PP
rib cage

flex 80°    R lat 134°
Ext 151°    L lat 146°

**P** Continue current plan of treatment massage, ultrasound
hot pack, exercise, electrical stim

DATE: 1-22-03

| CODE | PROCEDURE | CODE | PROCEDURE |
|---|---|---|---|
| 97010 | HC PACKS | 97022 | Whirl Pool |
| 97110 | Therapeutic Exercise 15 Minutes X ___ | 97250 | Range of Motion CLL Extremities |
| 98076 | Home Exercises | 97018 | Parafin Bath |
| 97014 | Electrical Stimulation ___ Hz X ___ Units | 97780 | MT Muscle Testing |
| 97124 | Massage Therapy ___ | 99170 | Theraband |
| 97035 | Ultrasound ___ Units ___ w/cold 97032 | A4556 | Electrodes X ___ |
| 97260 | Myofacial 97140 | 99070 | Other (Supplies) ___ |
| 97510 | | | |

TT(tight & tender) O(service) T(thoracic) L(lumbar) PV(paravertebral muscles) MS(muscle spasms) LT(left) RT(right) FIX(fixation) SH(shoulder) SW(swelling noted) TP(trigger points) MSP(minor sign present) GM(guarded movement) AL(antalgic lean) PP(palpation elicits pain)

---

### Second entry

**S** 1 2 3 4 5 6 7 8 9 10/10    1 2 3 4 5 6 7 8 9 10/10
Pain level to rib cage slowly decreasing

**O** TT C T L PV MS LT SCP FIX SH SW TP MSP GM AL PP
rib cage

**A** Patient has good flexibility to rib cage side

**P** Continue current plan of treatment massage, ultrasound
hot pack, exercise, electrical stim

DATE: 1-23-03

| CODE | PROCEDURE | CODE | PROCEDURE |
|---|---|---|---|
| 97010 | HC PACKS | 97022 | Whirl Pool |
| 97110 | Therapeutic Exercise 15 Minutes X ___ | 97250 | Range of Motion ___ Extremities |
| 98076 | Home Exercises | 97018 | Parafin Bath |
| 97014 | Electrical Stimulation ___ Hz X ___ Units | 97780 | MT Muscle Testing |
| 97124 | Massage Therapy ___ | 99170 | Theraband |
| 97035 | Ultrasound ___ Units ___ w/cold 97032 | A4556 | Electrodes X ___ |
| 97260 | Myofacial 97140 | 99070 | Other (Supplies) ___ |

TT(tight & tender) O(service) T(thoracic) L(lumbar) PV(paravertebral muscles) MS(muscle spasms) LT(left) RT(right) FIX(fixation) SH(shoulder) SW(swelling noted) TP(trigger points) MSP(minor sign present) GM(guarded movement) AL(antalgic lean) PP(palpation elicits pain)

---

### Third entry

**S** 1 2 3 4 5 6 7 8 9 10/10 no med    1 2 3 4 5 6 7 8 9 10/10
Patient went back to work yesterday and took no med
due to driving

**O** TT C T L PV MS LT SCP FIX SH SW TP MSP GM AL PP

**A** Patient has strong pain & discomfort to rib due
to back at work. He is not able to take medication

**P** Continue current plan of treatment massage, ultrasound
hot pack, exercise, electrical stim

DATE: 1-24-03

| CODE | PROCEDURE | CODE | PROCEDURE |
|---|---|---|---|
| 97010 | HC PACKS | 97022 | Whirl Pool |
| 97110 | Therapeutic Exercise 15 Minutes X ___ | 97250 | Range of Motion ___ Extremities |
| 98076 | Home Exercises | 97018 | Parafin Bath |
| 97014 | Electrical Stimulation ___ Hz X ___ Units | 97780 | MT Muscle Testing |
| 97124 | Massage Therapy ___ | 99170 | Theraband |
| 97035 | Ultrasound ___ Units ___ w/cold 97032 | A4556 | Electrodes X ___ |
| 97260 | Myofacial 97140 | 99070 | Other (Supplies) ___ |

TT(tight & tender) O(service) T(thoracic) L(lumbar) PV(paravertebral muscles) MS(muscle spasms) LT(left) RT(right) FIX(fixation) SH(shoulder) SW(swelling noted) TP(trigger points) MSP(minor sign present) GM(guarded movement) AL(antalgic lean) PP(palpation elicits pain)

34

PATIENT NAME:
DOCTOR/THERAPIST:
EMPLOYER:
APPROVAL:

