# SYNERGY PROGRESSIVE EXERCISE NOTES

**Patient Name:** Rogelio Rodriguez

# THORACIC

| | Date | 1-22-03 | 1-27-03 | 1-28-03 | 1-30-03 | 1-24-03 |
|---|---|---|---|---|---|---|
| | Exercise # | 1A 1B 1C 1D 1E 1F | 1A 1B 1C 1D 1E 1F | 1A 1B 1C 1D 1E 1F | 1A 1B 1C 1D 1E 1F | 1A 1B 1C 1D 1E 1F |
| | Pain Scale | M M S S M M | M M M M M M | M M M M M M | M M M M M M | S S S S S S |
| | Sets / Reps | 10 10 10 10 10 10 | 10 10 10 10 10 10 | 10 10 10 10 10 10 | 10 10 10 10 10 10 | 10 10 10 10 10 10 |
| | Resistance | | | | | |
| | Comments | | | | | |

**TREATMENT:** Painfree (-)    Discomfort (D)*    Moderate Pain (M)*    Strong Pain (S)*

**RESISTANCE:** XL = Extra Light    L = Light    M = Medium    H = Heavy

**SERIES I**
AROM/Stretching

1A - The Anchor Stretch
1B - Optional / Diagonal Stretch
1C - Neck Glide / Extensor Stretch
1D - The Upper Back Stretch
1E - Corner Chest Stretch
1F - Shoulder Square Shrugs
1G - Optional _____
1H - Optional _____

**SERIES II**
Isometric / Non-Weighted
Gentle Strengthening

2A - Wall Push
2B - Chair Lift
2C - Lower Trap Squeeze
2D - Serratus Roll
2E - Optional _____
2F - Optional _____

**SERIES III**
Isotonic Strengthening
with *SYNERGY* Cords

3A - Resistance Shoulder Shrugs
3B - Serratus Push
3C - Middle Trapezius Pull
3D - Inner Thoracic Isolator
3E - Optional / Rhomboid Isolator
3F - Optional _____
3G - Optional _____

*Consult with your physician

AMERICAN BOARD OF FAMILY PRACTICE

## DR. ABRAHAM CANO, M.D.

FAMILY MEDICAL

ED CAREY DR. FAMILY MEDICAL CENTER
2401 ED CAREY DR., SUITE A
HARLINGEN, TX 78550

## PATIENT EDUCATION
### CPT: 99078-22

TEL. 425-9181 OFFICE
FAX: (210) 425-1262

**DATE:** 1-22-03

**PATIENT:** Rodriguez Rogelio
**SSN:**
**DOB:**

Patient education is described in the Texas Workers Compensation Guidelines as "an essential component in ensuring the injured employees' compliance to all treatment and to achieve cooperation of the patient in all aspects of health care as a means to prevent re-injury."

I have explained to the patient his/her responsibility as an active participant in the rehabilitation and return to work process. Our Patient Education Program includes references to basic anatomy and biomechanics as it is related to the patients specific injury.

I have explained the 4 phases of recovery and the relationship of physical therapy to the recovery process. Specific handouts, booklets, brochures, tapes, videos, and other educational materials will be provided to the patient during this program to reinforce the understanding of these concepts.

If you have any questions or if I can be of further assistance, please do not hesitate to call my office at (956) 425-9181.

Sincerely,
Ed Carey Drive Family Medical Center

Abraham Cano, MD
Director of Physical Therapy

Attachments:

Dr. Cano has explained my responsibility as an active participant in the rehabilitation and return to work process. I have received instructions today related to basic anatomy and biomechanics as it relates to the my specific injury. I have also received specific handouts, booklets, brochures, tapes, videos to help me understand these concepts.

**DATE:** 1-22-03

39

# Patient Tracking Form

Name: Rogelio Rodriguez                    Age: ____  Sex: ♂  Date Started: 1-__

SSN: __ ████████████████               Race: ___ ___  Date Completed: [

Home Phone: 4/2. 8/63 Work Phone: 797-360/  Referral Source: __ ___ ___ ___

Insurance: ☒WC  ☐ PI  ☐ Major Med.  ☐ Medicare  Program: ☐ FCE  ☒PT  ☐ WC  ☐ WH  ☐ PM  ☐ I

Diagnosis: __ ___ ___ ___               Marketing: WI  NP  TV  R  Other:

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|-----|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| Jan |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| Feb |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| Mar |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |

E: Initial Exam          Yellow: ☑ Attended          Green: ◯ Next Dr. Appointment          C: Cancels
R: Re-Exam               Pink: ☒ Missed Appointment   Red: ■ Discharged

| Preparation | Date |
|-------------|------|
| Obtained Prescription | |
| Obtained Medical Records | |
| Contact Referral Source | |
| Contact Employer | |

| Stats | |
|-------|--|
| Total Number of Visits | |
| Missed Appointments | |
| Total Cost of Care | |
| Reports Sent out On Time | |

| Tests & Consultations | Date |
|----------------------|------|
| ☐Initial FCE  ☐ Subsequent FCE  ☐ Final FCE | |
| X-Ray: | |
| MRI: | |
| Lab: | |
| Neurological Exam: | |
| Orthopedic Exam: | |
| Consultation With: | |
| Surgery With: | |

| Discharge Outcomes | Y/t |
|--------------------|-----|
| MMI / Impairment Rating        Percent | |
| Patient Showed Daily Progression | |
| Patient Reached RTW Status | |
| Patient Attained WH / WC Goals | |
| Returned to Work  ☐ No Restrictions  ☐ With Restrictions | |
| Non - Compliant Release | |
| Home Exercise Programs | |
| Patient Education Programs | |

| Satisfaction Surveys | Y / N |
|---------------------|-------|
| Patient Satisfied With Services | |
| Referral Source Satisfied With Services | |
| Employer Satisfied With Services | |

| Patient Follow-Up | Not | NJSF | NJDF | NLSF | NL |
|-------------------|-----|------|------|------|-----|
| 3 Months Post Discharge | | | | | |
| 6 Months Post Discharge | | | | | |
| 1 Year Post Discharge | | | | 40 | |

Notes

### SHOULDER - 7
#### Range of Motion Exercises
#### (Self-stretching activities):
#### Flexion



Sitting upright, slide forearm forward along table as you bend from the waist until a stretch is felt.

Hold __3__ seconds.
Repeat __10__ times.
Do __/__ sessions per day.

*Copyright VHI 1990*

### SHOULDER - 8
#### Range of Motion Exercises
#### (Self-stretching activities):
#### Flexion(alternate)



Slide arm up wall with palm toward you by moving closer to wall.

Hold __3__ seconds.
Repeat __10__ times.
Do __/__ sessions per day.

*Copyright VHI 1990*

### SHOULDER - 9  Range of Motion Exercises
#### (Self-stretching activities):  Abduction



With arm resting on table, palm up, bring head down toward arm as you simultaneously move trunk away from table.

Hold __3__ seconds.        Repeat __10__ times.
Do __/__ sessions per day.        *Copyright VHI 1990*

41

## PHYSICIAN SERVICE REQUEST FORM
## REHABILITATION & PHYSICAL MEDICINE THERAPY PRESCRIPTION

NAME: _Rosello Rodriguez_     Treatment to be delivered by _Nora Lopez_
DIAGNOSIS: _R rib cage_     DATE: _1-22-03_
_____     ICD-9: _____

CIRCLE ONE:
MEDICARE
MEDICAID NUMBER _____     SPECIAL INSTRUCTIONS: _____
PRIVATE PAY     _____
PERSONAL INSURANCE     _____
WORKER'S COMPENSATION     _____

### PHYSICAL MEDICINE THERAPY ORDER

FREQUENCY: __X__ DAILY     DURATION: ____ DAYS
_____ 2 X WEEK     __2__ WEEKS
_____ 3 X WEEK     _____ MONTHS

__X__ Massage     ____ Flexibility Exercise
__X__ ROM Exercise Active     ____ Gait Training
____ ROM Exercise Passive     ____ Cold packs
__X__ Ultrasound     ____ Strengthening Exercise
____ Sterilize Whirlpool     ____ Lumbosacral Support
__✓__ Moist Hot Pack/Heat     ____ Traction, Manual
__✓__ Electrical Stimulation     ____ Traction, Mechanical
____ Unlisted Therapeutic Procedure     ____ Teach/Train patient and/or
(Specify) _____          care giver
_____     In the following procedure _____
_____     _____
_____

### AREA(S) OF TREATMENT

| | | |
|---|---|---|
| 1. Neck | 11. R-Upper Arm | 21. R-Calf |
| 2. R-Trapezius Region | 12. Left-Upper Arm | 22. L-Ankle |
| 3. L-Trapezius Region | 13. R-Forearm | 23. R-Ankle |
| 4. R-Shoulder | 14. L-Forearm | 24. L-Foot |
| 5. L-Shoulder | 15. Pelvic Region | 25. R-Foot |
| 6. Upper Back | 16. R-Thigh | 26. L-Hand |
| 7. Mid-Back | 17. L-Thigh | 27. R-Hand |
| 8. Lower Back | 18. L-Knee | 28. R-Elbow |
| 9. R-Hip | 19. R-Knee | 29. L-Elbow |
| 10. L-Hip | 20. L-Calf | 30. Other Specify _rib_ |

Signed _____ MD

42

*Rojelio Rodriguez*
*1-22-03*

## SHOULDER - 1
#### Range of Motion Exercises
(Wand activities): Flexion

Bring wand directly overhead, leading with uninvolved side. Reach back until you feel a stretch.

