NAME: ROGELIO RODRIGUEZ
DOB: ▓▓▓▓▓▓
DOI: 01/16/03

## DIAGNOSTIC STUDIES:
*On January 16, 2003 X-ray examinations of the cervical spine, chest, and right ribs were taken at Valley Baptist Medical Center and were read by William Taw, M.D.*

### Cervical Spine Impression:
-Multiple views of the cervical spine were obtained including oblique views. There is no evidence of fracture or dislocation.

### Chest Impression:
-No acute pulmonary infiltrates are seen.

### Right Ribs Impression:
-Multiple views of the right ribs were obtained. There is a minimally displaced fracture involving the right 7th rib.

*On September 18, 2003 X-ray examinations of the thoracic and lumbar spine were taken at our facility and were read by Anant Utturkar, M.D.*

### Thoracic Spine Impression:
-The osseous structures appear well aligned without evidence of a fracture or subluxation. No degenerative changes are seen. The intervertebral disk spaces are well maintained. The dorsal curvature has a normal appearance.

### Lumbar Spine Impression:
-The osseous structures appear well without evidence of a fracture or subluxation. No significant degenerative changes are seen. The intervertebral disk spaces are well maintained. The sacroiliac joints appear unremarkable.

*On October 08, 2003 an M.R.I. of the Lumbar Spine was done at Rio Grande Valley Imaging and Diagnostic Center and read by Eric S. Bennos, M.D.*

### Impression:
1. There is hypolordotic lumbar curvature indicative of myofascial spasm.
2. There is thinning of the disc at L3-L4 and desiccation of the discs at L4 thru S1 indicative of degenerative change.
3. There is facet arthropathy of the mid to lower lumbar spinal range indicative of degenerative change.
4. There is 1 mm broad-based disc protrusion present at L3-L4 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.
5. There is a 1-2 mm broad-based disc protrusion present at L4-L5 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.
6. There is a 1 mm broad-based disc protrusion at L5-S1 not impinging upon neural structures.
7. There is no acute fracture or unstable injury.

78

NAME: ROGELIO RODRIGUEZ
DOB: ▇▇▇▇▇
DOI: 01/16/03

*On November 13, 2003 an M.R.I. of the Cervical Spine was done and read by Dr. Berger.*

**Impression:**
C3–C4 through C6–C7 there are varying disc protrusions and effacements of the cerebrospinal fluid. There is subtotal opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right maxillary antrum.

**IMPRESSIONS:**

| | |
|---|---|
| Cervical Sprain/Strain | Chest Wall Contusion |
| Cervicalgia | Right Lower Ribs Fracture |
| Cephalgia | Closed Head Injury |
| Cervical Radiculalgia | Head Contusion |
| Cervical Disc Herniation | |
| Thoracic Sprain/Strain | |
| Lumbar Sprain/Strain | |
| Lumbar Disc Herniation | |
| Myofascitis with Myofascial Trigger Point Tenderness- Cervical and Lumbar Musculature | |

**PROCEDURES:**
1. Intramyofascial Injection Therapy .

**COURSE OF TREATMENT:**
1. Mr. Rodriguez was receiving therapy at Orthopedic Industrial Sports Rehabilitation.
2. The patient was started on **Vioxx**, which is a non-steroidal anti-inflammatory drug given for inflammation and pain. At therapeutic concentrations has low incidence of G.I. upset. **Darvocet** for pain and inflammation. **Diazepam**, a muscle relaxant.
3. On 09/18/03 X-ray examinations of the thoracic and lumbar spine were taken at our facility.
4. On 09/11/03 the patient received trigger point injections in his cervical musculature.
5. On 10/08/03 M.R.I. of the Lumbar Spine was done.
6. On 10/09/03 the patient received 9 trigger point injections to his lumbar spine paravertebral muscles bilaterally.
7. On 11/11/03 patient was evaluated by Dr. Jorge Tijmes for consultation.
8. On 11/13/03 M.R.I. of the Cervical Spine was done.
9. On 12/02/03 patient followed-up with Dr. Tijmes and L.E.S.I. and C.E.S.I. injections were recommended.

79

NAME: ROGELIO RODRIGUEZ
DOB: ████████
DOI: 01/16/03

## PROGNOSIS/FUTURE CONSIDERATIONS:

Mr. Rogelio Rodriguez's injuries are the proximate results of the motor vehicle accident that he was involved in on January 16, 2003. Prior to this accident the patient did not complain any of these symptoms. He continues to complain of pain to his neck and back that aggravates with sustained activities at work. Prolonged standing and walking during the day also intensify the pain and interrupt his sleep. Bending and lifting activities continues to bother him. He has been limited in enjoying his free time with his family secondary to pain. Myofascitis with myofascial trigger point tenderness remain in his trapezius, rhomboids and lumbar paravertebral muscles of the lumbar spine bilaterally. These remaining signs and symptoms of the patient may further interrupt the patient's activities of daily living and will need further evaluation and treatment. He is going to benefit from medical care and intramyofascial injection therapy, myofascial release and phonophoresis for 3x per week for 4-6 weeks for up to 2-3 years. He is going to benefit from medical care and intramyofascial injection therapy, myofascial release and phonophoresis for 3x per week for 4-6 weeks for up to 2-3 years. He may also benefit from lumbar and cervical epidural steroid injections (Series of 3 to each area). If conservative treatments fail, patient may become a surgical candidate.

**D.S. GILL, M.D., F.R.C.S.C., F.A.C.S.**
*Fellow of the Canadian & American College of Surgeons*

80

82



*Orthopedic Industrial Sports Rehabilitation*

Physical Medicine & Rehabilitation regimen for **Mr. Rogelio Rodriguez.**

Phases of rehabilitation as related to the tenets of injury.

Rehabilitation Phase          Treatment Objective      Tenet



| Rehabilitation Phase | Treatment Objective | Tenet |
|---|---|---|
| REDUCTION (acute) | CONTROL | Inflammation Pain |
| RESTORATIVE (sub acute) | RESTORE | Joint range of motion and soft tissue extensibility Muscular strength Muscular endurance, including unloading |
| REINTEGRATION (transition) | DEVELOP | Programs to maintain strength, flexibility, conditioning, and skills |

**Physical Medicine and Rehabilitation, which may consist of:**

1. **Hot Packs:** for pain control and edematous fluid and to enhance the local vascular bed.
2. **Electrical Stimulation:** for the reduction of pain, edema, and muscle spasm and stimulation of muscle contraction.
3. **Ultrasound:** a form of mechanotherapy with both thermal and non-thermal effects, including increased blood flow, increased extensibility of collagenous tissues, decreased pain and muscle spasm and to increase range of motion.
4. **Massage:** to increase circulation and to relax tense muscles.
5. **Myofascial Release/Phonophoresis:** for the alleviation of myofascitis and myofascial trigger points.
6. **Therapeutic Exercises:** for the strengthening of muscles and ligaments and to increase patient's range of motion.
7. **Paraffin Therapy:** to reduce edema and inflammation.

**Recommendations:**
Mr. Rogelio Rodriguez will receive active and passive Physical Therapy x 3 weekly and a home therapeutic exercise will be implemented.

Patient will be evaluated at weekly intervals by the physician.

**D.S. GILL, M.D., F.R.C.S.C., F.A.C.S.**
*Fellow of the Canadian & American College of Surgeons*

81

83



DEA # _____

Foccus Medical Center
D. S. Gill, M.D.
1120 Galveston Street
McAllen, TX 78501
956-686-5512

NAME Rogelio Rodriguez

ADDRESS _____

Rx (Please Print)                    DATE 12-08-03

— Vioxx 50mg
   1PO qd (#40)

— Darvocet N100
   1PO q 6-8hrs (#24)

☐ LABEL

REFILL ___ TIMES ___ PRN ___ NR

PRODUCT SELECTION PERMITTED ___ M.D.
12-SEP-01

DISPENSE AS WRITTEN ___ M.D.
TR9010912_100166773-7_01_26069_0039

82

SOUTHERN BONE & JOINT CENTER
Jorge E. Tijmes, M.D.
820 N. McColl
P.O. Box 6209
McAllen, Texas 78501

PATIENT:    Rogelio Rodriguez
CASE:       12710
DATE:       12/02/2003

Patient is seen for follow up. He is referring pain to the cervical spine. He reports that the pain is about a 7/10 on the pain scale. He reports that the pain does radiate intermittently to the right upper extremity. He reports that he continues with right shoulder pain as well. He reports that the pain is aggravated with overhead and lifting movements. He reports that in the past he had some injections with Dr. Gill which did not help to reduce his pain or discomfort. He reports that he is not interested in epidural steroid injections due to apprehension about needles. He reports that he did go for his MRI of the cervical spine and is here for results. He has taken medications with moderate relief of pain.

Examination of the cervical spine reveals tenderness to palpation with mild paravertebral muscle spasms palpated bilaterally. Range of motion is slightly decreased with discomfort noted. Examination of the right shoulder reveals tenderness to deep palpation along the anterior and lateral aspects. Range of motion is 0-100° abduction, 0-120° flexion. Internal rotation is decreased with discomfort. Examination of the lumbar spine reveals tenderness to palpation with paravertebral muscle spasms palpated bilaterally. Range of motion is 0-50° forward flexion. Straight leg raising is positive to the right at 70°, negative to the left. Distal sensation and circulation are within normal limits. Deep tendon reflexes are normal, equal and reactive to bilateral upper and lower extremities. Motor testing reveals 4/5 in strength to the right upper extremity as compared to the left which is 5/5, and 4/5 in strength to the right lower extremity as compared to the left which is 5/5. Gait is guarded.

MRI of the cervical spine done 11/13/2003 read by Dr. Berger reveals at C3-C4 through C6-C7, there are varying disc protrusions and effacements of the cerebrospinal fluid. There is subtotal opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right maxillary antrum.

PLAN: Patient is to continue with medications in the form of Celebrex 200 mg. 1 po bid and Ultracet 37.5 mg. 1 po q 4-6 prn pain. He would benefit from pain clinic for lumbar spine pain but refuses this type of treatment at this time. He is advised to avoid any strenuous activity which may aggravate his pain. He is to return in six weeks. Patient has been educated regarding his pathology.

JET/xg

83



# FOCUS MEDICINE CENTER
# ORTHOPEDIC INDUSTRIAL SPORTS
# REHABILITATION CENTER

HOME EXERCISE PROGRAM

Date: _a/9/03_

I, ___RODRIGUEZ, ROGELIO___, a patient of Foccus Medicine and Rehabilitation

Center have received today a set of home exercise program for my ___neck & low back___

The program provides me with pictures and detailed instructions for my reference. The

intensity, frequency and duration for each exercise have been clearly stated. I have been

well informed regarding the rationale of each exercise and was fully instructed with the

safety performance of each exercise. I have also understood that the effectiveness of these

exercises is concomitant to my compliance in performing them as instructed.

Patient's Signature: X _[signature]_



### AROM cerv ext sit

- Sit or stand with good posture.
- Move chin up looking toward ceiling, without bending trunk.
- Return to start position.

Special Instructions:
Move in painfree range.

Perform 1 set of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.



### AROM cerv sidebending sit

- Sit or stand with good posture.
- Looking straight ahead bend neck sideways, moving ear toward shoulder.
- Return to start position.
- Repeat in other direction.

Special Instructions:
Move in painfree range.

Perform 1 set of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.



### AROM cerv circum

- Sit or stand, looking forward, with proper posture.
- Gently roll head in circles to left, then to right, as shown.

Special Instructions:
DO NOT BEND NECK BACKWARDS.

Perform 1 set of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.



### Stretch Trapezius upper

- Place right arm behind back.
- Grasp arm with left hand as shown.
- Bend neck sideways to left as you pull your right arm.
- Repeat for other side.

Perform 1 set of 5 Repetitions,
once a day.

Hold exercise for 6 Seconds.
Rest 30 Seconds between sets.



### Stretch Rhomboids/Trapezius

- Sit in chair.
- Cross arms over abdomen.
- Slowly bend neck down.
- Slowly lean forward, keeping elbows straight and reach to floor.
- Hold and repeat.

Perform 1 set of 5 Repetitions,
once a day.

Hold exercise for 6 Seconds.
Rest 30 Seconds between sets.



### Stretch cerv ext w/Pectoral

- Sit or stand with proper posture.
- Interlace fingers behind neck elbows out to side.
- Move neck and shoulders backward until a stretch is felt on front of neck and chest.
- Hold and repeat.

Perform 1 set of 5 Repetitions,
once a day.

Hold exercise for 6 Seconds.
Rest 30 Seconds between sets.

