## VALLEY BAPTIST MEDICAL CENTER
## PATIENT RIGHTS

No One Should Be Denied Their Rights on the Basis of Race, Color, Creed, Origin, or Source of Payment for Care. Patients Have the Right To:

1. Considerate and respectful care.
2. Privacy.
3. Care in a safe setting.
4. Be free from all forms of abuse or harassment.
5. Obtain complete and current information from his/her physician regarding diagnosis, treatment, and prognosis.
6. Obtain information necessary to give informed consent for treatment, procedures, or services and to be involved in decision-making. Patient/family will also be informed in advance of furnishing or discontinuing care.
7. Participate in the development and implementation of the plan of care.
8. Formulate advance directives and to have VBMC staff and practitioners who provide care comply with these directives according to the law.
9. Have a family member of choice and their physician notified promptly of their admission to VBMC. Provide names and phone numbers of the family member and physician to the nurse.
10. Know, by name, physicians and persons responsible for coordinating and providing care, treatments and/or procedures.
11. Refuse treatment to the extent permitted by law, and to be informed of the medical consequences of such actions.
12. Review, examine and receive an explanation of all billing information.
13. Confidentiality of all communication, records, consultation and treatments related to their care.
14. Sign the Announcement Not Permitted/Confidentiality Authorization if he/she does not want anyone to know they are a patient at VBMC.
15. Access information contained in the medical record within a reasonable time frame.
16. Expect (within their capacity) that a hospital or agency make reasonable response to request for services.
17. Know hospital or department rules and regulations applicable to their conduct as a patient.
18. Expect reasonable continuity of care.
19. Freedom from restraints in the acute-care medical-surgical setting and from seclusion and restraints used in behavior management unless clinically necessary. Restraints and seclusion will not be a means of coercion, discipline, convenience or retaliation by staff.
20. Appropriate assessment and management of pain.
    - Information about pain and pain relief measures.
    - Education on the patient's role in pain management, potential limitations and side effects.
21. Be informed of healthcare outcomes.

Valley Baptist Medical Center has a grievance process and regards all patient/family concerns or complaints as significant. A patient/family can contact Guest Relations Department to express a grievance by calling 389-1104 or Texas Department of Health 1-888-973-0022. Appropriate action is taken on every concern.

1. The grievance process will route each concern on a timely manner to the appropriate decision making body to facilitate prompt, fair resolution..
2. Response time to a grievance will depend on the category:
    - Category I: Complaints about general care, understanding a diagnosis or communication issues will be addressed within 24-48 hours of being received. Resolution may take up to 10-15 working days.
    - Category II: Complaints (verbal or written) about quality issues or billing will be addressed within 48-72 hours of being received. Resolution may take up to 30 working days.

Note: Due to unusual circumstances, response time may be longer.

3. Complexity, number of personnel to be contacted and investigation time are factors to be considered in addressing patient/family complaints.
4. On weekends and holidays or after regular office hours, complaints may be reported to the house supervisor. A written or oral report will be referred to Guest Relations Department.

I hereby acknowledge receipt of this document and understand my rights and responsibilities as a patient.

Patient Signature _____

White-Medical Record; Yellow-Financial Record; Pink-Patient
VBMC 1947-004-1001