## Notice of Information Access and Security Practices for Patients

**VBMC's Principles of Information Management**

1. Health information concerning an individual is intended primarily to foster and enhance the health of that individual. Other uses, such as billing, quality review, and research, are secondary.
2. VBMC's Information System aims to promote rapid, direct access to patient information by clinicians.
3. The VBMC Information System includes resources which ensure the security of information and its confidential use.
4. VBMC recognizes the rights of patients to know how information about them is protected from unauthorized disclosure, alteration, or loss, and how they might obtain access to their medical information.

**Access to Information, Security, and Your Rights as a Patient**

1. Information about you is collected primarily to help your doctors and nurses maintain or restore your health. This information is contained in your medical record. The Medical Records Department of the Hospital takes care of your record and controls who has access to it. Federal and state laws protect your record from unauthorized release, and it is the job of the Medical Records Department to make sure these laws are followed at VBMC.
2. Other departments have information about you. For example, the Business Office has information about the charges for your care at the hospital and your insurance benefits. This information is held in the hospital's computer system. VBMC has policies and procedures which protect information about you from unauthorized disclosure, alteration, damage, or loss.
3. You have a right to privacy. This means VBMC will not disclose information about you unless you authorize us to do so, or unless the hospital is required by law to make a disclosure.
   - You have a right to know to whom your information is disclosed.
   - You have a right not to consent to release of information.
4. You have a right to review information contained in your medical record and have your questions about that information addressed.
   - You have a right to clear and complete presentation of information.
5. You have a right to protection of information released to third parties. That is, you have a right to expect third parties to whom your information is released will respect your privacy and not alter, damage, or release information without your consent.
6. You have a right to expect information about you will be available to your doctors in unaltered form, with nothing missing.
7. You have a right to expect your records will be kept for at least as long as required by law and not disposed of in a manner which might violate your right to privacy.

**Where to Call About Your Information**

1. Medical Records Department, 389-1713
2. Business Services:
   a. Admissions Supervisor, 389-1693
   b. Patient Accounts Supervisor, 389-2041
3. Information Services Department: Information Security Officer, 389-1609

## Patient / Family Responsibilities

1. **Providing information** about present complaints, past illnesses, hospitalization, medications, other matters related to their health, reporting unexpected changes or perceived risks in the patient's condition to provider, and provide VBMC with feedback about service needs and expectations.
2. **Asking questions** when they do not understand what they have been told about the patient's care or what they are expected to do.
3. **Asking Questions** with treatment and discharge plans.
4. **Accepting** outcomes for not following instructions for care, service, or treatment plan.
5. **Following hospital rules and regulations** concerning patient care and conduct.
6. **Acting with consideration and respect** of other patients/hospital personnel and property.
7. **Meeting financial commitments** promptly.
8. **Pain Management:** As a patient, we expect you to:
   - Ask your doctor or nurse what to expect regarding pain and pain management.
   - Discuss pain relief options with your doctor or nurse.
   - Work with your doctor and nurse to develop a pain management plan.
   - Ask for pain relief when pain first begins.
   - Help the doctor and nurse measure your pain.
   - Tell the doctor or nurse if your pain is not relieved.

**Patient:** Rogelio Rodriguez **Date of Birth:** [redacted] #17299
**Examination:** MRI Cervical Spine
**Date:** 11-13-03
**Referring Doctor:** Dr. Tijmes

**History:** Cervical pain
We appreciate your referring this patient to us. Below are our findings.
Technique: T1, proton dense, and T2 weighted sagittal images; T1 axial images.
Findings:
1. The scans image from the inferior clivus through T3. The cerebellar tonsils are normal.
2. There is subtotal opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right maxillary antrum.
3. The vertebral body heights are preserved. The regional bone marrow signal is normal.
4. There is no subluxation. There is no abnormality of curvature.
5. The cervical cord is normal.
6. At C2-3, there is no disc bulge. There is no neuroforaminal or central stenosis.
7. At C3-4, there is a 2 mm central to right central, broad-based disc protrusion, with subtotal effacement of the CSF anterior to the cord. There is no overt cord or nerve root compression. There is no neuroforaminal or central stenosis.
8. At C4-5, there is a 1 mm central disc bulge, with mild effacement of the CSF anterior to the cord. There is no cord or nerve root encroachment. There is no neuroforaminal or central stenosis.
9. At C5-6, there is a 1.5 mm central disc bulge, with severe effacement of the CSF anterior to the cord. There is no cord or nerve root encroachment. There is no neuroforaminal or central stenosis.

