# Southern Bone & Joint Center Associates

### A PROFESSIONAL CORPORATION

## Jorge E. Tijmes, M.D.
DIPLOMATE OF AMERICAN BOARD OF ORTHOPAEDIC SURGERY
FELLOW OF AMERICAN ACADEMY OF ORTHOPAEDIC SURGERY
MEMBER OF NORTH AMERICAN SPINE SOCIETY

P. O. Box 6209
McAllen, Texas 78502

Phone: (956) 687-2032
Fax: (956) 687-2761

February 24, 2004

Randall P. Crane, Attorney at Law
201 S. Sam Houston
San Benito, TX  78586

RE:                                    FINAL REPORT

PATIENT:    Rogelio Rodriguez
CASE:       12710
D/BIRTH:    ████████████
SS#:        ████████████
D/INJURY:   01/16/2003

Dear Mr. Crane,

The patient is a 43-year-old male with complaints of neck pain, right shoulder pain, mid back and low back pain status post a motor vehicle collision on 01/16/2003. He reports being the restrained driver of a vehicle which hit another car. He reports that he was driving when the vehicle to his right tried to make a U-turn in front of him. Patient reports that he collided with the other vehicle since it invaded his right of way. Patient admits to head injury with windshield. He admits to blacking out for a few seconds. He was ambulatory at the scene. A police report was taken. He reports that he was taken via ambulance to Valley Baptist Emergency Room. Patient had x-rays and was diagnosed with rib fractures. He was later discharged in stable condition. He was then seen by his primary care physician who started a 4-6 week rehabilitation program. Patient later saw Dr. Gill who continued rehabilitation program and referred him for an MRI due to continued pain.

Currently, patient is with complaints of neck pain which he rates an 8/10 on the pain scale. He admits to pain to the right upper extremity and associated numbing and tingling sensations over the same distribution. He reports that he had mid back pain as well which is associated with increased muscle spasms. He is also referring pain to the lumbar spine which he rates an 8/10. He reports that the pain radiates to the right lower extremity and is associated with a tingling sensation over the same distribution. Patient reports that he has right shoulder pain which he rates a 7/10 on the pain scale. He reports that the pain is aggravated with overhead and lifting movements. He reports that he has rib pain which is aggravated with deep breathing. He denies any shortness of breath. He reports that he has difficulty sleeping secondary to pain and discomfort. He reports that he has been taking medications with only moderate relief of pain.

1

continued. . . . . . . . . . . . . . .                                                      2
RE:    Rogelio Rodriguez

PAST MEDICAL HISTORY:
Allergies: NKDA.
Medications: Darvocet, Diazepam, Vioxx.
Surgical History: Negative.
Social History: Patient denies the use of alcohol or tobacco. Patient is married with four
children.

PHYSICAL EXAMINATION: Height: 5 feet, 9 inches. Weight: 218 lbs. HEAD:
Normocephalic. EENT: Normal. NECK: Examination of the cervical spine reveals tenderness
to palpation with paravertebral muscle spasms palpated bilaterally. Range of motion is decreased
secondary to pain and discomfort. UPPER EXTREMITIES: Left shoulder, both elbows and
both wrists are within normal limits. Examination of the right shoulder reveals tenderness to
palpation along the anterior and lateral aspects. Range of motion is 0-100° abduction, 0-120°
flexion. Internal rotation is decreased and with pain. Distal sensation and circulation are within
normal limits. Deep tendon reflexes are normal, equal and reactive to bilateral upper extremities.
Motor testing reveals 4/5 in strength to the right upper extremity as compared to the left which is
5/5. UPPER BACK: Examination of the thoracic spine reveals mild tenderness to palpation with
mild paravertebral muscle spasms palpated bilaterally. Range of motion is adequate. LOW
BACK: Examination of the lumbar spine reveals tenderness to palpation with paravertebral
muscle spasms palpated bilaterally. Range of motion is 0-40° forward flexion. Straight leg raising
is positive to the right at 70°, negative to the left. Distal sensation and circulation are within
normal limits. Deep tendon reflexes are normal, equal and reactive to bilateral lower extremities.
Motor testing reveals 4/5 in strength to the right lower extremity as compared to the left which is
5/5. Gait is guarded. LOWER EXTREMITIES. Both hips, both knees and both ankles are
within normal limits. Distal sensation and circulation are normal. Reflexes are normal, equal and
reactive. Muscle testing at extensor hallucis longus, anterior tibial, extensor hallucis communis,
extensor digitorum communis, and gastrocnemius is normal.

X-rays of the cervical spine taken today in five different views reveals seven cervical vertebral
bodies. Normal lordosis is noted. Intervertebral disc heights are preserved throughout the
cervical spine. No foraminal encroachment is seen. No fractures, dislocations or subluxations are
seen.

X-rays of the thoracic spine taken today in two different views reveals normal xyphosis. No
fractures, dislocations or subluxations are seen.

X-rays of the lumbar spine taken today in five different views reveals five lumbar vertebral bodies.
Normal spinal alignment noted. Intervertebral disc heights are preserved throughout the lumbar
spine. Normal lumbar facets are seen. No osteoarthritic changes noted. No fractures,
dislocations or subluxations seen.

X-rays of the right shoulder taken today in two different views reveals a type II acromion with
local possible impingement. No fractures or dislocations are seen.

continued. . . . . . . . . . . . . . .                                                                    3
RE:   Rogelio Rodriguez

DIAGNOSIS:        NECK PAIN
                  LOW BACK PAIN
                  RIGHT SHOULDER PAIN

PLAN: Patient is referred for an MRI of the cervical spine to better evaluate his pathology. He is
prescribed Celebrex 200 mg. 1 po bid and Ultracet 37.5 mg. 1 po q 4-6 prn pain. He would
benefit from pain clinic due to pain to the lumbar spine. He is advised to avoid any strenuous
activity which may aggravate his pain. He is encouraged to perform walking activities and range
of motion exercises daily as tolerated. He is to return in three weeks. He is to remain at work.
Patient has been educated regarding his pathology.

DATE:   12/02/2003
Patient is seen for follow up. He is referring pain to the cervical spine. He reports that the pain is
about a 7/10 on the pain scale. He reports that the pain does radiate intermittently to the right
upper extremity. He reports that he continues with right shoulder pain as well. He reports that
the pain is aggravated with overhead and lifting movements. He reports that in the past he had
some injections with Dr. Gill which did not help to reduce his pain or discomfort. He reports that
he is not interested in epidural steroid injections due to apprehension about needles. He reports
that he did go for his MRI of the cervical spine and is here for results. He has taken medications
with moderate relief of pain.

Examination of the cervical spine reveals tenderness to palpation with mild paravertebral muscle
spasms palpated bilaterally. Range of motion is slightly decreased with discomfort noted.
Examination of the right shoulder reveals tenderness to deep palpation along the anterior and
lateral aspects. Range of motion is 0-100° abduction, 0-120° flexion. Internal rotation is
decreased with discomfort. Examination of the lumbar spine reveals tenderness to palpation with
paravertebral muscle spasms palpated bilaterally. Range of motion is 0-50° forward flexion.
Straight leg raising is positive to the right at 70°, negative to the left. Distal sensation and
circulation are within normal limits. Deep tendon reflexes are normal, equal and reactive to
bilateral upper and lower extremities. Motor testing reveals 4/5 in strength to the right upper
extremity as compared to the left which is 5/5, and 4/5 in strength to the right lower extremity as
compared to the left which is 5/5. Gait is guarded.

