IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROGELIO RODRIGUEZ

VS.                                                                       CIVIL ACTION NO. CA-13-04-137

JAMES ARTHUR LARSON

## AFFIDAVIT

**RECORDS PERTAINING TO:** Rogelio Rodriguez **(FOR THE TIME PERIOD OF JANUARY 16, 2003 TO THE PRESENT)**

Before me, the undersigned authority, personally appeared _Abraham Cano_ who by me being duly sworn, deposed as follows:

I, the undersigned, an over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am **ABRAHAM CANO, M.D.** 2401 North Ed Carey Drive, Suite A, Harlingen, TX 78550-8286.

On _1-17-03 – 4-22-03_, service was provided to **Rogelio Rodriguez (FOR THE TIME PERIOD OF JANUARY 16, 2003 TO THE PRESENT).** An itemized statement of the service and the charge for the service in the total amount of $ _2,279.00_ is attached to this affidavit and is a part of this affidavit. These said records are kept in the regular course of business, at the office of the above, and it was in the regular course of business, at the office of the above, for an employee, representative, or a doctor, with personal knowledge of the act, event or condition, opinion, or diagnosis recorded to make the memorandum or record, or to transmit information hereof to be included in such memorandum or record. The memorandum or record was made at or near the time of the act, event or condition recorded or reasonably soon thereafter.

The service provided was necessary and the amount charged for the service was reasonable at the time and place that the service was provided.

**The records attached hereto are the originals or exact copies of the originals and nothing has been removed or deleted from the original file before making these copies.**

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME this the _23_ day of _November_, 20_04_.

_____
Notary Public in and for The State of _Texas_

HECTOR E. MARTINEZ
MY COMMISSION EXPIRES
January 3, 2007


EXHIBIT A

/AFFIDAVIT/M&B/R&N/FED/CO 4180
Page 1