PLEASE
DO NOT
STAPLE
IN THIS
AREA

CRAWFORD

PO BOX 271
WILMINGTON OH 45177

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a INSURED'S I D NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) [X] | (ID) | | |

2 PATIENT'S NAME (Last Name, First Name, Middle Initial)
RODRIGUEZ        ROGELIO

3 PATIENT'S BIRTH DATE   MM DD YY     SEX   M [X]  F

4 INSURED'S NAME (Last Name, First Name, Middle Initial)
R & L CARRIERS

5 PATIENT'S ADDRESS (No, Street)
123 DOLORES ST

6 PATIENT RELATIONSHIP TO INSURED
Self [ ]  Spouse [ ]  Child [ ]  Other [X]

7 INSURED'S ADDRESS (No, Street)
27184-1 RABB RD

CITY
PRIMERO                    STATE TX

8 PATIENT STATUS
Single [ ]   Married [X]   Other [ ]

CITY
LA FERIA                   STATE TX

ZIP CODE
78552

TELEPHONE (Include Area Code)
(956) 4129163

Employed [X]   Full-Time Student [ ]   Part-Time Student [ ]

ZIP CODE
78559

TELEPHONE (INCLUDE AREA CODE)
(956) 412-8163

9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10 IS PATIENT'S CONDITION RELATED TO

11 INSURED'S POLICY GROUP OR FECA NUMBER
R & L CARRIERS

a OTHER INSURED'S POLICY OR GROUP NUMBER

a EMPLOYMENT? (CURRENT OR PREVIOUS)
[X] YES   [ ] NO

a INSURED'S DATE OF BIRTH   MM DD YY     SEX   M [X]  F

b OTHER INSURED'S DATE OF BIRTH  MM DD YY   SEX  M [ ]  F [ ]

b AUTO ACCIDENT?   [ ] YES   [X] NO   PLACE (State)

b EMPLOYER'S NAME OR SCHOOL NAME
R & L CARRIERS

c EMPLOYER'S NAME OR SCHOOL NAME

c OTHER ACCIDENT?   [ ] YES   [X] NO

c INSURANCE PLAN NAME OR PROGRAM NAME
CRAWFORD

d INSURANCE PLAN NAME OR PROGRAM NAME

10d RESERVED FOR LOCAL USE

d IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ] YES   [ ] NO   If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM
12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim I also request payment of government benefits either to myself or to the party who accepts assignment below
SIGNED  SIGNATURE ON FILE        DATE  04/21/03

13 INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below
SIGNED  SIGNATURE ON FILE

14 DATE OF CURRENT  ILLNESS (First symptom) OR  INJURY (Accident) OR  PREGNANCY(LMP)   MM DD YY   01 16 03

15 IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE  MM DD YY   01 16 03

16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM DD YY  FROM   TO

17 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a I D NUMBER OF REFERRING PHYSICIAN

18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM DD YY  FROM   TO

19 RESERVED FOR LOCAL USE

20 OUTSIDE LAB?   [ ] YES   [X] NO    $ CHARGES   .00

21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1 2 3 OR 4 TO ITEM 24E BY LINE)
1. 907.8        3. 907.00
2. 786.59       4. 959.01

22 MEDICAID RESUBMISSION CODE    ORIGINAL REF NO

23 PRIOR AUTHORIZATION NUMBER
YES

| 24 A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | |
| 04 | 22 | 03 | 04 | 22 | 03 | 11 | 1 | 99455  1 3WP | 1,3,2,4 | 348.00 | 1.0 | | Y | | |
| 04 | 22 | 03 | 04 | 22 | 03 | 11 | 1 | 99090  72 | 1,3,2,4 | 15.00 | 1.0 | | Y | | |
| 04 | 22 | 03 | 04 | 22 | 03 | 11 | 1 | 99080  59 | 1,3,2,4 | 15.00 | 1.0 | | Y | | |

25 FEDERAL TAX I D NUMBER   SSN EIN
74-2118656   [X]

26 PATIENT'S ACCOUNT NO
17669-200302MM

27 ACCEPT ASSIGNMENT? (For govt claims see back)
[X] YES   [ ] NO

28 TOTAL CHARGE
$ 378.00

29 AMOUNT PAID
$

30 BALANCE DUE
$ 378.00

31 SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof)
ABRAHAM CANO MD
SIGNED  DATE 04/21/03  MDF0912

32 NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
DR ABRAHAM CANO
2401 ED CAREY DR STE A
HARLINGEN TX 78550

33 PHYSICIAN'S SUPPLIER'S BILLING NAME ADDRESS, ZIP CODE & PHONE #
ABRAHAM CANO MD
2401 ED CAREY DR #A
HARLINGEN TX 78550
PIN# MDF0912   GRP# (956) 425-9181

1

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8 88    PLEASE PRINT OR TYPE    FORM HCFA-1500 (12-90)

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CRAWFORD

PO BOX P71
WILMINGTON OH 45177

## HEALTH INSURANCE CLAIM FORM

PICA

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER [X] (ID) | 1a INSURED'S ID NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|

2 PATIENT'S NAME (Last Name, First Name, Middle Initial)
RODRIGUEZ          ROGELIO

3 PATIENT'S BIRTH DATE MM DD YY    SEX M [X]  F [ ]

4 INSURED'S NAME (Last Name, First Name, Middle Initial)
R & L CARRIERS

5 PATIENT'S ADDRESS (No Street)
123 DOLORES ST

6 PATIENT RELATIONSHIP TO INSURED
Self [ ]  Spouse [ ]  Child [ ]  Other [X]

7 INSURED'S ADDRESS (No Street)
27184-1 RABB RD

CITY
PRIMERA                          STATE TX

8 PATIENT STATUS
Single [ ]  Married [X]  Other [ ]

CITY
LA FERIA                         STATE TX

ZIP CODE        TELEPHONE (Include Area Code)
78552          (956)4128163

Employed [X]  Full-Time Student [ ]  Part-Time Student [ ]

ZIP CODE        TELEPHONE (INCLUDE AREA CODE)
78559          (956) 412-8163

9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10 IS PATIENT'S CONDITION RELATED TO

11 INSURED'S POLICY GROUP OR FECA NUMBER
R & L CARRIERS

a OTHER INSURED'S POLICY OR GROUP NUMBER

a EMPLOYMENT? (CURRENT OR PREVIOUS)
[X] YES    [ ] NO

a INSURED'S DATE OF BIRTH MM DD YY    SEX M [X]  F [ ]

b OTHER INSURED'S DATE OF BIRTH MM DD YY    SEX M [ ]  F [ ]

b AUTO ACCIDENT?    PLACE (State)
[ ] YES    [X] NO

b EMPLOYER'S NAME OR SCHOOL NAME
R & L CARRIERS

c EMPLOYER'S NAME OR SCHOOL NAME

c OTHER ACCIDENT?
[X] YES    [ ] NO

c INSURANCE PLAN NAME OR PROGRAM NAME
CRAWFORD

d INSURANCE PLAN NAME OR PROGRAM NAME

10d RESERVED FOR LOCAL USE

d IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ] YES    [ ] NO    If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM
12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim I also request payment of government benefits either to myself or to the party who accepts assignment below
SIGNATURE ON FILE          DATE 03/27/03
SIGNED

13 INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below
SIGNATURE ON FILE
SIGNED

14 DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY
01 16 03

15 IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY
01 16 03

16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY    TO MM DD YY

17 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a I.D NUMBER OF REFERRING PHYSICIAN

18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY    TO MM DD YY

19 RESERVED FOR LOCAL USE

20 OUTSIDE LAB?    $ CHARGES
[ ] YES    [X] NO    .00

21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 807.0        3. 807.00
2. 786.59       4. 959.01

22 MEDICAID RESUBMISSION CODE    ORIGINAL REF NO

23 PRIOR AUTHORIZATION NUMBER
YES

| 24 A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 21 03 | 03 21 03 | 11 | 1 | 99213 | | 1,3,2,4 | 55.00 | 1.0 | | Y | | |
| 03 21 03 | 03 21 03 | 11 | 1 | 99080 | 73 | 1,3,2,4 | 15.00 | 1.0 | | Y | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

25 FEDERAL TAX I.D NUMBER    SSN EIN
74-P118656    [X]

26 PATIENT'S ACCOUNT NO
17669-20030261

27 ACCEPT ASSIGNMENT? (For govt claims see back)
[X] YES    [ ] NO

28 TOTAL CHARGE
$ 70.00

29 AMOUNT PAID
$

30 BALANCE DUE
$ 70.00

31 SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof)
ABRAHAM CANO MD
SIGNED          DATE 03/27/03

32 NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
DR ABRAHAM CANO
2401 ED CAREY DR STE A
HARLINGEN TX 78550
MDF0912

33 PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
ABRAHAM CANO MD
2401 ED CAREY DR #A
HARLINGEN TX 78550
PIN MDF0912    GRP (956) 425-9181

2

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88    PLEASE PRINT OR TYPE    FORM HCFA-1500 (12-90)

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| Medicare # | Medicaid # | (Sponsor's SSN) | (VA File #) | | | | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE   MM  DD  YY    SEX   M☐  F☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self☐  Spouse☐  Child☐  Other☐

7. INSURED'S ADDRESS (No., Street)

CITY                          STATE

8. PATIENT STATUS
Single☐  Married☑  Other☐
Employed☐  Full-Time Student☐  Part-Time Student☐

CITY                          STATE
TX

ZIP CODE          TELEPHONE (Include Area Code)

ZIP CODE          TELEPHONE (INCLUDE AREA CODE)
( 956 )  412-0157

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES☑  NO☐

a. INSURED'S DATE OF BIRTH   MM  DD  YY    SEX   M☑  F☐

b. OTHER INSURED'S DATE OF BIRTH   MM  DD  YY   SEX   M☐  F☐

b. AUTO ACCIDENT?          PLACE (State)
YES☐  NO☑

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES☐  NO☑

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES☐  NO☐    If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED                    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED    SIGNATURE ON FILE

14. DATE OF CURRENT   MM  DD  YY    ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE   MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM  MM  DD  YY   TO  MM  DD  YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM  MM  DD  YY   TO  MM  DD  YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?          $ CHARGES
YES☐  NO☑

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. ___   3. ___
2. ___   4. ___

22. MEDICAID RESUBMISSION CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A. DATE(S) OF SERVICE | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS    MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM DD YY | | | To MM DD YY | | | | | | | | | | | |
| 1 | | | | | | | | | | 45.00 | 1.0 | | Y | | |
| 2 | | | | | | | | | | 15.00 | 1.0 | | Y | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER     SSN☐ EIN☐

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES☐  NO☐

28. TOTAL CHARGE
$

29. AMOUNT PAID
$

30. BALANCE DUE
$

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS  I certify that the statements on the reverse apply to this bill and are made a part thereof.

SIGNED          DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

PIN#          GRP#

3

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88

**PLEASE PRINT OR TYPE**

FORM HCFA-1500 (12-90)

PHYSICIAN OR SUPPLIER INFORMATION

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CRAWFORD

PO BOX 271
WILMINGTON OH 45177

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) | 1a INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | | | X | ▓▓▓▓ |

2 PATIENT'S NAME (Last Name, First Name, Middle Initial)
RODRIGUEZ    ROGELIO

3 PATIENT'S BIRTH DATE  MM  DD  YY    SEX
                                    M ▓  F

4 INSURED'S NAME (Last Name, First Name, Middle Initial)
R & L CARRIERS

5 PATIENT'S ADDRESS (No. Street)
123 DOLORES ST

6 PATIENT RELATIONSHIP TO INSURED
Self [ ]  Spouse [ ]  Child [ ]  Other [ ]

7 INSURED'S ADDRESS (No. Street)
271184-1 RABB RD

CITY
PRIMERA

STATE
TX

8 PATIENT STATUS
Single [ ]  Married [X]  Other [ ]

CITY
LA FERIA

STATE
TX

ZIP CODE
78552

TELEPHONE (Include Area Code)
(956) 4128163

Employed [X]  Full-Time Student [ ]  Part-Time Student [ ]

ZIP CODE
78559

TELEPHONE (INCLUDE AREA CODE)
(956) 412-8163

9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10 IS PATIENT'S CONDITION RELATED TO

11 INSURED'S POLICY GROUP OR FECA NUMBER
R & L CARRIERS

a OTHER INSURED'S POLICY OR GROUP NUMBER

a EMPLOYMENT? (CURRENT OR PREVIOUS)
[X] YES  [ ] NO

a INSURED'S DATE OF BIRTH  MM  DD  YY    SEX
                                        M [X]  F

b OTHER INSURED'S DATE OF BIRTH  MM  DD  YY    SEX
                                              M  F

b AUTO ACCIDENT?    PLACE (State)
[ ] YES  [X] NO

b EMPLOYER'S NAME OR SCHOOL NAME
R & L CARRIERS

c EMPLOYER'S NAME OR SCHOOL NAME

c OTHER ACCIDENT?
[ ] YES  [X] NO

c INSURANCE PLAN NAME OR PROGRAM NAME
CRAWFORD

d INSURANCE PLAN NAME OR PROGRAM NAME

10d RESERVED FOR LOCAL USE

d IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ] YES  [ ] NO    If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below
SIGNED  SIGNATURE ON FILE    DATE  02/17/03

13 INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below
SIGNED  SIGNATURE ON FILE

14 DATE OF CURRENT  MM  DD  YY  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
01  16  03

15 IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE  MM  DD  YY
01  16  03

16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM  DD  YY        MM  DD  YY
FROM        TO

17 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a I.D. NUMBER OF REFERRING PHYSICIAN

18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM  DD  YY        MM  DD  YY
FROM        TO

19 RESERVED FOR LOCAL USE

20 OUTSIDE LAB?    $ CHARGES
[ ] YES  [X] NO    .00

21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)
1. 807.8
2. 786.59
3. 807.00
4. 959.01

22 MEDICAID RESUBMISSION CODE    ORIGINAL REF NO

23 PRIOR AUTHORIZATION NUMBER
YES

| 24 A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 17 03 | 01 17 03 | 11 | 1 | 99203 | 1,3,2,4 | 74.00 | 1.0 | | Y | | |
| 01 17 03 | 01 17 03 | 11 | 1 | 99080  73 | 1,3,2,4 | 15.00 | 1.0 | | Y | | |
| 01 22 03 | 01 22 03 | 11 | 1 | 99213 | 1,3,2,4 | 48.00 | 1.0 | | Y | | |
| 01 22 03 | 01 22 03 | 11 | 1 | 99080  73 | 1,3,2,4 | 150.00 | 1.0 | | Y | | |
| 01 22 03 | 01 22 03 | 11 | 1 | 99078  22 | 1,3,2,4 | 25.00 | 1.0 | | Y | | |
| 01 22 03 | 01 22 03 | 11 | 1 | 97110 | 1,3,2,4 | 35.00 | 1.0 | | Y | | |

25 FEDERAL TAX I.D. NUMBER  SSN EIN
74-2118656  [X]

26 PATIENT'S ACCOUNT NO
17669-2003017C

27 ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES  [ ] NO

28 TOTAL CHARGE
$ 347.00

29 AMOUNT PAID
$

30 BALANCE DUE
$ 347.00

31 SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof)
ABRAHAM CANO MD    DATE 02/17/03  MDF0912

32 NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
DR ABRAHAM CANO
2401 ED CAREY DR STE A
HARLINGEN TX 78550

33 PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
ABRAHAM CANO MD
2401 ED CAREY DR #A
HARLINGEN TX 78550
PIN# MDF0912  GRP (956) 425-9181

4

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8 88)    PLEASE PRINT OR TYPE    FORM HCFA-1500 (12-90)

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CRAWFORD

PO BOX 271
WILMINGTON OH 45177

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I D NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| ☐ (Medicare #) | ☐ (Medicaid #) | ☐ (Sponsor's SSN) | ☐ (VA File #) | ☐ (SSN or ID) | ☐ (SSN) | ☒ (ID) | | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| RODRIGUEZ      ROGELIO | MM DD YY | M ☒  F ☐ | R & L CARRIERS |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 123 DOLORES ST | Self ☐  Spouse ☐  Child ☐  Other ☒ | 27184-1 RABB RD |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| PRIMERA | TX | Single ☐  Married ☒  Other ☐ | LA FERIA | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 78552 | (956) 4128163 | Employed ☒  Full-Time Student ☐  Part-Time Student ☐ | 78559 | (956) 412-8163 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | R & L CARRIERS |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH  SEX |
|---|---|---|
| | ☒ YES  ☐ NO | MM DD YY    M ☒  F ☐ |

| b. OTHER INSURED'S DATE OF BIRTH  SEX | b. AUTO ACCIDENT?  PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|
| MM DD YY    M ☐  F ☐ | ☐ YES  ☒ NO | R & L CARRIERS |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | ☐ YES  ☒ NO | CRAWFORD |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | ☐ YES  ☐ NO   If yes, return to and complete item 9 a-d |

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below

SIGNED  SIGNATURE ON FILE  DATE 02/17/03

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| MM DD YY  01 16 03 | 01 16 03 | FROM MM DD YY  TO MM DD YY |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I D NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | | FROM MM DD YY  TO MM DD YY |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?  $ CHARGES |
|---|---|
| | ☐ YES  ☒ NO    .00 |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE  ORIGINAL REF NO |
|---|---|
| 1. 807.8      3. 807.00 | |
| 2. 786.59      4. 459.81 | 23. PRIOR AUTHORIZATION NUMBER  YES |

| 24. A DATE(S) OF SERVICE | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | | | | | | | | |
| 01 22 03 | 01 22 03 | 11 | 1 | 97032 | 1,3,2,4 | 22.00 | 1.0 | | Y | | |
| 01 22 03 | 01 22 03 | 11 | 1 | 97124 | 1,3,2,4 | 28.00 | 1.0 | | Y | | |
| 01 22 03 | 01 22 03 | 11 | 1 | 97035 | 1,3,2,4 | 22.00 | 1.0 | | Y | | |
| 01 22 03 | 01 22 03 | 11 | 1 | 95851 | 1,3,2,4 | 36.00 | 1.0 | | Y | | |
| 01 22 03 | 01 22 03 | 11 | 1 | 99070 | 1 | 15.00 | 1.0 | | Y | | |
| 01 22 03 | 01 22 03 | 11 | 1 | 99070 | 1 | 15.00 | 1.0 | | Y | | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN | 26. PATIENT'S ACCOUNT NO | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 74-2118656  ☒ | 17669-20030117U | ☒ YES  ☐ NO | $ 138.00 | $ | $ 138.00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| ABRAHAM CANO MD | DR ABRAHAM CANO | ABRAHAM CANO MD |
| SIGNED  DATE 02/17/03  MDE0912 | 2401 ED CAREY DR STE A  HARLINGEN TX 78550 | 2401 ED CAREY DR #A  HARLINGEN TX 78550 |
| | | PIN# MDE0912  GRP# (956) 425-9181 |

5

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8 88)    PLEASE PRINT OR TYPE    FORM HCFA-1500 (12-90)

PLEASE DO NOT STAPLE IN THIS AREA

CRAWFORD

PO BOX 271
WILMINGTON OH 45177

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
RODRIGUEZ    ROGELIO

3. PATIENT'S BIRTH DATE  MM DD YY   SEX  M X  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
R & L CARRIERS

5. PATIENT'S ADDRESS (No., Street)
123 DOLORES ST

6. PATIENT RELATIONSHIP TO INSURED
Self  Spouse  Child  Other X

7. INSURED'S ADDRESS (No., Street)
27184-1 RABB RD

CITY
PRIMERA              STATE TX

8. PATIENT STATUS
Single  Married X  Other

CITY
LA FERIA             STATE TX

ZIP CODE
78552

TELEPHONE (Include Area Code)
(956) 4128163

Employed X  Full-Time Student  Part-Time Student

ZIP CODE
78559

TELEPHONE (INCLUDE AREA CODE)
(956) 412-8163

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO

11. INSURED'S POLICY GROUP OR FECA NUMBER
R & L CARRIERS

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
X YES  NO

a. INSURED'S DATE OF BIRTH  MM DD YY   SEX  M X  F

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY   SEX  M  F

b. AUTO ACCIDENT?  PLACE (State)
YES  X NO

b. EMPLOYER'S NAME OR SCHOOL NAME
R & L CARRIERS

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
X YES  NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
CRAWFORD

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  NO  If yes, return to and complete item 9 a-d

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE 02/17/03

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)  MM DD YY
01 16 03

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE  MM DD YY
01 16 03

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM DD YY  FROM  TO  MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM DD YY  FROM  TO  MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES  X NO    $ CHARGES  .00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 807.8    3. 807.00
2. 786.59   4. 959.01

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER
YES

| 24. A DATE(S) OF SERVICE From MM DD YY To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 23 03  01 23 03 | 11 | 1 | 97110 | 1,3,2,4 | 35.00 | 1.0 | | Y | | |
| 01 23 03  01 23 03 | 11 | 1 | 97032 | 1,3,2,4 | 22.00 | 1.0 | | Y | | |
| 01 23 03  01 23 03 | 11 | 1 | 97124 | 1,3,2,4 | 28.00 | 1.0 | | Y | | |
| 01 23 03  01 23 03 | 11 | 1 | 97035 | 1,3,2,4 | 22.00 | 1.0 | | Y | | |
| 01 24 03  01 24 03 | 11 | 1 | 97110 | 1,3,2,4 | 35.00 | 1.0 | | Y | | |
| 01 24 03  01 24 03 | 11 | 1 | 97032 | 1,3,2,4 | 22.00 | 1.0 | | Y | | |

