# NERGY PROGRESSIVE EXERCISE NOTES — THORACIC

Patient Name: Rodriguez Rogelio

| Date | 2-2-03 | | | | | | | 2-5-03 | | | | | | | | 2-7-03 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Exercise # | 1A | 1B | 1C | 1D | 1E | 1F | | | 1A | 1B | 1C | 1D | 1E | 1F | 2A | 2C | 1A | 1B | 1C | 1D | 1E | 1F | 2A | 2C |
| Pain Scale | m | m | m | m | m | | | | m | m | m | m | m | m | m | H+ | m | m | m | m | m | m | m | m |
| Sets / Reps | 20 | 20 | 20 | 20 | 20 | 20 | | | 20 | 20 | 20 | 20 | 20 | 20 | 20 | | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| Resistance | | | | | | | | | | | | | | | | | | | | | | | | |
| Comments | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Exercise # | | | | | | | | |
| Pain Scale | | | | | | | | |
| Sets / Reps | | | | | | | | |
| Resistance | | | | | | | | |
| Comments | | | | | | | | |

**TREATMENT:** Painfree (-) Discomfort (D)* Moderate Pain (M)* Strong Pain (S)*

**RESISTANCE:** XL = Extra Light   L = Light   M = Medium   H = Heavy

**IES I**
M/Stretching

- The Anchor Stretch
- Optional / Diagonal Stretch
- Neck Glide / Extensor Stretch
- The Upper Back Stretch
- Corner Chest Stretch
- Shoulder Square Shrugs
- Optional — circulation therapy
- Optional _____

**SERIES II**
Isometric / Non-Weighted
Gentle Strengthening

- 2A - Wall Push
- 2B - Chair Lift
- 2C - Lower Trap Squeeze
- 2D - Serratus Roll
- 2E - Optional _____
- 2F - Optional _____

**SERIES III**
Isotonic Strengthening
with *SYNERGY* Cords

- 3A - Resistance Shoulder Shrugs
- 3B - Serratus Push
- 3C - Middle Trapezius Pull
- 3D - Inner Thoracic Isolator
- 3E - Optional / Rhomboid Isolator
- 3F - Optional _____
- 3G - Optional _____

*Consult with your physician

41

ACCT _____ DOB ▓▓▓ ▓▓▓ MALE FEMALE NEW ESTABLISH NI __ TI __ NO __ TO __

NAME: Rodriguez, Rogelio   DATE: MAR 21 2003   PRIV __ WC ✓ MVA __ MCR __ MCD __ MM __ CSF

AGE 43  B/P 139/90  HT 66"  WT 231  TEMP __  PULSE __  ALLERGIES None

**PREVIOUS DX:** _____

**SUBJECTIVE**
HX: Flu to Fracture Rib Rt Side. 1-2 on pn scale
complaining more about (R) post shoulder "soreness"
43 year old male involved in MVA 1-16-03 w/ fractures to ribs
+ head injury married 4 children working for
R+L Carriers x 2 years. mother w/ DM II
father deceased unknown
causes. Surgery to sinus
+ Rt eye in 2001. Truck driver
x 2 yrs. (?)

HABITS DRINKS Ø SMOKES Ø DRUGS Ø DIET __ EXERCISE __
IMMUNIZATIONS CURRENT AS PER HISTORY GIVEN BY PATIENT

(9) GASTROINTESTINAL __ NL __ ABN ✓ NE
    VERY LARGE __ TENDER __ SEE DRAWING

ROS
HEAD _____
EYES _____
EARS _____
NOSE & THROAT _____
NECK _____
BREASTS _____
CARDIO-RESP _____
GASTRO-INTES _____
GENITO-URINARY _____
MUSCULO-SKELETAL _____
NEURO _____
SKIN _____

(10) SKIN ✓ NL __ ABN __ NE
    F/NAILS DEF __ T/NAILS DEF __ TAGS TO NECK
    MULT/MOLES __ FACE __ BODY
    PALE __ DRY __ PURPURA TO EXT
    RASH __ MACULAR __ PAPULAR __ ERYTHEMA
    PRURITAS __ ERUPTIONS __ SCALES __ OTHER

(11) NEUROLOGY __ NL __ ABN ✓ NE
    RHOMBERG __ GAIT __ SPEECH
    PARALYSIS & OR WEAK TO _____

(12) GENITO URINARY MALE __ NL __ ABN ✓ NE
    PENIS __ SCROTUM __ TESTICLES
    PROSTATE SIZE __ MASS
    ANUS __ GUIAC __ OTHER

