United States District Court
Southern District of Texas
FILED

MAY 19 2006

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § § | |

-oOo-

## NOTICE OF DECLARATION (AFFIDAVIT) UNDER FEDERAL RULE OF EVIDENCE 902 (11)

Please take notice that Plaintiff Rogelio Rodriguez has obtained the declaration (Affidavit) under penalty of perjury of BRENDA YOUNGMAN, CUSTODIAN FOR MCALLEN MRI CENTER, certifying the authenticity of the business records and bills of MCALLEN MRI CENTER, for use at the trial of this case under Federal Rule of Evidence 902(11).

A copy of the declaration (Affidavit) of BRENDA YOUNGMAN, CUSTODIAN FOR MCALLEN MRI CENTER is attached to this notice as Exhibit "A".

Dated this the __19__ day of May, 2006.

RESPECTFULLY SUBMITTED,

LAW FIRM OF RANDALL P. CRANE
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-2496

BY: _____
RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS
ROGELIO RODRIGUEZ AND
ELIZABETH RODRIGUEZ

Case 1:04-cv-00137  Document 77  Filed in TXSD on 05/19/2006  Page 2 of 2

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Notice of Declaration/Affidavit of MCALLEN MRI CENTER, has been forwarded to the following:

**Patrick R. Kasperitis**
Dunn, Weathered, Coffey,
Rivera, Kasperitis & Rodriguez, P.C.
Attorneys At Law
611 S. Upper Broadway
Corpus Christi, Texas 78401

(Certified Mail, Return Receipt Requested #7004 0550 0001 3134 5518)

SIGNED THIS THE __19th__ DAY OF MAY, 2006.

_____
RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS
ROGELIO RODRIGUEZ AND
ELIZABETH RODRIGUEZ