UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROGELIO RODRIGUEZ<br>AND ELIZABETH RODRIGUEZ<br><br>V.<br><br>JAMES ARTHUR LARSON | §<br>§<br>§<br>§   CIVIL ACTION NO. B-04-137<br>§<br>§<br>§ |

-oOo-

## AFFIDAVIT OF COSTS OF SERVICES BY CUSTODIAN

Name of Patient: ROGELIO RODRIGUEZ
D.O.B.:
S.S.N.:

STATE OF Texas
COUNTY OF Cameron

BEFORE ME, the undersigned notary, on this day personally appeared Brenda Youngman, a person whose identity is known to me. After I administered an oath to him/her, upon his/her oath, he/she said:

1. "My name is Brenda Youngman, I am over 18 years of age, of sound mind, and capable of making this Affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am the person in charge of the records for **MCALLEN MRI CENTER.** Attached to this affidavit are medical records and billing records that provide an itemized statement of the service and the charge for the service that **MCALLEN MRI CENTER** provided to **ROGELIO RODRIGUEZ** from 11-13-03 thru present (date). The attached records are a part of the affidavit.


EXHIBIT A pg 1

3. The attached records are kept by me in the regular course of business. The information contained in the records was transmitted to me in the regular course of business by **MCALLEN MRI CENTER** or an employee or representative of **MCALLEN MRI CENTER,** who had personal knowledge of the information. The records were made at or near the time or reasonably soon after the time the service was provided. The records are the originals or exact duplicates of the originals.

4. The service provided was necessary, and the amount charged for the service was reasonable at the time and place the service was provided. The total amount of the charges for the services provided from 11-13-03 (date services commenced) to present was $ 3,063.65.

5. The service provided was needed by ROGELIO RODRIGUEZ and requested by his treating physicians as a result of personal injuries sustained as the result of an automobile collision which occurred on January 16, 2003.

*Brenda Youngman*
**AFFIANT**

Sworn to and subscribed before me by Brenda Youngman on May 18, 2006.

*Toni Crane*
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS
MY COMMISSION EXPIRES: 8-16-09

TONI CRANE
Notary Public, State of Texas
My Commission Expires
August 16, 2009

EXHIBIT