# Statement of Account

MEDICAL IMAGERS 1 LP
320 N. Mc COLL Ste. B
McALLEN, TX 78501

**Account No.**
0000172990

**Page #**
1

ROGELIO RODRIGUEZ
123 DOLORES ST
HARLINGEN, TX 78550

**Date**
02/09/2005

| Date | For | Description | Ref | Charges | Credits |
|---|---|---|---|---|---|
| 11/13/2003 | ROGELIO | MRI SPINAL CANAL CERV; WO C | 23 | 1850.00 | |

| 0 - 30 Days Current | 31 - 60 Days Past Due | 61 - 90 Days Past Due | 91 - 120 Days Past Due | > 120 Days Past Due | Balance Due |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $1850.00 | $1850.00 |

## Notes

PLEASE CALL US AT 956-630-3400
PLEASE CALL US AT 956-630-3400

# Statement of Account

MEDICAL IMAGERS 1 LP
320 N. Mc COLL Ste. B
McALLEN, TX 78501

**Account No.** 0000172990

**Page #** 1

ROGELIO RODRIGUEZ
123 DOLORES ST
HARLINGEN, TX 78550

**Date** 02/09/2005

| Date | For | Description | Ref | Charges | Credits |
|---|---|---|---|---|---|
| 10/02/2004 | ROGELIO | MRI SPINAL CANAL LUMB; WO | 3032 | 1850.00 | |
| 10/29/2004 | ROGELIO | WORKMANS COMP CK | 3032 | | -636.95 |

| 0 - 30 Days Current | 31 - 60 Days Past Due | 61 - 90 Days Past Due | 91 - 120 Days Past Due | > 120 Days Past Due | Balance Due |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $1213.05 | $0.00 | $1213.05 |

## Notes

PLEASE CALL US AT 956-630-3400

PLEASE CALL US AT 956-630-3400

McAllen MRI Center
320 N. McColl Ste. E
McAllen, Tx 78501
956-687-9636
Fax 956-687-9743

Chart: 17299
Date: 11-12-03

NAME: Rogelio Rodriguez

D.O.B.: ████████

AGE: 43     SEX: F  (M)

REFERRING DOCTOR: Dr. Jorge Tijmes

MCALLEN MRI CENTER AND CT PATIENT NOTES

DATE: 11/13/03  MRI - C spine

DATE:_____

DATE:_____

DATE:_____

DATE:_____

DATE:_____

DATE:_____

DATE:_____

DATE:_____

DATE:_____

DATE:_____

DATE:_____

DATE:_____

1

**Patient:** Rogelio Rodriguez   **Date of Birth:** ████   #17299
**Examination:** MRI Cervical Spine
**Date:** 11-13-03
**Referring Doctor:** Dr. Tijmes

**History:** Cervical pain
We appreciate your referring this patient to us. Below are our findings.
Technique: T1, proton dense, and T2 weighted sagittal images; T1 axial images.
Findings:
1. The scans image from the inferior clivus through T3. The cerebellar tonsils are normal.
2. There is subtotal opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right maxillary antrum.
3. The vertebral body heights are preserved. The regional bone marrow signal is normal.
4. There is no subluxation. There is no abnormality of curvature.
5. The cervical cord is normal.
6. At C2-3, there is no disc bulge. There is no neuroforaminal or central stenosis.
7. At C3-4, there is a 2 mm central to right central, broad-based disc protrusion, with subtotal effacement of the CSF anterior to the cord. There is no overt cord or nerve root compression. There is no neuroforaminal or central stenosis.
8. At C4-5, there is a 1 mm central disc bulge, with mild effacement of the CSF anterior to the cord. There is no cord or nerve root encroachment. There is no neuroforaminal or central stenosis.
9. At C5-6, there is a 1.5 mm central disc bulge, with severe effacement of the CSF anterior to the cord. There is no cord or nerve root encroachment. There is no neuroforaminal or central stenosis.

10. At C6-7, there is a 2 mm central disc protrusion, with subtotal effacement of the CSF anterior to the cord. There is no overt cord or nerve root compression. There is no neuroforaminal or central stenosis.
11. At C7-T1, T1-2 and T2-3, there is no disc bulge. There is no neuroforaminal or central stenosis.
12. The facets and uncinate processes are unremarkable.

Impression:
1. At C3-4 through C6-7, there are varying disc protrusions and effacements of the CSF as described above.
2. There is subtotal opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right maxillary antrum.

Thank you for allowing us to participate in the care of your patient. If you have any questions regarding this report, please contact me through my beeper.
Sincerely,

Marc Berger, M.D.   **McAllen MRI Center** 972-209-1485
320 N. McColl Suite "E"
McAllen, Texas 78501
Ph: 956.687.9636
Fax: 956.687.9743
E-mail: mcallenmri@msn.com

2

R. RODRIGUEZ

**MCALLEN MRI CENTER**
**320 N. MCCOLL SUITE B**
**MCALLEN, TX 78501**
**956-687-9636**
**FAX 956-687-9743**

CHART# 17299

THE FOLLOWING INFORMATION IS FOR THE TECHNICIAN WHO WILL BE PERFORMING YOUR EXAM.

