# CURRICULUM VITAE

## DANIEL R. BACKLAS, M.D.
SS# 1██-██-████

**DATE AND PLACE OF BIRTH:**

> March 2, 1952
> Buffalo, New York

**MARITAL STATUS:**

> Married

**EDUCATION AND TRAINING:**

> B.S., University of Florida, Gainsville, Florida, June 1974
>
> M.D., University of Madrid, Madrid, Spain, June 1982
>
> Internship: Transitional Program in Surgery and Medicine
> State University of New York
> Buffalo, New York
> June 1982 - June 1983
>
> Residency: (PGY II-IV), Radiology, Assistant Clinical Instructor
> State University of New York
> Buffalo, New York
> July 1983 - June 1986
>
> Fellowship: (PGY), CT, Angiography and Interventional Radiology
> Buffalo General Hospital
> State University of New York
> July 1986 - January 1988

**LICENSURE:**

> Louisiana License #07839R
> Texas License #H3642
> New York License #165337-1
> New Jersey License #MA46102

**CERTIFICATION:**

> ECFMG #331-272-5
> FLEX: Medical Licensing Board of New Jersey #520302014
> American Board of Radiology
> Radiation Safety Officer
> > Veterans Administration Hospital, Biloxi, Mississippi
> > Knapp Medical Center, Weslaco, Texas



EXHIBIT A

## Daniel R. Backlas, M.D.

### APPOINTMENT:

Associate Staff, Department of Radiology
McAllen Medical Center
January 1988 - August 1988

Assistant Professor of Radiology
Tulane University, New Orleans, LA
September 1988 - December 1990

Chief of Radiology/Nuclear Medicine (Representing Tulane University)
Veterans Administration Hospital, Biloxi, Mississippi
January 1990 - November 1990

Section Chief of Musculoskeletal Radiology
Tulane Medical Center, New Orleans, LA
September 1988 - December 1990

Associate Staff, Department of Radiology
Rio Grande Regional Hospital
December 1990 - January 1992

Associate Staff, Department of Radiology
Valley Regional Hospital, Brownsville, Texas
March 1992 - July 31, 1992

Chief of Radiology
Knapp Medical Center, Weslaco, Texas
August 1992 - Present

### SOCIETY MEMBERSHIP:

American College of Radiology
Radiological Society of North America
Texas Medical Association
Hidalgo-Starr Counties Medical Society
Texas Radiological Society