# CURRICULUM VITAE

## DANIEL R. BACKLAS, M.D.
SS# 1██████████

**DATE AND PLACE OF BIRTH:**

March 2, 1952
Buffalo, New York

**MARITAL STATUS:**

Married

**EDUCATION AND TRAINING:**

B.S., University of Florida, Gainsville, Florida, June 1974

M.D., University of Madrid, Madrid, Spain, June 1982

Internship: Transitional Program in Surgery and Medicine
State University of New York
Buffalo, New York
June 1982 - June 1983

Residency: (PGY II-IV), Radiology, Assistant Clinical Instructor
State University of New York
Buffalo, New York
July 1983 - June 1986

Fellowship: (PGY), CT, Angiography and Interventional Radiology
Buffalo General Hospital
State University of New York
July 1986 - January 1988

**LICENSURE:**

Louisiana License #07839R
Texas License #H3642
New York License #165337-1
New Jersey License #MA46102

**CERTIFICATION:**

ECFMG #331-272-5
FLEX: Medical Licensing Board of New Jersey #520302014
American Board of Radiology
Radiation Safety Officer
    Veterans Administration Hospital, Biloxi, Mississippi
    Knapp Medical Center, Weslaco, Texas


EXHIBIT A

Daniel R. Backlas, M.D.

## APPOINTMENT:

Associate Staff, Department of Radiology
McAllen Medical Center
January 1988 - August 1988

Assistant Professor of Radiology
Tulane University, New Orleans, LA
September 1988 - December 1990

Chief of Radiology/Nuclear Medicine (Representing Tulane University)
Veterans Administration Hospital, Biloxi, Mississippi
January 1990 - November 1990

Section Chief of Musculoskeletal Radiology
Tulane Medical Center, New Orleans, LA
September 1988 - December 1990

Associate Staff, Department of Radiology
Rio Grande Regional Hospital
December 1990 - January 1992

Associate Staff, Department of Radiology
Valley Regional Hospital, Brownsville, Texas
March 1992 - July 31, 1992

Chief of Radiology
Knapp Medical Center, Weslaco, Texas
August 1992 - Present

## SOCIETY MEMBERSHIP:

American College of Radiology
Radiological Society of North America
Texas Medical Association
Hidalgo-Starr Counties Medical Society
Texas Radiological Society