DANIEL R. BACKLAS, M.D.           February 22, 2006
CHIEF OF RADIOLOGY, KNAPP MED. CTR.

   Patrick R. Kasperitis
   Dunn, Weathered, Coffey, Rivera
   Kasperitis & Rodriguez
   611 S. Upper Broadway
   Corpus Christi, Texas 78401

   Re: Rogelio Rodriguez


Dear Mr. Kasperitis:

I have reciewed imaging study on ROGELIO RODRIGUEZ

Please accept my billing in the amount of $1,525.00 .

Please send check to:  Daniel R. Backlas, M.D.
                     P. O. Box 720144
                     McAllen, Texas 78504

THANK YOU


Daniel R. Backlas, M.D.

EXHIBIT C