UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND<br>ELIZABETH RODRIGUEZ | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | §<br>§ | |

**ORDER GRANTING LEAVE FOR DEFENDANT
TO DEPOSE DR. DANIEL BACKLAS**

On this day came on for consideration Defendant's Motion for Leave to Depose Dr. Daniel Backlas. The Court having considered same finds that said motion should be granted. It is, therefore,

ORDERED that Defendant have leave to depose Dr. Daniel Backlas.

SIGNED AND ORDERED ENTERED this _____ day of _____, 2006.


_____
JUDGE PRESIDING

*copied to:*

Randall P. Crane, 201 S. Sam Houston, San Benito, Texas 78586

Patrick R. Kasperitis, 611 South Upper Broadway, Corpus Christi, Texas 78401