```
                                                          United States District Court
                                                          Southern District of Texas
                UNITED STATES DISTRICT COURT                      FILED
                 SOUTHERN DISTRICT OF TEXAS
                    BROWNSVILLE DIVISION                      JUN 0 7 2006

                                                              Michael N. Milby
                                                               Clerk of Court
```

| | |
|---|---|
| ROGELIO RODRIGUEZ AND § | |
| ELIZABETH RODRIGUEZ § | |
| § | |
| V. § | CIVIL ACTION NO. B-04-137 |
| § | |
| JAMES ARTHUR LARSON § | |

## DEFENDANT'S MOTION FOR LEAVE
## TO DEPOSE DR. D. S. GILL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES James Arthur Larson, Defendant in the above-entitled and numbered cause, and files this Motion for Leave to Depose Dr. D. S. Gill, in support thereof showing this Court as follows:

1. The Court has extended the deadline for Defendant to conduct discovery until June 19, 2006. The Court advised that as a prerequisite to deposing any witnesses during the extended time frame, Defendant's counsel should first seek leave to do so. Therefore Defendant seeks leave to take the deposition described herein.

2. Plaintiff has designated Dr. Gill as an expert witness. Dr. Gill is associated with Foccus Medicine Center (FOCCUS) and Orthopedic Industrial Sports Medicine & Rehabilitation (OIS REHAB). Medical and billing records from both facilities were produced pursuant to depositions upon written questions on or about March 23, 2005.

3. The written deposition questions propounded to Dr. Gill do not address the issue of causation. Specifically, Dr. Gill does not testify in his depositions upon written questions that the charges that were incurred resulted from the incident made the basis of this suit on January 16, 2003.

Instead, the questions merely address the issues of whether the charges are reasonable and necessary at that geographical location and at that time. Furthermore, the records do not address how much of the amount was actually paid or remains due and owing under Chapter 41.0105 of the Texas Civil Practice & Remedies Code. Instead, they merely state the total amount of charges.

4. Dr. Gill's reports, dated December 22, 2003 (original and amended report), September 15, 2004, July 7, 2005, and October 27, 2005, contain contradictions which undermine their reliability. Specifically, Plaintiff references a phrase that Dr. Gill uses in his October 27, 2005, report, that the "patient's symptoms are more severe and is definitely going to require surgery for his lumbar spine." However, the October 27, 2005, note contained on page 4 of the October 27, 2005, report, advises Plaintiff to "continue with medication and therapy and was to return to the clinic for follow-up care." On page 8 of Dr. Gill's October 27, 2005, the last sentence of the first paragraph under "Prognosis/Future Considerations," states that, "If conservative treatments fail, patient may become a surgical candidate." Plaintiff intends to call Dr. Gill live at trial. The Court has indicated that it will likely permit Dr. Gill to testify on a range of matters that have been addressed in Defendant's Motion for Summary Judgment, despite these objections made by Defendant to the nature of Dr. Gill's testimony. In order to fully prepare for trial, and to determine whether Dr. Backlas' rebuttal testimony will be necessary, Defendant requires the deposition testimony of Dr. Gill prior to trial.

5. Therefore, Defendant requests leave of Court to depose Dr. Gill pursuant to the notice attached hereto as **EXHIBIT A**.

## PRAYER

6. Defendant respectfully prays that this motion be in all things granted and that leave be granted for Defendant to depose Dr. D. S. Gill pursuant to the attached notice. Defendant further prays for such other relief, at law or in equity, to which he may show himself entitled.

Respectfully submitted,

DUNN, WEATHERED, COFFEY, RIVERA,
KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY _____
Patrick R. Kasperitis
SBN 11105270

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that on the 6th day of June 2006, this document was served on counsel of record as indicated below pursuant to Texas Rules of Civil Procedure.

_____
Patrick R. Kasperitis

**VIA CM/RRR 7005 1820 0002 8532 8285**
Mr. Randall P. Crane
LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586