UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND<br>ELIZABETH RODRIGUEZ | §<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | §<br>§ | |

## ORDER GRANTING LEAVE FOR DEFENDANT
## TO DEPOSE DR. D. S. GILL

On this day came on for consideration Defendant's Motion for Leave to Depose Dr. D. S. Gill. The Court having considered same finds that said motion should be granted. It is, therefore,

ORDERED that Defendant have leave to depose Dr. D. S. Gill.

SIGNED AND ORDERED ENTERED this _____ day of _____, 2006.

_____
JUDGE PRESIDING

*copied to:*

Randall P. Crane, 201 S. Sam Houston, San Benito, Texas 78586

Patrick R. Kasperitis, 611 South Upper Broadway, Corpus Christi, Texas 78401