UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 8 2006

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § § § | |

## MOTION FOR ORDER COMPELLING DISCOVERY

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW James Arthur Larson, Defendant in the above-entitled and numbered cause, brings this Motion for Order Compelling Discovery pursuant to FRCVP 37, and as grounds for the relief requested in the prayer hereof, respectfully shows the Court as follows:

1. Defendant propounded Requests for Production upon Plaintiff Rogelio Rodriguez by and through his counsel of record, Randall P. Crane, 201 S. Sam Houston, San Benito, Texas 78586, by certified mail, return receipt requested, delivered the 3rd day of November, 2004.

2. Defendant's Request for Production No. 1 made the following request of Plaintiff Rogelio Rodriguez:

> Please furnish us with a copy of (a) your income tax returns for the five (5) years immediately preceding the date of the occurrence made the basis of this lawsuit and any filed since that date, and (b) any documents or other verification of your actual time missed from work since the date of the occurrence made the basis of this lawsuit.

3. On November 30, 2004, Plaintiff Rogelio Rodriguez responded to Defendant's Requests for Production. Specifically, Plaintiff made the following response to Request for Production No. 1:

**Objection.**
**Plaintiff objects to this request for the following reasons:**
a) The request for examination of complete tax return forms is an abuse of discretion by trial court as infringement on right to privacy. *Marseca vs. Marks,* 362 S.W.2d 299, 301 (Tex. 1962).
b) Plaintiff is only required to produce documents within his possession, custody and control.

4. In Plaintiffs' Original Petition, filed on June 7, 2004, Rogelio Rodriguez states a claim for "permanent loss of both earning capacity and physical ability . . . " and, further, that his damages include the "diminished capacity to work and earn money . . . " in the past and in the future.

5. Plaintiff's refusal and failure to respond to Defendant's request for production of income tax returns is not justified and, as a consequence of such unjustified refusal, Defendant has incurred reasonable attorney's fees for the preparation of this motion and will incur additional reasonable attorney's fees for the presentation of same and entry of any order of the Court. In this regard, Defendant would show that a reasonable attorney's fee for the services described herein would be in the amount no less than ONE THOUSAND AND NO/100 DOLLARS ($1,000.00).

6. Plaintiff has not made any supplemental responses to Defendant's requests for production, nor has Plaintiff filed any supplemental or amended petition withdrawing the claims regarding his past and future wage earning capacity. Instead, Plaintiff continues to represent to the Court the he intends to argue to the jury that he has suffered losses of wages and wage earning capacity in the past and will continue to do so in the future. To defend against this allegation, Defendant must be able to gather historical information regarding Plaintiff's wage earning capacity. Therefore, Defendant is entitled to the income tax records as requested in his discovery propounded upon Plaintiff Rogelio Rodriguez.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court enter an order compelling Plaintiff Rogelio Rodriguez to produce to Defendant the income tax records covering the five (5) years immediately preceding the date of the occurrence made the basis of this lawsuit and any filed since that date, within such time as the Court may deem proper and for a further order requiring Plaintiff to reimburse Defendant for the reasonable expense incurred in obtaining such order in an amount no less than ONE THOUSAND AND NO/100 DOLLARS ($1,000.00), and for such other and further relief to which Defendant may be justly entitled.

Respectfully submitted,

DUNN, WEATHERED, COFFEY, RIVERA,
KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY _____
Patrick R. Kasperitis
SBN 11105270; FED ID 12594
Frank Weathered
SBN 20998600; FED ID 2441

COUNSEL FOR DEFENDANT
JAMES ARTHUR LARSON

CERTIFICATE OF SERVICE

This is to certify that on the 7th day of June 2006, this document was served on counsel of record as indicated below pursuant to Texas Rules of Civil Procedure.

_____
Patrick R. Kasperitis

**VIA CM/RRR 7005 1820 0002 8532 8308**
Mr. Randall P. Crane
LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586

-4-