UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | § | |

**ORDER**

On this day came on for consideration the Motion for Order Compelling Discovery filed by Defendant in the above-styled and numbered cause. The Court having considered same finds that said motion should be granted. It is, therefore,

ORDERED that Plaintiff Rogelio Rodriguez respond to Defendant's Request for Production by providing Defendant with Plaintiff Rogelio Rodriguez' income tax records covering the five (5) years immediately preceding the date of the occurrence made the basis of this lawsuit and any filed since that date, by no later than _____, 2006

It is further ORDERED that Plaintiff reimburse Defendant ONE THOUSAND AND NO/100 DOLLARS ($1,000.00) for reasonable expenses incurred in obtaining this order.

SIGNED AND ORDERED ENTERED this _____ day of _____, 2006.

_____
JUDGE PRESIDING

*copied to:*
Randall P. Crane, 201 S. Sam Houston, San Benito, Texas 78586
Patrick R. Kasperitis, 611 South Upper Broadway, Corpus Christi, Texas 78401