10339-10

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROGELIO RODRIGUEZ § | |
| AND ELIZABETH RODRIGUEZ § | |
| § | |
| Plaintiff, § | |
| VS. § | Civil Action No. B-04-137 |
| § | |
| § | |
| § | |
| § | |
| JAMES ARTHUR LARSON § | |
| Defendant. § | |

### NOTICE TO TAKE DEPOSITION UPON WRITTEN QUESTIONS

TO:   PLAINTIFF ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ, by and through the attorney of record Mr. Randall P. Crane;

**YOU WILL TAKE NOTICE THAT** fourteen (14) days after the service of a copy hereof with attached questions, a DEPOSITION UPON WRITTEN QUESTIONS will be taken of the custodian of records for **R & L Transfer, Inc., Human Resources, P.O. Box 271, Wilmington, OH 45177, (937) 382-1494** before a representative and duly authorized Notary Public for: Team Litigation Company, 3605 Katy Freeway, Suite 100, Houston, Texas 77007, (713)802-9100.

Notice is further given that request is here made as authorized under Rule 31 of the Federal Rules of Civil Procedure, to the officer authorized to take this deposition to issue a SUBPOENA DUCES TECUM and cause it to be served on the witness to produce the following:

**Any and all personnel and payroll records, including, but not limited to resumes and/or applications for employment, pre-employment physical examination reports, wage statements, W-2s, I-9s, time sheets or slips, attendance records, vacation records, benefits, awards, disability records, insurance records, medical records, performance reviews, disciplinary action reports, office notes, memorandum, correspondence to or from employee or concerning employee, or any other information within the care, custody or control, or to which said custodian has access, pertaining to: ROGELIO RODRIGUEZ; SSN: 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; DOB: 01/12/1960.**

*Patrick R. Kasperitis*

By Permission:
Mr. Patrick R. Kasperitis
SBN 11105270
Dunn, Weathered, Coffey, Rivera, Kasperitis & Rodr
611 South Upper Broadway
Corpus Christi, TX  78401
(361) 883-1594; Fax: (361) 883-1599

ATTORNEY FOR DEFENDANT


EXHIBIT A

10339-10

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ<br>AND ELIZABETH RODRIGUEZ<br><br>    Plaintiff,<br>VS.<br><br><br><br>JAMES ARTHUR LARSON<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>Civil Action No. B-04-137 |

DEPOSITION BY WRITTEN QUESTIONS PROPOUNDED TO
THE CUSTODIAN OF PERSONNEL AND PAYROLL RECORDS FOR:
R & L Transfer, Inc.
Human Resources

**Specifically subpoenaed are:** Any and all personnel and payroll records, including, but not limited to resumes and/or applications for employment, pre-employment physical examination reports, wage statements, W-2s, I-9s, time sheets or slips, attendance records, vacation records, benefits, awards, disability records, insurance records, medical records, performance reviews, disciplinary action reports, office notes, memorandum, correspondence to or from employee or concerning employee, or any other information within the care, custody or control, or to which said custodian has access, pertaining to: ROGELIO RODRIGUEZ; SSN: 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; DOB: 01/12/1960.

1. Please state your full name.

    Answer: _____

2. Please state by whom you are employed and the business address.

    Answer: _____

    _____

3. What is the title of your position or job?

    Answer: _____

4. Are the Personnel and Payroll Records, outlined in the subpoena duces tecum pertaining to the above-named person in your custody and/or subject to your control, supervision or direction?

    Answer: _____

5. Are you able to identify these Personnel and Payroll Records as the originals or true and correct copies of the originals?

    Answer: _____

ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ vs.
JAMES ARTHUR LARSON

Cause No.: B-04-137                                             Records of: Rogelio Rodriguez

6.  Please provide to the Officer taking this deposition photostatic copies of the complete Personnel and Payroll Records outlined in the subpoena duces tecum. Have you complied?

    Answer: _____

7.  Are the photostatic copies which you have provided to the Officer taking this deposition true and correct copies of all such Personnel and Payroll Records?

    Answer: _____

8.  Are the originals of such Personnel and Payroll Records in the files of this company?

    Answer: _____

9.  Are the originals of such Personnel and Payroll Records a permanent part of the records of this company?

    Answer: _____

10. Were such Personnel and Payroll Records, reports, notes, or memoranda made in the regular course of business of this company?

    Answer: _____

11. Was it the regular course of business of this company for secretaries, supervisors and/or other employees and representatives of this company with personal knowledge of the acts, events, conditions and other information contained in such Personnel and Payroll Records you have furnished to the Officer taking this deposition, to make such records or to transmit information pertaining thereto to be included in such records?

    Answer: _____

ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ vs.
JAMES ARTHUR LARSON

Cause No.: B-04-137                                         Records of: Rogelio Rodriguez

12. Were the entries in the Personnel and Payroll Records, reports, or memoranda made by secretaries, supervisors and/or other employees or representatives made at or near the time when the acts, events, conditions and other information contained therein occurred, were observed or rendered, or made reasonably soon thereafter?

Answer: _____

_____
**CUSTODIAN SIGNATURE**

(Section below to be completed by the Notary Public)

_____
(Print the name of the custodian)

appeared before me stating that the answer provided to each and every question is true as stated AND has provided an exact duplicate of the original records(s) as described in the SUBPOENA.

SWORN TO AND SUBSCRIBED, before me on this the _____ day of _____, 20_____.

_____
NOTARY PUBLIC