

# TEAM LITIGATION COMPANY

3605 Katy Freeway, Suite 100, Houston, Texas 77007 (713) 802-9100 Fax: (713) 802-9108

| | |
|---|---|
| To: Clintsy Young<br>Dunn, Weathered, Coffey, Rivera, et al<br>From: **Denise Ballard** | Fax #: (361) 883-1599<br>TLC No.: 10339-10<br>Date: June 27, 2005 |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ<br>AND ELIZABETH RODRIGUEZ<br><br>Plaintiff,<br><br>Vs.<br><br><br>JAMES ARTHUR LARSON<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION No. B-04-137 |

**Personnel and Payroll Records** pertaining to **Rogelio Rodriguez** ordered by Mr. Patrick R. Kasperitis

Custodian: R & L Transfer, Inc.
Human Resources
P.O. Box 271
Wilmington, OH 45177

### Status Report

The custodian for R & L Transfer is refusing to comply with our subpoena, as the case is filed in Texas and they are in Ohio. Do you have an authorization to release personnel/payroll records signed by Mr. Rodriguez? Please fax over if you do, otherwise, advise on what you would like us to do. Thank you!

Sincerely,

**Denise Ballard**

This facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us address via the U.S. Postal Service. Thank you.

EXHIBIT b