# **AUTHORIZATION**

TO WHOM IT MAY CONCERN:

You are hereby authorized and requested to furnish the firm of DUNN, WEATHERED, COFFEY, RIVERA, KASPERITIS & RODRIGUEZ, P.C., or their representative, any and all information pertaining to my employment, including but not limited to all personnel, payroll, dispensary, or other medical records pertaining to me, and any further information which may be available to you.

My full name is _____ROGELIO RODRIGUEZ_____

My current address is __123 Dolores, Primera, Texas   78552_____

My date of birth is __January 12, 1960_____

My social security number is _____

My dates of employment are _____ to _____

The release of the matters listed above is being authorized pursuant to a lawsuit styled Civil Action No. B-04-137; *Rogelio Rodriguez and Elizabeth Rodriguez v. James Arthur Larson*, In the United States District Court, Southern District of Texas, Brownsville Division. *A copy of this authorization is agreed by the undersigned to have the same effect and force as an original and this authorization shall be considered valid until such time as the lawsuit described herein is concluded.* Any person, firm, or entity that releases or discusses matters pursuant to this authorization is hereby absolved from any liability that might otherwise result from the release or discussion of those matters.

_____
Rogelio Rodriguez

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, on the 22nd day of ____August____, 2005.

Seal/Stamp



_____
Notary Public, State of Texas

