

Thursday, August 25, 2005

Team Litigation Company
Denise Ballard
3605 Katy Freeway, Suite 100
Houston, TX 77007

RE: Civil Action No. B-04-137
Rogelio Rodriguez

To Whom It May Concern:

On 5/13/05, I received a faxed Notice to Take Deposition Upon Written Questions for all records relating to Rogelio Rodriguez's employment with our company. I informed your office at that time that all such documentation is maintained in our corporate offices in Wilmington, OH and unless I was properly served with a valid and enforceable Ohio subpoena, I was not authorized to release the requested information.

Then in June 2005, you send me a OH subpoena which we discovered was not valid. I again informed you that unless I was properly served with a valid and enforceable Ohio subpoena, I was not authorized to release the requested information.

Now, yesterday, I received a fax with a signed release requesting personnel and payroll documents for Mr. Rodriguez. I tell you again today, these records are company property and maintained in our corporate offices in Wilmington, OH and <u>unless I am properly served with a valid and enforceable Ohio subpoena, I am not authorized to release the requested information</u>.

Should you have any questions, feel free to contact my office.

Sincerely,

*Karen L. Curl*
Karen L. Curl
Employee Relations Manager
1.800.543.5589 x1325

"ONE CALL-ONE CARRIER"

Corporate Headquarters
P.O. Box 271
Wilmington, Ohio 45177-0271
800.543.5589

www.gorlc.com

Overnight Service
Our Business

