

# TEAM LITIGATION COMPANY

3605 Katy Freeway, Suite 100, Houston, Texas 77007  (713) 802-9100 Fax: (713) 802-9108

To: Clintsy Young  
Dunn, Weathered, Coffey, Rivera, et al  
From: MaryAnn Garcia for Steve

Fax #: (361) 883-1599  
TLC No.: 10339-10  
Date: May 19, 2006

IN THE UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF TEXAS  
BROWNSVILLE DIVISION

| | |
|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ § § § Plaintiff, § § Vs. § § § § JAMES ARTHUR LARSON § Defendant. § | CIVIL ACTION No. B-04-137 |

**Personnel and Payroll Records** pertaining to **Rogelio Rodriguez** ordered by Mr. Patrick R. Kasperitis

Custodian:   R & L Transfer, Inc.  
Human Resources  
P.O. Box 271  
Wilmington, OH 45177

### Status Report

This request has been on hold since 12/2005. awaiting patient authorization. We will cancel this request if records will be needed later we will be glady to reopen this request. Thanks.

Sincerely,

**MaryAnn Garcia**

This facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the address via the U.S. Postal Service. Thank you.

EXHIBIT E