UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | § | |

### ORDER

On this day came on for consideration the Motion for Order Compelling Production filed by Defendant in the above-styled and numbered cause. The Court having considered same finds that said motion should be granted. It is, therefore,

ORDERED that Plaintiff Rogelio Rodriguez produce his employment records from R & L Transfer, Inc., to Defendant, by no later than _____, 2006.

SIGNED AND ORDERED ENTERED this ____ day of _____, 2006.

_____
JUDGE PRESIDING

*copied to:*

Randall P. Crane, 201 S. Sam Houston, San Benito, Texas 78586

Patrick R. Kasperitis, 611 South Upper Broadway, Corpus Christi, Texas 78401