UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND<br>ELIZABETH RODRIGUEZ | § § § | |
| VS. | § | CIVIL ACTION NO, B-04-137 |
| JAMES ARTHUR LARSON | § § | |

## ORDER SETTING HEARING
## ON PLAINTIFF'S MOTION TO QUASH
## THE DEPOSITIONS OF DR. D.S. GILL & DR. DANIEL BACKLAS
## AND TO EXCLUDE EXPERT, DR. DANIEL BACKLAS

A hearing on Plaintiff's Motion To Quash Depositions of Dr. D.S. Gill and Dr. Daniel Backlas and to exclude expert, Dr. Daniel Backlas, is hereby set for the _____ day of _____, 2006, at _____ a.m. in the 2nd Floor, Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Cameron County, Texas.

SIGNED this _____ day of _____, 2006.

_____
United States Magistrate Judge

COPIES TO:
Hon. Randall P. Crane, Attorney for Plaintiffs
Hon. Patrick R. Kasperitis, Attorney for Defendant