# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § |
| V. | §  C.A. NO. B04-137 |
| | §         (636(c)) |
| JAMES ARTHUR LARSON | § § |

## ORDER DENYING DEFENDANT'S MOTION
## FOR LEAVE TO DEPOSE DR. DANIEL BACKLAS

Before the Court is Defendant's Motion for Leave to Depose Dr. Daniel Backlas (Doc. #78). Said motion is hereby **DENIED**.

DONE at Brownsville, Texas, on 13th day of June 2006.

_____
Felix Recio
United States Magistrate Judge