# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| ROGELIO RODRIGUEZ AND<br>ELIZABETH RODRIGUEZ<br><br>V.<br><br>JAMES ARTHUR LARSON | §<br>§<br>§<br>§   C.A. NO. B04-0137<br>§       (636(c))<br>§ |

## ORDER DENYING DEFENDANT'S
## MOTION FOR LEAVE TO DEPOSE DR. D.S. GILL

Before the Court is Defendant's Motion for Leave to Depose Dr. D.S. Gill (Doc. #79).

Said motion is hereby **DENIED**.

DONE at Brownsville, Texas, on 13th day of June 2006.

_____
Felix Recio
United States Magistrate Judge