UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROGELIO RODRIGUEZ AND <br> ELIZABETH RODRIGUEZ <br> <br> V. <br> <br> JAMES ARTHUR LARSON | § <br> § <br> § <br> §   C.A. NO. B04-137 <br> §         (636(c)) <br> § |

**ORDER DENYING DEFENDANT'S**
**MOTION FOR ORDER COMPELLING PRODUCTION**

Before the Court is Defendant's Motion for Order Compelling Production (Doc. #81).

Said motion is hereby **DENIED**.

DONE at Brownsville, Texas, on 13th day of June 2006.

_____
Felix Recio
United States Magistrate Judge