# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| ROGELIO RODRIGUEZ AND<br>ELIZABETH RODRIGUEZ<br><br>V.<br><br>JAMES ARTHUR LARSON | §<br>§<br>§<br>§   C.A. NO. B04-137<br>§         (636(c))<br>§<br>§ |

## O R D E R

Before the Court is Plaintiff's Motion to Quash Depositions of Dr. D.S. Gill and Dr. Daniel Backlas and Motion to Exclude Expert, Dr. Daniel Backlas (Doc. #82). The Motion is **GRANTED** in part and **DENIED** in part.

Plaintiffs' Motion to Quash the Deposition of Dr. D.S. Gill and Dr. Daniel Backlas is hereby **GRANTED**.

Plaintiffs' Motion to exclude the testimony of Dr. Daniel Backlas is hereby **DENIED**.

DONE at Brownsville, Texas, on 13th day of June 2006.

_____
Felix Recio
United States Magistrate Judge