UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND<br>ELIZABETH RODRIGUEZ | §<br>§<br>§ | |
| V. | § | C.A. NO. B04-137 |
| | § | (636(c)) |
| JAMES ARTHUR LARSON | §<br>§ | |

### O R D E R

Before the Court is Defendant's Motion for Order Compelling Discovery (Doc. #80) pursuant to Federal Rules of Civil Procedure, Rule 37, requesting Plaintiff Rogelio Rodriguez furnish copies of his (a) income tax returns for the five (5) years preceding the date of the occurrence made the basis of this lawsuit and (b) documents or other verification of actual time missed from work since the date of the occurrence made the basis of this lawsuit.

Defendant's motion to discover tax returns is **GRANTED** but limited to only three (3) years preceding the date of the occurrence made the basis of this lawsuit.

Defendant's motion to discover documents or other verification of actual time missed from work since the date of the occurrence made the basis of this lawsuit is **GRANTED.**

Plaintiff Rogelio Rodriguez is **ORDERED** to comply by July 3, 2006, at 3:00 p.m.

DONE at Brownsville, Texas, on 13th day of June 2006.

_____
Felix Recio
United States Magistrate Judge