AO88 (Rev. 1/94) Subpoena in a Civil Case

B04cv137

United States District Court
Southern District of Texas
FILED

JUL 17 2006

Michael N. Milby, Clerk of Court

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | July 14, 2006 | 1120 Galveston Ave. McAllen Tx. 78501 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Dr. D. S. Gill | In Person |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Hector F. Guerra | Process Server |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  7/14/06
             DATE

SIGNATURE OF SERVER

2029 White Tail Drive
ADDRESS OF SERVER

Harlingen, Texas 78550

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF _____

Rogelio Rodriguez, et ux

V.

James Arthur Larson

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] B-04-137

TO: Dr. D.S. Gill (956) 686-5512
1120 Galveston Ave.
McAllen, Tx. 78501

☒ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court - Southern District<br>600 E. Harrison<br>Brownsville, Texas 78520 | #1, 2nd Floor |
| | DATE AND TIME |
| | 2:00 p.m. July 17, 2006 |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
Any and all medical records, notes, MRI films, etc. regarding the plaintiff, Rogelio Rodriguez.
Any and all billing records regarding plaintiff, Rogelio Rodriguez.

| PLACE | DATE AND TIME |
|---|---|
| United States District Court-Southern District<br>600 E. Harrison, Brownsville, Tx. 78520 | 2:00 p.m. July 17, 2006 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature], Attorney for plaintiffs | July 13, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Randall P. Crane, 201 S. Sam Houston, San Benito, Texas 78586

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.