✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

United States District Court
District of Texas
FILED
JUL 18 2006

Michael N. Milby
Clerk of Court

| SOUTHERN | DISTRICT OF | TEXAS |

Rogelio Rodriguez et al

V.

James Arthur Larson

## EXHIBIT AND WITNESS LIST

Case Number: 1:04-CV-137 (636(c))

| PRESIDING JUDGE<br>Magistrate Judge Felix Recio | PLAINTIFF'S ATTORNEY<br>Randall Crane | DEFENDANT'S ATTORNEY<br>Patrick Kasperittis |
|---|---|---|
| TRIAL DATE (S)<br>07/18/06 | COURT REPORTER<br>Annette Escobar | COURTROOM DEPUTY<br>Sally Garcia |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **Plaintiff's 3rd witness**: State Trooper, Officer Trevino |
| 21 | | 07/18/06 | X | X | Plaintiff's Exhibit #21: Accident Report |
| | 11 | 07/18/06 | X | | Defendant's Exhibit #11: Newspaper clipping of the accident |
| | | | | | **Plaintiff's 4th witness**: Senior Pastor Ignacio Ortega |
| | | | | | **Plaintiff's 5th witness**: Rosa Anna Montemayor |
| | | | | | **Plaintiff's 6th witness**: Carmen Alcala |
| | | | | | **Plaintiff's 7th witness**: Juana Maria (Jaine) Ortega |
| | | | | | **Plaintiff's 8th witness**: Elizabeth Rodriguez |
| | | | | | **Plaintiff's 9th witness**: Rogelio Rodriguez |
| 22 | | 07/18/06 | X | X | Plaintiff's Exhibit #22: Summary of Lost Wages |
| | 2 | 07/18/06 | X | | Defendant Exhibit #2: Excerpt of Med. Records from Depo. R & L Transfer Inc. |
| | 12 | 07/18/06 | X | X | Defendant's Exhibit #12: photograph of tractor after accident |
| | | | | | **Defendant's 1st witness**: James Arthur Larson |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages