AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
FILED

JUL 17 2006

Michael N. Milby
Clerk of Court

Rogelio Rodriguez et al

V.

James Arthur Larson

**EXHIBIT AND WITNESS LIST**

Case Number: 1:04-CV-137 (636(c))

| PRESIDING JUDGE<br>Magistrate Judge Felix Recio | PLAINTIFF'S ATTORNEY<br>Randall Crane | DEFENDANT'S ATTORNEY<br>Patrick Kasperittis |
|---|---|---|
| TRIAL DATE (S)<br>07/17/06 | COURT REPORTER<br>Maria Amador | COURTROOM DEPUTY<br>Sally Garcia |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **Plaintiff's 1st witness:** Defendant James Arthur Larson (07/17/06) |
| 1 | | 07/17/06 | X | X | Plaintiff's Exhibit #1: Defendant's truck |
| 9 | | 07/17/06 | X | X | Plaintiff's Exhibit #9: Medical Rrecords and billing of Foccus Medical Center |
| 10 | | " " | X | X | Plaintiff's Exhibit #10: Medical Records and billing of OIS Rehabilitation Center |
| 11 | | " " | X | X | Plaintiff's Exhibit #11: Medical Records and billing of Dr Herman Keillor |
| 12 | | " " | X | X | Plaintiff's Exhibit #12: Medical Record of MRI done 10/02/04 from McAllen MRI |
| 13 | | " " | X | X | Plaintiff's Exhibit #13: Medical Records from Valley Baptist Medical Center |
| 14 | | " " | X | X | Plaintiff's Exhibit #14: Billing Records Valley Baptist Medical Center |
| 15 | | " " | X | X | Plaintiff's Exhibit #15: Records and billing from Emergency Care |
| 16 | | " " | X | X | Plaintiff's Exhibit #16: Records and billing from Dr Cano |
| 17 | | " " | X | X | Plaintiff's Exhibit #17: Medical records and billing from Dr Tijmes |
| 18 | | " " | X | X | Plaintiff's Exhibit #18: Records and billing from RGV Imaging |
| 19 | | " " | X | X | Plaintiff's Exhibit #19: Records and billing from Dr Bennos |
| | | | | | **Plaintiff's 2nd witness:** Dr. D.S. Gill (07/17/06) |
| 2 | | " " | X | X | Plaintiff's Exhibit #2: blow up-lateral view of spine |
| 3 | | " " | X | X | Plaintiff's Exhibit #3: blow up- torso |
| 4 | | " " | X | X | Plaintiff's Exhibit #4: blow up-alignment of fibers of disc |
| 5 | | " " | X | X | Plaintiff's Exhibit #5: blow up-intervertrebal foramen |
| 6 | | " " | X | X | Plaintiff's Exhibit #6: blow up-herniated disc compressing nerve root |
| 7 | | " " | X | X | Plaintiff's Exhibit #7: blow up- internal disc herniation |
| 8 | | " " | X | X | Plaintiff's Exhibit #`8: MRI results of 10/08/03 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Rogelio Rodriguez et al  vs.  James Arthur Larson   CASE NO. 1:04-CV-137 |
| 20 | | 07/17/06 | X | X | Plaintiff's Exhibit #20:  Future medical costs of therapy / surgery of Plaintiff |
| | 8 | 07/17/06 | X | X | Defendant's Exhibit #8:  Excerpts of Med Records from Depo. of Dr. Keillor |
| | 10 | 07/17/06 | X | X | Defendant's Exhibit #10: C.V. of Dr. Gill |
| | 9 | 07/17/06 | X | X | Defendant's Exhibit #9:  Excerpts of Med. Records from Depo. Valley Baptist Medical |
| | 4 | 07/17/06 | X | X | Defendant's Exhibit #4:  Excerpts of Med. Records from Deposition of Dr Cano |
| | 1 | 07/17/06 | X | X | Defendant's Exhibit #1:  Excerpts of Med. Records from Deposition Dr Bennos |
| | 5 | 07/17/06 | X | X | Defendant's Exhibit #2:  Excerpts of Med Records from Deposition R & L Transfer Inc |
| | 3 | 07/17/06 | X | X | Defendant's Exhibit #3:  Excerpts of Med. Records from Deposition Dr Tijmes |
| | 5 | 07/17/06 | X | X | Defendant's Exhibit #5:  Excerpts Med. Records from Depo. Dr Gill |
| | 6 | 07/17/06 | X | X | Defendant's Exhibit #6:  Excerpts Med. Records from Depo. RGV Imaging |
| | 7 | 07/17/06 | X | X | Defendant's Exhibit #7:  Excerpts Med. Records from Depo. McAllen MRI Center |