AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
FILED

JUL 17 2006

Michael N. Milby
Clerk of Court

Rogelio Rodriguez et al

V.

James Arthur Larson

**EXHIBIT AND WITNESS LIST**

Case Number: 1:04-CV-137 (636(c))

| PRESIDING JUDGE<br>Magistrate Judge Felix Recio | PLAINTIFF'S ATTORNEY<br>Randall Crane | DEFENDANT'S ATTORNEY<br>Patrick Kasperittis |
|---|---|---|
| TRIAL DATE (S)<br>07/17/06 | COURT REPORTER<br>Maria Amador | COURTROOM DEPUTY<br>Sally Garcia |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | **Plaintiff's 1st witness:** Defendant James Arthur Larson (07/17/06) |
| 1 |  | 07/17/06 | X | X | Plaintiff's Exhibit #1:   Defendant's truck |
| 9 |  | 07/17/06 | X | X | Plaintiff's Exhibit #9:   Medical Rrecords and billing of Foccus Medical Center |
| 10 |  | "        " | X | X | Plaintiff's Exhibit #10: Medical Records and billing of OIS Rehabilitation Center |
| 11 |  | "        " | X | X | Plaintiff's Exhibit #11: Medical Records and billing of Dr Herman Keillor |
| 12 |  | "        " | X | X | Plaintiff's Exhibit #12: Medical Record of MRI done 10/02/04 from McAllen MRI |
| 13 |  | "        " | X | X | Plaintiff's Exhibit #13: Medical Records from Valley Baptist Medical Center |
| 14 |  | "        " | X | X | Plaintiff's Exhibit #14: Billing Records Valley Baptist Medical Center |
| 15 |  | "        " | X | X | Plaintiff's Exhibit #15: Records and billing from Emergency Care |
| 16 |  | "        " | X | X | Plaintiff's Exhibit #16: Records and billing from Dr Cano |
| 17 |  | "        " | X | X | Plaintiff's Exhibit #17: Medical records and billing from Dr Tijmes |
| 18 |  | "        " | X | X | Plaintiff's Exhibit #18: Records and billing from RGV Imaging |
| 19 |  | "        " | X | X | Plaintiff's Exhibit #19: Records and billing from Dr Bennos |
|  |  |  |  |  | **Plaintiff's 2nd witness:** Dr. D.S. Gill (07/17/06) |
| 2 |  | "        " | X | X | Plaintiff's Exhibit #2:   blow up-lateral view of spine |
| 3 |  | "        " | X | X | Plaintiff's Exhibit #3:   blow up- torso |
| 4 |  | "        " | X | X | Plaintiff's Exhibit #4:   blow up-alignment of fibers of disc |
| 5 |  | "        " | X | X | Plaintiff's Exhibit #5:   blow up-intervertrebal foramen |
| 6 |  | "        " | X | X | Plaintiff's Exhibit #6:   blow up-herniated disc compressing nerve root |
| 7 |  | "        " | X | X | Plaintiff's Exhibit #7:   blow up- internal disc herniation |
| 8 |  | "        " | X | X | Plaintiff's Exhibit #`8:   MRI results of 10/08/03 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Rogelio Rodriguez et al | | vs. | | James Arthur Larson | CASE NO. 1:04-CV-137 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 20 |    | 07/17/06 | X | X | Plaintiff's Exhibit #20:   Future medical costs of therapy / surgery of Plaintiff |
|    | 8  | 07/17/06 | X | X | Defendant's Exhibit #8:   Excerpts of Med Records from Depo. of Dr. Keillor |
|    | 10 | 07/17/06 | X | X | Defendant's Exhibit #10:  C.V. of Dr. Gill |
|    | 9  | 07/17/06 | X | X | Defendant's Exhibit #9:   Excerpts of Med. Records from Depo. Valley Baptist Medical |
|    | 4  | 07/17/06 | X | X | Defendant's Exhibit #4:   Excerpts of Med. Records from Deposition of Dr Cano |
|    | 1  | 07/17/06 | X | X | Defendant's Exhibit #1:   Excerpts of Med. Records from Deposition Dr Bennos |
|    | 5  | 07/17/06 | X | X | Defendant's Exhibit #2:   Excerpts of Med Records from Deposition R & L Transfer Inc |
|    | 3  | 07/17/06 | X | X | Defendant's Exhibit #3:   Excerpts of Med. Records from Deposition Dr Tijmes |
|    | 5  | 07/17/06 | X | X | Defendant's Exhibit #5:   Excerpts Med. Records from Depo. Dr Gill |
|    | 6  | 07/17/06 | X | X | Defendant's Exhibit #6:   Excerpts Med. Records from Depo. RGV Imaging |
|    | 7  | 07/17/06 | X | X | Defendant's Exhibit #7:   Excerpts Med. Records from Depo. McAllen MRI Center |