AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

JUL 1 9 2006

Michael N. Milby
Clerk of Court

SOUTHERN    DISTRICT OF    TEXAS

Rogelio Rodriguez et al

V.

James Arthur Larson

## EXHIBIT AND WITNESS LIST

Case Number:  1:04-CV-137 (636(c))

| PRESIDING JUDGE Magistrate Judge Felix Recio | PLAINTIFF'S ATTORNEY Randall Crane | DEFENDANT'S ATTORNEY Patrick Kasperittis |
|---|---|---|
| TRIAL DATE (S) 07/19/06 | COURT REPORTER Maria Amador | COURTROOM DEPUTY Sally Garcia |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 18-A | | 07/19/06 | X | X | Plaintiff's Exhibit 18-A: Blow up |
| 12-A | | 07/19/06 | X | X | Plaintiff's Exhibit 12-A: Blow up |
| 24 | | 07/19/06 | X | X | Plaintiff's Exhibit 24:    Safety Records (R & L Transport) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages