IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | CIVIL ACTION NO. B-04-137 |
| VS. | § § § | (JURY DEMANDED) |
| JAMES ARTHUR LARSON | § | |

## PLAINTIFF ROGELIO RODRIGUEZ'S
## FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES
## TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION

TO:   Defendant **JAMES ARTHUR LARSON,** by and through his attorney of record:

**Patrick R. Kasperitis**
DUNN, WEATHERED, COFFEY,
RIVERA, KASPERITIS & RODRIGUEZ, P.C.
Attorneys At Law
611 South Upper Broadway
Corpus Christi, Texas 78401

       NOW COMES, **ROGELIO RODRIGUEZ,**   Plaintiff in the above entitled and numbered cause of action and files the following Plaintiff's First Supplemental Objections and Responses to Defendant JAMES ARTHUR LARSON'S First Request For Production heretofore propounded to him by the Defendant JAMES ARTHUR LARSON.

**RECEIVED**

JUL 1 1 2006



RESPECTFULLY SUBMITTED,

LAW FIRM OF RANDALL P. CRANE
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
Tel. (956) 399-2496
Fax. (956) 399-7498
BY:

_____
RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff ROGELIO RODRIGUEZ'S First Supplemental Objections and Responses to Defendant's First Request for Production has been forwarded by the manner indicated below to opposing counsel of record on this the ___30th___ day of June, 2006:

**Patrick R. Kasperitis**
DUNN, WEATHERED, COFFEY,
RIVERA, KASPERITIS & RODRIGUEZ, P.C.
Attorneys At Law
611 South Upper Broadway
Corpus Christi, Texas 78401

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**7004 0550 0001 3139 3571**

_____
RANDALL P. CRANE

**PLAINTIFF ROGELIO RODRIGUEZ'S
FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES
TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION**

**REQUEST NO. 1:**
Please furnish us with a copy of (a) your income tax returns for the five (5) years immediately preceding the date of the occurrence made the basis of this lawsuit and any filed since that date, and (b) any documents or other verification of your actual time missed from work since the date of the occurrence made the basis of this lawsuit.

**RESPONSE:**
**Objection.**
**Plaintiff objects to this request for the following reasons:**
a) The request for examination of complete tax return forms is an abuse of discretion by trial court as infringement on right to privacy. *Marseca vs. Marks,* 362 S.W.2d 299, 301 (Tex. 1962).
b) Plaintiff is only required to produce documents within his possession, custody and control.

**Subject to and without waiving any objections, plaintiff answers as follows:**
Pursuant to Court order dated June 13, 2006, Plaintiff is providing the following documents for the period covering three (3) years preceding the date of the occurrence:
c) 2002 Income tax return and W-2 forms;
d) 2001 Income tax return, no W-2 forms located;
e) 2000 Income tax return, no W-2 forms located.

**REQUEST NO. 2:**
Please furnish a copy or supply a time and place for this party to view or copy, or both, each photograph, motion picture, videotape recording, map, drawing, chart, diagram, measurement, survey, or other visual reproduction concerning the events and happenings made the basis of this lawsuit, the scene of the accident, or the area, persons, or objects involved, either made before, at the time of, or after the time of the events in question, including any photographs made.

**RESPONSE:**
The only photograph in our possession, custody or control is a newspaper clipping, a copy of which has been previously provided. Additionally, twelve (12) photographs of the truck driven by plaintiff are attached hereto, said photographs were provided with the safety records of R&L Transfer, Inc., plaintiff's employer.

**REQUEST NO. 3:**
Please furnish a copy of all written or other documentation of any inspection, examination, test, or analysis of any portion of the vehicle(s) involved in the accident made the basis of this lawsuit, or the scene of the accident in question, or any portions thereof has been made at any time by any person.

**RESPONSE:**
A copy of the accident report has been previously provided. Also attached hereto are repair estimates on the truck driven by plaintiff, which said estimates are part of the safety records provided by R&L Transfer, Inc., plaintiff's employer.

