UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § § § | |

## ORDER

On this day came on for consideration the Motion to Exclude Evidence filed by Defendant in the above-styled and numbered cause. The Court having considered same finds that said motion should be granted. It is, therefore,

ORDERED that any evidence pertaining to Plaintiff's alleged lost wages in the past or loss of wage earning capacity in the future be excluded from testimony during the trial of this cause.

SIGNED AND ORDERED ENTERED this ____ day of _____, 2005.

_____
JUDGE PRESIDING

*copied to:*

Randall P. Crane, 201 S. Sam Houston, San Benito, Texas 78586

Patrick R. Kasperitis, 611 South Upper Broadway, Corpus Christi, Texas 78401