# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 9 2006

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ | § | |
| AND ELIZABETH RODRIGUEZ | § | |
| | § | |
| V. | § | C.A. NO. B-04-137 |
| | § | (636(c)) |
| JAMES ARTHUR LARSON | § | |

## <u>ANSWER TO NOTE NO.   1</u>

You should only consider the exhibits that have been entered into evidence and the testimony you have heard from the witness stand.

_____
Felix Recio
United States Magistrate Judge

Date: <u>July 19, 2006</u>

TIME: _1:40 p.m._____