UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 17 2006

Michael N. Milby, Clerk of Court

ROGELIO RODRIGUEZ AND §
ELIZABETH RODRIGUEZ §
§
V. § CIVIL ACTION NO. B-04-137
§
JAMES ARTHUR LARSON §

**DEFENDANT'S RESPONSE TO PLAINTIFFS' OBJECTIONS TO
DEFENDANT'S EXHIBIT LIST**

TO THE HONORABLE JUDGE OF THIS COURT:

Defendant James Arthur Larson files this response to Plaintiffs' Objections to Defendant's Exhibit List. In opposition to Plaintiffs' objections, Defendant would show the Court as follows:

1. At the Initial Pre-Trial Hearing of this matter, held on May 2, 2006, Plaintiffs objected to Defendant's Proposed Exhibit list. The Court did not hear all of those objections at that time, but reserved them until the time of trial.

2. Plaintiffs objected to the use of their own depositions at trial, except for use to impeach their testimony, if necessary. Defendant does not oppose this restriction.

3. Plaintiffs objected to the use of the cross-examination of Dr. Jorge Tijmes as evidence, stating that his opinions on cross-examination were "not based upon reasonable medical probability." Dr. Tijmes is a treating physician of Plaintiff. The evidence will show that Plaintiff was referred to Dr. Tijmes by another of Plaintiff's treating physicians, Dr. D.S. Gill. His testimony addresses the treatment and diagnosis he made regarding Plaintiff's condition. Dr. Tijmes was not retained by Defendant as a potential expert. The doctor agreed to respond to questions relying upon his "training as a doctor and your education in the medical field" basing his answers upon reasonable medical

probability. See Ex. 1, at p. 16. Further, Dr. Tijmes couches several of his opinions, both in responding to Plaintiffs' counsel in terms of reasonable medical probability. Excerpts of his deposition are attached to this response illustrating this fact:

a) At page 17, line 6-9 (responding to Plaintiffs' counsel);

b) At page 23, line 1-4 (responding to Plaintiffs' counsel);

c) At page 27 line 24 through page 28 line 4 (responding to Plaintiffs' counsel); and

d) At page 56 line 21 through page 57 line 10 (responding to Defendant's counsel).

    4. Plaintiffs' objection to Dr. Tijmes' testimony on cross-examination finds its basis more in the substance of his testimony than its form. Plaintiffs make no objection that Dr. Tijmes is unqualified to give his opinions. Plaintiffs do not object that Dr. Tijmes' opinions are flawed under the *Robinson/Daubert* standards. Therefore, the objections are not well-founded and should be overruled.

    5. The remainder of Plaintiffs' objections to Defendant's exhibit list relate to the proposed excerpts of medical records to be used by Defendant. Despite the fact that Plaintiffs have included the full records of most of the medical providers listed in Defendant's exhibit list, Plaintiffs assert objections that the proposed excerpts are not provided. By a letter sent on July 14, 2006, Defendant advised Plaintiffs' counsel of the proposed excerpts it intends to offer into evidence. A true and correct copy of that letter is attached to this response. Plaintiffs' objection is unfounded and it should be overruled.

    WHEREFORE, Defendant requests that Plaintiffs' objections to its Exhibit List be, in all things, overruled. Defendant further prays for all other and further relief to which he may show himself entitled.

Respectfully submitted,

DUNN, WEATHERED, COFFEY, RIVERA,
KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY _____
Patrick R. Kasperitis
SBN 11105270; FED ID 12594
Frank Weathered
SBN 20998600; FED ID 2441

COUNSEL FOR DEFENDANT
JAMES ARTHUR LARSON

CERTIFICATE OF SERVICE

This is to certify that on the __17__ day of July 2006, this document was served on counsel of record as indicated below pursuant to Texas Rules of Civil Procedure.

_____
Patrick R. Kasperitis

**VIA HAND DELIVERY**
Mr. Randall P. Crane
LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586

-3-