# DUNN, WEATHERED, COFFEY, RIVERA, KASPERITIS & RODRIGUEZ, P.C.

ATTORNEYS AT LAW
611 SOUTH UPPER BROADWAY
CORPUS CHRISTI, TEXAS 78401

| | | |
|---|---|---|
| DAVID J. DUNN | TEL (361) 883-1594 | LAWRENCE COFFEY |
| FRANK WEATHERED* | FAX (361) 883-1599 | AUGUSTIN RIVERA, JR. |
| *BOARD CERTIFIED CIVIL APPELLATE LAW | | PATRICK R. KASPERITIS |
| TEXAS BOARD OF LEGAL SPECIALIZATION | | RALPH M. RODRIGUEZ |

July 14, 2006

**VIA FAX 956-399-7398**
Mr. Randall Crane
LAW FIRM OF RANDALL P. CRANE

In re:   Civil Action No. B-04-137; *Rogelio Rodriguez and Elizabeth Rodriguez v. James Arthur Larson*, In the United States District Court, Southern District of Texas, Brownsville Division

Dear Randall:

On Wednesday I left a message with Toni of your office regarding several loose ends in this case. I am sorry I missed your call yesterday. I wanted to confirm those issues with you by correspondence.

At the last hearing, the Court overruled my objections to your Request for Production No. 10 regarding medications prescribed for Mr. Larson by a medical doctor within the five year period before the collision. I had previously confirmed with my client that he was taking no prescription medications, during that time frame, and therefore has no documentation responsive to Request for Production No. 10. However, I could not find a place in my file where I had formally provided this information to you. I believe we had discussed it on the phone, but to be on the safe side, I wanted to confirm this with you. Consequently, I would request that you consider this correspondence my supplemental response to your Request for Production No. 10. Specifically, Mr. Larson possesses no responsive documentation. Since the Court overruled my objection, I do not believe I need to waive it, as you had previously requested.

Secondly, you had previously requested, in your objections to Defendant's Exhibit List. Attached to this correspondence are my proposed excerpts from the medical records which I would anticipate using at the time of trial. I will, of course, present a response to your objections including these excerpts to the Court on Monday morning. However, I wanted to provide you with a copy of this information prior to the day of trial.

Finally, I received your supplemental discovery responses on July 11, 2006. I noticed that the certificate of service shows that they were sent on June 30. Also in checking with the Court's docket, it appears that the certificate of written discovery was filed with the Court prior to the Court's July 3, deadline. However, I believe that the response is incomplete. I have attached a copy

Mr. Randall Crane  
LAW FIRM OF RANDALL P. CRANE

July 14, 2006  
Page 2

of the order which Judge Recio forwarded to my office. The Court granted the motion to discover tax returns for the prior three years and I have received those in your response. However, the Court also granted my motion to discover documents or other verification of actual time missed from work. No responsive documents were provided which satisfies this portion of the request for production. Specifically, the tax returns for the time period since the date of the accident would be some evidence of this. Any document reflecting leaves of absence, or denial of overtime, doctor's orders not to drive or to work overtime etc. would satisfy this. However, without additional documentation reflecting loss of earnings since the date of the accident, I will be forced to prepare a motion to exclude any evidence of past lost wages or future lost wage earning capacity. I will bring such a motion with me to trial on Monday. However, if we can make arrangements to exchange that information prior to Monday, I will hold off on filing such a motion.

I have forwarded your settlement overture to my client for his consideration. Unfortunately, I have not received a response that gives me optimism that this case can be settled without going to trial. I will attempt to discuss the case in further detail with my client before the weekend. If I make any progress, I will give you a call.

Naturally, if you have any questions concerning any of the matters contained in this letter, please feel free to give me a call.

Very truly yours,

Patrick R. Kasperitis

PRK/mgh  
23.007  
enclosures

These are the medical records excerpts Defendant anticipates using at trial:

| | |
|---|---|
| Eric Bennos, M.D. (medical records) | p. 12-13 |
| R&L Transfer (employer) | p. 6-9, 13-18, 21-33 |
| Em-Care (billing records) | p. 1 |
| Jorge Tijmes, M.D. | p. 1-9, 11, 14-17 |
| Abraham Cano | p. 13, 21, 23, 28, 30, 32, 34, 43 |
| Foccus Med. Center (Dr. Gill) | p. 1-7 |
| Rio Grande Valley Imaging | p. 6-7 |
| McAllen MRI (billing) | p. 2 |
| McAllen MRI | p. 2, 3, 4 |
| Herman Keillor, M.D. | p. 5-8 |
| Valley Baptist Medical Center | p. 1, 4, 55, 70 |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ § § § | |
| V. § | C.A. NO. B04-137 |
| § | (636(c)) |
| JAMES ARTHUR LARSON § § | |

## ORDER

Before the Court is Defendant's Motion for Order Compelling Discovery (Doc. #80) pursuant to Federal Rules of Civil Procedure, Rule 37, requesting Plaintiff Rogelio Rodriguez furnish copies of his (a) income tax returns for the five (5) years preceding the date of the occurrence made the basis of this lawsuit and (b) documents or other verification of actual time missed from work since the date of the occurrence made the basis of this lawsuit.

Defendant's motion to discover tax returns is **GRANTED** but limited to only three (3) years preceding the date of the occurrence made the basis of this lawsuit.

Defendant's motion to discover documents or other verification of actual time missed from work since the date of the occurrence made the basis of this lawsuit is **GRANTED**.

Plaintiff Rogelio Rodriguez is **ORDERED** to comply by July 3, 2006, at 3:00 p.m.

DONE at Brownsville, Texas, on 13th day of June 2006.

Felix Recio
United States Magistrate Judge

TRANSMISSION VERIFICATION REPORT

```
TIME   : 07/14/2006 10:19
NAME   : DWCRK&R
FAX    : 3618831599
TEL    : 3618831594
SER.#  : BROA4J188539
```

```
DATE,TIME            07/14  10:18
FAX NO./NAME         19563997398
DURATION             00:00:41
PAGE(S)              05
RESULT               OK
MODE                 STANDARD
                     ECM
```