UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROGELIO RODRIGUEZ AND            §
ELIZABETH RODRIGUEZ              §
                                 §
V.                               §          CIVIL ACTION NO. B-04-137
                                 §
JAMES ARTHUR LARSON              §

## ORDER

On this day came on for consideration Plaintiffs' Objections to Defendant's Exhibit List.

Plaintiffs' objections are hereby **OVERRULED** and the exhibits presented on Defendant's

Exhibit List may be presented to the jury as evidence in this cause.

DONE at Brownsville, Texas, this _____ day of _____, 2006.

_____
JUDGE PRESIDING

*copied to:*

Randall P. Crane, 201 S. Sam Houston, San Benito, Texas 78586

Patrick R. Kasperitis, 611 South Upper Broadway, Corpus Christi, Texas 78401