UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ ET AL | § | |
| vs | § | C.A. NO. 1:04-137 |
| | | (636(a)) |
| JAMES ARTHUR LARSON | § | |

**ORDER**

    The jury in the above-captioned case have requested to have lunch together on the 19th day of July, 2006, it is hereby

    ORDERED that the United States Marshal provide the jury consisting of 12 members with their noon meal on **July 19, 2006.**

    DONE at Brownsville, Texas this 19th day of July, 2006.

Felix Recio
United States Magistrate Judge