UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 9 2006

Michael N. Milby
Clerk of Court

ROGELIO RODRIGUEZ AND § 
ELIZABETH RODRIGUEZ §
§
V. § CIVIL ACTION NO. B-04-137
§
JAMES ARTHUR LARSON §

## HIGH DEGREE OF CARE
[Tx PJC 2.2]

"Negligence," when used with respect to the conduct of Rogelio Rodriguez, means failure to use a high degree of care, that is, failing to do that which a very cautious, competent, and prudent person would have done under the same or similar circumstances or doing that which a very cautious, competent, and prudent person would not have done under the same or similar circumstances.

"High degree of care" means that degree of care that would have been used by a very cautious, competent, and prudent person under the same or similar circumstances.

---

THE AFOREMENTIONED INSTRUCTION/DEFINITION/QUESTION WAS TENDERED TO THE COURT PRIOR TO SUBMISSION OF THE CHARGE TO THE JURY AND, IN THAT REGARD, IT IS HEREBY [GRANTED] [REFUSED].

JUDGE PRESIDING

EXHIBIT
H-5