# DEFENDANT'S REQUESTED INSTRUCTION

[CPRC § 41.0105]

United States District Court
Southern District of Texas
FILED

JUL 19 2006

Michael N. Milby
Clerk of Court

In considering the reasonable expense of hospitalization and medical care in the past only consider those amounts actually paid or incurred by or on behalf of plaintiff.

On July 19, 2006 this proposed instruction was presented to the Court for inclusion in the charge.

ACCEPTED: _____

REJECTED: _[signature]_

DATE: 7-20-06