UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUL 1 9 2006
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | § | |

### DEFENDANT'S REQUESTED INSTRUCTION
[15.3 CALCULATION OF PAST DAMAGES ONLY]

If you find for the plaintiff, he is entitled to recover an amount that will fairly compensate him for any damages he suffered between January 16, 2003 and August 23, 2004, only.

---

THE AFOREMENTIONED INSTRUCTION/DEFINITION/QUESTION WAS TENDERED TO THE COURT PRIOR TO SUBMISSION OF THE CHARGE TO THE JURY AND, IN THAT REGARD, IT IS HEREBY [GRANTED] [REFUSED].

_____
JUDGE PRESIDING

EXHIBIT
H-10