IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| VS. | § | |
| | § | (JURY DEMANDED) |
| JAMES ARTHUR LARSON | § | |

-oOo-

## FINAL JUDGMENT

On July 17, 2006, the court called this case for trial. Plaintiffs, Rogelio Rodriguez and Elizabeth Rodriguez, appeared in person and through their attorney and announced ready for trial. Defendant James Arthur Larson appeared in person and through his attorney and announced ready for trial. The court determined that it had jurisdiction over the subject matter and the parties to this proceeding. The court then impaneled and swore the jury, which heard the evidence and arguments of counsel. The court submitted questions, definitions, and instructions to the jury. In response, the jury made findings that the court received, filed and entered of record. Plaintiffs moved for entry of judgment on the verdict. The court considered the motion and renders judgment for plaintiffs.

1.  Therefore, the court orders that plaintiff, Rogelio Rodriguez, recover the sum of $63,358.44 in past damages (after adjusting past medical expenses to the amount supported by the evidence), $364,000.00 in future damages and that Plaintiff, Elizabeth Rodriguez, recover the sum of $10,000.00 in past damages and $5,000.00 in future damages, together with Plaintiff's court costs from defendant, James Arthur Larson.

2.  Additionally, the court awards prejudgment interest on the past damages at the annual rate of 8.25%, to be paid from March 18, 2004, until the date of the entry of this judgment.

3.  Postjudgment interest is payable on all the above amounts at the rate of 8.25%, from the date this judgment is entered until the date this judgment is paid.

4. The court orders execution to issue for this judgment.

5. The court denies all relief not granted in this judgment.

6. This is a FINAL JUDGMENT.

SIGNED on __8-21-06__, 2006.

                                                   Felix Recio
                                        United States Magistrate Judge

APPROVED AS TO FORM & SUBSTANCE:

Randall P. Crane
State Bar #05006900
201 S. Sam Houston
San Benito, Texas 78586
(956) 399-2496
(956) 399-7398
ATTORNEY FOR PLAINTIFFS

APPROVED AS TO FORM ONLY:

Patrick R. Kasperitis
SBN 11105270; FED ID 12594
DUNN, WEATHERED, COFFEY, RIVERA,
KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594
(361) 883-1599
ATTORNEY IN CHARGE FOR
DEFENDANT, JAMES ARTHUR LARSON