Trial Testimony
of
Darshan S. Gill, M.D.
July 17, 2006


# EXHIBIT B

# ACE COURT REPORTING SERVICE
### Certified Shorthand Reporters
##### Statewide & Nationwide Scheduling

### Proceedings held on July 17, 2006

### Trail exceprt Dr. gill

**Ace Court Reporting Service**
**Certified Shorthand Reporters**
**P. O. Box 21**
**114 S. Llano Grande Street**
**Edcouch, Texas  78538**
**Firm Registration No. 476**
**Expiration Date:  12/31/07**
**(956) 380-1100**
**(866) 666-2930**
**www.acecourtreporting.com**
**info@acecourtreporting.com**

Page 1

```
 1                    (Excerpted portion of requested

 2    trial transcript commenced at this point.)

 3                    THE COURT:  All right.  Call your next

 4    witness.

 5                    MR. CRANE:  Your Honor, we'd like to call as

 6    our next witness, Dr. D.S. Gill.

 7                    THE COURT:  Dr. Gill, if you would stand

 8    there and be sworn, please.

 9                    DARSHAN S. GILL, M.D.,

10    having been first duly sworn, testified as follows:

11                    THE COURT:  All right, sir.  You may start.

12                    MR. CRANE:  Thank you.

13                    DIRECT EXAMINATION

14    BY MR. CRANE:

15       Q.   Dr. Gill, would you tell us your full name,

16    please?

17       A.   My last name is Gill, G-i-l-l and my first name

18    is Darshan, D-a-r-s-h-a-n, and my middle initial is S.

19       Q.   Dr. Gill, where do you reside?

20       A.   I reside in McAllen.

21       Q.   And what is your profession?

22       A.   I'm a physician, medical physician.

23       Q.   Doctor, would you mind telling us something about

24    your educational background?

25       A.   Yes, I went to University of Aberdeen in Scotland
```

Page 2

1    and then also I went to medical school in London,

2    University of London Medical School, London Hospital of

3    Medical College.  After that I did training in London for

4    approximately seven years.  Then I moved to Canada and did

5    some further surgical training in Halifax, Nova Scotia and

6    Toronto.  And since that time, since 1976, I've been in

7    the United States practicing medicine and surgery.

8        Q.   And Doctor, do you have a specialty?

9        A.   Currently I'm practicing what's called industrial

10   medicine, orthopedic medicine and sports medicine.

11       Q.   Are you a fellow of any particular medical

12   colleges?

13       A.   Yes, I'm fellow of the College of Surgeons of

14   Canada in surgery.  I'm fellow of the American College of

15   Surgeons and Surgery.  And then I'm now, for the last 15

16   years, been trained in industrial medicine and sports

17   medicine and orthopedic medicine.

18       Q.   And Doctor, do you have privileges at the various

19   hospitals in this area?

20       A.   At the moment, no.  I have a privilege pending at

21   Renaissance Hospital in McAllen because recently I haven't

22   been doing any hospital work.

23       Q.   And how long have you been in private practice?

24       A.   I've been in private practice since 1976.  In the

25   United States since 1977.

Page 3

1       Q.    And how long have you practiced in the Rio Grande

2    Valley?

3       A.    For the last 10 years.

4       Q.    And Doctor, I assume your medical license with

5    the Texas Medical Association is on file with the State?

6       A.    Yes, I've been licensed continuously with the

7    State of Texas since 1977.

8       Q.    Doctor, have you had an opportunity to see

9    professionally Rogelio Rodriguez?

10      A.    Yes.

11      Q.    And when was it that you first saw Mr. Rodriguez;

12   if you recall?

13      A.    If I may consult my notes?

14      Q.    Please do.

15      A.    I saw Mr. Rogelio Rodriguez for the first time in

16   my office in August, on August 20th, 2003.

17      Q.    And what was the -- 2000 and what?

18      A.    2003.

19      Q.    What was the purpose of his visit to your

20   office?

21      A.    Mr. Rodriguez stated that he was in an accident

22   on January 16th, 2003 and since then he had been having

23   some medical problems since the accident and he mentioned

24   that he had been seeing another doctor as well for about

25   four months before he came to see me.

Page 4

1    Q.   And what kind of complaints did he make to you
2    when he came to your office?
3    A.   Initially when he came to see me, that was on
4    August 20th, 2003, he was complaining of neck pain, back
5    pain, chest pain and pain to the right side of his chest,
6    particularly the ribs.
7    Q.   Did you say hip pain?
8    A.   The ribs.
9    Q.   The ribs?  And did you mention head pain?  I'm
10   sorry.
11   A.   Neck pain.
12   Q.   Okay.
13   A.   Back pain, chest wall pain.
14   Q.   And after you took the physical or the historical
15   information from him, did you then perform a clinical or
16   physical examination?
17   A.   That's correct.
18   Q.   And what did the physical examination reveal?
19   A.   It revealed, the physical examination, he was
20   complaining of -- at that time, the impression was that he
21   was -- since the accident, he has been complaining of --
22   you would like me to give my impressions?
23   Q.   Yes, sir.
24   A.   My impression at that time was this:  That he had
25   pain, he had neck pain.  He had what I call a cervical

Page 5

1    sprain.  He also had lower back pain, lumbar sprain and

2    other injuries associated with that.  He also was -- my

3    initial evaluation was that he also suffered from a closed

4    head injury and at that time, also from that he had also

5    had some chest pain which was related to his fractured or

6    broken ribs.

7        Q.    Okay.  Could you talk about a closed head injury;

8    what is that?

