DX 3: Medical & Billing Records of Jorge Tijmes, M.D.

DX 4: Medical & Billing Records of Abraham Cano, M.D.

DX 5: Medical & Billing Records of D.S. Gill, M.D.,
      Foccus Medicine Center

DX 8: Medical & Billing Records of Herman J. Keillor, M.D.

# **EXHIBIT C**

DX 3: Medical & Billing Records of Jorge Tijmes, M.D.

**RYDMAN RECORD RETRIEVAL**
**4211 GARDENDALE, SUITE 104-A**
**SAN ANTONIO, TX 78229**
**TEL: 210/477-1308  FAX: 210/477-1309**


**ROGELIO RODRIGUEZ**
**V.**
**JAMES ARTHUR LARSON**

**RECORDS REGARDING:  ROGELIO RODRIGUEZ**
**FOR THE TIME PERIOD OF JANUARY 16, 2003 TO THE**
**PRESENT**

**RECORD TYPE:  MEDICAL & BILLING RECORDS**

**RECORDS FROM:  JORGE TIJMES, M.D.**
**320 N. McColl Road, Suite A**
**McAllen, Texas  78501**


**DELIVER TO:  Mr. Patrick R. Kasperitis**
**Dunn, Weathered, Coffey, Rivera, Kasperitis & Rodriguez**
**611 S. Upper Broadway**
**Corpus Christi, Texas  78401**



# Southern Bone & Joint Center Associates

**A PROFESSIONAL CORPORATION**

**Jorge E. Tijmes, M.D.**
DIPLOMATE OF AMERICAN BOARD OF ORTHOPAEDIC SURGERY
FELLOW OF AMERICAN ACADEMY OF ORTHOPAEDIC SURGERY
MEMBER OF NORTH AMERICAN SPINE SOCIETY

P. O. Box 6209
McAllen, Texas 78502

Phone: (956) 687-2032
Fax: (956) 687-2761

February 24, 2004

Randall P. Crane, Attorney at Law
201 S. Sam Houston
San Benito, TX 78586

RE:                                    FINAL REPORT

PATIENT:    Rogelio Rodriguez
CASE:        12710
D/BIRTH:    01/12/1960
SS#:          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
D/INJURY:   01/16/2003

Dear Mr. Crane,

The patient is a 43-year-old male with complaints of neck pain, right shoulder pain, mid back and low back pain status post a motor vehicle collision on 01/16/2003. He reports being the restrained driver of a vehicle which hit another car. He reports that he was driving when the vehicle to his right tried to make a U-turn in front of him. Patient reports that he collided with the other vehicle since it invaded his right of way. Patient admits to head injury with windshield. He admits to blacking out for a few seconds. He was ambulatory at the scene. A police report was taken. He reports that he was taken via ambulance to Valley Baptist Emergency Room. Patient had x-rays and was diagnosed with rib fractures. He was later discharged in stable condition. He was then seen by his primary care physician who started a 4-6 week rehabilitation program. Patient later saw Dr. Gill who continued rehabilitation program and referred him for an MRI due to continued pain.

Currently, patient is with complaints of neck pain which he rates an 8/10 on the pain scale. He admits to pain to the right upper extremity and associated numbing and tingling sensations over the same distribution. He reports that he had mid back pain as well which is associated with increased muscle spasms. He is also referring pain to the lumbar spine which he rates an 8/10. He reports that the pain radiates to the right lower extremity and is associated with a tingling sensation over the same distribution. Patient reports that he has right shoulder pain which he rates a 7/10 on the pain scale. He reports that the pain is aggravated with overhead and lifting movements. He reports that he has rib pain which is aggravated with deep breathing. He denies any shortness of breath. He reports that he has difficulty sleeping secondary to pain and discomfort. He reports that he has been taking medications with only moderate relief of pain.

**1**

continued. . . . . . . . . . . . . . .                                                    2
RE:    Rogelio Rodriguez

PAST MEDICAL HISTORY:
Allergies: NKDA.
Medications: Darvocet, Diazepam, Vioxx.
Surgical History: Negative.
Social History: Patient denies the use of alcohol or tobacco. Patient is married with four children.

PHYSICAL EXAMINATION: Height: 5 feet, 9 inches. Weight: 218 lbs. HEAD: Normocephalic. EENT: Normal. NECK: Examination of the cervical spine reveals tenderness to palpation with paravertebral muscle spasms palpated bilaterally. Range of motion is decreased secondary to pain and discomfort. UPPER EXTREMITIES: Left shoulder, both elbows and both wrists are within normal limits. Examination of the right shoulder reveals tenderness to palpation along the anterior and lateral aspects. Range of motion is 0-100° abduction, 0-120° flexion. Internal rotation is decreased and with pain. Distal sensation and circulation are within normal limits. Deep tendon reflexes are normal, equal and reactive to bilateral upper extremities. Motor testing reveals 4/5 in strength to the right upper extremity as compared to the left which is 5/5.. UPPER BACK: Examination of the thoracic spine reveals mild tenderness to palpation with mild paravertebral muscle spasms palpated bilaterally. Range of motion is adequate. LOW BACK: Examination of the lumbar spine reveals tenderness to palpation with paravertebral muscle spasms palpated bilaterally. Range of motion is 0-40° forward flexion. Straight leg raising is positive to the right at 70°, negative to the left. Distal sensation and circulation are within normal limits. Deep tendon reflexes are normal, equal and reactive to bilateral lower extremities. Motor testing reveals 4/5 in strength to the right lower extremity as compared to the left which is 5/5. Gait is guarded. LOWER EXTREMITIES. Both hips, both knees and both ankles are within normal limits. Distal sensation and circulation are normal. Reflexes are normal, equal and reactive. Muscle testing at extensor hallucis longus, anterior tibial, extensor hallucis communis, extensor digitorum communis, and gastrocnemius is normal.

X-rays of the cervical spine taken today in five different views reveals seven cervical vertebral bodies. Normal lordosis is noted. Intervertebral disc heights are preserved throughout the cervical spine. No foraminal encroachment is seen. No fractures, dislocations or subluxations are seen.

X-rays of the thoracic spine taken today in two different views reveals normal xyphosis. No fractures, dislocations or subluxations are seen.

X-rays of the lumbar spine taken today in five different views reveals five lumbar vertebral bodies. Normal spinal alignment noted. Intervertebral disc heights are preserved throughout the lumbar spine. Normal lumbar facets are seen. No osteoarthritic changes noted. No fractures, dislocations or subluxations seen.

X-rays of the right shoulder taken today in two different views reveals a type II acromion with local possible impingement. No fractures or dislocations are seen.

continued. . . . . . . . . . . . . . .                                                    3
RE:    Rogelio Rodriguez

DIAGNOSIS:          NECK PAIN
                    LOW BACK PAIN
                    RIGHT SHOULDER PAIN

PLAN:  Patient is referred for an MRI of the cervical spine to better evaluate his pathology.  He is
prescribed Celebrex 200 mg.  1 po bid and Ultracet 37.5 mg.  1 po q 4-6 prn pain.  He would
benefit from pain clinic due to pain to the lumbar spine.  He is advised to avoid any strenuous
activity which may aggravate his pain.  He is encouraged to perform walking activities and range
of motion exercises daily as tolerated.  He is to return in three weeks.  He is to remain at work.
Patient has been educated regarding his pathology.

DATE:  12/02/2003
Patient is seen for follow up.  He is referring pain to the cervical spine.  He reports that the pain is
about a 7/10 on the pain scale.  He reports that the pain does radiate intermittently to the right
upper extremity.  He reports that he continues with right shoulder pain as well.  He reports that
the pain is aggravated with overhead and lifting movements.  He reports that in the past he had
some injections with Dr. Gill which did not help to reduce his pain or discomfort.  He reports that
he is not interested in epidural steroid injections due to apprehension about needles.  He reports
that he did go for his MRI of the cervical spine and is here for results.  He has taken medications
with moderate relief of pain.

Examination of the cervical spine reveals tenderness to palpation with mild paravertebral muscle
spasms palpated bilaterally.  Range of motion is slightly decreased with discomfort noted.
Examination of the right shoulder reveals tenderness to deep palpation along the anterior and
lateral aspects.  Range of motion is 0-100° abduction, 0-120° flexion.  Internal rotation is
decreased with discomfort.  Examination of the lumbar spine reveals tenderness to palpation with
paravertebral muscle spasms palpated bilaterally.  Range of motion is 0-50° forward flexion.
Straight leg raising is positive to the right at 70°, negative to the left.  Distal sensation and
circulation are within normal limits.  Deep tendon reflexes are normal, equal and reactive to
bilateral upper and lower extremities.  Motor testing reveals 4/5 in strength to the right upper
extremity as compared to the left which is 5/5, and 4/5 in strength to the right lower extremity as
compared to the left which is 5/5.  Gait is guarded.

MRI of the cervical spine done 11/13/2003 read by Dr. Berger reveals at C3-C4 through C6-C7,
there are varying disc protrusions and effacements of the cerebrospinal fluid.  There is subtotal
opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right
maxillary antrum.

PLAN:  Patient is to continue with medications in the form of Celebrex 200 mg.  1 po bid and
Ultracet 37.5 mg.  1 po q 4-6 prn pain.  He would benefit from pain clinic for lumbar spine pain
but refuses this type of treatment at this time.  He is advised to avoid any strenuous activity which
may aggravate his pain.  He is to return in six weeks.  Patient has been educated regarding his
pathology.

continued. . . . . . . . . . . . . . . .                                                                    4
RE:     Rogelio Rodriguez

DATE: 02/24/2004
Patient is seen for follow up visit.   The patient is referring pain to his lumbar spine which he rates
as moderate and constant radiating down to the right lower extremity where it is accompanied
with tingling sensation all the way down to the calf area.  The patient states that the pain increases
with sitting, standing or walking and even laying down.  In regards to the patient's cervical spine,
he refers moderate pain which is intermittent in nature.  He is referring tingling sensation to the
right forearm.  He is also referring tightness to his upper back which produces a generalized type
of headache.  The patient states that the medications are do help to decrease his pain and
discomfort and he is able to tolerate his activities of daily living.

PHYSICAL EXAM: Examination of the cervical spine reveals mild paravertebral muscle spasms
palpated bilaterally.  Range of motion is within normal limits with discomfort noted on right
rotation.  Examination of the lumbar spine reveals paravertebral muscle spasms palpated
bilaterally.  There is mild tenderness to palpation.  Range of motion is 0-50° in forward flexion.
Positive straight leg raising to the right at 80° and negative to the left.  Distal sensation and
circulation are within normal limits.  Deep tendon reflexes are normal, equal and reactive to the
bilateral upper and  lower extremities.  Motor testing reveals a 5/5 in strength to the bilateral
upper and  lower extremities.  Patient has an antalgic gait.

PLAN:  Patient to continue with medications in the form of Vioxx 25 mg. 1 po q day, Darvocet
N100 1 po q 6-8 prn for pain and Soma 350 mg. 1 po q hs.  He would benefit from treatment at a
pain clinic.  Patient is to follow up on prn basis.  Patient has been educated regarding pathology.

CONCLUSION:  The patient will require treatment at a pain clinic and medications for the next
twelve months at an average cost of $200.00 per month.

There is reasonable probability that these injuries were sustained secondary to the motor vehicle
accident dated 01/16/2003.

If you have an questions regarding this patient's treatment or condition, please do not hesitate to
contact our office at (956) 687-2032.

Sincerely yours,

Jorge E. Tijmes, M.D.

JET/mlp

4

SOUTHERN BONE & JOINT CENTER
Jorge E. Tijmes, M.D.
320 N. McColl
P.O. Box 6209
McAllen, Texas 78501

PATIENT:     Rogelio Rodriguez
CASE:        12710
DATE:        02/24/2004

Patient is seen for follow up visit.    The patient is referring pain to his lumbar spine which he rates as moderate and constant radiating down to the right lower extremity where it is accompanied with tingling sensation all the way down to the calf area.  The patient states that the pain increases with sitting, standing or walking and even laying down.  In regards to the patient's cervical spine, he refers moderate pain which is intermittent in nature.  He is referring tingling sensation to the right forearm.  He is also referring tightness to his upper back which produces a generalized type of headache.  The patient states that the medications are do help to decrease his pain and discomfort and he is able to tolerate his activities of daily living.

PHYSICAL EXAM: Examination of the cervical spine reveals mild paravertebral muscle spasms palpated bilaterally.  Range of motion is within normal limits with discomfort noted on right rotation.  Examination of the lumbar spine reveals paravertebral muscle spasms palpated bilaterally.  There is mild tenderness to palpation.  Range of motion is 0-50° in forward flexion.  Positive straight leg raising to the right at 80° and negative to the left.  Distal sensation and circulation are within normal limits.  Deep tendon reflexes are normal, equal and reactive to the bilateral upper and lower extremities.  Motor testing reveals a 5/5 in strength to the bilateral upper and lower extremities.  Patient has an antalgic gait.

