OCTOBER 27, 2005 REPORT
OF
DARSHAN S. GILL, M.D.


PLAINTIFF'S EXHIBIT "A"



# T & M Records

P.O. Box 412
San Benito, Texas 78586
(956) 793-4104   Fax (956) 399-7398

## ATTORNEY COPY

To:   Randall P. Crane
      Law Office of Randall P. Crane
      201 S. Sam Houston
      San Benito, Texas 78586

Re:   **Rogelio Rodriguez**           Medical
      DR. D.S. GILL                    & Billing
      FOCCUS MEDICINE                  Records



PLAINTIFF'S EXHIBIT 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND<br>ELIZABETH RODRIGUEZ | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | §<br>§ | |

-oOo-

**NOTICE OF DECLARATION (AFFIDAVIT)**
**UNDER FEDERAL RULE OF EVIDENCE 902 (11)**

Please take notice that Plaintiff Rogelio Rodriguez has obtained the declaration (Affidavit) under penalty of perjury of DR. D.S. GILL, FOCCUS MEDICINE CENTER, certifying the authenticity of the business records and bills of DR. D.S. GILL, FOCCUS MEDICINE CENTER, for use at the trial of this case under Federal Rule of Evidence 902(11).

A copy of the declaration (Affidavit) of DR. D.S. GILL, FOCCUS MEDICINE CENTER is attached to this notice as Exhibit "A".

Dated this the 19th day of May, 2006.

**RESPECTFULLY SUBMITTED,**

LAW FIRM OF RANDALL P. CRANE
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-2496

BY: _____
RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS
ROGELIO RODRIGUEZ AND
ELIZABETH RODRIGUEZ

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the above and foregoing Notice of Declaration/Affidavit of Dr. D.S. GILL/FOCCUS MEDICINE CENTER, has been forwarded to the following:

**Patrick R. Kasperitis**
Dunn, Weathered, Coffey,
Rivera, Kasperitis & Rodriguez, P.C.
Attorneys At Law
611 S. Upper Broadway
Corpus Christi, Texas 78401

(Certified Mail, Return Receipt Requested #7004 0550 0001 3134 5518)

SIGNED THIS THE 19th DAY OF MAY, 2006.

                        RANDALL P. CRANE
                        STATE BAR #05006900
                        ATTORNEY FOR PLAINTIFFS
                        ROGELIO RODRIGUEZ AND
                        ELIZABETH RODRIGUEZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ<br>AND ELIZABETH RODRIGUEZ | § § § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § § § | |

-oOo-

## AFFIDAVIT

Name of Patient: ROGELIO RODRIGUEZ
D.O.B.: ▓▓▓
S.S.N.: ▓▓▓

Before me, the undersigned authority, on this day personally appeared __D. S. Gill__, who being by me duly sworn, deposed and stated as follows:

My name is __D. S. Gill__, I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am one of the treating physicians in charge of the medical care provided to **ROGELIO RODRIGUEZ, D.O.B.:** ▓▓▓ **S.S.N.:** ▓▓▓ for services rendered from __8/20/2003__ to present.

I am attaching to this Affidavit an itemized statement which reflects the medical services rendered and the charges made for the treatment given to **ROGELIO RODRIGUEZ, , D.O.B.:** ▓▓▓, **S.S.N.** ▓▓▓ for services rendered from __8/20/2003__ to present at **Foccus Medicine Center**.

The records attached are kept by myself or someone working under my supervision and control in the regular course of my medical practice in the city of McAllen, Hidalgo County, Texas. Myself or an employee or representative having knowledge of the act, event, condition, opinion or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the



EXHIBIT
A pg 1

time or reasonably soon thereafter. The records attached are the original or exact duplicates of the original of the medical and billing records of **ROGELIO RODRIGUEZ, DOB:** ▓▓▓▓▓

The billing records attached hereto reflect the fair and reasonable charges for the medical services provided to **ROGELIO RODRIGUEZ, DOB:** ▓▓▓▓▓; **S.S.N.** ▓▓▓▓▓, by myself, **DR. D.S. GILL at FOCCUS MEDICINE CENTER**, as a proximate result of his injuries which occurred from an automobile collision on or about January 16, 2003, and the services were necessary.

The total amount reflected in the attached statement(s) is **2840.00**

_____
Affiant - Dr. D.S. Gill/Foccus Medicine Center

SWORN TO AND SUBSCRIBED before me on the 4th day of May, 2006.

