1   a spinal cord in the center and the spinal cord is
2   surrounded by three fine layers. Fine layers, it means to
3   say very thin even they're less than paper thin, okay?
4   And that's called the thecal sac. The spinal cord is
5   surrounded by these layers with the fluid inside these
6   layers.
7        Q.   So what is the significance, if any, on the
8   impingement on the thecal sac?
9        A.   Impingement on the thecal sac is the material is
10  pressing on the thecal sac. That's the layers of the
11  spine, so that it means it started compressing, not the
12  spine itself, but the layers of the spine.
13       Q.   Is that going to cause pain?
14       A.   It can cause pain.
15       Q.   How about the fact that there's an element of
16  central stenosis. What does that mean?
17       A.   Central stenosis means -- stenosis only means
18  lateral. There's a tube and when it narrows it's called
19  stenosis. There's a spinal canal where the spinal cord
20  goes through and it's like a rope, okay? And then when
21  the disk or the disk protrusion is compressing then it
22  starts narrowing the canal of the spine, to which the
23  spinal cord is going through.
24       Q.   Okay. Is this stenosis something that you would
25  relate to the automobile accident?