IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND<br>ELIZABETH RODRIGUEZ | §<br>§<br>§ | CIVIL ACTION NO. B-04-137 |
| VS. | §<br>§ | (JURY DEMANDED) |
| JAMES ARTHUR LARSON | §<br>§ | |

ORDER ON DEFENDANT JAMES LARSON'S
RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW
AND ALTERNATIVE MOTION FOR NEW TRIAL

After considering Defendant James Arthur Larson's renewed motion for judgment as a matter of law and alternative Motion For New Trial, and after a hearing, the court **DENIES** the motion.

SIGNED on _____, 2006.

                   Felix Recio
                   United States Magistrate Judge

APPROVED & ENTRY REQUESTED:

LAW FIRM OF RANDALL P. CRANE
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-2496
BY:_____
  RANDALL P. CRANE
  STATE BAR #05006900
  ATTORNEY FOR PLAINTIFFS
  ROGELIO RODRIGUEZ AND
  ELIZABETH RODRIGUEZ