UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 8 2006

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § § | |

### DEFENDANT JAMES LARSON'S
### MOTION FOR STAY PENDING RULINGS ON RENEWED MOTION
### FOR JUDGMENT AS A MATTER OF LAW AND MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COMES James A. Larson, Defendant in the above styled and numbered cause, and pursuant to FRCP 62(b) submits his Motion for Stay Pending Rulings on Renewed Motion for Judgment as a Matter of Law and Alternative Motion for New Trial, respectfully showing as follows:

#### A. Introduction

1. The jury returned a verdict for Plaintiffs, and the Court rendered judgment on the verdict. The clerk entered judgment on August 22, 2006.

2. On September 1, 2006, Defendant timely filed his Renewed Motion for Judgment as a Matter of Law and Alternative Motion for New Trial. Defendant also requested an oral hearing before the Court. The Court has not yet ruled on either the request for a hearing or the motions.

#### B. Argument

3. Under FRCP 62(b), the Court in its discretion may stay the execution of a judgment pending the disposition of a motion for new trial or a motion filed pursuant to Rule 50. Defendant has filed just such motions, and they are pending disposition by the Court.

## C. Conclusion

4. If any of the motions presently pending before the Court are granted, it will result in a reduction in the amount of damages awarded under the current judgment. Therefore, the Court should exercise its discretion and stay execution on the current judgment pending disposition of the presently pending post-judgment motions.

## REQUEST FOR ORAL HEARING

Pursuant to Local Rule 7.5, Defendant hereby requests oral submission of this motion.

Respectfully submitted,

DUNN, WEATHERED, COFFEY, RIVERA,
KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY_____
Patrick R. Kasperitis
SBN 11105270; FED ID 12594
Frank Weathered
SBN 20998600; FED ID 2441

COUNSEL FOR DEFENDANT
JAMES ARTHUR LARSON

## CERTIFICATE OF SERVICE

This is to certify that on the 13th day of September 2006, this document was served on counsel of record as indicated below pursuant to Federal Rules of Civil Procedure.

_____
Patrick R. Kasperitis

**VIA CM/RRR 7006 0100 0003 8215 9763**
Mr. Randall P. Crane
LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586