UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | § | |

## ORDER ON DEFENDANT'S MOTION FOR STAY PENDING RULINGS ON RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND ALTERNATIVE MOTION FOR NEW TRIAL

After considering Defendant James Arthur Larson's motion for stay pending rulings on renewed motion for judgment as a matter of law and alternative motion for new trial, the Court GRANTS the motion, staying execution on the current judgment pending disposition of the presently pending post-judgment motions.

SIGNED on _____, 2006

_____
Felix Recio
United States Magistrate Judge