UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § § § | |

### ORDER ON DEFENDANT'S REQUEST FOR HEARING ON DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND ALTERNATIVE MOTION FOR NEW TRIAL

After considering Defendant James Arthur Larson's request for hearing on Defendant's renewed motion for judgment as a matter of law and alternative motion for new trial, the Court GRANTS the request and ORDERS that the motion be set for oral hearing before the Court on _____, 2006 at _____.

SIGNED on _____, 2006

_____
Felix Recio
United States Magistrate Judge

