UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § § § | |

### ORDER ON DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND ALTERNATIVE MOTION FOR NEW TRIAL

After considering Defendant James Arthur Larson's renewed motion for judgment as a matter of law and alternative motion for new trial, the Court GRANTS the motion, withdraws the Court's judgment entered on August 22, 2006, and renders judgment for Plaintiffs in the amount of $63.358.44 in past damages for Rogelio Rodriguez; $10,000.00 in past damages for Elizabeth Rodriguez; court costs; prejudgment interest on the past damages at the annual rate of 8.25%, to be paid from March 18, 2004, until the date of entry of this judgment; and postjudgment interest on all of the above amounts at the rate of 8.25%, from the date this judgment is entered until the date this judgment is paid. The court further ORDERS that execution shall issue for this judgment. The Court DENIES all relief not granted herein. This is a FINAL judgment.

SIGNED on _____, 2006

_____
Felix Recio
United States Magistrate Judge