UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| V. | § § § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § | |

**ORDER ON DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND ALTERNATIVE MOTION FOR NEW TRIAL**

After considering Defendant James Arthur Larson's renewed motion for judgment as a matter of law and alternative motion for new trial, the Court GRANTS the motion, suggests a remittitur in the amount of _____ for Rogelio Rodriguez, and in the event Plaintiff refuses to remit, the Court ORDERS a new trial.

SIGNED on _____, 2006.

_____
Felix Recio
United States Magistrate Judge