Rosalio Rodriguez

DATE: 1-27-03

**S** 12345678910/10        12345678910/10
pain decreasing to rib cage of therapy

**O** TT C T L PV MS LE (ST) FIX SH SW TP MSP (GM) AL PP
rib cage

**A** Patient feels he gained more flexibility
rel therapy

**P** Continue current plan of treatment massage , ultrasound
hot pack  exercise  electrical stim

| CODE | PROCEDURE | CODE | PROCEDURE |
|------|-----------|------|-----------|
| 97010 | H/C PACKS | 97022 | Whirl Pool |
| 97110 | Therapeutic Exercise 15 Minutes X ___ | 95851 | Range of Motion ___ Extremities |
| 98078 | Home Exercises | 97018 | Paraffin Bath |
| 97032 | Electrical Stimulation ___ Hz X ___ Units | 97760 | MT Muscle Testing |
| 97124 | Massage Therapy | 98170 | Therabands |
| 97036 | Ultrasound ___ Units ___ w/out 97032 | A4556 | Electrodes X ___ |
| 97250 | Myofacial  97140 | 99070 | Other (Supplies) |
| TT540 | | | |

TT(light & tender) O(servated) T(thoracic) L(lumbar) PV(paravertebral muscles) MS(muscle spasms) LE(left) RT(right) FIX(fixation) SH(shoulder) SW(swelling noted) TP(trigger points) MSP(minor sign present) GM(guarded movement) AL(analgesic knee) PP(palpation elicits pain)

DATE: 1-28-03

**S** 12345678910/10        12345678910/10
Pain level to rib cage slowly decreasing

**O** TT C T L PV MS LE (ST) FIX SH SW TP MSP (GM) AL PP

**A** Patient has been feeling less discomfort to rib w/therapy

**P** Continue current plan of treatment massage , ultrasound
hot pack  exercise  & electrical stim

| CODE | PROCEDURE | CODE | PROCEDURE |
|------|-----------|------|-----------|
| 97010 | H/C PACKS | 97022 | Whirl Pool |
| 97110 | Therapeutic Exercise 15 Minutes X ___ | 95851 | Range of Motion ___ Extremities |
| 98078 | Home Exercises | 97018 | Paraffin Bath |
| 97032 | Electrical Stimulation ___ Hz X ___ Units | 97760 | MT Muscle Testing |
| 97124 | Massage Therapy | 98170 | Therabands |
| 97036 | Ultrasound ___ Units ___ w/out 97032 | A4556 | Electrodes X ___ |
| 97250 | Myofacial  97140 | 99070 | Other (Supplies) |

TT(light & tender) O(servated) T(thoracic) L(lumbar) PV(paravertebral muscles) MS(muscle spasms) LE(left) RT(right) FIX(fixation) SH(shoulder) SW(swelling noted) TP(trigger points) MSP(minor sign present) GM(guarded movement) AL(analgesic knee) PP(palpation elicits pain)

DATE: 1-30-03

**S** 12345678910/10        12345678910/10
pain decreasing to rib cage today due to sitting position while sleeping waiting for date in Hospital

**O** TT C T L PV MS LE (ST) FIX SH SW TP MSP (GM) AL PP
rib cage

**A** Patient has less discomfort to rib cage, but needs better flexibility

**P** Continue current plan of treatment massage  ultrasound
hot pack  exercise  electrical stim

| CODE | PROCEDURE | CODE | PROCEDURE |
|------|-----------|------|-----------|
| 7010 | H/C PACKS | 97022 | Whirl Pool |
| 110 | Therapeutic Exercise 15 Minutes X ___ | 95851 | Range of Motion ___ Extremities |
| 78 | Home Exercises | 97018 | Paraffin Bath |
| 2 | Electrical Stimulation ___ Hz X ___ Units | 97760 | MT Muscle Testing |
| 24 | Massage Therapy | 98170 | Therabands |
| 36 | Ultrasound ___ Units ___ w/out 97032 | A4556 | Electrodes X ___ |
| 50 | Myofacial  97140 | 99070 | Other (Supplies) |

TT(light & tender) O(servated) T(thoracic) L(lumbar) PV(paravertebral muscles) MS(muscle spasms) LE(left) RT(right) FIX(fixation) SH(shoulder) SW(swelling noted) TP(trigger points) MSP(minor sign present) GM(guarded movement) AL(analgesic knee) PP(palpation elicits pain)

35

## SOAP Note 1

**1 2 3 4 5 6 7 8 9 10 / 10      1 2 3 4 5 6 7 8 9 10 / 10**   2-3

**S** — Pain level increased to rib due to falling again at work

**O** — TT C T L PV (MB) LF (RT) FIX SH SW TP MSP (CM) AL PP   rib cage

**A** — Patient slipped at work reinjured rib cage

**P** — Continue current plan of treatment massage, ultrasound, hot pack, exercise, electrical stim

| CODE | PROCEDURE | CODE | PROCEDURE |
|------|-----------|------|-----------|
| 97010 | H/C PACKS | 97022 | Whirl Pool |
| 97110 | Therapeutic Exercise 15 Minutes X | 95851 | Range of Motion — Extremities |
| 98076 | Home Exercises | 97018 | Paraffin Bath |
| 97032 | Electrical Stimulation __ Hz X / Units | 97750 | M# Muscle Testing |
| 97124 | Massage Therapy | 99170 | Thermogram |
| 97035 | Ultrasound / Units whirl 97032 | A4556 | Electrodes X |
| 97250 | Myofascial 97140 | 99070 | Other Supplies |
| TX5/10 | | | |