Hold __3__ seconds.

Repeat __10__ times.

Do __1__ sessions per day.

*Copyright VHI 1990*

## SHOULDER - 2
#### Range of Motion Exercises
(Wand activities): Abduction

Holding wand with involved side palm up, push wand directly out from your side with uninvolved side (palm down) until you feel a stretch.

Hold __3__ seconds.

Repeat __10__ times.

Do __1__ sessions per day.

*Copyright VHI 1990*

## SHOULDER - 3  Range of Motion Exercises
(Wand activities): External/Internal Rotation




Hold wand with involved side palm up, push with uninvolved side (palm down) out from body while keeping elbow until you feel a stretch. Then pull back across body with uninvolved side. Be sure to keep elbows bent.

Hold __3__ seconds.    Repeat __10__ times.

Do __1__ sessions per day.

*Copyright*

43

## SHOULDER - 25
Range of Motion Exercises
(Codman's Exercises);
Pendulum (side-to-side)

Gently move arm from side to side by rocking body weight from side to side. Let arm swing freely.

Repeat _10_ times.
Do _/_ sessions per day.

Copyright VHI 1990



## SHOULDER - 26
Range of Motion Exercises
(Codman's Exercises); Pendulum
(Clockwise/counterclockwise)

Let arm move in a circle clockwise, then counterclockwise by rocking body weight in a circular pattern.

Repeat _10_ times.
Do _/_ sessions per day.

Copyright VHI 1990



## SHOULDER - 27
Range of Motion Exercises (Codman's Exercises);
Saws (shoulder protraction/retraction)

Supporting body weight with hand on table, reach out in front of you. Pull arm back pinching shoulder blades together.
Repeat _3_ times.
Do _10_ times.
Do _/_ sessions per day.

Copyright VHI 1990



## SHOULDER - 28  Range of Motion Exercises
(Codman's Exercises);  Crosses
(horizontal abduction/adduction)

Supporting body weight with other hand, reach across body as far as you can, then pull back.
Repeat _10_ times. Do _/_ sessions per day.    Copyright VHI 1990

44

46



### SHOULDER - 4  Range of Motion Exercises
(Wand activities):  External/Internal Rotation



Move wand upward toward head, then down toward waistline.
Hold __3__ seconds.      Repeat __10__ times.
Do __1__ sessions per day.

*Copyright VHI 1990*

### SHOULDER - 5  Range of Motion Exercises
(Wand activities):  Horizontal abduction/adduction



Keeping both palms down, push wand across body with
uninvolved side.  Then pull back across body, keeping arms
parallel to floor. Do not allow your trunk to twist.
Hold __3__ seconds.      Repeat __0__ times.
Do __1__ sessions per day.

*Copyright VHI 1990*

### SHOULDER - 6  Range of Motion Exercises
(Wand activities):  Extension



Lift backward from buttocks until a stretch is felt.
Hold __3__ seconds.      Repeat __10__ times.
Do __1__ sessions per day.

*Copyright VHI 1990*

45

Valley Baptist Medical Center    2101 Pease Street, Harlingen, TX 78550

PATIENT NAME: RODRIGUEZ, Rogelio                    BILLING #: 987836525
MED REC #: 00260430                                 DATE REVISED: 18Jan2003
DOB:
ORDER DOCTOR: WRIGHT, ROBERT
PATIENT TYPE: E
   ROOM #:
   EXAM DATE: 16Jan2003

RIBS RT RIGHT                                        ACC #: 2031901

                    Final Result

RIGHT RIBS:

Multiple views of the right ribs were obtained. There is a minimally
displaced fracture involving the right 7th rib.

Interpreted by: William Taw, MD          01/17/2003 18:13
Transcribed by: Lori Montemayor          01/17/2003 18:55
Signed by     : William Taw, MD          01/18/2003 07:29

     N
     01/18/03
     TAW, WILLIAM

ROBERT WRIGHT.                          Page: 1

                                        46

Valley Baptist Medical Center   2101 Pease Street, Harlingen, TX 78550

PATIENT NAME: RODRIGUEZ, Rogelio            BILLING #: 987836825
    MED REC #: 00260430                     DATE REVISED: 18Jan2003
        DOB:
ORDER DOCTOR: WRIGHT, ROBERT
PATIENT TYPE: Z
    ROOM #
    EXAM DATE: 16Jan2003

    CHEST ONE VIEW          E1D1000          ACC #: 2031871

                    Final Result

CHEST ONE VIEW:

A frontal projection of the chest was obtained.

No acute pulmonary infiltrates or failure is seen. The heart is not
enlarged.

IMPRESSION:

  1) No acute pulmonary infiltrates are seen.


Interpreted by: William Taw, MD        01/17/2003 18:13
Transcribed by: Lori Montemayor        01/17/2003 18:54
Signed by     : William Taw, MD        01/18/2003 07:29


    n
    01/18/03
    TAW, WILLIAM


    ROBERT WRIGHT,                     Page:  1


                                        47

49

Valley Baptist Medical Center    2101 Pease Street, Harlingen, TX 78550

PATIENT NAME: RODRIGUEZ, Rogelio                    BILLING #: 987636825
    MED RNC #: 00260430                    DATE REVISED: 18Jan2003
        DOB :
ORDER DOCTOR: WRIGHT, ROBERT
PATIENT TYPE: E
        ROOM #:
    EXAM DATE: 16Jan2003

    SPINE CERVICAL MIN 4 VIEWS    E4D9000            ACC #: 2031874

                        Final Result

CERVICAL SPINE WITH OBLIQUES:

Multiple views of the cervical spine were obtained including oblique
views. There is no evidence of fracture or dislocation.


Interpreted by: William Taw, MD                01/17/2003 18:14
Transcribed by. Lori Montemayor                01/17/2003 18:54
Signed by   : William Taw, MD                01/18/2003 07:29


    N
    01/18/03
    TAW, WILLIAM



    ROBERT WRIGHT.                        Page:  1

48

LAB REPORT as of 21Jan03  5:03pm

PT#: 00260430  NAME: RODRIGUEZ, Rogelio                SEX: M  DOB: ▮▮▮▮▮▮▮                PAGE: 1

|  |  | DATES: | 16Jan03 | 16Jan03 | 21Jan03 | 21Jan03 |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
|  |  | TIME: | 8:14pm | 6:21pm | 7:06am | 5:00am |  |  |  |
| SPEC | TEST |  |  |  |  |  | LAST | PREVIOUS | DATE |

LAB RESULTS

| SPEC | TEST | Value | Flag |
|---|---|---|---|
|  | AUTOMATED CHEMISTRIES |  |  |
| S | GLU (MG/DL) | 93 |  |
| S | BUN | 9 |  |
|  | CREA | 1.0 |  |
| b | SODIUM | 138 |  |
|  | POTASSIUM | 3.7 |  |
| S | CL (MEQ/L) | 102 |  |
|  | CARB (CO2) | 26 |  |
| S | CA (MG/DL) | 8.8 |  |
|  | B12 & SERUM FOLATE |  |  |
|  | LACTOSE TOLERANCE |  |  |
|  | OSMOLALITY |  |  |
|  | ACID PHOS |  |  |
|  | L: RATIO & PG |  |  |
|  | PREGNANCY TESTS |  |  |
|  | TRH STIMULATION |  |  |
|  | CHOL,TRIG,HDL, & LDL |  |  |
|  | T? |  |  |
|  | AFP |  |  |
|  | POC CLIN, LYTES & ABG |  |  |
|  | MISC CHEM |  |  |
|  | CPK | 153 |  |
|  | CK-MB | 2 |  |
|  | TROPONIN I | <0.04 | C |
|  | CORTISOL STUDIES |  |  |
|  | CANCER MARKERS |  |  |
|  | CREATININE CLEARANCE |  |  |
|  | URINE CHEMISTRY |  |  |
|  | GASTRIC ANALYSIS SPE |  |  |
|  | FLD ELECTROPHORESIS |  |  |
|  | FLD HEMATOLOGY |  |  |
|  | FLUID CHEMISTRIES |  |  |
|  | FLUID URIC ACID CRYS |  |  |
|  | BLEEDING/CLOTTING TI |  |  |
|  | BLOOD VOLUME STUDY |  |  |
|  | AMENORRHIA PROFILE |  |  |
|  | COMPLETE BLOOD COUNT |  |  |
| S | WBC | 11.5 | h |
| B | RBC | 5.43 |  |
| S | HGB | 16.3 | h |
| S | HCT (%) | 46.0 |  |
| B | MCV | 84.5 |  |
| S | MCH | 30.0 |  |
| B | MCHC (%) | 35.6 |  |
| B | RDW-CV | 13.7 |  |
| B | PLT | 257 |  |
| B | MPV | 7.9 |  |
| S | BASC % | 0.3 |  |
|  | BASOS (ABSOLUTE) | 0.03 |  |
|  | EOS (ABSOLUTE) | 0.10 |  |
|  | EOSC % | 0.9 |  |