85

Issued By: D.S. Gill, M.D.    Signature: _____
These exercises are to be used only under the direction of a licensed, qualified professional.
ORTHOPEDIC INDUSTRIAL SPORTS REHABILITATION CENTER          Except as to user supplied materials, ©1996-2002 BioEx Systems, Inc.



**Stretch lumbar ext prone on elbows**

- Lie face down.
- Push up onto elbows.
- Hold position and repeat.

Perform 1 set of 5 Repetitions,
once a day.

Hold exercise for 5 Seconds.
Rest 30 Seconds between sets.



**AROM lumbar ext prone (elbow press ups)**

- Lie face down, elbows bent, hands beside face.
- Push up to elbows, keeping hips on floor.
- Return to start position and repeat.

Special Instructions:
Perform at rate of one arch per second.
Progress by straightening arms, pushing up.

Perform 1 set of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.



**AROM lumbar fix uni-knee to chest w/bent knee**

- Lie on back with knees bent.
- Bring right knee up to chest.
- Return to start position.
- Repeat with left knee.

Perform 1 set of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.



**AROM hip abd uni supine w/bent knee**

- Lie on back with knees bent.
- Slowly move left leg out to side.
- Return to start position and lower right leg to side.
- Repeat.

Perform 1 set of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.



**AROM lumbar rotn supine**

- Lie on back with knees bent, feet flat on floor as shown.
- Keeping knees together, move knees to the left as far as is comfortable.
- Next, move knees to the right as far as comfortable.
- Return to start position.

Special Instructions:
Keep your shoulders flat against the floor.

Perform 1 set of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.



**Stretch Piriformis supine w/hip fix**

- Lie on back.
- Lift involved leg to chest and grasp knee with opposite hand.
- Grasp lower calf with your other hand.
- Gently pull your leg across chest to opposite shoulder while rotating leg inward until a stretch is felt deep in the buttocks.

Perform 1 set of 5 Repetitions,
once a day.

Hold exercise for 5 Seconds.
Rest 30 Seconds between sets.

86

Issued By: D.S. Gill, M.D.   Signature: _____
These exercises are to be used only under the direction of a licensed, qualified professional.
ORTHOPEDIC INDUSTRIAL SPORTS REHABILITATION CENTER          Except as to user supplied materials, ©1996-2002 BioEx Systems, Inc



AROM lumbar bridging bil

• Lie on back with knees bent.
• Lift buttocks off floor.
• Return to start position.

Special Instructions:
Maintain neutral spine.

Perform 1 set of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.



Stretch lumbar flx sit

• Sit in chair with knees apart.
• Slowly bend forward and reach between legs.
• Hold stretch and return to sitting position and repeat.

Perform 1 set of 5 Repetitions,
once a day.

Hold exercise for 5 Seconds.
Rest 30 Seconds between sets.



Resist shld ext uni stand w/elastic

• Secure elastic at waist level as shown.
• Grasp elastic and pull arm backwards keeping elbow straight.
• Return to start position.

Perform 1 set of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Use yellow Elastic.
Rest 1 Minute between sets.



Stretch hamstrings supine active

• Lie on back holding knee from behind, pulled toward chest, as shown.
• Gently straighten leg.
• Repeat with other leg.

Perform 1 set of 5 Repetitions,
once a day.

Hold exercise for 5 Seconds.
Rest 30 Seconds between sets.



Resist shld horiz abd uni w/elastic

• Attach elastic to secure object at waist level.
• Grasp elastic with hand, as shown.
• Pull arm outward, keeping elbow straight.
• Return to start position and repeat.

Perform 1 set of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Use yellow Elastic.
Rest 1 Minute between sets.



Resist shld horiz abd bil w/elastic

• Grasp elastic in hands, elbows straight, as shown.
• Move arms away from each other, out to sides.
• Return to start position.

Perform 1 set of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Use yellow Elastic.
Rest 1 Minute between sets.

Issued By: D.S. Gill, M.D.   Signature: _____
These exercises are to be used only under the direction of a licensed, qualified professional.
ORTHOPEDIC INDUSTRIAL SPORTS REHABILITATION CENTER       Except as to user supplied materials, ©1996-2002 BioEx Systems, Inc.

87



Resist shld diag D2 ext w/elastic

• Attach elastic to secure object above head level.
• Begin with arm up and out from side as shown.
• Grasp elastic, palm forward and pull down and across.
• End with hand at opposite hip, palm inward.
• Return to start position and repeat.

Perform 1 set of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Use yellow Elastic.
Rest 1 Minute between sets.

Issued By: D.S. Gill, M.D.   Signature: _____                          88

These exercises are to be used only under the direction of a licensed, qualified professional.
ORTHOPEDIC INDUSTRIAL SPORTS REHABILITATION CENTER                Except as to user supplied materials, ©1996-2002 BioEx Systems, Inc.



# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

**Name:** Rogelio Rodriguez    **Date:** Oct 17, 03

**C/C:** pt still has the same pain lower back

**Pain Scale** (At rest): 0 1 2 3 4 5 6 7 8 9 10
(With Activity): 0 1 2 3 4 5 6 7 8 9 10
0-no pain 5-mod, 10-severe

**Reports of:** ☐Better ☑Same ☐Worse

### OBSERVATION/PALPATION:
☐Swelling: mild/moderate/severe
on_____
☐Stiffness: mild/mod/severe
on_____
☐Spasm: mild/mod/severe
on _Multifidus_
☑Tenderness: mild/mod/severe
on _Multifidus_
☐Atrophy: mild/mod/severe
on_____
☐Ecchymosis:_____
☐ Abrasions:_____

### ROM/STRENGTH:
☐Increased    ☐Decreased    ☐Unchanged

### FUNCTIONAL STATUS:
☐Walking _____ m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____ mins.
☑Sitting _____ mins.
☐Dressing: upper-mild/mod/severe difficulty
      lower-mild/mod/severe difficulty
☐Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☑Sleeping: mild/mod/severe difficulty
☑Housework: mild/mod/severe difficulty
☑At Work: mild/mod/severe difficulty

### ASSESSMENT:
Patient's response to treatment:
☐ Tolerate all procedures well
☐ Difficulty with active exercise
☑ Good/Fair/Poor response

Patient's Prognosis:
☐ Good    ☑Fair    ☐ Poor

### TREATMENT PLAN:
An individualized rehab program on a one to one setting with the patient to avoid further injury or re-injury and to develop strength, endurance, ROM, flexibility and other dynamic activities to improve functional performance.

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | TL | 15X7 |
| Electrical Stimulation | TL | 5X7 |
| Ultrasound | | |
| Phonophoresis | TL | 5X7 |
| Paraffin Bath | | |
| Myofascial Release | TL | 5X7 |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Therapeutic Exercises Range of Motion Ex. | | |
| Stretching | | |
| Strengthening | | |
| Williams Ex. | | |
| McKenzie Ex. | | |
| Codmans Ex. | | |
| Jacobsons Ex. | | |
| Overhead Pulley | | |
| Theraband Ex | | |

The patient will have therapy _____ x per week for _____ weeks.

**Patient's Signature:** _____

**Treatment Given by:** _____

**Physician's Signature:** _____

89

91



# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

Name: Rogelio Rodriguez    Date: Oct 14, 03

c/c: Pt c/o cramping to s lower back

Pain Scale(At rest): 0 1 2 3 4 ⑤ 6 7 8 9 10
  (With Activity): 0 1 2 3 4 5 ⑥ 7 8 9 10
        0-no pain 5-mod, 10-severe
Reports of: ☐Better ☑Same ☐Worse

**OBSERVATION/PALPATION:**
☐Swelling: mild/moderate/severe
on _____
☐Stiffness: mild/mod/severe
on _____
☑Spasm: mild/mod/severe
on multifidus
☑Tenderness: mild/mod/severe
on multifidus
☐Atrophy: mild/mod/severe
on _____
☐Ecchymosis: _____
☐ Abrasions: _____

**ROM/STRENGTH:**
☐Increased    ☐Decreased    ☐Unchanged

**FUNCTIONAL STATUS:**
☐Walking _____ m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____ mins.
☑Sitting _____ mins.
☐Dressing: upper-mild/mod/severe difficulty
          lower-mild/mod/severe difficulty
☐Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☐Sleeping: mild/mod/severe difficulty
☑Housework: mild/mod/severe difficulty
☑At Work: mild/mod/severe difficulty

**ASSESSMENT:**

Patient's response to treatment:
☐ Tolerate all procedures well
☐ Difficulty with active exercise
☑ Good/Fair/Poor response

Patient's Prognosis:
☐ Good    ☑ Fair    ☐ Poor

**TREATMENT PLAN:**
An individualized rehab program on a one to one setting with the patient to avoid further injury or re-injury and to develop strength, endurance, ROM, flexibility and other dynamic activities to improve functional performance.

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | TL | 15X1 |
| Electrical Stimulation | TL | 15X1 |
| Ultrasound | | |
| Phonophoresis | TL | 5X1 |
| Paraffin Bath | | |
| Myofascial Release | TL | 5X1 |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Therapeutic Exercises | | |
| Range of Motion Ex. | | |
| Stretching | | |
| Strengthening | | |
| Williams Ex. | | |
| McKenzie Ex. | | |
| Codmans Ex. | | |
| Jacobsons Ex. | | |
| Overhead Pulley | | |
| Theraband Ex | | |

The patient will have therapy _____ x per week for
_____ weeks.

Patient's Signature: _____

Treatment Given by: _____

Physician's Signature: _____

90

13.

92



# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

| Name: RODRICUEZ, ROGELIO | Date: 09/25/03 |
|---|---|

C/C: _Patient complain to his nerve and low back_

Pain Scale(At rest): 0 1 2 3 4 5 (6) 7 8 9 10
(With Activity): 0 1 2 3 4 5 (6) 7 8 9 10
0-no pain, 5-mod, 10-severe

Reports of: ☐Better ☑Same ☐Worse

**OBSERVATION/PALPATION:**
☐Swelling: mild/moderate/severe
on _____
☐Stiffness: mild/mod/severe
on _____
☑Spasm: mild/mod/severe
on _Trapezius y multifidy_
☑Tenderness: mild/mod/severe
on _Trapezius y multifidy_
☐Atrophy: mild/mod/severe
on _____
☐Ecchymosis: _____
☐ Abrasions: _____

**ROM/STRENGTH:**
☐Increased    ☑Decreased    ☐Unchanged

**FUNCTIONAL STATUS:**
☐Walking _____ m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____ mins.
☑Sitting _____ mins.
☐Dressing: upper-mild/mod/severe difficulty
lower-mild/mod/severe difficulty
☐Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☐Sleeping: mild/mod/severe difficulty
☐Housework: mild/mod/severe difficulty
☑At Work: mild/mod/severe difficulty

**ASSESSMENT:**

Patient's response to treatment:
☑Tolerate all procedures well
☐ Difficulty with active exercise
☑Good/Fair/Poor response

Patient's Prognosis:
☑Good    ☐ Fair    ☐ Poor

**TREATMENT PLAN:**
An individualized rehab program on a one to one setting with the patient to avoid further injury or re-injury and to develop strength, endurance, ROM, flexibility and other dynamic activities to improve functional performance.

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | CTL | 15X2 |
| Electrical Stimulation | CTL | 15X2 |
| Ultrasound | | |
| Phonophoresis | CTL | 2X2 |
| Paraffin Bath | | |
| Myofascial Release | CTL | 5X2 |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Wound Care | | |
| Electrodes | | |
| Therapeutic Exercises: | | |
|   Range of Motion Ex. | CTL | 5X2 |
|   Stretching | CTL | 5X2 |
|   Strengthening | CT | 5X1 |
|   Williams Ex. | | |
|   McKenzie Ex. | | |
|   Codmans Ex. | | |
|   Jacobsons Ex. | | |
|   Overhead Pulley | | |
|   Theraband Ex | CT | 5X1 |

The patient will have therapy ____ x per week for _____ weeks.