10. At C6-7, there is a 2 mm central disc protrusion, with subtotal effacement of the CSF anterior to the cord. There is no overt cord or nerve root compression. There is no neuroforaminal or central stenosis.
11. At C7-T1, T1-2 and T2-3, there is no disc bulge. There is no neuroforaminal or central stenosis.
12. The facets and uncinate processes are unremarkable.

Impression:
1.At C3-4 through C6-7, there are varying disc protrusions and effacements of the CSF as described above.
2.There is subtotal opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right maxillary antrum.

Thank you for allowing us to participate in the care of your patient. If you have any questions regarding this report, please contact me through my beeper.
Sincerely,

Marc Berger, M.D. McAllen MRI Center 972-209-1485

McAllen MRI Center
320 N. McColl Suite "E"
McAllen, Texas 78501
Ph: 956.687.9636
Fax: 956.687.9743
E-mail: mcallenmri@msn.com

FINAL

**VALLEY BAPTIST MEDICAL CENTER**
**Emergency/Outpatient Record**
**MEDICAL RECORDS**

ANALYZED

Room # ☐ Acute Care ☐ Urgent Care ☐ Fast Track Pedi Weight Last Tetanus Allergies LMP

Triage Time VBLFHCEE

Chief Complaint

Signature (If indicated $O_2$ Sat %)

| Temp | Pulse | Resp. | BP | Pain | EMR | URG | NON URG | TR | NON TR | SUR | MED | ORT | PED | NEU | EENT | GU/GYN | PSY | OTH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

O DT / OR DA

Time Seen by MD H & P Dictated ☐ Dr. Requests EMD to See Pt. Time AM PM

EMD Consult with Dr. @

This information has been disclosed to you from confidential medical records. You are prohibited from making any further disclosure without specific written consent of the person to whom it pertains or his legal representative.

ETOH

Diagnostic Impression: Right Rib fracture, cervical spine sprain, HTN

@ Time

ER Orders / Treatment / Medication (Route/Site) / Time Done / Nurse Signature

Possible Drug Allergies:

Incentive spirometry

RETURN OR SEE YOUR PHYSICIAN IMMEDIATELY IF YOUR CONDITION WORSENS.

Clonidine

☐ Work / School Excuse Referred to Physician Signature

☐ See Now ☐ See if needed ☐ Make appointment ☐ Printed Instructions Given

Received & Understood Instructions Nurse Signature

ADM DX MEANS OF ARRIVAL EMS LAST VISIT WITHIN 72 HRS

TESTS / ORDERED BY / RESULTS

☐ C7
☐ C12
☐ ISTAT-STAT 6
☐ CBCD
☐ CHP
☐ LFP
☐ AMYL
☐ BHCG
☐ GLUC
☐ GLUS (ISTAT)
☐ CA
☐ PT PTT
☐ ABG
☐ DDIM
☐ DIG-DGN
☐ DILAT PTN
☐ THEO
☐ T + X XM
\# of units
☐ Type & Screen - TS
☐ Blood Group-ABORH
☐ ETOH
☐ SUBP
☐ USAP
☐ UA
☐ UCUL
☐ BL CUL
X
☐
☐
☐

RADIOLOGY
☐ PCXR
☐ CXR
☐ PC SPINE
☐ CT WITH
☐ CT WITHOUT
☐
☐
☐
☐
☐ EKG
☐ OLD CHARTS

| ACCOUNT NUMBER | CC | REGISTRATION DATE, TIME, CLERK | TYPE | SRV | ATTENDING PHYSICIAN | MR NUMBER |
|---|---|---|---|---|---|---|
| 987836525 | | 16Jan03 17:52 HERNAND | E | ERM | | 00260430 |

**PATIENT**

RODRIGUEZ, Rogelio
123 DOLORES
PRIMERA, TX 78550
(956)412-8163 (956)412-8163

EMPLOYER: COY CARTHAGE
LA FERIA, TX 78559
(956)797-3601

AGE 43 SEX M

V:
L:
I:

This information has been disclosed to you from confidential medical records. You are prohibited from making any further disclosure without specific written consent of the person to whom it pertains or his legal representative.