MRI of the cervical spine done 11/13/2003 read by Dr. Berger reveals at C3-C4 through C6-C7,
there are varying disc protrusions and effacements of the cerebrospinal fluid. There is subtotal
opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right
maxillary antrum.

PLAN: Patient is to continue with medications in the form of Celebrex 200 mg. 1 po bid and
Ultracet 37.5 mg. 1 po q 4-6 prn pain. He would benefit from pain clinic for lumbar spine pain
but refuses this type of treatment at this time. He is advised to avoid any strenuous activity which
may aggravate his pain. He is to return in six weeks. Patient has been educated regarding his
pathology.

continued. . . . . . . . . . . . . . . .                                                                    4
RE:    Rogelio Rodriguez


DATE:  02/24/2004
Patient is seen for follow up visit.   The patient is referring pain to his lumbar spine which he rates
as moderate and constant radiating down to the right lower extremity where it is accompanied
with tingling sensation all the way down to the calf area.  The patient states that the pain increases
with sitting, standing or walking and even laying down.  In regards to the patient's cervical spine,
he refers moderate pain which is intermittent in nature.  He is referring tingling sensation to the
right forearm.  He is also referring tightness to his upper back which produces a generalized type
of headache.  The patient states that the medications are do help to decrease his pain and
discomfort and he is able to tolerate his activities of daily living.

PHYSICAL EXAM:  Examination of the cervical spine reveals mild paravertebral muscle spasms
palpated bilaterally.  Range of motion is within normal limits with discomfort noted on right
rotation.  Examination of the lumbar spine reveals paravertebral muscle spasms palpated
bilaterally.  There is mild tenderness to palpation.  Range of motion is 0-50° in forward flexion.
Positive straight leg raising to the right at 80° and negative to the left.  Distal sensation and
circulation are within normal limits.  Deep tendon reflexes are normal, equal and reactive to the
bilateral upper and  lower extremities.  Motor testing reveals a 5/5 in strength to the bilateral
upper and  lower extremities.  Patient has an antalgic gait.

PLAN:  Patient to continue with medications in the form of Vioxx 25 mg. 1 po q day, Darvocet
N100 1 po q 6-8 prn for pain and Soma 350 mg. 1 po q hs.  He would benefit from treatment at a
pain clinic.  Patient is to follow up on prn basis. Patient has been educated regarding pathology.


CONCLUSION:  The patient will require treatment at a pain clinic and medications for the next
twelve months at an average cost of $200.00 per month.

There is reasonable probability that these injuries were sustained secondary to the motor vehicle
accident dated 01/16/2003.

If you have an questions regarding this patient's treatment or condition, please do not hesitate to
contact our office at (956) 687-2032.

Sincerely yours,

Jorge E. Tijmes, M.D.

JET/mlp

SOUTHERN BONE & JOINT CENTER
Jorge E. Tijmes, M.D.
320 N. McColl
P.O. Box 6209
McAllen, Texas  78501

PATIENT:     Rogelio Rodriguez
CASE:        12710
DATE:        02/24/2004

Patient is seen for follow up visit.   The patient is referring pain to his lumbar spine which he rates as moderate and constant radiating down to the right lower extremity where it is accompanied with tingling sensation all the way down to the calf area.  The patient states that the pain increases with sitting, standing or walking and even laying down.  In regards to the patient's cervical spine, he refers moderate pain which is intermittent in nature.  He is referring tingling sensation to the right forearm.  He is also referring tightness to his upper back which produces a generalized type of headache.  The patient states that the medications are do help to decrease his pain and discomfort and he is able to tolerate his activities of daily living.

PHYSICAL EXAM:  Examination of the cervical spine reveals mild paravertebral muscle spasms palpated bilaterally.  Range of motion is within normal limits with discomfort noted on right rotation.  Examination of the lumbar spine reveals paravertebral muscle spasms palpated bilaterally.  There is mild tenderness to palpation.  Range of motion is 0-50° in forward flexion. Positive straight leg raising to the right at 80° and negative to the left.  Distal sensation and circulation are within normal limits.  Deep tendon reflexes are normal, equal and reactive to the bilateral upper and lower extremities.  Motor testing reveals a 5/5 in strength to the bilateral upper and lower extremities.  Patient has an antalgic gait.

MRI:  MRI of the cervical spine done on 11/13/03 revealed at the C3-4, through C6-7, there are varying disc protrusions and effacement of the CSF as described.  There is subtotal opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right maxillary antrum

PLAN:  Patient to continue with medications in the form of Vioxx 25 mg. 1 po q day, Darvocet N100 1 po q 6-8 prn for pain and Soma 350 mg. 1 po q hs.  He would benefit from treatment at a pain clinic.  Patient is to follow up on prn basis. Patient has been educated regarding pathology.

JET/mlp

**5**

SOUTHERN BONE & JOINT CENTER
Jorge E. Tijmes, M.D.
320 N. McColl
P.O. Box 6209
McAllen, Texas 78501

PATIENT:    Rogelio Rodriguez
CASE:       12710
DATE:       12/02/2003

Patient is seen for follow up. He is referring pain to the cervical spine. He reports that the pain is about a 7/10 on the pain scale. He reports that the pain does radiate intermittently to the right upper extremity. He reports that he continues with right shoulder pain as well. He reports that the pain is aggravated with overhead and lifting movements. He reports that in the past he had some injections with Dr. Gill which did not help to reduce his pain or discomfort. He reports that he is not interested in epidural steroid injections due to apprehension about needles. He reports that he did go for his MRI of the cervical spine and is here for results. He has taken medications with moderate relief of pain.

Examination of the cervical spine reveals tenderness to palpation with mild paravertebral muscle spasms palpated bilaterally. Range of motion is slightly decreased with discomfort noted. Examination of the right shoulder reveals tenderness to deep palpation along the anterior and lateral aspects. Range of motion is 0-100° abduction, 0-120° flexion. Internal rotation is decreased with discomfort. Examination of the lumbar spine reveals tenderness to palpation with paravertebral muscle spasms palpated bilaterally. Range of motion is 0-50° forward flexion. Straight leg raising is positive to the right at 70°, negative to the left. Distal sensation and circulation are within normal limits. Deep tendon reflexes are normal, equal and reactive to bilateral upper and lower extremities. Motor testing reveals 4/5 in strength to the right upper extremity as compared to the left which is 5/5, and 4/5 in strength to the right lower extremity as compared to the left which is 5/5. Gait is guarded.

MRI of the cervical spine done 11/13/2003 read by Dr. Berger reveals at C3-C4 through C6-C7, there are varying disc protrusions and effacements of the cerebrospinal fluid. There is subtotal opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right maxillary antrum.