25. FEDERAL TAX I.D. NUMBER  SSN  EIN
74-2118656   X

26. PATIENT'S ACCOUNT NO.
17669-2003017E

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
X YES  NO

28. TOTAL CHARGE
$ 164.00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 164.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
ABRAHAM CANO MD    DATE 02/17/03

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
DR ABRAHAM CANO
2401 ED CAREY DR STE A
HARLINGEN TX 78550
MDF0912

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
ABRAHAM CANO MD
2401 ED CAREY DR #A
HARLINGEN TX 78550
PIN MDF0912    GRP (956) 425-9181

6

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88    PLEASE PRINT OR TYPE    FORM HCFA-1500 (12-90)

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CRAWFORD

PO BOX 271
WILMINGTON OH 45177

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| | | | | | | |
|---|---|---|---|---|---|---|
| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER |
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) X |

1a. INSURED'S I.D. NUMBER    (FOR PROGRAM IN ITEM 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
RODRIGUEZ      ROGELIO

3. PATIENT'S BIRTH DATE
MM  DD  YY      SEX
M X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
R & L CARRIERS

5. PATIENT'S ADDRESS (No., Street)
123 DOLORES ST

6. PATIENT RELATIONSHIP TO INSURED
Self  Spouse  Child  Other X

7. INSURED'S ADDRESS (No., Street)
27184-1 RABB RD

CITY
PRIMERA

STATE
TX

8. PATIENT STATUS
Single   Married X   Other

CITY
LA FERIA

STATE
TX

ZIP CODE
78552

TELEPHONE (Include Area Code)
(956) 4128163

Employed   Full-Time Student   Part-Time Student

ZIP CODE
78559

TELEPHONE (INCLUDE AREA CODE)
(956) 412-8163

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
R & L CARRIERS

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES X   NO

a. INSURED'S DATE OF BIRTH
MM  DD  YY      SEX
M X   F

b. OTHER INSURED'S DATE OF BIRTH
MM  DD  YY      SEX
M   F

b. AUTO ACCIDENT?      PLACE (State)
YES   NO X

b. EMPLOYER'S NAME OR SCHOOL NAME
R & L CARRIERS

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES   NO X

c. INSURANCE PLAN NAME OR PROGRAM NAME
CRAWFORD

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES   NO   If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE      DATE  02/17/03

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
MM  DD  YY
01 16 03

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE
MM  DD  YY
01 16 03

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM  DD  YY        MM  DD  YY
FROM    TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM  DD  YY        MM  DD  YY
FROM    TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?      $ CHARGES
YES   NO X      .00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 807.8      3. 807.00
2. 786.59      4. 959.01

22. MEDICAID RESUBMISSION
CODE      ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER
YES

| 24. A DATE(S) OF SERVICE | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | CPT/HCPCS  MODIFIER | | | | | | | |
| 01 24 03 | 01 24 03 | 11 | 1 | 97124 | 1,3,2,4 | 28.00 | 1.0 | | Y | | |
| 01 24 03 | 01 24 03 | 11 | 1 | 97035 | 1,3,2,4 | 22.00 | 1.0 | | Y | | |
| 01 24 03 | 01 24 03 | 11 | 1 | 99213 | 1,3,2,4 | 48.00 | 1.0 | | Y | | |
| 01 24 03 | 01 24 03 | 11 | 1 | 99080  73 | 1,3,2,4 | 15.00 | 1.0 | | Y | | |
| 01 27 03 | 01 27 03 | 11 | 1 | 99213 | 1,3,2,4 | 48.00 | 1.0 | | Y | | |
| 01 27 03 | 01 27 03 | 11 | 1 | 99080  73 | 1,3,2,4 | 15.00 | 1.0 | | Y | | |

25. FEDERAL TAX I.D. NUMBER      SSN  EIN
74-211865S      X

26. PATIENT'S ACCOUNT NO.
17669-20030171

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES X   NO

28. TOTAL CHARGE
$ 176.00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 176.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
ABRAHAM CANO MD
SIGNED  DATE 02/17/03

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
DR ABRAHAM CANO
2401 ED CAREY DR STE A
HARLINGEN TX 78550
MDE0912

33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
ABRAHAM CANO MD
2401 ED CAREY DR #A
HARLINGEN TX 78550
PIN MDE0912   GRP (956) 425-9181

7

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88      PLEASE PRINT OR TYPE      FORM HCFA-1500 (12-90)

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CRAWFORD

PO BOX 271
WILMINGTON OH 45177

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER | 1a INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | | | X (ID) | |

2 PATIENT'S NAME (Last Name, First Name, Middle Initial)
RODRIGUEZ   ROGELIO

3 PATIENT'S BIRTH DATE   SEX
MM DD YY   M X   F

4 INSURED'S NAME (Last Name, First Name, Middle Initial)
R & L CARRIERS

5 PATIENT'S ADDRESS (No., Street)
123 DOLORES ST

6 PATIENT RELATIONSHIP TO INSURED
Self □  Spouse □  Child □  Other X

7 INSURED'S ADDRESS (No., Street)
27184-1 RABB RD

CITY  PRIMERA   STATE  TX

8 PATIENT STATUS
Single □  Married X  Other □

CITY  LA FERIA   STATE  TX

ZIP CODE  78552   TELEPHONE (Include Area Code) (956) 4128163

Employed X  Full-Time Student □  Part-Time Student □

ZIP CODE  78559   TELEPHONE (INCLUDE AREA CODE) (956) 412-8163

9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10 IS PATIENT'S CONDITION RELATED TO

11 INSURED'S POLICY GROUP OR FECA NUMBER
R & L CARRIERS

a OTHER INSURED'S POLICY OR GROUP NUMBER

a EMPLOYMENT? (CURRENT OR PREVIOUS)
X YES   □ NO

a INSURED'S DATE OF BIRTH   SEX
MM DD YY   M X   F

b OTHER INSURED'S DATE OF BIRTH   SEX
MM DD YY   M □  F □

b AUTO ACCIDENT?   PLACE (State)
□ YES   □ NO

b EMPLOYER'S NAME OR SCHOOL NAME
R & L CARRIERS

c EMPLOYER'S NAME OR SCHOOL NAME

c OTHER ACCIDENT?
X YES   □ NO

c INSURANCE PLAN NAME OR PROGRAM NAME
CRAWFORD

d INSURANCE PLAN NAME OR PROGRAM NAME

10d RESERVED FOR LOCAL USE

d IS THERE ANOTHER HEALTH BENEFIT PLAN?
□ YES   □ NO   If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below
SIGNED  SIGNATURE ON FILE   DATE  02/17/03

13 INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below
SIGNED  SIGNATURE ON FILE

14 DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
MM DD YY  01 16 03

15 IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE
MM DD YY  01 16 03

16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM DD YY   MM DD YY
FROM   TO

17 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a I.D. NUMBER OF REFERRING PHYSICIAN

18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM DD YY   MM DD YY
FROM   TO

19 RESERVED FOR LOCAL USE

20 OUTSIDE LAB?   $ CHARGES
□ YES  X NO   .00

21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 807.8
2. 786.59
3. 807.00
4. 959.01

22 MEDICAID RESUBMISSION CODE   ORIGINAL REF NO

23 PRIOR AUTHORIZATION NUMBER
YES

| 24 A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS   MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | | To MM DD YY | | | | | | | | | | | | |
| 01 | 27 | 03 | 01 | 27 | 03 | 11 | 1 | 97110 | 1,3,2,4 | 35.00 | 1.0 | | Y | | |
| 01 | 27 | 03 | 01 | 27 | 03 | 11 | 1 | 97032 | 1,3,2,4 | 22.00 | 1.0 | | Y | | |
| 01 | 27 | 03 | 01 | 27 | 03 | 11 | 1 | 97124 | 1,3,2,4 | 28.00 | 1.0 | | Y | | |
| 01 | 27 | 03 | 01 | 27 | 03 | 11 | 1 | 97035 | 1,3,2,4 | 22.00 | 1.0 | | Y | | |
| 01 | 28 | 03 | 01 | 28 | 03 | 11 | 1 | 97110 | 1,3,2,4 | 35.00 | 1.0 | | Y | | |
| 01 | 28 | 03 | 01 | 28 | 03 | 11 | 1 | 97032 | 1,3,2,4 | 22.00 | 1.0 | | Y | | |

25 FEDERAL TAX I.D. NUMBER   SSN EIN
74-2118656   X

26 PATIENT'S ACCOUNT NO
17669-2003017G

27 ACCEPT ASSIGNMENT? (For govt. claims, see back)
X YES   □ NO

28 TOTAL CHARGE
$ 164.00

29 AMOUNT PAID
$

30 BALANCE DUE
$ 164.00

31 SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof)
ABRAHAM CANO MD   DATE 02/17/03   MDF0912

32 NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
DR ABRAHAM CANO
2401 ED CAREY DR STE A
HARLINGEN TX 78550

33 PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
ABRAHAM CANO MD
2401 ED CAREY DR #A
HARLINGEN TX 78550
PIN# MDF0912   GRP# (956) 425-9181

8

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CRAWFORD

PO BOX 271
WILMINGTON OH 45177

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER | 1a INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | | | X (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
RODRIGUEZ　　ROGELIO

3. PATIENT'S BIRTH DATE　　SEX
MM DD YY　　M X　F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
R & L CARRIERS

5. PATIENT'S ADDRESS (No., Street)
123 DOLORES ST

6. PATIENT RELATIONSHIP TO INSURED
Self □ Spouse □ Child □ Other □

7. INSURED'S ADDRESS (No., Street)
27184-1 RABB RD

CITY
PRIMERA

STATE
TX

8. PATIENT STATUS
Single □ Married X Other □

CITY
LA FERIA

STATE
TX

ZIP CODE
78552

TELEPHONE (Include Area Code)
(956) 4128163

Employed X Full-Time Student □ Part-Time Student □

ZIP CODE
78559

TELEPHONE (INCLUDE AREA CODE)
(956) 412-8163

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
R & L CARRIERS

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
□ YES X NO

a. INSURED'S DATE OF BIRTH
MM DD YY　　SEX
M X　F □

b. OTHER INSURED'S DATE OF BIRTH　SEX
MM DD YY　　M □　F □

b. AUTO ACCIDENT?　PLACE (State)
□ YES X NO

b. EMPLOYER'S NAME OR SCHOOL NAME
R & L CARRIERS

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
□ YES X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
CRAWFORD

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
□ YES □ NO　If yes, return to and complete item 9 a-d

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE　　DATE 02/17/03

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
MM DD YY
01 16 03

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY
01 16 03

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM DD YY　　MM DD YY
FROM　　TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM DD YY　　MM DD YY
FROM　　TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?　　$ CHARGES
□ YES X NO　　.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)
1. 807.8
2. 786.59
3. 807.00
4. 959.01

22. MEDICAID RESUBMISSION
CODE　　ORIGINAL REF NO

23. PRIOR AUTHORIZATION NUMBER
YES

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 28 03 | 01 28 03 | 11 | 1 | 97124 | 1,3,2,4 | 28.00 | 1.0 | | Y | | |
| 01 28 03 | 01 28 03 | 11 | 1 | 97035 | 1,3,2,4 | 22.00 | 1.0 | | Y | | |
| 01 30 03 | 01 30 03 | 11 | 1 | 97110 | 1,3,2,4 | 35.00 | 1.0 | | Y | | |
| 01 30 03 | 01 30 03 | 11 | 1 | 97032 | 1,3,2,4 | 22.00 | 1.0 | | Y | | |
| 01 30 03 | 01 30 03 | 11 | 1 | 97124 | 1,3,2,4 | 28.00 | 1.0 | | Y | | |
| 01 30 03 | 01 30 03 | 11 | 1 | 97035 | 1,3,2,4 | 22.00 | 1.0 | | Y | | |

25. FEDERAL TAX I.D. NUMBER　SSN EIN
74-2118656　X

26. PATIENT'S ACCOUNT NO
17669-2003017H

27. ACCEPT ASSIGNMENT? (For govt claims see back)
□ YES □ NO

28. TOTAL CHARGE
$ 157.00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 157.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
ABRAHAM CANO MD
SIGNED　DATE 02/17/03 MD#0912

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
DR ABRAHAM CANO MD
2401 ED CAREY DR STE A
HARLINGEN TX 78550

33. PHYSICIAN'S SUPPLIER'S BILLING NAME ADDRESS ZIP CODE & PHONE #
ABRAHAM CANO MD
2401 ED CAREY DR #A
HARLINGEN TX 78550
PIN# MD#0912　GRP# (956) 425-9181

9

PHYSICIAN OR SUPPLIER INFORMATION

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CRAWFORD

PO BOX 271
WILMINGTON OH 45177

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | [X] (ID) | | |

| 2 PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3 PATIENT'S BIRTH DATE | SEX | 4 INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| RODRIGUEZ    ROGELIO | MM DD YY | M [X]  F [ ] | R & L CARRIERS |

| 5 PATIENT'S ADDRESS (No., Street) | 6 PATIENT RELATIONSHIP TO INSURED | 7 INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 123 DOLORES ST | Self [ ] Spouse [ ] Child [ ] Other [X] | 27184-1 RABB RD |

| CITY | STATE | 8 PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| PRIMERA | TX | Single [ ] Married [X] Other [ ] | LA FERIA | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 78552 | (956) 4128163 | Employed [X] Full-Time Student [ ] Part-Time Student [ ] | 78559 | (956) 412-8163 |

| 9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10 IS PATIENT'S CONDITION RELATED TO | 11 INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | R & L CARRIERS |

| a OTHER INSURED'S POLICY OR GROUP NUMBER | a EMPLOYMENT? (CURRENT OR PREVIOUS) | a INSURED'S DATE OF BIRTH     SEX |
|---|---|---|
| | [X] YES  [ ] NO | MM DD YY     M [X]  F [ ] |

| b OTHER INSURED'S DATE OF BIRTH    SEX | b AUTO ACCIDENT?    PLACE (State) | b EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|
| MM DD YY     M [ ]  F [ ] | [ ] YES  [X] NO | R & L CARRIERS |

| c EMPLOYER'S NAME OR SCHOOL NAME | c OTHER ACCIDENT? | c INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | [X] YES  [ ] NO | CRAWFORD |

| 10 INSURANCE PLAN NAME OR PROGRAM NAME | 10d RESERVED FOR LOCAL USE | d IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | [ ] YES  [ ] NO    If yes, return to and complete item 9 a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM

12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**    DATE 02/17/03

13 INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

| 14 DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15 IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE | 16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| MM DD YY   01 16 03 | MM DD YY   01 16 03 | FROM MM DD YY    TO MM DD YY |

| 17 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a I.D. NUMBER OF REFERRING PHYSICIAN | 18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | | FROM MM DD YY    TO MM DD YY |

| 19 RESERVED FOR LOCAL USE | | 20 OUTSIDE LAB?    $ CHARGES |
|---|---|---|
| | | [ ] YES  [X] NO    .00 |

21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 807.8     3. 807.00
2. 786.59     4. 959.01

| 22 MEDICAID RESUBMISSION CODE    ORIGINAL REF NO |
|---|
| |

| 23 PRIOR AUTHORIZATION NUMBER |
|---|
| YES |

| 24 A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | | To MM DD YY | | | | | CPT/HCPCS | MODIFIER | | | | | | | |
| 02 03 03 | | | 02 03 03 | | | 11 | 1 | 97110 | | 1,3,2,4 | 70.00 | 2.0 | | Y | | |
| 02 03 03 | | | 02 03 03 | | | 11 | 1 | 97032 | | 1,3,2,4 | 22.00 | 1.0 | | Y | | |
| 02 03 03 | | | 02 03 03 | | | 11 | 1 | 97124 | | 1,3,2,4 | 28.00 | 1.0 | | Y | | |
| 02 03 03 | | | 02 03 03 | | | 11 | 1 | 97035 | | 1,3,2,4 | 22.00 | 1.0 | | Y | | |
| 02 05 03 | | | 02 05 03 | | | 11 | 1 | 97110 | | 1,3,2,4 | 105.00 | 3.0 | | Y | | |
| 02 05 03 | | | 02 05 03 | | | 11 | 1 | 97032 | | 1,3,2,4 | 22.00 | 1.0 | | Y | | |

| 25 FEDERAL TAX I.D. NUMBER    SSN EIN | 26 PATIENT'S ACCOUNT NO. | 27 ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28 TOTAL CHARGE | 29 AMOUNT PAID | 30 BALANCE DUE |
|---|---|---|---|---|---|
| 74-2118656    [X] | 17669-20030171 | [X] YES  [ ] NO | $ 269.00 | $ | $ 269.00 |

| 31 SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32 NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33 PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| ABRAHAM CANO MD | DR ABRAHAM CANO | ABRAHAM CANO MD |
| SIGNED _____  DATE 02/17/03  MDF0912 | 2401 ED CAREY DR STE A | 2401 ED CAREY DR #A |
| | HARLINGEN TX 78550 | HARLINGEN TX 78550 |
| | | PIN# MDF0912  GRP# (956) 425-9181 |

10

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR TYPE    FORM HCFA-1500 (12-90)

PLEASE DO NOT STAPLE IN THIS AREA

CRAWFORD
PO BOX 271
WILMINGTON OH 45177

# HEALTH INSURANCE CLAIM FORM

PICA                                                                                          PICA

| MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER ☑ (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE MM DD YY  SEX M☑ F☐ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| RODRIGUEZ     ROGELIO | | R & L CARRIERS |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 123 DOLORES ST | Self☐ Spouse☐ Child☐ Other☑ | 27184-1 RABB RD |

| CITY                     STATE | 8. PATIENT STATUS | CITY                     STATE |
|---|---|---|
| PRIMERA              TX | Single☐ Married☑ Other☐ | LA FERIA             TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 78552 | (956) 412-8163 | Employed☑ Full-Time Student☐ Part-Time Student☐ | 78559 | (956) 412-8163 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | R & L CARRIERS |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES☑ NO☐ | a. INSURED'S DATE OF BIRTH MM DD YY  SEX M☑ F☐ |
|---|---|---|

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY  SEX M☐ F☐ | b. AUTO ACCIDENT? YES☐ NO☑ PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|
| | | R & L CARRIERS |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES☐ NO☑ | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | CRAWFORD | YES☐ NO☐  If yes, return to and complete item 9 a-d |

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE          DATE  02/17/03

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) MM DD YY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY  TO  MM DD YY |
|---|---|---|
| 01 15 03 | 01 15 03 | FROM  TO |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY  TO  MM DD YY |
|---|---|---|
| | | FROM  TO |

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB?  $ CHARGES |
|---|---|---|
| | | YES☐ NO☑         .00 |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1, 2, 3 OR 4 TO ITEM 24E BY LINE)

1. 807.8      3. 807.00
2. 786.59     4. 459.01

22. MEDICAID RESUBMISSION CODE     ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

YES

| 24. A. DATES OF SERVICE From MM DD YY   To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 05 03  02 05 03 | 11 | 1 | 97124 | 1,3,2,4 | 28.00 | 1.0 | | Y | | |
| 02 05 03  02 05 03 | 11 | 1 | 97035 | 1,3,2,4 | 22.00 | 1.0 | | Y | | |
| 02 07 03  02 07 03 | 11 | 1 | 97110 | 1,3,2,4 | 105.00 | 3.0 | | Y | | |
| 02 07 03  02 07 03 | 11 | 1 | 97032 | 1,3,2,4 | 22.00 | 1.0 | | Y | | |
| 02 07 03  02 07 03 | 11 | 1 | 97124 | 1,3,2,4 | 28.00 | 1.0 | | Y | | |
| 02 07 03  02 07 03 | 11 | 1 | 97035 | 1,3,2,4 | 22.00 | 1.0 | | Y | | |

| 25. FEDERAL TAX I.D. NUMBER    SSN☐ EIN☑ | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES☑ NO☐ | 28. TOTAL CHARGE $ 227.00 | 29. AMOUNT PAID $ | 30. BALANCE DUE $ 227.00 |
|---|---|---|---|---|---|
| 74-2118656 | 17669-20030171 | | | | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| ABRAHAM CANO MD SIGNED   DATE 02/17/03 | DR ABRAHAM CANO 2401 ED CAREY DR STE A HARLINGEN TX 78550 MDE0912 | ABRAHAM CANO MD 2401 ED CAREY DR #A HARLINGEN TX 78550 PIN MDE0912  GRP (956) 425-9181 |

**11**

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE   FORM HCFA-1500 (12-90)

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CRAWFORD

PO BOX 271
WILMINGTON OH 45177

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| Medicare # | Medicaid # | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3 PATIENT'S BIRTH DATE | SEX | 4 INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| RODRIGUEZ     ROGELIO | MM DD YY | M X F | R & L CARRIERS |

| 5. PATIENT'S ADDRESS (No., Street) | 6 PATIENT RELATIONSHIP TO INSURED | 7 INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 123 DOLORES ST | Self □ Spouse □ Child □ Other X | 271184-1 RABB RD |

| CITY | STATE | 8 PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| PRIMERA | TX | Single □ Married X Other □ | LA FERIA | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 78552 | (956) 4128163 | Employed X Full-Time Student □ Part-Time Student □ | 78559 | (956) 412-8163 |

| 9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10 IS PATIENT'S CONDITION RELATED TO | 11 INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | R & L CARRIERS |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a EMPLOYMENT? (CURRENT OR PREVIOUS) | a INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | X YES □ NO | MM DD YY | M X F |

| b OTHER INSURED'S DATE OF BIRTH | SEX | b AUTO ACCIDENT? | PLACE (State) | b EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| MM DD YY | M □ F □ | □ YES X NO | | R & L CARRIERS |

| c EMPLOYER'S NAME OR SCHOOL NAME | c OTHER ACCIDENT? | c INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | X YES □ NO | CRAWFORD |

| d INSURANCE PLAN NAME OR PROGRAM NAME | 10d RESERVED FOR LOCAL USE | d IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | □ YES □ NO  If yes, return to and complete item 9 a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE 02/17/03

13 INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

| 14 DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15 IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE | 16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| MM DD YY   01 16 03 | MM DD YY   01 16 03 | FROM   TO |

| 17 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a I.D. NUMBER OF REFERRING PHYSICIAN | 18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | | FROM   TO |

| 19 RESERVED FOR LOCAL USE | 20 OUTSIDE LAB? | $ CHARGES |
|---|---|---|
| | □ YES X NO | .00 |

21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 807.8    3. 807.00
2. 786.59   4. 959.01

| 22 MEDICAID RESUBMISSION CODE | ORIGINAL REF NO |
|---|---|
| | |

23 PRIOR AUTHORIZATION NUMBER

YES

| A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 07 03 | 02 07 03 | 11 | 1 | 99213 | 1,3,2,4 | 48.00 | 1.0 | | Y | | |
| 02 07 03 | 02 07 03 | 11 | 1 | 99080   73 | 1,3,2,4 | 15.00 | 1.0 | | Y | | |
| 02 14 03 | 02 14 03 | 11 | 1 | 99213 | 1,3,2,4 | 48.00 | 1.0 | | Y | | |
| 02 14 03 | 02 14 03 | 11 | 1 | 99080   73 | 1,3,2,4 | 15.00 | 1.0 | | Y | | |
| | | | | | | | | | | | |

| 25 FEDERAL TAX I.D. NUMBER | SSN EIN | 26 PATIENT'S ACCOUNT NO | 27 ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28 TOTAL CHARGE | 29 AMOUNT PAID | 30 BALANCE DUE |
|---|---|---|---|---|---|---|
| 74-2118656 | X | 17669-2003017K | X YES □ NO | $ 126.00 | $ | $ 126.00 |

| 31 SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof) | 32 NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33 PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| ABRAHAM CANO MD | DR ABRAHAM CANO | ABRAHAM CANO MD |
| SIGNED   DATE 02/17/03   MDF0912 | 2401 ED CAREY DR STE A HARLINGEN TX 78550   MDF0912 | 2401 ED CAREY DR #A HARLINGEN TX 78550   PIN MDF0912   GRP (956) 425-9181 |

12

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88   PLEASE PRINT OR TYPE   FORM HCFA-1500 (12-90)

Employee – You are required to report your injury to your employer within 30 days if your employer has workers' compensation insurance. You have the right to free statistics from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office or (1800)-252-7031.