(13) GENITO URINARY FEMALE __ NL __ ABN ✓ NE
    PAP DONE _____
    DISCHARGE __ OTHER

**OBJECTIVE**
PHYSICAL EXAM
GENERAL APPEARANCE ✓ HEALTHY __ UNHEALTHY
    CANE   TI
    WALKER  NL
    W/CHAIR SM
    ACUTELY ILL   SL NL (OW) GO

(1) EYES ✓ NL __ ABN __ NE
    GLASSES __ CONTACTS __ IMPLANTS
    BAS __ DEF PUPILS __ MATT/DISCH
    ERYTH & SWELLING TO SCLERA TO CONJ
    PTEREGIUMS __ OTHER

(14) BREAST EXAM __ NL __ ABN ✓ NE
    OTHER _____

    ✝    ✝

(15) PSYCHIATRIC ✓ NL __ ABN __ NE
    ANXIOUS __ STRESSED __ DEPRESSED
    INSOMNIA __ CRYING/TEARFUL
    OTHER

(2) EARS, NOSE, THROAT ✓ NL __ ABN __ NE
    NOSE __ CONG __ RUNNING
    PHAR/THROAT-ERYTH-PAIN-TENDER-SWOLLEN
    TM'S __ ERYTH __ DULL __ CANALS __ CERUMEN
    TENDER SINUSES __ SWOLLEN
    POOR DENTAL W/MULT CARIES __ FEW/NO TEETH
    TONGUE-DIRTY & COATED __ DRY ORAL MUCOSA
    DENTURES/PARTIALS __ OTHER

**ASSESSMENT**
DX (1) Rt chest/ribs pn -
    resolving
    (2) Rt shoulder pn -
    muscular

(3) NECK ✓ NL __ ABN __ NE __ GOITER __ ADEN

(4) LYMPHATIC ✓ NL __ ABN __ NE
    TENDER-ANTERIOR NECK ADENOPATHY

(5) PULMONARY ✓ NL __ ABN __ NE
    DRY COUGH __ CONG/COUGH __ WHEEZY COUGH
    RALES __ RHONCHI __ WHEEZING __ OTHER

AND STABLE W/ABOVE MENTIONED MEDICAL PROBLEMS

PLAN (1) Cont meds as prescribed
     (2) Cont Reg duty
     (3) RTC in 30d - if resolved, released.

(6) CARDIOVASCULAR ✓ NL __ ABN __ NE
    A.FIB-IRREG/IRREG (RATE)
    IRREG W/OCCAS PAUSE (RATE)
    SYS. MURMUR __ DECREASED PULSES TO LOW EXT.

(7) MUSCULOSKELETAL __ NL __ ABN __ NE
    THORACIC KYPHOSIS ✓ TENDER/PAINFUL AREAS
    SEE DRAWING __ OTHER

LAB/X-RAYS/REFE
__ FASTING __ Ht
__ SMAC 12
__ CBC W/DIFF
__ URINALYSIS

__ T-CHOL
__ TSH
__ PSA
__ URIC ACID
__ GUIAC
__ FBS
__ HgA1C
__ LYTES
__ LIPID PANEL
__ HEPATIC PANEL
__ BUN/CREAT
__ AST/ALT
__ H-PYLORI

__ EKG
__ CHEST X-RAY
__ HOLTER
__ STREP TEST
__ TYMPANOMETRY
__ GLUCOMETER
__ SED RATE
__ BREATHING RX

__ DEPO MED 80MG
__ ROBAXIN 5MG
__ NUBAINE 10MG

SURGICAL PROCEDURE
REFERRAL TO _____

42

- Full ROM of
  Rt shoulder
- No numbness or tingling
  w/ex____

RTC 30d   WORK __   REST __   (✓) SEE TWCC 7

__ THERAPY _____         __ DISCUSSED MEDS. & MED PROBLEMS W/PAT
✓ REFILL SAME MEDICATIONS & DISCUSS W/PAT    __ REFERRED PATIENT TO _____

Employee - You are required to report your injury to employer within 30 days if your employer has workers' compensation insurance. You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office or 1(800)-252-7031.