WHAT IS THE PHYSICIAN LOOKING FOR?_____
GADDLINIUM AMOUNT_____REACTION_____
MEDICATIONS GIVEN_____
CERVICAL/DORSAL/LUMBAR SPINE SYMPTOMS

| | | | | |
|---|---|---|---|---|
| NECK | Y | N | R | L |
| PAIN TO UPPER EXT | Y | N | R | L |
| NUMBNESS IN UPPER EXT | Y | N | R | L |
| WEAKNESS IN UPPER EXT | Y | N | R | L |

WHEN YOU ARE AWAKE IN THE MORNING IS YOUR PAIN WORSE? YES_____NO_____

I FULLY UNDERSTAND EACH QUESTION AND HAVE ANSWERED EACH QUESTION TO THE BEST OF MY KNOWLEDGE.

_____      _____
PATIENT SIGNATURE               DATE

INJURED ON 8-3-04 LIFTING     NO PRIOR SURG

LOW BACK PAIN

3

Patient: Rodriguez Rogelio          DOB:          MC#17299
Examination: MRI Lumbar Spine
Date: 10-02-04
Referring Physician: Dr.Gill
History: Chronic pain to lumbar

We appreciate your referring this patient to us. Below are our findings:

**Technique:** T1 and T2 sagittal and axial images.

**Findings:**
1. This scan images from T9-10 to S2. The distal cord, conus medullaris and filum terminalis are normal.
2. The visualized retroperitoneum is normal.
3. The vertebral body heights are preserved and the regional bone marrow signal is normal.
4. 1-2 mm anterior lateral vertebral osteophytic changes are present.
5. There is no spondylolysis or spondylolisthesis. There is a 5 degree levoscoliosis of the lumbar spine.
6. At T10-11 and T12-L1, there is no central bulge of the disc. There is no central stenosis, lateral recess stenosis or neuroforaminal stenosis. The facets are normal. Each disc is well hydrated and normal height.
7. At T11-12, L1-2; and L2-3, there is a 1 mm central disc protrusion mild impression on dura and no impression on the origin of the nerve roots. There is no central stenosis, lateral recess stenosis or neuroforaminal stenosis. The facets are normal. Each disc is reasonably well hydrated and normal height.
8. At L3-4, there is a 3 mm central disc protrusion. There is impression on the thecal sac and there is no impression on the origin of the nerve roots. There is an element of central stenosis, but no lateral recess stenosis or neuroforaminal stenosis. The facets are degenerative. The disc is partially hydrated and normal height.
9. At L4-5, there is a 4-4.5 mm central disc protrusion to more likely early herniation with HIZ along the posterior left annulus indicative of a small posterior left annular tear. There is impression on the thecal sac and there is impression on and distortion of the origin of the left L5 nerve root. There is an element of central stenosis, but no lateral recess stenosis or neuroforaminal stenosis. The facets are degenerative. The disc is dehydrated and normal height.
10. At L5-S1, there is a 3 mm central bulge of the disc with no impression on thecal sac and no impression on the origin of the nerve roots. There is no central stenosis, lateral recess stenosis or neuroforaminal stenosis. The facets are degenerative. The disc is partially hydrated and normal height.

McAllen MRI Center
320 N. McColl Suite "E"
McAllen, Texas 78501
PH: 956-687-9636
Fax: 956-687-9743
info@mcallenmri.com

4

Impression:
1. There is a 5 degree levoscoliosis of the lumbar spine.
2. At L3-4, there is a 3 mm central disc protrusion. There is impression on the thecal sac and there is no impression on the origin of the nerve roots. There is an element of central stenosis. The facets are degenerative. The disc is partially hydrated and normal height.
3. At L4-5, there is a 4-4.5 mm central disc protrusion to more likely early herniation with HIZ along the posterior left annulus indicative of a small posterior left annular tear. *There is impression on the thecal sac and there is impression on and distortion of the origin of the left L5 nerve root.* There is an element of central stenosis. The facets are degenerative. The disc is dehydrated and normal height.
4. At L5-S1, there is a 3 mm central bulge of the disc with no impression on thecal sac and no impression on the origin of the nerve roots. There is no central stenosis, lateral recess stenosis or neuroforaminal stenosis. The facets are degenerative. The disc is partially hydrated and normal height.

Thank you for allowing us to participate in the care of your patient.
Sincerely,

*[signature]* Marc Berger, M.D.

Marc Berger, M.D., P.A.    10/3/04

McAllen MRI Center
320 N. McColl Suite "E"
McAllen, Texas 78501
PH: 956-687-9636
Fax: 956-687-9743
info@mcallenmri.com

5