**REQUEST NO. 4:**
Please furnish a copy of all written or other documentation of any investigation conducted concerning the accident in question.

**RESPONSE:**
The accident report has been previously provided. Also attached hereto are the safety records obtained from R&L Transfer, Inc., plaintiff's employer, which reflect their investigation of the accident in question.

**REQUEST NO. 5:**
Please furnish all photographs showing your alleged injuries.

**RESPONSE:**
None

**REQUEST NO. 6:**
Please furnish copies of all physical damage estimates or appraisals for property damage allegedly resulting from the incident made the basis of this lawsuit.

**RESPONSE:**
Attached hereto are repair estimates and copies of a check reflecting the amount of damages sustained by the vehicle driven by plaintiff as $12,358.35. The records provided are part of the safety records provided by R&L Transfer, Inc., plaintiff's employer. These records were obtained by defendants.

**REQUEST NO. 7:**
Please furnish copies of any written customs, instructions, policies, regulations, or other rules in effect at the time and place of the incident made the basis of this suit which pertain to the occurrence or performance of any of the events relevant to your claims concerning the incident made the basis of this suit.

**RESPONSE:**
**Objection.**
**Plaintiff objects to this request for the following reasons:**
a)   The request lacks specificity, is vague and unclear and plaintiff has no means of identifying the information requested.
b)   The request is irrelevant and will not lead to the discovery of admissible evidence.
c)   The request is a fishing expedition which is prohibited by the TRCP.

**Subject to and without waiving any objections, plaintiff answers as follows:**
See Vernons Black Statutes "Transportation Code".


**REQUEST NO. 8:**
Please furnish copies of any business records which pertain to the manner of the happening of the incident made the basis of this suit.

**RESPONSE:**
**Objection.**
**Plaintiff objects to this request for the following reasons:**
a)   The request lacks specificity, is vague and unclear and plaintiff has no means of identifying the information requested.
b)   The request is a fishing expedition which is prohibited by the TRCP.

**Subject to and without waiving any objections, plaintiff answers as follows:**
The accident report is attached hereto.
Copies of all medical records and bills in our possession, custody or control have been previously provided and are attached to plaintiff's 26(a) Disclosures.
Copies of the safety records from R&L Transfer, Inc., plaintiff's employer, are attached hereto.


**REQUEST NO. 9:**
Please furnish copies of reports or statements in your possession made by anyone to or for the attention of any federal or state department, commission, authority, or governmental or regulatory body in any way related to either the incident made the basis of this lawsuit or to any disability claimed by you as a result of such incident.

**RESPONSE:**
A copy of the accident report has been previously provided.   Also attached are copies of the safety records from R&L Transfer, Inc, plaintiff's employer.

**REQUEST NO. 10:**
Please furnish copies of all claims made or forms submitted by you or on your behalf to all insurance carriers in connection with claims for disability or health care benefits since the event made the basis of this suit.

**RESPONSE:**
**Objection.**
**Plaintiff objects to this request for the following reasons:**
a)  The request lacks specificity, is vague and unclear and plaintiff has no means of identifying the information requested.
b)  The request is irrelevant and will not lead to the discovery of admissible evidence.
c)  The request is an invasion of plaintiff's right to privacy.
c)  The request is a fishing expedition which is prohibited by the TRCP.

**Subject to and without waiving any objections, plaintiff answers as follows:**
None in my possession, custody or control.


**REQUEST NO. 11:**
Please furnish any tangible item other than documents which relate to the occurrence in question.

**RESPONSE:**
**Objection.**
**Plaintiff objects to this request for the following reasons:**
a)  The request lacks specificity, is vague and unclear and plaintiff has no means of identifying the information requested.
b)  The request is irrelevant and will not lead to the discovery of admissible evidence.
c)  The request is a fishing expedition which is prohibited by the TRCP.
d)  The request is overly broad, vague and done solely for the purpose of harassment and annoyance and seeks to place an undue burden on plaintiff.