9        A.    Well, the head is an enclosed space.  The skull

10   is a bone structure.  It doesn't give way.  The brain

11   consists of two lobes.  It's surrounded by fluid called

12   cerebral spinal fluid and there are three layers that

13   cover it.  So when you get an injury, because the upper

14   skull is firm, the brain, which is more like a consistency

15   of, for lack of a better word, jello, it hits from -- like

16   when they get injured, it impacts the skull and it injures

17   the brain.

18       Q.    Did you document or see any signs of problems

19   resulting from that head injury?

20       A.    Well, in a closed head injury it's extremely

21   difficult like for an initial visit.  This is a fine-tuned

22   diagnosis and evaluation which has to be done because

23   their symptoms are not like obvious like paraplegic or

24   something like loss of vision.  Basically it's what I call

25   fine tuning of the body like memory loss which you have to

1    elicit cognitive behavior and some other subtle changes in

2    their behavior which a neuropsychologist specialist can

3    assess.

4        Q.    Are these the sort of things that you would

5    expect to result from a closed head injury:  A cognitive

6    change and personality change?

7        A.    Yeah, the personality change may be so subtle

8    like the person may look normal, but there are changes

9    that can be elicited, you know, and there's always some

10   residual effect from this head injury.

11       Q.    How about rib injuries?  What can you tell us

12   about fractured ribs and rib displacement?

13       A.    Well, fractured ribs, he had right side fractured

14   rib and these ribs, if it's fractured, trauma has to be,

15   injury has to be enough to break the rib.

16       Q.    Okay.

17       A.    And when there's ribs sometimes the rib can

18   puncture the lung and they can be bleeding into the chest

19   wall.  In his case he just had a rib fracture which

20   fortunately did not injure his organs inside his chest.

21       Q.    But in his case do you recall whether there was a

22   displaced rib fracture?

23       A.    It's slightly displaced fracture.

24       Q.    And that's different than just a fracture?

25       A.    Well, it's a degree of fracture.  The bone is

1    like this (indicating).  The fracture is this much or

2    obviously like that it can puncture the lung, but if it's

3    not displaced it has less chance of doing damage to the

4    organ.

5        Q.   And as far as pain is concerned, how would you

6    rate a rib fracture?

7        A.   Well, initially I'm sure that when he was

8    injured, most of his symptoms and complaints were very

9    painful because rib fractures, when the person breathes,

10   the ribs separate and the fracture has a tendency to

11   separate from each other, the broken parts, and that

12   causes pain.  So most of his attention was reported in the

13   chest probably in the early part of his injury.

14       Q.   Okay.  And in addition to the head injury, the

15   broken rib you talked about, what other problems was he

16   having?

17       A.   Well, after evaluation, I found that he also had

18   very severe what is called myofascitis of the muscles of

19   his neck which the muscles of the back of his neck which

20   is in three layers and also the muscles of his lower back

21   which was also in three layers.

22       Q.   You say severe myofascitis injury?

23       A.   Yeah, it's inflammation of the muscles of the

24   spine, at the back of the spine.

25       Q.   How can you tell if someone has a myofascial

Page 8

1    injury?  Do they just tell you, Doctor, I'm hurting?

2        A.    Well, that's one.  And the other thing is that

3    there are classic symptoms.  The patients, when you

4    examine them by palpation, that's by feel, they are

5    tender, swollen with the -- sometimes what is called

6    trigger points you can elicit in a patient.

7        Q.    How about such things as muscle spasms?

8        A.    Well, muscle spasms also can be part of

9    myofascitis.

10       Q.    Okay.  When you examined Mr. Rodriguez, do you

11   recall if you --

12       A.    Yes, he did have that because he -- this was -- I

13   saw him about close to four or five months after his

14   initial accident and so at that time he had an acute to

15   subacute, like that means immediate inflammation and

16   delayed like subchronic inflammation in his neck and his

17   lower back, which later on I treated with what's called

18   intramyofascial injection therapy.

19       Q.    Did you, after the first visit, continue to see

20   or have Mr. Rodriguez come to your office?

21       A.    Yes, I saw him on numerous occasions after that.

22       Q.    And after -- or in conjunction with the first

23   visit, did you do any diagnostic testing with regard to

24   Mr. Rodriguez?

25       A.    Yes, we did several diagnostic tests.  We -- and

1    also, let me say that we got all his medical records from

2    the hospital, Valley Baptist Medical Center, and then we

3    did some diagnostic tests.  We did some MRIs on his neck

4    and his lower back.

5        Q.    Okay.  What is an MRI?

6        A.    An MRI is a cross-sectional X-ray of the body

7    that shows the soft tissue.  The X-ray only shows the bony

8    parts, but the MRI shows different consistency of the soft

9    tissue.  Soft tissues means muscles, ligaments, you know,

10   the disks of the spinal cord.

11       Q.    And how many MRIs were done concerning

12   Mr. Rodriguez?

13       A.    In -- and I have records of three MRIs that were

14   done.

15       Q.    And these were done over a period of time?  They

16   were done at different points in time?

17       A.    Right.

18       Q.    Not all at once?

19       A.    No.

20       Q.    Do you recall the dates that they were done?

21       A.    Yes, I do have the dates here with me.  His first

22   MRI was done on -- that's of lumbar, that's the lower

23   back, was done on October -- 10/8/03 and then of the neck

24   11/13/03.  And then of the lower back, 10/2/04.  10 is

25   October.

Page 10

1     Q.   And each time that Mr. Rodriguez came to your

2   office, did you continue to do clinical exams?