MRI:  MRI of the cervical spine done on 11/13/03 revealed at the C3-4, through C6-7, there are varying disc protrusions and effacement of the CSF as described.  There is subtotal opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right maxillary antrum

PLAN:  Patient to continue with medications in the form of Vioxx 25 mg. 1 po q day, Darvocet N100 1 po q 6-8 prn for pain and Soma 350 mg. 1 po q hs.  He would benefit from treatment at a pain clinic.  Patient is to follow up on prn basis. Patient has been educated regarding pathology.

JET/mlp

**5**

SOUTHERN BONE & JOINT CENTER
Jorge E. Tijmes, M.D.
320 N. McColl
P.O. Box 6209
McAllen, Texas  78501

PATIENT:    Rogelio Rodriguez
CASE:    12710
DATE:    12/02/2003

Patient is seen for follow up. He is referring pain to the cervical spine. He reports that the pain is about a 7/10 on the pain scale. He reports that the pain does radiate intermittently to the right upper extremity. He reports that he continues with right shoulder pain as well. He reports that the pain is aggravated with overhead and lifting movements. He reports that in the past he had some injections with Dr. Gill which did not help to reduce his pain or discomfort. He reports that he is not interested in epidural steroid injections due to apprehension about needles. He reports that he did go for his MRI of the cervical spine and is here for results. He has taken medications with moderate relief of pain.

Examination of the cervical spine reveals tenderness to palpation with mild paravertebral muscle spasms palpated bilaterally. Range of motion is slightly decreased with discomfort noted. Examination of the right shoulder reveals tenderness to deep palpation along the anterior and lateral aspects. Range of motion is 0-100° abduction, 0-120° flexion. Internal rotation is decreased with discomfort. Examination of the lumbar spine reveals tenderness to palpation with paravertebral muscle spasms palpated bilaterally. Range of motion is 0-50° forward flexion. Straight leg raising is positive to the right at 70°, negative to the left. Distal sensation and circulation are within normal limits. Deep tendon reflexes are normal, equal and reactive to bilateral upper and lower extremities. Motor testing reveals 4/5 in strength to the right upper extremity as compared to the left which is 5/5, and 4/5 in strength to the right lower extremity as compared to the left which is 5/5. Gait is guarded.

MRI of the cervical spine done 11/13/2003 read by Dr. Berger reveals at C3-C4 through C6-C7, there are varying disc protrusions and effacements of the cerebrospinal fluid. There is subtotal opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right maxillary antrum.

PLAN: Patient is to continue with medications in the form of Celebrex 200 mg. 1 po bid and Ultracet 37.5 mg. 1 po q 4-6 prn pain. He would benefit from pain clinic for lumbar spine pain but refuses this type of treatment at this time. He is advised to avoid any strenuous activity which may aggravate his pain. He is to return in six weeks. Patient has been educated regarding his pathology.

JET/xg

6



# Southern Bone & Joint Center Associates

### A PROFESSIONAL CORPORATION

### Jorge E. Tijmes, M.D.
DIPLOMATE OF AMERICAN BOARD OF ORTHOPAEDIC SURGERY
FELLOW OF AMERICAN ACADEMY OF ORTHOPAEDIC SURGERY
MEMBER OF NORTH AMERICAN SPINE SOCIETY

P. O. Box 6209
McAllen, Texas 78502

Phone: (956) 687-2032
Fax: (956) 687-2761

November 11, 2003


Randall P. Crane, Attorney at Law
201 S. Sam Houston
San Benito, TX 78586

RE:                                ORTHOPEDIC VISIT

PATIENT:     Rogelio Rodriguez
CASE:          12710
D/BIRTH:      01/12/1960
SS#:             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
D/INJURY:    01/16/2003

Dear Mr. Crane,

The patient is a 43-year-old male with complaints of neck pain, right shoulder pain, mid back and low back pain status post a motor vehicle collision on 01/16/2003. He reports being the restrained driver of a vehicle which hit another car. He reports that he was driving when the vehicle to his right tried to make a U-turn in front of him. Patient reports that he collided with the other vehicle since it invaded his right of way. Patient admits to head injury with windshield. He admits to blacking out for a few seconds. He was ambulatory at the scene. A police report was taken. He reports that he was taken via ambulance to Valley Baptist Emergency Room. Patient had x-rays and was diagnosed with rib fractures. He was later discharged in stable condition. He was then seen by his primary care physician who started a 4-6 week rehabilitation program. Patient later saw Dr. Gill who continued rehabilitation program and referred him for an MRI due to continued pain.

Currently, patient is with complaints of neck pain which he rates an 8/10 on the pain scale. He admits to pain to the right upper extremity and associated numbing and tingling sensations over the same distribution. He reports that he had mid back pain as well which is associated with increased muscle spasms. He is also referring pain to the lumbar spine which he rates an 8/10 He reports that the pain radiates to the right lower extremity and is associated with a tingling sensation over the same distribution. Patient reports that he has right shoulder pain which he rates a 7/10 on the pain scale. He reports that the pain is aggravated with overhead and lifting movements. He reports that he has rib pain which is aggravated with deep breathing. He denies any shortness of breath. He reports that he has difficulty sleeping secondary to pain and discomfort. He reports that he has been taking medications with only moderate relief of pain.

**7**

continued. . . . . . . . . . . . . . .
RE:    Rogelio Rodriguez

PAST MEDICAL HISTORY:
Allergies: NKDA.
Medications: Darvocet, Diazepam, Vioxx.
Surgical History: Negative.
Social History: Patient denies the use of alcohol or tobacco. Patient is married with four children.

PHYSICAL EXAMINATION: Height: 5 feet, 9 inches. Weight: 218 lbs. HEAD: Normocephalic. EENT: Normal. NECK: Examination of the cervical spine reveals tenderness to palpation with paravertebral muscle spasms palpated bilaterally. Range of motion is decreased secondary to pain and discomfort. UPPER EXTREMITIES: Left shoulder, both elbows and both wrists are within normal limits. Examination of the right shoulder reveals tenderness to palpation along the anterior and lateral aspects. Range of motion is 0-100° abduction, 0-120° flexion. Internal rotation is decreased and with pain. Distal sensation and circulation are within normal limits. Deep tendon reflexes are normal, equal and reactive to bilateral upper extremities. Motor testing reveals 4/5 in strength to the right upper extremity as compared to the left which is 5/5. UPPER BACK: Examination of the thoracic spine reveals mild tenderness to palpation with mild paravertebral muscle spasms palpated bilaterally. Range of motion is adequate. LOW BACK: Examination of the lumbar spine reveals tenderness to palpation with paravertebral muscle spasms palpated bilaterally. Range of motion is 0-40° forward flexion. Straight leg raising is positive to the right at 70°, negative to the left. Distal sensation and circulation are within normal limits. Deep tendon reflexes are normal, equal and reactive to bilateral lower extremities. Motor testing reveals 4/5 in strength to the right lower extremity as compared to the left which is 5/5. Gait is guarded. LOWER EXTREMITIES: Both hips, both knees and both ankles are within normal limits. Distal sensation and circulation are normal. Reflexes are normal, equal and reactive. Muscle testing at extensor hallucis longus, anterior tibial, extensor hallucis communis, extensor digitorum communis, and gastrocnemius is normal.

X-rays of the cervical spine taken today in five different views reveals seven cervical vertebral bodies. Normal lordosis is noted. Intervertebral disc heights are preserved throughout the cervical spine. No foraminal encroachment is seen. No fractures, dislocations or subluxations are seen.

X-rays of the thoracic spine taken today in two different views reveals normal xyphosis. No fractures, dislocations or subluxations are seen.

X-rays of the lumbar spine taken today in five different views reveals five lumbar vertebral bodies. Normal spinal alignment noted. Intervertebral disc heights are preserved throughout the lumbar spine. Normal lumbar facets are seen. No osteoarthritic changes noted. No fractures, dislocations or subluxations seen.

X-rays of the right shoulder taken today in two different views reveals a type II acromion with local possible impingement. No fractures or dislocations are seen.

8

continued. . . . . . . . . . . . . . .                                              3
RE:    Rogelio Rodriguez

DIAGNOSIS:          NECK PAIN
                    LOW BACK PAIN
                    RIGHT SHOULDER PAIN

PLAN:  Patient is referred for an MRI of the cervical spine to better evaluate his pathology.  He is
prescribed Celebrex 200 mg. 1 po bid and Ultracet 37.5 mg. 1 po q 4-6 prn pain.  He would
benefit from pain clinic due to pain to the lumbar spine.  He is advised to avoid any strenuous
activity which may aggravate his pain.  He is encouraged to perform walking activities and range
of motion exercises daily as tolerated.  He is to return in three weeks.  He is to remain at work.
Patient has been educated regarding his pathology.

Sincerely yours,

Jorge E. Tijmes, M.D.

JET/xg

9

DX 4: Medical & Billing Records of Abraham Cano, M.D.

**RYDMAN RECORD RETRIEVAL**
**4211 GARDENDALE, SUITE 104-A**
**SAN ANTONIO, TX 78229**
**TEL: 210/477-1308  FAX: 210/477-1309**

**ROGELIO RODRIGUEZ**
**V.**
**JAMES ARTHUR LARSON**

**RECORDS REGARDING: ROGELIO RODRIGUEZ**
**FOR THE TIME PERIOD OF JANUARY 16, 2003 TO THE**
**PRESENT**

**RECORD TYPE: MEDICAL & BILLING RECORDS**

**RECORDS FROM: ABRAHAM CANO, M.D.**
**2401 North Ed Carey Drive, Suite A**
**Harlingen, TX  78550-8286**

**DELIVER TO: Mr. Patrick R. Kasperitis**
**Dunn, Weathered, Coffey, Rivera, Kasperitis & Rodriguez**
**611 S. Upper Broadway**
**Corpus Christi, Texas  78401**

ACCT_____ DOB __/__/__ MALE FEMALE (NEW ESTABLISH) NI_____ TI_____ NO____ TO____

NAME:_____ DATE_____ PRIV__ WO__ MVA__ MCR__ MCD__ MM__

AGE____ B/P_____ HT____ WT____ TEMP____ PULSE____ ALLERGIES____

**SUBJECTIVE**

PREVIOUS DX:_____

HX:_____

HABITS—DRINKS ✓ SMOKES ✓ DRUGS ✓ DIET ✓ EXCERISE
✓ IMMUNIZATIONS CURRENT AS PER HISTORY GIVEN BY PATIENT

(9)GASTROINTESTINAL____ NL____ ABN____ NE
VERY LARGE____ TENDER____ SEE DRAWING

(10)SKIN____ NL____ ABN____ NE
FINALS DEF____ TNAILS DEF____ TAGS TO NECK
MULT/MOLES____ FACE____ BODY
PALE____ DRY____ PURPURA TO EXT
RASH____ MACULA____ PAPULAR____ ERYTHEMA
PRURITAS____ ERUPTIONS____ SCALES____ OTHER

(11)NEUROLOGY____ NL____ ABN____ NE
RHOMBERG____ GAIT____ SPEECH
PARALYSIS OR WEAK TO

(12)GENITO URINARY MALE____ NL____ ABN____ NE
PENIS____ SCROTUM____ TESTICLES
PROSTATE SIZE____ MASS
ANUS____ GUIAC____ OTHER

(13)GENITO URINARY FEMALE____ NL____ ABN____ NE
PAP DONE____
DISCHARGE____ OTHER

(14)BREAST EXAM____ NL____ ABN____ NE
OTHER

(15)PSYCHIATRIC____ NL____ ABN____ NE
ANXIOUS____ STRESSED____ DEPRESSED
INSOMNIA____ CRYING/TEARFUL
OTHER

DX_____

LAB/X-RAYS/REFE
____FASTING____H
____SMAC 12
____CBC W/DIFF
____URINALYSIS

____T-CHOL
____TSH
____PSA
____URIC ACID
____GUIAC
____FBS
____HgA1C
____LYTES
____LIPID PANEL
____HEPATIC PANEL
____BUN/CREAT
____AST/ALT
____H-PYLORI

____EKG
____CHEST X-RAY
____HOLTER
____STREP TEST
____TYMPANOMETRY
____GLUCOMETER
____SED RATE
____BREATHING RX

____DEPO MED 80MG
____ROBAXIN 5MG
____NUBAINE 10MG

SURGICAL PROCEDURE
REFERRAL TO____

**OBJ FIVE**

ROS____
HEAD____
EYES____
EARS____
NOSE & THROAT____
NECK____
BREASTS____
CARDIO-RESP____
GASTRO-INTES____
GENITO-URINARY____
MUSCULO-SKELETAL____
NEURO____
SKIN____