_____
Notary Public, State of Texas
Francisca Escamilla
Notary's Printed Name
Commission Expires: November 20, 2006

FRANCISCA ESCAMILLA
MY COMMISSION EXPIRES
NOVEMBER 20, 2006

EXHIBIT
A

# FOCCS MEDICINE CENTER

## Orthopedic Industrial Sports
### Medicine & Rehabilitation

D.S. Gill, M.D., F.R.C.S.C., F.A.C.S.
*Fellow of the Canadian & American College of Surgeons*

October 27, 2005

**RANDALL CRANE**
**ATTORNEY AT LAW**
**201 S. SAM HOUSTON**
**SAN BENITO, TEXAS 78586**

PATIENT'S NAME: ROGELIO RODRIGUEZ
ACCIDENT DATE: JANUARY 16, 2003
DATE OF BIRTH: ███████

With permission of the patient I submit these medical records. As per your request, the reasonable and estimated customary fees for medical treatment and procedures pertinent to this patient are listed below.

> **Myofascial Release and Phonophoresis** 3 times a week for 4-6 weeks is $2,000-$3,000 per year for up to 2-3 years.
> **Medical Care and Intramyofascial Injection Therapy** is approximately $1,500-$1,800 per year.
> **Cervical Epidural Steroid Injections (series of 3)** is $3,900.00.
> **Lumbar Epidural Steroid Injections (series of 3)** is $3,900.00.
> **Cervical Diskectomy and Interbody Fusion**
>     A. Surgeon: $20,000.00
>     B. Surgeon's Assistant's Fee: $2,400.00
>     C. O.R. Suite: $3,000.00
>     D. Hospital Stay (4 days): $2,000.00 daily
>     E. Anesthesiologist: $2,000.00
>     F. Cervical Lido Brace: $2,200.00
>     G. Post Surgical P/T: $10,000.00
> **Lumbar Laminectomy and Fusion**
>     A. Surgeon: $20,000.00
>     B. Surgeon's Assistant's Fee: $2,000.00
>     C. O.R. Suite: $3,000.00
>     D. Hospital Stay (4 days): $1,000.00 daily
>     E. Anesthesiologist: $2,000.00
>     F. Post-Operative Brace: $1,800.00
>     G. Post Surgical P/T: $10,000.00

*For further information please feel free to contact me at my office.*

[signature]

D.S. Gill, M.D., F.R.C.S.C., F.A.C.S.
*Fellow of the Canadian & American College of Surgeons*

1820 Galveston Ave. · McAllen, Texas 78501
Ph:(956) 686-5512   dsgillmdfacs@aol.com   Fax: (956) 686-3745
1-877-MD-INJURY

| Harlingen | Brownsville | Rio Grande City |
|---|---|---|
| 806 Morgan Blvd. | 1260 W. Price Rd. | 104 E. Main Street |
| Harlingen, TX 78550 | Brownsville, TX 78520 | Rio Grande City, TX 78582 |
| (956) 425-0597 | (956) 541-1978 | (956) 716-8441 |

*Foccus Medicine Center*

## MEDICAL SUMMARY
## As of: October 27, 2005

NAME: ROGELIO RODRIGUEZ
DOB:
DOI: 01/16/03

## HISTORY:

Rogelio Rodriguez is a 43-year-old male that presented to this office on August 20, 2003 for an evaluation and treatment. The patient states that he was involved in a motor vehicle accident that occurred on January 16, 2003. Mr. Rodriguez was the driver of an 18-wheeler tractor trailer in motion when a pick-up truck got in his way and crashing into the trailer. According to the patient he was wearing his seatbelt. He was brought to Valley Baptist Medical Center where he was evaluated and treated for pain to his neck, back and chest wall. X-ray examinations of the cervical spine, chest and right ribs were taken to rule out fractures. He was prescribed with medications and released. The patient also underwent treatment under Dr. Como.

Patient was seen in my office for complaints of pain to his neck, upper back and lower back, chest and right shoulder. He also complained of headaches. The patient was constant in duration, sharp in nature and was moderate in intensity. The patient stated that after the injury he has difficulty at work wherein he has to bend and lift heavy boxes. His movements have been slower and cannot tolerate sitting and driving for many hours. His sleep has been poor secondary to intensified pain when lying down at the end of the day. He also has difficulty when putting on his undergarments, pants and shoes. Going up and down the truck as well as walking on stairs and uneven surfaces intensifies the pain. He has not been able to enjoy his hobbies and play sports with his sons and daughter. Prior to the accident the patient did not complain any of these symptoms.