DATE: 2-3-03

## SOAP Note 2

**1 2 3 4 5 6 7 8 9 10 / 10      1 2 3 4 5 6 7 8 9 10 / 10**

**S** — Pain level has decreased to rib cage

**O** — TT C T L PV (MB) LF (RT) FIX SH SW TP MSP (CM) AL PP   rib cage

**A** — Patient has better flexibility to rib cage

**P** — Continue current plan of treatment massage, ultrasound, hot pack, exercise, electrical stim

| CODE | PROCEDURE | CODE | PROCEDURE |
|------|-----------|------|-----------|
| 97010 | H/C PACKS | 97022 | Whirl Pool |
| 97110 | Therapeutic Exercise 15 Minutes X 3 | 95851 | Range of Motion — Extremities |
| 98076 | Home Exercises | 97018 | Paraffin Bath |
| 97032 | Electrical Stimulation __ Hz X / Units | 97750 | M# Muscle Testing |
| 97124 | Massage Therapy | 99170 | Thermogram |
| 97035 | Ultrasound / Units whirl 97032 | A4556 | Electrodes X |
| 97250 | Myofascial 97140 | 99070 | Other Supplies |

DATE: 2-5-03

## SOAP Note 3

**1 2 3 4 5 6 7 8 9 10 / 10      1 2 3 4 5 6 7 8 9 10 / 10**

**S** — Pain level to rib cage slowly decreasing

**O** — TT C T L PV (MB) LF (RT) FIX SH SW TP MSP (CM) AL PP   rib cage

**A** — Patient feels better - I PT Obed stopped PT on him due to patients request

**P** — Continue current plan of treatment massage, ultrasound, hot pack, exercise, electrical stim

| CODE | PROCEDURE | CODE | PROCEDURE |
|------|-----------|------|-----------|
| 97010 | H/C PACKS | 97022 | Whirl Pool |
| 97110 | Therapeutic Exercise 15 Minutes X 2 | 95851 | Range of Motion 2 Extremities |
| 98076 | Home Exercises | 97018 | Paraffin Bath |
| 97032 | Electrical Stimulation __ Hz X / Units | 97750 | M# Muscle Testing |
| 97124 | Massage Therapy / | 99170 | Thermogram |
| 97035 | Ultrasound / Units whirl 97032 | A4556 | Electrodes X |
| 97250 | Myofascial 97140 | 99070 | Other Supplies |

DATE: 2-7-03

PATIENT NAME: Rodriguez Rogelio
DOCTOR/THERAPIST:
EMPLOYER:
APPROVAL:

36

38

# SYNERGY PROGRESSIVE EXERCISE NOTES

**Patient Name:** Rodriguez Rogelio

## THORACIC

| Date | 2-3-03 | | | | | | 2-5-03 | | | | | | | 2-7-03 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Exercise # | 1A | 1B | 1C | 1D | 1E | 1F | 1A | 1B | 1C | 1D | 1E | 1F | 2A | 2C | 1G | 1A | 1B | 1C | 1D | 1E | 1F |
| Pain Scale | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sets / Reps | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 30 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| Resistance | | | | | | | | | | | | | | | | | | | | | |
| Comments | | | | | | | | | | | | | | | | | | | | | |

| Date | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Exercise # | | | | | | | | | | | | |
| Pain Scale | | | | | | | | | | | | |
| Sets / Reps | | | | | | | | | | | | |
| Resistance | | | | | | | | | | | | |
| Comments | | | | | | | | | | | | |

**TREATMENT:** Painfree (-)    Discomfort (D)*    Moderate Pain (M)*    Strong Pain (S)*

**RESISTANCE:** XL = Extra Light    L = Light    M = Medium    H = Heavy

**SERIES I**
AROM/Stretching

) - The Anchor Stretch
1B - Optional / Diagonal Stretch
1C - Neck Glide / Extensor Stretch
1D - The Upper Back Stretch
1E - Corner Chest Stretch
1F - Shoulder Square Shrugs
1G - Optional _____
1H - Optional _____

**SERIES II**
Isometric / Non-Weighted
Gentle Strengthening

2A - Wall Push
2B - Chair Lift
2C - Lower Trap Squeeze
2D - Serratus Roll
2E - Optional _____
2F - Optional _____

**SERIES III**
Isotonic Strengthening
with *SYNERGY* Cords

3A - Resistance Shoulder Shrugs
3B - Serratus Push
3C - Middle Trapezius Pull
3D - Inner Thoracic Isolator
3E - Optional / Rhomboid Isolator
3F - Optional _____
3G - Optional _____

*Consult with your physician

37