49

FILE.NO.875 01/21  05 15:45  ID:VSIC TELE.REC.    FAX:9053891714    PAGE  6

LAB REPORT as of 21Jan03  6:03pm

PT#: 00260430  NAME: RODRIGUEZ, Rogelio    SEX: M  DOB:████████    PAGE: 2

| SPEC | TEST | DATES: | 16Jan03 | 16Jan03 | 21Jan03 | 21Jan03 | | LAST PREVIOUS | DATE |
|------|------|--------|---------|---------|---------|---------|---|---------------|------|
| | | TIME: | 8:14pm | 6:21pm | 7:06am | 5:00am | | | |
| | LYMPH % | | | 13.9 l | | | | | |
| | LYMPHS ABSOLUTE | | | 1.61 | | | | | |
| | MONO % | | | 4.2 l | | | | | |
| | MONOS (ABSOLUTE) | | | 0.48 | | | | | |
| | NEUT % | | | 80.7 h | | | | | |
| | NEUT (ABSOLUTE) | | | 9.31 h | | | | | |
| | COAGULATION STUDIES | | | | | | | | |
| | MISC HEMATOLOGY | | | | | | | | |
| | DIFFERENTIAL MANUAL | | | AUTO | | | | | |
| | STAINS | | | | | | | | |
| | PROTAMINE REVERSAL | | | | | | | | |
| | WBC PARAMETERS | | | | | | | | |
| | SEMEN ANALYSIS | | | | | | | | |
| | FECAL STUDIES | | | | | | | | |
| | LATEX STREP PNEUMONI | | | | | | | | |
| | MISC SEROLOGY | | | | | | | | |
| | APR RESULTS | | | | | | | | |
| | URINALYSIS | | | | | | | | |
| | SPECIMEN DESCRIPTI | SEE NOTE | C | | | | | | |
| | URINE SPECIFIC GRA | 1.015 | | | | | | | |
| | PH, URINE | 5.5 | | | | | | | |
| | URINE PROTEIN | NEGATIVE | | | | | | | |
| | URINE GLUCOSE | NEGATIVE | | | | | | | |
| | URINE KETONE | NEGATIVE | | | | | | | |
| | BILIRUBIN, URINE | NEGATIVE | | | | | | | |
| | BLOOD, URINE | NEGATIVE | | | | | | | |
| | UROBILINOGEN, URIN | 0.2 | | | | | | | |
| | URINE NITRITE | NEGATIVE | | | | | | | |
| | LEUKOCYTE ESTERASE | NEGATIVE | | | | | | | |
| | Urine Color | YELLOW | C | | | | | | |
| | Urine Clarity | CLEAR | | | | | | | |
| | ANA BY FA | | | | | | | | |
| | ANA POSITIVE BATTERY | | | | | | | | |

Results with comments follow by order code in reverse date order:

TROPONIN I

    Provider: 6165        WRIGHT, ROBERT T    Lab accession #: not found    Obtained: 16Jan03  6:21pm
    Specimen type:            Short result:  <0.04            Latest update from lab:
                        Reference Range is under study. Upper limit of normal range is
                        not agreed upon. Troponin-I levels >/=0.1 ng/mL indicate
                        myocardial damage, and suggest increased short term risk of
                        death. Up to 15% variation at levels </=0.1 ng/mL.

PHH:300309171 4                                        PAGE    7

LAB REPORT as of 31Jan03  6:03pm

PT#: C0260410  NAME: RODRIGUEZ, Rogelio

SEX: M  DOB: ████████

PAGE: 3

SPECIMEN DESCRIPTION

    Provider: 778
    Specimen type:        YBARRA, RICHARD J    Lab accession #: not found
                              Short result: SEE NOTE        Obtained:16Jan03  8:14pm
        RANDOM URINE                          Latest update from lab:

Urine Color

    Provider: 778
    Specimen type:        YBARRA, RICHARD J    Lab accession #: not found
                              Short result: YELLOW        Obtained:16Jan03  8:14pm
                                            Latest update from lab:
        MICROSCOPIC NOT DONE BECAUSE URINE CHEMISTRIES WITHIN
        PREDETERMINED SET CRITERIA

51

53

FROM: VALLEY MEDICAL    FAX:9563891714    PAGE 8

Valley Baptist Medical Center    2101 Pease Street, Harlingen, TX 78550

PATIENT NAME: RODRIGUEZ, Rogelio          BILLING #: 985046796
     MED REC #: 00260430                   DATE REVISED: 16Jan2001
     DOB ████████
ORDER DOCTOR: OKAFOR, ANDREW
PATIENT TYPE: 2
     ROOM #:
     EXAM DATE: 15Jan2001

CHEST PA & LAT        $1D1500          ACC #: 1434132

                    Final Result

TWO VIEWS OF THE CHEST:

Comparison is made with the previous study of 2/10/94.

FINDINGS.

The lungs are clear with no acute cardiopulmonary disease.  The heart is within
normal limits.  Lungs are unremarkable.  The hili are unremarkable.  No
evidence of effusions.  The visualized bony structures are unremarkable.

IMPRESSION:

    1.   No active disease.


January 16, 2001  10:22          VANI VELAMATI, M.D./ag
 6083

                    Page: 1


                                        52

                                                                        54

FAX:3563891714          PAGE   9

Valley Baptist Medical Center    2101 Pease Street, Harlingen, TX 78550

PATIENT NAME: RODRIGUEZ, Rogelio            BILLING #: 985046796
   MED REC #: 0028-0438                     DATE REVISED: 16Jan2001
                    DOB:
ORDER DOCTOR: OKAFOR, ANDREW
PATIENT TYPE: E
-      ROOM #:
   EXAM DATE: 15Jan2001

CHEST PA & LAT            E1D1500            ACC #: 1434132

        N
01/16/01
VELAMATT  UANI

ANDREW OKAFOR.                       Page:  2

53

```
01/16/2003              VALLEY BAPTIST MEDICAL CENTER                    AUTOSEND REPORT
  19:21               DEPARTMENT OF LABORATORY MEDICINE                           PAGE
NAME: RODRIGUEZ,ROGELIO
H#  : 00260430                 LOC: ER       ROOM
ACCT: 987836525                DR: WRIGHT,ROBERT, D.O.        AGE: 43Y?   SEX: M
                               DR: MACKIE,EUGENE S            CODE: 6165
H34386    COLL: 01/16/2003 19:09 REC: 01/16/2003 19:21       CODE: 55?
                                                             PHYS: WRIGHT,ROBERT, D.

ALCOHOL SERUM                      0        [0]          G/DL                STAT
```

.54

```
01/16/2003          VALLEY BAPTIST MEDICAL CENTER              AUTOSEND REPORT
   21:02          DEPARTMENT OF LABORATORY MEDICINE                      PAGE
NAME: RODRIGUEZ,ROGELIO        LOC: ER       ROOM
H#  : 00260430                 DR: WRIGHT,ROBERT, D.O.    AGE: 43Y    SEX: M
ACCT: 987836525                DR: MACKIE,EUGENE S        CODE: 6165
                                                          CODE: 557
H34447   COLL: 01/16/2003 20:14 REC: 01/16/2003 20:28  PHYS: YBARRA,RICHARD


SUBSTANCE ABUSE 6 (URINE SCREEN ONL
   BARBITURATES (URINE)        NEGATIVE [NEG]                     STAT
   AMPHETAMINES (URINE)        NEGATIVE [NEG]
   OPIATES (URINE)             NEGATIVE [NEG]
   COCAINE (URINE)             NEGATIVE [NEG]
   CANNABINOIDS (URINE)        NEGATIVE [NEG]
   BENZODIAZEPINE (URINE)

   ALCOHOL (URINE)             NEGATIVE [NEG]
   PHENCYCLIDINE               NEGATIVE
                               NEGATIVE [NEG]
```

55

**ABRAHAM CANO, M.D.**
**AUTHORIZATION TO RELEASE MEDICAL RECORDS**

Rogelio Rodriguez _____ who resides at 123 Dolores _____
in the city of Primera _____ in the state of Texas _____ hereby authorizes:

Name: Dr. Abraham Cano _____
(PHYSICIAN, HOSPITAL, CLINIC, LAB, RADIOLOGY CENTER OR OTHER HEALTHCARE PROVIDER)

Address: 2401 Ed. Carey Dr. _____

City, St., Zip: Harlingen, Tx _____

to disclose the following specific medical information by ☐ mail or ☑ fax or ☐ e-mail to:

Name: Valley Baptist Medical Center _____
(PHYSICIAN, HOSPITAL, CLINIC, LAB, RADIOLOGY CENTER OR OTHER HEALTHCARE PROVIDER, HEALTHPLAN, THIRD PARTY ADMIN OR OTHER PAYOR)

Address: _____ ET Tease _____

City, St., Zip: Harlingen, Tx 78552 _____

My authorization extends only to those data elements/documents initialed below:

- ✓ Statements of charges or payments
- ✓ Records of visits (all visits)
- ✓ Record of visit for a specific date or dates   Specific dates include or are limited to: _____
- ✓ Copies of records or reports provided to the above named (i.e. hospital, lab, clinic, etc)
- ✓ All of the above
- ✓ Other (Must be specific) _____
- ✓ Mental Health and/or alcohol and drug abuse treatment
- ✓ HIV Information
- ✓ Hepatitis Information

This authorization is given freely with the understanding that:

1. Any and all records, whether written or oral or in electronic format, are confidential and cannot be disclosed without my prior written authorization, except as otherwise provided by law.