Patient's Signature: _Roy Rodriguez_
Treatment Given by: _____
Physician's Signature: _D. Still_

91



# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

**Name:** Rogelio Rodriguez                **Date:** 9/23/03

C/C: pt. c/o pain to cervical and lumbar areas

Pain Scale (At rest): 0 1 2 3 4 5 ⑥ 7 8 9 10
  (With Activity): 0 1 2 3 4 5 6 ⑦ 8 9 10
0-no pain,5-mod, 10-severe

Reports of: ☐Better ☐Same ☐Worse

## OBSERVATION/PALPATION:
☐Swelling: mild/moderate/severe
on _____

☑Stiffness: mild/mod/severe
on paravlus/multifidus

☑Spasm/mild/mod/severe
on paravlus, multifidus

☐Tenderness: mild/mod/severe
on _____

☐Atrophy: mild/mod/severe
on _____

☐Ecchymosis: _____
☐ Abrasions: _____

## ROM/STRENGTH:
☑Increased   ☐Decreased   ☐Unchanged

## FUNCTIONAL STATUS:
☐Walking _____ m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____ mins.
☐Sitting _____ mins. Prolonged
☐Dressing: upper-mild/mod/severe difficulty
       lower-mild/mod/severe difficulty
☐Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☐Sleeping: mild/mod/severe difficulty
☑Housework: mild/mod/severe difficulty
☑At Work: mild/mod/severe difficulty

## ASSESSMENT:

**Patient's response to treatment:**
☐ Tolerate all procedures well
☐ Difficulty with active exercise
☑ Good/Fair/Poor response

**Patient's Prognosis:**
☑ Good      ☐ Fair      ☐ Poor

## TREATMENT PLAN:
      An individualized rehab program on a one to one setting with the patient to avoid further injury or re-injury and to develop strength, endurance, ROM, flexibility and other dynamic activities to improve functional performance.

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | CTL | 15X2 |
| Electrical Stimulation | CTL | 15X2 |
| Ultrasound | | |
| Phonophoresis | CTL | 5X2 |
| Paraffin Bath | | |
| Myofascial Release | CTL | 5X2 |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Wound Care | | |
| Electrodes | | |
| Therapeutic Exercises: | | |
| Range of Motion Ex. | CTL | 5X2 |
| Stretching | CTL | 5X2 |
| Strengthening | CT | 5X1 |
| Williams Ex. | | |
| McKenzie Ex. | | |
| Codmans Ex. | | |
| Jacobsons Ex. | | |
| Overhead Pulley | | |
| Theraband Ex | CT | 5X1 |

The patient will have therapy ____ x per week for _____ weeks.

Patient's Signature: Rey Rodriguez
Treatment Given by: _____
Physician's Signature: _____

92

94



# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

| Name: Rodriguez Rogelio | Date: 9-19-03 |
|---|---|

C/C: _pt c/o pain to cervical_ _area_

**ASSESSMENT:**

Pain Scale (At rest): 0 1 2 3 4 5 6 7 8 9 10
(With Activity): 0 1 2 3 4 5 6 7 8 9 10
0=no pain, 5=mod, 10=severe

Reports of: □Better □Same □Worse

**Patient's response to treatment:**
☑ Tolerate all procedures well
□ Difficulty with active exercise
☑ Good/Fair/Poor response

**OBSERVATION/PALPATION:**
□Swelling: mild/moderate/severe
on_____
☑Stiffness: mild/mod/severe
on _lumbar area_
□Spasm: mild/mod/severe
on_____
□Tenderness: mild/mod/severe
on_____
□Atrophy: mild/mod/severe
on_____
□Ecchymosis:_____
□ Abrasions:_____

**Patient's Prognosis:**
☑Good     □ Fair     □ Poor

**TREATMENT PLAN:**
        An individualized rehab program on a one to one setting with the patient to avoid further injury or re-injury and to develop strength, endurance, ROM, flexibility and other dynamic activities to improve functional performance.

**ROM/STRENGTH:**
□Increased   □Decreased   □Unchanged

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | CTL | 15x2 |
| Electrical Stimulation | CTL | 15x2 |
| Ultrasound | | |
| Phonophoresis | CTL | 5x2 |
| Paraffin Bath | | |
| Myofascial Release | CTL | 5x2 |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Wound Care | | |
| Electrodes | | |
| Therapeutic Exercises: | | |
| Range of Motion Ex. | CTL | 5x2 |
| Stretching | CTL | 5x2 |
| Strengthening | CTL | 5x2 |
| Williams Ex. | | |
| McKenzie Ex. | | |
| Codmans Ex. | | |
| Jacobsons Ex. | | |
| Overhead Pulley | | |
| Theraband Ex | | |

**FUNCTIONAL STATUS:**
□Walking _____m/blocks
□Stair Climbing: mild/mod/severe difficulty
□Standing _____mins.
□Sitting _____mins.
□Dressing: upper-mild/mod/severe difficulty
        lower-mild/mod/severe difficulty
□Bathing: mild/mod/severe difficulty
□Toileting: mild/mod/severe difficulty
□Sleeping: mild/mod/severe difficulty
□Housework: mild/mod/severe difficulty
□At Work: mild/mod/severe difficulty

The patient will have therapy ____x per week for _____weeks.

Patient's Signature:_____
Treatment Given by:_____
Physician's Signature:_____

93



# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

**Name:** Roy Rodriguez          **Date:** 9-18-03

**C/C:** pt c/o pain to low back

**Pain Scale** (At rest): 0 1 2 3 4 5 6 7 8 9 10
(With Activity): 0 1 2 3 4 5 6 7 8 9 10
0=no pain, 5=mod, 10=severe

**Reports of:** ☐Better ☐Same ☐Worse

### OBSERVATION/PALPATION:
☐Swelling: mild/moderate/severe
on _____
☑Stiffness: mild/mod/severe
on lumbar area
☐Spasm: mild/mod/severe
on _____
☐Tenderness: mild/mod/severe
on _____
☐Atrophy: mild/mod/severe
on _____
☐Ecchymosis: _____
☐Abrasions: _____

### ROM/STRENGTH:
☐Increased   ☐Decreased   ☐Unchanged

### FUNCTIONAL STATUS:
☐Walking _____ m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____ mins.
☐Sitting _____ mins.
☐Dressing: upper-mild/mod/severe difficulty
　　　　　　lower-mild/mod/severe difficulty
☐Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☑Sleeping: mild/mod/severe difficulty
☐Housework: mild/mod/severe difficulty
☑At Work: mild/mod/severe difficulty

### ASSESSMENT:

**Patient's response to treatment:**
☐ Tolerate all procedures well
☐ Difficulty with active exercise
☑ Good/Fair/Poor response

**Patient's Prognosis:**
☑Good　　　☐ Fair　　　☐ Poor

### TREATMENT PLAN:
An individualized rehab program on a one to one setting with the patient to avoid further injury or re-injury and to develop strength, endurance, ROM, flexibility and other dynamic activities to improve functional performance.

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | CTL | 15X2 |
| Electrical Stimulation | CTL | 15X2 |
| Ultrasound | | |
| Phonophoresis | CTL | 5X2 |
| Paraffin Bath | | |
| Myofascial Release | CTL | 5X2 |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Wound Care | | |
| Electrodes | | |
| Therapeutic Exercises: | | |
| Range of Motion Ex. | CTL | 5X2 |
| Stretching | CTL | 5X2 |
| Strengthening | | |
| Williams Ex. | | |
| McKenzie Ex. | | |
| Codmans Ex. | | |
| Jacobsons Ex. | | |
| Overhead Pulley | | |
| Theraband Ex | | |

The patient will have therapy _____ x per week for _____ weeks.

**Patient's Signature:** _____
**Treatment Given by:** _____
**Physician's Signature:** _____

94

9

96

# ORTHOPEDIC INDUSTRIAL SPORTS
### REHABILITATION CENTER

**Name:** Rogelio Rodriguez     **Date:** 9/16/03

C/C: pt c/o pain to Thoracic
spine

**ASSESSMENT:**

Pain Scale(At rest): 0 1 2 3 4 5 6 7 8 9 10
(With Activity): 0 1 2 3 4 5 6 7 8 9 10
0=no pain,5=mod, 10=severe
Reports of: ☐Better ☐Same ☐Worse

OBSERVATION/PALPATION:
☐Swelling: mild/moderate/severe
on _____
☐Stiffness: mild/mod/severe
on _____
☑Spasm: mild/mod/severe
on _____
☑Tenderness: mild/mod/severe
on _____
☐Atrophy: mild/mod/severe
on _____
☐Ecchymosis: _____
☐ Abrasions: _____

ROM/STRENGTH:
☐Increased ☐Decreased ☐Unchanged

FUNCTIONAL STATUS:
☐Walking _____ m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____ mins.
☐Sitting _____ mins.
☐Dressing: upper-mild/mod/severe difficulty
          lower-mild/mod/severe difficulty
☐Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☑Sleeping: mild/mod/severe difficulty
☑Housework: mild/mod/severe difficulty
☑At Work: mild/mod/severe difficulty

**Patient's response to treatment:**
☑ Tolerate all procedures well
☐ Difficulty with active exercise
☑ Good/Fair/Poor response

**Patient's Prognosis:**
☐ Good ☑Fair ☐ Poor

**TREATMENT PLAN:**
    An individualized rehab program on a one to one setting with the patient to avoid further injury or re-injury and to develop strength, endurance, ROM, flexibility and other dynamic activities to improve functional performance.

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | CT | 5X2 |
| Electrical Stimulation | CT | 5X2 |
| Ultrasound | | 5X |
| Phonophoresis | CT | 5X2 |
| Paraffin Bath | | |
| Myofascial Release | CT | 5X2 |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Wound Care | | |
| Electrodes | | |
| Therapeutic Exercises: | | |
|   Range of Motion Ex. | CT | 5X2 |
|   Stretching | CT | 5X2 |
|   Strengthening | CT | 5X1 |
|   Williams Ex. | | |
|   McKenzie Ex. | | |
|   Codmans Ex. | | |
|   Jacobsons Ex. | | |
|   Overhead Pulley | | |
|   Theraband Ex | CT | 5X1 |

The patient will have therapy _____ x per week for _____ weeks.

Patient's Signature: _____
Treatment Given by: _____
Physician's Signature: _____

95

8



# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

Name: Rogelio Rodriguez     Date: 9/11/03

c/c: pain to CTL

## ASSESSMENT:

**Patient's response to treatment:**
☐ Tolerate all procedures well
☐ Difficulty with active exercise
☑ Good/Fair/Poor response

**Patient's Prognosis:**
☐ Good     ☐ Fair     ☐ Poor

Pain Scale(At rest): 0 1 2 3 4 5 6 7 **8** 9 10
   (With Activity): 0 1 2 3 4 5 6 7 **8** 9 10
   0–no pain,5–mod, 10–severe

Reports of: ☐Better  ☐Same  ☐Worse

## OBSERVATION/PALPATION:
☐Swelling: mild/moderate/severe
on_____
☐Stiffness: mild/mod/severe
on trapezios, multifidus
☐Spasm: mild/mod/severe
on_____
☐Tenderness: mild/mod/severe
on_____
☐Atrophy: mild/mod/severe
on_____
☐Ecchymosis:_____
☐ Abrasions:_____

## ROM/STRENGTH:
☐Increased    ☐Decreased    ☐Unchanged

## FUNCTIONAL STATUS:
☐Walking _____m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____mins.
☐Sitting _____mins.
☐Dressing: upper-mild/mod/severe difficulty
           lower-mild/mod/severe difficulty
☐Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☐Sleeping: mild/mod/severe difficulty
☐Housework: mild/mod/severe difficulty
☐At Work: mild/mod/severe difficulty

## TREATMENT PLAN:
An individualized rehab program on a one to one setting with the patient to avoid further injury or re-injury and to develop strength, endurance, ROM, flexibility and other dynamic activities to improve functional performance.

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | CTL | 1x2 |
| Electrical Stimulation | CTL | 1x2 |
| Ultrasound | | |
| Phonophoresis | | |
| Paraffin Bath | | |
| Myofascial Release | | |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Wound Care | | |
| Electrodes | | |
| Therapeutic Exercises: | | |
| Range of Motion Ex. | | |
| Stretching | | |
| Strengthening | | |
| Williams Ex. | | |
| McKenzie Ex. | | |
| Codmans Ex. | | |
| Jacobsons Ex. | | |
| Overhead Pulley | | |
| Theraband Ex | | |

✱ Pt. had TP1's. ✱
The patient will have therapy _____ x per week for _____weeks.