**GUARANTOR**

RODRIGUEZ Rogelio
123 DOLORES
PRIMERA TX 78550
(956)412-8163 450295442

EMPLOYER: COY CARTHAGE M
LA FERIA TX 78559
(956)797-3601 DRIVER

SS#

**INS.**

LITIGATION ACCOUNTS GRP. POL MVA 16JAN03 CONTRACT INSURED 121 RELATION Patie

| ADM RTE & SRV | PRIVATE PHYSICIAN | E / D PHYSICIAN ON DUTY | ROOM & BED | TIME TO OBS | DATE / TIME RELEASED |
|---|---|---|---|---|---|
| | MACKIE, EUGENE | | | | 1/16/03 2100 |

SEQ 928 (10/99)

123

**VALLEY BAPTIST MEDICAL CENTER**
Harlingen, Texas

## RELEASE FOR LEAVING HOSPITAL AGAINST ADVICE

This is to certify that I am leaving Valley Baptist Medical Center at my own insistence and against the advice of my attending physician and/or hospital authorities. I have been informed of the risk(s) involved, and hereby release the attending physician, the hospital, it's employees and officers from all responsibility for any ill effect which may result.

## DISCARGO POR SALIR DEL HOSPITAL EN CONTRA DE LOS CONSEJOS MEDICOS

Por lo presente, certifico que salgo del Centro Médico (VALLEY BAPTIST MEDICAL CENTER) por mi propio voluntad y en contra de los consejos del médico que me atiende y/o de los autoridades del hospital. Me han informado del riesgo (o de los riesgos) que corro y libro el médico que me atiende, el hospital, sus empleados y oficiales de toda responsibilidad por cualquier mal efecto que pudiera resultar.

| Signature of Patient or Authorized Legal Representative / Relationship *Firma del Paciente o Representante Legal Autorizado / Relación* | Date / *Fecha* | Time / *Hora* |
|---|---|---|

Witness (Hospital Employee) / *Testigo (Un Empleado del Hospital)*

This information has been disclosed to you from confidential medical redords. You are prohibited from making any further disclosure without specific written consent of the person to whom it pertains or his legal representative.

01 16 987836525
RODRIGUEZ, ROGELIO
EMERGENCY DEPARTMENT
00260430 M M

# VALLEY BAPTIST MEDICAL CENTER

Harlingen, Texas

## CONDITIONS TO ADMISSION I

### AUTHORIZATION FOR TREATMENT

I give consent to Valley Baptist Medical Center (VBMC), Valley Baptist Medical Center Physician Services, Inc., the medical staff and/or emergency staff, and resident physicians to perform any medical/surgical treatment and to administer anesthetic medications necessary for diagnosis and treatment. I realize that medicine is not an exact science and that guarantees have not been made to me about these medical/ surgical treatments. I also understand that this is a teaching hospital and all physician residents are under the supervision of a physician.

The Medical Center promotes its mission of education and has affiliations with several educational institutions. It includes, but is not limited to training of nursing students, nurse anesthetists, medical students, interns, residents and specified professional personnel. The intent of this association is to allow students the opportunity to gain clinical experience. Further, it is my understanding that members of Valley Baptist Medical and Dental Staff may employ specified professional personnel who have been credentialed to assist in the patient's care.

### INDEPENDENT CONTRACTOR STATUS

I understand that the physicians practicing in this hospital, including the emergency room physicians, radiologists, pathologists, anesthesiologists, and other physicians are independent contractors and are NOT agents, servants or employees of this hospital. I understand that the hospital cannot admit or control the healthcare or services rendered by any physician. I understand that I will be billed separately for physician services .

### EMPLOYEE EXPOSURE TO BLOOD AND BODY FLUIDS

I understand that in the event an employee or physician is exposed to patient's blood or body fluids, a blood sample for HIV (AIDS) and Hepatitis B antibodies will be obtained. I understand that if patient is to undergo a surgical or invasive procedure, a blood sample for detection of the HIV antibody will be obtained as ordered by the physician. I understand that I will be notified of testing. I understand that the results are confidential and will not be released to a third party without my permission.