PLAN: Patient is to continue with medications in the form of Celebrex 200 mg. 1 po bid and Ultracet 37.5 mg. 1 po q 4-6 prn pain. He would benefit from pain clinic for lumbar spine pain but refuses this type of treatment at this time. He is advised to avoid any strenuous activity which may aggravate his pain. He is to return in six weeks. Patient has been educated regarding his pathology.

JET/xg

6



# Southern Bone & Joint Center Associates

A PROFESSIONAL CORPORATION

## Jorge E. Tijmes, M.D.
DIPLOMATE OF AMERICAN BOARD OF ORTHOPAEDIC SURGERY
FELLOW OF AMERICAN ACADEMY OF ORTHOPAEDIC SURGERY
MEMBER OF NORTH AMERICAN SPINE SOCIETY

P. O. Box 6209
McAllen, Texas 78502

Phone: (956) 687-2032
Fax: (956) 687-2761

November 11, 2003

Randall P. Crane, Attorney at Law
201 S. Sam Houston
San Benito, TX  78586

RE:                                    ORTHOPEDIC VISIT

PATIENT:   Rogelio Rodriguez
CASE:        12710
D/BIRTH:   ███████████
SS#:            ███████████
D/INJURY:  01/16/2003

Dear Mr. Crane,

The patient is a 43-year-old male with complaints of neck pain, right shoulder pain, mid back and low back pain status post a motor vehicle collision on 01/16/2003. He reports being the restrained driver of a vehicle which hit another car. He reports that he was driving when the vehicle to his right tried to make a U-turn in front of him. Patient reports that he collided with the other vehicle since it invaded his right of way. Patient admits to head injury with windshield. He admits to blacking out for a few seconds. He was ambulatory at the scene. A police report was taken. He reports that he was taken via ambulance to Valley Baptist Emergency Room. Patient had x-rays and was diagnosed with rib fractures. He was later discharged in stable condition. He was then seen by his primary care physician who started a 4-6 week rehabilitation program. Patient later saw Dr. Gill who continued rehabilitation program and referred him for an MRI due to continued pain.

Currently, patient is with complaints of neck pain which he rates an 8/10 on the pain scale. He admits to pain to the right upper extremity and associated numbing and tingling sensations over the same distribution. He reports that he had mid back pain as well which is associated with increased muscle spasms. He is also referring pain to the lumbar spine which he rates an 8/10. He reports that the pain radiates to the right lower extremity and is associated with a tingling sensation over the same distribution. Patient reports that he has right shoulder pain which he rates a 7/10 on the pain scale. He reports that the pain is aggravated with overhead and lifting movements. He reports that he has rib pain which is aggravated with deep breathing. He denies any shortness of breath. He reports that he has difficulty sleeping secondary to pain and discomfort. He reports that he has been taking medications with only moderate relief of pain.

**7**

continued. . . . . . . . . . . . . . .                                        2
RE:    Rogelio Rodriguez

PAST MEDICAL HISTORY:
Allergies: NKDA.
Medications: Darvocet, Diazepam, Vioxx.
Surgical History: Negative.
Social History: Patient denies the use of alcohol or tobacco. Patient is married with four
children.

PHYSICAL EXAMINATION: Height: 5 feet, 9 inches. Weight: 218 lbs. HEAD:
Normocephalic. EENT: Normal. NECK: Examination of the cervical spine reveals tenderness
to palpation with paravertebral muscle spasms palpated bilaterally. Range of motion is decreased
secondary to pain and discomfort. UPPER EXTREMITIES: Left shoulder, both elbows and
both wrists are within normal limits. Examination of the right shoulder reveals tenderness to
palpation along the anterior and lateral aspects. Range of motion is 0-100° abduction, 0-120°
flexion. Internal rotation is decreased and with pain. Distal sensation and circulation are within
normal limits. Deep tendon reflexes are normal, equal and reactive to bilateral upper extremities.
Motor testing reveals 4/5 in strength to the right upper extremity as compared to the left which is
5/5. UPPER BACK: Examination of the thoracic spine reveals mild tenderness to palpation with
mild paravertebral muscle spasms palpated bilaterally. Range of motion is adequate. LOW
BACK: Examination of the lumbar spine reveals tenderness to palpation with paravertebral
muscle spasms palpated bilaterally. Range of motion is 0-40° forward flexion. Straight leg raising
is positive to the right at 70°, negative to the left. Distal sensation and circulation are within
normal limits. Deep tendon reflexes are normal, equal and reactive to bilateral lower extremities.
Motor testing reveals 4/5 in strength to the right lower extremity as compared to the left which is
5/5. Gait is guarded. LOWER EXTREMITIES. Both hips, both knees and both ankles are
within normal limits. Distal sensation and circulation are normal. Reflexes are normal, equal and
reactive. Muscle testing at extensor hallucis longus, anterior tibial, extensor hallucis communis,
extensor digitorum communis, and gastrocnemius is normal.

X-rays of the cervical spine taken today in five different views reveals seven cervical vertebral
bodies. Normal lordosis is noted. Intervertebral disc heights are preserved throughout the
cervical spine. No foraminal encroachment is seen. No fractures, dislocations or subluxations are
seen.

X-rays of the thoracic spine taken today in two different views reveals normal xyphosis. No
fractures, dislocations or subluxations are seen.

X-rays of the lumbar spine taken today in five different views reveals five lumbar vertebral bodies.
Normal spinal alignment noted. Intervertebral disc heights are preserved throughout the lumbar
spine. Normal lumbar facets are seen. No osteoarthritic changes noted. No fractures,
dislocations or subluxations seen.

X-rays of the right shoulder taken today in two different views reveals a type II acromion with
local possible impingement. No fractures or dislocations are seen.

continued. . . . . . . . . . . . . . .                                    3
RE:    Rogelio Rodriguez

DIAGNOSIS:        NECK PAIN
                  LOW BACK PAIN
                  RIGHT SHOULDER PAIN

PLAN:  Patient is referred for an MRI of the cervical spine to better evaluate his pathology.  He is
prescribed Celebrex 200 mg. 1 po bid and Ultracet 37.5 mg. 1 po q 4-6 prn pain.  He would
benefit from pain clinic due to pain to the lumbar spine.  He is advised to avoid any strenuous
activity which may aggravate his pain.  He is encouraged to perform walking activities and range
of motion exercises daily as tolerated.  He is to return in three weeks.  He is to remain at work.
Patient has been educated regarding his pathology.

Sincerely yours,

Jorge E. Tijmes, M.D.

JET/xg

Present Hx: 2/3/10 02 c̄ C/o pain, neck (R) shoulder, (R) ribs, mid back, low back s/p MVC on 1-16-03. Pt was restrained driver of vehicle. ~~Which he was~~ hit other car. Pt reports he was driving when a vehicle to his (R) tried to make a U turn in front of him. Pt reports that he collided c̄ other vehicle since it invaded his (R) way. (+) head injury c̄ windshield. (+) Black out few seconds. Got out. Walked around. Began c̄ ↑pain to (R) ribs. To ER via EMS to Valley Baptist. Had x-rays dx c̄ rib fxs. D/c stable.

Past Hx: Ø

Allergies: NKDA

Medications: see list.