Trabajador – Es necesario que usted reporte su lesión a su empleador dentro de 30 días a partir del día en que se lesionó, si su empleador tiene seguro de compensación para trabajadores, la Comisión Tejana de Compensación para Trabajadores le ofrece asistencia gratuita, también puede que usted tenga derecho a ciertos beneficios médicos y monetarios. Para mayor información llame a la oficina local de la Comisión 1–800–252-7031.



## TWCC-69 – REPORT OF MEDICAL EVALUATION

TWCC#:

### PART I:  GENERAL INFORMATION

1. Workers' Compensation Insurance Carrier
Crawford

2. Employer's Name
R+L Carriers

3. Employer's Address
29164 -1 Rabb Rd.
City Laferia  State Tx  Zip 78559

4. Injured Employee's Name (Last, First, MI)
Rodriguez, Roselio

5. Date of Injury
1-14-03

6. Social Security Number

7. Employee's Phone#
956-412-8163

8. Employee's Address
123 Dolores Rd.
City Primera  State Tx  Zip 78552

9. Certifying Doctor's Name and Licensure
ABRAHAM CANO MD

10. Certifying Doctor's License Number and Jurisdiction
MDF0912

11. Certifying Doctor's Phone & Fax #
(Ph) 956-425-9181 (Fax) 956-425-1262

12. Certifying Doctor's Address
2401 ED CAREY DR STE A
City HARLINGEN  State TX  Zip 78550

### PART II:  DOCTOR'S ROLE AND CERTIFICATION

13. Indicate which role you are serving in the claim in performing this evaluation. Only a doctor serving in one of the following roles is authorized to evaluate MMI/Impairment and file this report (Commission Rule 130.1 governs such authorization):

[X] Treating Doctor    [ ] Doctor Selected by Treating Doctor acting in place of the Treating Doctor    [ ]  Designated Doctor Selected by the Commission

[ ] Carrier-Selected RME Doctor approved by the Commission to evaluate MMI and/or permanent impairment after a Designated Doctor examination.

NOTE – If you are not authorized to file this report, you will not be paid for this report or the MMI/Impairment examination.

14. I HEREBY CERTIFY THAT THIS REPORT OF MEDICAL EVALUATION is complete and accurate and complies with the Texas Workers' Compensation Act and applicable rules, and I understand that making a misrepresentation about a workers' compensation claim is a crime that can result in fines and/or imprisonment.

Signature of Certifying Doctor: X _____   Date of Certification: 4-22-03

### PART III:  MEDICAL STATUS INFORMATION

15. Date of Exam
4/22/03

16. Diagnosis (ICD-9 Codes)
1) 807.8    2) 807.00    3) 784.59    4) 959.01

17. Indicate whether the employee has reached Clinical or Statutory MMI based upon the following definitions:

Clinical Maximum Medical Improvement (Clinical MMI) is the earliest date after which, based upon reasonable medical probability, further material recovery from or lasting improvement to an injury can no longer reasonably be anticipated.

Statutory MMI is the later of: (1) the end of the 104th week after the date that temporary income benefits (TIBs) began to accrue; or (2) the date to which MMI was extended by the commission through operation of Texas Labor Code §408.104.

a) [X] Yes, I certify that the employee reached [ ] STATUTORY / [X] CLINICAL (mark one) MMI on 4/22/03 (may not be a prospective date) and have included documentation in this certification in the attached narrative.    OR

b) [ ] No, I certify that the employee has NOT reached MMI but is expected to reach MMI on or about ___/___/___. The reason the employee has not reached MMI is documented in the attached narrative.

NOTE – The fact that an employee reaches either Clinical MMI or Statutory MMI does not signify that the employee is no longer entitled to medical benefits.

### PART IV:  PERMANENT IMPAIRMENT

18. If the employee has reached MMI, indicate whether the employee has permanent impairment as a result of the compensable injury.

"Impairment" means any anatomic or functional abnormality or loss existing after MMI that results from a compensable injury and is reasonably presumed to be permanent. The finding that impairment exists must be made based upon objective clinical or laboratory findings meaning a medical finding of impairment resulting from a compensable injury, based upon competent objective medical evidence that is independently confirmable by a doctor, including a designated doctor, without reliance on the subjective symptoms perceived by the employee.

a) [X] I certify that the employee does not have any permanent impairment as a result of the compensable injury.    OR

b) [ ] I certify that the employee has permanent impairment as a result of the compensable injury. The amount of permanent impairment is ____%, which was determined in accordance with the requirements of the Texas Workers' Compensation Act and Commission Rules. The attached narrative provides documentation involved in the calculation of the impairment rating assigned using the following edition of the Guides to the Evaluation of Permanent Impairment published by the American Medical Association (AMA):

[ ] third edition, second printing, February 1989.    OR

[X] fourth edition, 1st, 2nd, 3rd, or 4th printing, including corrections and changes issued by the AMA prior to May 16, 2000.

### PART V:  TREATING DOCTOR'S AGREEMENT OR DISAGREEMENT WITH ANOTHER DOCTOR'S CERTIFICATION

19. Treating Doctor's Name and Degree

20. Treating Doctor's License Number and Jurisdiction

21. Treating Doctor's Phone & Fax #s
(Ph)         (Fax)

22. [ ] I AGREE / [ ] I DISAGREE with the certifying doctor's certification of MMI.

23. [ ] I AGREE / [ ] I DISAGREE with the certifying doctor's finding of no impairment.
OR
[ ] I AGREE / [ ] I DISAGREE with the impairment rating assigned by the certifying doctor.

24. I understand that making a misrepresentation about a workers' compensation claim is a crime that can result in fines and/or imprisonment.

Signature of Treating Doctor: _____   Date: _____

13

TWCC 69 (Rev. 01/2002)                 Rule 130.1

## PHYSICIAN SERVICE REQUEST FORM
## REHABILITATION & PHYSICAL MEDICINE THERAPY PRESCRIPTION

**NAME:** _Rogelio Rodriguez_

**DIAGNOSIS:** _R rib sep_

Treatment to be delivered by _Nora Lopez_

**DATE:** _1-22-03_

**ICD-9:** _____

CIRCLE ONE:
MEDICARE
MEDICAID NUMBER _____
PRIVATE PAY
PERSONAL INSURANCE
WORKER'S COMPENSATION

SPECIAL INSTRUCTIONS: _____
_____
_____
_____

## PHYSICAL MEDICINE THERAPY ORDER

**FREQUENCY:** __X__ **DAILY**
_____ **2 X WEEK**
_____ **3 X WEEK**

**DURATION:** ____ **DAYS**
__2__ **WEEKS**
_____ **MONTHS**

__X__ Massage
__X__ ROM Exercise Active
_____ ROM Exercise Passive
__X__ Ultrasound
_____ Sterilize Whirlpool
__✓__ Moist Hot Pack/Heat
__✓__ Electrical Stimulation
_____ Unlisted Therapeutic Procedure
(Specify) _____
_____
_____

_____ Flexibility Exercise
_____ Gait Training
_____ Cold packs
_____ Strengthening Exercise
_____ Lumbosacral Support
_____ Traction, Manual
_____ Traction, Mechanical
_____ Teach/Train patient and/or
       care giver
In the following procedure _____
_____
_____

### AREA(S) OF TREATMENT

| | | |
|---|---|---|
| 1. Neck | 11. R-Upper Arm | 21. R-Calf |
| 2. R-Trapezius Region | 12. Left-Upper Arm | 22. L-Ankle |
| 3. L-Trapezius Region | 13. R-Forearm | 23. R-Ankle |
| 4. R-Shoulder | 14. L-Forearm | 24. L-Foot |
| 5. L-Shoulder | 15. Pelvic Region | 25. R-Foot |
| 6. Upper Back | 16. R-Thigh | 26. L-Hand |
| 7. Mid-Back | 17. L-Thigh | 27. R-Hand |
| 8. Lower Back | 18. L-Knee | 28. R-Elbow |
| 9. R-Hip | 19. R-Knee | 29. L-Elbow |
| 10. L-Hip | 20. L-Calf | 30. Other Specify _rib_ |

Signed _____ MD

14

# Patient Tracking Form

Name: Rogelio Rodriguez                 Age: _____   Sex: ♂   Date Started: 1-2

SSN _____           Race: _____         Date Completed: |-

Home Phone: 412.8163   Work Phone: 757-360/   Referral Source: _____

Insurance: ☒ WC  ☐ PI  ☐ Major Med.  ☐ Medicare   Program: ☐ FCE  ☒ PT  ☐ WC  ☐ WH  ☐ PM  ☐ F

Diagnosis: _____   Marketing:  WI   NP   TV   R   Other:

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|-----|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| Jan |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| Feb |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| Mar |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |

E: Initial Exam                     Yellow: ☒ Attended              Green: ◯ Next Dr. Appointment          C: Cancel
R: Re-Exam                          Pink: ☒ Missed Appointment      Red: ■ Discharged

| Preparation | Date |
|-------------|------|
| Obtained Prescription |  |
| Obtained Medical Records |  |
| Contact Referral Source |  |
| Contact Employer |  |

| Stats |  |
|-------|--|
| Total Number of Visits |  |
| Missed Appointments |  |
| Total Cost of Care |  |
| Reports Sent out On Time |  |

| Tests & Consultations | Date |
|-----------------------|------|
| ☐ Initial FCE  ☐ Subsequent FCE  ☐ Final FCE |  |
| X-Ray |  |
| MRI: |  |
| Lab |  |
| Neurological Exam: |  |
| Orthopedic Exam: |  |
| Consultation With: |  |
| Surgery With: |  |

| Discharge Outcomes |  |
|--------------------|--|
| MMI / Impairment Rating        Percent |  |
| Patient Showed Daily Progression |  |
| Patient Reached RTW Status |  |
| Patient Attained WH / WC Goals |  |
| Returned to Work  ☐ No Restrictions  ☐ With Restrictions |  |
| Non - Compliant Release |  |
| Home Exercise Programs |  |
| Patient Education Programs |  |

| Satisfaction Surveys | Y / N |
|----------------------|-------|
| Patient Satisfied With Services |  |
| Referral Source Satisfied With Services |  |
| Employer Satisfied With Services |  |

| Patient Follow-Up | Not | SAT | UNS |
|-------------------|-----|-----|-----|
| 3 Months Post Discharge |  |  |  |
| 6 Months Post Discharge |  |  |  |
| 1 Year Post Discharge |  |  |  |

**15**

Notes

### SHOULDER - 7
#### Range of Motion Exercises
#### (Self-stretching activities):
#### Flexion



Sitting upright, slide forearm forward along table as you bend from the waist until a stretch is felt.

Hold __3__ seconds.
Repeat __/0__ times.
Do __/__ sessions per day.

*Copyright VHI 1990*

### SHOULDER - 8
#### Range of Motion Exercises
#### (Self-stretching activities):
#### Flexion(alternate)

Slide arm up wall with palm toward you by moving closer to wall.

Hold __3__ seconds.
Repeat __/0__ times.
Do __/__ sessions per day.

*Copyright VHI 1990*

### SHOULDER - 9  Range of Motion Exercises
#### (Self-stretching activities):  Abduction




With arm resting on table, palm up, bring head down toward arm as you simultaneously move trunk away from table.
Hold __3__ seconds.     Repeat __/0__ times.

16

## SHOULDER - 25
### Range of Motion Exercises
(Codman's Exercises):
Pendulum (side-to-side)

Gently move arm from side to side by rocking body weight from side to side.
Let arm swing freely.

Repeat 10 times.
Do _1_ sessions per day.

Copyright VHI 1990



## SHOULDER - 26
### Range of Motion Exercises
(Codman's Exercises): Pendulum
(Clockwise/counterclockwise)

Let arm move in a circle clockwise, then counterclockwise by rocking body weight in a circular pattern.

Repeat 10 times.
Do _1_ sessions per day.

Copyright VHI 1990

## SHOULDER - 27
### Range of Motion Exercises (Codman's Exercises):
Saws (shoulder protraction/retraction)

Supporting body weight with hand on table, reach out in front of you. Pull arm back pinching shoulder blades together.

Repeat _3_ times.
Do _1_ sessions per day.

Copyright VHI 1990



## SHOULDER - 28  Range of Motion Exercises
(Codman's Exercises): Crosses
(horizontal abduction/adduction)

Supporting body weight with other hand, reach across body as far as you can, then pull back.
Repeat _1_ times. Do _1_ sessions per day.   Copyright VHI 1990



7

Rojelio Rodriguez
1-22-03

## SHOULDER - 1
### Range of Motion Exercises
(Wand activities):  Flexion



Bring wand directly overhead,
leading with uninvolved side.
Reach back until you feel a
stretch.

Hold  _3_  seconds.

Repeat _10_ times.

Do___/ sessions per day.



*Copyright VHI 1990*

## SHOULDER - 2
### Range of Motion Exercises
(Wand activities):  Abduction

Holding wand with involved side
palm up, push wand directly out
from your side with uninvolved
side (palm down) until you feel a
stretch.

Hold___ _3_ seconds.

Repeat _10_ times.

Do___/ sessions per day.

*Copyright VHI 1990*

## SHOULDER - 3  Range of Motion Exercises
(Wand activities):  External/Internal Rotation



18

Hold wand with involved side palm up, push with uninvolved
side (palm down) out from body while keeping elbow at side
until you feel a stretch.  Then pull back across body leading
with uninvolved side.  Be sure to keep elbows bent.

Hold _3_ seconds.     Repeat _10_ times.

Do   / sessions per day.



SHOULDER - 4 Range of Motion Exercises
(Wand activities):  External and Internal Rotation



Move wand upward toward head, then down toward waistline.
Hold__3__seconds.        Repeat__10__times.
Do__/__sessions per day.        *Copyright VHI 1990*

---

**SHOULDER - 5  Range of Motion Exercises**
(Wand activities):  Horizontal abduction/adduction



Keeping both palms down, push wand across body with
uninvolved side.  Then pull back across body, keeping arms
parallel to floor. Do not allow your trunk to twist.
Hold__3__seconds.        Repeat__10__times.
Do__/__sessions per day.        *Copyright VHI 1990*

---

**SHOULDER - 6  Range of Motion Exercises**
(Wand activities):  Extension



Lift backward from buttocks until a stretch is felt.
Hold__3__seconds.        Repeat__10__times.
Do__/__sessions per day.        *Copyright VHI 1990*

19

ACCT _____ DOB ▓▓ ⬤ / ⬤ / (MALE) FEMALE NEW ESTABLIS... d TI 8:50 NO ___ TO ___

NAME: Rodriguez Rogelio        DATE FEB 2 8 2003   PRIV __ WC ✓ /MVA __ MCR __ MCD __ MM __ C

AGE 43  B/P _____ HT 44" WT 230  TEMP _____ PULSE _____ ALLERGIES None

**SUBJECTIVE**

PREVIOUS DX:

HX: Flu to a rib fracture states he is feeling better but every now he has a sharp pain + that area c/o shoulder pain. S/P = civk. Reg wurk doing ck

Now now a occu pain to Rt feet trapezius

"Bearded male involved in mva 1-16 c3w4 fx ribs + this day many married 4 children — working for Rt-L x 2years. Mother w/ Dm II father deceased unknown causes. Surgery to Sinus + Rt eye in 3 u3 Truck driver x 2yrs

ROS

HEAD _____
EYES _____
EARS _____
NOSE & THROAT _____
NECK _____
BREASTS _____
CARDIO-RESP _____
GASTRO-INTES _____
GENITO-URINARY _____
MUSCULO-SKELETAL _____
NEURO _____
SKIN _____

HABITS–DRINKS Ø SMOKES Ø DRUGS ✓ DIET Ø EXERCISE
IMMUNIZATIONS CURRENT AS PER HISTORY GIVEN BY PATIENT

(9)GASTROINTESTINAL ___NL ___ABN ___NE
___VERY LARGE ___TENDER ___SEE DRAWING

(10)SKIN ___NL ___ABN ___NE
___P/NAILS DEF ___T/NAILS DEF ___TAGS TO NECK
___MULT/MOLES ___FACE ___BODY
___PALE ___DRY ___PURPURA TO EXT
___RASH ___MACULAR ___PAPULAR ___ERYTHEMA
___PRURITAS ___ERUPTIONS ___SCALES ___OTHER

(11)NEUROLOGY ___NL ___ABN ✓ NE
___RHOMBERG ___GAIT ___SPEECH
___PARALYSIS & OR WEAK TO

(12)GENITO URINARY MALE ___NL ___ABN ___NE
___PENIS ___SCROTUM ___TESTICLES
___PROSTATE SIZE ___MASS
___ANUS ___GUIAC ___OTHER

(13)GENITO URINARY FEMALE ___NL ___ABN ✓ NE
___PAP DONE
___DISCHARGE ___OTHER

**OBJECTIVE**

PHYSICAL EXAM
GENERAL APPEARANCE ✓ HEALTHY ___UNHEALTHY
___CANE ___TL
___WALKER ___KG
___W/CHAIR ___SM
___ACUTELY ILL ___NL ___OW ⬤ OO

(1)EYES ✓ NL ___ABN ___NE
___GLASSES ___CONTACTS ___IMPLANTS
___BAS ___DEF/PUPILS ___MATT/DISCH
___ERYTH & SWELLING TO SCLERA TO CONJ
___FTEREGUMS ___OTHER

(2)EARS, NOSE, THROAT ✓ NL ___ABN ___NE
___NOSE ___CONG ___RUNNING
___PHAR/THROAT-ERYTH-PAIN-TENDER-SWOLLEN
___TM'S ___ERYTH ___DULL ___CANALS ___CERUMEN
___TENDER SINUSES ___SWOLLEN
___POOR DENTAL/MULT CARIES ___FEW/NO TEETH
___TONGUE-DIRTY & COATED ___DRY ORAL MUCOSA
___DENTURES/PARTIALS ___OTHER

(3)NECK ✓ NL ___ABN ___NE ___GOITER ___ADEN

(4)LYMPHATIC ✓ NL ___ABN ___NE
___TENDER-ANTERIOR NECK ADENOPATHY

(5)PULMONARY ✓ NL ___ABN ___NE
___DRY COUGH ___CONG/COUGH ___WHEEZY COUGH
___RALES ___RHONCHI ___WHEEZING ___OTHER

(6)CARDIOVASCULAR ✓ NL ___ABN ___NE
___A.FIB-IRREG/IRREG (RATE)
___IRREG W/OCCAS PAUSE (RATE)
___SYS. MURMUR ___DECREASED PULSES TO LOW EXT.