Trabajador - Es necesario que usted reporte su lesión a su empleador dentro de 30 días a partir del día en que se lesionó, si su empleador tiene seguro de compensación para trabajadores la Comisión Tejana de Compensación para Trabajadores le ofrece asistencia gratuita, también puede que usted tenga derecho a ciertos beneficios médicos y monetarios. Para mayor Información llame a la oficina local de la Comisión 1-800-252-7031



# TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

## PART I: GENERAL INFORMATION

**5. Doctor's Name and Degree:** DR. ABRAHAM CANO, M.D.

(for transmission purposes only) **Date Being Sent:** MAR 2? 200?

**1. Injured Employee's Name:** Rodriguez Rogelio

**6. Clinic/Facility Name:** ED CAREY DR FAMILY MED CTR

**Employer's Name:** R+L Carriers

**2. Date of Injury:** 1-16-03

**3. Social Security Number:** [redacted]

**7. Clinic/Facility/Doctor Phone & Fax:** (956) 425-9181  (956) 425-1262

**Employer's Fax # or Email Address (if known):** 797-3547

**4. Employee's Description of Injury/Accident:** Rt Rib chest fracture

**8. Clinic/Facility/Doctor Address (street address):** 2401 ED CAREY DR. SUITE A

**City, State, Zip:** HARLINGEN, TEXAS 78550

**Insurance Carrier:**

**Carrier's Fax # or Email Address (if known):**

## PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury:

- [X] (a) will allow the employee to return to work as of 3-21-03 (date) **without restrictions**.
- [ ] (b) will allow the employee to return to work as of _____ (date) **with the restrictions** identified in PART III, which are expected to last through _____ (date).
- [ ] (c) is such that the employee is/has been **restricted from all work** as of _____ (date) which is expected to last through _____ (date). The following describes how this injury prevents the employee from returning to work:

## PART III: ACTIVITY RESTRICTIONS* (REQUIRED IF BOX 13(b) IS CHECKED)

**14. POSTURE RESTRICTIONS (If any):** Max Hours per day: 0 2 4 6 8 Other
- Standing
- Sitting
- Kneeling/Squatting
- Bending/Stooping
- Pushing/Pulling
- Twisting
- Other:

**15. RESTRICTIONS SPECIFIC TO (If applicable):**
- L Hand/Wrist / R Hand/Wrist
- L Arm / R Arm / Neck
- L Leg / R Leg / Back
- L Foot/Ankle / R Foot/Ankle
- Other:

**16. OTHER RESTRICTIONS (if any):** Return to Regular Duty 3-21-03

**17. MOTION RESTRICTIONS (If any):** Max Hours per day: 0 2 4 6 8 Other
- Walking
- Climbing stairs/ladders
- Grasping/Squeezing
- Wrist flexion/extension
- Reaching
- Overhead Reaching
- Keyboarding
- Other:

**18. LIFT/CARRY RESTRICTIONS (If any):**
- [ ] May not lift/carry objects more than _____ for more than _____ hours per day
- [ ] May not perform any lifting/carrying
- [ ] Other:

**19. MISC. RESTRICTIONS (If any):**
- [ ] Max hours per day of work:
- [ ] Sit/Stretch breaks of ___ per ___
- [ ] Must wear splint/cast at work
- [ ] Must use crutches at all times
- [ ] No driving/operating heavy equipment
- [ ] Can only drive automatic transmission
- [ ] No work / ___ hours/day work:
- [ ] In extreme hot/cold environments
- [ ] at heights or on scaffolding
- [ ] Must keep _____
- [ ] Elevated  [ ] Clean & Dry
- [ ] No skin contact with: _____
- [ ] Dressing changes necessary at work
- [ ] No Running

**20. MEDICATION RESTRICTIONS (If any):**
- [ ] Must take prescription medication(s)
- [ ] Advised to take over-the-counter meds
- [ ] Medication may make drowsy (possible safety/driving issues)

* These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

## PART IV: DIAGNOSIS/FOLLOW-UP INFORMATION

**21. Work Injury Diagnosis Information:** Rt Rib chest fracture

**22. Expected Follow-up Services Include:** 30 Day
- [ ] Evaluation by the treating doctor on 4-16-03 (date) at 3:45 am/pm
- [ ] Referral to/Consult with _____ on _____ (date) at ___:___ am/pm
- [ ] Physical medicine ___ X per week for ___ weeks starting on _____ (date) at ___:___ am/pm
- [ ] Special studies (list): _____ on _____ (date) at ___:___ am/pm
- [ ] None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