3     A.   Yes, correct.

4     Q.   Okay.  And then you gathered these other

5   diagnostic tests?

6     A.   Correct.  He also had some consultations with

7   other specialists during this period.

8     Q.   And do you recall who those were?

9     A.   Yes, these are the records I have from the other

10   specialists.  He probably has other follow-up visits with

11   the specialists which I don't have the records.  I have

12   records from Dr. Tijmes for 11 -- that's November 11th,

13   '03.  Then Dr. Tijmes again on February 4th of '04.  And

14   then I have records from Dr. Keillor from Harlingen Bone

15   and Joint for April 4th -- April 5th, '04.

16     Q.   Doctor, let's go through, if you will, the first

17   MRI that you had Mr. Rodriguez, that's the MRI of 10/8/03

18   that has been admitted into evidence.  Can we take that

19   and discuss the findings?

20     A.   This MRI was read by Radiologist, certified

21   radiologist, by Dr. Eric F. Bennos.  Bennos is

22   B-e-n-n-o-s.

23     Q.   And that was taken at the Rio Grande Valley

24   Imaging and Diagnostic Center?

25     A.   That's correct.

1      Q.    Okay.  You told us a little bit about what an MRI

2    is.  What does that actually stand for, MRI?

3      A.    Magnetic resonance imaging.

4      Q.    And is that something that is commonly used for

5    taking pictures of the spine?

6      A.    Yes, pictures of the spine and also other parts

7    of the body that -- that's when you're interested more in

8    softer parts of the body rather than the bony parts of the

9    body.

10      Q.    And are you familiar with the Rio Grande Valley

11    Imaging Diagnostic Center?

12      A.    I'm not familiar as such, but I'm familiar with

13    Dr. Bennos.

14      Q.    And do you know whether or not they use the

15    proper equipment for taking this type of MRI?

16      A.    I presume that like all these institutions, they

17    have to be accredited to be in business.

18      Q.    And is Dr. Bennos, in your opinion, a well-

19    respected and qualified?

20      A.    I have had experience with him that I respect his

21    opinion.

22      Q.    Let's go through the MRI then, Doctor, and maybe

23    before we do, would it be helpful for you to explain to

24    the jury the different parts of the spine and what

25    problems Rogelio was having?

1       A.    Yes.

2       Q.    You presented us with a number of blowups.  Would

3    you like to use those or do you have something else that

4    you think may be more helpful?

5       A.    That one also and then I also have a model of the

6    spine with a disk in it if that's more appropriate to

7    use.

8              MR. CRANE:  Your Honor, may I once again

9    approach the witness?

10             THE COURT:  Yes.

11             MR. CRANE:  Would it possible, Judge,

12   possible for him to come out here to have him explain what

13   he has to explain or would that be uncomfortable?

14             THE COURT:  Yes, that would be fine.

15             MR. CRANE:  You want to come out here,

16   Doctor?

17             THE WITNESS:  Yeah.

18             MR. CRANE:  I have taken the pictures that

19   you provided and put them on two separate boards.  I don't

20   know which one you want to start with.

21      A.    I'm going to start with this one first to give

22   and indication of the spine.

23      Q.    Okay.

24      A.    This is the spine, the entire spine from the neck

25   down to the tailbone.  This is what is called a cervical

1    spine, that's the neck pain (indicating).  And this is a

2    thoracic, that's the chest, where the ribs are attached.

3    And this is the lumbar and that's the lower back.  And

4    this is the sacrum, the tailbone and on top of that the

5    sacrum.  And the last disk stops here (indicating).

6         Q.   Doctor, I notice that there are various numbers

7    that you've written in there?

8         A.   Yes.

9         Q.   What do those numbers represent?

10        A.   Okay.  There is what is called the C2 spine,

11   that's the second vertebra, second.  That is the C7, it's

12   the 7th one.  This is the part that's at the back of the

13   neck the bony part, the one that's higher and everybody

14   can feel that much easier and then just follow through.

15        Q.   T1 we're talking about, what does T stand for?

16        A.   T stands for thoracic, okay.  That's this one

17   (indicating).

18        Q.   Whereabouts are those in the body?

19        A.   Okay.  T1 --

20        Q.   Thoracic.

21        A.   Thoracic -- thoracic, it starts from the lower

22   part of the neck all the way where the ribs are, okay.

23   The last rib is the No. 12 is attached to the thoracic

24   vertebrae.

25        Q.   Okay.  And then below the thoracic, what does the

Page 14

1    next group refer to?

2        A.    Those are the lumbar, okay.   Lumbar 1 is right

3    next to the thoracic.   Lumbar 1, 2, 3, 4, 5.   And this is

4    S1.   This is called the sacrum.

5        Q.    Okay.   Now what do you have here?   Explain that.

6    Start with that.

7        A.    Okay.   Then I would just like the jury to know

8    the muscles of the back, okay.   The back is not just the

9    spine.   It has muscles in the back which is in three

10   layers and an outer layer which we can feel which is from

11   the neck that's very easy.   And then there's several

12   layers.   Second layer -- and all these layers of the

13   muscles of the neck -- of the spine, sorry, are attached

14   to some portion of the spinal cord which may be in one

15   vertebra or two vertebra, that's different portion of the

16   spine.   So all those muscles have attachment to the spine.

17       Q.    Okay.   And then, Doctor, you have over in the

18   side here, some pictures of what?   What does that

19   represent?   What are you trying to explain here?