PHYSICAL EXAM
GENERAL APPEARANCE____HEALTHY____UNHEALTHY
____CANE____IL
____WALKER____NL
____WCHAIR____EM
____ACUTELY ILL____SL NL OW OO

(1)EYES____NL____ABN____NE
GLASSES____CONTACTS____IMPLANTS
EAR____DRY PUPILS____MATT/DISCH
ERYTH & SWELLING TO SCLERA TO CONJ
PTERIGIUMS____OTHER

(2)EARS, NOSE, THROAT____NL____ABN____NE
NOSE____CONG____RUNNING
PHAR/THROAT-ERYTH-PAIN-TENDER-SWOLLEN
TM'S____ERYTH____BULL____CANALS____CERUMEN
TENDER SINUSES____SWOLLEN
POOR DENTAL/MULT CARIES____FEW/NO TEETH
TONGUE-DIRTY & COATED____DRY ORAL MUCOSA
DENTURES/PARTIALS____OTHER

(3)NECK____NL____ABN____NE____GOITER____ADEN

(4)LYMPHATIC____NL____ABN____NE
____TENDER-ANTERIOR NECK ADENOPATHY

(5)PULMONARY____NL____ABN____NE
____DRY COUGH____CONG/COUGH____WHEEZY COUGH
____RALES____RHONCHI____WHEEZING____OTHER

(6)CARDIOVASCULAR____NL____ABN____NE
____A FIB-IRREG/IRREG (RATE)
____IRREG W/OCCAS FALSE (RATE)
____SYS. MURMUR____DECREASED PULSES TO LOW EXT

(7)MUSCULOSKELETAL____NL____ABN____NE
____THORACIC KYPHOSIS____X TENDER/PAINFUL AREAS
✓ SEE DRAWING____OTHER

**ASSESSMENT**

_____ AND STABLE W/ABOVE MENTIONED MEDICAL PROBLEMS

PLAN:_____

55

RTC_____ WORK_____ REST_____ (✓ SEE TWCC 73

____THERAPY
____REFILL SAME MEDICATIONS & DISCUSS W/PAT
____NEW MEDICATIONS & DISCUSS W/PAT

✓ DISCUSSED MEDS. & MED PROBLEMS W PAT
____REFERRED PATIENT TO

(8)LOWER EXT____NL____ABN____NE

Employee - You are required to report your injury to your employer within 30 days of your employer has workers' compensation insurance. You have the right to free resources from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office or 1(800)-252-7031.

Trabajador - Es necesario que usted reporte su lesión a su empleador dentro de 30 días a partir del día en que se lesionó, si su empleador tiene seguro de compensación para trabajadores, la Comisión Tejana de Compensación para Trabajadores le ofrece asistencia gratuita, también suede que usted tenga derecho a ciertos beneficios médicos y monetarios. Para mayor información llame a la oficina local de la Comisión 1-800-252-7031.



# TWCC-69 – REPORT OF MEDICAL EVALUATION

TWCC#:

## PART I: GENERAL INFORMATION

4. Injured Employee's Name (Last, First): Rodriguez, Rogelio

1. Workers' Compensation Insurance Carrier: Crawford

5. Date of Injury: 1-16-03

6. Social Security Number: 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

2. Employer's Name: R+L Carriers

7. Employee's Phone#: 956-412-4163

3. Employer's Address: 29114-1Ranb Rd.

8. Employee's Address: 123 Dolores Rd.

City: Lafere Tx    Zip: 78559

City: Primera Tx    Zip: 78552

9. Certifying Doctor's Name and Licensure: ABRAHAM CANO MD

10. Certifying Doctor's License Number and Jurisdiction: MDF0912

11. Certifying Doctor's Phone & Fax#: 956-425-9181 (Ph)  956-425-1262 (Fax)

12. Certifying Doctor's Address: 2401 ED CAREY DR STE A

City: HARLINGEN    State: TX    Zip: 78550

## PART II: DOCTOR'S ROLE AND CERTIFICATION

13. Indicate which role you are serving in the claim in performing this evaluation. Only a doctor serving in one of the following roles is authorized to evaluate MMI/impairment and file this report (Commission Rule 130.1 governs such authorization):

[X] Treating Doctor  [ ] Doctor Selected by Treating Doctor acting in place of the Treating Doctor  [ ] Designated Doctor Selected by the Commission

[ ] Carrier-Selected RME Doctor approved by the Commission to evaluate MMI and/or permanent impairment after a Designated Doctor examination.

NOTE – If you are not authorized by Rule 130.1 to file this report, you will not be paid for this report or the MMI/impairment examination.

14. I HEREBY CERTIFY THAT THIS REPORT OF MEDICAL EVALUATION is complete and accurate and complies with the Texas Workers' Compensation Act and applicable rules, and I understand that making a misrepresentation about a workers' compensation claim is a crime that can result in fines and/or imprisonment.

Signature of Certifying Doctor: [signature]    Date of Certification: 4-22-03

## PART III: MEDICAL STATUS INFORMATION

15. Date of Exam: 4/22/03

16. Diagnosis (ICD-9 Codes): 1) 807.8  2) 807.00  3) 784.59  4) 959.01

17. Indicate whether the employee has reached Clinical or Statutory MMI based upon the following definitions:

Clinical Maximum Medical Improvement (Clinical MMI) is the earliest date after which, based upon reasonable medical probability, further material recovery from or lasting improvement to an injury can no longer reasonably be anticipated.

Statutory MMI is the later of: (1) the end of the 104th week after the date that temporary income benefits (TIBs) began to accrue; or (2) the date to which MMI was extended by the commission through operation of Texas Labor Code §408.104.

a) [X] Yes, I certify that the employee reached [ ] STATUTORY / [X] CLINICAL (mark one) MMI on 4/22/03 (may not be a prospective date) and have included documentation relating to this certification in the attached narrative.  OR

b) [ ] No, I certify that the employee has NOT reached MMI but is expected to reach MMI on or about ____/____/____. The reason the employee has not reached MMI is documented in the attached narrative.

NOTE – The fact that an employee reaches either Clinical MMI or Statutory MMI does not signify that the employee is no longer entitled to medical benefits.

## PART IV: PERMANENT IMPAIRMENT

18. If the employee has reached MMI, indicate whether the employee has permanent impairment as a result of the compensable injury.

"Impairment" means any anatomic or functional abnormality or loss existing after MMI that results from a compensable injury and is reasonably presumed to be permanent. The finding that impairment exists must be made based upon objective clinical or laboratory findings meaning a medical finding of impairment resulting from a compensable injury, based upon competent objective medical evidence that is independently confirmable by a doctor, including a designated doctor, without reliance on the subjective symptoms perceived by the employee.

a) [X] I certify that the employee does not have any permanent impairment as a result of the compensable injury.  OR

b) [ ] I certify that the employee has permanent impairment as a result of the compensable injury. The amount of permanent impairment is ____%, which was determined in accordance with the requirements of the Texas Workers' Compensation Act and Commission Rules. The attached narrative provides documentation involved in the calculation of the impairment rating assigned using the following edition of the Guides to the Evaluation of Permanent Impairment published by the American Medical Association (AMA):

[ ] third edition, second printing, February 1989.  OR

[ ] fourth edition, 1st, 2nd, 3rd, or 4th printing, including corrections and changes issued by the AMA prior to May 16, 2000.

## PART V: TREATING DOCTOR'S AGREEMENT OR DISAGREEMENT WITH ANOTHER DOCTOR'S CERTIFICATION

19. Treating Doctor's Name and Degree:

20. Treating Doctor's License Number and Jurisdiction:

Treating Doctor's Phone & Fax #:
(Ph)          (Fax)

22. [ ] I AGREE / [ ] I DISAGREE with the certifying doctor's certification of MMI.

23. [ ] I AGREE / [ ] I DISAGREE with the certifying doctor's finding of no impairment.  OR

[ ] I AGREE / [ ] I DISAGREE with the impairment rating assigned by the certifying doctor

13

24. I understand that making a misrepresentation about a workers' compensation claim is a crime that can result in fines and/or imprisonment.

Signature of Treating Doctor: _____    Date: _____

Employee - You are required to report your injury ... ur employer within 30 days if your employer has workers' compensation insurance. You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office or 1(800)-252-7031.

Trabajador - Es necesar ● usted reporte su lesión a su empleador dentro de 30 días, partir del día en que se lesionó, si su empleador tiene seguro de compensación par trabajadores la Comisión Tejana de Compensación para Trabajadores le ofrece asistenci gratuita, también puede usted tenga derecho a ciertos beneficios médicos y monetarios Para mayor información llame a la oficina local de la Comisión 1-800-252-7031.



# TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

## PART I:  GENERAL INFORMATION

| | |
|---|---|
| **1** Injured Employee's Name  Rodriguez Regelio | **5.** Doctor's Name and Degree  DR. ABRAHAM CANO, M.D. |
| **2** Date of Injury 1-16-03   **3** Social Security Number 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 | **6** Clinic/Facility Name  ED CAREY DR FAMILY MED CTR |
| **4** Employee's Description of Injury/Accident  Rogelio Rodriguez Rt + Rib- Chest fracture | **7** Clinic/Facility/Doctor Phone & Fax  (956) 425-9181 (956) 425-1262 |
|  | **8** Clinic/Facility/Doctor Address (street address)  2401 ED CAREY DR. SUITE A |
|  | City HARLINGEN, TEXAS  Zip 78550 |

(for transmission purposes only)  Date Being Sent

Employer's Name R&L Carriers
Employer's Fax # or Email Address (if known) 799-3347
Insurance Carrier
Carrier's Fax # or Email Address (if known)

## PART II:  WORK STATUS INFORMATION  (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

**13.** The injured employee's medical condition resulting from the workers' compensation injury:

- [X] **(a)**  will allow the employee to return to work as of 2-28-03 (date) **without restrictions.**
- [ ] **(b)**  will allow the employee to return to work as of _____ (date) **with the restrictions** identified in PART III, which are expected to last through _____ (date).
- [ ] **(c)**  is such that the employee is/has been restricted from all work as of _____ (date) which is expected to last through _____ (date).  The following describes how this injury prevents the employee from returning to work:

## PART III:  ACTIVITY RESTRICTIONS* (REQUIRED IF BOX 13(b) IS CHECKED)

### 14. POSTURE RESTRICTIONS (if any):

Max Hours per day:   0  2  4  6  8   Other

| | |
|---|---|
| Standing | ☐ ☐ ☐ ☐ ☐ ___ |
| Sitting | ☐ ☐ ☐ ☐ ☐ ___ |
| Kneeling/Squatting | ☐ ☐ ☐ ☐ ☐ ___ |
| Bending/Stooping | ☐ ☐ ☐ ☐ ☐ ___ |
| Pushing/Pulling | ☐ ☐ ☐ ☐ ☐ ___ |
| Twisting | ☐ ☐ ☐ ☐ ☐ ___ |
| Other: | ☐ ☐ ☐ ☐ ☐ ___ |

### 15. RESTRICTIONS SPECIFIC TO (if applicable):

- [ ] L Hand/Wrist   [ ] R Hand/Wrist
- [ ] L Arm          [ ] R Arm    [ ] Neck
- [ ] L Leg          [ ] R Leg    [ ] Back
- [ ] L Foot/Ankle   [ ] R Foot/Ankle
- [ ] Other: _____

### 16. OTHER RESTRICTIONS (if any):

Return to Regular work 2-28-03

### 17. MOTION RESTRICTIONS (if any):

Max Hours per day:   0  2  4  6  8   Other

| | |
|---|---|
| Walking | ☐ ☐ ☐ ☐ ☐ ___ |
| Climbing stairs/ladders | ☐ ☐ ☐ ☐ ☐ ___ |
| Grasping/Squeezing | ☐ ☐ ☐ ☐ ☐ ___ |
| Wrist flexion/extension | ☐ ☐ ☐ ☐ ☐ ___ |
| Reaching | ☐ ☐ ☐ ☐ ☐ ___ |
| Overhead Reaching | ☐ ☐ ☐ ☐ ☐ ___ |
| Keyboarding | ☐ ☐ ☐ ☐ ☐ ___ |
| Other: | ☐ ☐ ☐ ☐ ☐ ___ |

### 18. LIFT/CARRY RESTRICTIONS (if any):

- [ ] May not lift/carry objects more than _____ for more than _____ hours per day
- [ ] May not perform any lifting/carrying
- [ ] Other: _____

### 19. MISC. RESTRICTIONS (if any):

- [ ] Max hours per day of work: _____
- [ ] Sit/Stretch breaks of _____ per _____
- [ ] Must wear splint/cast at work
- [ ] Must use crutches at all times
- [ ] No driving/operating heavy equipment
- [ ] Can only drive automatic transmission
- [ ] No work / ☐ _____ hours/day work:
  - [ ] In extreme hot/cold environments
  - [ ] at heights or on scaffolding
- [ ] Must keep _____ :
  - [ ] Elevated   [ ] Clean & Dry
- [ ] No skin contact with: _____
- [ ] Dressing changes necessary at work
- [ ] No Running

### 20. MEDICATION RESTRICTIONS (if any):

- [ ] Must take prescription medication(s)
- [ ] Advised to take over-the-counter meds
- [ ] Medication may make drowsy (possible safety/driving issues)

*These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

## PART IV: DIAGNOSIS/FOLLOW-UP INFORMATION

**21.** Work Injury Diagnosis Information:

Rt Rib- Chest fracture

**22.** Expected Follow-up Services Include:  2 WKS    21

- [ ] Evaluation by the treating doctor on 3-14-03 (date) at 9 : 00 am/pm
- [ ] Referral to/Consult with _____ on _____ (date) at ___ : ___ am/pm
- [ ] Physical medicine ___ X per week for ___ weeks starting on _____ (date) at ___ : ___ am/pm
- [ ] Special studies (list): _____ on _____ (date) at ___ : ___ am/pm
- [ ] None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

| Date / Time of Visit 2-28-03 | EMPLOYEE'S SIGNATURE | DOCTOR'S SIGNATURE | Visit Type: | Role of Doctor: |
|---|---|---|---|---|
| Discharge Time 8:45 | Rodriguez | | ☐ Initial  ☑ Follow-up | ☑ Treating doctor  ☐ Referral doctor ☐ Designated doctor  ☐ Consulting doctor ☐ Carrier-selected RME  ☐ Other doctor ☐ TWCC-selected RME |

TWCC 73  (Rev 06/00)                    Rule 129.5                    TEXAS WORKERS' COMPENSATION COMMISSION

Employee - You are required to report your injury to your employer within 30 days if your employer has workers' compensation insurance. You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office or 1(800)-252-7031.