After evaluation the patient was prescribed with medication and to undergo a physical therapy regimen. He was ordered to have x-ray examinations of the thoracic and lumbar spine. The patient was advised to return to clinic after one week for follow-up.

PAGE 2

NAME:   ROGELIO RODRIGUEZ
DOB:    ▇▇▇▇▇▇
DOI:    01/16/03

*September 2, 2003:* The patient was seen for follow-up. He is still complaining of bothersome pain to his neck, back and right ribs. Myofascitis with Myofascial trigger point tenderness was palpated in his cervical and lumbar paravertebral muscles. Tenderness was also present upon palpation of the right lower ribs. He may benefit from trigger point injections in his lumbar musculature on his next clinic visit. He was advised to continue with medications and therapy with Myofascial release, Phonophoresis and therapeutic exercises implemented. He was to return to clinic after one week.

*September 11, 2003:* Mr. Rodriguez came to clinic with continued symptoms. He is especially bothered by the pain to his neck and upper back with a greater intensity to the right. The intensity of Myofascitis with Myofascial trigger point tenderness in his upper and middle trapezius, rhomboids and multifidus muscles remained. He was given **3 trigger point injections in his right cervical musculature.** *Trigger point injections are given primarily for the release of myospasms and only secondary for pain. They serve the purpose of restoring range of motion, strength, and balance to the dysfunctional segment.* He was to continue with medications and therapy.

*September 23, 2003:* The patient came to clinic partially alleviated by the trigger point injections in his upper back. However, the pain and myospasms to his lumbar spine persists and greatly bothers him at home and at work. He may be ordered an MRI scan of the lumbar spine. He will additionally benefit from medications and therapy. He was to return to clinic for follow-up.

*October 9, 2003:* Mr. Rodriguez returned to the clinic and he expressed a great deal of pain and discomfort felt in his lumbar paravertebral musculature. There was significant myospasms and tenderness noted over the entire lumbar paravertebral muscles bilaterally. It was mentioned to the patient that he would benefit by Intramyofascial Injection Therapy to that area. The patient received a total of **9 trigger point injections in his lumbar paravertebral muscles bilaterally.** MRI of the lumbar spine was reviewed and indicated Lumbar Disc Herniation. The patient was to be referred to Dr. Jorge Tijmes for a surgical consultation. He was to continue therapy and medications and return to the clinic after consultation with Dr. Tijmes.

PAGE 3

NAME:  ROGELIO RODRIGUEZ
DOB:   █████
DOI:   01/16/03

*December 22, 2003:* The patient returned to the clinic after being evaluated on November 11, 2003 by Dr. Tijmes in which at such time he recommended the patient obtain a MRI of the cervical spine. On 11/13/03 Mr. Rodriguez had an MRI of the cervical spine taken and it was read by Dr. Berger, who reported that there was disc protrusion noted at the C3-C4 through C6-C7. The patient then returned to Dr. Tijmes for a follow-up evaluation on December 2, 2003 at which time Dr. Tijmes suggested the patient would benefit from a pain clinic for his lumbar spine pain. Presently, Mr. Rodriguez continues with the same symptomatology as his previous office visit. I feel that he would benefit by Lumbar and Cervical Epidural Steroid Injections (series of 3 for each area) and if conservative treatments fail, patient may become a surgical candidate. He was advised to continue medications as needed for pain and return to the clinic in 4 weeks.

*January 20, 2004:* Mr. Rodriguez came into the clinic with complaints of severe neck pain. There were significant spasms noted of the lumbar paravertebral muscles. Range of motion was decreased due to pain. Patient was to continue medications and return to the clinic in 4 weeks for a follow-up.

*February 26, 2004:* The patient returned to the clinic this day with continued complaints of pain to his neck and lower back which intensified when performing daily activities. There was severe Myofascitis with Myofascial trigger point tenderness of the cervical spine with range of motion moderately decreased. There was tenderness and spasms of the lumbar spine as well with range of motion also decreased due to pain. Patient was given a prescription for Vioxx and Darvocet to help with the relief of pain. He was advised to continue with current medication and therapy if needed and was to return to the clinic for follow-up care.