2. A photocopy or fax of this authorization is as valid as this original.

3. I may revoke this authorization at any time, except where information has already been released. This authorization is valid for a sixty (60) day period from the date it is signed, or sooner if noted below.

_____          1-17-03
(PATIENT'S NAME PRINTED)                    DATE

_____          _____
PATIENT'S SIGNATURE (OR GUARDIAN, IF A MINOR)    REVOCATION DATE (IF OTHER THAN 60 DAYS FROM DATE ABOVE)

450 29 5442
SOCIAL SECURITY NUMBER (FOR IDENTIFICATION PURPOSES ONLY)

56

_____          _____
WITNESS                                     DATE

58

CONTINUATION

NAME  Rogelio Rodriguez

ADDRESS                                                                    DATE

N 2 2 2003

JAN 2 4 2003

AN 2 7 2003

1-30-03  PT

2-6- 03

2- 7 03

B 0 7 2003  **OFFICE VISIT**

FEB 1 4 2003 **OFFICE VISIT**

FEB 2 8 2003  **OFFICE VISIT**

AR 2 1 2003 **OFFICE VISIT**

3. 24-03          he needed PT

APR 2 2 2003 **OFFICE VISIT**

57

FORM 735          **MEDICAL HISTORY**

NAME
AGE     SEX     S M D W
ADDRESS                                    PHONE                  JAN 1 7 2003
SPONSOR                    ADDRESS
OCCUPATION                 REF BY                    ACKN

CHIEF COMPLAINT

PRESENT ILLNESS

F : (X)

m. Drill

HISTORY — MILITARY
— SOCIAL
— FAMILY    Children: 4
— MARITAL   Married
— MENSTRUAL   MENARCHE     PARA        L M P        X        X
— ILLNESS   MEASLES   MUMPS   PERT   VAR   PNEU   PLEUR   TYPH   MAL   RH FEV   SC FEV
OTHER
— TRAUMA, SURGERY    Sinus 2001  ,  Rt. eye 2001

REVIEW OF SYSTEMS
HEAD
EYES
EARS
NOSE & THROAT
NECK
BREASTS
CARDIO — RESPIRATORY

GASTRO — INTESTINAL

GENITO — URINARY
V. D
MUSCULO — SKELETAL

SKIN
ALLERGY : None
NEURO — PSYCH
Med History: None
Med : Vicodine 5⁰⁰ for pain at ER
Habit : S: No      D: No      SD: No

58



# Southern Bone & Joint Center Associates

### A PROFESSIONAL CORPORATION

### Jorge E. Tijmes, M.D.
DIPLOMATE OF AMERICAN BOARD OF ORTHOPAEDIC SURGERY
FELLOW OF AMERICAN ACADEMY OF ORTHOPAEDIC SURGERY
MEMBER OF NORTH AMERICAN SPINE SOCIETY

P. O. Box 6209
McAllen, Texas 78502

Phone: (956) 687-2032
Fax: (956) 687-2761

February 24, 2004

Randall P. Crane, Attorney at Law
201 S. Sam Houston
San Benito, TX 78586

RE:                                    FINAL REPORT

PATIENT:    Rogelio Rodriguez
CASE:       12710
D/BIRTH:    ████████
SS#:        ████████
D/INJURY:   01/16/2003

Dear Mr. Crane,

The patient is a 43-year-old male with complaints of neck pain, right shoulder pain, mid back and low back pain status post a motor vehicle collision on 01/16/2003. He reports being the restrained driver of a vehicle which hit another car. He reports that he was driving when the vehicle to his right tried to make a U-turn in front of him. Patient reports that he collided with the other vehicle since it invaded his right of way. Patient admits to head injury with windshield. He admits to blacking out for a few seconds. He was ambulatory at the scene. A police report was taken. He reports that he was taken via ambulance to Valley Baptist Emergency Room. Patient had x-rays and was diagnosed with rib fractures. He was later discharged in stable condition. He was then seen by his primary care physician who started a 4-6 week rehabilitation program. Patient later saw Dr. Gill who continued rehabilitation program and referred him for an MRI due to continued pain.

Currently, patient is with complaints of neck pain which he rates an 8/10 on the pain scale. He admits to pain to the right upper extremity and associated numbing and tingling sensations over the same distribution. He reports that he had mid back pain as well which is associated with increased muscle spasms. He is also referring pain to the lumbar spine which he rates an 8/10. He reports that the pain radiates to the right lower extremity and is associated with a tingling sensation over the same distribution. Patient reports that he has right shoulder pain which he rates a 7/10 on the pain scale. He reports that the pain is aggravated with overhead and lifting movements. He reports that he has rib pain which is aggravated with deep breathing. He denies any shortness of breath. He reports that he has difficulty sleeping secondary to pain and discomfort. He reports that he has been taking medications with only moderate relief of pain.

59

SOUTHERN BONE & JOINT CENTER
Jorge E. Tijmes, M.D.
320 N. McColl
P.O. Box 6209
McAllen, Texas 78501

PATIENT:     Rogelio Rodriguez
CASE:        12710
DATE:        02/24/2004

Patient is seen for follow up visit.   The patient is referring pain to his lumbar spine which he rates as moderate and constant radiating down to the right lower extremity where it is accompanied with tingling sensation all the way down to the calf area.  The patient states that the pain increases with sitting, standing or walking and even laying down.  In regards to the patient's cervical spine, he refers moderate pain which is intermittent in nature.  He is referring tingling sensation to the right forearm.  He is also referring tightness to his upper back which produces a generalized type of headache.  The patient states that the medications are do help to decrease his pain and discomfort and he is able to tolerate his activities of daily living.

PHYSICAL EXAM:  Examination of the cervical spine reveals mild paravertebral muscle spasms palpated bilaterally.  Range of motion is within normal limits with discomfort noted on right rotation.  Examination of the lumbar spine reveals paravertebral muscle spasms palpated bilaterally.  There is mild tenderness to palpation.  Range of motion is 0-50° in forward flexion.  Positive straight leg raising to the right at 80° and negative to the left.  Distal sensation and circulation are within normal limits.  Deep tendon reflexes are normal, equal and reactive to the bilateral upper and lower extremities.  Motor testing reveals a 5/5 in strength to the bilateral upper and lower extremities.  Patient has an antalgic gait.

MRI:  MRI of the cervical spine done on 11/13/03 revealed at the C3-4, through C6-7, there are varying disc protrusions and effacement of the CSF as described.  There is subtotal opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right maxillary antrum

PLAN:  Patient to continue with medications in the form of Vioxx 25 mg. 1 po q day, Darvocet N100 1 po q 6-8 prn for pain and Soma 350 mg. 1 po q hs.  He would benefit from treatment at a pain clinic.  Patient is to follow up on prn basis.  Patient has been educated regarding pathology.

JET/mlp

60

62

continued. . . . . . . . . . . . . . .                                                    2
RE:    Rogelio Rodriguez

PAST MEDICAL HISTORY:
Allergies: NKDA.
Medications: Darvocet, Diazepam, Vioxx.
Surgical History: Negative.
Social History: Patient denies the use of alcohol or tobacco. Patient is married with four
children.

PHYSICAL EXAMINATION: Height: 5 feet, 9 inches. Weight: 218 lbs. HEAD:
Normocephalic. EENT: Normal. NECK: Examination of the cervical spine reveals tenderness
to palpation with paravertebral muscle spasms palpated bilaterally. Range of motion is decreased
secondary to pain and discomfort. UPPER EXTREMITIES: Left shoulder, both elbows and
both wrists are within normal limits. Examination of the right shoulder reveals tenderness to
palpation along the anterior and lateral aspects. Range of motion is 0-100° abduction, 0-120°
flexion. Internal rotation is decreased and with pain. Distal sensation and circulation are within
normal limits. Deep tendon reflexes are normal, equal and reactive to bilateral upper extremities.
Motor testing reveals 4/5 in strength to the right upper extremity as compared to the left which is
5/5. UPPER BACK: Examination of the thoracic spine reveals mild tenderness to palpation with
mild paravertebral muscle spasms palpated bilaterally. Range of motion is adequate. LOW
BACK: Examination of the lumbar spine reveals tenderness to palpation with paravertebral
muscle spasms palpated bilaterally. Range of motion is 0-40° forward flexion. Straight leg raising
is positive to the right at 70°, negative to the left. Distal sensation and circulation are within
normal limits. Deep tendon reflexes are normal, equal and reactive to bilateral lower extremities.
Motor testing reveals 4/5 in strength to the right lower extremity as compared to the left which is
5/5. Gait is guarded. LOWER EXTREMITIES. Both hips, both knees and both ankles are
within normal limits. Distal sensation and circulation are normal. Reflexes are normal, equal and
reactive. Muscle testing at extensor hallucis longus, anterior tibial, extensor hallucis communis,
extensor digitorum communis, and gastrocnemius is normal.