Patient's Signature: _____
Treatment Given by: _____
Physician's Signature: _____

96

7



# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

| Name: RODRIGUEZ, ROGELIO | Date: 9/9/03 |
|---|---|

C/C: _Patient still complains of_
_pain to the upper back > low back_

Pain Scale (At rest): 0 1 2 3 4 5 6 7 8 9 10
(With Activity): 0 1 2 3 4 5 6 (7) 8 9 10
0-no pain,5-mod,10-severe
Reports of: ☐Better ☑Same ☐Worse

**OBSERVATION/PALPATION:**
☐Swelling: mild/moderate/severe
on _____
☐Stiffness: mild/mod/severe
on _____
☐Spasm: mild/mod/severe
on _TRAPS, RHOMBOIDS, MULTIFIDUS, GLUT. MAX._
☑Tenderness: mild/mod/severe
on _TRAPS, RHOMBOIDS, MULTIFIDUS, GR. MAX._
☐Atrophy: mild/mod/severe
on _____
☐Ecchymosis: _____
☐ Abrasions: _____

**ROM/STRENGTH:**
☐Increased    ☐Decreased    ☑Unchanged

**FUNCTIONAL STATUS:**
☐Walking _____ m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____ mins.
☐Sitting _____ mins.
☑Dressing: upper-mild/mod/severe difficulty
         lower-mild/mod/severe difficulty
☐Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☑Sleeping: mild/mod/severe difficulty
☑Housework: mild/mod/severe difficulty
☑At Work: mild/mod/severe difficulty

**ASSESSMENT:**

Patient's response to treatment:
☐ Tolerate all procedures well
☑ Difficulty with active exercise
☑ Good/Fair/Poor response

Patient's Prognosis:
☐ Good        ☑ Fair        ☐ Poor

**TREATMENT PLAN:**
An individualized rehab program on a one to one setting with the patient to avoid further injury or re-injury and to develop strength, endurance, ROM, flexibility and other dynamic activities to improve functional performance

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | CTL | 15X2 |
| Electrical Stimulation | CTL | 15X2 |
| Ultrasound | | |
| Phonophoresis | CTL | 5X2 |
| Paraffin Bath | | |
| Myofascial Release | CTL | 5X2 |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Wound Care | | |
| Electrodes | | |
| **Therapeutic Exercises:** | | |
| Range of Motion Ex. | CTL | 5X2 |
| Stretching | CTL | 5X2 |
| Strengthening | CT | 5X1 |
| Williams Ex. | | |
| McKenzie Ex. | | |
| Codmans Ex. | | |
| Jacobsons Ex. | | |
| Overhead Pulley | | |
| Theraband Ex | CT | 5X1 |

The patient will have therapy ____ x per week for _____ weeks.

Patient's Signature: X _____
Treatment Given by: _____
Physician's Signature: _____

Home exercises given today

97

99





# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

Name: Ray Rodriguez                    Date: 9-4-03

C/C: c/o pain to neck & cervical area

Pain Scale (At rest): 0 1 2 3 4 5 6 7 8 9 10
(With Activity): 0 1 2 3 4 5 6 7 8 9 10
(0-no pain,5-mod, 10-severe)
Reports of: ☐Better ☐Same ☐Worse

**OBSERVATION/PALPATION:**
☐Swelling: mild/moderate/severe
on _____
☐Stiffness: mild/mod/severe
on _____
☐Spasm: mild/mod/severe
on _____
☐Tenderness: mild/mod/severe
on _____
☐Atrophy: mild/mod/severe
on _____
☐Ecchymosis: _____
☐ Abrasions: _____

**ROM/STRENGTH:**
☐Increased    ☐Decreased    ☐Unchanged

**FUNCTIONAL STATUS:**
☐Walking _____ m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____ mins.
☐Sitting _____ mins.
☐Dressing: upper-mild/mod/severe difficulty
        lower-mild/mod/severe difficulty
☐Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☐Sleeping: mild/mod/severe difficulty
☐Housework: mild/mod/severe difficulty
☐At Work: mild/mod/severe difficulty

**ASSESSMENT:**

Patient's response to treatment:
☑Tolerate all procedures well
☐ Difficulty with active exercise
☐ Good/Fair/Poor response

Patient's Prognosis:
☐ Good    ☐ Fair    ☐ Poor

**TREATMENT PLAN:**
An individualized rehab program on a one to one
setting with the patient to avoid further injury or re-injury
and to develop strength, endurance, ROM, flexibility and
other dynamic activities to improve functional performanc

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | CTL | 1X2 |
| Electrical Stimulation | CTL | 1X2 |
| Ultrasound | CTL | X2 |
| Phonophoresis | | |
| Paraffin Bath | | |
| Myofascial Release | CTL | X2 |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Wound Care | | |
| Electrodes | | |
| Therapeutic Exercises: | | |
| Range of Motion Ex. | | |
| Stretching | | |
| Strengthening | | |
| Williams Ex. | | |
| McKenzie Ex. | | |
| Codmans Ex. | | |
| Jacobsons Ex. | | |
| Overhead Pulley | | |
| Theraband Ex | | |

The patient will have therapy _____ x per week for
_____ weeks.

Patient's Signature: _____
Treatment Given by: _____
Physician's Signature: _____

MFR / PHONO ICE
NEXT VISIT

98

S

100



# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

**Name:** Rogelio Rodriguez    **Date:** 9/3/03

**C/C:** pain to cervical area

**ASSESSMENT:**

Pain Scale(At rest): 0 1 2 3 4 5 6 7 8 9 10
   (With Activity): 0 1 2 3 4 5 6 7 8 9 10
   0-no pain,5-mod, 10-severe
Reports of: ☐Better ☑Same ☐Worse

**Patient's response to treatment:**
☐ Tolerate all procedures well
☐ Difficulty with active exercise
☐ Good/Fair/Poor response

**Patient's Prognosis:**
☐ Good    ☑ Fair    ☐ Poor

**OBSERVATION/PALPATION:**
☐Swelling: mild/moderate/severe
on _____
☑Stiffness: mild/mod/severe
on _____
☑Spasm: mild/mod/severe
on _____
☑Tenderness: mild/mod/severe
on _____
☐Atrophy: mild/mod/severe
on _____
☐Ecchymosis: _____
☐ Abrasions: _____

**ROM/STRENGTH:**
☐Increased  ☐Decreased  ☐Unchanged

**FUNCTIONAL STATUS:**
☐Walking _____ m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☐Standing _____ mins.
☐Sitting _____ mins.
☐Dressing: upper-mild/mod/severe difficulty
      lower-mild/mod/severe difficulty
☐Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☑Sleeping: mild/mod/severe difficulty
☑Housework: mild/mod/severe difficulty
☑At Work: mild/mod/severe difficulty

**TREATMENT PLAN:**
    An individualized rehab program on a one to one setting with the patient to avoid further injury or re-injury and to develop strength, endurance, ROM, flexibility and other dynamic activities to improve functional performance

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | CTLms | 15x3 |
| Electrical Stimulation | CT | 15x2 |
| Ultrasound | CTC | 6x2 |
| Phonophoresis | | |
| Paraffin Bath | | |
| Myofascial Release | | |
| Massage | CTC | 5x2 |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Wound Care | | |
| Electrodes | | |
| Therapeutic Exercises: | | |
|   Range of Motion Ex. | | |
|   Stretching | | |
|   Strengthening | | |
|   Williams Ex. | | |
|   McKenzie Ex. | | |
|   Codmans Ex. | | |
|   Jacobsons Ex. | | |
|   Overhead Pulley | | |
|   Theraband Ex. | | |

The patient will have therapy _____ x per week for _____ weeks.

**Patient's Signature:** _____
**Treatment Given by:** _____
**Physician's Signature:** _____

99.

4



# ORTHOPEDIC INDUSTRIAL SPORTS
## REHABILITATION CENTER

**Name:** Rogelio Rodriguez     **Date:** 9/2/03

C/C: _pain to upper & low back_

**Pain Scale(At rest):** 0 1 2 3 4 5 6 7 (8) 9 10
   **(With Activity):** 0 1 2 3 4 5 6 7 (8) 9 10
   0-no pain.5-mod. 10-severe
**Reports of:** ☐Better ☒Same ☐Worse

**OBSERVATION/PALPATION:**
☐Swelling: mild / moderate / severe
on _____
☒Stiffness: mild / mod / severe
on _trapezius, multifidus_
☒Spasm: mild / mod / severe
on _trapezius, multifidus_
☐Tenderness: mild / mod / severe
on _____
☐Atrophy: mild / mod / severe
on _____
☐Ecchymosis: _____
☐Abrasions: _____

**ROM/STRENGTH:**
☐Increased  ☐Decreased  ☐Unchanged

**FUNCTIONAL STATUS:**
☐Walking _____ m/blocks
☐Stair Climbing: mild/mod/severe difficulty
☒Standing _____ mins.
☐Sitting _____ mins.
☐Dressing: upper-mild/mod/severe difficulty
      lower-mild/mod/severe difficulty
☐Bathing: mild/mod/severe difficulty
☐Toileting: mild/mod/severe difficulty
☒Sleeping: mild/mod/severe difficulty
☐Housework: mild/mod/severe difficulty
☐At Work: mild/mod/severe difficulty

**ASSESSMENT:**

**Patient's response to treatment:**
☐ Tolerate all procedures well
☐ Difficulty with active exercise
☒ Good/Fair/Poor response

**Patient's Prognosis:**
☒ Good    ☐ Fair    ☐ Poor

**TREATMENT PLAN:**
An individualized rehab program on a one to one setting with the patient to avoid further injury or re-injury and to develop strength, endurance, ROM, flexibility and other dynamic activities to improve functional performance.

| DESCRIPTION | AREA(S) | DURATION |
|---|---|---|
| Hot/Cold Packs | CTL(B)Elbs | 1SX3 |
| Electrical Stimulation | CTL | 1X2 |
| Ultrasound | CTL | 5X2 |
| Phonophoresis | | |
| Paraffin Bath | | |
| Myofascial Release | CTL | 5X2 |
| Massage | | |
| Joint Mobilization | | |
| Neuro Re-education | | |
| Wound Care | | |
| Electrodes | | |
| Therapeutic Exercises: | | |
|   Range of Motion Ex. | | |
|   Stretching | | |
|   Strengthening | | |
|   Williams Ex. | | |
|   McKenzie Ex. | | |
|   Codmans Ex. | | |
|   Jacobsons Ex. | | |
|   Overhead Pulley | | |
|   Theraband Ex | | |

The patient will have therapy ____ x per week for
_____ weeks.

**Patient's Signature:** _____
**Treatment Given by:** _____
**Physician's Signature:** _____

100

3

HARLINGEN, TEXAS 78550     **VALLEY BAPTIST MEDICAL CENTER**     CHART

| PATIENT | NAME RODRIGUEZ, Rogelio | | DATE OF BIRTH | AGE 43 | SEX M | CASE NUMBER 987836525 | ORDER 004 | X-RAY NUMBER 00260430 |
|---|---|---|---|---|---|---|---|---|
| | ATTENDING PHYSICIAN | ADMIT DATE 1/16/03 | RECEIVED ERM | DIAGNOSIS UNK | | | | |

| ORDER | PRIORITY S | DATE TO BE DONE 1/16/2003 | ORDER DATE/TIME/INITIALS/UNIT 1/16/03 18:07   CSTNL0   ED | | ORDERING PHYSICIAN WRIGHT, ROBERT | | ACCESS # |
|---|---|---|---|---|---|---|---|
| | PROCEDURES ORDERED | | | | | | CPT CODE |
| | 2101368   SPINE CERVICAL W/OBL | | | | | | |
| | MVA | | | | | SIDE | |

---

## *** Final Report ***

CERVICAL SPINE WITH OBLIQUES:

Multiple views of the cervical spine were obtained including oblique views. There is no evidence of fracture or dislocation.

---

| Interpreted by: | William Taw, MD | 01/17/2003 18:14 |
| Transcribed by: | Lori Montemayor | 01/17/2003 18:54 |
| Signed by: | William Taw, MD | 01/18/2003 07:29 |

This information has been disclosed to you from confidential medical redords. You are prohibited from making any further disclosure without specific written consent of the person to whom it pertains or his legal representative.

101

DEPARTMENT OF RADIOLOGY     Printed - 1/18/2003 7:29:20AM     Page 1 of 1

103

```
01/17/2003                    VALLEY BAPTIST MEDICAL CENTER                   CLIENT REPORT
06:24                      DEPARTMENT OF LABORATORY MEDICINE                     PAGE 1
                                   2101 PEASE STREET
                                HARLINGEN, TEXAS 78550
```

```
                                  *******************************
NAME: RODRIGUEZ,ROGELIO           *LOC:ER                         *
H#  : 00260430                    *DR :WRIGHT,ROBERT, D.O.        *
ACCT: 987836525                   *      EMCARE INC.              *
AGE : 43Y    SEX: M               *      VBMC EMERGENCY DEPT.     *
DOB :                             *                               *
                                  *******************************
```

F69351 COLL: 01/17/2003  02:07 REC: 01/16/2003  22:40 PHYS: WRIGHT,ROBERT,

```
    TROPONIN I 8 HR              REQUEST CREDITED
                                PATIENT DISCHARGED
```

This information has been disclosed to you from confidential medical redords. You are prohibited from making any further disclosure without specific written consent of the person to whom it pertains or his legal representative.