### WAIVER FOR VALUABLES

I understand VBMC is not responsible for personal effects such as purses, dentures, bridges, partial plates, eyeglasses, property, medications, valuables, including rings, watches, jewelry, money, etc. unless same has been checked into VBMC's safe and receipt issued. Property checked into the safe will not be surrendered without VBMC's receipt.

### AUTORIZACIÓN PARA TRATAMIENTO

Doy mi consentimiento a Valley Baptist Medical Center (VBMC), Valley Baptist Medical Center Physicians Services, Inc., al personal médico o de urgencias y a los médicos residentes para que realicen cualquier tratamiento médico o quirúrgico y para administrar anestesia cuando sea necesario para el diagnóstico y tratamientos. Entiendo que la medicina no es una ciencia exacta y que no se me han garantizado estos tratamientos médicos o quirúrgicos. También se que este hospital da instrucción médica y todos los médicos residentes están bajo la supervisión de un doctor.

El centro médico promueve su misión educativa y tiene filiales con varias instituciones educacionales. Entre otras disciplinas que se imparten están las de enfermería, anestesia, medicina, internistas, residentes y personal profesional especificado. La intención de esta asociación es la de permitir a los estudiantes la oportunidad de la esperiencia clínica. Además se que miembros del personal de Valley Baptist Medical and Dental puede emplear personal profesional específico que ha sido certificado para participar en la atención al paciente.

### CONTRATANTES INDEPENDIENTES

Entiendo que los médicos practicando en el hospital, incluyendo a los médicos de la sala de urgencias, radiólogos, patólogos, anestesistas y otros son contratados independientemente y NO SON agentes o empleados sirviendo en el hospital, también sé que el hospital no admite o controla los cuidados o servicios médicos que da cualquiera de los doctores. Tengo conocimiento de que se me cobrará independientemente por los servicios específicos de los doctores.

### EXPOSICIÓN DE EMPLEADOS A LA SANGRE Y FLUIDOS DEL CUERPO

Se que si un empleado o doctor se expone a fluídos o sangre del cuerpo del paciente, se obtendrá muestra de sangre para investigar sobre el HIV(SIDA) y hepatitis B, así como también sé que si un paciente es sometido a operación o procedimientos invasivo, se obtendrá muestra del SIDA por órdenes médicas. Me aseguraron que se me avisará de la prueba, que todo es confidencial y que no se dará informacion sin mi autorización.

### DESCARGO DE RESPONSABILIDAD POR VALORES

Entiendo que VBMC no se hace responsable por efectos personales, como bolsas de mano, dentaduras, puentes removibles, paladares parciales, lentes, propiedades, medicamientos, ni de valores como anillos, relojes, joyería, dinero etc. a menos que se hayan guardado en la caja fuerte de VBMC y haya obtenido su recibo. Propiedades que se hayan registrado en la caja fuerte no serán entregadas sin su respectivo recibo.

---

I have read, understand and agree to all of the above information.
*He leído, entendido y estoy de acuerdo con todo en la información.*

Date / *Fecha* 1-1-06

Signature of patient or legal/representative
*(Firma del paciente o representante legal)*

Witness, as applicable *(Testigo(a), si es necesita.)*

123

PRINT FULL NAME, ADDRESS & PHONE NUMBER *(Nombre, dirección y teléfono (con letra de molde)*

VBMC 1600-098-052k

061409

©1996-2002 T-System, Inc. Circle or check affirmatives, backslash (/) negatives.