Surgical History: Ø

Medical Records: M - 4 kids.
(-) tabacco alcohol tho

Then saw PCP, had PT 4 weeks. later saw Dr. Gill had more PT ways. Referred for MRI 2° pain continued. Referred here.

Vital Signs: Ht 5'9"         wt 218

Physical Exam: Dr Gill did PT 7 wks

neck: ROM ↓ spasms. —
Works truck driver. —

(R) shoulder: 0-100 abd
0-120 flex ↓ ↓ Int.
LB: 0-40 flex
SLR R+ L—

Dx:

Tx: HA (R) shoulder —
Tx c̄ MRI cervical / ulnar nerve. —
pain clinic for low back pain

neck: 8/10 —
(R) numb/tingling.

mid lower: 9/10

low back 8/10/tingling
(R) leg pain/tingling

(R) shoulder
ccs c̄ 8/10 night lifting
(R) ribs 4/10
some discomfort c̄ deep breath. sharp burning.
difficulty c̄ sleep.
tens unit somewhat

10

## PATIENT INFORMATION

301 N. McColl  ▲  McAllen  ▲  8501  ▲  956-687-2032

| Patient's Name-Last | First | MI | Marital Status | Age | Date of Birth | Social Security No. |
|---|---|---|---|---|---|---|
| Rodriguez | Rogelio | V | S M W DIV SEP | 43 | | |

| Street Address ☒Permanent ☐Temporary | City & State | Zip Code | Home Phone No. |
|---|---|---|---|
| 123 Dolores | Primera Tx | 78552 | 956 412816 |

| Driver's License | Patient's Employer | Occupation (Indicate if Student) | How Long Employed? | Business Phone No. |
|---|---|---|---|---|
| | R+L Carriers | Truck Driver | 34 yrs | 797-3601 |

| Employer's Street Address | City & State | Zip Code |
|---|---|---|
| Rabb Rd. | La Feria Tx | |

| In Case of Emergency Contact | Relationship | Business Phone No. | Home Phone No. |
|---|---|---|---|
| Ignacio Ortega | Brother-in-law | | 444-0311 |

| Spouse's Name | Business Phone No. | Social Security No. |
|---|---|---|
| Elizabeth Rodriguez | 412-8163 | |

## IF THE PATIENT IS A MINOR OR STUDENT

| Mother's Name | Social Security No. | Does your insurance require a second opinion or pre-registration? |
|---|---|---|
| | | ☐ Yes   ☐ No |

| Mother's Employer | Employer's Phone | How were you referred to our office? |
|---|---|---|
| | | ☐ Friend _____   ☐ TV Please List Channel _____ |

| Father's Name | Social Security No. | ☐ Radio Please List Station |
|---|---|---|
| | | ☐ Newspaper _____ Please List Publication |

| Father's Employer | Employer's Phone | ☐ Yellow Pages   ☐ Other _____ |
|---|---|---|

## BILLING INFORMATION
**ALL SERVICES ARE PAYABLE AT TIME RENDERED**   SU CUENTA DEBERA SER PAGADA AL TIEMPO DE RECIBIR SUS SERVISIOS MEDICOS

| Company Name | Address | Policy Holder |
|---|---|---|
| Attorney | | |

| Policy # | Medicare No. | Medicaid No. | Other |
|---|---|---|---|
| | | | |

## MEDICAL HISTORY

Reason for Consultation _____

Date of Accident or first symtoms _Jan. 16, 2003_    Treated by Dr. _Alma Benos_    Date _____

Allergies _None_    Which Hospital? _Valley Baptist Medical_

In your own words, describe how injury occured. _Truck wreck colled with Pickup front of my Middle Right hit Steering wheel Broke ribs forehead hit and Broke windsheld. Back and right Neck shoud. Area and right mid area has been in extreme pain_

_11-11-03_
Date _____    Patient's or Guardian's Signature

Is this work related? ✓ Yes ____ No    Is there an attorney involved? ✓ Yes ____ No

Name, Address & Phone of Attorney (if applicable) _Randall P. Crane 201 South Sam Houston San Benito, Texas 78580_

## ASSIGNMENT OF BENEFIT AND RESPONSIBILITY

I request that payment, if applicable under the medical insurance program designated, be made directly to Jorge E. Tijmes, M.D. on charges for services rendered from: _Rogelio Rodriguez_

I understand that I am financially responsible for all charges incurred during my treatment by Jorge E. Tijmes M.D. and responsible for payment of deductible if not met. I authorize and grant the release of medical information as it may become necessary for the treatment and completion of my medical claim and status.

Signed _Rogelio Rodriguez_    Date _11-11-03_    Verified By: _____    Date _____

**11**



# SOUTHERN BONE & JOINT CENTER

### JORGE E. TIJMES, M.D.
### ORTHOPAEDIC SURGEON

## PATIENT QUESTIONNAIRE

1. WHAT WAS INJURED? *Right side ribs, Back, Right Neck shoudler a.*

2. WHERE IS THE PAIN? *Back Mid, Shoudler, Mid Right chest*

3. HOW WAS THE INJURY—ACCIDENT? *Truck wreck*

4. HAVE YOU HAD PHYSICAL THERAPY—MANIPULATION REHABILITATION? *Yes*

5. HAVE YOU HAD RELIEF OF PAIN? *No*

6. HAVE YOU HAD SURGERY FOR THIS INJURY? *No*

7. HAVE YOU HAD SURGERY FOR ANY OTHER INJURY? *No*

8. HAVE YOU HAD AN INJURY LIKE THIS ONE BEFORE? *No*

9. WHAT MAKES YOUR PROBLEM WORSE?
☒ SITTING    ☒ BENDING    ☒ STANDING    ☒ WALKING    ☐ HOUSEWORK    ☒ WORK

10. ARE YOU WORKING NOW? *Yes*

    IF NOT, WHEN DID YOU STOP WORKING? _____

11. DO YOU NEED ASSISTANCE WITH ANY OF THE FOLLOWING?
☒ DRESSING    ☒ BATHING    ☐ DRIVING    ☐ HOUSEWORK

12. WHAT MEDICATIONS ARE YOU TAKING? *Propoxy N, APAP — Diazepam — Vioxx*

13. MARITAL STATUS
☒ MARRIED    ☐ SINGLE    ☐ DIVORCED

14. HOW MANY CHILDREN DO YOU HAVE? *4*    AGES? *16; 11; 9; 5*

15. DO YOU SMOKE? *No*

16. DO YOU DRINK ALCOHOL? *NO*

17. LEVEL OF EDUCATION ATTAINED? ☒ HIGH SCHOOL    ☐ G.E.D.    ☐ TECHNICAL    ☐ COLLEGE

18. PATIENTS NAME: *Rogelio Rodriguez*

    SOCIAL SECURITY NUMBER ▓▓▓▓ - ▓▓ - ▓▓▓▓

    DATE *11-11-03*

**12**

PLEASE COMPLETE ALL QUESTIONS

# SOUTHERN BONE & JOINT CENTER

## JORGE E. TIJMES, M.D.
### ORTHOPAEDIC SURGEON

## PATIENT MEDICAL HISTORY FORM

AGE_____ WEIGHT_____ HEIGHT_____ ALLERGIES (ALERGIAS): _____

PREVIOUS ATTENDING PHYSICIANS AND DATE:_____
(MEDICOS QUE HAN CONSULTADO Y FECHA)