(7)MUSCULOSKELETAL ___NL ✓ ABN ___NE
___THORACIC KYPHOSIS ___TENDER/PAINFUL AREAS
✓ SEE DRAWING ___OTHER

(14)BREAST EXAM ___NL ___ABN ___NE
___OTHER

(15)PSYCHIATRIC ___NL ___ABN ___NE
___ANXIOUS ___STRESSED ___DEPRESSED
___INSOMNIA ___CRYING/TEARFUL
___OTHER

**ASSESSMENT**

Dx ① Improved
    — Resolving
② Reducible pain

Rt feet Trapezius Muscle "

___ AND STABLE W/ABOVE MENTIONED MEDICAL PROBLEMS

PLAN ① rest - F/u
② Motrin 600 tid 50
③ methocarb — tid a Heat

improved still tender w/inspiration

LAB/X-RAYS/REF
___FASTING ___
___SMAC 12
___CBC W/DIFF
___URINALYSIS

___T-CHOL
___TSH
___PSA
___URIC ACID
___GUIAC
___FBS
___HgA1C
___LYTES
___LIPID PANEL
___HEPATIC PANEL
___BUN/CREAT
___AST/ALT
___H-PYLORI

___EKG
___CHEST X-RAY
___HOLTER
___STREP TEST
___TYMPANOMETR
___GLUCOMETER
___SED RATE
___BREATHING RX

___DEPO MED 80MG
___ROBAXIN 5MG
___NUBAINE 10MG

SURGICAL PROCEDURE
REFERRAL TO ___

20

RTC 2 WK WORK        REST _____ ( )SEE TWCC
___THERAPY                    ___DISCUSSED MEDS. & MED PROBLEMS W/PAT
✓ REFILL SAME MEDICATIONS & DISCUSS W/PAT   ___REFERRED PATIENT TO ___

Employee - You are required to report your injury t_____loyer within 30 days if your employer has workers' compensation i_____urance  You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office or 1(800)-252-7031.

Trabajador - Es necesan_____d reporte su lesión a su empleador dentro de 30 días a partir del dia en que se le_____s, si su empleador tiene seguro de compensación para trabajadores la Comisión Tejana de Compensación para trabajadores le ofrece asistencia gratuita, también puede que usted tenga derecho a ciertos beneficios médicos y monetarios Para mayor información llame a la oficina local de la Comisión 1-800-252-7031



# TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

| **PART I: GENERAL INFORMATION** | Doctor's Name and Degree DR. ABRAHAM CANO, M.D. | (for transmission purposes only) | Date Being Sent FEB 28 2003 |
|---|---|---|---|

| 1 Injured Employee's Name Rodriguez Rogelio | 5 Clinic/Facility Name ED CAREY DR FAMILY MED CTR | Employer's Name R&C Carriers |
|---|---|---|

| 2. Date of Injury 1-16-03 | 3 Social Security Number | 7 Clinic/Facility/Doctor Phone & Fax (956) 425-9181 (956) 425-1262 | Employer's Fax # or Email Address (if known) 797-3347 |
|---|---|---|---|

| 4 Employee's Description of Injury/Accident Rogelio Rodriguez Rt Rib - Chest fracture | 8 Clinic/Facility/Doctor Address (street address) 2401 ED CAREY DR. SUITE A | Insurance Carrier |
|---|---|---|
| | City HARLINGEN, State TEXAS Zip 78550 | Carrier's Fax # or Email Address (if known) |

## PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury:

[X] (a) will allow the employee to return to work as of 2-28-03 (date) **without restrictions.**

[ ] (b) will allow the employee to return to work as of _____ (date) **with the restrictions** identified in PART III, which are expected to last through _____ (date).

[ ] (c) is such that the employee is/has been restricted from all work as of _____ (date) which is expected to last through _____ (date). The following describes how this injury prevents the employee from returning to work:

## PART III: ACTIVITY RESTRICTIONS* (REQUIRED IF BOX 13(b) IS CHECKED)

**14. POSTURE RESTRICTIONS (If any):**

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Standing | [ ] | [ ] | [ ] | [ ] | [ ] | ___ |
| Sitting | [ ] | [ ] | [ ] | [ ] | [ ] | ___ |
| Kneeling/Squatting | [ ] | [ ] | [ ] | [ ] | [ ] | ___ |
| Bending/Stooping | [ ] | [ ] | [ ] | [ ] | [ ] | ___ |
| Pushing/Pulling | [ ] | [ ] | [ ] | [ ] | [ ] | ___ |
| Twisting | [ ] | [ ] | [ ] | [ ] | [ ] | ___ |
| Other: ___ | [ ] | [ ] | [ ] | [ ] | [ ] | ___ |

**15. RESTRICTIONS SPECIFIC TO (if applicable):**

| | |
|---|---|
| [ ] L Hand/Wrist | [ ] R Hand/Wrist |
| [ ] L Arm | [ ] R Arm  [ ] Neck |
| [ ] L Leg | [ ] R Leg  [ ] Back |
| [ ] L Foot/Ankle | [ ] R Foot/Ankle |
| [ ] Other: ___ | |

**16. OTHER RESTRICTIONS (if any):** Return to Regular work 2-28-03

**17. MOTION RESTRICTIONS (If any):**

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Walking | [ ] | [ ] | [ ] | [ ] | [ ] | ___ |
| Climbing stairs/ladders | [ ] | [ ] | [ ] | [ ] | [ ] | ___ |
| Grasping/Squeezing | [ ] | [ ] | [ ] | [ ] | [ ] | ___ |
| Wrist flexion/extension | [ ] | [ ] | [ ] | [ ] | [ ] | ___ |
| Reaching | [ ] | [ ] | [ ] | [ ] | [ ] | ___ |
| Overhead Reaching | [ ] | [ ] | [ ] | [ ] | [ ] | ___ |
| Keyboarding | [ ] | [ ] | [ ] | [ ] | [ ] | ___ |
| Other: ___ | [ ] | [ ] | [ ] | [ ] | [ ] | ___ |

**18. LIFT/CARRY RESTRICTIONS (If any):**

[ ] May not lift/carry objects more than _____ for more than _____ hours per day

[ ] May not perform any lifting/carrying

[ ] Other: ___

**19. MISC. RESTRICTIONS (If any):**

[ ] Max hours per day of work: _____
[ ] Sit/Stretch breaks of _____ per _____
[ ] Must wear splint/cast at work
[ ] Must use crutches at all times
[ ] No driving/operating heavy equipment
[ ] Can only drive automatic transmission
[ ] No work / [ ] _____ hours/day work:
  [ ] in extreme hot/cold environments
  [ ] at heights or on scaffolding
[ ] Must keep _____
  [ ] Elevated  [ ] Clean & Dry
[ ] No skin contact with: _____
[ ] Dressing changes necessary at work
[ ] No Running

**20. MEDICATION RESTRICTIONS (If any):**

[ ] Must take prescription medication(s)
[ ] Advised to take over-the-counter meds
[ ] Medication may make drowsy (possible safety/driving issues)

* These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work.  Note - these restrictions should be followed outside of work as well as at work.

## PART IV: DIAGNOSIS/FOLLOW-UP INFORMATION

**21. Work Injury Diagnosis Information:** Rt Rib - Chest fracture

**22. Expected Follow-up Services Include:** 2 wks

[ ] Evaluation by the treating doctor on 3-19-03 (date) at 9 : 00 am/pm  21
[ ] Referral to/Consult with _____ on _____ (date) at ___ : ___ am/pm
[ ] Physical medicine ___ X per week for ___ weeks starting on _____ (date) at ___ : ___ am/pm
[ ] Special studies (list): _____ on _____ (date) at ___ : ___ am/pm
[ ] None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

| Date / Time of Visit 2-28-03  Discharge Time 8:45 | EMPLOYEE'S SIGNATURE | DOCTOR'S SIGNATURE | Visit Type: [ ] Initial [X] Follow-up | Role of Doctor: [ ] Designated doctor [ ] Carrier-selected RME [ ] TWCC-selected RME | [X] Treating doctor [ ] Referral doctor [ ] Consulting doctor [ ] Other doctor |
|---|---|---|---|---|---|

TWCC 73 (Rev 06/00)         Rule 129.5         TEXAS WORKERS' COMPENSATION COMMISSION

ACCT_____ DOB_____ (MALE) /FEMALE NEW ESTABLISHED NI____ TI 4140 NO____ TO __

NAME: Rodriquez, Rogelio    DATE FEB 1 4 2003    PRIV___ WC/ MVA___ MCR___ MCD___ MM___

AGE 43 B/P 120/80 HT 66" WT 229 TEMP____ PULSE____ ALLERGIES____

**SUBJECTIVE**

PREVIOUS DX:____

HX: F/U to Rib fracture states he feels the same, Has soreness. Sneeze + cough → pain Doing some work c̄ ↑ pain. Rt Side Sleep → pain

43 yearold male involved in MVA 1-16-03 w/ Xr ribs + head injury married 4 children. working for RGL X 2 years Mother with DM II father deceased unknown causes.

ROS
HEAD____
EYES____
EARS____
NOSE & THROAT____
NECK____
BREASTS____
CARDIO-RESP____
GASTRO-INTES____
GENITO-URINARY____
MUSCULO-SKELETAL____
NEURO____
SKIN____

**OBJECTIVE**

PHYSICAL EXAM
GENERAL APPEARANCE____HEALTHY____UNHEALTHY
___CANE    NE
___WALKER    NL
___W/CHAIR    OM
___ACUTELY ILL    SL NL/ OW/ GO

(1)EYES ✓ NL___ABN___NE
___GLASSES___CONTACTS___IMPLANTS
___BAG___DEF.PUPILS___MAT'V/DISCH
___ERYTH & SWELLING TO SCLERA TO CONJ
___PTERGIUMS___OTHER

(2)EARS, NOSE, THROAT ✓ NL___ABN___NE
___NOSE___CONG___RUNNING
___PHAR/THROAT-ERYTH-PAIN-TENDER-SWOLLEN
___TM'S___ERYTH___DULL___CANALS___CERUMEN
___TENDER SINUSES___SWOLLEN
___POOR DENTAL/W/MULT CARIES___FEW/NO TEETH
___TONGUE-DIRTY & COATED___DRY ORAL MUCOSA
___DENTURES/PARTIALS___OTHER

(3)NECK ✓ NL___ABN___NE___GOITER___ADEN

(4)LYMPHATIC ✓ NL___ABN___NE
___TENDER-ANTERIOR NECK ADENOPATHY

(5)PULMONARY ✓ NL___ABN___NE
___DRY COUGH___CONG/COUGH___WHEEZY COUGH
___RALES___RHONCHI___WHEEZING___OTHER

(6)CARDIOVASCULAR ✓ NL___ABN___NE
___A-FIB-IRREG/IRREG (RATE)
___IRREG W/OCCAS PAUSE (RATE)
___SYS. MURMUR___DECREASED PULSES TO LOW EXT.

(7)MUSCULOSKELETAL___NL___ABN___NE
___THORACIC KYPHOSIS X___TENDER/PAINFUL AREAS
X SEE DRAWING___OTHER

Slow improv

(9)GASTROINTESTINAL___NL___ABN___NE
___VERY LARGE___TENDER___SEE DRAWING

(10)SKIN___NL___ABN___NE
___F/NAILS DEF___T/NAILS DEF___TAGS TO NECK
___MULT/MOLES___FACE___BODY
___PALE___DRY___PURPURA TO EXT
___RASH___MACULAR___PAPULAR___ERYTHEMA
___PRURITAS___ERUPTIONS___SCALES___OTHER

(11)NEUROLOGY___NL___ABN___NE
___ROMHBERG___GAIT___SPEECH
___PARALYSIS & OR WEAK TO____

(12)GENITO URINARY MALE___NL___ABN___NE
___PENIS___SCROTUM___TESTICLES
___PROSTATE SIZE___MASS
___ANUS___GUIAC___OTHER

(13)GENITO URINARY FEMALE___NL___ABN___NE
___PAP DONE
___DISCHARGE___OTHER

(14)BREAST EXAM___NL___ABN___NE
___OTHER

(15)PSYCHIATRIC___NL___ABN___NE
___ANXIOUS___STRESSED___DEPRESSED
___INSOMNIA___CRYING/TEARFUL
___OTHER

DX Pain forest
- slow improv

HABITS-DRINKS Ⓝ SMOKES Ⓝ DRUGS Ⓝ DIET Ⓝ EXERCISE Ⓝ
IMMUNIZATIONS CURRENT AS PER HISTORY GIVEN BY PATIENT

FEB 1 4 2003

LAB/X-RAYS/RE:
___FASTING___F
___SMAC 12
___CBC W/DIFF
___URINALYSIS

___T-CHOL
___TSH
___PSA
___URIC ACID
___GUIAC
___FBS
___HgA1C
___LYTES
___LIPID PANEL
___HEPATIC PANEL
___BUN/CREAT
___AST/ALT
___H-PYLORI

___EKG
___CHEST X-RAY
___HOLTER
___STREP TEST
___TYMPANOMETR
___GLUCOMETER
___SED RATE
___BREATHING RX

___DEPO MED 80MG
___ROBAXIN 5MG
___NUBAINE 10MG

SURGICAL PROCEDURE
REFERRAL TO

**ASSESSMENT**

_____ AND STABLE W/ABOVE MENTIONED MEDICAL PROBLEMS

PLAN Leg work X 2wld

22

RTC 2wk WORK____ REST____ (~)SEE TWCC ?
___THERAPY___DISCUSSED MEDS. & MED PROBLEMS W/PAT
✓ REFILL SAME MEDICATIONS & DISCUSS W/PAT ___REFERRED PATIENT TO

Employee - You are required to report your injury to your employer within 30 days if your employer has workers' compensation insurance. You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office or 1(800)-252-7031.



Trabajador - Es necesano que usted reporte su lesión a su empleador dentro de 30 días a partir del día en que se lesionó, si su empleador tiene seguro de compensación a trabajadores la Comisión Tejana de Compensación para Trabajadores le ofrece asistencia gratuita, también puede que usted tenga derecho a ciertos beneficios médicos y monetario. Para mayor información llame a la oficina local de la Comisión 1-800-252-7031.

## TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

### PART I:  GENERAL INFORMATION

| | |
|---|---|
| 1. Injured Employee's Name: Rodriguez Rogelio | 5. Doctor's Name and Degree: DR. ABRAHAM CANO, M.D. |
| 2. Date of Injury: 4-16-03   3. Social Security Number: ___ | 6. Clinic/Facility Name: ED CAREY DR FAMILY MED CTR |
| | 7. Clinic/Facility/Doctor Phone & Fax: (956) 425-9181 (956) 425-1262 |
| 4. Employee's Description of Injury/Accident: Rt Reb-Chest fracture | 8. Clinic/Facility/Doctor Address (street address): 2401 ED CAREY DR. SUITE A |
| | City: HARLINGEN   State: TEXAS   Zip: 78550 |

(for transmission purposes only)   Date Being Sent: FEB 1 4 2003

Employer's Name: RGL Carriers

Employer's Fax # or Email Address (if known): 747 3347

Insurance Carrier:

Carrier's Fax # or Email Address (if known):

### PART II:  WORK STATUS INFORMATION  (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13.  The injured employee's medical condition resulting from the workers' compensation injury:

- (a)  will allow the employee to return to work as of 2/14/03 (date) **without restrictions**.
- (b)  will allow the employee to return to work as of 2-14-03 (date) **with the restrictions** identified in PART III, which are expected to last through 2 to 4 wk (date).
- ☐ (c)  is such that the employee is/has been restricted from all work as of _____ (date) which is expected to last through _____ (date).  The following describes how this injury prevents the employee from returning to work:

### PART III:  ACTIVITY RESTRICTIONS*  (REQUIRED IF BOX 13(b) IS CHECKED)

**14. POSTURE RESTRICTIONS (if any):**

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Standing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Sitting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Kneeling/Squatting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Bending/Stooping | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Pushing/Pulling | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Twisting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

**15. RESTRICTIONS SPECIFIC TO (if applicable):**

- ☐ L Hand/Wrist   ☐ R Hand/Wrist
- ☐ L Arm   ☐ R Arm   ☐ Neck
- ☐ L Leg   ☐ R Leg   ☐ Back
- ☐ L Foot/Ankle   ☐ R Foot/Ankle
- ☐ Other:

**16. OTHER RESTRICTIONS (if any):**
Returned to light duty No heavy lifting may drive

**17. MOTION RESTRICTIONS (if any):**

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Walking | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Climbing stairs/ladders | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Grasping/Squeezing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Wrist flexion/extension | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Overhead Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Keyboarding | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

**18. LIFT/CARRY RESTRICTIONS (if any):**

- ☐ May not lift/carry objects more than ___ for more than ___ hours per day
- ☐ May not perform any lifting/carrying
- ☐ Other:

**19. MISC. RESTRICTIONS (if any):**

- ☐ Max hours per day of work: ___
- ☐ Sit/Stretch breaks of ___ per ___
- ☐ Must wear splint/cast at work
- ☐ Must use crutches at all times
- ☐ No driving/operating heavy equipment
- ☐ Can only drive automatic transmission
- ☐ No work / ☐ ___ hours/day work:
  - ☐ in extreme hot/cold environments
  - ☐ at heights or on scaffolding
- ☐ Must keep ___ :
  - ☐ Elevated   ☐ Clean & Dry
- ☐ No skin contact with: ___
- ☐ Dressing changes necessary at work
- ☐ No Running

**20. MEDICATION RESTRICTIONS (if any):**

- ☐ Must take prescription medication(s)
- ☐ Advised to take over-the-counter meds
- ☐ Medication may make drowsy (possible safety/driving issues)

* These restrictions are based on the doctor's best determination of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

### PART IV:  DIAGNOSIS/FOLLOW-UP INFORMATION

**21. Work Injury Diagnosis Information:**
Rt Reb-Chest fracture

**22. Expected Follow-up Services Include:**

- ☐ Evaluation by the treating doctor on 2-28-03 (date) at 9 : 45 am/pm   23
- ☐ Referral to/Consult with ___ on ___ (date) at ___ : ___ am/pm
- ☐ Physical medicine ___ X per week for ___ weeks starting on ___ (date) at ___ : ___ am/pm
- ☐ Special studies (list): ___ on ___ (date) at ___ : ___ am/pm
- ☐ None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

| Date/Time of Visit: 2/14/03 4:40   Discharge Time: 2/14/03 5:10 | EMPLOYEE'S SIGNATURE | DOCTOR'S SIGNATURE | Visit Type: ☐ Initial  ☑ Follow-up | Role of Doctor: ☐ Designated doctor ☐ Carrier-selected RME ☐ TWCC-selected RME | ☑ Treating doctor ☐ Referral doctor ☐ Consulting doctor ☐ Other doctor |

NAME _Rt___ _To_ _Rodriguez_ DATE ___1/17/03___

Mark these drawings according to *where* you
hurt. (If the back of your neck hurts, mark the
drawing on the back of the neck, etc.) If you feel
any of the following symptoms, please indicate
where you feel them by placing the marks shown
here on the diagram.