43

**Date/Time of Visit:** 3/21/03 11:30

**Discharge Time:** 12/03

**EMPLOYEE'S SIGNATURE:** [signed] Rogelio Rodriguez

**DOCTOR'S SIGNATURE:** [signed]

**Visit Type:**
- [ ] Initial
- [X] Follow-up

**Role of Doctor:**
- [X] Treating doctor
- [ ] Designated doctor
- [ ] Carrier-selected RME
- [ ] TWCC-selected RME
- [ ] Referral doctor
- [ ] Consulting doctor
- [ ] Other doctor

# SYNERGY PROGRESSIVE EXERCISE NOTES — THORACIC

Patient Name: Rogelio Rodriguez

| Date | 1-22-03 | | | | | 1-23-03 | | | | | 1-24-03 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Exercise # | 1A | 1B | 1C | 1D | 1E | 1F | 1A | 1B | 1C | 1D | 1E | 1F | 1A | 1B | 1C | 1D | 1E | 1F |
| Pain Scale | M | M | S | M | M | | M | M | S | S | M | M | M | S | S | S | S | S |
| Sets / Reps | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Resistance | | | | | | | | | | | | | | | | | | |
| Comments | | | | | | | | | | | | | | | | | | |

| Date | 1-27-03 | | | | | 1-28-03 | | | | | 1-30-03 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Exercise # | 1A | 1B | 1C | 1D | 1E | 1F | 1A | 1B | 1C | 1D | 1E | 1F | 1A | 1B | 1C | 1D | 1E | 1F |
| Pain Scale | S | M | M | M | M | | M | M | M | M | M | M | M | M | M | M | M | M |
| Sets / Reps | 10 | 10 | 10 | 10 | 10 | | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Resistance | | | | | | | | | | | | | | | | | | |
| Comments | | | | | | | | | | | | | | | | | | |

**TREATMENT:** Painfree (-)   Discomfort (D)*   Moderate Pain (M)*   Strong Pain (S)*

**RESISTANCE:** XL = Extra Light   L = Light   M = Medium   H = Heavy

**SERIES I**
ROM / Stretching

- The Anchor Stretch
- Optional / Diagonal Stretch
- Neck Glide / Extensor Stretch
- The Upper Back Stretch
- Corner Chest Stretch
- Shoulder Square Shrugs
- Optional _____
- Optional _____

**SERIES II**
Isometric / Non-Weighted
Gentle Strengthening

2A - Wall Push
2B - Chair Lift
2C - Lower Trap Squeeze
2D - Serratus Roll
2E - Optional _____
2F - Optional _____

**SERIES III**
Isotonic Strengthening
with SYNERGY Cords

3A - Resistance Shoulder Shrugs
3B - Serratus Push
3C - Middle Trapezius Pull
3D - Inner Thoracic Isolator
3E - Optional / Rhomboid Isolator
3F - Optional _____
3G - Optional _____

*Consult with your physician

44

AMERICAN BOARD OF FAMILY PRACTIC

DR. ABRAHAM CANO, M.D.
FAMILY MEDICAL

ED CAREY DR FAMILY MEDICAL CENTER
2401 ED CAREY DR., SUITE A
HARLINGEN, TX 78550

## PATIENT EDUCATION
### CPT: 99078-22

TEL. 425-9181 OFFICE
FAX (210) 425-1262

DATE: 1-22-03

PATIENT: Rodriguez, Rogelio
SSN: ▓▓▓▓▓▓▓
DOB: ▓▓▓▓▓▓▓

Patient education is described in the Texas Workers Compensation Guidelines as "an essential component in ensuring the injured employees' compliance to all treatment and to achieve cooperation of the patient in all aspects of health care as a means to prevent re-injury."

I have explained to the patient his/her responsibility as an active participant in the rehabilitation and return to work process. Our Patient Education Program includes references to basic anatomy and biomechanics as it is related to the patients specific injury.

I have explained the 4 phases of recovery and the relationship of physical therapy to the recovery process. Specific handouts, booklets, brochures, tapes, videos, and other educational materials will be provided to the patient during this program to reinforce the understanding of these concepts.

If you have any questions or if I can be of further assistance, please do not hesitate to call my office at (956) 425-9181.

Sincerely,
Ed Carey Drive Family Medical Center


Abraham Cano, MD
Director of Physical Therapy

Attachments:

Dr. Cano has explained my responsibility as an active participant in the rehabilitation and return to work process. I have received instructions today related to basic anatomy and biomechanics as it relates to the my specific injury. I have also received specific handouts, booklets, brochures, tapes, videos to help me understand these concepts.

45

DATE: 1-22-03