20       A.    Well, I -- initially, I would like to just

21   explain the vertebra here.

22       Q.    Okay.

23       A.    That's the vertebra, okay.   This can be any of

24   these vertebra.   Let's take, say like it's like L4-L5,

25   okay?   That's Lumbar 4, Lumbar 5.   So it's not very

1    complicated, just initials to tell you what area.

2              So let's say -- this is the anatomy of the

3    vertebra looks like.  This is the bony part (indicating),

4    this is also bony part and these joints between the two

5    vertebrae.  And all these vertebrae are the same but of

6    different shapes and sizes.  And this is what's called the

7    intervertebral disk, okay.

8         Q.   Okay.

9         A.   And this disk is like a -- I think we have a

10   picture of that somewhere.  Very good.  This is the disk,

11   okay.  It is an outer ring and it's not a solid outer

12   ring.  It's like a small little rope, elastic rope that

13   goes around -- around -- around this way (indicating) and

14   attach to the upper vertebrae and the lower vertebrae.

15        Q.   What's the name for that outer ring?

16        A.   It's called an annulus.

17        Q.   Okay.  That is a pretty tough piece of equipment;

18   isn't it?

19        A.   It's still -- it's a ligament.  It's a ligament.

20   Ligaments have some elasticity, but it's not just one

21   ligament, it's several different fibers of the -- of this

22   ligament annulus.

23        Q.   Almost like a tire is made?

24        A.   Absolutely.  That's a good analogy.  And inside

25   that, this is what is called a nucleus pulposus.  It's

1    more like a jello-like material.  Now, it sounds terrible

2    to say jello-like.  It's a fluid material.

3        Q.   Jello's all right.

4        A.   All right.  And when there's an injury -- when

5    there's an injury to the disk area, there's also an injury

6    to the nucleus.  That's the middle portion.

7             So any injury in this it can be complete tear

8    of this ring or it can be partial tear like this

9    (indicating) or like that or it can be like that

10   (indicating).  So it's different variations of the injury

11   to the annulus.  And the nucleus pulposus, when it gets

12   injured, it also has chemical changes in it that can

13   irritate the nerves.

14       Q.   You mean when that liquid gel as we call it, gets

15   outside of the annulus, it can irritate the nerves?

16       A.   Yeah, it can irritate the nerves.  But at the

17   initial stage of injury sometimes it hasn't gone outside

18   of the annulus, but it still has an injury to it.

19       Q.   Could you look at this one.  Before -- you

20   already told us now that between each of those vertebrae

21   we have one of these disks?

22       A.   Right.

23       Q.   What is the purpose of having the disk between

24   your bones?

25       A.   Well, the purpose is they're joints, there's

 1   mobility.

 2        Q.    Do they serve as shock absorbers?

 3        A.    They are absolutely.  That's correct.

 4        Q.    And they are up and down your spinal cord.  What

 5   is in your spinal cord?

 6        A.    Well, in the spinal cord starts from the brain.

 7   The brain continues as the spinal cord.

 8        Q.    And what is the spinal cord?

 9        A.    The spinal cord is an -- is a material that

10   carries the messages from the brain to different parts of

11   the body outside and to receive messages from -- with the

12   nerves that come into the spine.

13        Q.    Are those -- is that a spine then?  The spine is

14   a nerve?

15        A.    The spinal cord?

16        Q.    (Moving head up and down).

17        A.    It's part of the nervous system which connects

18   with the brain and this is a continuous portion.  The

19   spinal cord runs from here (indicating) all the way up and

20   joins the brain.

21        Q.    And now you say that the nerves come out the

22   spinal cord?

23        A.    Yes, the nerves come up the spinal cord.

24        Q.    Is this the spinal cord (indicating)?

25        A.    That's the spinal cord and there's a fluid around

Page 18

1    it which is three very fine layers of it.

2        Q.    Okay.  How -- so we have this in prospective,

3    Doctor, how are we looking at this particular picture?  It

4    gets kind of confusing.  Is that looking from the side?

5        A.    No, it's looking from above or you can say down,

6    but this is more like looking above.

7        Q.    So this is like if you cut someone in half and

8    look from above?

9        A.    Yes, exactly, right.  It's called transverse

10   view.

11       Q.    Transverse view.  And this is the -- what part of

12   the neck?

13       A.    This diagram is for the neck, but for our

14   purposes the neck and the lower back have similar anatomy

15   distribution in sizes.  This is the part that's at the

16   back of the neck and the lower back.

17       Q.    If you put your hand back?

18       A.    That's right.

19       Q.    And as you told us this is the spinal cord nerve?

20       A.    Yeah.

21       Q.    And these are the actual nerves exiting off the

22   spinal cord?

23       A.    Exiting or entering.

24       Q.    Entering or exiting?

25       A.    Yeah.

1    Q.    And these nerves go to what parts of the body?

2    A.    They go to arms, limbs, trunk.

3    Q.    And then here is the disk that you've been

4    telling us about?

5    A.    Correct.

6    Q.    And what can happen if you get a tear in the

7    annulus?

8    A.    Well, if you have a tear in the annulus obviously

9    it can press on the nerves on one side or the other.

10    Q.    The nerves?

11    A.    That's right or it can also press on the spinal

12    cord.  This is the back of the spine, okay?  See, we're

13    looking and this is the front of the spine -- front of the

14    spine.  These are the organs in front of you.  But this is

15    the back and if there is a herniation over here it can

16    compromise that part in the spine.