Trabajador - Es necesario que usted reporte su lesión a su empleador dentro de 30 días partir del día en que se lesionó, si su empleador tiene seguro de compensación para trabajadores la Comisión Tejana de Compensación para Trabajadores le ofrece asistencia gratuita, también puede que usted tenga derecho a ciertos beneficios médicos y monetarios. Para mayor información llame a la oficina local de la Comisión 1-800-252-7031

# TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

## PART I: GENERAL INFORMATION

**1. Injured Employee's Name**
Rodriguez Rogelio

**2. Date of Injury**
1-14-03

**3. Social Security Number**
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

**4. Employee's Description of Injury/Accident**
At Job - Chest fracture

**5. Doctor's Name and Degree**
DR. ABRAHAM CANO, M.D.

**6. Clinic/Facility Name**
ED CAREY DR FAMILY MED CTR

**7. Clinic/Facility/Doctor Phone & Fax**
(956) 425-9181 (956) 425-1262

**8. Clinic/Facility/Doctor Address (street address)**
2401 ED CAREY DR. SUITE A
**City** HARLINGEN, **State** TEXAS **Zip** 78550

(for transmission purposes only)

**Date Being Sent**
FEB 1 4 2003

**9. Employer's Name**
RGI Carriers

**Employer's Fax # or Email Address (if known)**
792 3347

**Insurance Carrier**

**Carrier's Fax # or Email Address (if known)**

## PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury:

☒ (a) will allow the employee to return to work as of 2/14/03 (date) **without restrictions.**

☒ (b) will allow the employee to return to work as of 2-14-03 (date) **with the restrictions** identified in PART III, which are expected to last through 2.0 wk (date).

☐ (c) is such that the employee is/has been restricted from all work as of _____ (date) which is expected to last through _____ (date). The following describes how this injury prevents the employee from returning to work:

## PART III: ACTIVITY RESTRICTIONS* (REQUIRED IF BOX 13(b) IS CHECKED)

**14. POSTURE RESTRICTIONS (if any):**

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Standing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Sitting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Kneeling/Squatting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Bending/Stooping | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Pushing/Pulling | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Twisting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

**15. RESTRICTIONS SPECIFIC TO (if applicable):**

| | |
|---|---|
| ☐ L Hand/Wrist | ☐ R Hand/Wrist |
| ☐ L Arm | ☐ R Arm  ☐ Neck |
| ☐ L Leg | ☐ R Leg  ☐ Back |
| ☐ L Foot/Ankle | ☐ R Foot/Ankle |
| ☐ Other: | |

**16. OTHER RESTRICTIONS (if any):**
Returned to light duty No heavy lifting may drive

**17. MOTION RESTRICTIONS (if any):**

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Walking | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Climbing stairs/ladders | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Grasping/Squeezing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Wrist flexion/extension | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Overhead Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Keyboarding | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | | | | | | ___ |

**18. LIFT/CARRY RESTRICTIONS (if any):**

☐ May not lift/carry objects more than _____ for more than _____ hours per day

☐ May not perform any lifting/carrying

☐ Other: _____

**19. MISC. RESTRICTIONS (if any):**

☐ Max hours per day of work: _____
☐ Sit/Stretch breaks of _____ per _____
☐ Must wear splint/cast at work
☐ Must use crutches at all times
☐ No driving/operating heavy equipment
☐ Can only drive automatic transmission
☐ No work / ☐ _____ hours/day work:
  ☐ In extreme hot/cold environments
  ☐ at heights or on scaffolding
☐ Must keep _____:
  ☐ Elevated   ☐ Clean & Dry
☐ No skin contact with: _____
☐ Dressing changes necessary at work
☐ No Running

**20. MEDICATION RESTRICTIONS (if any):**

☐ Must take prescription medication(s)
☐ Advised to take over-the-counter meds
☐ Medication may make drowsy (possible safety/driving issues)

* These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

## PART IV: DIAGNOSIS/FOLLOW-UP INFORMATION

**21. Work Injury Diagnosis Information:**
Rt Rib - Chest fracture

**22. Expected Follow-up Services Include:**

☐ Evaluation by the treating doctor on 2-23-03 (date) at 9 : 45 am/pm 23

☐ Referral to/Consult with _____ on _____ (date) at ___ : ___ am/pm

☐ Physical medicine ___ X per week for ___ weeks starting on _____ (date) at ___ : ___ am/pm

☐ Special studies (list): _____ on _____ (date) at ___ : ___ am/pm

☐ None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

| Date/Time of Visit 2-14-03 9:40 / Discharge Time 2-14-03 5:00 | **EMPLOYEE'S SIGNATURE** | **DOCTOR'S SIGNATURE** | **Visit Type.** ☐ Initial ☒ Follow-up | **Role of Doctor:** ☐ Designated doctor ☐ Carrier-selected RME ☐ TWCC-selected RME | ☒ Treating doctor ☐ Referral doctor ☐ Consulting doctor ☐ Other doctor |

ACCT_____ DOB ⌐___ ⌐ (( ( (MALE, FEMALE NEW ESTABLISHED) NI ___ TI 11/20 NO ___ TO ___

NAME: Rodriguez Rogelio_____ DATE ____ PRIV__ WC__ MVA__ MCR__ MCD__ MM__ CS__

AGE 43 B/P 120/80 HT 66" WT 205 TEMP ___ PULSE ___ ALLERGIES ⊘

**SUBJECTIVE**

PREVIOUS DX:

HX: F/u to rib fracture states he is alright except for night time when he lies on the right side Edgewen

- little pil pressure w/ deep inspiration

43 year old male moved in med 1-16-03 w/ fx ribs

+ hx injury. Married 4 children

history of Rol x 2 years. Tx max

10 mts of electrical before now (Tucson)

ROS

HEAD _____
EYES _____
EARS _____
NOSE & THROAT _____
NECK _____
BREASTS _____
CARDIO-RESP _____
GASTRO-INTES _____
GENITO-URINARY _____
MUSCULO-SKELETAL _____
NEURO _____
SKIN _____

**OBJECTIVE**

PHYSICAL EXAM
GENERAL APPEARANCE ✓ HEALTHY __ UNHEALTHY
CANE __ TL __
WALKER __ MU __
W/CHAIR __ MU __
ACUTELY ILL __ SL NL DW/OO

(1)EYES ✓ NL __ ABN __ NE
GLASSES __ CONTACTS __ IMPLANTS __
R&L DRY PUPILS __ MAT/OSCHCR __
ERYTH & SWELLING TO SCLERA TO CONJ __
PTERIGIUM __ OTHER __

(2)EARS, NOSE, THROAT __ NL __ ABN __ NE
NOSE CONG RUNNING __
NEAR/THROAT-ERYTH-PAIN-TENDER-SWOLLEN __
TM'S ERYTH DULL CANALS CERUMEN __
TENDER SINUSES SWOLLEN __
POOR DENTAL/VAULT CARIES FEW/NO TEETH __
TONGUE-DIRTY & COATED DRY ORAL MUCOSA __
DENTURES/PARTIALS __ OTHER __

(3)NECK ✓ NL __ ABN __ NE GOITER __ ADEN __

(4)LYMPHATIC ✓ NL __ ABN __ NE
TENDER-ANTERIOR NECK ADENOPATHY __

(5)PULMONARY ✓ NL __ ABN __ NE
DRY COUGH __ CONG COUGH __ WHEEZY COUGH __
RALES __ RHONCHI __ WHEEZING __ OTHER __

(6)CARDIOVASCULAR __ NL __ ABN __ NE
A.FIB-IRREG/IRREG (RATE) __
IRREG W/OCCAS PAUSE (RATE) __
SYS. MURMUR __ DECREASED PULSES TO LOW EXT. __

(7)SKELETAL ✓ NL ✗ ABN __ NE
ACIC KYPHOSIS ✗ TENDER/PAINFUL AREAS __
≤≤ DRAWING __ OTHER __

(8)LOWER EXT ✓ NL __ ABN __ NE

(7)GASTROINTESTINAL __ NL __ ABN __ NE
VERY LARGE __ TENDER __ SEE DRAWING __

(10)SKIN __ NL __ ABN __ NE
FINGERNAILS DEF __ TINAILS DEF __ TAGS TO NECK __
MULTI/MOLES __ FACE __ BODY __
PALE __ DRY __ PURPURA TO EXT __
RASH __ MACULAR __ PAPULAR __ ERYTHEMA __
PRURITUS __ ERUPTIONS __ SCALES __ OTHER __

(11)NEUROLOGY __ NL __ ABN __ NE
RHOMBERG __ GAIT __ SPEECH __
PARALYSIS & OR WEAK TO __

(12)GENITO URINARY MALE __ NL __ ABN __ NE
PENIS __ SCROTUM __ TESTICLES __
PROSTATE SIZE __ MASS __
ANUS __ GUAIC __ OTHER __

(13)GENITO URINARY FEMALE __ NL __ ABN __ NE
PAP DONE __
DISCHARGE __ OTHER __

(14)BREAST EXAM __ NL __ ABN __ NE
OTHER __

✛  ✛

(15)PSYCHIATRIC __ NL __ ABN __ NE
ANXIOUS __ STRESSED __ DEPRESSED __
INSOMNIA __ CRYING/TEARFUL __
OTHER __

**ASSESSMENT**

DX ⊘ r/o rib fx
pt lungs on
doing well

LAB/X-RAYS/REFER
__ FASTING ___ HRS
__ SMAC 12
__ CBC W/DIFF
__ URINALYSIS

__ T-CHOL
__ TSH
__ PSA
__ URIC ACID
__ GUIAC
__ FBS
__ HgA1C
__ LYTES
__ LIPID PANEL
__ HEPATIC PANEL
__ BUN/CREAT
__ AST/ALT
__ H-PYLORI

__ EKG
✗ CHEST X-RAY
__ HOLTER
__ STREP TEST
__ TYMPANOMETRY
__ GLUCOMETER
__ SED RATE
__ BREATHING RX

__ DEPO MED 80MG
__ ROBAXIN 5MG
__ NUBANE 10MG

SURGICAL PROCEDURE ____
REFERRAL TO ____

Chest X Ray

✗ Chest X-ray = normal
multiple fx's
healing well

___ AND STABLE W/ABOVE MENTIONED MEDICAL PROBLEMS

PLAN ⊘ w heavy lifting
② cont meds as prescribed

27

RTC ___ WORK ____ REST ____ ⊙SEE TWCC 73
__ THERAPY
✓ REFILL SAME MEDICATIONS & DISCUSS W/PAT
__ NEW MEDICATIONS & DISCUSS W/PAT
✓ DISCUSSED MEDS & MED PROBLEMS W/PAT
__ REFERRED PATIENT TO __

Employee - You are required to report your injury to ____ employer within 30 days if your employer has workers' compensation insurance. You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office or 1(800)-252-7031.