*September 15, 2004:* Mr. Rodriguez came back to the clinic for a follow-up. He still complained of some pain to his lower back as he is working full-time as a driver. Prolonged sitting aggravates pain to his lower back making it uncomfortable and causing a lot of discomfort when attempting to work. There were myospasms with tenderness noted upon palpation of the lumbar spine with range of motion slightly decreased due to pain. Patient was given an Electrical Muscle Stimulator to take home for further rehabilitation. He was advised to continue with current plan of care and return to the clinic for follow-up care in 1 week.

PAGE 4

NAME:  ROGELIO RODRIGUEZ
DOB:   ~~~~~~~~
DOI:   01/16/03

*June 2, 2005:* The patient returned to the clinic this day for a follow-up visit. He still complained of lower back pain and some pain to his upper back but mostly to his low back. He stated he had difficulty with his activities of daily living as his pain would intensify with certain activities. There was tenderness and myospasms still noted of the lumbar spine with range of motion moderately restricted secondary to pain. He was advised to continue with his plan of care and was to return to the clinic for a follow-up.

*July 7, 2005:* Mr. Rodriguez came back to the clinic still complaining of some pain to his lower back and slight pain to his upper back. There was tenderness and myospasms still noted of the lumbar spine with range of motion slowly increasing. He stated he still had some difficulty with his work duties as he is a truck driver and sits for long periods of time. He was advised to continue with current medication and physical therapy on an as needed basis and was to return to the clinic for follow-up care if needed.

*October 27, 2005:* The patient returned to the clinic with continued complaints of pain to his lower back. Myofascitis with Myofascial trigger point tenderness was noted upon palpation of the lumbar spine with range of motion moderately decreased. An orthopedic consultation with Dr. Tijmes was to be scheduled for the patient. He was given a prescription for Darvocet and Celebrex. He was advised to continue with medication and therapy and was to return to the clinic for follow-up care.

**PAST MEDICAL HISTORY**: No significant past medical history.

**MEDICATIONS**: Patient has not been taking medications.

**ALLERGIES**: No known drug allergies.

**SOCIAL/ OCCUPATIONAL/ FAMILY HISTORY**: Mr. Rodriguez is married and resides in Primera, Texas. He works as a driver.

PAGE 5

NAME: ROGELIO RODRIGUEZ
DOB:
DOI: 01/16/03

# PHYSICAL EXAMINATION

**General**: The patient was conscious, alert and oriented to time, place and person. He was rational, coherent and cooperative with examination and walks with a normal gait.

**Spine-cervical thoracic lumbar**: Upon palpation, there was moderate myospasms and tenderness of the suboccipitalis, upper and middle trapezius, rhomboids of the cervical spine and lumbar paravertebral muscles bilaterally. Range of motion is moderately restricted secondary to pain at the cervical and lumbar region.

**Chest and Abdomen:** There was severe tenderness upon palpation of the right lower ribs.

**Extremities- upper/lower:** The motor nerve root, range of motion, and muscle strength is within normal limits.

**Neurological:** The mental status and mini-neurological exam of the patient was intact.

## DIAGNOSTIC STUDIES:

*On January 16, 2003 X-ray examinations of the Cervical Spine, Chest, and Right Ribs were taken at Valley Baptist Medical Center and read by William Taw, M.D.*

**Cervical Spine Impression:**
-Multiple views of the cervical spine were obtained including oblique views. There is no evidence of fracture or dislocation.

**Chest Impression:**
-No acute pulmonary infiltrates are seen.

**Right Ribs Impression:**
-Multiple views of the right ribs were obtained. There is a minimally displaced fracture involving the right 7th rib.

*On September 18, 2004 X-ray examinations of the thoracic and lumbar spine were taken at our facility and read by Anant Utturkar, M.D.*

PAGE 6

NAME:   ROGELIO RODRIGUEZ
DOB:
DOI:    01/16/03

**Thoracic Spine Impression:**
-The osseous structures appear well aligned without evidence of a fracture or subluxation. No degenerative changes are seen. The intervertebral disk spaces are well maintained. The dorsal curvature has a normal appearance.

**Lumbar Spine Impression:**
-The osseous structures appear well without evidence of a fracture or subluxation. No significant degenerative changes are seen. The intervertebral disk spaces are well maintained. The sacroiliac joints appear unremarkable.