X-rays of the cervical spine taken today in five different views reveals seven cervical vertebral
bodies. Normal lordosis is noted. Intervertebral disc heights are preserved throughout the
cervical spine. No foraminal encroachment is seen. No fractures, dislocations or subluxations are
seen.

X-rays of the thoracic spine taken today in two different views reveals normal xyphosis. No
fractures, dislocations or subluxations are seen.

X-rays of the lumbar spine taken today in five different views reveals five lumbar vertebral bodies.
Normal spinal alignment noted. Intervertebral disc heights are preserved throughout the lumbar
spine. Normal lumbar facets are seen. No osteoarthritic changes noted. No fractures,
dislocations or subluxations seen.

X-rays of the right shoulder taken today in two different views reveals a type II acromion with
local possible impingement. No fractures or dislocations are seen.

continued. . . . . . . . . . . . . . .                                              3
RE:    Rogelio Rodriguez

DIAGNOSIS:        NECK PAIN
                  LOW BACK PAIN
                  RIGHT SHOULDER PAIN

PLAN: Patient is referred for an MRI of the cervical spine to better evaluate his pathology.  He is
prescribed Celebrex 200 mg. 1 po bid and Ultracet 37.5 mg. 1 po q 4-6 prn pain.  He would
benefit from pain clinic due to pain to the lumbar spine.  He is advised to avoid any strenuous
activity which may aggravate his pain.  He is encouraged to perform walking activities and range
of motion exercises daily as tolerated.  He is to return in three weeks.  He is to remain at work.
Patient has been educated regarding his pathology.

DATE:  12/02/2003
Patient is seen for follow up.  He is referring pain to the cervical spine.  He reports that the pain is
about a 7/10 on the pain scale.  He reports that the pain does radiate intermittently to the right
upper extremity.  He reports that he continues with right shoulder pain as well.  He reports that
the pain is aggravated with overhead and lifting movements.  He reports that in the past he had
some injections with Dr. Gill which did not help to reduce his pain or discomfort.  He reports that
he is not interested in epidural steroid injections due to apprehension about needles.  He reports
that he did go for his MRI of the cervical spine and is here for results.  He has taken medications
with moderate relief of pain.

Examination of the cervical spine reveals tenderness to palpation with mild paravertebral muscle
spasms palpated bilaterally.  Range of motion is slightly decreased with discomfort noted.
Examination of the right shoulder reveals tenderness to deep palpation along the anterior and
lateral aspects.  Range of motion is 0-100° abduction, 0-120° flexion.  Internal rotation is
decreased with discomfort.  Examination of the lumbar spine reveals tenderness to palpation with
paravertebral muscle spasms palpated bilaterally.  Range of motion is 0-50° forward flexion.
Straight leg raising is positive to the right at 70°, negative to the left.  Distal sensation and
circulation are within normal limits.  Deep tendon reflexes are normal, equal and reactive to
bilateral upper and lower extremities.  Motor testing reveals 4/5 in strength to the right upper
extremity as compared to the left which is 5/5, and 4/5 in strength to the right lower extremity as
compared to the left which is 5/5.  Gait is guarded.

MRI of the cervical spine done 11/13/2003 read by Dr. Berger reveals at C3-C4 through C6-C7,
there are varying disc protrusions and effacements of the cerebrospinal fluid.  There is subtotal
opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right
maxillary antrum.

PLAN:  Patient is to continue with medications in the form of Celebrex 200 mg. 1 po bid and
Ultracet 37.5 mg. 1 po q 4-6 prn pain.  He would benefit from pain clinic for lumbar spine pain
but refuses this type of treatment at this time.  He is advised to avoid any strenuous activity which
may aggravate his pain.  He is to return in six weeks.  Patient has been educated regarding his
pathology.

continued. . . . . . . . . . . . . . . .                                         4
RE:   Rogelio Rodriguez

DATE:  02/24/2004

Patient is seen for follow up visit.   The patient is referring pain to his lumbar spine which he rates as moderate and constant radiating down to the right lower extremity where it is accompanied with tingling sensation all the way down to the calf area.  The patient states that the pain increases with sitting, standing or walking and even laying down.  In regards to the patient's cervical spine, he refers moderate pain which is intermittent in nature.  He is referring tingling sensation to the right forearm.  He is also referring tightness to his upper back which produces a generalized type of headache.  The patient states that the medications are do help to decrease his pain and discomfort and he is able to tolerate his activities of daily living.

PHYSICAL EXAM:  Examination of the cervical spine reveals mild paravertebral muscle spasms palpated bilaterally.  Range of motion is within normal limits with discomfort noted on right rotation.  Examination of the lumbar spine reveals paravertebral muscle spasms palpated bilaterally.  There is mild tenderness to palpation.  Range of motion is 0-50° in forward flexion.  Positive straight leg raising to the right at 80° and negative to the left.  Distal sensation and circulation are within normal limits.  Deep tendon reflexes are normal, equal and reactive to the bilateral upper and  lower extremities.  Motor testing reveals a 5/5 in strength to the bilateral upper and  lower extremities.  Patient has an antalgic gait.

PLAN:  Patient to continue with medications in the form of Vioxx 25 mg. 1 po q day, Darvocet N100 1 po q 6-8 prn for pain and Soma 350 mg. 1 po q hs.  He would benefit from treatment at a pain clinic.  Patient is to follow up on prn basis.  Patient has been educated regarding pathology.

CONCLUSION:  The patient will require treatment at a pain clinic and medications for the next twelve months at an average cost of $200.00 per month.

There is reasonable probability that these injuries were sustained secondary to the motor vehicle accident dated 01/16/2003.

If you have an questions regarding this patient's treatment or condition, please do not hesitate to contact our office at (956) 687-2032.

Sincerely yours,

Jorge E. Tijmes, M.D.

JET/mlp

63



# Southern Bone & Joint Center Associates

A PROFESSIONAL CORPORATION

### Jorge E. Tijmes, M.D.

DIPLOMATE OF AMERICAN BOARD OF ORTHOPAEDIC SURGERY
FELLOW OF AMERICAN ACADEMY OF ORTHOPAEDIC SURGERY
MEMBER OF NORTH AMERICAN SPINE SOCIETY

P. O. Box 6209
McAllen, Texas 78502

Phone: (956) 687-2032
Fax: (956) 687-2761

November 11, 2003

Randall P. Crane, Attorney at Law
201 S. Sam Houston
San Benito, TX 78586

RE:                              ORTHOPEDIC VISIT

PATIENT:    Rogelio Rodriguez
CASE:       12710
D/BIRTH:    ████████████
SS#:        ████████████
D/INJURY:   01/16/2003

Dear Mr. Crane,

The patient is a 43-year-old male with complaints of neck pain, right shoulder pain, mid back and low back pain status post a motor vehicle collision on 01/16/2003. He reports being the restrained driver of a vehicle which hit another car. He reports that he was driving when the vehicle to his right tried to make a U-turn in front of him. Patient reports that he collided with the other vehicle since it invaded his right of way. Patient admits to head injury with windshield. He admits to blacking out for a few seconds. He was ambulatory at the scene. A police report was taken. He reports that he was taken via ambulance to Valley Baptist Emergency Room. Patient had x-rays and was diagnosed with rib fractures. He was later discharged in stable condition. He was then seen by his primary care physician who started a 4-6 week rehabilitation program. Patient later saw Dr. Gill who continued rehabilitation program and referred him for an MRI due to continued pain.

Currently, patient is with complaints of neck pain which he rates an 8/10 on the pain scale. He admits to pain to the right upper extremity and associated numbing and tingling sensations over the same distribution. He reports that he had mid back pain as well which is associated with increased muscle spasms. He is also referring pain to the lumbar spine which he rates an 8/10. He reports that the pain radiates to the right lower extremity and is associated with a tingling sensation over the same distribution. Patient reports that he has right shoulder pain which he rates a 7/10 on the pain scale. He reports that the pain is aggravated with overhead and lifting movements. He reports that he has rib pain which is aggravated with deep breathing. He denies any shortness of breath. He reports that he has difficulty sleeping secondary to pain and discomfort. He reports that he has been taking medications with only moderate relief of pain.

64

continued . . . . . . . . . . . . . . .                                                          2
RE:   Rogelio Rodriguez

PAST MEDICAL HISTORY:
Allergies: NKDA.
Medications: Darvocet, Diazepam, Vioxx.
Surgical History: Negative.
Social History: Patient denies the use of alcohol or tobacco. Patient is married with four
children.