H34281 COLL: 01/16/2003  22:07 REC: 01/16/2003  22:40 PHYS: WRIGHT,ROBERT,

```
    TROPONIN I 4 HOUR           REQUEST CREDITED
                                PATIENT DISCHARGED
```

H34447 COLL: 01/16/2003  20:14 REC: 01/16/2003  20:28 PHYS: YBARRA,RICHARD

```
    SUBSTANCE ABUSE 6 (URINE SCRE                                        STAT
      BARBITURATES (URINE)        NEGATIVE           [NEG]               STAT
      AMPHETAMINES (URINE)        NEGATIVE           [NEG]               STAT
      OPIATES (URINE)             NEGATIVE           [NEG]               STAT
      COCAINE (URINE)             NEGATIVE           [NEG]               STAT
      CANNABINOIDS (URINE)        NEGATIVE           [NEG]               STAT
      BENZODIAZEPINE (URINE)      NEGATIVE           [NEG]               STAT
      ALCOHOL (URINE)             NEGATIVE                               STAT
      PHENCYCLIDINE               NEGATIVE           [NEG]               STAT

    UA CHEMISTRIES                                                       STAT
      SPECIMEN DESCRIPTION        RANDOM URINE                           STAT
      URINE SPECIFIC GRAVITY      1.015              [1.005-1.030]       STAT
      PH, URINE                   5.5                [5.0-7.5]           STAT
      URINE PROTEIN               NEGATIVE           [NEG]               STAT
      URINE GLUCOSE               NEGATIVE           [NEG]               STAT
      URINE KETONE                NEGATIVE           [NEG]               STAT
      BILIRUBIN,URINE             NEGATIVE           [NEG]               STAT
      BLOOD,URINE                 NEGATIVE           [NEG]               STAT
      UROBILINOGEN,URINE          0.2                [<2.0]      EH/DL   STAT
      URINE NITRITE               NEGATIVE           [NEG]               STAT
      LEUKOCYTE ESTERASE          NEGATIVE           [NEG]               STAT
      COLOR                       YELLOW                                 STAT
                        MICROSCOPIC NOT DONE BECAUSE URINE CHEMISTRIES WITHIN PREDETERMINED SET CRITERIA
      CLARITY                     CLEAR                                  STAT
```

102

```
*************************         PAGE   1              ****************************
RODRIGUEZ,ROGELIO                 CONTINUED             FINAL MEDICAL RECORD
```

01/17/2003               VALLEY BAPTIST MEDICAL CENTER          CLIENT REPORT
06:24              DEPARTMENT OF LABORATORY MEDICINE             PAGE 2
                           2101 PEASE STREET
                       HARLINGEN, TEXAS 78550

```
                                        *******************************
NAME: RODRIGUEZ,ROGELIO                 *LOC:ER                        *
H#  : 00260430                          *DR :WRIGHT,ROBERT, D.O.       *
ACCT: 987836525                         *    EMCARE INC.               *
AGE : 43Y    SEX: M                     *    VBMC EMERGENCY DEPT.      *
DOB :                                   *                             *
                                        *******************************
```

H34386 COLL: 01/16/2003  19:09 REC: 01/16/2003  19:21 PHYS: WRIGHT,ROBERT,

| | | | | | |
|---|---|---|---|---|---|
| ALCOHOL SERUM | 0 | | [0] | G/DL | STAT |

H34279 COLL: 01/16/2003  18:21 REC: 01/16/2003  18:27 PHYS: WRIGHT,ROBERT,

| | | | | | |
|---|---|---|---|---|---|
| CHEM 7 PANEL | | | | | STAT |
| GLUCOSE RANDOM | 93 | | [70-110] | MG/DL | STAT |
| UREA NITROGEN, BLOOD | 9 | | [7-22] | MG/DL | STAT |
| CREATININE | 1.0 | | [0.5-1.2] | MG/DL | STAT |
| SODIUM | 138 | | [136-145] | MMOL/L | STAT |
| POTASSIUM | 3.7 | | [3.5-5.1] | MMOL/L | STAT |
| CHLORIDE | 102 | | [100-112] | MMOL/L | STAT |
| CARBON DIOXIDE | 28 | | [20-31] | MMOL/L | STAT |
| CALCIUM | 8.8 | | [8.2-10.0] | MG/DL | STAT |
| | | | | | |
| CHEST PAIN PANEL | | | | | STAT |
| CREATINE KINASE | 133 | | [21-232] | U/L | STAT |
| CK MB FRACTION | 2 | | [<4.0] | NG/ML | STAT |
| TROPONIN I | <0.04 | | | NG/ML | STAT |

Reference Range is under study. Upper limit of normal range is not agreed upon. Tr >/=0.1 ng/mL indicate myocardial damage, and suggest increased short term risk of variation at levels </=0.1 ng/mL.

| | | | | | |
|---|---|---|---|---|---|
| AUTOMATED BLOOD COUNT | | | | | STAT |
| WBC | 11.5 | H | [3.6-11.1] | TH/UL | STAT |
| RBC | 5.43 | | [4.27-5.49] | M/UL | STAT |
| HEMOGLOBIN | 16.3 | H | [12.9-16.1] | G/DL | STAT |
| HCT | 46.0 | | [37.7-46.5] | % | STAT |
| MCV | 84.5 | | [79.3-94.8] | FL | STAT |
| MCH | 30.0 | | [26.8-33.2] | PG | STAT |
| MCHC | 35.5 | | [33.5-35.5] | GM/DL | STAT |
| PLATELET COUNT | 257 | | [165-353] | TH/UL | STAT |
| RDW-CV | 13.7 | | [12.0-15.1] | % | STAT |
| MPV | 7.9 | | [7.5-10.7] | FL | STAT |
| | | | | | |
| DIFFERENTIAL | | | | | STAT |
| DIFF METHOD | AUTO | | | | STAT |
| LYMPHS(ABSOLUTE) | 1.61 | | [1.1-2.7] | TH/UL | STAT |
| MONOS (ABSOLUTE) | 0.48 | | [0.3-0.8] | TH/UL | STAT |

```
*****************************          PAGE    2           *****************************
RODRIGUEZ, ROGELIO                    CONTINUED             FINAL MEDICAL RECORD
```

This information has been disclosed to you from confidential medical records. You are prohibited from making any further disclosure without specific written consent of the person to whom it pertains or his legal representative.

103

```
01/17/2003                VALLEY BAPTIST MEDICAL CENTER           CLIENT REPORT
06:24                  DEPARTMENT OF LABORATORY MEDICINE              PAGE 3
                              2101 PEASE STREET
                           HARLINGEN, TEXAS 78550
```

```
                                  ********************************
NAME: RODRIGUEZ,ROGELIO           *LOC:ER                        *
H#  : 00260430                    *DR :WRIGHT,ROBERT, D.O.       *
ACCT: 987836525                   *    EMCARE INC.               *
AGE : 43Y   SEX: M                *    VBMC EMERGENCY DEPT.      *
DOB :                             *                             *
                                  ********************************
```

H34279 COLL: 01/16/2003  18:21 REC: 01/16/2003  18:27 PHYS: WRIGHT,ROBERT,

| DIFFERENTIAL | (CONTINUED) | | | | |
|---|---|---|---|---|---|
| NEUT (ABSOLUTE) | 9.31 | H | [1.90-7.20] | TH/UL | STAT |
| EOS (ABSOLUTE) | 0.10 | | [0.04-0.50] | TH/UL | STAT |
| BASO (ABSOLUTE) | 0.03 | | [0.0-0.1] | TH/UL | STAT |
| LYMPH % | 13.9 | L | [16.8-43.4] | % | STAT |
| MONO % | 4.2 | L | [4.6-12.4] | % | STAT |
| NEUT % | 80.7 | H | [43.2-71.5] | % | STAT |
| EOSO % | 0.9 | | [0.7-7.8] | % | STAT |
| BASO % | 0.3 | | [0.2-1.2] | % | STAT |

This information has been disclosed to you from confidential medical records. You are prohibited from making any further disclosure without specific written consent of the person to whom it pertains or his legal representative.

```
  ****************************          PAGE   3          ****************************
   RODRIGUEZ,ROGELIO                 END OF REPORT          FINAL MEDICAL RECORD
```

104

Rodriguez, Rogelio
#987836525
MR# 00260430

**VALLEY BAPTIST MEDICAL CENTER**
HARLINGEN, TEXAS

**PATIENT VALUABLES RECORD**

## ARTICLES PLACED IN VBMC'S SECURITY

☐ Cane    ☐ Hearing Aide    ☐ T-Shirt    ☐ Jewelry_____
☐ Crutches    ☐ Luggage    ☐ Trousers    1 pocket Knife
☐ Dentures    ☐ Nightwear    ☐ Underwear    1 black wallet w/misc. items
   ☐ Upper    ☐ Purse    ☐ Walker    1 TR.I.D.
   ☐ Lower    ☐ Shirt    ☐ Wheelchair    1 gas card
   ☐ Partial(s)    ☐ Shoes    ☑ Money    ☐ _____
☐ Glasses    ☐ Boots    $ 280.00    ☐ _____

I acknowledge that any valuables (dentures, partials, eyeglasses, and hearing aide) not entrusted to Security will be my responsibility. VBMC is not responsible for any item lost.

## ARTICLES RETAINED BY PATIENT

☐ Cane    ☐ Crutches    ☐ Purse
☐ Dentures    ☐ Glasses    ☐ Wallet
   ☐ Upper    ☐ Hearing Aide    ☐ Walker
   ☐ Lower    ☐ Money
   ☐ Partial(s)    ☐ Prosthesis

This information has been disclosed to you from confidential medical records. You are prohibited from making any further disclosure without specific written consent of the person to whom it pertains or his legal representative.

☐ Jewelry_____
☐ _____
☐ _____
☐ _____

☐ I take full responsibility of the articles in my possession listed immediately above and any others brought to me while a patient in Valley Baptist Medical Center.

☐ I have elected to give all my belongings to my family.

_____ _____
Signature of Patient/Significant Other   Relationship

L. Dga #74  9-16-03  8:00
Signature of Receiving Security Officer

_____
Witness (Family member, friend, VBMC employee)

Pink copy is given to patient/significant other when articles are given to Security.

This is a correct list of my belongings which are hereby returned to me.

Elizabeth Rodriguez DL # ███████

_____ wife/to
Signature of Patient/Significant Other   Relationship
Carmen Alcala

L. Dga #74  1-16-03  21:27
Signature of Releasing Security Officer

_____
Witness (Family member, friend, VBMC employee)

Yellow copy is given to patient/significant other when articles are returned by Security.

**105**

White - Medical Record

VBMC 1842-010-0593

107

RODRIGUEZ, ROGELIO #987836525 00260430
ROOM ER

| PRINT DATE:JAN 17,2003    PRINT TIME:00:59:20 | CHART COPY | Respiratory Care | PAGE    1 |
|---|---|---|---|

JAN 16, 2003

  20:00:00 ACTIVITY: <u>INCENT SPIROMETRY</u>
                Location=ER; Initial setup=Yes; Patient goal (80%)=2,000cc; Pre heart rate=80beats/minute;
                Breath sounds-advnt=BRONCHIAL; Auscultated in=BIL UPPER LOBES; Volume achieved=4,000cc; Goals
                achieved=10; Cough effort=Good; Sputum amount=None; Adverse reaction=None; Patient tolerance=
                Tolerated well

                Practitioner: YVONNE  ORTEGA,RRT,CPFT

This information has been disclosed to you
from confidential medical records. You are
prohibited from making any further disclosure
without specific written consent of the person
to whom it pertains or his legal representative.

| Valley Baptist Medical Center | | RODRIGUEZ, ROGELIO #987836525 00260430 |
|---|---|---|
| Respiratory Care | | ROOM ER |

106

Page 1 of 4

## SECONDARY SURVEY

### HEAD AND FACE

**Head:** ☑ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion ☐ Loss of Consciousness ☐ Amnesia (Event Retrograde)
Describe _____

**Eyes:** ☑ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion
☐ Raccoon Sign/Battle Sign
Describe _____

**Ears:** ☑ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion
☐ Otorrhea  Describe _____

**Nose:** ☑ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion
☐ Rhinorrhea  Describe _____

**Mouth/Throat:** ☑ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion ☐ Teeth Malocclusion ☐ Teeth Missing
Maxilla: ☑ Stable ☐ Unstable   Mandible: ☐ Stable ☐ Unstable   Zygoma: ☐ Stable ☐ Unstable
Describe _____

### NECK / BACK
☑ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion ☐ Pain ☐ Limited Motion
☐ JVD Carotid ____ +R ____ +L  C-Collar in Place: ☐ Yes ☐ No ☐ N/A ☐ Crepitus  Bruit: ____ R ____ L  Alignment Precautions: _____
Describe _____