17

Valley Baptist Medical Center
EMERGENCY PHYSICIAN RECORD
MVA (5)

01 16 987836525
RODRIGUEZ, ROGELIO
EMERGENCY DEPARTMENT

DATE 1-16-2003 TIME 650 pm ROOM: ______ EMS ARRIVAL 0026004300 Nurses note reviewed Vital signs reviewed

HISTORIAN: __patient __spouse __paramedics______

__HX / __EXAM LIMITED BY:______

**HPI chief complaint:** MVA Injury to:______

**occurred:** just PTA

**position in vehicle:** driver passenger front back

**context:** car-car collision overturned vehicle single-car accident (lost control / fell asleep / unknown cause)

was driving ... traffic ... another vehicle ... in front of him

**location of pain/injuries:** head face mouth neck chest abdomen back upper mid- lower radiating to (R / L) thigh / leg

| -right- | | -left- | |
|---|---|---|---|
| shldr | hip | shldr | hip |
| arm | thigh | arm | thigh |
| elbow | knee | elbow | knee |
| f-arm | leg | f-arm | leg |
| wrist | ankle | wrist | ankle |
| hand | foot | hand | foot |

**severity of pain:** mild moderate severe

**associated symptoms:** __lost consciousness / dazed duration:______ remembers: impact coming to hospital __seizure

**site of impact:** "P" = primary "S" = secondary

P

force low mod. high direct glancing

**restraints:** none lap / shoulder doesn't recall car seat air bag deployed thrown from vehicle ambulated at scene long extrication

**ROS** all systems neg except as marked: loss feeling / power arms/legs; headache; double vision / hearing loss; trouble breathing / chestpain; nausea / vomiting; loss of bladder function; skin laceration; recent fever / illness

**SOCIAL HISTORY** recent ETOH smoker drug abuse

**FAMILY HX** negative

**PAST HISTORY** __ negative

Meds- __none / __see nurses note

Allergies- __NKDA / __see nurses note

## PHYSICAL EXAM

Other- __c-collar (PTA / in ED) __back-board __IV __splint

**GENERAL APPEARANCE**
alert. __anxious / lethargic______
__no acute distress __mild / moderate______
__see diagram______

**HEAD**
no evidence of trauma __Battle's sign / Raccoon Eyes______

**NECK**
non-tender __see diagram______
__painless ROM* __vertebral point-tenderness______
__trachea midline __muscle spasm / decreased ROM______
__pain on movement of neck______

**EYES**
PERRL __unequal pupils R-___mm L-___mm
__EOMI __EOM entrapment / palsy______
__subconjunctival hemorrhage______

**ENT**
nml external inspection __hemotympanum______
__no dental injury __TM obscured by wax______
__clotted nasal blood______
__dental injury / malocclusion______

**RESP & CVS**
__chest non-tender see diagram (on reverse)______
breath sounds nml __decreased breath sounds______
heart sounds nml __wheezing / rales______
__splinting / paradoxical movements______

**GI (ABDOMEN)**
non-tender __see diagram (on reverse)______
__no organomegaly __tenderness / guarding / rebound______
__nml bowel sounds* __mass / organomegaly______

**GENITAL / RECTAL**
__nml genital exam __perineal hematoma______
__nml vaginal exam __blood at urethral meatus______
__nml rectal exam __decreased rectal tone______
__heme negative stool

**NEURO / PSYCH**
oriented x3 __confusion / disorientation______
__mood & affect __EOM palsy / anisocoria______
__CN's nml as tested __facial asymmetry______
__sensation & __unsteady / ataxic gait______
__sensory / motor deficit______

Reflexes

This information has been disclosed to you from confidential medical records. You are prohibited from making any further disclosure without specific written consent of the person to whom it pertains or his legal representative.

124

**SKIN**
✓ intact
__warm, dry
__see diagram
__crepitus / diaphoresis

**BACK**
✓ no CVA tenderness
__no vertebral tenderness
__see diagram
__vertebral point-tenderness
__CVA tenderness
__muscle spasm / limited ROM

**EXTREMITIES**
✓ atraumatic
__pelvis stable
__hips non-tender
__no pedal edema
__nml ROM *
__see diagram
__bony point-tenderness
__painful / unable to bear weight
__pulse deficit
Joint Exam:
__limited ROM / ligaments laxity / joint effusion

L R L R

T=Tenderness
PtT=Point Tenderness
S=Swelling
E=Ecchymosis
Lac=Laceration
A=Abrasion B=Burn
(Ø=without m=mild mod=moderate sv=severe)
Tsv = Tenderness on palpation (severe)

**XRAYS** ☑ Interp. by me ☐ Reviewed by me ☐ Discsd w/radiologist

C-Spine D-Spine LS-Spine
✓ nml / NAD
__no fracture
__nml alignment
__soft tissues nml
__reversal / straightening of cerv. lordosis
__DJD / spondylosis / spurring