LIST MEDICATIONS TAKEN:_____
(INDIQUE MEDICAMENTOS)

PREVIOUS SURGICAL HISTORY AND DATE: _____
(HISTORIA DE CIRUGIAS Y FECHA)

GENERAL CONDITION (CONDICION GENERAL):_____

DO YOU HAVE OR HAVE HAD ULCERS?_____
(TIENE O HA TENIDO ULCERAS)

IF PATIENT IS A CHILD, COMPLETE THE FOLLOWING (SI PACIENTE ES NINO(A), RESPONDA A LAS SIGUIENTES):

D.O.B.:_____WEIGHT:_____ HEIGHT:_____ ALLERGIES (ALERGIAS) _____

PEDIATRICIAN: _____ FAMILY PHYSICIAN: _____
(PEDIATRA)                              (DOCTOR DE FAMILIA)

WAS PREGNANCY NORMAL (COMPLICACIONES DE EMBARZO)_____

WAS DELIVERY NORMAL (COMPLICACIONES DE PARTO)_____

AT WHAT AGE DID PATIENT: CRAWL_____WALK_____SIT UP_____
(A QUE EDAD COMENZO:) ACTO DE GATEAR_____ ANDAR_____SENTARSE_____

THER FAMILY MEMBERS WITH ORTHOPAEDIC OR HEALTH PROBLEMS: _____
MIEMBROS DE FAMILIA CON PROBLEMAS ORTOPEDICOS O MEDICOS)

**13**

# RANDALL P. CRANE
**Attorney At Law**
**201 S. Sam Houston**
**San Benito, Texas  78586**

Board Certified Personal Injury Trial Law                     Phone (956) 399-2496
Texas Board of Legal Specialization              .              Fax    (956) 399-7398

January 12, 2004

Southern Bone & Joint Center Associates
Dr. Jorge E. Tijmes
P.O. Box 6209
McAllen, Texas 78502

<div style="margin-left: 40%;">

Re:
Rogelio Rodriguez
Date of Birth: ██████
Date of Injury: 01/16/03

</div>

Dear Dr. Tijmes:

Thank you for your report dated November 11, 2003 regarding Rogelio Rodriguez.

In reviewing your report, I note that you recommended an MRI of the cervical spine, which has been done and I am attaching a copy of the MRI report for your convenience.

In regard to the lumbar spine, an MRI was done on 10/08/03, a copy of which is attached.  Your 11/11/03 report does not refer to the lumbar MRI so we assumed you had not seen the report.

I would appreciate your reviewing both the MRI of the cervical spine and lumbar spine and then writing a report stating  your findings  on his physical condition after considering these diagnostic tests.  If in your report you would include your plan of treatment including the need, if any, for surgery would be appreciated.

Should you have any questions, please feel free to contact this office.

Sincerely,

RANDALL P. CRANE

RPC:tc
Enclosures
xc:     Rogelio Rodriguez

JAN 1 3 2004

BY:

**14**



Rio Grande Valley
Imaging & Diagnostic Center

PATIENT NAME:       ROGELIO RODRIGUEZ
PATIENT #:          7180
DATE OF BIRTH:      ███████
DATE OF EXAM:       10/08/03
REFERRING PHYSICIAN: DR. GILL

EXAMINATION:    MRI OF THE LUMBAR SPINE

**HISTORY:** A 43 year old patient with pain in the lumbar region. The patient is also experiencing bilateral leg pain and was hit on the head during motor vehicle accident five months ago.

**MRI IMAGING PARAMETERS:** T1/T2 sagittal and axial T1 images of the lumbosacral spine were obtained without contrast on a Toshiba Opart Open MRI scanner.

**TOTAL NUMBER OF SLICES:** 56+ slices

**FINDINGS:** Examination of the lumbar spine reveals a hypolordotic lumbar curve. There is thinning of the disc at L3-L4 and desiccation of the discs at L4 thru S1. The vertebral bone marrow and prevertebral soft tissues are otherwise normal. The conus terminates at L1. Five lumbar vertebral segments are presumed for the purpose of this discussion. No subluxation is seen.

L1-L2: There is no evidence of a herniated disc, central spinal stenosis, neural exit foraminal stenosis or mass influence upon the central canal identified. Facet joint space narrowing is noted bilaterally.

L2-L3: There is no evidence of a herniated disc, central spinal stenosis, neural exit foraminal stenosis or mass influence upon the central canal identified. Facet joint space narrowing is noted bilaterally.

L3-L4: There is a 1 mm broad-based disc protrusion present minimally narrowing the ventral epidural fat and minimally narrowing the inner zonal fat of the neural exit foramina about 5% on both sides. Facet joint space narrowing is noted bilaterally.

L4-L5: There is a 1-2 mm broad-based disc protrusion present effacing the ventral epidural fat, minimally contacting and flattening the ventral dura and narrowing the inner zones of the neural exit foramina about 30% on both sides. This is indicative of disc edema. Facet arthrosis is noted bilaterally.

---

501 B N. Ed Carey Dr.
Harlingen, Texas  78550
(956) 440-8900 • 1-800-460-4721 • Fax (956) 440-8922

**15**



JAN 1 3 2004

PAGE –2-

PATIENT NAME:     ROGELIO RODRIGUEZ
DATE OF EXAM:     10/08/03

L5-S1: There is a 1 mm broad-based disc protrusion present minimally narrowing the ventral epidural fat but not impinging upon neural structures. There is narrowing of the inner zonal fat of the neural exit foramina about 15% is noted bilaterally. The descending S1 nerve roots are symmetrical. The SI joints are patent.

*NOTE – Oftentimes, irritation of the dorsal ramus (medial branch) becomes irritated as it supplies innervation to the facet joint. This may mimic sciatica. Thus, facet blocks may be useful in differentiating the origin of the patient's symptomatology and/or pain.

IMPRESSION:

1.   There is a hypolordotic lumbar curvature indicative of myofascial spasm. (Clinical correlation is suggested).

2.   There is thinning of the disc at L3-L4 and desiccation of the discs at L4 thru S1 indicative of degenerative change.

3.   There is facet arthropathy of the mid to lower lumbar spinal range indicative of degenerative change.

4.   There is a 1 mm broad-based disc protrusion present at L3-L4 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.

5.   There is a 1-2 mm broad-based disc protrusion present at L4-L5 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.

6.   There is a 1 mm broad based disc protrusion at L5-S1 not impinging upon neural structures.

7.   There is no acute fracture or unstable injury.

Thank you for this referral.