DOI : 1/16/03

R'LL Carriers

Ribs fix - LIVA
x2



NUMBNESS
= = = =

PINS AND NEEDLES
○ ○ ○ ○

BURNING
× × × ×

STABBING
/ / / /

ACHE
∧ ∧ ∧ ∧

24

**PATIENT NAME:** Rosa Ma Rodriguez
**DOCTOR/THERAPIST:**
**EMPLOYER:**
**APPROVAL:**

---

**DATE:** 1-22-03

1234567 8 910/10        1234567 8 910/10

**S** — Pain level to rib cage has decreased slightly c therapy

**O** — TT  C  T  L  PV  MS  LT  (RT)  FIX  SH  SW  TP  MSP  (GM)  AL  PP
rib cage

**A** — Flex 80   R lat 134
Ext 151   L lat 146

**P** — Continue current plan of treatment massage ultrasound hot pack exercise electrical stim

| CODE | PROCEDURE | CODE | PROCEDURE |
|------|-----------|------|-----------|
| 97010 | H/C PACKS | 97022 | Whirl Pool |
| 97110 | Therapeutic Exercise 15 Minutes X ___ | 97XXX | Range of Motion ___ Extremities |
| 98078 | Home Exercise | 97018 | Paraffin Bath |
| 97032 | Electrical Stimulation ___ Hz X ___ Units | 97750 | MT Muscle Testing |
| 97124 | Massage Therapy | 97170 | Thermbench |
| 97032 | Ultrasound ___ Units ___ w/cm2 97032 | A4556 | Electrode X ___ |
| 97250 | Myofascial  97140 | 99070 | Other (Supplies) |
| TX670 | | | |

TT(tight & tender) C(cervical) T(thoracic) L(lumbar) PV(paravertebral muscles) MS(muscle spasms) LT(left) RT(right) FIX(fixation)
SH(shoulder) SW(swelling noted) TP(trigger points) MSP(minor sign present) GM(guarded movement) AL(antalgic lean) PP(palpation elicits pain)

---

**DATE:** 1-23-03

1234567 8 910/10        1234567 8 910/10

**S** — Pain level to rib cage slowly decreasing

**O** — TT  C  T  L  PV  (MS)  LT  (RT)  FIX  SH  SW  TP  MSP  (GM)  AL  PP
rib cage

**A** — Patient has good flexibility to rib cage side

**P** — Continue current plan of treatment massage ultrasound hot pack exercise electrical stim

| CODE | PROCEDURE | CODE | PROCEDURE |
|------|-----------|------|-----------|
| 97010 | H/C PACKS | 97022 | Whirl Pool |
| 97110 | Therapeutic Exercise 15 Minutes X ___ | 97XXX | Range of Motion ___ Extremities |
| 98078 | Home Exercise | 97018 | Paraffin Bath |
| 97032 | Electrical Stimulation ___ Hz X ___ Units | 97750 | MT Muscle Testing |
| 97124 | Massage Therapy | 97170 | Thermbench |
| 97032 | Ultrasound ___ Units ___ w/cm2 97032 | A4556 | Electrode X ___ |
| 97250 | Myofascial  97140 | 99070 | Other (Supplies) |

TT(tight & tender) C(cervical) T(thoracic) L(lumbar) PV(paravertebral muscles) MS(muscle spasms) LT(left) RT(right) FIX(fixation)
SH(shoulder) SW(swelling noted) TP(trigger points) MSP(minor sign present) GM(guarded movement) AL(antalgic lean) PP(palpation elicits pain)

---

**DATE:** 1-24-03

1234567 8 910/10 no med        1234567 8 910/10

**S** — Patient went back to work yesterday and took no med due to driving

**O** — TT  C  T  L  PV  (MS)  LT  (RT)  FIX  SH  SW  TP  MSP  (GM)  AL  PP

**A** — Patient has strong pain & discomfort to rib due to back at work. He is not able to take medication

**P** — Continue current plan of treatment massage ultrasound hot pack exercise electrical stim

| CODE | PROCEDURE | CODE | PROCEDURE |
|------|-----------|------|-----------|
| 97010 | H/C PACKS | 97022 | Whirl Pool |
| 97110 | Therapeutic Exercise 15 Minutes X ___ | 97XXX | Range of Motion ___ Extremities |
| 98078 | Home Exercise | 97018 | Paraffin Bath |
| 97032 | Electrical Stimulation ___ Hz X ___ Units | 97750 | MT Muscle Testing |
| 97124 | Massage Therapy | 97170 | Thermbench |
| 97032 | Ultrasound ___ Units ___ w/cm2 97032 | A4556 | Electrode X ___ |
| 97250 | Myofascial  97140 | 99070 | Other (Supplies) |

TT(tight & tender) C(cervical) T(thoracic) L(lumbar) PV(paravertebral muscles) MS(muscle spasms) LT(left) RT(right) FIX(fixation)
SH(shoulder) SW(swelling noted) TP(trigger points) MSP(minor sign present) GM(guarded movement) AL(antalgic lean) PP(palpation elicits pain)

25

**S**
1 2 3 4 5 6 7 8 9 10 / 10     1 2 3 4 5 6 7 8 9 10 / 10

*pain decreasing to rib cage w/ therapy*

**O**
TT C T L PV MS LT (RT) FIX SH SW TP MSP (GM) AL PP
*rib cage*

**A**
*Patient feels he gained more flexibility w/ therapy*

**P**
Continue current plan of treatment *massage / ultrasound hot pack exercise / electrical stim*

| CODE | PROCEDURE | CODE | PROCEDURE |
|---|---|---|---|
| 97010 | H/C PACKS | 97022 | Whirl Pool |
| 97110 | Therapeutic Exercise 15 Minutes X ___ | 95991 | Range of Motion ___ Extremities |
| 98078 | Home Exercise | 97018 | Paraffin Bath |
| 97032 | Electrical Stimulation ___ Hz X ___ Units | 97750 | MT Muscle Testing |
| 97124 | Massage Therapy | 99170 | Therabands |
| 97035 | Ultrasound ___ Units ___ w/on2 97032 | A4558 | Electrodes X ___ |
| 97250 | Myofacial 97140 | 99070 | Other (Supplies) |
| 97540 | | | |

TT(tight & tender) C(cervical) T(thoracic) L(lumbar) PV(paravertebral muscles) MS(muscle spasms) LT(left) RT(right) FIX(fixation)
SH(shoulder) SW(swelling noted) TP(trigger points) MSP(minor sign present) GM(guarded movement) AL(antalgic lean) PP(palpation elicits pain)

DATE: 1-27-03

---

**S**
1 2 3 4 5 6 7 8 9 10 / 10     1 2 3 4 5 6 7 8 9 10 / 10

*pain level to rib cage slowly decreasing*

**O**
TT C T L PV MS LT (RT) FIX SH SW TP MSP (GM) AL PP

**A**
*Patient has been feeling less discomfort to rib w/ therapy*

**P**
Continue current plan of treatment *massage / ultrasound hot pack exercise / electrical stim*

| CODE | PROCEDURE | CODE | PROCEDURE |
|---|---|---|---|
| 97010 | H/C PACKS | 97022 | Whirl Pool |
| 97110 | Therapeutic Exercise 15 Minutes X ___ | 95991 | Range of Motion ___ Extremities |
| 98078 | Home Exercise | 97018 | Paraffin Bath |
| 97032 | Electrical Stimulation ___ Hz X ___ Units | 97750 | MT Muscle Testing |
| 97124 | Massage Therapy | 99170 | Therabands |
| 97035 | Ultrasound ___ Units ___ w/on2 97032 | A4558 | Electrodes X ___ |
| 97250 | Myofacial 97140 | 99070 | Other (Supplies) |

TT(tight & tender) C(cervical) T(thoracic) L(lumbar) PV(paravertebral muscles) MS(muscle spasms) LT(left) RT(right) FIX(fixation)
SH(shoulder) SW(swelling noted) TP(trigger points) MSP(minor sign present) GM(guarded movement) AL(antalgic lean) PP(palpation elicits pain)

DATE: 1-28-03

---

**S**
1 2 3 4 5 6 7 8 9 10 / 10     1 2 3 4 5 6 7 8 9 10 / 10

*pain decreasing to rib cage today due to sitting position while sleeping waiting for wife in Hospital*

**O**
TT C T L PV MS LT (RT) FIX SH SW TP MSP (GM) AL PP
*rib cage*

**A**
*Patient has less discomfort to rib cage, but needs better flexibility*

**P**
Continue current plan of treatment *massage / ultrasound hot pack exercise / electrical stim*

| CODE | PROCEDURE | CODE | PROCEDURE |
|---|---|---|---|
| 97010 | H/C PACKS | 97022 | Whirl Pool |
| 97110 | Therapeutic Exercise 15 Minutes X ___ | 95991 | Range of Motion ___ Extremities |
| 98078 | Home Exercise | 97018 | Paraffin Bath |
| 97032 | Electrical Stimulation ___ Hz X ___ Units | 97750 | MT Muscle Testing |
| 97124 | Massage Therapy | 99170 | Therabands |
| 97035 | Ultrasound ___ Units ___ w/on2 97032 | A4558 | Electrodes X ___ |
| 97250 | Myofacial 97140 | 99070 | Other (Supplies) |

TT(tight & tender) C(cervical) T(thoracic) L(lumbar) PV(paravertebral muscles) MS(muscle spasms) LT(left) RT(right) FIX(fixation)
SH(shoulder) SW(swelling noted) TP(trigger points) MSP(minor sign present) GM(guarded movement) AL(antalgic lean) PP(palpation elicits pain)

DATE: 1-30-03

PATIENT NAME:
DOCTOR/THERAPIST:
EMPLOYER:
APPROVAL:

*Rogelio Rodriguez*

26

ACCT _____ DOB _____ (MALE) FEMALE NEW (ESTABLISHED) NI _____ TI 11:20 NO _____ TO 12

NAME: Rodriguez Rosalio   DATE FEB __ __   PRIV __ WC __ MVA __ MCR __ MCD __ MM __ CSH

AGE 43  B/P 120/80  HT 6'0"  WT 228  TEMP _____  PULSE _____  ALLERGIES Ø

**SUBJECTIVE**

PREVIOUS DX: _____

HX: Flu to Rib fracture states he is alright except for night time when he lies on the right side. dyspnea

- little pn (pressure) w/ deep inspiration.   FEB __ 2003

43 year old male involved in MVA 1-16-03 w/ fx ribs
+ headinjury. Married 4 children
working for Rock 2 years. Mother
w/ DM II. Father deceased unknown
causes.

HABITS—DRINKS  SMOKES  DRUGS  DIET  EXCERISE
IMMUNIZATIONS CURRENT AS PER HISTORY GIVEN BY PATIENT

**ROS**
HEAD
EYES
EARS
NOSE & THROAT
NECK
BREASTS
CARDIO-RESP
GASTRO-INTES
GENITO-URINARY
MUSCULO-SKELETAL
NEURO
SKIN

(9)GASTROINTESTINAL ___ NL ___ ABN ___ NE
   VERY LARGE ___ TENDER ___ SEE DRAWING

(10)SKIN ___ NL ___ ABN ___ NE
   F/NAILS DEF ___ TNAILS DEF ___ TAGS TO NECK
   MULT/MOLES ___ FACE ___ BODY
   PALE ___ DRY ___ PURPURA TO EXT
   RASH ___ MACULAR ___ PAPULAR ___ ERYTHEMA
   PRURITAS ___ ERUPTIONS ___ SCALES ___ OTHER

(11)NEUROLOGY ___ NL ___ ABN ___ NE
   RHOMBERG ___ GAIT ___ SPEECH
   PARALYSIS OR WEAK TO ___

(12)GENITO URINARY MALE ___ NL ___ ABN ___ NE
   PENIS ___ SCROTUM ___ TESTICLES
   PROSTATE SIZE ___ MASS ___
   ANUS ___ GUIAC ___ OTHER

(13)GENITO URINARY FEMALE ___ NL ___ ABN ___ NE
   PAP DONE ___
   DISCHARGE ___ OTHER ___

**PHYSICAL EXAM**
GENERAL APPEARANCE ✓ HEALTHY ___ UNHEALTHY
   CANE ___ TL
   WALKER ___ NL
   W/CHAIR ___ 3L
   ACUTELY ILL ___ 8L ___ NL ___ OW ___ GO

(14)BREAST EXAM ___ NL ___ ABN ___ NE
   OTHER

(1)EYES ✓ NL ___ ABN ___ NE
   GLASSES ___ CONTACTS ___ IMPLANTS
   BAR ___ DEF.PUPILS ___ MATT/DISCH
   ERYTH & SWELLING TO SCLERA TO CONJ
   PTERYGIUM ___ OTHER

(15)PSYCHIATRIC ___ NL ___ ABN ___ NE
   ANXIOUS ___ STRESSED ___ DEPRESSED
   INSOMNIA ___ CRYING/TEARFUL
   OTHER

(2)EARS, NOSE, THROAT ___ NL ___ ABN ___ NE
   NOSE ___ CONG ___ RUNNING
   PHAR/THROAT-ERYTH-PAIN-TENDER-SWOLLEN
   TM'S ___ ERYTH ___ DULL ___ CANALS ___ CERUMEN
   TENDER SINUSES ___ SWOLLEN
   POOR DENTAL W/MULT CARIES ___ FEW/NO TEETH
   TONGUE-DIRTY & COATED ___ DRY ORAL MUCOSA
   DENTURES/PARTIALS ___ OTHER

DX Ø s/p r[t] fx —
   [r]t chest pn —
   doing well

(3)NECK ___ NL ___ ABN ___ NE ___ GOITER ___ ADEN

(4)LYMPHATIC ___ NL ___ ABN ___ NE
   TENDER-ANTERIOR NECK ADENOPATHY

(5)PULMONARY ✓ NL ___ ABN ___ NE
   DRY COUGH ___ CONG/COUGH ___ WHEEZY COUGH
   RALES ___ RHONCHI ___ WHEEZING ___ OTHER

(6)CARDIOVASCULAR ✓ NL ___ ABN ___ NE
   A.FIB-IRREG/IRREG (RATE) ___
   IRREG W/OCCAS PAUSE (RATE) ___
   SYS. MURMUR ___ DECREASED PULSES TO LOW EXT.

(7)MUSCULOSKELETAL ___ NL ✓ ABN ___ NE
   THORACIC KYPHOSIS ___ TENDER/PAINFUL AREAS
   ✓ SEE DRAWING ___ OTHER

improved

(8)LOWER EXT ✓ NT

**LAB/X-RAYS/REFERR**
___ FASTING ___ HRS
___ SMAC 12
___ CBC W/DIFF
___ URINALYSIS

___ T-CHOL
___ TSH
___ PSA
___ URIC ACID
___ GUIAC
___ FBS
___ HgA1C
___ LYTES
___ LIPID PANEL
___ HEPATIC PANEL
___ BUN/CREAT
___ AST/ALT
___ H-PYLORI

___ EKG
✓ CHEST X-RAY
___ HOLTER
___ STREP TEST
___ TYMPANOMETRY
___ GLUCOMETER
___ SED RATE
___ BREATHING RX

___ DEPO MED 80MG
___ ROBAXIN 5MG
___ NUBAINE 10MG

SURGICAL PROCEDURE ___
REFERRAL TO ___

Chest X Ry

**ASSESSMENT**

# Chest X-ray = normal
   visible fx's
   healing well

___ AND STABLE W/ABOVE MENTIONED MEDICAL PROBLEMS

PLAN  ① No heavy lifting
      ② cont meds as prescribed

27

RTC __ f/u __ WORK _____   REST _____ (✓) SEE TWCC 73

THERAPY _____
✓ REFILL SAME MEDICATIONS & DISCUSS W/PAT

✓ DISCUSSED MEDS. & MED PROBLEMS W/PAT
___ REFERRED PATIENT TO

Employee - You are required to report your injury to your employer within 30 days if your employer has workers' compensation insurance. You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office at 1(800)-252-7031.

Trabajador - Es necesario que reporte su lesión a su empleador dentro de 30 días a partir del día en que se le lesionó, si su empleador tiene seguro de compensación para trabajadores. la Comisión Tejana de Compensación para Trabajadores le ofrece asistencia gratuita, también puede que usted tenga derecho a ciertos beneficios médicos y monetarios. Para mayor información llame a la oficina local de la Comisión 1-800-252-7031



## TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

### PART I: GENERAL INFORMATION

**5. Doctor's Name and Degree**
DR. ABRAHAM CANO, M.D.

(for transmission purposes only)    Date Being Sent

**1. Injured Employee's Name**
Rodriguez Rogelio

**6. Clinic/Facility Name**
ED CAREY DR FAMILY MED CTR

**Employer's Name**
R&L Carriers

**2. Date of Injury** 1-16-03    **3. Social Security Number**

**7. Clinic/Facility/Doctor Phone & Fax**
(956) 425-9181 (956) 425-1262

**Employer's Fax # or Email Address (if known)**
747-3347

**4. Employee's Description of Injury/Accident**
Rt Rib Chest fracture

**8. Clinic/Facility/Doctor Address (street address)**
2401 ED CAREY DR. SUITE A

**City** HARLINGEN, **State** TEXAS **Zip** 78550

**Insurance Carrier**

**Carrier's Fax # or Email Address (if known)**

### PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury:

☐ (a) will allow the employee to return to work as of _____ (date) **without restrictions**.

☑ (b) will allow the employee to return to work as of 2-7-03 (date) **with the restrictions** identified in PART III, which are expected to last through 2-14-03 (date). LWK

☐ (c) is such that the employee is/has been **restricted from all work** as of _____ (date) which is expected to last through _____ (date). The following describes how this injury **prevents the employee from returning to work:** Due to pain

### PART III: ACTIVITY RESTRICTIONS* (REQUIRED IF BOX 13(b) IS CHECKED)

**14. POSTURE RESTRICTIONS (if any):**
Max Hours per day: 0 2 4 6 8 Other

| | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Standing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Sitting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Kneeling/Squatting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Bending/Stooping | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Pushing/Pulling | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Twisting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

**15. RESTRICTIONS SPECIFIC TO (if applicable):**
☐ L Hand/Wrist    ☐ R Hand/Wrist
☐ L Arm    ☐ R Arm    ☐ Neck
☐ L Leg    ☐ R Leg    ☐ Back
☐ L Foot/Ankle    ☐ R Foot/Ankle
☐ Other: _____

**17. MOTION RESTRICTIONS (if any):**
Max Hours per day: 0 2 4 6 8 Other

| | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Walking | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Climbing stairs/ladders | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Grasping/Squeezing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Wrist flexion/extension | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Overhead Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Keyboarding | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

**18. LIFT/CARRY RESTRICTIONS (if any):**
☐ May not lift/carry objects more than _____ for more than ____ hours per day
☐ May not perform any lifting/carrying
☐ Other: _____

**19. MISC. RESTRICTIONS (if any):**
☐ Max hours per day of work: _____
☐ Sit/Stretch breaks of _____ per _____
☐ Must wear splint/cast at all times
☐ Must use crutches at all times
☐ No driving/operating heavy equipment
☐ Can only drive automatic transmission
☐ No work / ☐ _____ hours/day work:
  ☐ In extreme hot/cold environments
  ☐ at heights or on scaffolding
☐ Must keep _____ :
  ☐ Elevated    ☐ Clean & Dry
☐ No skin contact with: _____
☐ Dressing changes necessary at work
☐ No Running

**16. OTHER RESTRICTIONS (if any):** Return to light Duty no heavy lifts - May drive

*These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

**20. MEDICATION RESTRICTIONS (if any):**
☐ Must take prescription medication(s)
☐ Advised to take over-the-counter meds
☐ Medication may make drowsy (possible safety/driving issues)

### PART IV: DIAGNOSIS/FOLLOW-UP INFORMATION

**21. Work Injury Diagnosis Information:**
Rt Rib Chest fracture

**22. Expected Follow-up Services Include:** LWK
☐ Evaluation by the treating doctor on 2/14/03 (date) at 4:30 am/pm
☐ Referral to/Consult with _____ on _____ (date) at ___:___ am/pm
☐ Physical medicine ____ X per week for ____ weeks starting on _____ (date) at ___:___ am/pm
☐ Special studies (list): _____ on _____ (date) at ___:___ am/pm
☐ None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

28

**Date / Time of Visit** 2-7-03    **Discharge Time** 12:15    **EMPLOYEE'S SIGNATURE** Rogelio Rodriguez    **DOCTOR'S SIGNATURE** Abraham Cano    **Visit Type:** ☐ Initial ☑ Follow-up

**Role of Doctor:** ☑ Treating doctor    ☐ Designated doctor    ☐ Referral doctor    ☐ Carrier-selected RME    ☐ Consulting doctor    ☐ TWCC-selected RME    ☐ Other doctor

ACCT_____ DOB___ (MALE) FEMALE NEW ESTABLISHED NI___ TI___ NO___ TO___

NAME: Rodriguez Rogelio    DATE JAN 27 2003    PRIV__ WC__ MVA__ MCR__ MCD__ MM__ C:

AGE 43  B/P 146/105  HT 66  WT 227  TEMP___  PULSE___  ALLERGIES Ø

**SUBJECTIVE**

PREVIOUS DX:_____

HX: 43 y/o old male involved in MVA. On 1-16-03. developed c/x subs to Rt chest wall wheezing w/ ecchymosis + contusion to chest + chest wall. having Physical therapy. married 4 children working for R+C Convers x 2 years. mother w/ DM II father deceased unknown cause

HABITS–DRINKS ⊙ SMOKES Ø DRUGS Ø  JAN 27 2003
IMMUNIZATIONS CURRENT AS PER HISTORY GIVEN BY PATIENT

(9)GASTROINTESTINAL___ NL___ NE
VERY LARGE___ TENDER___ SEE DRAWING

(10)SKIN___ NL X ABN___ NE
F/NAILS DEF___ T/NAILS DEF___ TAGS TO NECK
MULT/MOLES___ FACE___ BODY___
PALE___ DRY___ PURPURA TO EXT___
RASH___ MACULAR___ PAPULAR___ ERYTHEMA___
PRURITAS___ ERUPTIONS___ SCALES___ OTHER___
still w/ contusion

(11)NEUROLOGY___ NL___ ABN___ NE
RHOMBERG___ GAIT___ SPEECH___
PARALYSIS & OR WEAK TO___

(12)GENITO URINARY MALE___ NL___ ABN___ NE
PENIS___ SCROTUM___ TESTICLES___
PROSTATE SIZE___ MASS___
ANUS___ GUIAC___ OTHER___

(13)GENITO URINARY FEMALE___ NL___ ABN___ NE
PAP DONE___
DISCHARGE___ OTHER___

(14)BREAST EXAM___ NL___ ABN___ NE
OTHER___

DX ⊙ for ___ 1/16/03
less pain

(15)PSYCHIATRIC___ NL___ ABN___ NE
ANXIOUS___ STRESSED___ DEPRESSED___
INSOMNIA___ CRYING/TEARFUL___
OTHER___

**ROS**
HEAD___
EYES___
EARS___
NOSE & THROAT___
NECK___
BREASTS___
CARDIO-RESP___
GASTRO-INTES___
GENITO-URINARY___
MUSCULO-SKELETAL___
NEURO___
SKIN___

**OBJECTIVE**

PHYSICAL EXAM ✓
GENERAL APPEARANCE___ HEALTHY___ UNHEALTHY
CANE___ TI___
WALKER___ NG___
W/CHAIR___ EM___
ACUTELY ILL___ SL NL (OW) GO

(1)EYES ✓ NL___ ABN___ NE
GLASSES___ CONTACTS___ IMPLANTS
BAS___ DEF.PUPILS___ MATT/DISCH
ERYTH & SWELLING TO SCLERA TO CONJ
PTERGIUM(S)___ OTHER

(2)EARS, NOSE, THROAT___ NL___ ABN___ NE
NOSE___ CONG___ RUNNING
PHAR/THROAT-ERYTH-PAIN-TENDER-SWOLLEN
TM'S___ ERYTH___ DULL___ CANALS___ CERUMEN
TENDER SINUSES___ SWOLLEN
POOR DENTAL W/MULT CARIES___ FEW/NO TEETH
TONGUE-DIRTY & COATED___ DRY ORAL MUCOSA
DENTURES/PARTIALS___ OTHER___

(3)NECK ✓ NL___ ABN___ NE___ GOITER___ ADEN

(4)LYMPHATIC___ NL___ ABN___ NE
TENDER-ANTERIOR NECK ADENOPATHY

(5)PULMONARY ✓ NL___ ABN___ NE
DRY COUGH___ CONG/COUGH___ WHEEZY COUGH
RALES___ RHONCHI___ WHEEZING___ OTHER

(6)CARDIOVASCULAR___ NL___ ABN___ NE
A.FIB-IRREG/IRREG (RATE)___
IRREG W/OCCAS PAUSE (RATE)___
SYS. MURMUR___ DECREASED PULSES TO LOW EXT.