17    Q.    Now, in looking at some of the MRIs that have

18    been talked about, I believe the word protrusion was

19    used.  What is protrusion?

20    A.    Well, protrusion is a different word they use:

21    Protrusion, bulges.  Basically, it means injuries to the

22    annulus, to the ring, the sacral ring.

23    Q.    Would a bulge be of a more continuous --

24    A.    Yes, the bulge is a more certain, more

25    circumference, okay.

1      Q.   And the bulge is something that is normally seen

2   in degeneration?

3      A.   It can, but the bulge can also be caused by

4   injury.

5      Q.   How would a protrusion such as this show in here?

6      A.   Because a protrusion is more angular, more of an

7   angle and a bulge is more circumferential, it's more

8   round.

9      Q.   And the protrusion is more pointed?

10     A.   Pointed, yes.

11     Q.   And is a protrusion something that's more

12  normally associated with one kind of event than another as

13  opposed to degenerative changes?

14     A.   They're all associated with progressive stages of

15  the herniation and protrusion is more advanced state

16  probably.

17     Q.   What is trauma?

18     A.   Trauma is injury, that's all.

19     Q.   An injury?

20     A.   Yeah.

21     Q.   If someone has an injury such as you have in an

22  automobile accident, can you tell us basically if there is

23  a medical probability what we would be more likely to see

24  a protrusion or a bulge?

25     A.   It depends on the extent of the injury.

1    Q.    Oh.

2    A.    But in this case, protrusion or even a herniation

3    is a medical probability and would be consistent with the

4    injury this patient has or had.

5    Q.    Is there anything over here that you want to

6    explain to the jury with a description?

7    A.    I think we explained most of it because here all

8    I want to say is that the injury to the disk is a combined

9    thing.  It's not just a one-time shot like the injury to

10   the -- what we call it, the bulk or the middle of the

11   doughnut and there's injury to the outside portion that

12   instead it can be in all different stages.

13   Q.    Doctor, does this bone (indicating) have a

14   particular name?

15   A.    That's called a spinous process.

16   Q.    Spinous process?

17   A.    Right.

18   Q.    And the bones coming out to the side?  What are

19   those called?

20   A.    Okay.  These are called the laminae and this one

21   is called the pedicle.

22   Q.    Okay.

23   A.    And these are the joints that -- the joints above

24   it, right here (indicating) I have a diagram if you want

25   to see that that these joints articulate.

1     Q.    And the transverse process is?

2     A.    Okay.  Transverse process is more in the lumbar

3  area.  The transverse process are very small in the neck.

4     Q.    Is there any -- we have this one other diagram.

5     A.    I want to explain that injuries to the disk can

6  be -- can be caused in many different ways.  As we said,

7  the disk is like a shock absorber on the vertebrae and it

8  can be caused by compression, by somebody compressing from

9  outside and that can happen when the spine bends forward,

10  okay.

11     Q.    Where is the compression?

12     A.    The disk area.

13     Q.    It squeezes together?

14     A.    That's right.  It gets squeezed.  It doesn't have

15  to be squeezed like, you know, the whole vertebra can be

16  at an angle.  And then there's also the -- the pull apart

17  -- the vertebra pulls back these ligaments, the annulus

18  can be torn then and the disk can be damaged that way.

19  And then the third injury is the sheer.  Sheer means just

20  like torn that way (indicating).  Like you have two bodies

21  together united by a softer tissue and it can be torn that

22  way.  Because the vertebrae are solid, the ligaments are

23  not solid, they can torn in a forward position, backward

24  position or side position.

25     Q.    Okay.  Thank you very much.  Is there anything

Page 23

1    else that you need to explain from this corner?

2        A.    I think I'm fine.

3                    MR. CRANE:  Your Honor, we'd like to ask that

4    these be admitted into evidence as Exhibits 2 through 8.

5                    THE COURT:  Exhibits 2 through 8?

6                    MR. KASPERITIS:  I have no objection.

7                    THE COURT:  Exhibits 2 through 8 are admitted

8    without objection.

9                        (Plaintiff's Exhibits 2 through 8

10   were admitted.)

11       Q.    (By Mr. Crane:)  Dr. Gill, let me get you to

12   assume that the accident in question occurred as Rogelio

13   Rodriguez was driving his truck down Business 77 in San

14   Benito and that as he was driving in the left-hand lane, a

15   car that he was passing in the right-hand lane pulled

16   immediately in front of him, that he didn't have time to

17   honk or hit his brakes, that all he could do is take the

18   wheel of that 18-wheeler and turn it like this

19   (indicating) while he was belted into the truck --

20                   MR. KASPERITIS:  Your Honor, I have an

21   objection to this line of questioning.  Could we approach

22   the bench?

23                   THE COURT:  You may.

24                       (The following side bar conference

25   held out of the presence of the jury:)

```
 1              MR. KASPERITIS:  Your Honor, the reports that

 2   have been previously given and this kind of deposition --

 3   this kind of testimony regarding what happened, you know,

 4   turning or twisting motion, that's not in any of the

 5   reports that Dr. Gill provided.  If I'd been permitted to

 6   take Dr. Gill's deposition it may have come out, but it

 7   hasn't come out in anything and so it's certainly

 8   prohibited under the motion in limine we talked about

 9   before he begins to talk about this kind of testimony

10   regarding how certain herniations are more likely than

11   others.  There's no opinion testimony on that in any of

12   the reports Dr. Gill has provided and he's provided six or

13   seven different reports and none of that is in any of the

14   reports.

15              MR. CRANE:  The Doctor could never put

16   possibly everything in his report he is going to talk

17   about.  This is part of his explanation of how the

18   herniation occurred, it's just an explanation to the

19   jury.  Mr. Kasperitis is complaining about not having

20   taken his deposition.  He had every opportunity.  The

21   reason he didn't take it is because he waited to long.

22              MR. KASPERITIS:  Well, your Honor --

23              THE COURT:  Okay.  I'm going to allow it.

24   Your objection is overruled.

25              MR. KASPERITIS:  Thank you.
```

1          (Side bar conference completed.)