Trabajador - Es necesari____ usted reporte su lesión a su empleador dentro de 30 días partir del día en que se le____nó, si su empleador tiene seguro de compensación par trabajadores. la Comisión Tejana de Compensación para Trabajadores le ofrece asistenc gratuita, también puede que usted tenga derecho a ciertos beneficios médicos y monetario Para mayor información llame a la oficina local de la Comisión 1-800-252-7031.



# TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

## PART I: GENERAL INFORMATION

| | |
|---|---|
| | 8. Doctor's Name and Degree<br>DR. ABRAHAM CANO, M.D. |
| 1. Injured Employee's Name<br>*Rudriguu Regel.r* | 9. Clinic/Facility Name<br>ED CAREY DR FAMILY MED CTR |
| 2. Date of Injury<br>1-16-03 | 3. Social Security Number<br>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 | 10. Clinic/Facility/Doctor Phone & Fax<br>(956) 425-9181 (956) 425-1262 |
| 4. Employee's Description of Injury/Accident<br>*Rt Reb Chest fracture* | 11. Clinic/Facility/Doctor Address (street address)<br>2401 ED CAREY DR. SUITE A |
| | City **HARLINGEN**  State **TEXAS**  Zip **78550** |

(for transmission purposes only)  — Date Being Sent

Employer's Name  *RZL Carriers*

Employer's Fax # or Email Address (if known)  *X77-3347*

Insurance Carrier

Carrier's Fax # or Email Address (if known)

## PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury:

- ☐ (a) will allow the employee to return to work as of _____ (date) **without restrictions.**
- ☒ (b) will allow the employee to return to work as of *2-7-03* (date) **with the restrictions** identified in PART III, which are expected to last through *2.14.03* (date).  *LWK*
- ☐ (c) is such that the employee is/has been restricted from all work as of _____ (date) which is expected to last through _____ (date). The following describes how this injury prevents the employee from returning to work:  *Due to pa...*

## PART III: ACTIVITY RESTRICTIONS* (REQUIRED IF BOX 13(b) IS CHECKED)

**14. POSTURE RESTRICTIONS (if any)**

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Standing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Sitting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Kneeling/Squatting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Bending/Stooping | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Pushing/Pulling | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Twisting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

**15. RESTRICTIONS SPECIFIC TO (if applicable):**

- ☐ L Hand/Wrist   ☐ R Hand/Wrist
- ☐ L Arm   ☐ R Arm   ☐ Neck
- ☐ L Leg   ☐ R Leg   ☐ Back
- ☐ L Foot/Ankle   ☐ R Foot/Ankle
- ☐ Other: _____

**16. OTHER RESTRICTIONS (if any):**
*Return to light Duty no heavy lifts - May drive*

**17. MOTION RESTRICTIONS (if any)**

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Walking | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Climbing stairs/ladders | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Grasping/Squeezing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Wrist flexion/extension | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Overhead Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Keyboarding | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

**18. LIFT/CARRY RESTRICTIONS (if any):**

- ☐ May not lift/carry objects more than _____ for more than _____ hours per day
- ☐ May not perform any lifting/carrying
- ☐ Other: _____

**19. MISC. RESTRICTIONS (if any):**

- ☐ Max hours per day of work: _____
- ☐ Sit/Stretch breaks of _____ per _____
- ☐ Must wear splint/cast at work
- ☐ Must use crutches at all times
- ☐ No driving/operating heavy equipment
- ☐ Can only drive automatic transmission
- ☐ No work / ☐ _____ hours/day work:
  - ☐ in extreme hot/cold environments
  - ☐ at heights or on scaffolding
- ☐ Must keep _____ :
  - ☐ Elevated   ☐ Clean & Dry
- ☐ No skin contact with: _____
- ☐ Dressing changes necessary at work
- ☐ No Running

**20. MEDICATION RESTRICTIONS (if any):**

- ☐ Must take prescription medication(s)
- ☐ Advised to take over-the-counter meds
- ☐ Medication may make drowsy (possible safety/driving issues)

* These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

## PART IV: DIAGNOSIS/FOLLOW-UP INFORMATION

21. Work Injury Diagnosis Information:
*Rt Reb Chest fracture*

22. Expected Follow-up Services Include:  *LWK*
- ☐ Evaluation by the treating doctor on *2/14/03* (date) at *4* : *30* am/pm   *28*
- ☐ Referral to/Consult with _____ on _____ (date) at ___ : ___ am/pm
- ☐ Physical medicine ___ X per week for ___ weeks starting on _____ (date) at ___ : ___ am/pm
- ☐ Special studies (list): _____ on _____ (date) at ___ : ___ am/pm
- ☐ None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

| Date / Time of Visit<br>*2-7-03*<br>Discharge Time<br>*12:15* | EMPLOYEE'S SIGNATURE<br>*R Rodriguez* | DOCTOR'S SIGNATURE<br>*Abe B. Cano* | Visit Type:<br>☐ Initial<br>☒ Follow-up | Role of Doctor<br>☐ Designated doctor<br>☐ Carrier-selected RME<br>☐ TWCC-selected RME | ☒ Treating doctor<br>☐ Referral doctor<br>☐ Consulting doctor<br>☐ Other doctor |

TWCC-73 (Rev. 02/03)     Rule 129.5     TEXAS WORKERS' COMPENSATION COMMISSION

Employee - You are required to report your injury to your employer within 30 days if your employer has workers' compensation insurance. You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office or 1(800)-252-7031.

Trabajador - Es necesario que usted reporte su lesión a su empleador dentro de 30 días a partir del día en que se lesionó, si su empleador tiene seguro de compensación para trabajadores a la Comisión Tejana de Compensación para Trabajadores le ofrece asistencia gratuita, también puede que usted tenga derecho a ciertos beneficios médicos y monetario. Para mayor información llame a la oficina local de la Comisión 1-800-252-7031.



# TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

## PART I: GENERAL INFORMATION

| | |
|---|---|
| **1.** Injured Employee's Name  Rodriguez Rogelio | **5.** Doctor's Name and Degree  DR. ABRAHAM CANO, M.D. |
| | (for transmission purposes only) **Date Being Sent** JAN 27 200_ |
| **2.** Date of Injury  1-16-03  **3.** Social Security Number  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 | **6.** Clinic/Facility Name  ED CAREY DR FAMILY MED CTR | **4.** Employer's Name  K+b Cumu's |
| | **7.** Clinic/Facility/Doctor Phone & Fax  (956) 425-9181 (956) 425-1262 | Employer's Fax # or Email Address (if known)  797-3341 |
| **4.** Employee's Description of Injury/Accident  Rt Ribs - Chest fracture | **8.** Clinic/Facility/Doctor Address (street address)  2401 ED CAREY DR. SUITE A | Insurance Carrier |
| | **City** HARLINGEN, **State** TEXAS **Zip** 78550 | Carrier's Fax # or Email Address (if known) |

## PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

**13.** The injured employee's medical condition resulting from the workers' compensation injury:

- ☐ (a)  will allow the employee to return to work as of _____ (date) **without restrictions**.

- ☒ (b)  will allow the employee to return to work as of 1-27-03 (date) **with the restrictions** identified in PART III, which are expected to last through 2-7-03 (date).

- ☐ (c)  is such that the employee is/has been restricted from all work as of _____ (date) which is expected to last through _____ (date). The following describes how this injury prevents the employee from returning to work:
  Due to pain

## PART III: ACTIVITY RESTRICTIONS* (REQUIRED IF BOX 13(b) IS CHECKED)

### 14. POSTURE RESTRICTIONS (if any):

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Standing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Sitting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Kneeling/Squatting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Bending/Stooping | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Pushing/Pulling | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Twisting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

### 15. RESTRICTIONS SPECIFIC TO (if applicable):

- ☐ L Hand/Wrist  ☐ R Hand/Wrist
- ☐ L Arm  ☐ R Arm  ☐ Neck
- ☐ L Leg  ☐ R Leg  ☐ Back
- ☐ L Foot/Ankle  ☐ R Foot/Ankle
- ☐ Other:

### 16. OTHER RESTRICTIONS (if any):
Return to light Duty no lifting  May drive to finish physical three

*These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work.  Note - these restrictions should be followed outside of work as well as at work.

### 17. MOTION RESTRICTIONS (if any):

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Walking | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Climbing stairs/ladders | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Grasping/Squeezing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Wrist flexion/extension | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Overhead Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Keyboarding | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

### 18. LIFT/CARRY RESTRICTIONS (if any):

- ☐ May not lift/carry objects more than _____ for more than _____ hours per day
- ☒ May not perform any lifting/carrying
- ☐ Other:

### 19. MISC. RESTRICTIONS (if any):

- ☐ Max hours per day of work: _____
- ☐ Sit/Stretch breaks of _____ per _____
- ☐ Must wear splint/cast at work
- ☐ Must use crutches at all times
- ☐ No driving/operating heavy equipment
- ☐ Can only drive automatic transmission
- ☐ No work / ☐ _____ hours/day work:
  - ☐ In extreme hot/cold environments
  - ☐ at heights or on scaffolding
- ☐ Must keep _____ :
  - ☐ Elevated  ☐ Clean & Dry
- ☐ No skin contact with: _____
- ☐ Dressing changes necessary at work
- ☐ No Running

### 20. MEDICATION RESTRICTIONS (if any):

- ☐ Must take prescription medication(s)
- ☐ Advised to take over-the-counter meds
- ☐ Medication may make drowsy (possible safety/driving issues)

## PART IV: DIAGNOSIS/FOLLOW-UP INFORMATION

**21.** Work Injury Diagnosis Information:
Rt Ribs-Chest fracture

**22.** Expected Follow-up Services Include:

- ☐ Evaluation by the treating doctor on 2-7-03 (date) at 2:30 am/pm
- ☐ Referral to/Consult with _____ on _____ (date) at ___:___ am/pm
- ☐ Physical medicine ___ X per week for ___ weeks starting on _____ (date) at ___:___ am/pm
- ☐ Special studies (list): _____ on _____ (date) at ___:___ am/pm
- ☐ None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

| | EMPLOYEE'S SIGNATURE | DOCTOR'S SIGNATURE | Visit Type | Role of Doctor: | |
|---|---|---|---|---|---|
| **Date/Time of Visit** 1-27-03  **Discharge Time** 5:15 | Rogelio Rodriguez | C Cano | ☐ Initial  ☒ Follow-up | ☐ Designated doctor  ☐ Carrier-selected RME  ☐ TWCC-selected RME | ☒ Treating doctor  ☐ Referral doctor  ☐ Consulting doctor  ☐ Other doctor |

TWCC 73 (Rev 06/001)        Rule 129.5        TEXAS WCC ___

Employee - You are required to report your injury to _____ employer within 30 days of your employee has workers' compensation insurance. You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office or 1(800)-252-7031.

Trabajador - Es necesan _____ usted reporte su lesión a su empleador dentro de 30 días partir del día en que se lesionó, si su empleador tiene seguro de compensación par trabajadores. Ud tiene derecho a asistencia gratuita de la Comisión Tejana de Compensación para Trabajadores le ofrece asistencí gratuita, también puede que usted tenga derecho a ciertos beneficios médicos y monetarios Para mayor información llame a la oficina local de la Comisión 1-800-252-7031



# TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

## PART I: GENERAL INFORMATION

| | |
|---|---|
| 8. Doctor's Name and Degree | DR. ABRAHAM CANO, M.D. |
| (for transmission purposes only) | Date Being Sent |
| 1. Injured Employee's Name | Rodriguez Angelic |
| 6. Clinic/Facility Name | ED CAREY DR FAMILY MED CTR |
| Employer's Name | |
| 2. Date of Injury 1-11-03 | 3. Social Security Number 450-XX-5441 |
| 7. Clinic/Facility/Doctor Phone & Fax | (956) 425-9181 (956) 425-1262 |
| Employer's Fax # or Email Address (if known) | |
| 4. Employee's Description of Injury/Accident | Rt rib - Chest fracture |
| 9. Clinic/Facility/Doctor Address (street address) | 2401 ED CAREY DR. SUITE A |
| Insurance Carrier | |
| City HARLINGEN | State TEXAS | Zip 78550 |
| Carrier's Fax # or Email Address (if known) | |

## PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury:

- [ ] (a) will allow the employee to return to work as of _____ (date) without restrictions.
- [x] (b) will allow the employee to return to work as of 1-24-03 (date) with the restrictions identified in PART III, which are expected to last through _____ (date). 2wks
- [ ] (c) is such that the employee is/has been restricted from all work as of _____ (date) which is expected to last through _____ (date). The following describes how this injury prevents the employee from returning to work:

## PART III: ACTIVITY RESTRICTIONS* (REQUIRED IF BOX 13(b) IS CHECKED)

### 14. POSTURE RESTRICTIONS (if any):

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Standing | | | | | [x] | ___ |
| Sitting | | | | | [x] | ___ |
| Kneeling/Squatting | [x] | | | | | ___ |
| Bending/Stooping | [x] | | | | | ___ |
| Pushing/Pulling | [x] | | | | | ___ |
| Twisting | [x] | | | | | ___ |
| Other: | | | | | | ___ |