*On October 08, 2003 an MRI of the Lumbar Spine was done at Rio Grande Valley Imaging and Diagnostic Center and read by Eric S. Bennos, M.D.*

**Impression:**
1. There is hypolordotic lumbar curvature indicative of Myofascial spasm.
2. There is thinning of the disc at L3-L4 and desiccation of the discs at L4 thru S1 indicative of degenerative change.
3. There is facet arthropathy of the mid to lower lumbar spinal range indicative of degenerative change.
4. There is 1 mm broad-based disc protrusion present at L3-L4 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.
5. There is a 1-2 mm broad-based disc protrusion present at L4-L5 minimally narrowing the inner zonal fat of the neural exit foramina bilaterally. This is indicative of disc edema.
6. There is a 1 mm broad-based disc protrusion at L5-S1 not impinging upon neural structures.
7. There is no acute fracture or unstable injury.

*On November 13, 2003 an MRI of the Cervical Spine was done and read by Dr. Berger.*

PAGE 7

NAME: ROGELIO RODRIGUEZ
DOB: ████
DOI: 01/16/03

Impression:
C3-C4 through C6-C7 there are varying disc protrusions and effacements of the cerebrospinal fluid. There is subtotal opacification of the left maxillary antrum and moderate mucosal thickening of the base of the right maxillary antrum.

## IMPRESSIONS:

| | |
|---|---|
| Cervical Sprain/Strain | Lumbar Sprain/Strain |
| Cervicalgia | Lumbar Disc Herniation |
| Cervical Radiculalgia | Head Contusion |
| Cervical Disc Herniation | Chest Wall Contusion |
| Cephalgia | Right Lower Ribs Fracture |
| Thoracic Sprain/Strain | Closed Head Injury |

Myofascitis with Myofascial Trigger Point Tenderness-Cervico Thoracic and Lumbar Muscles

## COURSE OF TREATMENT:

1. Mr. Rodriguez was receiving therapy at Orthopedic Industrial Sports Rehabilitation.
2. The patient was started on **Vioxx**, which is a non-steroidal anti-inflammatory drug given for inflammation and pain. At therapeutic concentrations has a low incidence of G.I. upset. **Darvocet,** for pain and inflammation. **Diazepam,** muscle relaxant.
3. On 09/11/03 the patient received trigger point injections in his cervical musculature.
4. On 09/18/03 x-ray examinations of the thoracic and lumbar spine were taken at our facility.
5. On 10/08/03 MRI of the Lumbar Spine was done.
6. On 10/09/03 the patient received 9 trigger point injections to his lumbar spine paravertebral muscles bilaterally.
7. On 11/11/03 patient was evaluated by Dr. Jorge Tijmes for consultation.
8. On 11/13/03 MRI of the Cervical Spine was done.
9. On 12/02/03 patient followed-up with Dr. Tijmes and L.E.S.I. and C.E.S.I. injections were recommended.

PAGE 8

NAME: ROGELIO RODRIGUEZ
DOB: ███████
DOI: 01/16/03

**PROGNOSIS/FUTURE CONSIDERATIONS:**

Mr. Rogelio Rodriguez' injuries are the proximate results of the motor vehicle accident that he was involved on January 16, 2003. Prior to this accident the patient did not complain any of these symptoms. He continues to complain of pain to his neck and back that aggravates with sustained activities at work. Prolonged standing and walking during the day also intensify the pain and interrupt his sleep. Bending and lifting activities continues to bother him. He has been limited in enjoying his free time with his family secondary to pain. Myofascitis with Myofascial trigger point tenderness remain in his trapezius, rhomboid, and lumbar paravertebral muscles of the lumbar spine bilaterally. These remaining signs and symptoms of the patient may further interrupt the patients' activities of daily living. He is going to benefit from Myofascial release and Phonophoresis 3 times a week for 4-6 weeks for up to 2-3 years, medical care and Intramyofascial injection therapy. He may also benefit from cervical and lumbar epidural steroid injections (series of 3 to each area). If conservative treatments fail, patient may become a surgical candidate.

This patient suffered a closed head injury and is likely to have cognitive, emotional, behavioral, and neurological deficits. Therefore, he may need further evaluation and treatment.

This patients symptoms are more severe and is <u>definitely going to require surgery for his lumbar spine.</u>

*[signature]*

D.S. GILL, M.D., F.R.C.S.C., F.A.C.S.
*Fellow of the Canadian & American College of Surgeons*