PHYSICAL EXAMINATION: Height: 5 feet, 9 inches. Weight: 218 lbs. HEAD:
Normocephalic. EENT: Normal. NECK: Examination of the cervical spine reveals tenderness
to palpation with paravertebral muscle spasms palpated bilaterally. Range of motion is decreased
secondary to pain and discomfort. UPPER EXTREMITIES: Left shoulder, both elbows and
both wrists are within normal limits. Examination of the right shoulder reveals tenderness to
palpation along the anterior and lateral aspects. Range of motion is 0-100° abduction, 0-120°
flexion. Internal rotation is decreased and with pain. Distal sensation and circulation are within
normal limits. Deep tendon reflexes are normal, equal and reactive to bilateral upper extremities.
Motor testing reveals 4/5 in strength to the right upper extremity as compared to the left which is
5/5. UPPER BACK: Examination of the thoracic spine reveals mild tenderness to palpation with
mild paravertebral muscle spasms palpated bilaterally. Range of motion is adequate. LOW
BACK: Examination of the lumbar spine reveals tenderness to palpation with paravertebral
muscle spasms palpated bilaterally. Range of motion is 0-40° forward flexion. Straight leg raising
is positive to the right at 70°, negative to the left. Distal sensation and circulation are within
normal limits. Deep tendon reflexes are normal, equal and reactive to bilateral lower extremities.
Motor testing reveals 4/5 in strength to the right lower extremity as compared to the left which is
5/5. Gait is guarded. LOWER EXTREMITIES: Both hips, both knees and both ankles are
within normal limits. Distal sensation and circulation are normal. Reflexes are normal, equal and
reactive. Muscle testing at extensor hallucis longus, anterior tibial, extensor hallucis communis,
extensor digitorum communis, and gastrocnemius is normal.

X-rays of the cervical spine taken today in five different views reveals seven cervical vertebral
bodies. Normal lordosis is noted. Intervertebral disc heights are preserved throughout the
cervical spine. No foraminal encroachment is seen. No fractures, dislocations or subluxations are
seen.

X-rays of the thoracic spine taken today in two different views reveals normal kyphosis. No
fractures, dislocations or subluxations are seen.

X-rays of the lumbar spine taken today in five different views reveals five lumbar vertebral bodies.
Normal spinal alignment noted. Intervertebral disc heights are preserved throughout the lumbar
spine. Normal lumbar facets are seen. No osteoarthritic changes noted. No fractures,
dislocations or subluxations seen.

X-rays of the right shoulder taken today in two different views reveals a type II acromion with
local possible impingement. No fractures or dislocations are seen.

65

continued. . . . . . . . . . . . . . .                                              3
RE:   Rogelio Rodriguez

DIAGNOSIS:        NECK PAIN
                  LOW BACK PAIN
                  RIGHT SHOULDER PAIN

PLAN: Patient is referred for an MRI of the cervical spine to better evaluate his pathology.  He is
prescribed Celebrex 200 mg. 1 po bid and Ultracet 37.5 mg. 1 po q 4-6 prn pain.  He would
benefit from pain clinic due to pain to the lumbar spine.  He is advised to avoid any strenuous
activity which may aggravate his pain.  He is encouraged to perform walking activities and range
of motion exercises daily as tolerated.  He is to return in three weeks.  He is to remain at work.
Patient has been educated regarding his pathology.

Sincerely yours,

Jorge E. Tijmes, M.D.

JET/xg

66

# Foccus Medicine Center
## Orthopedic Industrial Sports
### Medicine & Rehabilitation

D. S. Gill, M.D., F.R.C.S.C., F.A.C.S.
*Fellow of the Canadian & American College of Surgeons*

Date: December 22, 2003

RECEIVED FEB – 9 2004

**RANDALL CRANE**
**ATTORNEY AT LAW**
**201 S. Sam Houston**
**San Benito, Texas 78586**

*( Amended Report )*

PATIENT'S NAME:   ROGELIO RODRIGUEZ
ACCIDENT DATE:     JANUARY 16, 2003
DATE OF BIRTH:

With permission of the patient I submit these medical records. As per your request, the reasonable and estimated customary fees for medical treatment and procedures pertinent to this patient are listed below.

1. **Myofascial Release and Phonophoresis 3 times a week for 4-6 weeks** is $2,000.00-3,000.00 per year for up to 2-3 years.
2. **Medical Care and Intramyofascial Injection Therapy** is approximately $1,500- 1800 per year.
3. **Cervical Epidural Steroid Injections (Series of 3)** is $3,900.00
4. **Lumbar Epidural Steroid Injections (Series of 3)** is $3,900.00
5. **Lumbar Laminectomy and Fusion**
   a. Surgeon: $ 15,000.00
   b. Surgeon's Assistant's Fee: $2,400.00
   c. O.R. Suite: $3,000.00
   d. Hospital Stay(4-5 days): $1,000.00 daily
   e. Anesthesiologist: $2,000.00
   f. Post-Surgical P/T: $10,000.00
6. **Cervical Diskectomy and Interbody Fusion**
   a. Surgeon: $ 15,000.00
   b. Surgeon's Assistant's Fee: $2,400.00
   c. O.R. Suite: $3,000.00
   d. Hospital Stay(4-5 days): $1,000.00 daily
   e. Anesthesiologist: $2,000.00
   f. Cervical Lido Brace: $2,200.00
   g. Post-Surgical P/T: $10,000.00

*For further information please feel free to contact me at my office.*

**D.S. Gill, M.D., F.R.C.S.C., F.A.C.S.**
*Fellow of the Canadian & American College of Surgeons*

Harlingen          1120 Galveston Ave. • McAllen, TX 78501          Rio Grande City
Tel. (956) 686-5512 • Fax (956) 686-3745 • 1-877-MD-INJURY
dsgillmdfacs@aol.com

67

69

## FOCCUS Medicine Center

## MEDICAL SUMMARY

NAME: ROGELIO RODRIGUEZ                    (AMENDED)
DOB:
DOI: 01/16/03

### HISTORY:

Rogelio Rodriguez is a 43-year old male that presented to this office on August 20, 2003 for an evaluation and treatment. The patient states that he was involved in a motor vehicle accident that occurred on January 16, 2003. Mr. Rodriguez was the driver of an 18-wheeler tractor trailer in motion when a pick-up truck got in his way and crashed into the trailer. According to the patient he was wearing his seatbelt. He was brought to Valley Baptist Medical Center where he was evaluated and treated for pain to his neck, back and chest wall. X-ray examinations of the cervical spine, chest and right ribs were taken to rule out fractures. He was prescribed with medications and released. The patient also underwent treatment under Dr. Como.

Patient was seen in my office with complaints of pain to his neck, upper back and lower back, chest and right shoulder. He also complained of headaches. The pain was constant in duration, sharp in nature and was moderate in intensity. The patient stated that after the injury he has difficulty at work wherein he has to bend and lift heavy boxes. His movements have been slower and cannot tolerate sitting and driving for many hours. His sleep has been poor secondary to intensified pain when lying down at the end of the day. He also has difficulty when putting on his undergarments, pants and shoes. Going up and down the truck as well as walking on stairs and uneven surfaces intensifies the pain. He has not been able to enjoy his hobbies and play sports with his sons and daughter. Prior to the accident the patient did not complain any of these symptoms.

After evaluation the patient was prescribed with medications and to undergo a therapy regimen. He was ordered to have X-ray examinations of the thoracic and lumbar spine. The patient was advised to return to clinic after one week for follow-up.

*September 2, 2003:* The patient was seen for follow-up. He is still complaining of bothersome pain to her neck, back and right ribs. Myofascitis with myofascial trigger point tenderness was palpated in his cervical and lumbar paravertebral muscles. Tenderness was also present upon palpation of the right lower ribs. He may benefit from trigger point injections in his lumbar musculature on his next clinic visit. He was advised to continue with medications and therapy with myofascial release, phonophoresis and therapeutic exercises implemented. He was to return to clinic after one week.

*September 11, 2003:* Mr. Rodriguez came to clinic with continued symptoms. He is especially bothered by the pain to his neck and upper back with a greater intensity to the right. The intensity of myofascitis with myofascial trigger point tenderness in his upper and middle trapezius, rhomboids and multifidus muscles remained. He was given three trigger point injections in his right cervical musculature. *Trigger point injections are given primarily for the release of myospasm and only secondary for pain. They serve the purpose of restoring range of motion, strength and balance to the dysfunctional segment.* He was to continue with medications and therapy.

68

**NAME: ROGELIO RODRIGUEZ**
**DOB:** ⬛⬛⬛⬛ )
**DOI: 01/16/03**

*September 23, 2003:* The patient came to clinic partially alleviated by the trigger point injections in his upper back. However, the pain and myospasm to his lumbar spine persists and greatly bothers him at home and at work. He may be ordered an MRI scan of the lumbar spine. He will additionally benefit from medications and therapy. He was to return to clinic for follow-up.

*October 09, 2003:* Mr. Rodriguez returned to the clinic and he expressed a great deal of pain and discomfort felt in his lumbar paravertebral musculature. There was significant myospasms and tenderness noted over the entire lumbar paravertebral muscles bilaterally. It was mentioned to the patient that he would benefit by Intramyofascial Injection Therapy to that area. The patient received a total of 9 trigger point injections in his lumbar paravertebral muscles bilaterally. *Trigger point injections are given primarily for the release of myospasm and only secondary for pain. They serve the purpose of restoring range of motion, strength and balance to the dysfunctional segment.* M.R.I. of the Lumbar Spine was reviewed and indicated Lumbar Disc Herniation. The patient was to be referred to Dr. Jorge Tijmes for a surgical consultation. He was to continue therapy and medications and return to the clinic after consultation with Dr. Tijmes.