### CHEST
☑ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion ☐ Rib Tendemess ☐ Sternal Tendemess ☐ Seatbelt Marks
Breath Sounds present: ☐ RLL ☑ RUL ☐ LLL ☑ LUL ☐ Subcutaneous Air Location: _____ ☐ Crepitus Location _____
Describe _____

### CARDIAC
☑ NSR ☑ Other Rhythm ☐ Distant Heart Sounds ☐ Abnormal Heart Sounds
Describe _____

### ABDOMEN
☑ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion ☐ Seatbelt Marks ☐ Distention
☐ Tender: ☐ LUQ ☐ RUQ ☐ LLQ ☐ RLQ ☐ Rigid  Bowel Sound: ☐ Present ☐ Absent  ☐ Scars _____
Describe _____

### PELVIS / GU
☑ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion ☐ Tendemess
☐ Blood at Meatus  Pelvis: ☐ Stable ☐ Unstable  Rectal Exam done: ☐ Yes ☐ No
Genitalia: ☐ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion ☐ Tendemess
Describe _____
Uterus: LMP _____ ☐ Pregnant _____ weeks  Comments _____

### EXTREMITIES
☑ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion ☐ Tendemess
Describe _____

This information has been disclosed to you from confidential medical records. You are prohibited from making any further disclosure without specific written consent of the person to whom it pertains for such disclosure.

| Motor Function: ☑ WNL | Sensory Function: ☐ WNL | Pulses | Radial | Carotid | Femoral | Popliteal | Postero. Tibial | Dorsalis Pedis |
|---|---|---|---|---|---|---|---|---|
| Deficit: ☐ RUE ☐ LUE | Deficit: ☐ RUE ☐ LUE | R+ | | | | | | |
| ☐ RLE ☐ LLE | ☐ RLE ☐ LLE | L+ | | | | | | |

---

Time Backboard Removed: _14 cm_
☐ N/A ☐ Hypothermia Precautions Initiated
☐ Bair Hugger ☐ Warm blankets ☐ Warm fluids
☐ Cooling/Warming blanket  .Wt ____ Kg
Ht. ____ Inches ____ cms
ALLERGIES: ☐ NKA _____
Past Medical Hx _____
Past Surgical Hx _____
Immunocompromised: ☐ Therapy ☐ Asplenic
Time of Last Meal _____

**TETANUS TOXOID**
☐ Current  ☐ 0.5cc  IM Site _____
☐ DT  Lot # _____ Time _____
☐ TT  Company _____ Exp.Date _____
☐ DPT  by _____

Initials _G.E._ Signature/Credentials _Arthur Essman RN_

Initials _____ Signature/Credentials _____

**Current Meds:**
_____

**Immunizations Current?**
☐ Yes ☐ No

☐ Smoker ☐ IV Drug Use
☐ ETOH Intake _____

**Private Physician:**
☐ Yes ☐ No
Name: _____

### GLASGOW COMA SCORE

| EYE OPENING | Spontaneous | (4) |
|---|---|---|
| | To Speech | 3 |
| | To Pain | 2 |
| | None | 1 |
| VERBAL | Oriented | (5) |
| | Confused | 4 |
| | Inappropriate | 3 |
| | Incomprehensible | 2 |
| | None | 1 |
| MOTOR | Obeys Commands | (6) |
| | Localizes | 5 |
| | Withdraws | 4 |
| | Flexion | 3 |
| | Extension | 2 |
| | None | 1 |

### REVISED TRAUMA SCORE (RTS)

| A. Resp | | B. Systolic | | C. Convert GCS | |
|---|---|---|---|---|---|
| 10 – 24 | (4) | >90 | (4) | 13 – 15 | (4) |
| 25 – 35 | 3 | 70 – 89 | 3 | 9 – 12 | 3 |
| >35 | 2 | 50 – 69 | 2 | 6 – 8 | 2 |
| <10 | 1 | <50 | 1 | 4 – 5 | 1 |
| 0 | 0 | 0 | 0 | 3 – 0 | 0 |
| **Revised Trauma Score** | | | | | 12 |

VBMC 1678-058-1000

107

PAGE 2 OF 4

| | TIME | PROCEDURE | OUTCOME | TIME | PROCEDURE | OUTCOME | TIME | PROCEDURE | OUTCOME |
|---|---|---|---|---|---|---|---|---|---|
| **PROCEDURES** | | C-Spine Series | | | CT ABD | | | Central Line | |
| | | Cleared | | | EKG – 12 Lead | | | Chest Tube | |
| | | CXR | | | Splint – Traction | | | ETT | |
| | | Cleared | | | Foley | | | | |
| | | Pelvis | | | Urine Dip / UCG | | | Aortogram | |
| | | ABD / KUB | | | LABS | | | IVP / Cystogram | |
| | | Extremity | | | Initial Hgb 1º | | | Other | |
| | | Extremity | | | NGT / OGT | | | Other | |
| | | CT Head | | | DPL | | | | |

| | SERVICE | NAME | TIME CALLED | TIME ARRIVED | SERVICE | NAME | TIME CALLED | TIME ARRIVED |
|---|---|---|---|---|---|---|---|---|
| **CONSULT SERVICES** | ER Physician | *Vhern* | | 1850 | Cardiovascluar | | | |
| | | | | | Thoracic | | | |
| | Surgeon | | | | Plastics | | | |
| | | | | | ENT/OMFS | | | |
| | OR Anesthesia | | | | Urology | | | |
| | | | | | Chaplain | | | |
| | Orthopedics | | | | Social Services | | | |
| | Neurosurgery | | | | *Circle One* CPS  APV  Police | | | |
| | Other | | | | Other | | | |

**CLOTHING AND VALUABLES CHECKLIST**

☐ Shirt ☐ Socks ☐ Belt ☐ Keys ☐ Underwear ☐ Stockings
☐ Beeper ☐ Pants ☐ Skirt ☐ Dress ☐ Coat ☐ Dentures
☐ Contacts ☐ Glasses ☐ Cashier Envelope# _____
☐ Other _____
Valuables given to: *Selevi* by *Ruber*

**DISPOSITION**

Patient
Disposition: _____ Time _____
Report Called / Written _____ Time _____ by _____
Person Called _____

| OUTPUT RECORD | | | | | |
|---|---|---|---|---|---|
| Time | Urine | Chest | | NG | Total Output |
| | | Right | Left | | |
| 20a | 300 | | | | 300 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Time | Med | Dose | Route | Site | Response | Initials | Time | Med | Dose | Route | Site | Response | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | C/onidim | 0.1 mg | PO | | 164/113 | ✓ | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

This information has been disclosed to you from confidential medical records. You are prohibited from making any further disclosure without specific written consent of the person to whom it pertains or his legal representative.

108

110

**VALLEY BAPTIST MEDICAL CENTER**
Harlingen, Texas

**ADULT** TRAUMA NURSING ASSESSMENT

Document 1 hr Revised Trauma Score (RTS)                                    PAGE 3 OF 4

| Time | GCS | RTS | Pupil Size | BP | P | R | T | O₂ Sat | O₂% | Time | IV# | Site | GA | Soln | Vol | Amt Given | Total Intake |
|------|-----|-----|-----------|-----|-----|-----|-----|--------|-----|------|-----|------|-----|------|-----|-----------|--------------|
| 1780 | 15 | 12 | 3 | 155/113 | 108 | 20 | 98 | 100 | 0 | | | | | | | | |
| 140 | 15 | 12 | | 155/113 | 77 | 12 | — | 100 | | | | | | | | | |
| 810 | 15 | 12 | | 150/120 | 88 | 12 | | 100 | | | | | | | | | |
| 1130 | 15 | 12 | | 154/118 | 88 | 12 | | 100 | | | | | | | | | |
| 1745 | 15 | 12 | | 167/113 | 83 | 12 | | | | | | | | | | | |
| 900 | 15 | 12 | | 154/118 | 85 | 12 | | 100 | | | | | | | | | |
| 1930 | 15 | 12 | | 158/100 | 85 | 18 | | 100 | | | | | | | | | |
| 1940 | 15 | 12 | | 154/112 | 90 | 12 | | 100 | | | | | | | | | |
| 205 | 15 | 12 | | 164/113 | 91 | 12 | | 100 | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

| TIME | NURSING NEEDS ASSESSMENT / INTERVENTIONS – PLAN OF CARE / NOTES |
|------|----------------------------------------------------------------|
| 1780 | Pt to Rm 11 per stretcher c difficulty. C Collar + Backboard applied in scene. PMVA c D. Call bell c in reach. _(A Emman)_ |
| 1900 | Off Backboard per Dr Ybarra. |
| 1908 | Toradol IV as ordered. Tol-well |
| 2016 | UA collected c sent to lab. Lunula aims Rt. given as per mds ord. BP - 164/113 |
| 2015 | 158/113 pulse Rt 990 RR c pt dcd per ambulation _(A Emman)_ |

This information has been disclosed to you
from confidential medical records. You are
prohibited from making any further disclosure
without specific written consent of the person
to whom it pertains or his legal representative.

109

Initials _____ Signature _____    Initials _____ Signature _____

**VALLEY BAPTIST MEDICAL CENTER**
Harlingen, Texas

**ADULT TRAUMA NURSING ASSESSMENT**

PAGE 4 OF 4

Age _____ Gender: (M) F  Race: _____ Activation of Trauma Team: ☑ Alert ☐ Code
Arrival Date 1/6/03 Time 1730 Time of Injury _____ Actual / Estimated ○ Intentional Injury ○ Unintentional Injury

## MECHANISM OF INJURY

**MOTOR VEHICLE TRAUMA** ☑ MVA ☐ Auto/Pedestrian ☐ Motorcycle ☐ Bicycle ☐ Other _____
☑ Driver ☐ Passenger: ○ Front ○ Rear ☐ Ejected  Type of Vehicle _____ ☐ Fatalities at Scene X _____
Speed of Crash 30-35 MPH  Type of Collision: ☑ Head-On ☐ Side Impact (T-Bone) ☐ Rear-Ended ☐ Roll-over ☐ Other _____
Safety Devices: ☑ Seatbelt ☐ Unrestrained ☐ Child Safety Seat ☐ Airbag ☐ Helmet ☐ Other _____

**FALL / JUMP TRAUMA**  Approximate Height _____ FT.   **ASSAULT**
Landed on Surface (type) _____ ☐ Police Notified   ☐ Weapon Used: _____ ☐ Police Notified
Comments: _____   Comments: _____

**PENETRATING** ☐ GSW ☐ Impalement ☐ Other _____   **THERMAL** ☐ Flame ☐ Chemical ☐ Electrical ☐ Frostbite
Distance from Assailant _____ feet  # of Wounds _____   ☐ Potential Inhalation ☐ Enclosed Space  Length of Exposure _____
Weapon / Description _____ ☐ Police Notified   Description _____

**OTHER**  (Describe)

## TRANSPORT

**PRE-HOSPITAL TRANSPORT** ☐ Private Vehicle ☐ Police ☐ Ambulance Co. 703  Air / Ground Units # _____
☐ O₂ _____ ☐ Oral Airway ☐ ETT # _____ ☐ Ambu ☐ Other ☑ C-Collar ☐ Backboard ☐ Other _____ ☐ Splint _____
☐ CPR - Manual / Thumper ☐ Pressure DRSG ☐ Meds ☐ IVs Initiated  Total Intake _____ cc  Estimated Blood Loss _____ cc
Describe _____

**REFERRING FACILITY:** _____ Time Admitted _____ Time Transferred _____

## PRIMARY SURVEY

**AIRWAY** ☑ Patent   I **INTERVENTIONS** ☐ ETT# _____ Oral / Nasal ☐ Nasal Trumpet
☐ Partially Obstructed ☐ Obstructed ☐ Absent   I ☐ Oral Airway ☐ Cricothyroidotomy ☐ Tracheostomy ☐ Breath Sounds ✔'d
☐ Secretions ☐ Foreign Body ☐ Other   I Time _____ by _____ MD ○ Yes ○ No
☐ Spine precautions maintained by _____   I Comments _____

**BREATHING:** ☑ Spontaneous ☐ Labored ☐ Agonal  I Time
Trachea: ☑ Midline ☐ Deviated - ○ Right ○ Left   I ☐ Breathing Assisted with Bag-Valve Device
Chest Wall: ☑ WNL ☐ Abn   I ☐ Right Thoracostomy Tube Placed  Initial Output _____
Breath Sounds: Right ☑ WNL ☐ Diminished ☐ Absent  I ☐ Left Thoracostomy Tube Placed  Initial Output _____
Left ☑ WNL ☐ Diminished ☐ Absent   I ☐ Needle Thoracostomy ○ Right ○ Left
☐ Sucking Chest Wound ☐ Flail - R  L   I ☐ Occlusive Dressing to _____
   I ☐ O₂ Administered by _____ at _____ L