**CXR**
__nml / NAD
__no infiltrates
__nml heart size
__nml mediastinum
✓ rib fracture R [illegible]
__infiltrate / atelectasis
no pneumo

**OTHER** ☐ See separate report

**Wound Description/Repair**
length __ cm location
superficial SQ muscle linear stellate irregular
clean contaminated moderately / heavily
distal NV neuro & vascular status intact no tendon injury
anesthesia local digital block cc
lidoc 1% 2% epi / bicarb marcaine .25% .5% LET
prep
Shur-Clens / Betadine / Hibiclens debrided / undermined
irrigated/washed w/ saline extensively
extensively foreign material removed
explored minimal moderate extensive
repair Wound closed with wound adhesive / steri-strips
SKIN 0 nylon / prolene / staple
SUBCU 0 vicryl / chromic
*may indicate intermediate repair **may indicate intermediate or complex repair

Underline indicates organ system
* equivalent or minimum required for organ system exam

MVA - 17

**PROGRESS:**

Accident 3 / 10
Wound [illegible] T[illegible]
incentive spirometry
F/U 2-3d [illegible]

Discussed with Dr. CRIT CARE 30-74 min
will see patient in office / ED / hospital 75-104 min min
Counseled patient / family regarding Prior records ordered / reviewed
lab results (diagnosis) (need for follow-up) Additional history from
Rx given Admit orders written family caretaker paramedics

**CLINICAL IMPRESSION:** MVA

| contusion | | | | sprain / strain |
|---|---|---|---|---|
| head | | wrist | R / L | neck dorsal lumbar |
| face | | hand | R / L | sacral |
| chest | | hip | R / L | |
| abdomen | | thigh | R / L | concussion |
| back | | knee | R / L | with LOC w/o LOC |
| shoulder | R / L | leg | R / L | |
| arm | R / L | ankle | R / L | laceration |
| elbow | R / L | foot | R / L | |
| forearm | R / L | | | |

(R) Rib Fx [illegible]

DISPOSITION- ☑ home ☐ admitted ☐ transferred
Time
CONDITION- ☐ unchanged ☐ improved ☐ stable

PHYSICIAN SIGNATURE [signature]
☐ Template Complete

125

This information has been disclosed to you from confidential medical records. You are prohibited from making any further disclosure without specific written consent of the person

OPT+OD

127

RODRIGUEZ, ROGELIO 16 JAN 2003 19:34:36 00260430

~~42~~ 43 yrs Male Hispanic

Heart Clinic

PR 165
QRSD 84
QT 345
QTc 410

(COMPA)$ Check patient history - inconsistent with previous age of 41 years
(NSR )= Normal sinus rhythm, rate 85 [Remains] - - - Normal P axis, PR, rate & rhythm
- NORMAL ECG -

Acct No:
987836515

Requested by Cavena OP
DR. ~~WRIGHT~~
Tech TP
Room ED-11
C-HP708

--AXES--
P 67
QRS 49
T 41

COMPARED TO: 15 JAN 2001 1:40:36, CONFIRMED BY JLP - NO

Valley Baptist Medical Center - Emergency Room

PRELIMINARY - MD MUST REVIEW.



HARLINGEN, TEXAS 78550 **VALLEY BAPTIST MEDICAL CENTER** CHART

PATIENT

| NAME | DATE OF BIRTH | AGE | SEX | CASE NUMBER | ORDER | X-RAY NUMBER |
|---|---|---|---|---|---|---|
| RODRIGUEZ, Rogelio | [redacted] | 43 | M | 987836525 | 011 | 00260430 |

| ATTENDING PHYSICIAN | ADMIT DATE | RECORDED | DIAGNOSIS |
|---|---|---|---|
| | 1/16/03 | KRM | UNK |

ORDER

| PRIORITY | DATE TO BE DONE | ORDER DATE/TIME/INITIALS/UNIT | ORDERING PHYSICIAN | ACCESS # |
|---|---|---|---|---|
| S | 1/16/2003 | 1/16/03 19:09 CSTNLO ED | WRIGHT, ROBERT | |

| PROCEDURES ORDERED | CPT CODE |
|---|---|
| 2100495 RIBS RT | |
| MVA | SIDE |

## *** Final Report ***

RIGHT RIBS:

Multiple views of the right ribs were obtained. There is a minimally displaced fracture involving the right 7th rib.

| | | |
|---|---|---|
| Interpreted by: | William Taw, MD | 01/17/2003 18:15 |
| Transcribed by: | Lori Montemayor | 01/17/2003 18:55 |
| Signed by: | William Taw, MD | 01/18/2003 07:29 |

This information has been disclosed to you from confidential medical records. You are prohibited from making any further disclosure without specific written consent of the person to whom it pertains or his legal representative.

127

RADIOLOGY REPORT

HARLINGEN, TEXAS 78550

# VALLEY BAPTIST MEDICAL CENTER

CHART

PATIENT

| NAME | DATE OF BIRTH | AGE | SEX | CASE NUMBER | ORDER | X-RAY NUMBER |
|---|---|---|---|---|---|---|
| RODRIGUEZ, Rogelio | [redacted] | 43 | M | 987836525 | 003 | 00260430 |

| ATTENDING PHYSICIAN | ADMIT DATE | ROOM/BED | DIAGNOSIS |
|---|---|---|---|
| | 1/16/03 | ERM | UNK |

ORDER

| PRIORITY | DATE TO BE DONE | ORDER DATE/TIME/INITIALS/UNIT | ORDERING PHYSICIAN | ACCESS # |
|---|---|---|---|---|
| S | 1/16/2003 | 1/16/03 18:07 CSTNLO ED | WRIGHT, ROBERT | |

| PROCEDURES ORDERED | CPT CODE |
|---|---|
| 2100394 CHEST ONE VIEW | |

| | SIDE |
|---|---|
| MVA | |

*** Final Report ***

CHEST ONE VIEW:

A frontal projection of the chest was obtained.

No acute pulmonary infiltrates or failure is seen. The heart is not enlarged.

IMPRESSION:

1) No acute pulmonary infiltrates are seen.

| | | |
|---|---|---|
| Interpreted by: | William Taw, MD | 01/17/2003 18:13 |
| Transcribed by: | Lori Montemayor | 01/17/2003 18:54 |
| Signed by: | William Taw, MD | 01/18/2003 07:29 |

This information has been disclosed to you from confidential medical records. You are prohibited from making any further disclosure without specific written consent of the person to whom it pertains or his legal representative.

128




PATIENT NAME: ROGELIO RODRIGUEZ
PATIENT #: 7180
DATE OF BIRTH: [redacted]
DATE OF EXAM: 10/08/03
REFERRING PHYSICIAN: DR. GILL

EXAMINATION: MRI OF THE LUMBAR SPINE

HISTORY: A 43 year old patient with pain in the lumbar region. The patient is also experiencing bilateral leg pain and was hit on the head during motor vehicle accident five months ago.

MRI IMAGING PARAMETERS: T1/T2 sagittal and axial T1 images of the lumbosacral spine were obtained without contrast on a Toshiba Opart Open MRI scanner.

TOTAL NUMBER OF SLICES: 56+ slices

FINDINGS: Examination of the lumbar spine reveals a hypolordotic lumbar curve. There is thinning of the disc at L3-L4 and desiccation of the discs at L4 thru S1. The vertebral bone marrow and prevertebral soft tissues are otherwise normal. The conus terminates at L1. Five lumbar vertebral segments are presumed for the purpose of this discussion. No subluxation is seen.

L1-L2: There is no evidence of a herniated disc, central spinal stenosis, neural exit foraminal stenosis or mass influence upon the central canal identified. Facet joint space narrowing is noted bilaterally.

L2-L3: There is no evidence of a herniated disc, central spinal stenosis, neural exit foraminal stenosis or mass influence upon the central canal identified. Facet joint space narrowing is noted bilaterally.

L3-L4: There is a 1 mm broad-based disc protrusion present minimally narrowing the ventral epidural fat and minimally narrowing the inner zonal fat of the neural exit foramina about 5% on both sides. Facet joint space narrowing is noted bilaterally.