Eric S. Bennos, M.D.
Board Certified Radiologist

ESB/pv

D&T 10/9/03

JAN 1 3 2004

16

Jan 13 04 04:35a

**Patient:** Rogelio Rodriguez   **Date of Birth:** ▮▮▮▮   #17299
**Examination:** MRI Cervical Spine
**Date:** 11-13-03
**Referring Doctor:** Dr. Tijmes

**History:**  Cervical pain
We appreciate your referring this patient to us. Below are our findings.
Technique:  T1, proton dense, and T2 weighted sagittal images; T1 axial images.
Findings:

1. The scans image from the inferior clivus though T3. The cerebellar tonsils are normal.
2. There is subtotal opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right maxillary antrum.
3. The vertebral body heights are preserved. The regional bone marrow signal is normal.
4. There is no subluxation. There is no abnormality of curvature.
5. The cervical cord is normal.
6. At C2-3, there is no disc bulge. There is no neuroforaminal or central stenosis.
7. At C3-4, there is a 2 mm central to right central, broad-based disc protrusion, with subtotal effacement of the CSF anterior to the cord. There is no overt cord or nerve root compression. There is no neuroforaminal or central stenosis.
8. At C4-5, there is a 1 mm central disc bulge, with mild effacement of the CSF anterior to the cord. There is no cord or nerve root encroachment. There is no neuroforaminal or central stenosis.
9. At C5-6, there is a 1.5 mm central disc bulge, with severe effacement of the CSF anterior to the cord. There is no cord or nerve root encroachment. There is no neuroforaminal or central stenosis.

10. At C6-7, there is a 2 mm central disc protrusion, with subtotal effacement of the CSF anterior to the cord. There is no overt cord or nerve root compression. There is no neuroforaminal or central stenosis.
11. At C7-T1, T1-2 and T2-3, there is no disc bulge. There is no neuroforaminal or central stenosis.
12. The facets and uncinate processes are unremarkable.

Impression:
1. At C3-4 through C6-7, there are varying disc protrusions and effacements of the CSF as described above.
2. There is subtotal opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right maxillary antrum.

Thank you for allowing us to participate in the care of your patient. If you have any questions regarding this report, please contact me through my beeper.
Sincerely,

Marc Berger, M.D.            **McAllen MRI Center** PAGER 972-209-1485
                             320 N. McColl Suite "E"
                             McAllen, Texas 78501
                             Ph: 956.687.9636
                             Fax: 956.687.9743
                             E-mail: mcallenmri@msn.com

**17**

JAN 13 2004



Rio Grande Valley
Imaging & Diagnostic Center

| | |
|---|---|
| **PATIENT NAME:** | ROGELIO RODRIGUEZ |
| **PATIENT #:** | 7180 |
| **DATE OF BIRTH:** | ▬▬▬▬ |
| **DATE OF EXAM:** | 10/08/03 |
| **REFERRING PHYSICIAN:** | DR. GILL |

**EXAMINATION:**    **MRI OF THE LUMBAR SPINE**

**HISTORY:** A 43 year old patient with pain in the lumbar region. The patient is also experiencing bilateral leg pain and was hit on the head during motor vehicle accident five months ago.

**MRI IMAGING PARAMETERS:** T1/T2 sagittal and axial T1 images of the lumbosacral spine were obtained without contrast on a Toshiba Opart Open MRI scanner.

**TOTAL NUMBER OF SLICES:** 56+ slices

**FINDINGS:** Examination of the lumbar spine reveals a hypolordotic lumbar curve. There is thinning of the disc at L3-L4 and desiccation of the discs at L4 thru S1. The vertebral bone marrow and prevertebral soft tissues are otherwise normal. The conus terminates at L1. Five lumbar vertebral segments are presumed for the purpose of this discussion. No subluxation is seen.

L1-L2: There is no evidence of a herniated disc, central spinal stenosis, neural exit foraminal stenosis or mass influence upon the central canal identified. Facet joint space narrowing is noted bilaterally.

L2-L3: There is no evidence of a herniated disc, central spinal stenosis, neural exit foraminal stenosis or mass influence upon the central canal identified. Facet joint space narrowing is noted bilaterally.

L3-L4: There is a 1 mm broad-based disc protrusion present minimally narrowing the ventral epidural fat and minimally narrowing the inner zonal fat of the neural exit foramina about 5% on both sides. Facet joint space narrowing is noted bilaterally.

L4-L5: There is a 1-2 mm broad-based disc protrusion present effacing the ventral epidural fat, minimally contacting and flattening the ventral dura and narrowing the inner zones of the neural exit foramina about 30% on both sides. This is indicative of disc edema. Facet arthrosis is noted bilaterally.

PAGE –2-

**PATIENT NAME:**      ROGELIO RODRIGUEZ
**DATE OF EXAM:**      10/08/03

L5-S1: There is a 1 mm broad-based disc protrusion present minimally narrowing the ventral epidural fat but not impinging upon neural structures. There is narrowing of the inner zonal fat of the neural exit foramina about 15% is noted bilaterally. The descending S1 nerve roots are symmetrical. The SI joints are patent.

*NOTE – Oftentimes, irritation of the dorsal ramus (medial branch) becomes irritated as it supplies innervation to the facet joint. This may mimic sciatica. Thus, facet blocks may be useful in differentiating the origin of the patient's symptomatology and/or pain.

**IMPRESSION:**

1.    There is a hypolordotic lumbar curvature indicative of myofascial spasm. (Clinical correlation is suggested).

2.    There is thinning of the disc at L3-L4 and desiccation of the discs at L4 thru S1 indicative of degenerative change.

3.    There is facet arthropathy of the mid to lower lumbar spinal range indicative of degenerative change.

4.    There is a 1 mm broad-based disc protrusion present at L3-L4 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.

5.    There is a 1-2 mm broad-based disc protrusion present at L4-L5 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.

6.    There is a 1 mm broad based disc protrusion  at L5-S1 not impinging upon neural structures.

7.  There is no acute fracture or unstable injury.

Thank you for this referral.

_____
Eric S. Bennos, M.D.
Board Certified Radiologist

ESB/pv

D&T 10/9/03

**19**

**Patient:** Rogelio Rodriguez    **Date of Birth:** ▉▉▉▉    #17299
**Examination:** MRI Cervical Spine
**Date:** 11-13-03
**Referring Doctor:** Dr. Tijmes

**History:**  Cervical pain
We appreciate your referring this patient to us. Below are our findings.
Technique:  T1, proton dense, and T2 weighted sagittal images; T1 axial images.
Findings:
1. The scans image from the inferior clivus through T3. The cerebellar tonsils are normal.
2. There is subtotal opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right maxillary antrum.
3. The vertebral body heights are preserved. The regional bone marrow signal is normal.
4. There is no subluxation. There is no abnormality of curvature.
5. The cervical cord is normal.
6. At C2-3, there is no disc bulge. There is no neuroforaminal or central stenosis.
7. At C3-4, there is a 2 mm central to right central, broad-based disc protrusion, with subtotal effacement of the CSF anterior to the cord. There is no overt cord or nerve root compression. There is no neuroforaminal or central stenosis.
8. At C4-5, there is a 1 mm central disc bulge, with mild effacement of the CSF anterior to the cord. There is no cord or nerve root encroachment. There is no neuroforaminal or central stenosis.
9. At C5-6, there is a 1.5 mm central disc bulge, with severe effacement of the CSF anterior to the cord. There is no cord or nerve root encroachment. There is no neuroforaminal or central stenosis.