(7)MUSCULOSKELETAL___ NL X ABN___ NE
THORACIC KYPHOSIS___ TENDER/PAINFUL AREAS
SEE DRAWING___ OTHER___

Less tender -

LAB/X-RAYS/REFE
__FASTING___ H:
__SMAC 12
__CBC W/DIFF
__URINALYSIS
__T-CHOL
__TSH
__PSA
__URIC ACID
__GUIAC
__FBS
__HgA1C
__LYTES
__LIPID PANEL
__HEPATIC PANEL
__BUN/CREAT
__AST/ALT
__H-PYLORI
__EKG
__CHEST X-RAY
__HOLTER
__STREP TEST
__TYMPANOMETRY
__GLUCOMETER
__SED RATE
__BREATHING RX
__DEPO MED 80MG
__ROBAXIN 5MG
__NUBAINE 10MG
SURGICAL PROCEDURE
REFERRAL TO___

**ASSESSMENT**

___ AND STABLE W/ABOVE MENTIONED MEDICAL PROBLEMS

**PLAN** ⊙ Requirements – No Lifting
Diminish PT this week + d/c

29

RTC ___ WORK___    REST___    (✓ SEE TWCC 73
THERAPY
✓ REFILL SAME MEDICATIONS & DISCUSS W/PAT
__DISCUSSED MEDS. & MED PROBLEMS W/PAT
__REFERRED PATIENT TO___

Feb 7th

Employee - You are required to report your injury to _____ over within 30 days if your employer has workers' compensation i_____ ance. You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office or 1(800)-252-7031.

Trabajador - Es necesari_____ d reporte su lesión a su empleador dentro de 30 días a partir del día en que se le_____onó, si su empleador tiene seguro de compensación para trabajadores la Comisión Tejana de Compensación para Trabajadores le ofrece asistencia gratuita, también puede que usted tenga derecho a ciertos beneficios médicos y monetarios Para mayor información llame a la oficina local de la Comisión 1-800-252-7031



## TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

| PART I: GENERAL INFORMATION | | |
|---|---|---|
| 5. Doctor's Name and Degree: DR. ABRAHAM CANO, M.D. | (for transmission purposes only) | Date Being Sent JAN 2 7 2003 |

**1. Injured Employee's Name** Rodriguez Rogelio

**6. Clinic/Facility Name** ED CAREY DR FAMILY MED CTR

**Employer's Name** K + b Carriers

**2. Date of Injury** 1-16-03

**3. Social Security Number** ~~(blacked out)~~

**7. Clinic/Facility/Doctor Phone & Fax** (956) 425-9181 (956) 425-1262

**Employer's Fax # or Email Address (if known)** 797-3347

**4. Employee's Description of Injury/Accident** Lt Rib - Chest fracture

**6. Clinic/Facility/Doctor Address (street address)** 2401 ED CAREY DR. SUITE A

**City** HARLINGEN **State** TEXAS **Zip** 78550

**Insurance Carrier**

**Carrier's Fax # or Email Address (if known)**

---

### PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury:

☐ (a) will allow the employee to return to work as of _____ (date) **without restrictions**.

☑ (b) will allow the employee to return to work as of 1-27-03 (date) **with the restrictions** identified in PART III, which are expected to last through 2-7-03 (date).

☐ (c) is such that the employee is/has been **restricted from all work** as of _____ (date) which is expected to last through _____ (date). The following describes how this injury prevents the employee from returning to work: Due to pain

---

### PART III: ACTIVITY RESTRICTIONS* (REQUIRED IF BOX 13(b) IS CHECKED)

**14. POSTURE RESTRICTIONS (if any):**

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Standing | ☐ | ☐ | ☐ | ☐ | ☐ | ____ |
| Sitting | ☐ | ☐ | ☐ | ☐ | ☐ | ____ |
| Kneeling/Squatting | ☐ | ☐ | ☐ | ☐ | ☐ | ____ |
| Bending/Stooping | ☐ | ☐ | ☐ | ☐ | ☐ | ____ |
| Pushing/Pulling | ☐ | ☐ | ☐ | ☐ | ☐ | ____ |
| Twisting | ☐ | ☐ | ☐ | ☐ | ☐ | ____ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ____ |

**15. RESTRICTIONS SPECIFIC TO (if applicable):**

☐ L Hand/Wrist   ☐ R Hand/Wrist
☐ L Arm   ☐ R Arm   ☐ Neck
☐ L Leg   ☐ R Leg   ☐ Back
☐ L Foot/Ankle   ☐ R Foot/Ankle
☐ Other: _____

**16. OTHER RESTRICTIONS (if any):**
Return to light Duty no lifting
May drive + finish physical therapy

*These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.*

**17. MOTION RESTRICTIONS (if any):**

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Walking | ☐ | ☐ | ☐ | ☐ | ☐ | ____ |
| Climbing stairs/ladders | ☐ | ☐ | ☐ | ☐ | ☐ | ____ |
| Grasping/Squeezing | ☐ | ☐ | ☐ | ☐ | ☐ | ____ |
| Wrist flexion/extension | ☐ | ☐ | ☐ | ☐ | ☐ | ____ |
| Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ____ |
| Overhead Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ____ |
| Keyboarding | ☐ | ☐ | ☐ | ☐ | ☐ | ____ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ____ |

**18. LIFT/CARRY RESTRICTIONS (if any):**

☐ May not lift/carry objects more than _____ for more than _____ hours per day

☑ May not perform any lifting/carrying

☐ Other: _____

**19. MISC. RESTRICTIONS (if any):**

☐ Max hours per day of work: _____
☐ Sit/Stretch breaks of _____ per _____
☐ Must wear splint/cast at work
☐ Must use crutches at all times
☐ No driving/operating heavy equipment
☐ Can only drive automatic transmission
☐ No work / ☐ _____ hours/day work:
 ☐ in extreme hot/cold environments
 ☐ at heights or on scaffolding
☐ Must keep _____:
 ☐ Elevated   ☐ Clean & Dry
☐ No skin contact with: _____
☐ Dressing changes necessary at work
☐ No Running

**20. MEDICATION RESTRICTIONS (if any):**

☐ Must take prescription medication(s)
☐ Advised to take over-the-counter meds
☐ Medication may make drowsy (possible safety/driving issues)

---

### PART IV: DIAGNOSIS/FOLLOW-UP INFORMATION

**21. Work Injury Diagnosis Information:** Lt Rib - Chest fracture

**22. Expected Follow-up Services Include:**

☐ Evaluation by the treating doctor on 2-7-63 (date) at 2 : 30 am/pm   30

☐ Referral to/Consult with _____ on _____ (date) at ____ : ____ am/pm

☐ Physical medicine ____ X per week for ____ weeks starting on _____ (date) at ____ : ____ am/pm

☐ Special studies (list): _____ on _____ (date) at ____ : ____ am/pm

☐ None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

---

**Date / Time of Visit** 1-7-63

**Discharge Time** 3:15

**EMPLOYEE'S SIGNATURE** Rogelio Rod_____

**DOCTOR'S SIGNATURE** (signature)

**Visit Type:**
☐ Initial
☑ Follow-up

**Role of Doctor:**
☐ Designated doctor
☐ Carrier-selected RME
☐ TWCC-selected RME
☑ Treating doctor
☐ Referral doctor
☐ Consulting doctor
☐ Other doctor

TWCC-73 (R_____ _____

ACCT_____ DOB_____ (MALE) FEMALE NEW ESTABLISHED NI____ TI____ NO____ TO____

NAME: _Rodriguez, Rogelio_____ DATE _JAN 24 2003_ PRIV__ WC ✓ MVA__ MCR__ MCD__ MM__ C:

AGE _43_ B/P _140/90_ HT _(6'?"_ WT _227_ TEMP____ PULSE____ ALLERGIES ___∅___

**SUBJECTIVE**

PREVIOUS DX: _____

HX: _Sp Sd - fax - ex Rehe - Still c pain - but impr___
_Now c light work on Darvocet. Still trouble___
_Still c PT. Unable to sleep rt side___
_8 hours Crepitus___

43 yr old male manual 4 children working for RW
Carnes x 2 yrs Dr 1-16-03.
involved in MUA. whereby developed
ax rms to Rt side + back inj
_Motor vehicle_ y the deceased
ROS
HEAD _unknown injuries_
EYES _____
EARS _____
NOSE & THROAT _____
NECK _____
BREASTS _____
CARDIO-RESP _____
GASTRO-INTES _____
GENITO-URINARY _____
MUSCULO-SKELETAL _____
NEURO _____
SKIN _____

**OBJECTIVE**

PHYSICAL EXAM
GENERAL APPEARANCE __✓__ HEALTHY ____ UNHEALTHY
CANE ____ TL
WALKER ____ NT
W/CHAIR ____ SM
ACUTELY ILL ___ SL NL (OW) OO

(1) EYES ___ NL ___ ABN ___ NE
GLASSES ___ CONTACTS ___ IMPLANTS
BAS ___ DEF.PUPILS ___ MATT/DISCH
ERYTH & SWELLING TO SCLERA TO CONJ
PTERYGIUMS ___ OTHER

(2) EARS, NOSE, THROAT ___ NL ___ ABN ___ NE
NOSE ___ CONG ___ RUNNING
PHAR/THROAT-ERYTH-PAIN-TENDER-SWOLLEN
TM'S ___ ERYTH ___ DULL ___ CANALS ___ CERUMEN
TENDER SINUSES ___ SWOLLEN
POOR DENTAL W/MULT CARIES ___ FEW/NO TEETH
TONGUE-DIRTY & COATED ___ DRY ORAL MUCOSA
DENTURES/PARTIALS ___ OTHER

(3) NECK ___ NL ___ ABN ___ NE ___ GOITER ___ ADEN

(4) LYMPHATIC ___ NL ___ ABN ___ NE
TENDER-ANTERIOR NECK ADENOPATHY

(5) PULMONARY ___✓__ NL ___ ABN ___ NE
DRY COUGH ___ CONG/COUGH ___ WHEEZY COUGH
RALES ___ RHONCHI ___ WHEEZING ___ OTHER

(6) CARDIOVASCULAR ___✓__ NL ___ ABN ___ NE
A.FIB-IRREG/IRREG (RATE)
IRREG W/OCCAS PAUSE (RATE)
SYS. MURMUR ___ DECREASED PULSES TO LOW EXT.

(7) MUSCULOSKELETAL ___ NL ___✓__ ABN ___ NE
THORACIC KYPHOSIS __x__ TENDER/PAINFUL AREAS
SEE DRAWING ___ OTHER

↓Rom Pai
w/Inspiration

HABITS–DRINKS ∅ SMOKES ∅ DRUGS ∅ DIET ✓ EXCERISE
IMMUNIZATIONS CURRENT AS PER HISTORY GIVEN BY PATIENT

(9) GASTROINTESTINAL ___ NL ___ ABN ___ NE
VERY LARGE ___ TENDER ___ SEE DRAWING

(10) SKIN ___ NL ___ ABN ___ NE
F/NAILS DEF ___ T/NAILS DEF ___ TAGS TO NECK
MULT/MOLES ___ FACE ___ BODY
PALE ___ DRY ___ PURPURA TO EXT
RASH ___ MACULAR ___ PAPULAR ___ ERYTHEMA
PRURITAS ___ ERUPTIONS ___ SCALES ___ OTHER
_w/ecchymosis ecchymosis_

(11) NEUROLOGY ___ NL ___ ABN ___ NE
RHOMBERG ___ GAIT ___ SPEECH
PARALYSIS & OR WEAK TO

(12) GENITO URINARY MALE ___ NL ___ ABN ___✓__ NE
PENIS ___ SCROTUM ___ TESTICLES
PROSTATE SIZE ___ MASS
ANUS ___ GUIAC ___ OTHER

(13) GENITO URINARY FEMALE ___ NL ___ ABN ___✓__ NE
PAP DONE ___
DISCHARGE ___ OTHER

(14) BREAST EXAM ___ NL ___ ABN ___✓__ NE
OTHER

(15) PSYCHIATRIC ___ NL ___ ABN ___✓__ NE
ANXIOUS ___ STRESSED ___ DEPRESSED
INSOMNIA ___ CRYING/TEARFUL
OTHER

DX _ Q Slow improv_

LAB/X-RAYS/REF
___ FASTING    H
___ SMAC 12
___ CBC W/DIFF
___ URINALYSIS
___ T-CHOL
___ TSH
___ PSA
___ URIC ACID
___ GUIAC
___ FBS
___ HgA1C
___ LYTES
___ LIPID PANEL
___ HEPATIC PANEL
___ BUN/CREAT
___ AST/ALT
___ H-PYLORI
___ EKG
___ CHEST X-RAY
___ HOLTER
___ STREP TEST
___ TYMPANOMETRY
___ GLUCOMETER
___ SED RATE
___ BREATHING RX
___ DEPO MED 80MG
___ ROBAXIN 5MG
___ NUBAINE 10MG
___ SURGICAL PROCEDURE
___ REFERRAL TO
_Therapy_

**ASSESSMENT**

AND STABLE W/ABOVE MENTIONED MEDICAL PROBLEMS

PLAN (1) _Cont. PT. Here_
(2) _V sax 25 t/d_
(3) _d/c Darvocet w_
(4) _Heat_

31

RTC_____ WORK_____ REST_____ (✓) SEE TWCC 7
✓ THERAPY _2 w/ly_    ✓ DISCUSSED MEDS. & MED PROBLEMS W/PAT
___ REFILL SAME MEDICATIONS & DISCUSS W/PAT    ___ REFERRED PATIENT TO



Employee - You are required to report your injury to ~~~~ employer within 30 days if your employer has workers' compensation in ~~~~. You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office or 1(800)-252-7031.

Trabajador - Es necesari ~~~~ reporte su lesión a su empleador dentro de 30 días a partir del día en que se lesiono, si su empleador tiene seguro de compensación para trabajadores la Comisión Tejana de Compensación para trabajadores le ofrece asistencia gratuita, también puede que usted tenga derecho a ciertos beneficios médicos y monetarios. Para mayor información llame a la oficina local de la Comisión 1-800-252-7031

## TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

### PART I: GENERAL INFORMATION

| | |
|---|---|
| 5. Doctor's Name and Degree | (for transmission purposes only) Date Being Sent JAN 24 2003 |
| DR. ABRAHAM CANO, M.D. | |

1. Injured Employee's Name
Rodriguez Rogelio

6. Clinic/Facility Name
ED CAREY DR FAMILY MED CTR

Employer's Name
K.L.E. Carriers

2. Date of Injury 1-11-03    3. Social Security Number ~~~~

7. Clinic/Facility/Doctor Phone & Fax
(956) 425-1811 (956) 425-1262

Employer's Fax # or Email Address (if known)
747-3347

4. Employee's Description of Injury/Accident
Lt Rib - Chest fracture

8. Clinic/Facility/Doctor Address (street address)
2401 ED CAREY DR. SUITE A
City            State        Zip
HARLINGEN, TEXAS    78550

Insurance Carrier

Carrier's Fax # or Email Address (if known)

### PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury:

☐ (a) will allow the employee to return to work as of _____ (date) without restrictions.

☒ (b) will allow the employee to return to work as of 1·24·03 (date) with the restrictions identified in PART III, which are expected to last through _____ (date). 2wks

☐ (c) is such that the employee is/has been restricted from all work as of _____ (date) which is expected to last through _____ (date). The following describes how this injury prevents the employee from returning to work:

### PART III: ACTIVITY RESTRICTIONS* (REQUIRED IF BOX 13(b) IS CHECKED)

**14. POSTURE RESTRICTIONS (if any):**

Max Hours per day: 0 2 4 6 8 Other

| | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Standing | ☐ | ☐ | ☐ | ☐ | ☒ | |
| Sitting | ☐ | ☐ | ☐ | ☐ | ☒ | |
| Kneeling/Squatting | ☒ | ☐ | ☐ | ☐ | ☐ | |
| Bending/Stooping | ☒ | ☐ | ☐ | ☐ | ☐ | |
| Pushing/Pulling | ☒ | ☐ | ☐ | ☐ | ☐ | |
| Twisting | ☒ | ☐ | ☐ | ☐ | ☐ | |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | |

**15. RESTRICTIONS SPECIFIC TO (if applicable):**

☐ L Hand/Wrist    ☐ R Hand/Wrist
☐ L Arm    ☐ R Arm    ☐ Neck
☐ L Leg    ☐ R Leg    ☐ Back
☐ L Foot/Ankle    ☐ R Foot/Ankle
☐ Other: _____

**16. OTHER RESTRICTIONS (if any):**
Return to light duty no heavy lifting.

**17. MOTION RESTRICTIONS (if any):**

Max Hours per day: 0 2 4 6 8 Other

| | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Walking | ☐ | ☐ | ☐ | ☐ | ☐ | |
| Climbing stairs/ladders | ☒ | ☐ | ☐ | ☐ | ☐ | |
| Grasping/Squeezing | ☒ | ☐ | ☐ | ☐ | ☐ | |
| Wrist flexion/extension | ☐ | ☐ | ☐ | ☐ | ☐ | |
| Reaching | ☒ | ☐ | ☐ | ☐ | ☐ | |
| Overhead Reaching | ☒ | ☐ | ☐ | ☐ | ☐ | |
| Keyboarding | ☐ | ☐ | ☐ | ☐ | ☐ | |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | |

**18. LIFT/CARRY RESTRICTIONS (if any):**

☐ May not lift/carry objects more than _____ for more than _____ hours per day
☐ May not perform any lifting/carrying
☐ Other: _____

**19. MISC. RESTRICTIONS (if any):**

☐ Max hours per day of work: 8
☐ Sit/Stretch breaks of _____ per _____
☐ Must wear splint/cast at work
☐ Must use crutches at all times
☒ No driving/operating heavy equipment
☐ Can only drive automatic transmission
☐ No work / _____ hours/day work:
    ☐ in extreme hot/cold environments
    ☐ at heights or on scaffolding
☐ Must keep _____
    ☐ Elevated    ☐ Clean & Dry
☐ No skin contact with: _____
☐ Dressing changes necessary at work
☒ No Running

**20. MEDICATION RESTRICTIONS (if any):**

☒ Must take prescription medication(s)
☐ Advised to take over-the-counter meds
☐ Medication may make drowsy (possible safety/driving issues)

* These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

### PART IV: DIAGNOSIS/FOLLOW-UP INFORMATION

21. Work Injury Diagnosis Information:
Rt rib/chest wall fracture

22. Expected Follow-up Services Include: 2wks

☒ Evaluation by the treating doctor on 2·7·03 (date) at 2:30 am/pm    32
☐ Referral to/Consult with _____ on _____ (date) at ___:___ am/pm
☐ Physical medicine ___ X per week for ___ weeks starting on _____ (date) at ___:___ am/pm
☐ Special studies (list): _____ on _____ (date) at ___:___ am/pm
☐ None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

| Date / Time of Visit 1·24·03 | EMPLOYEE'S SIGNATURE | DOCTOR'S SIGNATURE | Visit Type. | Role of Doctor: | |
|---|---|---|---|---|---|
| Discharge Time 3:35 | Rogelio Rodriguez | A Cano MD | ☐ Initial ☒ Follow-up | ☒ Treating doctor ☐ Designated doctor ☐ Carrier-selected RME ☐ TWCC-selected RME | ☐ Referral doctor ☐ Consulting doctor ☐ Other doctor |

TWCC-73 (R. ~~~~

ACCT _____ DOB _____ (MALE FEMALE NEW ESTABLISH) N1 ___ T1 ___ 7.10 NO ___ TO ___

NAME: Rodriguez Rogelio    DATE JAN 2 2 2003    PRIV __ WC __ MVA __ MCR __ MCD __ MM __ CS

AGE 45  B/P 140/90  HT 66"  WT 297  TEMP ___  PULSE ___  ALLERGIES None

**SUBJECTIVE**

PREVIOUS DX: _____

HX: Pt states he is here for a checkup following therapy for his broken ribs. Pt states that after his therapy he is feeling better but has been in pain. ⊖ pv w/ deep respira
⊖ headaches or visual disturbance  ⊖ spine pv or back pv

started P.T. today
43 y/o white male married 3children waiting for DOL
(accuracy x 2 yrs) involved in motor vehicle accident
DFI 1-16-03, Mother w/ DM II +
father deceased unknown cause