2     Q.   (By Mr. Crane:)  What I was asking you, Dr. Gill,

3  is if someone is going down the road, someone pulls in and

4  they have an oblique hit from the rear, an oblique hit at

5  an angle while someone is doing a motion like that

6  (indicating) at 50 miles an hour and the result you end up

7  with is one such as shown in Exhibit No. 1, based on your

8  experience as a doctor, do you have an opinion based on

9  reasonable medical probability, if that is the type of

10  trauma that can cause a herniation such as we have

11  discussed?

12          MR. KASPERITIS:  Your Honor, I'd like to

13  renew my objection at this time.

14          THE COURT:  Objection is overruled.  You may

15  answer the question.

16     A.   Thank you.  I can state two points very

17  reasonably very quickly.  One, that is a very extensive

18  trauma.  Two, that the type of trauma and the angle at

19  which this accident happened and the patient in question

20  that the injuries of his lumbar spine can be consistent

21  with this type of trauma.

22     Q.   (By Mr. Crane:)  Thank you.  We were getting

23  ready to --

24          THE COURT:  Doctor -- excuse me, Mr. Crane.

25  To understand your answer, what you're saying is that this

1    type of injury to the lower back may be caused by this

2    kind of accident; is that correct?

3        A.   I'm saying it's consistent with this type of

4    accident at an angle because the spine is also at an

5    angle.

6            THE COURT:  But you're not saying it happened

7    in this case.

8        A.   I said it's consistent.  I don't know.

9            THE COURT:  You don't know?  So could it

10   happen in any other way?

11       A.   I would say yes, but this is consistent.

12           THE COURT:  This injury is consistent with

13   that type of accident?

14       A.   Right.

15           THE COURT:  Okay.  That's what I wanted to

16   make sure.  Okay.  Thank you.

17       Q.   (By Mr. Crane:)  And what I guess I need to ask

18   you Doctor, is based on reasonable medical probability, do

19   you feel that the accident was the proximate result of the

20   injuries that Mr. Rogelio Rodriguez sustained?

21       A.   Absolutely.

22       Q.   Okay.

23       A.   He had multiple injuries, extensive injuries and

24   these injuries are consistent with this particular type of

25   accident.

Page 27

1      Q.   If I may, I'd like to go through some MRIs we

2   started discussing earlier.   These are the ones taken at

3   Rio Grande Imagining Center and I wanted you to get up and

4   talk to the jury a little bit about the spine before we

5   talked about the MRI themselves.   Do you have a copy of

6   the MRI report?

7      A.   Yeah, I have a copy of the MRI report.

8           MR. CRANE:   Okay.   Is it okay, Judge, if I

9   stand here?   So all of you could see you fairly and read

10  it unless your eyes are better than mine.

11     Q.   (By Mr. Crane:)   What were the findings that you

12  considered important and relevant to this case and to this

13  accident?

14     A.   Actually in this impression Dr. Bennos had seven

15  -- points that makes --

16     Q.   We're looking at the impression down here at the

17  bottom?

18     A.   That's correct.

19     Q.   And the first impression is a hyper-lordotic

20  lumbar curvature indicative of myofascial spasms.   Okay.

21  So tell us what a hyper-lordotic lumbar curvature is?

22     A.   Right.   When you get spasms of the muscles of the

23  lower back.   The back does that, you know, (indicating)

24  kyphosis is forward, lordosis is backward.   So it's just a

25  bend, a curve of the spine because of the muscle spasms of

Page 28

1    the back muscle of the spine or the posterior muscles of

2    the spine.

3        Q.   A lordosis is a curve, sort of an S curve; is

4    that correct?

5        A.   Lordosis is a curve like that (indicating).

6    Kyphosis is a curve like that (indicating).

7        Q.   Gotcha.

8        A.   Lordosis, the belly is backwards where kyphosis

9    the belly is going forward.

10       Q.   And it is normal for a spine to have a lordosis?

11       A.   There is a normal lordosis, but this is

12   hyper-lordosis that means that the muscle are contracting

13   over time and causing even another lordosis of the spine.

14       Q.   Okay.  And what -- I think you've already told us

15   this, but just so I'm sure:  What causes the hyper-

16   lordosis to occur?

17       A.   In this particular case of the lower back, it's

18   'cause of the spasms, extensive spasms of the back muscle,

19   the posterior, the back muscles of the spine.

20       Q.   And why do the muscles in the back spasm?

21       A.   Because they have had injury to that muscle.

22       Q.   And is there a medical explanation for why, what

23   muscles are attempting to do when they spasm?

24       A.   The muscles are trying to splint the spine and

25   this is a normal reaction when the muscles are injured.

Page 29

1      Q.    So they tighten up to keep the spine from moving,

2    like a cast on your arm when it's broken?

3      A.    Uh-huh.

4      Q.    And by doing that, it prevents further injury

5    hopefully?

6      A.    Yeah, hopefully.

7      Q.    Okay.  Then the next impression, Doctor, it says,

8    there's a thinning of the disk at L3 and L4 and

9    desiccation of the disk at L4 through S1 indicative of

10    changes.  Okay.