### 15. RESTRICTIONS SPECIFIC TO (if applicable):

- [ ] L Hand/Wrist   [ ] R Hand/Wrist
- [ ] L Arm   [ ] R Arm   [ ] Neck
- [ ] L Leg   [ ] R Leg   [ ] Back
- [ ] L Foot/Ankle   [ ] R Foot/Ankle
- [ ] Other:

### 17. MOTION RESTRICTIONS (if any):

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Walking | | | | | [x] | ___ |
| Climbing stairs/ladders | [x] | | | | | ___ |
| Grasping/Squeezing | | | | | [x] | ___ |
| Wrist flexion/extension | | | | | [x] | ___ |
| Reaching | | | | | [x] | ___ |
| Overhead Reaching | [x] | | | | | ___ |
| Keyboarding | | | | | [x] | ___ |
| Other: | | | | | | ___ |

### 18. LIFT/CARRY RESTRICTIONS (if any):

- [ ] May not lift/carry objects more than _____ for more than _____ hours per day
- [ ] May not perform any lifting/carrying
- [ ] Other: _____

### 19. MISC. RESTRICTIONS (if any):

- [ ] Max hours per day of work: _____
- [ ] Sit/Stretch breaks of _____ per _____
- [ ] Must wear splint/cast at work
- [ ] Must use crutches at all times
- [x] No driving/operating heavy equipment
- [ ] Can only drive automatic transmission
- [ ] No work / [ ] _____ hours/day work:
  - [ ] in extreme hot/cold environments
  - [ ] at heights or on scaffolding
- [ ] Must keep _____
  - [ ] Elevated   [ ] Clean & Dry
- [ ] No skin contact with: _____
- [ ] Dressing changes necessary at work
- [x] No Running

### 16. OTHER RESTRICTIONS (if any):

Return to light duty no heavy lifting

### 20. MEDICATION RESTRICTIONS (if any):

- [x] Must take prescription medication(s)
- [ ] Advised to take over-the-counter meds
- [ ] Medication may make drowsy (possible safety/driving issues)

* These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

## PART IV: DIAGNOSIS/FOLLOW-UP INFORMATION

21. Work Injury Diagnosis Information: Rt rib/chestwall fracture

22. Expected Follow-up Services Include: 2wks
- [x] Evaluation by the treating doctor on _____ (date) at __:__ am/pm
- [ ] Referral to/Consult with _____ on _____ (date) at __:__ am/pm
- [ ] Physical medicine ___ X per week for ___ weeks starting on _____ (date) at __:__ am/pm
- [ ] Special studies (list): _____ on _____ (date) at __:__ am/pm
- [ ] None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

| Date / Time of Visit | EMPLOYEE'S SIGNATURE | DOCTOR'S SIGNATURE | Visit Type | Role of Doctor |
|---|---|---|---|---|
| 1-24-03 | Angela Reading | | [ ] Initial | [x] Treating doctor  [ ] Designated doctor  [ ] Referral doctor |
| Discharge Time 3:55 | | | [ ] Follow-up | [ ] Carrier-selected RME  [ ] Consulting doctor  [ ] TWCC-selected RME  [ ] Other doctor |

TWCC 73 (Rev 06/001)



Employee - You are required to report your injury to ... employer within 30 days if your employer has workers' compensation in...urance. You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office or 1(800)-252-7031.

Trabajador - Es necesar ... usted reporte su lesión a su empleador dentro de 30 días a partir del día en que se lesionó, si su empleador tiene seguro de compensación para trabajadores la Comisión Tejana de Compensación para Trabajadores le ofrece asistencia gratuita, también puede que usted tenga derecho a ciertos beneficios médicos y monetario. Para mayor información llame a la oficina local de la Comisión 1 800-252-7031

# TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

## PART I: GENERAL INFORMATION

| | |
|---|---|
| **1. Injured Employee's Name** Rodriguez Rogelio | **5. Doctor's Name and Degree** DR. ABRAHAM CANO, M.D. |
| **2. Date of Injury** 11-27-03 **3. Social Security Number** 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 | **6. Clinic/Facility Name** ED CAREY DR FAMILY MED CTR |
| **4. Employee's Description of Injury/Accident** Rt Rib - Chest fracture | **7. Clinic/Facility/Doctor Phone & Fax** (956) 425-9181 (956) 425-1262 |
| | **8. Clinic/Facility/Doctor Address (street address)** 2401 ED CAREY DR. SUITE A |
| | **City** HARLINGEN, **State** TEXAS **Zip** 78550 |

**(for transmission purposes only)**  **Date Being Sent**

**Employer's Name**

**Employer's Fax # or Email Address (if known)** 7-17-3807

**Insurance Carrier**

**Carrier's Fax # or Email Address (if known)**

## PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury:

- ☐ (a) will allow the employee to return to work as of _____ (date) **without restrictions**.
- ☒ (b) will allow the employee to return to work as of (1-22-03) (date) **with the restrictions** identified in PART III, which are expected to last through 1-3.03 (date). 1 wk
- ☐ (c) is such that the employee is/has been restricted from all work as of _____ (date) which is expected to last through _____ (date). The following describes how this injury prevents the employee from returning to work: Due to Rib fracture + pain

## PART III: ACTIVITY RESTRICTIONS* (REQUIRED IF BOX 13(b) IS CHECKED)

### 14. POSTURE RESTRICTIONS (if any):

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Standing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Sitting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Kneeling/Squatting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Bending/Stooping | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Pushing/Pulling | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Twisting | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

### 15. RESTRICTIONS SPECIFIC TO (if applicable):

- ☐ L Hand/Wrist  ☐ R Hand/Wrist
- ☐ L Arm  ☐ R Arm  ☐ Neck
- ☐ L Leg  ☐ R Leg  ☐ Back
- ☐ L Foot/Ankle  ☐ R Foot/Ankle
- ☐ Other:

### 17. MOTION RESTRICTIONS (if any):

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other |
|---|---|---|---|---|---|---|
| Walking | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Climbing stairs/ladders | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Grasping/Squeezing | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Wrist flexion/extension | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Overhead Reaching | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Keyboarding | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | ___ |

### 18. LIFT/CARRY RESTRICTIONS (if any):

- ☐ May not lift/carry objects more than _____ for more than _____ hours per day
- ☐ May not perform any lifting/carrying
- ☐ Other:

### 19. MISC. RESTRICTIONS (if any):

- ☐ Max hours per day of work: _____
- ☐ Sit/Stretch breaks of _____ per _____
- ☐ Must wear splint/cast at work
- ☐ Must use crutches at all times
- ☐ No driving/operating heavy equipment
- ☐ Can only drive automatic transmission
- ☐ No work / ☐ _____ hours/day work:
  - ☐ In extreme hot/cold environments
  - ☐ at heights or on scaffolding
- ☐ Must keep _____:
  - ☐ Elevated  ☐ Clean & Dry
- ☐ No skin contact with: _____
- ☐ Dressing changes necessary at work
- ☐ No Running

### 16. OTHER RESTRICTIONS (if any):
Return to light work no heavy lifting & no driving X 1 wk

*These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

### 20. MEDICATION RESTRICTIONS (if any):

- ☐ Must take prescription medication(s)
- ☐ Advised to take over-the-counter meds
- ☐ Medication may make drowsy (possible safety/driving issues)

## PART IV: DIAGNOSIS/FOLLOW-UP INFORMATION

**21. Work Injury Diagnosis Information:** Fracture - Ribs Rt Chest

**22. Expected Follow-up Services Include:** 1 wk

- ☐ Evaluation by the treating doctor on 1-3.03 (date) at 10 : 45 am/pm  34
- ☐ Referral to/Consult with _____ on _____ (date) at ___ : ___ am/pm
- ☒ Physical medicine 3 X per week for 1 weeks starting on 1-22-03 (date) at ___ : ___ am/pm
- ☐ Special studies (list): _____ on _____ (date) at ___ : ___ am/pm
- ☐ None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

| **Date / Time of Visit** 1-27-03 **Discharge Time** 9:35 | **EMPLOYEE'S SIGNATURE** | **DOCTOR'S SIGNATURE** | **Visit Type** ☐ Initial ☒ Follow-up | **Role of Doctor** ☐ Designated doctor ☐ Carrier-selected RME ☐ TWCC-selected RME | ☒ Treating doctor ☐ Referral doctor ☐ Consulting doctor ☐ Other doctor |

TWCC 73 (Rev 05/00)

Employee - You are required to report your injury to your employer within 30 days if your employer has workers' compensation insurance. You have the right to free assistance from the Texas Workers' Compensation Commission and may be entitled to certain medical and income benefits. For further information call your local Commission field office or 1(800)-252-7031.

Trabajador - Es necesario que usted reporte su lesión a su empleador dentro de 30 días partir del día en que se lesionó, si su empleador tiene seguro de compensación para trabajadores la Comisión Tejana de Compensación para Trabajadores le ofrece asistencia gratuita, también puede que usted tenga derecho a ciertos beneficios médicos y monetarios Para mayor información llame a la oficina local de la Comisión 1-800-252-7031.



# TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

## PART I: GENERAL INFORMATION

| 1. Injured Employee's Name | 5. Doctor's Name and Degree |
| --- | --- |
| Rodriguez Rogelio | DR. ABRAHAM CANO, M.D. |

(for transmission purposes only)

Date Being Sent

| 2. Date of Injury | 3. Social Security Number | 6. Clinic/Facility Name |
| --- | --- | --- |
| 1-14-03 | 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 | ED CAREY DR FAMILY MED CTR |

Employer's Name: RGV Carriers

| 7. Clinic/Facility/Doctor Phone & Fax |
| --- |
| (956) 425-9181 (956) 425-1262 |

Employer's Fax # or Email Address (if known): 797-3517

| 4. Employee's Description of Injury/Accident | 8. Clinic/Facility/Doctor Address (street address) |
| --- | --- |
| Rt Rib/chest Fracture | 2401 ED CAREY DR. SUITE A |

Insurance Carrier:

| City | State | Zip |
| --- | --- | --- |
| HARLINGEN, TEXAS | 78550 |

Carrier's Fax # or Email Address (if known)

## PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury:

[X] (a) will allow the employee to return to work as of 3-21-03 (date) **without restrictions**.

[ ] (b) will allow the employee to return to work as of _____ (date) **with the restrictions** identified in PART III, which are expected to last through _____ (date).

[ ] (c) is such that the employee is/has been restricted from all work as of _____ (date) which is expected to last through _____ (date). The following describes how this injury prevents the employee from returning to work:

## PART III: ACTIVITY RESTRICTIONS* (REQUIRED IF BOX 13(b) IS CHECKED)

### 14. POSTURE RESTRICTIONS (if any):

Max Hours per day:   0   2   4   6   8   Other

- Standing □ □ □ □ □ ___
- Sitting □ □ □ □ □ ___
- Kneeling/Squatting □ □ □ □ □ ___
- Bending/Stooping □ □ □ □ □ ___
- Pushing/Pulling □ □ □ □ □ ___
- Twisting □ □ □ □ □ ___
- Other: ___ □ □ □ □ □ ___

### 15. RESTRICTIONS SPECIFIC TO (if applicable):

- [ ] L Hand/Wrist   [ ] R Hand/Wrist
- [ ] L Arm   [ ] R Arm   [ ] Neck
- [ ] L Leg   [ ] R Leg   [ ] Back
- [ ] L Foot/Ankle   [ ] R Foot/Ankle
- [ ] Other:

### 16. OTHER RESTRICTIONS (if any):

Return to Regular Duty 3-21-03

### 17. MOTION RESTRICTIONS (if any):

Max Hours per day:   0   2   4   6   8   Other

- Walking □ □ □ □ □ ___
- Climbing stairs/ladders □ □ □ □ □ ___
- Grasping/Squeezing □ □ □ □ □ ___
- Wrist flexion/extension □ □ □ □ □ ___
- Reaching □ □ □ □ □ ___
- Overhead Reaching □ □ □ □ □ ___
- Keyboarding □ □ □ □ □ ___
- Other: □ □ □ □ □ ___

### 18. LIFT/CARRY RESTRICTIONS (if any):

- [ ] May not lift/carry objects more than ___ for more than ___ hours per day
- [ ] May not perform any lifting/carrying
- [ ] Other:

### 19. MISC. RESTRICTIONS (if any):

- [ ] Max hours per day of work: ___
- [ ] Sit/Stretch breaks of ___ per ___
- [ ] Must wear splint/cast at work
- [ ] Must use crutches at all times
- [ ] No driving/operating heavy equipment
- [ ] Can only drive automatic transmission
- [ ] No work / [ ] ___ hours/day work:
  - [ ] in extreme hot/cold environments
  - [ ] at heights or on scaffolding
- [ ] Must keep ___:
  - [ ] Elevated   [ ] Clean & Dry
- [ ] No skin contact with: ___
- [ ] Dressing changes necessary at work
- [ ] No Running

### 20. MEDICATION RESTRICTIONS (if any):

- [ ] Must take prescription medication(s)
- [ ] Advised to take over-the-counter meds
- [ ] Medication may make drowsy (possible safety/driving issues)

* These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

## PART IV: DIAGNOSIS/FOLLOW-UP INFORMATION

21. Work Injury Diagnosis Information:

Rt Rib Chest Fracture

22. Expected Follow-up Services Include: 30 Days   43

- [ ] Evaluation by the treating doctor on _____ (date) at 3:45 am/pm
- [ ] Referral to/Consult with _____ on _____ (date) at ___:___ am/pm
- [ ] Physical medicine ___ X per week for ___ weeks starting on _____ (date) at ___:___ am/pm
- [ ] Special studies (list): _____ on _____ (date) at ___:___ am/pm
- [ ] None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated

| Date/Time of Visit | EMPLOYEE'S SIGNATURE | DOCTOR'S SIGNATURE | Visit Type | Role of Doctor: |
| --- | --- | --- | --- | --- |
| 3/11/03 | | X ___ | [ ] Initial [X] Follow-up | [X] Treating doctor [ ] Designated doctor [ ] Referral doctor [ ] Carrier-selected RME [ ] Consulting doctor [ ] TWCC-selected RME [ ] Other doctor |
| Discharge Time: 3/17/03 | | | | |

DX 5: Medical & Billing Records of D.S. Gill, M.D.,
Foccus Medicine Center

**RYDMAN RECORD RETRIEVAL**
**4211 GARDENDALE, SUITE 104-A**
**SAN ANTONIO, TX 78229**
**TEL: 210/477-1308  FAX: 210/477-1309**

**ROGELIO RODRIGUEZ**
**V.**
**JAMES ARTHUR LARSON**

**RECORDS REGARDING: ROGELIO RODRIGUEZ**
**FOR THE TIME PERIOD OF JANUARY 16, 2003 TO THE**
**PRESENT**
**RECORD TYPE: MEDICAL & BILLING RECORDS**
**RECORDS FROM: D. S. GILL, M.D., FOCCUS MEDICINE CENTER**
**1120 Galveston**
**McAllen, Texas  78501**

**DELIVER TO: Mr. Patrick R. Kasperitis**
**Dunn, Weathered, Coffey, Rivera, Kasperitis & Rodriguez**
**611 S. Upper Broadway**
**Corpus Christi, Texas  78401**

*Foccus  Medicine Center*

**MEDICAL SUMMARY**
**as of: February 26, 2004**

NAME:   ROGELIO RODRIGUEZ
DOB:    01/12/60
DOI:    01/16/03

## HISTORY:

Rogelio Rodriguez is a 43-year-old male that presented to this office on
August 20, 2003 for an evaluation and treatment. The patient states that he
was involved in a motor vehicle accident that occurred on January 16, 2003.
Mr. Rodriguez was the driver of a 18-wheeler tractor trailer in motion when
a pick-up truck got in his way and crashing into the trailer. According to the
patient he was wearing his seatbelt. He was brought to Valley Baptist
Medical Center where he was evaluated and treated for pain to his neck,
back and chest wall. X-ray examinations of the cervical spine, chest and
right ribs were taken to rule out fractures. He was prescribed with
medications and released. The patient also underwent treatment under Dr.
Como.

Patient was seen in my office for complaints of pain to his neck, upper back
and lower back, chest and right shoulder. He also complained of headaches.
The patient was constant in duration, sharp in nature and was moderate in
intensity. The patient stated that after the injury he has difficulty at work
wherein he has to bend and left heavy boxes. His movements have been
slower and cannot tolerate sitting and driving for many hours. His sleep has
been poor secondary to intensified pain when lying down at the end of the
day. He also has difficulty when putting on his undergarments, pants and
shoes. Going up and down the truck as well as walking on stairs and uneven
surfaces intensifies the pain. He has not been able to enjoy his hobbies and
play sports with his sons and daughter. Prior to the accident the patient did
not complain any of these symptoms.

After evaluation the patient was prescribed with medication and to undergo a
physical therapy regimen. He was ordered to have x-ray examinations of the
thoracic and lumbar spine. The patient was advised to return to clinic after
one week for follow-up.

1

PAGE 2

NAME:   ROGELIO RODRIGUEZ
DOB:    01/12/60
DOI:    01/16/03

*September 2, 2003:* The patient was seen for follow-up. He is still complaining of bothersome pain to his neck, back and right ribs. Myofascitis with myofascial trigger point tenderness was palpated in his cervical and lumbar paravertebral muscles. Tenderness was also present upon palpation of the right lower ribs. He may benefit from trigger point injections in his lumbar musculature on his next clinic visit. He was advised to continue with medications and therapy with myofascial release, phonophoresis and therapeutic exercises implemented. He was to return to clinic after one week.

*September 11, 2003:* Mr. Rodriguez came to clinic with continued symptoms. He is especially bothered by the pain to his neck and upper back with a greater intensity to the right. The intensity of myofascitis with myofascial trigger point tenderness in his upper and middle trapezius, rhomboids and multifidus muscles remained. He was given **3 trigger point injections in his right cervical musculature.** *Trigger point injections are given primarily for the release of myospasms and only secondary for pain. They serve the purpose of restoring range of motion, strength, and balance to the dysfunctional segment.* He was to continue with medications and therapy.

*September 23, 2003:* The patient came to clinic partially alleviated by the trigger point injections in his upper back. However, the pain and myospasms to his lumbar spine persists and greatly bothers him at home and at work. He may be ordered an MRI scan of the lumbar spine. He will additionally benefit from medications and therapy. He was to return to clinic for follow-up.

*October 9, 2003:* Mr. Rodriguez return to the clinic and he expressed a great deal of pain and discomfort felt in his lumbar paravertebral musculature. There was significant myospasms and tenderness noted over the entire lumbar paravertebral muscles bilaterally. It was mentioned to the patient that he would benefit by Intramyofascial Injection Therapy to that area. The patient received a total of **9 trigger point injections in his lumbar paravertebral muscles bilaterally.** MRI of the lumbar spine was reviewed and indicated Lumbar Disc Herniation. The patient was to be referred to Dr Jorge Tijmes for a surgical consultation. He was to continue therapy and medications and return to the clinic after consultation with Dr. Tijmes.

2

PAGE 3

NAME:   ROGELIO RODRIGUEZ
DOB:    01/12/60
DOI:    01/16/03

*December 22, 2003:* The patient returned to the clinic after being evaluated
on November 11, 2003 by Dr. Tijmes in which at such time he
recommended the patient obtain a MRI of the cervical spine. On 11/13/03
Mr. Rodriguez had an MRI of the cervical spine taken and it was read by Dr.
Berger, who reported that there was disc protrusion noted at the C3-C4
through C6-C7. The patient then returned to Dr. Tijmes for a follow-up
evaluation on December 2, 2003 at which time Dr. Tijmes suggested the
patient would benefit from a pain clinic for his lumbar spine pain. Presently,
Mr. Rodriguez continues with the same symptomatology as his previous
office visit. I feel that he would benefit by Lumbar and Cervical Epidural
Steroid Injections (series of 3 for each area) and if conservative treatments
fail, patient may become a surgical candidate. He was advised to continue
medications as needed for pain and return to the clinic in 4 weeks.

*January 20, 2004:* Mr. Rodriguez came into the clinic with complaints of
severe neck pain. There were significant spasms noted of the lumbar
paravertebral muscles. Range of motion was decreased due to pain. Patient
was to continue medications and return to the clinic in 4 weeks for a follow-
up.

*February 26, 2004:* The patient returned to the clinic this day with continued
complaints of pain to his neck and lower back which intensified when
performing daily activities. There was severe myofascitis with myofascial
trigger point tenderness of the cervical spine with range of motion
moderately decreased. There was tenderness and spasms of the lumbar spine
as well with range of motion also decreased due to pain. Patient was given a
prescription for Vioxx and Darvocet to help with the relief of pain. He was
advised to continue with current medication and therapy if needed and was
to return to the clinic for follow-up care.

*September 15, 2004:* Mr. Rodriguez came back to the clinic for a follow-up.
He still complained of some pain to his lower back as he is working full-
time as a driver. Prolonged sitting aggravates pain to his lower back making
it uncomfortable and causing a lot of discomfort when attempting to work.
There were myospasms with tenderness noted upon palpation of the lumbar
spine with range of motion slightly decreased due to pain. Patient was given
an Electrical Muscle Stimulator to take home for further rehabilitation. He
was advised to continue with current plan of care and return to the clinic for
follow-up care in 1 week.

3

PAGE 4
NAME:    ROGELIO RODRIGUEZ
DOB:    01/12/60
DOI:    01/16/03

**PAST MEDICAL HISTORY**: No significant past medical history.
**MEDICATIONS**: Patient has not been taking medications.
**ALLERGIES**: No known drug allergies.
**SOCIAL/ OCCUPATIONAL/ FAMILY HISTORY**: Mr. Rodriguez is married and resides in Primera, Texas. He works as a driver.

## PHYSICAL EXAMINATION

**General**: The patient was conscious, alert and oriented to time, place and person. He was rational, coherent and cooperative with examination and walks with a normal gait.

**Spine-cervical thoracic lumbar**: Upon palpation, there was moderate myospasms and tenderness of the suboccipitalis, upper and middle trapezius, rhomboids of the cervical spine and lumbar paravertebral muscles bilaterally. Range of motion is moderately restricted secondary to pain at the cervical and lumbar region.

**Chest and Abdomen:** There was severe tenderness upon palpation of the right lower ribs.

**Extremities- upper/lower:** The motor nerve root, range of motion, and muscle strength is within normal limits.

**Neurological:** The mental status and mini-neurological exam of the patient was intact.

**DIAGNOSTIC STUDIES:**
*On January 16, 2003 X-ray examinations of the Cervical Spine, Chest, and Right Ribs were taken at Valley Baptist Medical Center and read by William Taw, M.D.*

**Cervical Spine Impression:**
-Multiple views of the cervical spine were obtained including oblique views. There is no evidence of fracture or dislocation.

**Chest Impression:**
-No acute pulmonary infiltrates are seen.

**Right Ribs Impression:**
-Multiple views of the right ribs were obtained. There is a minimally displaced fracture involving the right 7th rib.

*On September 18, 2004 X-ray examinations of the thoracic and lumbar spine were taken at our facility and read by Anant Utturkar, M.D.*

4

PAGE 5

NAME:   ROGELIO RODRIGUEZ
DOB:    01/12/60
DOI:    01/16/03

**Thoracic Spine Impression:**
-The osseous structures appear well aligned without evidence of a fracture or
subluxation. No degenerative changes are seen. The intervertebral disk
spaces are well maintained. The dorsal curvature has a normal appearance.

**Lumbar Spine Impression:**
-The osseous structures appear well without evidence of a fracture or
subluxation. No significant degenerative changes are seen. The
intervertebral disk spaces are well maintained. The sacroiliac joints appear
unremarkable.

*On October 08, 2003 an MRI of the Lumbar Spine was done at Rio Grande
Valley Imaging and Diagnostic Center and read by Eric S. Bennos, M.D.*

**Impression:**
> **1. There is hypolordotic lumbar curvature indicative of
> myofascial spasm.**
> **2. There is thinning of the disc at L3-L4 and desiccation of the
> discs at L4 thru S1 indicative of degenerative change.**
> **3. There is facet arthropathy of the mid to lower lumbar spinal
> range indicative of degenerative change.**
> **4. There is 1 mm broad-based disc protrusion present at L3-L4
> minimally narrowing the inner zonal fat of the neural exit
> foramina bilaterally. This is indicative of disc edema.**
> **5. There is a 1-2 mm broad-based disc protrusion present at L4-
> L5 minimally narrowing the inner zonal fat of the neural exit
> foramina bilaterally. This is indicative of disc edema.**
> **6. There is a 1 mm broad-based disc protrusion at L5-S1 not
> impinging upon neural structures.**
> **7. There is no acute fracture or unstable injury.**

*On November 13, 2003 an MRI of the Cervical Spine was done and read by
Dr. Berger.*

5

PAGE 6
NAME:    ROGELIO RODRIGUEZ
DOB:     01/12/60
DOI:     01/16/03

Impression:
C3-C4 through C6-C7 there are varying disc protrusions and
effacements of the cerebrospinal fluid. There is subtotal opacification of
the left maxillary antrum and moderate mucosal thickening of the base
of the right maxillary antrum.