*December 22, 2003:* The patient returned to the clinic after being evaluated on November 11, 2003 by Dr. Tijmes in which at such time he recommended the patient obtain a M.R.I. of the Cervical Spine. On 11/13/03 Mr. Rodriguez had an M.R.I. of the Cervical spine taken and it was read by Dr. Berger, who reported that there was disc protrusion noted at the C3-C4 through C6-C7. The patient then returned to Dr. Tijmes for a follow-up evaluation on December 02, 2003 at which time Dr. Tijmes suggested the patient would benefit from a pain clinic for his lumbar spine pain. Presently, Mr. Rodriguez continues with the same symptomatology as his previous office visit. I feel that he would benefit by Lumbar and Cervical Epidural Steroid Injections a (series of 3 for each area) and if conservative treatments fail, patient may become a surgical candidate. He was advised to continue medications as needed for pain and return to the clinic in 4 weeks.

*January 20, 2004:* Mr. Rodriguez came into the clinic with complaints of severe neck pain. There was significant spasm noted of the lumbar paravertebral muscles. Range of motion was decreased due to pain. Patient was to continue medications and return to the clinic in 4 weeks for a follow up.

**PAST MEDICAL HISTORY**: No significant past medical history.
**MEDICATIONS**: Patient has not been taking medications.
**ALLERGIES**: None reported.
**SOCIAL/ OCCUPATIONAL/ FAMILY HISTORY**: Mr. Rodriguez is married and resides in Primera, Texas. He works as a driver.

## PHYSICAL EXAMINATION
**General**: The patient was conscious, alert and oriented to time, place and person. He was rational, coherent and cooperative with examination and walks with a normal gait.
**Spine-cervical thoracic lumbar**: Upon palpation, there was moderate myospasm and tenderness of the suboccipitalis, upper and middle trapezius, rhomboids of the cervical spine and lumbar paravertebral muscles bilaterally. Range of motion is moderately restricted secondary to pain at the cervical and lumbar region.
**Chest and Abdomen:** There was severe tenderness upon palpation of the right lower ribs.
**Extremities- upper/lower:** The motor nerve root, range of motion and muscle strength exam was within normal limits.
**Neurological:** The mental status and mini-neurological exam of the patient was intact.

69

NAME: ROGELIO RODRIGUEZ
DOB:
DOI: 01/16/03

## DIAGNOSTIC STUDIES:
*On January 16, 2003 X-ray examinations of the cervical spine, chest, and right ribs were taken at Valley Baptist Medical Center and were read by William Taw, M.D.*

**Cervical Spine Impression:**
-Multiple views of the cervical spine were obtained including oblique views. There is no evidence of fracture or dislocation.

**Chest Impression:**
-No acute pulmonary infiltrates are seen.

**Right Ribs Impression:**
-Multiple views of the right ribs were obtained. There is a minimally displaced fracture involving the right 7th rib.

*On September 18, 2003 X-ray examinations of the thoracic and lumbar spine were taken at our facility and were read by Anant Utturkar, M.D.*

**Thoracic Spine Impression:**
-The osseous structures appear well aligned without evidence of a fracture or subluxation. No degenerative changes are seen. The intervertebral disk spaces are well maintained. The dorsal curvature has a normal appearance.

**Lumbar Spine Impression:**
-The osseous structures appear well without evidence of a fracture or subluxation. No significant degenerative changes are seen. The intervertebral disk spaces are well maintained. The sacroiliac joints appear unremarkable.

*On October 08, 2003 an M.R.I. of the Lumbar Spine was done at Rio Grande Valley Imaging and Diagnostic Center and read by Eric S. Bennos, M.D.*

**Impression:**
1. There is hypolordotic lumbar curvature indicative of myofascial spasm.
2. There is thinning of the disc at L3-L4 and desiccation of the discs at L4 thru S1 indicative of degenerative change.
3. There is facet arthropathy of the mid to lower lumbar spinal range indicative of degenerative change.
4. There is 1 mm broad-based disc protrusion present at L3-L4 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.
5. There is a 1-2 mm broad-based disc protrusion present at L4-L5 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.
6. There is a 1 mm broad-based disc protrusion at L5-S1 not impinging upon neural structures.
7. There is no acute fracture or unstable injury.

70

NAME: ROGELIO RODRIGUEZ
DOB:
DOI: 01/16/03

*On November 13, 2003 an M.R.I. of the Cervical Spine was done and read by Dr. Berger.*

**Impression:**
C3-C4 through C6-C7 there are varying disc protrusions and effacements of the cerebrospinal fluid. There is subtotal opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right maxillary antrum.

**IMPRESSIONS:**

| | |
|---|---|
| Cervical Sprain/Strain | Chest Wall Contusion |
| Cervicalgia | Right Lower Ribs Fracture |
| Cephalgia | Closed Head Injury |
| Cervical Radiculalgia | Head Contusion |
| Cervical Disc Herniation | |
| Thoracic Sprain/Strain | |
| Lumbar Sprain/Strain | |
| Lumbar Disc Herniation | |

Myofascitis with Myofascial Trigger Point Tenderness- Cervical and Lumbar Musculature

**PROCEDURES:**
1. Intramyofascial Injection Therapy .

**COURSE OF TREATMENT:**
1. Mr. Rodriguez was receiving therapy at Orthopedic Industrial Sports Rehabilitation.
2. The patient was started on **Vioxx**, which is a non-steroidal anti-inflammatory drug given for inflammation and pain. At therapeutic concentrations has low incidence of G.I. upset. **Darvocet** for pain and inflammation. **Diazepam, a muscle relaxant.**
3. On 09/18/03 X-ray examinations of the thoracic and lumbar spine were taken at our facility.
4. On 09/11/03 the patient received trigger point injections in his cervical musculature.
5. On 10/08/03 M.R.I. of the Lumbar Spine was done.
6. On 10/09/03 the patient received 9 trigger point injections to his lumbar spine paravertebral muscles bilaterally.
7. On 11/11/03 patient was evaluated by Dr. Jorge Tijmes for consultation.
8. On 11/13/03 M.R.I. of the Cervical Spine was done.
9. On 12/02/03 patient followed-up with Dr. Tijmes and L.E.S.I. and C.E.S.I. injections were recommended.

71

NAME: ROGELIO RODRIGUEZ
DOB: ▉▉▉▉▉▉
DOI: 01/16/03

## PROGNOSIS/FUTURE CONSIDERATIONS:

Mr. Rogelio Rodriguez's injuries are the proximate results of the motor vehicle accident that he was involved in on January 16, 2003. Prior to this accident the patient did not complain any of these symptoms. He continues to complain of pain to his neck and back that aggravates with sustained activities at work. Prolonged standing and walking during the day also intensify the pain and interrupt his sleep. Bending and lifting activities continues to bother him. He has been limited in enjoying his free time with his family secondary to pain. Myofascitis with myofascial trigger point tenderness remain in his trapezius, rhomboids and lumbar paravertebral muscles of the lumbar spine bilaterally. These remaining signs and symptoms of the patient may further interrupt the patient's activities of daily living and will need further evaluation and treatment. He is going to benefit from medical care and intramyofascial injection therapy, myofascial release and phonophoresis for 3x per week for 4-6 weeks for up to 2-3 years. He is going to benefit from medical care and intramyofascial injection therapy, myofascial release and phonophoresis for 3x per week for 4-6 weeks for up to 2-3 years. He may also benefit from lumbar and cervical epidural steroid injections (Series of 3 to each area). If conservative treatments fail, patient may become a surgical candidate.


**D.S. GILL, M.D., F.R.C.S.C., F.A.C.S.**
*Fellow of the Canadian & American College of Surgeons*

72

74

# Foccus Medicine Center
## Orthopedic Industrial Sports
## Medicine & Rehabilitation

**Date: December 22, 2003**

D. S. Gill, M.D., F.R.C.S.C., F.A.C.S.
Fellow of the Canadian & American College of Surgeons

**RANDALL CRANE**
**ATTORNEY AT LAW**
**201 S. Sam Houston**
**San Benito, Texas 78586**

RECEIVED JAN 1 4 2004

PATIENT'S NAME:   ROGELIO RODRIGUEZ
ACCIDENT DATE:   JANUARY 16, 2003
DATE OF BIRTH:   ████████

With permission of the patient I submit these medical records. As per your request, the reasonable and estimated customary fees for medical treatment and procedures pertinent to this patient are listed below.