**CIRCULATION**  Cap refill _____ secs.  I Time
Color: ☐ WNL ☐ Pale ☐ Cyanotic ☐ Flushed   I ☐ Auto Transfusion Utilized _____ cc
Skin: ☑ WNL ☐ Cool ☐ Hot ☐ Clammy ☐ Diaphoretic  I ☐ Pressure Dressing to: _____
Pulses: ☑ Present ☐ Absent ☐ Diminished ☐ Thready  I ☐ IV's Established (See Intake Record)
Hemorrhage: ☑ None ☐ Estimated Blood Loss _____ cc  I ☐ Pericardiocentesis ☐ Thoracotomy ☐ CPR Initiated (See CPR Record)
   I ☐ Level 1 Fluid Warmer Utilized

**DISABILITY**  **Neuro:** ☑ Alert ☐ Responds to Verbal ☐ Responds to Pain Only ☐ Unresponsive ☑ Loss of Consciousness X _____ Min.
**Pupils:** RIGHT – size 5 ☑ Reactive ☐ Sluggish ☐ Unreactive   LEFT – size 5 ☑ Reactive ☐ Sluggish ☐ Unreactive

A = Abrasion
B = Burn
D = Deformity
E = Edema
F = Fracture
G = GSW
H = Hematoma
L = Laceration
P = Pain
S = Stab
W = Wound

**PAIN ASSESSMENT**
Pain Score:  0 = no pain    2 = moderate   4 = severe
1 = mild pain  3 = intense   5 = worst possible pain
Site(s) _____
☐ Sharp ☐ Dull ☐ Burning ☐ Cramping
☐ " _____
☐ Self report no available, nurse assessment used:
Pain Score:
0    Quiet, smiling, relaxed, moves easily
1-2  Sighing, frowning, moaning, restless, guarding, rubbing painful area
3-4  Crying, whimpering, moaning, tense, rubbing painful area
5    Screaming, clenched teeth, grabbing painful area.

110

This information has been disclosed to you from confidential records. You are prohibited from making any further disclosure without specific written consent of the person to whom it pertains or his legal representative.

Initials _____ Signature _____    Initials _____ Signature _____

112

INSTRUCTIONS FOR A PARTICULAR PROBLEM

Our doctors and staff appreciate your choosing us for your emergency medical care needs. Read these aftercare instructions carefully. Please call us if you have any questions about your medical problem. We are here to serve you.

The VRMC Outpatient Pharmacy is open from 8:00AM until 8:00PM each weekday and from 9:00AM until 11:00PM on Saturdays. The pharmacy will be closed on Sundays and holidays. The Outpatient Pharmacy is located on our first floor of the East Tower. The Outpatient Pharmacy is there to help fill your limited prescription, which may have been ordered by your physician in the Emergency Department. Because we are unable to include the cost of your prescription on the Emergency Department bill, you will be asked to pay for the prescription at the time it is dispensed. Of course, you are free to receive your home medications from whatever source you choose.

IMMUNIZATIONS
Cameron County Health Department provides immunizations at their regularly. You may call 464-3514 to arrange follow-up immunizations.

HYPERTENSION (HIGH BLOOD PRESSURE)
Your blood pressure today was ____. The normal blood pressure for adults is up to about 140/90. Your blood pressure may be slightly higher. One high blood pressure reading doesn't necessarily mean you have hypertension. Injury, illness, emotional stress, caffeine and some medicines such as decongestants may elevate blood pressure temporarily.

We suggest you have your blood pressure checked 2-3 times during the next week. Check with your doctor, hospital, pharmacy, or employee health nurse about where you can have it checked free. If a blood pressure consistently above normal means that further medical evaluation and treatment may be needed. Remember, high blood pressure usually has no symptoms. The only way you can know if you have hypertension is to have your blood pressure checked. Regular blood pressure checks in your own home is recommended for anyone on treatment for hypertension.

Treatment for hypertension may include weight control, reducing dietary salt, proper exercise (such as walking), quitting smoking, and possibly drug therapy. There are many different types of medicine used to treat high blood pressure. If not treated, high blood pressure increases your risk for heart disease, strokes, and kidney failure. Please see your doctor for a follow-up check as recommended. Call your doctor or the emergency room right away if you have:
A severe headache, blurred vision, or unusual weakness or numbness.
Severe chest or abdominal pain, vomiting, or breathing problems.

RIB FRACTURES
Your exam shows that you have one or more fractured ribs. These injuries are very painful. Broken ribs will heal in 4-6 weeks if treated properly. You should get plenty of rest until your pain improves. Take some deep breaths or cough every hour to keep your chest clear. This is especially important if your doctor has given you a rib belt to reduce your pain.
Fractured ribs can cause serious complications. These include internal

111

...

bleeding, lung collapse, and pneumonia. You should see your doctor or go to the emergency room at once if you have any of the following problems.
- Pain or shortness of breath that are getting worse.
- Persistent coughing.
- Fever or chills.
- Abnormal pain, swelling, numbness, weakness, or tingling.

**PRESCRIPTIONS**
Fill all the prescriptions ordered by your doctor and take them as directed. Generic medicines are as good as brand names and often less expensive. If you have been given any antibiotics, be sure to take all of it. Keep your drugs out of the reach of children, in a cool, dry, dark place. Don't give your medicine to other people or use it for other illnesses. Stop your medicine and call us right away if you have drug allergy symptoms or bad side effects. Call ahead if you vomit or cannot swallow your medicine. Bring your medicines with you any time you go to emergency for treatment. Ask your doctor or pharmacist about drug or food interactions which may be important to know about when taking your prescription or herbal medicines.

**NARCOTIC PAIN MEDICINE**
You have been prescribed a narcotic for pain relief. These drugs are usually combined with acetaminophen (Tylenol): Percocet, Darvocet, Anexsia, Vicodin; or aspirin (Empirin). Percodan. Talwin-NX for increased effect. Narcotics act on the central nervous system to reduce pain. They also impair mental alertness and physical abilities. We advise you not to drink alcohol, drive a car, or operate dangerous equipment when you are taking one of these drugs. Long term use of narcotic pain medications may be habit forming.

You can lessen stomach irritation from your medicine by taking it with meals or a full glass of water. Common side effects of narcotics are nausea and vomiting, headache, constipation, dizziness, sleepiness, and mood changes. If you have bothersome side effects or symptoms of an allergic reaction (itching, hives, rash), stop taking your medicine and call your doctor or the emergency room right away. Please keep your narcotic medicine well out of the reach of children.

**ANTIHYPERTENSIVE MEDICINES**
Your doctor has prescribed medicine to help lower your blood pressure. There are many different types of blood pressure medicines including:
- Diuretics (water pills)
- ACE inhibitors (Capoten, Vasotec, Zestril)
- Angiotensin Receptor Blockers (Atacand, Avapro, Cozaar, Diovan)
- Alpha and Beta Blockers (Catapres, Minipress, Trandate, Corgard, Inderal, Lopressor, Tenormin)
- Calcium Blockers (Calan, Cardene, Cardizem, Norvasc, Procardia)

Sometimes combinations of these medicines are used for the best results and to reduce side effects.

You should take your blood pressure medicine exactly as directed, even if you feel entirely well. Please do not stop taking it without checking with your doctor because sudden withdrawal can cause serious blood pressure elevation. Alcohol, caffeine, decongestants, and anti-inflammatory medicines may interfere with the action of your blood pressure medicine, so be sure to ask



This information has been disclosed to you
from confidential medical records. You are
prohibited from making any further disclosure
without specific written consent of the person
to whom it pertains or his legal representative.

Rodriguez Rogelio
98 93 3652 5
02 26 00430
16 Jun 03

# VALLEY BAPTIST MEDICAL CENTER
## HARLINGEN, TEXAS

### EMERGENCY DEPARTMENT
### FOLLOW-UP ON DIAGNOSTIC STUDIES

| RADIOLOGY | RN SCREEN (MD to Evaluate) | | MD REVIEW (Needs Follow-up) | | COMMENTS |
|---|---|---|---|---|---|
| ®️ Rdo service | ☐ Yes | ☐ No | ☐ Yes  1-21-03 | ☒ No | |
| | Date | Initial | Date | Initial | |
| CX (Wiew) | ☐ Yes | ☐ No | ☐ Yes | ☐ No | |
| | Date | Initial | Date | Initial | |
| C-spine | ☐ Yes | ☐ No | ☐ Yes | ☐ No | |
| | Date | Initial | Date | Initial | |
| | ☐ Yes | ☐ No | ☐ Yes | ☐ No | |
| | Date | Initial | Date | Initial | |
| | ☐ Yes | ☐ No | ☐ Yes | ☐ No | |
| | Date | Initial | Date | Initial | |
| | ☐ Yes | ☐ No | ☐ Yes | ☐ No | |
| | Date | Initial | Date | Initial | |

| LABORATORY | | | | | |
|---|---|---|---|---|---|
| | ☐ Yes | ☐ No | ☐ Yes | ☐ No | |
| | Date | Initial | Date | Initial | |
| | ☐ Yes | ☐ No | ☐ Yes | ☐ No | |
| | Date | Initial | Date | Initial | |
| | ☐ Yes | ☐ No | ☐ Yes | ☐ No | |
| | Date | Initial | Date | Initial | |
| | ☐ Yes | ☐ No | ☐ Yes | ☐ No | |
| | Date | Initial | Date | Initial | |

| EKG | | | | | |
|---|---|---|---|---|---|
| | ☐ Yes | ☐ No | ☐ Yes | ☐ No | |
| | Date | Initial | Date | Initial | |
| | ☐ Yes | ☐ No | ☐ Yes | ☐ No | |
| | Date | Initial | Date | Initial | |

Date _____ ACTION:

This information has been disclosed to you from confidential medical records. You are prohibited from making any further disclosure without specific written consent of the person to whom it pertains or his legal representative.

114

# VALLEY BAPTIST MEDICAL CENTER
## Harlingen, Texas

## CONDITIONS TO ADMISSION II

01 16 987836525
RODRIGUEZ, ROGELIO
EMERGENCY DEPARTMENT
00260430      M M

## ASSIGNMENT OF BENEFITS / INSURANCE REQUIREMENTS

In consideration of services rendered or to be rendered, I hereby irrevocably assign and transfer to VBMC all right, title and interest in all benefits/monies payable for services/supplies rendered, including but not limited to group medical/ indemnity/ self-insured/ERISA benefits/coverage UIM/UM/PIP , auto/home-owner insurance, benefits, payable for services/ supplies rendered, and in all causes of action against any party or entity that may be responsible for payment of benefits/monies. I fully understand that in the event VBMC files a claim on my behalf that the same does not impose any contractual obligation or otherwise upon VBMC and that I remain fully responsible for instituting suit within the applicable statute of limitations regardless of the assignment of causes of action. I authorize VBMC to appeal any denial under my appeal rights provision. It is hereby agreed and understood that any condition precedent, subsequent or otherwise, including, but not limited to, pre-certification, pre-authorization, or second opinions shall remain the sole responsibility of patient and/or the patient's family, legal guardian, representative or agent. I understand that failure to pre-certify could result in reduced payments from patient's insurance company, leaving the undersigned financially responsible for the non-reimbursed portion of patient's bill. It is agreed and understood that the obtaining of verification of benefits and/or pre-certification does not in any form or fashion relieve patient or patient's family, other individual or entity signing on behalf of patient of any liability for the financial responsibility for goods and services provided or to be provided to patient VBMC and any physician.

I hereby authorize Valley Baptist Medical Center to appeal on my behalf any of my claim(s) with Wal-Mart, if applicable, Blue Cross and Blue Shield, if applicable, Humana, if applicable, and/or any payor which denies and/or delays payment of my claim(s). I, further, authorize that the payors listed herein and any other payors release any and all information requested and/or related to my claim(s) to Valley Baptist Medical Center. This authorization is irrevocable upon execution by me hereinbelow and any appeal brought by VBMC shall be as if it was brought by me personally. I fully understand and agree that hospital shall be entitled to full payment where a third-party accident is involved notwithstanding any benefits payable by a managed care payor on my behalf as third-party bears primary responsibility.