L4-L5: There is a 1-2 mm broad-based disc protrusion present effacing the ventral epidural fat, minimally contacting and flattening the ventral dura and narrowing the inner zones of the neural exit foramina about 30% on both sides. This is indicative of disc edema. Facet arthrosis is noted bilaterally.

501 B N. Ed Carey Dr.
Harlingen, Texas 78550
(956) 440-8900 • 1-800-460-4721 • Fax (956) 440-8922

PAGE –2-

**PATIENT NAME:** ROGELIO RODRIGUEZ
**DATE OF EXAM:** 10/08/03

L5-S1: There is a 1 mm broad-based disc protrusion present minimally narrowing the ventral epidural fat but not impinging upon neural structures. There is narrowing of the inner zonal fat of the neural exit foramina about 15% is noted bilaterally. The descending S1 nerve roots are symmetrical. The SI joints are patent.

*NOTE – Oftentimes, irritation of the dorsal ramus (medial branch) becomes irritated as it supplies innervation to the facet joint. This may mimic sciatica. Thus, facet blocks may be useful in differentiating the origin of the patient's symptomatology and/or pain.

IMPRESSION:

1. **There is a hypolordotic lumbar curvature indicative of myofascial spasm. (Clinical correlation is suggested).**

2. **There is thinning of the disc at L3-L4 and desiccation of the discs at L4 thru S1 indicative of degenerative change.**

3. **There is facet arthropathy of the mid to lower lumbar spinal range indicative of degenerative change.**

4. **There is a 1 mm broad-based disc protrusion present at L3-L4 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.**

5. **There is a 1-2 mm broad-based disc protrusion present at L4-L5 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.**

6. **There is a 1 mm broad based disc protrusion at L5-S1 not impinging upon neural structures.**

7. **There is no acute fracture or unstable injury.**

Thank you for this referral.

Eric S. Bennos, M.D.
Board Certified Radiologist

ESB/pv

D&T 10/9/03

130

From: HARLINGEN BONE & JOINT
1801 N ED CAREY DR #A

HARLINGEN TX 78550

Phone # (956) 423-5033
Tax Id. 74-2133706

11*23*04

Regarding: ROGELIO RODRIGUEZ
SSN: 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
123 DOLORES STREET
SAN BENITO TX 78586

ROGELIO RODRIGUEZ
123 DOLORES STREET
SAN BENITO TX 78586

Account # : 25980
Home Phone : (956) 412-8163
Work Phone : (956) 797-3601
Employer :
Referred by: LOPEZ, RAFAEL

Sex : M
Chart : 8422B
Age : 44 yr. 10 mo.
Date of Birth: [redacted]
Accident Date: 01*16*03

| Doc | Physician | Tax I.D. # | Provider # |
|---|---|---|---|
| 1 | HERMAN J. KEILLOR, M.D. | 74-2133706 | |

| Loc | Location Name |
|---|---|
| 1 | HARLINGEN BONE JOINT CL |

| Insurance Company | Policy Number | Group Number | Auth. Number | Provider Id. |
|---|---|---|---|---|
| ATTY. CRANE, RANDALL P. | | | | |

| ICD-9 | Description |
|---|---|
| 807.09 | RIB(S)-MULTIPLE FXS |
| 847.0 | CERVICAL STRAIN SPRAIN |
| 847.2 | LUMBAR STRAIN |

| Doc | Loc | Ins. Filed | Diag. | ( Service From/To ) | CPT Code | (------------ Procedure ------------) | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 11 | 04*07*04 | 807.09 | 04*05*04 | 3-99245 | 8685. OFFICE OR OUTPT. CONSULT OR ESTABLISHED PATIENT COMPRE- HENSIVE HIGH COMPLEXITY. | 456.52 |

(Continued on the next page)

Patient Number: 25980 (Continued from previous page)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 11 | 04*07*04 | 847.0 | 04*05*04 | 4-72050 | 373. X-RAY SPINE,CERVICAL 5 VIEWS | 146.08 |
| 1 11 | 04*07*04 | 847.2 | 04*05*04 | 4-72110 | 377. X-RAY SPINE,LUMBO-SAC.5 VIEWS | 194.77 |
| | | | | | | --------- |
| | | | | | Total Activity ........... | 797.37 |