10. At C6-7, there is a 2 mm central disc protrusion, with subtotal effacement of the CSF anterior to the cord. There is no overt cord or nerve root compression. There is no neuroforaminal or central stenosis.
11. At C7-T1, T1-2 and T2-3, there is no disc bulge. There is no neuroforaminal or central stenosis.
12. The facets and uncinate processes are unremarkable.

Impression:
1.At C3-4 through C6-7, there are varying disc protrusions and effacements of the CSF as described above.
2.There is subtotal opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right maxillary antrum.

Thank you for allowing us to participate in the care of your patient. If you have any questions regarding this report, please contact me through my beeper.
Sincerely,

Marc Berger, M.D.          **McAllen MRI Center** 972-209-1485
                            320 N. McColl Suite "E"
                            McAllen, Texas 78501
                            Ph: 956.687.9636
                            Fax: 956.687.9743
                            E-mail: mcallenmri@msn.com

20

Patient: Rogelio Rodriguez    Date of Birth: ▓▓▓▓▓▓    #17299
Examination: MRI Cervical Spine
Date: 11-13-03
Referring Doctor: Dr. Tijmes

History:  Cervical pain
We appreciate your referring this patient to us. Below are our findings.
Technique: T1, proton dense, and T2 weighted sagittal images; T1 axial images.
Findings:
1. The scans image from the inferior clivus through T3. The cerebellar tonsils are normal.
2. There is subtotal opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right maxillary antrum.
3. The vertebral body heights are preserved. The regional bone marrow signal is normal.
4. There is no subluxation. There is no abnormality of curvature.
5. The cervical cord is normal.
6. At C2-3, there is no disc bulge. There is no neuroforaminal or central stenosis.
7. At C3-4, there is a 2 mm central to right central, broad-based disc protrusion, with subtotal effacement of the CSF anterior to the cord. There is no overt cord or nerve root compression. There is no neuroforaminal or central stenosis.
8  At C4-5, there is a 1 mm central disc bulge, with mild effacement of the CSF anterior to the cord. There is no cord or nerve root encroachment. There is no neuroforaminal or central stenosis.
9. At C5-6, there is a 1.5 mm central disc bulge, with severe effacement of the CSF anterior to the cord. There is no cord or nerve root encroachment. There is no neuroforaminal or central stenosis.

10. At C6-7, there is a 2 mm central disc protrusion, with subtotal effacement of the CSF anterior to the cord. There is no overt cord or nerve root compression. There is no neuroforaminal or central stenosis.
11. At C7-T1, T1-2 and T2-3, there is no disc bulge. There is no neuroforaminal or central stenosis.
12. The facets and uncinate processes are unremarkable.

Impression:
1.At C3-4 through C6-7, there are varying disc protrusions and effacements of the CSF as described above.
2.There is subtotal opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right maxillary antrum.

Thank you for allowing us to participate in the care of your patient. If you have any questions regarding this report, please contact me through my beeper.
Sincerely,

Marc Berger, M.D.          McAllen MRI Center  972-209-1485
                           320 N. McColl Suite "E"
                           McAllen, Texas 78501
                           Ph: 956.687.9636
                           Fax: 956.687.9743
                           E-mail: mcallenmri@msn.com



Rio Grande Valley
Imaging & Diagnostic Center

| | |
|---|---|
| PATIENT NAME: | ROGELIO RODRIGUEZ |
| PATIENT #: | 7180 |
| DATE OF BIRTH: | ██████ |
| DATE OF EXAM: | 10/08/03 |
| REFERRING PHYSICIAN: | DR. GILL |

**EXAMINATION:** MRI OF THE LUMBAR SPINE

**HISTORY:** A 43 year old patient with pain in the lumbar region. The patient is also experiencing bilateral leg pain and was hit on the head during motor vehicle accident five months ago.

**MRI IMAGING PARAMETERS:** T1/T2 sagittal and axial T1 images of the lumbosacral spine were obtained without contrast on a Toshiba Opart Open MRI scanner.

**TOTAL NUMBER OF SLICES:** 56+ slices

**FINDINGS:** Examination of the lumbar spine reveals a hypolordotic lumbar curve. There is thinning of the disc at L3-L4 and desiccation of the discs at L4 thru S1. The vertebral bone marrow and prevertebral soft tissues are otherwise normal. The conus terminates at L1. Five lumbar vertebral segments are presumed for the purpose of this discussion. No subluxation is seen.

L1-L2: There is no evidence of a herniated disc, central spinal stenosis, neural exit foraminal stenosis or mass influence upon the central canal identified. Facet joint space narrowing is noted bilaterally.

L2-L3: There is no evidence of a herniated disc, central spinal stenosis, neural exit foraminal stenosis or mass influence upon the central canal identified. Facet joint space narrowing is noted bilaterally.

L3-L4: There is a 1 mm broad-based disc protrusion present minimally narrowing the ventral epidural fat and minimally narrowing the inner zonal fat of the neural exit foramina about 5% on both sides. Facet joint space narrowing is noted bilaterally.

L4-L5: There is a 1-2 mm broad-based disc protrusion present effacing the ventral epidural fat, minimally contacting and flattening the ventral dura and narrowing the inner zones of the neural exit foramina about 30% on both sides. This is indicative of disc edema. Facet arthrosis is noted bilaterally.

PAGE –2–

PATIENT NAME:        ROGELIO RODRIGUEZ
DATE OF EXAM:        10/08/03

L5-S1: There is a 1 mm broad-based disc protrusion present minimally narrowing the ventral epidural fat but not impinging upon neural structures. There is narrowing of the inner zonal fat of the neural exit foramina about 15% is noted bilaterally. The descending S1 nerve roots are symmetrical. The SI joints are patent.

*NOTE – Oftentimes, irritation of the dorsal ramus (medial branch) becomes irritated as it supplies innervation to the facet joint. This may mimic sciatica. Thus, facet blocks may be useful in differentiating the origin of the patient's symptomatology and/or pain.

IMPRESSION:

1.    There is a hypolordotic lumbar curvature indicative of myofascial spasm. (Clinical correlation is suggested).

2.    There is thinning of the disc at L3-L4 and desiccation of the discs at L4 thru S1 indicative of degenerative change.

3.    There is facet arthropathy of the mid to lower lumbar spinal range indicative of degenerative change.

4.    There is a 1 mm broad-based disc protrusion present at L3-L4 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.

5.    There is a 1-2 mm broad-based disc protrusion present at L4-L5 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.

6.    There is a 1 mm broad based disc protrusion at L5-S1 not impinging upon neural structures.

7.    There is no acute fracture or unstable injury.

Thank you for this referral.