HABITS–DRINKS ⊘ SMOKES ⊘ DRUGS ⊘  JAN 2 2 2003
✓ IMMUNIZATIONS CURRENT AS PER HISTORY GIVEN BY PATIENT  EXERCISE ⊘

(9)GASTROINTESTINAL ___ NL ___ ABN ___ NE
VERY LARGE ___ TENDER ___ SEE DRAWING

(10)SKIN ___ NL ✓ ABN ___ NE
F/NAILS DEF ___ T/NAILS DEF ___ TAGS TO NECK ___
MULT/MOLES ___ FACE ___ BODY ___
PALE ___ DRY ___ PURPURA TO EXT ___
RASH ___ MACULAR ___ PAPULAR ___ ERYTHEMA ___
PRURITAS ___ ERUPTIONS ___ SCALES ___ OTHER ___
ecchymosis to Rt lat chest

(11)NEUROLOGY ___ NL ___ ABN ✓ NE
RHOMBERG ___ GAIT ___ SPEECH ___
PARALYSIS OR WEAK TO ___

(12)GENITO URINARY MALE ___ NL ___ ABN ✓ NE
PENIS ___ SCROTUM ___ TESTICLES ___
PROSTATE SIZE ___ MASS ___
ANUS ___ GUIAC ___ OTHER ___

(13)GENITO URINARY FEMALE ___ NL ___ ABN ___ NE
PAP DONE ___
DISCHARGE ___ OTHER ___

(14)BREAST EXAM ___ NL ___ ABN ___ NE
OTHER ___

DX ① Rt lateral
chest pv – Ribs fx x 2
w/ mild contusion
② frontal skull
contusion – healed

(15)PSYCHIATRIC ___ NL ___ ABN ✓ NE
ANXIOUS ___ STRESSED ___ DEPRESSED ___
INSOMNIA ___ CRYING/TEARFUL ___
OTHER ___

ROS _____
HEAD _____
EYES _____
EARS _____
NOSE & THROAT _____
NECK _____
BREASTS _____
CARDIO-RESP _____
GASTRO-INTES _____
GENITO-URINARY _____
MUSCULO-SKELETAL _____
NEURO _____
SKIN _____

**OBJECTIVE**

PHYSICAL EXAM
GENERAL APPEARANCE ✓ HEALTHY ___ UNHEALTHY
___ CANE    TL
___ WALKER   NU
___ W/CHAIR  SM
___ ACUTELY ILL   SL NL (OW) GO

(1)EYES ___ NL ___ ABN ___ NE
GLASSES ___ CONTACTS ___ IMPLANTS ___
BAS ___ DEF/PUPILS ___ MAT/DISCH ___
ERYTH & SWELLING TO SCLERA TO CONJ ___
PTERYGIUMS ___ OTHER ___

(2)EARS, NOSE, THROAT ___ NL ✓ ABN ___ NE
NOSE ___ CONG ___ RUNNING ___
PHAR/THROAT-ERYTH-PAIN-TENDER-SWOLLEN ___
TM'S ___ ERYTH ___ DULL ___ CANALS ___ CERUMEN ___
TENDER SINUSES ___ SWOLLEN ___
POOR DENTAL/MULT CARIES ___ FEW/NO TEETH ___
TONGUE-DIRTY & COATED ___ DRY ORAL MUCOSA ___
DENTURES/PARTIALS ___ OTHER ___

(3)NECK ___ NL ___ ABN ___ NE ___ GOITER ___ ADEN

(4)LYMPHATIC ___ NL ___ ABN ___ NE
___ TENDER-ANTERIOR NECK ADENOPATHY

(5)PULMONARY ✓ NL ___ ABN ___ NE
___ DRY COUGH ___ CONG/COUGH ___ WHEEZY COUGH
___ RALES ___ RHONCHI ___ WHEEZING ___ OTHER

(6)CARDIOVASCULAR ___ NL ___ ABN ___ NE
___ A-FIB-IRREG/IRREG (RATE)
___ IRREG W/OCCAS PAUSE (RATE)
___ SYS. MURMUR ___ DECREASED PULSES TO LOW EXT.

(7)MUSCULOSKELETAL ___ NL ✓ ABN ___ NE
___ THORACIC KYPHOSIS ✓ TENDER/PAINFUL AREAS
___ SEE DRAWING ___ OTHER

↓ Rom w/ pain
w/ respiration

LAB/X-RAYS/REFER
___ FASTING ___ HR.
___ SMAC 12
___ CBC W/DIFF
___ URINALYSIS

___ T-CHOL
___ TSH
___ PSA
___ URIC ACID
___ GUIAC
___ FBS
___ HgA1C
___ LYTES
___ LIPID PANEL
___ HEPATIC PANEL
___ BUN/CREAT
___ AST/ALT
___ H-PYLORI

___ EKG
___ CHEST X-RAY
___ HOLTER
___ STREP TEST
___ TYMPANOMETRY
___ GLUCOMETER
___ SED RATE
___ BREATHING RX

___ DEPO MED 80MG
___ ROBAXIN 5MG
___ NUBAINE 10MG

SURGICAL PROCEDURE
REFERRAL TO _____

**ASSESSMENT**

___ AND STABLE W/ABOVE MENTIONED MEDICAL PROBLEMS

PLAN ① Norvasc N-10 #50  T-P q 4-6°
② nothing or fried
③ no heavy lifting or driving
④ ice/heat
⑤ cont P.T.

                                    33

RTC Two WORK _____ REST _____ (✓)SEE TWCC 73
THERAPY
___ REFILL SAME MEDICATIONS & DISCUSS W/PAT
___ DISCUSSED MEDS. & MED PROBLEMS W/PAT
___ REFERRED PATIENT TO _____

Employee - You are required to report your injury to your employer within 30 days if your employer has workers' compensation insurance. You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office or 1(800)-252-7031.

Trabajador - Es necesario que reporte su lesión a su empleador dentro de 30 días a partir del día en que se lesiono, si su empleador tiene seguro de compensación para trabajadores la Comisión Tejana de Compensación le ofrece asistencia gratuita, también puede que usted tenga derecho a ciertos beneficios médicos y monetarios. Para mayor información llame a la oficina local de la Comisión 1-800-252-7031



## TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

### PART I: GENERAL INFORMATION

| | |
|---|---|
| 1. Injured Employee's Name  Rodriguez Rogelio | 5. Doctor's Name and Degree  DR. ABRAHAM CANO, M.D. |
| 2. Date of Injury  11005   3. Social Security Number | 6. Clinic/Facility Name  ED CAREY DR FAMILY MED CTR |
| 4. Employee's Description of Injury/Accident  Rt Rib - Chest fracture | 7. Clinic/Facility/Doctor Phone & Fax  (956) 425-9181 (956) 425-1262 |
| | 8. Clinic/Facility/Doctor (street address)  2401 ED CAREY DR. SUITE A |
| | City    State    Zip  HARLINGEN, TEXAS   78550 |

(for transmission purposes only) Date Being Sent JAN 2 2 2003

Employer's Name  RTL Carriers

Employer's Fax # or Email Address (if known)  747-3347

Insurance Carrier

Carrier's Fax # or Email Address (if known)

### PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury:

- [ ] (a) will allow the employee to return to work as of _____ (date) **without restrictions**.
- [X] (b) will allow the employee to return to work as of 1-22-03 (date) **with the restrictions** identified in PART III, which are expected to last through 1-30-03 (date).  1 wk
- [ ] (c) is such that the employee is/has been **restricted from all work** as of _____ (date) which is expected to last through _____ (date). The following describes how this injury prevents the employee from returning to work:  Due to Rib fracture + pain

### PART III: ACTIVITY RESTRICTIONS* (REQUIRED IF BOX 13(b) IS CHECKED)

**14. POSTURE RESTRICTIONS (if any):**

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Standing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Sitting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Kneeling/Squatting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Bending/Stooping | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Pushing/Pulling | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Twisting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

**15. RESTRICTIONS SPECIFIC TO (if applicable):**

- [ ] L Hand/Wrist   [ ] R Hand/Wrist
- [ ] L Arm     [ ] R Arm   [ ] Neck
- [ ] L Leg     [ ] R Leg   [ ] Back
- [ ] L Foot/Ankle   [ ] R Foot/Ankle
- [ ] Other: _____

**16. OTHER RESTRICTIONS (if any):**  Return to light work no heavy lifting + no driving x 1 wk

**17. MOTION RESTRICTIONS (if any):**

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Walking | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Climbing stairs/ladders | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Grasping/Squeezing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Wrist flexion/extension | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Overhead Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Keyboarding | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

**18. LIFT/CARRY RESTRICTIONS (if any):**

- [ ] May not lift/carry objects more than _____ for more than ____ hours per day
- [ ] May not perform any lifting/carrying
- [ ] Other: _____

**19. MISC. RESTRICTIONS (if any):**

- [ ] Max hours per day of work: _____
- [ ] Sit/Stretch breaks of _____ per _____
- [ ] Must wear splint/cast at work
- [ ] Must use crutches at all times
- [ ] No driving/operating heavy equipment
- [ ] Can only drive automatic transmission
- [ ] No work / [ ] _____ hours/day work:
  - [ ] In extreme hot/cold environments
  - [ ] at heights or on scaffolding
- [ ] Must keep _____:
  - [ ] Elevated   [ ] Clean & Dry
- [ ] No skin contact with: _____
- [ ] Dressing changes necessary at work
- [ ] No Running

**20. MEDICATION RESTRICTIONS (if any):**

- [ ] Must take prescription medication(s)
- [ ] Advised to take over-the-counter meds
- [ ] Medication may make drowsy (possible safety/driving issues)

* These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

### PART IV: DIAGNOSIS/FOLLOW-UP INFORMATION

**21. Work Injury Diagnosis Information:**  Fracture - Ribs  Rt Chest

**22. Expected Follow-up Services Include:**  1 wk    34

- [X] Evaluation by the treating doctor on 1-30-03 (date) at 10:45 am/pm
- [ ] Referral to/Consult with _____ on _____ (date) at ____ : ____ am/pm
- [X] Physical medicine 3 X per week for 1 weeks starting on 1-22-03 (date) at ____ : ____ am/pm
- [ ] Special studies (list): _____ on _____ (date) at ____ : ____ am/pm
- [ ] None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

| Date / Time of Visit  1-22-03  Discharge Time  9:35 | EMPLOYEE'S SIGNATURE  Rogelio Rodriguez | DOCTOR'S SIGNATURE | Visit Type.  [ ] Initial  [X] Follow-up | Role of Doctor:  [ ] Designated doctor  [ ] Carrier-selected RME  [ ] TWCC-selected RME | [X] Treating doctor  [ ] Referral doctor  [ ] Consulting doctor  [ ] Other doctor. |

ACCT_____ DOB_____ (MALE FEMALE NEW ESTABLISHED) TI___ NO (___ TO__

NAME: Rodriguez Rogelio          DATE _JAN 12 200_   PRIV_ WC_ MVA MCR MCD MM C_

AGE 43  B/P _____  HT _6'0"_  WT _226_  TEMP_____  PULSE_____  ALLERGIES _None_

## SUBJECTIVE

PREVIOUS DX:

HX: C/O Rt side abdomen area pain's forehead pain
+ claims that he was in MVA went to
ER & they took X-Ray from 2 ribs for Pt. hit forehead
in windshield.

No lic. driver from trailer

HABITS–DRINKS ✓ SMOKES ✓ DRUGS ✓ DIET ✓ EXERCISE
✓ IMMUNIZATIONS CURRENT AS PER HISTORY GIVEN BY PATIENT

C Spine X Ray - 

43 year old male married 4 children
no allergy, no cancers
x-surgery, no previous surgery

ROS in acute distress
HEAD B/O
EYES in the distress area
EARS Unable to assess
NOSE & THROAT moans with DM II
NECK
BREASTS
CARDIO-RESP
GASTRO-INTES
GENITO-URINARY
MUSCULO-SKELETAL
NEURO
SKIN

(9)GASTROINTESTINAL___ NL___ ABN_✓_ NE
VERY LARGE___ TENDER___ SEE DRAWING

(10)SKIN___ NL_✓_ ABN___ NE
FNAILS DEF___ TNAILS DEF___ TAGS TO NECK___
MULTI MOLES___ FACE___ BODY___
PALE___ DRY___ PURPURA TO EXT___
RASH___ MACULAR___ PAPULAR___ ERYTHEMA___
PRURITAS___ ERUPTIONS___ SCALES___ OTHER___
Contusions

(11)NEUROLOGY_✓_NL___ ABN___ NE
RHOMBERG___ GAIT___ SPEECH___
PARALYSIS &/OR WEAK TO___

(12)GENITO URINARY MALE___ NL___ ABN_✓_ NE
PENIS___ SCROTUM___ TESTICLES___
PROSTATE SIZE___ MASS___
ANUS___ GUIAC___ OTHER___

(13)GENITO URINARY FEMALE___ NL___ ABN_✓_ NE
PAP DONE___
DISCHARGE___ OTHER___

## OBJECTIVE

PHYSICAL EXAM
GENERAL APPEARANCE___HEALTHY___UNHEALTHY
___CANE       TL
___WALKER     TL
___W/CHAIR    3M
___ACUTELY ILL  SL NL OW GO

(1)EYES___ NL___ ABN___ NE
GLASSES___ CONTACTS___ IMPLANTS___
BAS___ DEF PUPIL___ MATT/DISCH___
ERYTH & SWELLING TO SCLERA TO CONJ___
PTEREGIUMS___ OTHER___

(2)EARS, NOSE, THROAT___ NL___ ABN___ NE
NOSE___ CONG RUNNING___
PHAR/THROAT-ERYTH-PAIN-TENDER-SWOLLEN___
TM'S___ DULL___ CANALS___ CERUMEN___
TENDER SINUSES___ SWOLLEN___
POOR DENTAL/MULT CARIES___ FEW/NO TEETH___
TONGUE-DIRTY & COATED___ DRY ORAL MUCOSA___
DENTURES/PARTIALS___ OTHER___

(3)NECK___ NL___ ABN___ NE___ GOITER___ ADEN___

(4)LYMPHATIC___ NL___ ABN___ NE
___TENDER-ANTERIOR NECK ADENOPATHY

(5)PULMONARY___ NL___ ABN___ NE
___DRY COUGH___ CONG/COUGH___ WHEEZY COUGH___
___RALES___ RHONCHI___ WHEEZING___ OTHER___

(6)CARDIOVASCULAR___ NL___ ABN___ NE
___AFIB-IRREG/IRREG (RATE)___
___IRREG W/OCCAS PAUSE (RATE)___
___SYS. MURMUR___ DECREASED PULSES TO LOW EXT.___

(7)MUSCULOSKELETAL___ NL_✓_ ABN___ NE
___THORACIC KYPHOSIS_✗_ TENDER/PAINFUL AREAS
_✗_SEE DRAWING___ OTHER___

from Pa
chiropractor—

(14)BREAST EXAM___ NL___ ABN_✓_ NE
OTHER___

(15)PSYCHIATRIC_✓_NL___ ABN___ NE
ANGIOUS___ STRESSED___ DEPRESSED___
INSOMNIA___ CRYING/TEARFUL___
OTHER___

DX  Q fx - Ribs
       Rt Chest

## ASSESSMENT

Q frontal
Skull Contusion

___ AND STABLE W/ABOVE MENTIONED MEDICAL PROBLEMS

PLAN:  RTC
       Fixed DX Med
       Q PT - meds - cc's her head
       Q Chiropra - No driving
       Q For - Med

LAB/X-RAYS/REFE
___FASTING___ H_
___SMAC 12
___CBC W/DIFF
___URINALYSIS

___T-CHOL
___TSH
___PSA
___URIC ACID
___GUIAC
___FBS
___HgA1C
___LYTES
___LIPID PANEL
___HEPATIC PANEL
___BUN/CREAT
___AST/ALT
___H-PYLORI

___EKG
___CHEST X-RAY
___HOLTER
___STREP TEST
___TYMPANOMETRY
___GLUCOMETER
___SED RATE
___BREATHING RX

___DEPO MED 80MG
___ROBAXIN 5MG
___NUBAINE 10MG

SURGICAL PROCEDURE
REFERRAL TO _____

35

RTC_____  WORK_____  REST_____  (✓)SEE TWCC 7_
___THERAPY                          ✓DISCUSSED MEDS. & MED PROBLEMS W/PAT
✓REFILL SAME MEDICATIONS & DISCUSS W/PAT   ___REFERRED PATIENT TO_____

Employee - You are required to report your injury ....... ployer within 30 days if your employer has workers' compensation. ........ ....... You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office or 1(800)-252-7031.

Trabajador - Es necesa ....... ad reporte su lesión a su empleador dentro de 30 días .... partir del día en que su ....... siono, si su empleador tiene seguro de compensación para trabajadores. la Comisión Tejana de Compensación para Trabajadores le ofrece asistencia gratuita, también puede usted tenga derecho a ciertos beneficios médicos y monetarios. Para mayor información llame a la oficina local de la Comisión 1-800-252-7031



# TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

## PART I: GENERAL INFORMATION

| | |
|---|---|
| 1. Injured Employee's Name: **Rodriguez Rogelio** | 5. Doctor's Name and Degree: DR. ABRAHAM CANO, M.D. |
| 2. Date of Injury: **1-16-03**   3. Social Security Number | 6. Clinic/Facility Name: ED CAREY DR FAMILY MED CTR |
| | 7. Clinic/Facility/Doctor Phone & Fax: (956) 425-9181 (956) 425-1262 |
| 4. Employee's Description of Injury/Accident: **Frx - Ribs Rt. Chest** | 8. Clinic/Facility/Doctor Address (street address): 2401 ED CAREY DR. SUITE A |
| | City HARLINGEN  State TEXAS  Zip 78550 |

(for transmission purposes only)  Date Being Sent: JAN 1 7 2003

Employer's Name: **Cal Carias**
Employer's Fax # or Email Address (if known): **797-3347**
Insurance Carrier: **Crawford Ins**
Carrier's Fax # or Email Address (if known): **937-383-4004**

## PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury:

☐ (a)  will allow the employee to return to work as of _____ (date) without restrictions.

☐ (b)  will allow the employee to return to work as of _____ (date) with the restrictions identified in PART III, which are expected to last through _____ (date).

☒ (c)  is such that the employee is/has been restricted from all work as of **1/17/03** (date) which is expected to last through **1/22/03** (date). The following describes how this injury prevents the employee from returning to work:
**Home rest due to pain**

## PART III: ACTIVITY RESTRICTIONS* (REQUIRED IF BOX 13(b) IS CHECKED)

### 14. POSTURE RESTRICTIONS (If any):

Max Hours per day: 0 2 4 6 8 Other

| | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Standing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Sitting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Kneeling/Squatting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Bending/Stooping | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Pushing/Pulling | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Twisting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

### 15. RESTRICTIONS SPECIFIC TO (If applicable):

| | | |
|---|---|---|
| ☐ L Hand/Wrist | ☐ R Hand/Wrist | |
| ☐ L Arm | ☐ R Arm | ☐ Neck |
| ☐ L Leg | ☐ R Leg | ☐ Back |
| ☐ L Foot/Ankle | ☐ R Foot/Ankle | |
| ☐ Other: | | |

### 16. OTHER RESTRICTIONS (If any):
**Home rest & take medications**
**Start Physical Therapy on wednesday at 8:00**

*These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

### 17. MOTION RESTRICTIONS (If any):

Max Hours per day: 0 2 4 6 8 Other

| | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Walking | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Climbing stairs/ladders | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Grasping/Squeezing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Wrist flexion/extension | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Overhead Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Keyboarding | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

### 18. LIFT/CARRY RESTRICTIONS (If any):

☐ May not lift/carry objects more than ___ for more than ___ hours per day

☐ May not perform any lifting/carrying

☐ Other: ___

### 19. MISC. RESTRICTIONS (If any):

☐ Max hours per day of work: ___
☐ Sit/Stretch breaks of ___ per ___
☐ Must wear splint/cast at work
☐ Must use crutches at all times
☐ No driving/operating heavy equipment
☐ Can only drive automatic transmission
☐ No work / ☐ ___ hours/day work:
  ☐ in extreme hot/cold environments
  ☐ at heights or on scaffolding
☐ Must keep ___ :
  ☐ Elevated   ☐ Clean & Dry
☐ No skin contact with: ___
☐ Dressing changes necessary at work
☐ No Running

### 20. MEDICATION RESTRICTIONS (If any):

☒ Must take prescription medication(s)
☐ Advised to take over-the-counter meds
☐ Medication may make drowsy (possible safety/driving issues)

## PART IV: DIAGNOSIS/FOLLOW-UP INFORMATION

21. Work Injury Diagnosis Information: **Frx - Ribs Rt. Chest**

22. Expected Follow-up Services Include: **1/22/03**

☐ Evaluation by the treating doctor on **1-22-03** (date) at **1:30** am/pm
☐ Referral to/Consult with ___ on ___ (date) at ___ : ___ am/pm
☒ Physical medicine **3** X per week for **1** weeks starting on **1/22/03** (date) at **8:00** am/pm
☐ Special studies (list): ___ on ___ (date) at ___ : ___ am/pm
☐ None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

**36**

| Date / Time of Visit: **1/17/03 4:00**   Discharge Time: **5:20** | EMPLOYEE'S SIGNATURE: **Rogelio Rodriguez** | DOCTOR'S SIGNATURE | Visit Type: ☒ Initial ☐ Follow-up | Role of Doctor: ☒ Treating doctor ☐ Referral doctor ☐ Designated doctor ☐ Consulting doctor ☐ Carrier-selected RME ☐ Other doctor ☐ TWCC-selected RME |