11            When they talk about a thinning of a disk,

12    what does that mean?

13      A.    Thinning of the disk means like I showed the two

14    vertebra one on top of each other.  That's the width

15    between the two, you know, when there is damage to the

16    disk, that disk shrinks in size so it becomes thinner and

17    that shows in the MRI the size has decreased.

18      Q.    And is the thinning of the disk something that is

19    caused when the disk loses hydration, when the jello in

20    there goes away?

21      A.    Correct, yes.

22      Q.    And can degeneration be caused by trauma?

23      A.    Yes.

24      Q.    And if one already -- let's assume someone

25    already has a degenerative change, can trauma increase the

Page 30

1    speed at which that degenerative change takes place?

2        A.    Well, obviously yes, if they have degenerative

3    changes this is only going to add to it.

4        Q.    Some people might associate a degenerative change

5    with something that is normal or common that you think

6    everyone has.  Do most people have degenerative changes at

7    some point?

8        A.    Some points.  It depends on the age of the

9    person, but even the degenerative changes that are speeded

10    up can be speeded up with -- because of the injury.

11        Q.    Okay.  Let's go onto No. 3.  There they're

12    talking about facet arthropathy of the mid to lower lumbar

13    spine branch indicative of degenerative change.  Okay.

14    What are we talking about there?

15        A.    This is the two points I showed one on each side

16    of the spine.  Not transverse -- the transverse process,

17    the joints that communicate.  That means this is a wear

18    and tear of that particular joint like you can get

19    degenerative changes in the knee, but these also can be

20    expedited.  Expedited means speed up, move a little bit

21    forward when there is injury.

22        Q.    Okay.  Do you associate this facet arthropathy of

23    the lower lumbar spine with the accident which

24    Mr. Rodriguez was involved in on January 16th, 2003?

25        A.    I think it's a contributing factor than the sole

1    factor.

2        Q.    In other words, he may have had this before, but

3    this was exacerbated?

4        A.    Exacerbated.

5        Q.    Okay.  Now No. 4, there is a one millimeter broad

6    based disk protrusion present at L3-L4.  I think you told

7    us a little bit about L3-L4 and what a disk protrusion

8    is.  What is your opinion concerning that L3-L4 disk

9    protrusion?

10       A.    More -- my concern is that this is -- that

11   there's a disk edema as well now as a protrusion.  That

12   mean it's definitely suggestive or very indicative of

13   injury to the disk.  Disk injury is injury to the nucleus

14   pulposus.  That's the middle portion of the doughnut and

15   the outer portion of doughnut.

16       Q.    And why is the edema important?

17       A.    The edema is important in suggesting that this

18   disk has been injured what I call it's an acute edema.

19   It's recent.

20       Q.    What does edema mean?

21       A.    Edema means fluid or swelling like when you bump

22   your leg you get edema, you get swelling.

23       Q.    When you get whacked in the forehead and you get

24   a big bump?

25       A.    Well, there is a little bit of blood in there,

Page 32

1    but in this case it's just fluid.

2        Q.    And then at Impression No. 5, it says, there's a

3    one to two millimeter broad based disk protrusion at L4-L5

4    and he goes on to say, it's minimally narrowing the inner

5    annular fat of the neuro exit foramen bilaterally.  This

6    is indicative of disk edema.  What does that tell us?

7        A.    That means that the disk is swollen up, that it's

8    starting to compress very early stage on the nerves or

9    getting into the canal where the nerves come out.

10       Q.    Okay.  And then No. 6, there's a broad based disk

11   protrusion at L5-S1 that does not impinge upon the neural

12   structure.  What is that?

13       A.    Yeah, that means that it's not touching the

14   spinal cord or touching the nerve or in that vicinity.

15       Q.    When a doctor takes an MRI, Dr. Gill, is the

16   patient lying down?

17       A.    It depends what machine you are using.

18       Q.    Do you know what they used in this one?

19       A.    Most likely I think it is a lying down machine.

20       Q.    And when someone stands up, they put weight on

21   the spinal cord, do they not?

22       A.    Yeah, right.

23       Q.    Does that cause the disks to squish out more than

24   they would in a prone position?

25       A.    All the old machines, MRI machines are supine

 1   machines, lie-down machines.  It's only in the recent last

 2   couple of years that some machines that patients are

 3   sitting with the weight-bearing, what we call weight-

 4   bearing, and that shows the injuries to the disk and to

 5   the other areas of the spinal cord much more so because

 6   it's weight-bearing.  It's more natural rather than lying

 7   down.

 8       Q.   So if this is -- and assume this was taken back

 9   in '03, so would you assume this was a laying-down

10   machine?

11       A.   I assume.  I'm not sure.

12       Q.   And if in fact if it was laying-down we can ask

13   Rogelio that later, it might show less nerve impingement

14   that is actually occurring because the person stands up?

15            MR. KASPERITIS:  Your Honor, I would like to

16   object to that question as speculative.

17            THE COURT:  Repeat your question, please.

18       Q.   (By Mr. Crane:)  Yeah, what I'm wondering is the

19   MRI might show mild impingement that's mildly pressing on

20   a nerve when the person is laying down and the MRI is

21   being taken, okay?  But then when a person stands up and

22   puts weight and pressure on that disk, is it likely to

23   squish out more and impinge more, causing pain?