IMPRESSIONS:

| | |
|---|---|
| Cervical Sprain/Strain | Lumbar Sprain/Strain |
| Cervicalgia | Lumbar Disc Herniation |
| Cervical Radiculalgia | Head Contusion |
| Cervical Disc Herniation | Chest Wall Contusion |
| Cephalgia | Right Lower Ribs Fracture |
| Thoracic Sprain/Strain | Closed Head Injury |

Myofascitis with Myofascial Trigger Point Tenderness-Cervico
Thoracic, and Lumbar Muscles

COURSE OF TREATMENT:

1. Mr. Rodriguez was receiving therapy at Orthopedic Industrial Sports
   Rehabilitation.
2. The patient was started on **Vioxx**, which is a non-steroidal anti-
   inflammatory drug given for inflammation and pain. At therapeutic
   concentrations has a low incidence of G.I. upset. **Darvocet,** for pain
   and inflammation. **Diazepam,** muscle relaxant.
3. On 09/11/03 the patient received trigger point injections in his
   cervical musculature.
4. On 09/18/03 x-ray examinations of the thoracic and lumbar spine
   were taken at our facility.
5. On 10/08/03 MRI of the Lumbar Spine was done.
6. On 10/09/03 the patient received 9 trigger point injections to his
   lumbar spine paravertebral muscles bilaterally.
7. On 11/11/03 patient was evaluated by Dr. Jorge Tijmes for
   consultation.
8. On 11/13/03 MRI of the Cervical Spine was done.
9. On 12/02/03 patient followed-up with Dr. Tijmes and L.E.S.I. and
   C.E.S.I. injections were recommended.

6

PAGE 7

NAME:  ROGELIO RODRIGUEZ
DOB:  01/12/60
DOI:  01/16/03

## PROGNOSIS/FUTURE CONSIDERATIONS:

Mr. Rogelio Rodriguez' injuries are the proximate results of the motor
vehicle accident that he was involved on January 16, 2003. Prior to this
accident the patient did not complain any of these symptoms. He continues
to complain of pain to his neck and back that aggravates with sustained
activities at work. Prolonged standing and walking during the day also
intensify the pain and interrupt his sleep. Bending and lifting activities
continues to bother him. He has been limited in enjoying his free time with
his family secondary to pain. Myofascitis with myofascial trigger point
tenderness remain in his trapezius, rhomboid, and lumbar paravertebral
muscles of the lumbar spine bilaterally. These remaining signs and
symptoms of the patient may further interrupt the patients' activities of daily
living. He is going to benefit from myofascial release and phonophoresis 3
times a week for 4-6 weeks for up to 2-3 years, medical care and
intramyofascial injection therapy. He may also benefit from cervical and
lumbar epidural steroid injections (series of 3 to each area). If conservative
treatments fail, patient may become a surgical candidate.

This patient suffered a closed head injury and is likely to have cognitive,
emotional, behavioral, and neurological deficits. Therefore, he may need
further evaluation and treatment.

**D.S. GILL, M.B., F.R.C.S.C., F.A.C.S.**
*Fellow of the Canadian & American College of Surgeons*

7

DX 8: Medical & Billing Records of Herman J. Keillor, M.D.

**RYDMAN RECORD RETRIEVAL**
4211 GARDENDALE, SUITE 104-A
SAN ANTONIO, TX 78229
TEL: 210/477-1308   FAX: 210/477-1309

ROGELIO RODRIGUEZ
V.
JAMES ARTHUR LARSON

RECORDS REGARDING: ROGELIO RODRIGUEZ
FOR THE TIME PERIOD OF JANUARY 16, 2003 TO THE
PRESENT

RECORD TYPE: MEDICAL & BILLING RECORDS

RECORDS FROM: HERMAN J. KEILLOR, M.D.
1801 Ed Carey Drive
Harlingen, Texas  78550

DELIVER TO: Mr. Patrick R. Kasperitis
Dunn, Weathered, Coffey, Rivera, Kasperitis & Rodriguez
611 S. Upper Broadway
Corpus Christi, Texas  78401



**HARLINGEN BONE AND JOINT CLINIC, P.A.**
1801 N. ED CAREY DRIVE SUITE A
HARLINGEN, TEXAS 78550-8292

**HERMAN J. KEILLOR, M.D.**
DIPLOMATE, AMERICAN BOARD OF ORTHOPAEDIC SURGERY
FELLOW, AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS
FELLOW, AMERICAN COLLEGE OF SURGEONS

TEL. (956) 423-5033
74-2133706
UPIN B23887

COMPUTER #    1-8422B

| Name | ROGELIO | RODRIGUEZ | | M | 4-5-2004 |
|---|---|---|---|---|---|
| | First | Last | Birthdate | Age | Sex | Date |

Address    123 DOLORES STREET, SAN BENITO, TEXAS 78586
Street        City        State        Zip        Social Security #

Alternate Address and Phone Numbers

Parent or Spouse:                    Was Injury Job related: _____ Yes    Work Phone:
Home Phone: 855 4k207k53 956/412-8163    XX No    Employer:
Referred by Dr. R.LOPEZ        Date of Injury: 01-16-03    Insurance: ATTY. CRANE

4-5-2004.  **CHIEF COMPLAINT:** The patient presents to the office today with the chief complaint of low back and neck pain.

**PRESENT ILLNESS:** This patient states he was allegedly injured on 1-16-2003. He immediately had pain and was seen at Valley Baptist Medical Emergency Center. He was subsequently seen by Dr. Cano. He states that the pain came on immediately. Apparently someone turned in front of him doing a u-turn and hit the car broadside with high velocity.  He broke his ribs and damaged the steering wheel. He said he was treated by Dr. Cano and records indicate he was treated over a four-month period by Dr. Cano in 2003.  Records from January to April are noted suggesting the patient had right shoulder pain, right chest pain and posterior chest wall pain. He said there were fractured ribs. By April 2003 the right chest pain had resolved and the shoulder pain had resolved. Dr. Cano does have notes the patient had right and left posterior wall pain on 2-28, but most of the time he talks about the right flank pain and right rib pain. No other data suggests the patient had back pain.  The patient now states he does have back pain. The patient is not complaining of low back pain, but pain in the T-12 area.  On palpation there is pain at T12 and L1, but there is no lower lumbar pain. He is also complaining of neck pain. On palpation there is lower neck pain. He is turning his head fair.

**X-RAYS,** <u>TAKEN IN THIS OFFICE TODAY,</u> of his neck demonstrates good maintenance of the joint space. There is a suggestion of mild straightening of the cervical spine, but there is no clear-cut evidence of a disk or bony problems or a severe spasm. Regarding the odontoid views, our odontoid views are inadequate and he needs to go to the hospital for further odontoid views.

I would recommend this patient been seen by a neurologist and get odontoid views of the neck. There is no upper neck pain, but there is low-neck pain.

According to the emergency room records a ribs series was done, a chest series was done and a cervical spine was done, so the patient was complaining of some neck discomfort. He goes on to state that he blacked out and was hit in the head originally.

5



Re: RODRIGUEZ, Rogelio; 1-8422B
--2--

On further evaluation, the patient had difficulty with forward flexion. He touches a point all the way down to his ankles, but he walks his way up in to an upright position using a Gower's sign indicating he must have lumbar pain. Straight leg raising, bilaterally, at 70-degrees is without radiation, but it causes back pain especially on the right. He also said there is an odd tingling sensation on the medial side of his leg towards his big toe. His reflexes are 1+ bilaterally symmetrical knee and ankle jerks and is decreased, but symmetrical.

X-ray reports are noted, x-ray reports from Valley Baptist Medical Center demonstrate no evidence of fracture or dislocation. I said I did not have adequate odontoid views. The ER sheet is noted as fractured right ribs and cervical sprain. The patient apparently, according to ER record, was in an 18-wheeler and struck a pick-up truck that turned in front of him. According to the ER sheet he had, "left chest wall pain". In reality, I think this was meant to be right chest wall pain. In any event, he said he had pain on the right side.

MRIs done on this patient on 10-8-2003, some ten months after the injury, demonstrate minimal findings. There is supposed to be a broad based L3-4 protrusion of the disk. There is minimal to no evidence of herniation at L2-3, and L1-2. However, at the L4-5 level there is a two-millimeter broad base disk protrusion that effaces the fat. Also, according to the report there is straightening of the lumbar spine. The terminology is hyperlordotic curve meaning straightening of the lumbar spine indicative of spasm. The diagnosis of spasm is made. In addition, the report also states at L5-S1 there is a one-millimeter broad based disk protrusion. These are, "not impinging upon the neural structures". This should not be considered a ruptured disk. Apparently tests and an examination were done of the cervical spine on 11-13-2003 by Dr. Tijmes. On 10-13-2003 an MRI of the cervical spine suggest the cord is normal. There are "bulging disk at C3-4 through 6-7 with disk protrusion and effacement of the central CSF. Specifically, in the content of this report at C3-4 there is a two-millimeter disk broad based protrusion with no over-cord or nerve root compression. At C4-5 there is a one-millimeter protrusion and at C5-6 there is a 1.5-millimeter protrusion with severe effacement of the cord. However, there is no cord or nerve root encroachment. In reality all of these disks protrusions are very tiny and are not diagnostic of a ruptured disk.

The patient said he has numbness and tingling of his arm. He said this happens several times a week.

**IMPRESSIONS:**
X-rays and findings of this patient are not diagnostic of a ruptured disk. There is some straightening of the cervical spine. Our x-rays, once again, demonstrate quite satisfactory maintenance of the joint space. There is a sudden lumbar lordosis at L5, S1 so there may indeed be trauma at the L5, S1 level. It is my impression the patient could very well have a problem at the L5, S1 and yet he complains of pain at T12. There is no pain in the lower portion of the lumbar spine. Straight leg raising is not diagnostic, but he does have numbness to the medial side of his leg. This could, therefore, be related to the MRI changes.

6

Re: RODRIGUEZ, Rogelio; 1-8422B
--3--

**FINAL FINDINGS:**
1. Numbness in the medial side of the leg down to the great toe.
2. Changes on x-ray at L5, S1.
3. Odd numbness intermittently to the right arm with no significant findings on plane films, but questionable findings on MRI.

In conclusion, I am not sure there is anything indicative to definitely point out a ruptured disk in this individual. The numbness in his arm and down the medial side of his leg needs to be investigated by a neurologist. There is a slight chance it is related to a nerve root radiculopathy of the lower spine. I am, therefore, recommending a neurological evaluation and EMG. Certainly, the patient does not have findings that would indicate surgery at this time. EMG and electrodiagnostic studies might indicate nerve root compression in his neck and in the lowest part of his lumbar spine. I would especially like for the L4-5 nerve roots to be checked and S1 nerve roots. The disk that we need to worry about is L4-5 of the lumbar spine and L5-S1 of the lumbar spine.

Other than as previously stated, please note the following:

**1) NEUROLOGICAL/PSYCHIATRIC:**

The patient is oriented to time, place, and person. His mood is normal and there is no severe anxiety or depression. Sensation and vibration are intact. The deep tendon reflexes are intact and there are no pathological reflexes. There is no abnormal coordination.

**2) CONSTITUTIONAL:**

This patient is a heavyset man at 225 pounds and is 5'9". He bends poorly. His blood pressure is 180/100. He has high blood pressure and needs to see his LMD immediately. His pulse is 72 and respirations are 18.

**3) SKIN:**

Inspection and/or palpation of the skin and subcutaneous tissue of the head, neck, trunk, upper extremities, and lower extremities reveal no abnormalities.

ROS: The patient said there are times he cannot hold his urine. He has had no surgery. He takes no medications. He does not even take high blood pressure medicines. CARDIOVASCULAR/RESPIRATORY: He has no shortness-of-breath, bronchitis or asthma. GI and GU are negative. He does not have problems around his face. He just has neck pain and low back pain. He denies any problems of his knees, ankles or hips. He does have migraine headaches. Once again, I suggest he see a neurologist. MEDICATIONS: He is on Vioxx and Darvocet.

Re: RODRIGUEZ, Rogelio; 1-8422B
--4--

**FINAL RECOMMENDATIONS:**
Although the x-rays from Valley Baptist Medical Center were negative, I think he needs better odontoid views. A neurologist could determine whether these are necessary. He will see a neurologist because of the numbness in his arms and the numbness on the medial side of his leg into his foot.

**DIAGNOSIS:**
    1. Cervical and lumbar sprain.

There is no definitive diagnosis of a ruptured disk. He also has fractured ribs. There is no clear-cut objective evidence on x-rays or MRIs to make a diagnosis. The patient moves about the room so slowly that I cannot help but appreciate his low back pain. I am sure it is there.

HJK/bal tr: 4-6-2004

COPY RECORD
AND BILL SENT    APR 12 2004

8

10