1. **Myofascial Release and Phonophoresis** 3 times a week for 4-6 weeks is $2,000.00-3,000.00 per year for up to 2-3 years.
2. **Medical Care and Intramyofascial Injection Therapy** is approximately $1,500- 1800 per year.
3. **Cervical Epidural Steroid Injections (Series of 3)** is $3,900.00
4. **Lumbar Epidural Steroid Injections (Series of 3)** is $3, 900.00
5. **Lumbar Laminectomy and Fusion**
   a. Surgeon: $ 15,000.00
   b. Surgeon's Assistant's Fee: $2,400.00
   c. O.R. Suite: $3,000.00
   d. Hospital Stay(4-5 days): $1,000.00 daily
   e. Anesthesiologist: $2,000.00
   f. Post-Surgical P/T: $10,000.00
6. **Cervical Diskectomy and Interbody Fusion**
   a. Surgeon: $ 15,000.00
   b. Surgeon's Assistant's Fee: $2,400.00
   c. O.R. Suite: $3,000.00
   d. Hospital Stay(4-5 days): $1,000.00 daily
   e. Anesthesiologist: $2,000.00
   f. Cervical Lido Brace: $2,200.00
   g. Post-Surgical P/T: $10,000.00

*For further information please feel free to contact me at my office.*

**D.S. Gill, M.D., F.R.C.S.C., F.A.C.S.**
*Fellow of the Canadian & American College of Surgeons*

Harlingen          1120 Galveston Ave. • McAllen, TX 78501          Rio Grande City
Tel. (956) 686-5512 • Fax (956) 686-3745 • 1-877-MD-INJURY          73
dsgillmdfacs@aol.com

75

## Foccus Medicine Center

| | | |
|---|---|---|
| **PATIENT'S NAME:** | **NAME:** Rogelio Rodriguez | **DATE:** October 09, 2003 |
| | **DOB:** ██████ | |
| | **DOI:** 01/16/03 | |



**PROCEDURE:**
Intramyofascial Injection Therapy  x 9

**DIAGNOSIS:**
Myofascitis with Myofascial Trigger Point
Tenderness of the Lumbar Spine
Muscles

**AREA:**
Lumbar  Paravertebral Muscles
Bilaterally

**ALLERGIES:**
None reported.

The risks and benefits of the procedures were
explained to the patient. The patient agreed to
proceed. A solution containing 3 cc of 1%
Kenalog and Lidocaine was drawn up. The area
was prepared in sterile fashion. A #25 ½ gauge
needle was used to inject the sites. A total of 9
trigger point injections given to the lumbar spine
paravertebral muscles bilaterally.

After final assessment, the patient was
discharged home and was advised to continue
with medications and therapy and to return to
clinic after one week for follow-up.

**D.S. GILL, M.D., F.R.C.S.C., F.A.C.S.**
*Fellow of the Canadian & American College of Surgeons*

74

## FOCCUS Medical Center
*Family, Occupational, Sports Medicine*

NAME: ROGELIO RODRIGUEZ
DOB: ████████
DOI: 01/16/03

Date: September 11, 2003



**PROCEDURE:**
**Intramyofascial InjectionTherapy x 3**

**DIAGNOSIS:**
**Myofascitis with Myofascial Trigger Point Tenderness**

**AREA:**
**Cervical Paravertebral Muscles**

**ALLERGIES:**
None reported.

The risks and benefits of the procedures were explained to the patient. The patient agreed to proceed. A solution containing 3 cc of 1% Kenalog and Lidocaine was drawn up. The area was prepared in sterile fashion. A #25 5/8 gauge needle was used to inject the sites. A total of 3 trigger point injections were injected in the area of the right upper and middle trapezius muscles.

After final assessment, the patient was discharged home and was advised to continue with medications and therapy and to return to clinic after one week for follow-up.

**D.S. GILL, M.D., F.R.C.S.C., F.A.C.S.**
*Fellow of the Canadian & American College of Surgeons*

75

**FOCCUS Medicine Center**

## MEDICAL SUMMARY

NAME: ROGELIO RODRIGUEZ          **(AMENDED)**
DOB: ████████
DOI: 01/16/03

**HISTORY:**

Rogelio Rodriguez is a 43-year old male that presented to this office on August 20, 2003 for an evaluation and treatment. The patient states that he was involved in a motor vehicle accident that occurred on January 16, 2003. Mr. Rodriguez was the driver of an 18-wheeler tractor trailer in motion when a pick-up truck got in his way and crashed into the trailer. According to the patient he was wearing his seatbelt. He was brought to Valley Baptist Medical Center where he was evaluated and treated for pain to his neck, back and chest wall. X-ray examinations of the cervical spine, chest and right ribs were taken to rule out fractures. He was prescribed with medications and released. The patient also underwent treatment under Dr. Como.

Patient was seen in my office with complaints of pain to his neck, upper back and lower back, chest and right shoulder. He also complained of headaches. The pain was constant in duration, sharp in nature and was moderate in intensity. The patient stated that after the injury he has difficulty at work wherein he has to bend and lift heavy boxes. His movements have been slower and cannot tolerate sitting and driving for many hours. His sleep has been poor secondary to intensified pain when lying down at the end of the day. He also has difficulty when putting on his undergarments, pants and shoes. Going up and down the truck as well as walking on stairs and uneven surfaces intensifies the pain. He has not been able to enjoy his hobbies and play sports with his sons and daughter. Prior to the accident the patient did not complain any of these symptoms.

After evaluation the patient was prescribed with medications and to undergo a therapy regimen. He was ordered to have X-ray examinations of the thoracic and lumbar spine. The patient was advised to return to clinic after one week for follow-up.

*September 2, 2003:* The patient was seen for follow-up. He is still complaining of bothersome pain to her neck, back and right ribs. Myofascitis with myofascial trigger point tenderness was palpated in his cervical and lumbar paravertebral muscles. Tenderness was also present upon palpation of the right lower ribs. He may benefit from trigger point injections in his lumbar musculature on his next clinic visit. He was advised to continue with medications and therapy with myofascial release, phonophoresis and therapeutic exercises implemented. He was to return to clinic after one week.

*September 11, 2003:* Mr. Rodriguez came to clinic with continued symptoms. He is especially bothered by the pain to his neck and upper back with a greater intensity to the right. The intensity of myofascitis with myofascial trigger point tenderness in his upper and middle trapezius, rhomboids and multifidus muscles remained. He was given three trigger point injections in his right cervical musculature. *Trigger point injections are given primarily for the release of myospasm and only secondary for pain. They serve the purpose of restoring range of motion, strength and balance to the dysfunctional segment.* He was to continue with medications and therapy.

76

78

NAME: ROGELIO RODRIGUEZ
DOB:
DOI: 01/16/03

*September 23, 2003:* The patient came to clinic partially alleviated by the trigger point injections in his upper back. However, the pain and myospasm to his lumbar spine persists and greatly bothers him at home and at work. He may be ordered an MRI scan of the lumbar spine. He will additionally benefit from medications and therapy. He was to return to clinic for follow-up.

*October 09, 2003:* Mr. Rodriguez returned to the clinic and he expressed a great deal of pain and discomfort felt in his lumbar paravertebral musculature. There was significant myospasms and tenderness noted over the entire lumbar paravertebral muscles bilaterally. It was mentioned to the patient that he would benefit by Intramyofascial Injection Therapy to that area. The patient received a total of 9 trigger point injections in his lumbar paravertebral muscles bilaterally. *Trigger point injections are given primarily for the release of myospasm and only secondary for pain. They serve the purpose of restoring range of motion, strength and balance to the dysfunctional segment.* M.R.I. of the Lumbar Spine was reviewed and indicated Lumbar Disc Herniation. The patient was to be referred to Dr. Jorge Tijmes for a surgical consultation. He was to continue therapy and medications and return to the clinic after consultation with Dr. Tijmes.

*December 22, 2003:* The patient returned to the clinic after being evaluated on November 11, 2003 by Dr. Tijmes in which at such time he recommended the patient obtain a M.R.I. of the Cervical Spine. On 11/13/03 Mr. Rodriguez had an M.R.I. of the Cervical spine taken and it was read by Dr. Berger, who reported that there was disc protrusion noted at the C3-C4 through C6-C7. The patient then returned to Dr. Tijmes for a follow-up evaluation on December 02, 2003 at which time Dr. Tijmes suggested the patient would benefit from a pain clinic for his lumbar spine pain. Presently, Mr. Rodriguez continues with the same symptomatology as his previous office visit. I feel that he would benefit by Lumbar and Cervical Epidural Steroid Injections a (series of 3 for each area) and if conservative treatments fail, patient may become a surgical candidate. He was advised to continue medications as needed for pain and return to the clinic in 4 weeks.

**PAST MEDICAL HISTORY**: No significant past medical history.

**MEDICATIONS**: Patient has not been taking medications.

**ALLERGIES**: None reported.

**SOCIAL/ OCCUPATIONAL/ FAMILY HISTORY**: Mr. Rodriguez is married and resides in Primera, Texas. He works as a driver.

## PHYSICAL EXAMINATION

**General**: The patient was conscious, alert and oriented to time, place and person. He was rational, coherent and cooperative with examination and walks with a normal gait.
**Spine-cervical thoracic lumbar**: Upon palpation, there was moderate myospasm and tenderness of the suboccipitalis, upper and middle trapezius, rhomboids of the cervical spine and lumbar paravertebral muscles bilaterally. Range of motion is moderately restricted secondary to pain at the cervical and lumbar region.
**Chest and Abdomen:** There was severe tenderness upon palpation of the right lower ribs.
**Extremities- upper/lower:** The motor nerve root, range of motion and muscle strength exam was within normal limits.
**Neurological:** The mental status and mini-neurological exam of the patient was intact.

77