## FINANCIAL RESPONSIBILITY

In consideration of services rendered or to be rendered to patient, the undersigned, whether he/she is the patient, patient's

relative, patient's legal guardian, representative, agent, other individual or entity, hereby obligates himself/herself individually, to the hospital, physicians, surgeons, radiologists, pathologists, anesthesiologists and consultants involved in patient's care and agrees to pay for any and all charges and expenses incurred or to be incurred. It is agreed and understood that regardless of any and all assigned benefits, I, as the designated responsible party, am responsible for the total charges for services rendered, and I agree that all amounts are due upon request and are payable to VBMC, Harlingen, Texas, and the appropriate physicians, surgeons, radiologists, pathologists, anesthesiologists and consultants involved in the patient's care and agrees to pay for any and all charges and expenses incurred or to be incurred. It is agreed and understood that should this account become delinquent and it becomes necessary for the account to be referred to an attorney or collection agency for collection or suit, I , as the designated responsible party or entity, shall pay all patient charges, reasonable attorney's fees and collection expenses. I agree that if this account results in a credit balance, the credit amount will be applied to any outstanding accounts, either current or bad debt. I agree to pay any additional patient portion of the bill.

## ASSIGNMENT OF CAUSE OF ACTION AND BENEFITS

I, the undersigned, for good and valuable consideration receipt of which is hereby acknowledged, assign and transfer, irrevocably, to Valley Baptist Medical Center, any and all claims, demands, suits, remedies, guarantees, liens and/or causes of action, at law or in equity, either in contract or in tort, statutory or otherwise, as well as any other claim, in whole or in part, which I may now have or may hereafter hold or possess, known or unknown, on account of, growing out of, relating to or concerning, whether directly or indirectly, proximately or remotely, any acts, omissions, events, transactions or occurrences which resulted in my injuries for which Valley Baptist Medical Center has provided and/or will provide medical goods and services to me. This Assignment of Cause of Action and Benefits shall be effective against any and all parties or entities that may bear or appear to bear liability for my injuries, including but not limited to, my employer, its direct and indirect subsidiaries, all of its officers, directors, agents, servants, successors, assigns and employees.

I assign and transfer to Valley Baptist Medical Center, any and all rights (including appeal rights), title and interest in any and all benefits, monies or other form of compensation paid or to be paid on my behalf as a result of this injury/illness. I understand and agree that this Assignment does not relieve me of my liability or responsibility for any and all charges incurred as a result of medical goods and services provided to me by Valley Baptist Medical Center.

I have read, understand and agree to all of the above information.
*He leído, entendido y estoy de acuerdo con todo en la información.)*

Date/Fecha _____ 1-16-05

_____
Signature of patient or legal representative
*(Firma del paciente o representante legal)*

Witness, as applicable *(Testigo(a), si es necesario)*

115

PRINT FULL NAME, ADDRESS & PHONE NUMBER *(Nombre, dirección y teléfono (con letra de molde)*

VBMC 1600-099-0999

117

**VALLEY BAPTIST MEDICAL CENTER**

Harlingen, Texas

**CONDICIONES PARA ADMISIÓN II**

## REQUISITOS PARA ASIGNACIÓN DE BENEFICIOS / SEGURO

Considerando los servicios proveídos o que se me proveerán, por este conducto y con carácter de irrevocable, asigno y traspaso a VBMC todo el derecho, título e interés de todo beneficio/pagos para cubrir pagos de servicios o suministros proveídos, incluyendo pero no limitado a los beneficios de Grupos Médicos/indemnización/ auto-asegurado/ beneficios de ERISA/cobertura de UIM/UM/PIP, seguro de auto o de propietario de casa, beneficios, pagos por servicios/suministros proveídos y en todas las causas de acción cualquier persona o entidad que sea responsable de cubrir las deudas ya sea mediante beneficios o dinero. Entiendo perfectamente que en el supuesto caso de que VBMC mande a cobrar en mi nombre no se volverá una obligación contractual o de ningún otro tipo para el VBMC y que sigo siendo del todo responsable para demandar con las debidas limitaciones en cualquier caso de causa de acción. Yo autorizo al VBMC a que apele en mi nombre apoyado en mi derecho de apelación. Se entiende y se está de acuerdo en que cualquier condición anterior, posterior u otra, incluyendo pero no limitándose a pre-certificación, pre-autorización o segundas opiniones son de la entera responsabilidad del paciente o de su familia, guardián legal, representante o agente. Además entiendo que al no pre-certificar, puede hacer que los pagos de los seguros de los pacientes se reduzcan, dejando al firmante responsable por la porción que no se reembolsó de la deuda del paciente. También se acuerda y se entiende que el obtener verificación de los beneficios o pre-certificación, de ninguna manera releva al paciente, o a la familia del paciente, a otro individuo o entidad que firmando por el paciente por cualquier deuda o responsabilidad financiera por los artículos o servicios dados o por dar al paciente de VBMC y de cualquier médico.

Por la presente autorizo a Valley Baptist Medical Center a que apele por mí, reclamos(s) de pago a Wal-Mart, Blue Cross, blue shield, Humana si cualquiera es aplicable o a cualquier otro pagador que dilate o niegue pagos de mis reclamo(s). Además, autorizo que los arriba mencionados y cualquier otro pagador entreguen a Valley Baptist Medical Center cualquier o toda la información requerida y /o la que esté relacionada con reclamos de pago. Esta autorización es irrevocable después de que yo la firme abajo y cualquier reclamo hecho por VBMC será como si yo lo hubiese hecho personalmente. Entiendo completamente y estoy de acuerdo que al hospital se le debe pagar totalmente cuando en un accidente está involucrada una tercera persona a pesar de cualquier beneficio pagable por un seguro médico en mi nombre ya que la tercera persona es la que carga la responsabilidad principal.

## RESPONSABILIDAD FINANCIERA

Considerando los servicios dados o que se darán al paciente, el/la firmante, paciente o su familiar, guardián legal o repre-sentante, agente, otro individuo o entidad, por este conducto se obliga y acuerda a pagar al hospital, médicos, cirujanos, radiólogos, patólogos, anestesistas y consultantes que tuvieron que ver con la atención del paciente, por todos y cada uno de los cargos y gastos incurridos o por incurrir. Se entiende y se acuerda que independientemente de cualquiera de todos los beneficios asignados, yo, como la parte responsable me hago cargo de todos los pagos por los servicios proveídos y además estoy de acuerdo en que todas las cantidades que se deban serán vencidas al momento del cobro de VBMC en Harlingen, Tejas y de los respectivos doctores, cirujanos, radiólogos, patólogos anestesistas y consultores que tuvieron que ver en la atención del paciente y se obliga a pagar por todos y cada uno de los cargos y gastos incurridos o por incurrir. Además se acuerda y se entiende que si esta cuenta no se paga y se hace necesario que se vaya a pleitos y cobranzas, yo, como el designado responsable pagaré por todos los cargos del hospital, el justo pago del abogado y los gastos por cobranza. Estoy de acuerdo en que si la cuenta arroja un saldo a favor, este saldo se aplicará a alguna cuenta pendiente ya sea actual o atrasada. Estoy de acuerdo en pagar cualquier saldo adicional de la cuenta del paciente.

## ASIGNACIÓN DE CAUSA DE ACCIÓN Y BENEFICIOS

Yo, el firmante, por haber recibido una apreciable y valiosa atención por la cual hago un reconocimiento ahora, asigno y transfiero con carácter irrevocable a Valley Baptist Medical Center por todos y cada uno de los reclamos, peticiones, demandas, arreglos, garantías, derechos de bienes u otras causa de acción ante la ley o ante hipotecas que estén en contrato o en proceso de indemnización, reglamentadas, no reglamentas, así como cualquier otro reclamo, en parte o en su todo, que posea o que a partir de ahora vaya a poseer, con conocimiento o sin conocimiento, debido a, emanado de, relacionado o concerniente ya sea directa o indirectamente, próximo o remoto, cualquier acto, omisiones, eventos, transacciones o eventos que vayan a ocurrir o que no pudieron suceder, lo que dieron como resultado mis heridas por lo cual Valley Baptist Medical Center me ha proveído o va a proveer servicios y artículos médicos. Esta asignación de causa de acción y de beneficios tendrá efecto en contra de cualquier o cualesquiera persona o entidad que pudiera tener o pareciera tener la responsabilidad por mis lesiones, incluyendo, pero que no se limita a la compañía a donde trabajo, sus subsidiarias directas o indirectas, todos sus ejecutivos, directores, agentes, auxiliares, sucesores, delegados y empleados.

Yo asigno y transfiero a Valley Baptist Medical Center, cualquiera y cada uno de todos los derechos (incluyendo el derecho a apelar) títulos e intereses, en cualquiera y cada uno de todos los beneficios, dinero u otra forma de compensación pagado o por pagar en mi nombre como resultado de esta enfermedad o lesiones. Entiendo y estoy de acuerdo que este nombramiento no me releva de mi responsabilidad por cada uno de los cargos incurridos como resultado de suministros médicos y servicios que me proveyó el Valley Baptist Medical Center.

**116**

**VALLEY BAPTIST MEDICAL CENTER**
Harlingen, Texas

01 16 987836525
RODRIGUEZ, ROGELIO
EMERGENCY DEPARTMENT
00260430    M M

**RELEASE OF INFORMATION / MEDICAL RECORDS**
Liberación De Información De Expedientes Médicos

I hereby consent and authorize VBMC and any practitioner providing medical goods and services to patient to release information contained in any financial records and/or medical records, including diagnosis and treatment at VBMC or by any practitioner providing medical goods and services to patient, including, but not limited to, information concerning communicable diseases such as Human Immuno-deficiency Virus (HIV), and Acquired Immune Deficiency Syndrome (AIDS), drug/alcohol abuse, psychiatric diagnosis and treatment records and/or laboratory tests results, medical history, treatment progress, and/or any other such related information to: (1) insurance company, self-funded or health plan, its agents, representatives, attorneys or independent contractors; (2) Medicare; (3) Medicaid; (4) any other person or entity that may be responsible for paying or processing for payment any portion of my hospital bill; (5) to any person or entity affiliated with or representing VBMC and any practitioner providing medical goods and services to patient for the purpose of administration, billing, and quality and risk management; or (6) to any other hospital, nursing home, or other healthcare institution or organization (e.g., home health, hospice) to which I am transferred; or (7) physicians, regulatory agencies, accrediting organizations, manufacturer representatives, or other health care providers related to my care. This consent and authorization applies to medical and/or financial records created in the course of and relating to this hospitalization. I understand that this information may be required to be released in order to obtain payment for my medical expenses incurred for treatment at VBMC and by any practitioner providing medical goods and services to patient. The consent to release medical information is subject to revocation at any time, except to the extent that action has been taken.

Por este conducto, doy mi consentimiento y autorizo al VBMC y a cualquier practicante que esté dando los servicios y artículos médicos al paciente para que libere la información de los expedientes médicos o financieros, incluyendo el diagnóstico y tratamientos en el VBMC o a cualquier practican te que provea artículos médicos y servicios al paciente, incluyendo pero que no se limita a la información concerniente con enfermedades contagiosas como (HIV) virus de inmunodeficiencia humana o del (SIDA) síndrome de inmunodeficiencia adquirida, abuso de drogas, o del alcohol, expedientes de diagnósticos, tratamientos psiquiátricos o resultados de laboratorio, historial medico, progreso de los tratamientos y/o cualquier infor-mación relacionada con (1) compañía aseguradora, pago independiente o con plan de gastos médicos, sus agentes, representantes, abogados o contratantes independientes; (2) Medicare, (3) Medicaid, (4) cualquier otra persona o entidad que pudiera tener la responsabilidad de pagar o de procesar pagos o porciones de mi pago al hospital; (5) a cualquier persona entidad afiliada con o representación de VBMC y a cualquier doctor que provea artículos o servicios médicos al paciente con el propósito de administración, cobros y manejo de calidad y riesgos o (6) cualquier otro hospital, centro de atención médica o otra institución de la salud a la cual se me transfiera o (7) médicos, agencias gobernantes, organizaciones acreditadas, representantes del fabricante u otros proveedores que se relacionan con mi atención médica. Este consentimiento y autorización es para expedientes médicos o financieros que se relacionan y que se originaron a raíz de la hospitalización. Entiendo que se tiene que dar esta información para que se pueda obtener el pago por los gastos médicos en que incurrí durante el tratamiento en el VBMC y con los doctores que proveyeron los artículos y servicios médicos al paciente. El consentimiento para liberar información médica está sujeta a revocación en cualquier momento, excepto cuando la acción ya ha tomado su curso.

I have read, understand and agree to all of the above information.
He leído, entendido y estoy de acuerdo con todo en la información.    Date / Fecha _____

_____
Signature of patient or legal representative
(Firma del paciente o representante legal)

_____
Witness, as applicable (Testigo(a), si es necesita.)

117

PRINT FULL NAME, ADDRESS & PHONE NUMBER (Nombre, dirección y teléfono (con letra de molde)    VBMC 1600-123-1099

119