Eric S. Bennos, M.D.
Board Certified Radiologist

ESB/pv

D&T 10/9/03

23



**RANDALL P. CRANE** 10/79
**FIRM ACCOUNT**
201 S. SAM HOUSTON PH. 956-399-2496
SAN BENITO, TX 78586

26409

B8-0828/1149

DATE 10/31/03

PAY TO THE ORDER OF ___ Dr. Jorge Tijmes ___ | $ 300.00

Three Hundred & no/100------------------------------ DOLLARS

FIRST NATIONAL BANK OF SAN BENITO
1151 WEST HWY 77
SAN BENITO, TEXAS 78586
(956) 399-3331

FOR Rogelio Rodriguez

⑈026409⑈ ⑆114908289⑆ ⑈000 015 9⑈

24

# SOUTHERN BONE & JOINT CENTER
Jorge E. Tijmes, M.D
320 N. McColl, Ste. A
McAllen, Texas 78501
Phone: (956) 687-2032

## OFFICE HOURS

**Monday - Friday 8:00 am to 5:00 pm**

Doctor's hours do vary. It is possible that the doctor may be called out for emergency cases through the emergency room at McAllen Hospitals

## FINANCIAL POLICY

Payment is expected at the time of service unless you are covered by Workers' Compensation Insurance, Medicare and Medicaid, or a liability insurance.

At the time of the visit, all other patient's will be asked to pay the portion of the bill, including any unmet deductible, not covered by your primary insurance. If you are unable to make a payment on the date of service, please inform the front desk personnel to that a mutually satisfactory arrangement can be made via a payment contract through the business office.

## INSURANCE

Your major medical health insurance may cover some or all of the services provided. Our providers are members of several managed care panels. Please check with your referred physician, insurance company, or our office manager to see if pre-authorization of services is required. Lack of pre-authorization may result in non-payment by your insurance company. Any balance unpaid by your insurance company becomes the patient's responsibility.

## APPOINTMENTS

Appointments are booked through the front desk. To ensure that you are here on the proper day and at the proper time, please sign in at the front desk at the time of your arrival.

## CANCELLATIONS AND MISSED APPOINTMENTS

As a courtesy to your doctor, we request that you provide our office with a 24 hour notice of cancellation, except in case of emergency. If the business office is closed, our answering service is available to take a message.

## PRESCRIPTIONS AND REFILLS

Prescriptions and refills are issued during office hours 8-5. Please check your need for medications during the day, then contact your pharmacy. Do not contact our office for refills. Your pharmacy will contact our office for authorization to refill prescription.

## EMERGENCY SERVICES

If an emergency occurs during the hours when the office is closed, call our office number 687-2032. Our 24 hour answering service will direct your call to the appropriate person.

## STATEMENT OF PATIENT RIGHTS AND RESPONSIBILITIES

### PHYSICIANS
1) You may change your physician if you wish, without stating a reason. This does not include workers' compensation patients who must file the proper paperwork for such a change.
2) Your physician will refer you to other specialists when he feels it is medically necessary.

### YOUR HEALTH CARE DECISIONS
We will give you accurate and timely information about your health and care.
1) We will give you information about your injury and how to prevent further disability.
2) Your physician will explain your condition, treatment options and their effects in full. He will also explain what it likely to happen if you choose not treat your condition. Such explanations, however, are not always possible in an emergency.
3) Copies of your medical records may be requested and will be ready for delivery in eight (8) days. You may request corrections to your records. Original copies of your medical records cannot be removed from our office. There will be a set cost for requested records.
4) Once you have agreed with your physician on the treatment and follow up plans, it is important that you carry out these recommendations. If they do not work for you, please inform your physician.
5) If you have questions or do not understand something about your care, be encouraged to ask questions. Better health care ensues when the patient takes part in the decision making process and assumes responsibility for following the physician's recommendation. Please talk about your health and how you are feeling with your physician.

### PRIVACY AND DIGNITY
We will treat you with consideration and respect.
1) You will be respected regardless of your lifestyle, education, color, religion, gender, sexual preference, national origin, disability or age.
2) Only with your permission will students be present when you receive your care.
3) We will make all efforts to give you privacy during examinations.
4) In turn, we ask you that you show consideration and respect to our staff and other patients.

### COMPLAINTS
Southern Bone & Joint Center is committed to serve your healthcare needs in the most caring and effective way possible. To keep the level of quality high in our service to you, please let us know about your concerns, compliments and questions.

### COMPLIMENTS
Please let us know when you are pleased with the way we provide services. If your compliment mentions a specific name, we will share it with that person and their supervisor.

### PHYSICIAN ASSISTANTS
Southern Bone & Joint Center employs Physicians Assistants and allied personnel. These healthcare professionals are able to evaluate and treat patients in the clinical setting along with the rehabilitation process in Southern Rehab Center. These healthcare professionals are also able to write prescriptions and order further testing in order to progress your studies.

## ASSIGNMENT FOR INSURANCE BENEFITS

_Roselia Rodriguez_
PATIENT NAME

_____
NAME OF INSURED

_____
INSURANCE CO.

I, as the responsible party, hereby agree to assign any and all medical insurance benefits for services rendered to Southern Bone & Joint Center. Further, I hereby authorize my medical insurance carrier to make payment directly to Southern Bone & Joint Center Associates.

I understand that I am responsible for payment of any amount not covered by my insurance.

I authorize Southern Bone & Joint Center Associates release information deemed necessary for the above named patient to the above named insurance company in order for benefits to be paid for services rendered. Further, I authorize my medical insurance company to release requested medical information to Southern Bone & Joint Center in order that benefits may be paid for services rendered.

_Roselia Rodriguez_
SIGNATURE Patient/Parent/Guardian

_11-11-02_
DATE

25

STATEMENT OF ACCOUNT                           Page 1

SOUTHERN BONE & JOINT CENTER            Account Number:    0001271000
P O BOX 6209                            Statement Date:      12/07/04
320 N MCCOLL
MCALLEN, TX78502
                                        Payment Enclosed: _____


ROGELIO RODRIGUEZ
C/O RANDALL P CRANE ATTY
201 SOUTH SAM HOUSTON
SAN BENITO, TX78586

| Date | For | Description | Ref. | Charges | Credits |
|------|-----|-------------|------|---------|---------|
| 11/11/03 | ROGELIO | OFC/OUTPT E&M NEW MOD-HI | 60511515 | 300.00 | |
| 11/11/03 | ROGELIO | RAD EX SPN CERV; MINI 4 V | 60511515 | 145.00 | |
| 11/11/03 | ROGELIO | RADIOLOGIC EXAM SPINE; TH | 60511515 | 140.00 | |
| 11/11/03 | ROGELIO | RAD EX SPN LUMBOSAC; MINI | 60511515 | 145.00 | |
| 11/11/03 | ROGELIO | RADIOLOGIC EX RIBS UNI; 2 | 60511515 | 95.00 | |
| 11/11/03 | ROGELIO | RAD EX SHLDR; CMPL MINI 2 | 60511515 | 95.00 | |
| 11/11/03 | ROGELIO | SPEC REPORT >INFO IN USUA | 60511515 | 280.00 | |
| 12/02/03 | ROGELIO | OFC/OUTPT E&M ESTAB MOD-H | 60512265 | 175.00 | |
| 02/24/04 | ROGELIO | OFC/OUTPT E&M ESTAB MOD-H | 60511702 | 175.00 | |

-------------------------------------------------------------------------------
SOUTHERN BONE AND JOINT CLINIC

| Current 0 - 30 | Past Due 31 - 60 | Past Due 61 - 90 | Past Due 91 - 120 | Past Due > 121 | Balance Due |
|------|------|------|------|------|------|
| 0.00 | 0.00 | 0.00 | 0.00 | 1550.00 | 1550.00 |