TWCC 73  (Rev.06/00)        Rule 129.5        TEXAS WORKERS' COMPENSATION COMMISSION

ACCT 17449.1   DOB ▓▓   (MALE) FEMALE   NEW   ESTABLISHED   ▓▓ TI ▓   NO _____   TO _____

NAME: Rodriguez, Rogelio   DATE _____   PRIV WC ✓ MVA   MCR   MCD   MM   CSH

AGE 43   B/P 130/80   HT 66"   WT 237   TEMP _____   PULSE _____   ALLERGIES None   Dot 1-16-03

**SUBJECTIVE**

PREVIOUS DX: here for MMI + Impairment Rtg—

HX: F/u to fracture Rib Rt side Claims has been having Been at work he started pushing and pulling stuff Say Hurts Rt light the form back 43 years old male married 4 children injured in MVA 1-16-03 w/ fractures to ribs then injury/working for RtL Carriers x 2 years mother w/ Dm II father deceased unknown causes. Surgery to sinus + rt knee in 2001 Truck driver x 2 yrs

HABITS—DRINKS ∅ SMOKES ∅ DRUGS ∅ DIET ✓ EXERCISE ✓
IMMUNIZATIONS CURRENT AS PER HISTORY GIVEN BY PATIENT

(9)GASTROINTESTINAL ___ NL ___ ABN ___ NE
___ VERY LARGE ___ TENDER ___ SEE DRAWING

(10)SKIN ___ NL ___ ABN ___ NE
___ T/NAILS DEF ___ T/NAILS DEF ___ TAGS TO NECK
___ MULT/MOLES ___ FACE ___ BODY
___ PALE ___ DRY ___ PURPURA TO EXT
___ RASH ___ MACULAR ___ PAPULAR ___ ERYTHEMA
___ PRURITAS ___ ERUPTIONS ___ SCALES ___ OTHER

ROS _____
HEAD _____
EYES _____
EARS _____
NOSE & THROAT _____
NECK _____
BREASTS _____
CARDIO-RESP _____
GASTRO-INTES _____
GENITO-URINARY _____
MUSCULO-SKELETAL _____
NEURO _____
SKIN _____

(11)NEUROLOGY ___ NL ___ ABN ___ NE
___ RHOMBERG ___ GAIT ___ SPEECH
___ PARALYSIS & OR WEAK TO

(12)GENITO URINARY MALE ___ NL ___ ABN ___ NE
___ PENIS ___ SCROTUM ___ TESTICLES
___ PROSTATE SIZE ___ MASS
___ ANUS ___ GUIAC ___ OTHER

(13)GENITO URINARY FEMALE ___ NL ___ ABN ___ NE
___ PAP DONE
___ DISCHARGE ___ OTHER

**OBJECTIVE**

PHYSICAL EXAM
GENERAL APPEARANCE ___ HEALTHY ___ UNHEALTHY
___ CANE ___ NL
___ WALKER ___ NL
___ W/CHAIR ___ SM
___ ACUTELY ILL   SL NL OW OO

(1)EYES ✓ NL ___ ABN ___ NE
___ GLASSES ___ CONTACTS ___ IMPLANTS
___ BAB ___ DEF/PUPILS ___ MATT/DISCH
___ ERYTH & SWELLING TO SCLERA TO CONJ
___ PTEREOIUMS ___ OTHER

(2)EARS, NOSE, THROAT ___ NL ___ ABN ___ NE
___ NOSE ___ CONG ___ RUNNING
___ PHAR/THROAT-ERYTH-PAIN-TENDER-SWOLLEN
___ TM's ___ ERYTH ___ DULL ___ CANALS ___ CERUMEN
___ TENDER SINUSES ___ SWOLLEN
___ POOR DENTALW/MULT CARIES ___ FEW/NO TEETH
___ TONGUE-DIRTY & COATED ___ DRY ORAL MUCOSA
___ DENTURES/PARTIALS ___ OTHER

(3)NECK ✓ NL ___ ABN ___ NE ___ GOITER ___ ADEN

(4)LYMPHATIC ___ NL ___ ABN ___ NE
___ TENDER-ANTERIOR NECK ADENOPATHY

(5)PULMONARY ___ NL ___ ABN ___ NE
___ DRY COUGH ___ CONG/COUGH ___ WHEEZY COUGH
___ RALES ___ RHONCHI ___ WHEEZING ___ OTHER

(6)CARDIOVASCULAR ✓ NL ___ ABN ___ NE
___ A.FIB-IRREG/IRREG (RATE)
___ IRREG W/OCCAS PAUSE (RATE)
___ SYS. MURMUR ___ DECREASED PULSES TO LOW EXT.

(7)MUSCULOSKELETAL ___ NL ___ ABN ___ NE
___ THORACIC KYPHOSIS ✓ TENDER/PAINFUL AREAS
___ SEE DRAWING ___ OTHER

⊖ tend. firm.

(14)BREAST EXAM ___ NL ___ ABN ___ NE
___ OTHER

(15)PSYCHIATRIC ___ NL ___ ABN ___ NE
___ ANXIOUS ___ STRESSED ___ DEPRESSED
___ INSOMNIA ___ CRYING/TEARFUL
___ OTHER

DX (1) Rt chest pr— resolved
(2) Rt shoulder pr resolved c̄

**ASSESSMENT**

Able to perform all to's required for Impairment Rating at 100% on Hutter 0% impairment rating reached mmi tdy 4-22-03
(See attached)

AND STABLE W/ABOVE MENTIONED MEDICAL PROBLEMS

PLAN (1) resolved & released

LAB/X-RAYS/REFER
___ FASTING ___ HRS
___ SMAC 12
___ CBC W/DIFF
___ URINALYSIS

___ T-CHOL
___ TSH
___ PSA
___ URIC ACID
___ GUIAC
___ FBS
___ HgA1C
___ LYTES
___ LIPID PANEL
___ HEPATIC PANEL
___ BUN/CREAT
___ AST/ALT
___ H-PYLORI

___ EKG
___ CHEST X-RAY
___ HOLTER
___ STREP TEST
___ TYMPANOMETRY
___ GLUCOMETER
___ SED RATE
___ BREATHING RX

___ DEPO MED 80MG
___ ROBAXIN 5MG
___ NUBAINE 10MG

SURGICAL PROCEDURE
___ REFERRAL TO

37

RTC PRN   WORK 4-22-03   REST ∅   (—) SEE TWCC 73
THERAPY _____
✓ DISCUSSED MEDS. & MED PROBLEMS W/PAT
REFERRED PATIENT TO

Employee - You are required to report your injury to your employer within 30 days if your employer has workers' compensation insurance. You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office or 1(800)-252-7031.

Trabajador - Es necesario que usted reporte su lesión a su empleador dentro de 30 días a partir del día en que se lesionó, si su empleador tiene seguro de compensación para trabajadores la Comisión Tejana de Compensación para Trabajadores le ofrece asistencia gratuita, también puede que usted tenga derecho a ciertos beneficios médicos y monetarios. Para mayor información llame a la oficina local de la Comisión 1-800-252-7031



# TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

## PART I: GENERAL INFORMATION

**1 Injured Employee's Name** Rodriguez Rogelio

**2. Date of Injury** 1-16-03  **Social Security Number** ⬛⬛⬛⬛

**4 Employee's Description of Injury/Accident** Rt Rib Chest Fracture

**5. Doctor's Name and Degree** DR. ABRAHAM CANO, M.D.

(for transmission purposes only)  **Date Being Sent**

**6 Clinic/Facility Name** ED CAREY DR FAMILY MED CTR

**7 Clinic/Facility/Doctor Phone & Fax** (956) 425-9181 (956) 425-1262

**8. Clinic/Facility/Doctor Address (street address)** 2401 ED CAREY DR. SUITE A

**City** HARLINGEN,   **State** TEXAS   **Zip** 78550

**Employer's Name** Rd Carriers

**Employer's Fax # or Email Address (if known)** 797-3347

**Insurance Carrier**

**Carrier's Fax # or Email Address (if known)**

## PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

**13** The injured employee's medical condition resulting from the workers' compensation injury:

☒ **(a)** will allow the employee to return to work as of 1/22/03 (date) **without restrictions**.

☐ **(b)** will allow the employee to return to work as of _____ (date) **with the restrictions** identified in PART III, which are expected to last through _____ (date).

☐ **(c)** is such that the employee is/has been **restricted from all work** as of _____ (date) which is expected to last through _____ (date). The following describes how this injury prevents the employee from returning to work:

## PART III: ACTIVITY RESTRICTIONS* (REQUIRED IF BOX 13(b) IS CHECKED)

**14. POSTURE RESTRICTIONS (if any):**

Max Hours per day:   0 2 4 6 8   Other

| | |
|---|---|
| Standing | ☐ ☐ ☐ ☐ ☐ ____ |
| Sitting | ☐ ☐ ☐ ☐ ☐ ____ |
| Kneeling/Squatting | ☐ ☐ ☐ ☐ ☐ ____ |
| Bending/Stooping | ☐ ☐ ☐ ☐ ☐ ____ |
| Pushing/Pulling | ☐ ☐ ☐ ☐ ☐ ____ |
| Twisting | ☐ ☐ ☐ ☐ ☐ ____ |
| Other: | ☐ ☐ ☐ ☐ ☐ ____ |

**15. RESTRICTIONS SPECIFIC TO (if applicable):**

☐ L Hand/Wrist   ☐ R Hand/Wrist
☐ L Arm   ☐ R Arm   ☐ Neck
☐ L Leg   ☐ R Leg   ☐ Back
☐ L Foot/Ankle   ☐ R Foot/Ankle
☐ Other:

**16. OTHER RESTRICTIONS (if any):**
Return to regular work & Pt has been released

**17. MOTION RESTRICTIONS (if any):**

Max Hours per day:   0 2 4 6 8   Other

| | |
|---|---|
| Walking | ☐ ☐ ☐ ☐ ☐ ____ |
| Climbing stairs/ladders | ☐ ☐ ☐ ☐ ☐ ____ |
| Grasping/Squeezing | ☐ ☐ ☐ ☐ ☐ ____ |
| Wrist flexion/extension | ☐ ☐ ☐ ☐ ☐ ____ |
| Reaching | ☐ ☐ ☐ ☐ ☐ ____ |
| Overhead Reaching | ☐ ☐ ☐ ☐ ☐ ____ |
| Keyboarding | ☐ ☐ ☐ ☐ ☐ ____ |
| Other: | ☐ ☐ ☐ ☐ ☐ ____ |

**18. LIFT/CARRY RESTRICTIONS (if any):**

☐ May not lift/carry objects more than _____ for more than ____ hours per day
☐ May not perform any lifting/carrying
☐ Other:

**19. MISC. RESTRICTIONS (if any):**

☐ Max hours per day of work: _____
☐ Sit/Stretch breaks of _____ per _____
☐ Must wear splint/cast at work
☐ Must use crutches at all times
☐ No driving/operating heavy equipment
☐ Can only drive automatic transmission
☐ No work / ☐ _____ hours/day work:
  ☐ In extreme hot/cold environments
  ☐ at heights or on scaffolding
☐ Must keep _____:
  ☐ Elevated   ☐ Clean & Dry
☐ No skin contact with: _____
☐ Dressing changes necessary at work
☐ No Running

**20. MEDICATION RESTRICTIONS (if any):**

☐ Must take prescription medication(s)
☐ Advised to take over-the-counter meds
☐ Medication may make drowsy (possible safety/driving issues)

* These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

## PART IV: DIAGNOSIS/FOLLOW-UP INFORMATION

**21. Work Injury Diagnosis Information:** Rt Rib Chest Fracture

**22. Expected Follow-up Services Include:** Released

☐ Evaluation by the treating doctor on _____ (date) at ____ : ____ am/pm
☐ Referral to/Consult with _____ on _____ (date) at ____ : ____ am/pm
☐ Physical medicine ____ X per week for ____ weeks starting on _____ (date) at ____ : ____ am/pm
☐ Special studies (list): _____ on _____ (date) at ____ : ____ am/pm
☒ None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

38

| Date / Time of Visit | EMPLOYEE'S SIGNATURE | DOCTOR'S SIGNATURE | Visit Type | Role of Doctor | |
|---|---|---|---|---|---|
| Discharge Time 5:15 | | | ☐ Initial  ☐ Follow-up | ☐ Designated doctor  ☐ Carrier-selected RME  ☐ TWCC-selected RME | ☒ Treating doctor  ☐ Referral doctor  ☐ Consulting doctor  ☐ Other doctor |

PATIENT NAME: Rodriguez, Rogelio
DOCTOR/THERAPIST:
EMPLOYER:
APPROVAL:

**S O A P** — DATE: 2-3-03

1 2 3 4 (5) 6 7 8 9 10 /10 _____ 1 2 3 4 5 6 7 8 9 10 /10 _____ 2-5

**S** Pain level increased to rib due to falling again at work

**O** TT  C  T  L  PV  (MS)  LT  (RT)  FIX  SH  SW  TP  MSP  (GM)  AL  PP
rib cage

**A** Patient slipped at work reinjured rib cage

**P** Continue current plan of treatment massage ultrasound
hot pack exercise electrical stim

| CODE | PROCEDURE | CODE | PROCEDURE |
|---|---|---|---|
| 97010 | H/C PACKS | 97022 | Whirl Pool |
| 97110 | Therapeutic Exercise 15 Minutes X __2__ | 95831 | Range of Motion _____ Extremities |
| 99078 | Home Exercises | 97018 | Paraffin Bath |
| 97032 | Electrical Stimulation _____ Hz X __ Units | 97750 | MT Muscle Testing |
| 97124 | Massage Therapy | 99170 | Theraband |
| 97035 | Ultrasound __ Units _____ w/cmd 97032 | A4595 | Electrodes X _____ |
| 97250 | Myofascial  97140 | 99070 | Other (Supplies) |

TT(tight & tender)  C(cervical)  T(thoracic)  L(lumbar)  PV(paravertebral muscles)  MS(muscle spasms)  LT(left)  RT(right)  FIX(fixation)
SH(shoulder)  SW(swelling noted)  TP(trigger points)  MSP(minor sign present)  GM(guarded movement)  AL(antalgic lean)  PP(palpation elicits pain)

---

**S O A P** — DATE: 2-5-03

1 2 3 (4) 5 6 7 8 9 10 /10 _____ 1 2 3 4 5 6 7 8 9 10 /10 _____

**S** Pain level has decreased to rib cage

**O** TT  C  T  L  PV  (MS)  LT  (RT)  FIX  SH  SW  TP  MSP  (GM)  AL  PP
rib cage

**A** Patient has better flexibility to rib cage

**P** Continue current plan of treatment massage ultrasound
hot pack exercise electrical stim

| CODE | PROCEDURE | CODE | PROCEDURE |
|---|---|---|---|
| 97010 | H/C PACKS | 97022 | Whirl Pool |
| 97110 | Therapeutic Exercise 15 Minutes X __2__ | 95831 | Range of Motion _____ Extremities |
| 99078 | Home Exercises | 97018 | Paraffin Bath |
| 97032 | Electrical Stimulation _____ Hz X __ Units | 97750 | MT Muscle Testing |
| 97124 | Massage Therapy | 99170 | Theraband |
| 97035 | Ultrasound __ Units _____ w/cmd 97032 | A4595 | Electrodes X _____ |
| 97250 | Myofascial  97140 | 99070 | Other (Supplies) |

TT(tight & tender)  C(cervical)  T(thoracic)  L(lumbar)  PV(paravertebral muscles)  MS(muscle spasms)  LT(left)  RT(right)  FIX(fixation)
SH(shoulder)  SW(swelling noted)  TP(trigger points)  MSP(minor sign present)  GM(guarded movement)  AL(antalgic lean)  PP(palpation elicits pain)

---

**S O A P** — DATE: 2-7-03

1 2 3 4 5 (6) 7 8 9 10 /10 _____ 1 (2) 3 4 5 6 7 8 9 10 /10 _____

**S** Pain level to rib cage slowly decreasing

**O** TT  C  T  L  PV  (MS)  LT  (RT)  FIX  SH  SW  TP  MSP  (GM)  AL  PP
rib cage

**A** Patient feels better / PT. Chad started PT on him due to intake signal

**P** Continue current plan of treatment massage ultrasound
hot pack exercise electrical stim

| CODE | PROCEDURE | CODE | PROCEDURE |
|---|---|---|---|
| 97010 | H/C PACKS | 97022 | Whirl Pool |
| 97110 | Therapeutic Exercise 15 Minutes X __2__ | 95831 | Range of Motion _____ Extremities |
| 99078 | Home Exercises | 97018 | Paraffin Bath |
| 97032 | Electrical Stimulation _____ Hz X __ Units | 97750 | MT Muscle Testing |
| 97124 | Massage Therapy | 99170 | Theraband |
| 97035 | Ultrasound __ Units _____ w/cmd 97032 | A4595 | Electrodes X _____ |
| 97250 | Myofascial  97140 | 99070 | Other (Supplies) |

TT(tight & tender)  C(cervical)  T(thoracic)  L(lumbar)  PV(paravertebral muscles)  MS(muscle spasms)
SH(shoulder)

39

**PATIENT NAME:**
**DOCTOR/THERAPIST:**
**EMPLOYER:**
**APPROVAL:**

---

**DATE:**

**S** 1 2 3 4 5 6 7 8 9 10 / 10 _____ . _____ 1 2 3 4 5 6 7 8 9 10 / 10 _____

**O** TT  C  T  L  PV  MS  LT  RT  FIX  SH  SW  TP  MSP  GM  AL  PP

**A**

**P** Continue current plan of treatment _____

| CODE | PROCEDURE | CODE | PROCEDURE |
|------|-----------|------|-----------|
| 97010 | H/C PACKS | 97022 | Whirl Pool |
| 97110 | Therapeutic Exercise 15 Minutes X ___ | 98981 | Range of Motion ___ Extremities |
| 98078 | Home Exercises | 97018 | Paraffin Bath |
| 97032 | Electrical Stimulation ___ Hz X ___ Units | 97780 | MT Muscle Testing |
| 97124 | Massage Therapy | 99170 | Thumbands |
| 97035 | Ultrasound ___ Units ___ w/rct2 97032 | A4556 | Electrodes X ___ |
| 97250 | Myofacial  97140 | 99070 | Other (Supplies) |

TT(tight & tender)  C(cervical)  T(thoracic)  L(lumbar)  PV(paravertebral muscles)  MS(muscle spasms)  LT(left)  RT(right)  FIX(fixation)
SH(shoulder)  SW(swelling noted)  TP(trigger points)  MSP(minor sign present)  GM(guarded movement)  AL(antalgic lean)  PP(palpation elicits pain)

---

**DATE:**

**S** 1 2 3 4 5 6 7 8 9 10 / 10 _____ 1 2 3 4 5 6 7 8 9 10 / 10 _____

**O** TT  C  T  L  PV  MS  LT  RT  FIX  SH  SW  TP  MSP  GM  AL  PP

**A**

**P** Continue current plan of treatment _____

| CODE | PROCEDURE | CODE | PROCEDURE |
|------|-----------|------|-----------|
| 97010 | H/C PACKS | 97022 | Whirl Pool |
| 97110 | Therapeutic Exercise 15 Minutes X ___ | 98981 | Range of Motion ___ Extremities |
| 98078 | Home Exercises | 97018 | Paraffin Bath |
| 97032 | Electrical Stimulation ___ Hz X ___ Units | 97780 | MT Muscle Testing |
| 97124 | Massage Therapy | 99170 | Thumbands |
| 97035 | Ultrasound ___ Units ___ w/rct2 97032 | A4556 | Electrodes X ___ |
| 97250 | Myofacial  97140 | 99070 | Other (Supplies) |

TT(tight & tender)  C(cervical)  T(thoracic)  L(lumbar)  PV(paravertebral muscles)  MS(muscle spasms)  LT(left)  RT(right)  FIX(fixation)
SH(shoulder)  SW(swelling noted)  TP(trigger points)  MSP(minor sign present)  GM(guarded movement)  AL(antalgic lean)  PP(palpation elicits pain)

---

**DATE:**

**S** 1 2 3 4 5 6 7 8 9 10 / 10 _____ 1 2 3 4 5 6 7 8 9 10 / 10 _____

**O** TT  C  T  L  PV  MS  LT  RT  FIX  SH  SW  TP  MSP  GM  AL  PP

**A**

**P** Continue current plan of treatment _____

| CODE | PROCEDURE | CODE | PROCEDURE |
|------|-----------|------|-----------|
| 97010 | H/C PACKS | 97022 | Whirl Pool |
| 97110 | Therapeutic Exercise 15 Minutes X ___ | 98981 | Range of Motion ___ Extremities |
| 98078 | Home Exercises | 97018 | Paraffin Bath |
| 97032 | Electrical Stimulation ___ Hz X ___ Units | 97780 | MT Muscle Testing |
| 97124 | Massage Therapy | 99170 | Thumbands |
| 97035 | Ultrasound ___ Units ___ w/rct2 97032 | A4556 | Electrodes X ___ |
| 97250 | Myofacial  97140 | 99070 | Other (Supplies) |

TT(tight & tender)  C(cervical)  T(thoracic)  L(lumbar)  PV(paravertebral muscles)  MS(muscle spasms)  LT(left)  RT(right)  FIX(fixation)
SH(shoulder)  SW(swelling noted)  TP(trigger points)  MSP(minor sign present)  GM(guarded movement)  AL(antalgic lean)  PP(palpation elicits pain)