24            THE COURT:  Your objection?

25            MR. KASPERITIS:  Calls for speculation, your

1   Honor.  We don't know if it was a laying-down MRI or not.

2   The films aren't here to be looked at.  He's speculating

3   on what may or may not have occurred in the MRI machine.

4           THE COURT:  Are you just saying that there's

5   a difference in the way the MRI is taken as to how there's

6   an impingement or not?

7           MR. CRANE:  Yeah, an MRI might -- or what I'm

8   trying to show is an MRI might show a mild impingement

9   when in fact if you stand up and put the weight on it that

10  impingement goes from mild to something worse.  Because

11  once you stand up you put the weight on the disk causing

12  it to squish out when you --

13          MR. KASPERITIS:  Your Honor, there's no

14  finding of any impingement on any of the nerves at this

15  point so what may be seen in a different MRI is

16  speculative.  It's not based on any of the evidence.

17          THE COURT:  Well, he's being asked for his

18  opinion.  You can cross-examine him.  I'm going to allow

19  it.  Go ahead, Doctor.

20      A.   Like until recently, actually even now, most of

21  the MRIs that are done are supine, that's lie down flat on

22  their back.  And then the new ones that are sit-down, that

23  means weight-bearing.  So when there's weight-bearing

24  obviously the disk is under different pressure than when

25  the person is lying down so that's all it's stating that

1    the upright is -- has -- it shows a slightly different

2    picture than when it's lying down.

3        Q.   And I guess I'm getting at is even though in No.

4    6 it says that the L5-S1 disk protrusion is not impinging

5    on the neural structures, when a person stands up, that

6    might change?

7        A.   Possibly yes.

8        Q.   Based on reasonable medical probability?

9        A.   Based on reasonable medical probability, yes.

10       Q.   And Doctor, that's something I haven't asked you

11   before:  Have all your questions or all your answers to my

12   questions been based on reasonable medical probability?

13       A.   Naturally.

14       Q.   And will you continue to do that?

15       A.   Yes.

16       Q.   Thank you.  Let's look at the next MRI if we may,

17   Doctor.  And this is, as we've already stated, this one

18   was taken on 10/8/03, about 10 months after the accident

19   and then there's a second MRI taken on 10/2/04, almost

20   exactly a year later.  So this would have been 18 months

21   after the accident.

22       A.   Which MRI are we --

23       Q.   I'm looking at the one taken on 10/02/04, Doctor.

24       A.   Oh, yes.

25       Q.   Another one taken at McAllen MRI Center, read by

1    Dr. Mark Berger.

2        A.    Mark Berger.

3        Q.    Once again, you're familiar with Dr. Berger?

4        A.    Yes.

5        Q.    Is he a qualified radiologist?

6        A.    Very.

7        Q.    Very qualified?  And you used records such as

8    this in making your own diagnosis; do you not?

9        A.    Correct.

10       Q.    And prognosis?

11       A.    Correct.

12       Q.    Would you mind going through that --

13       A.    And treatment.  And treatment depending on what

14   the findings are.

15       Q.    Certainly.  Would you mind going through this one

16   with the jury?

17       A.    Sure.

18       Q.    And Doctor, would it help you in explaining what

19   is shown here to have those other pictures available to

20   you or do you think you're okay?

21       A.    I'm okay.

22       Q.    Okay.  You want to just skip to the impressions?

23       A.    I think that would be fine.

24       Q.    I think that would be quicker.

25       A.    Yeah.

Page 37

1      Q.    Okay.   No. 1, it says there is a five-degree

2    lavos scoliosis of the lumbar spine.   What does that word

3    mean?

4      A.    It means there's a bend of the spine -- lateral.

5      Q.    To the left or to the right?

6      A.    To the left or to the right.

7      Q.    Okay.  And what is the significance of all of a

8    sudden of having a bend to the left or the right?

9      A.    That may be due to the spasm or it may have no

10   significance.

11     Q.    I'm sorry.  What?

12     A.    It may be due to the spasm of the muscle on one

13   side of the spine or it may be within the normal range.

14   Five degrees is not very extensive scoliosis.

15     Q.    Okay.  When someone begins favoring their back

16   because they have pressure on one of the nerves in the low

17   back, do they often start walking with -- there's a

18   medical term for it when someone walks with a certain

19   gait.  What is that called?

20     A.    They call non-antalgic gait.  I call it favoring

21   one side over the other.

22     Q.    Okay.  Is that something that can create this

23   bending to the left or right of the spine?

24     A.    That's something, yes.

25     Q.    And is that something that would happen over a

Page 38

```
 1    period of time, like you might see it with an accident

 2    that occurred on 1/16/03 and it started occurring maybe a

 3    year and a half later?

 4        A.    Yes, it's possible.

 5        Q.    Possible or probable?

 6        A.    Probable.

 7        Q.    Let's go through this.  When we talked about the

 8    left or right bend in the lumbar spine, No. 2, they talk

 9    about the L3, there's a three millimeter central disk

10    protrusion, correct?

11        A.    Right.

12        Q.    And you've already told us what that meant?

13        A.    Right.

14        Q.    And if I -- when you talked about L3-L4

15    previously, they didn't talk about any bulge there, did

16    they?

17        A.    No.

18        Q.    When I'm talking about previously, I'm talking

19    about the previous MRI?

20        A.    Previous MRI, yes.

21        Q.    But now at L3-L4, there's a three millimeter

22    central disk protrusion.  There's impression on the thecal

23    sac.  What is the thecal sac?

24        A.    This is -- I was showing you when I was

25    demonstrating on the cross-section of the spine, there was
```