UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND<br>ELIZABETH RODRIGUEZ | §<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | §<br>§ | |

### ORDER ON DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND ALTERNATIVE MOTION FOR NEW TRIAL

After considering Defendant James Arthur Larson's renewed motion for judgment as a matter of law and alternative motion for new trial, the Court GRANTS the motion, withdraws the Court's judgment entered on August 22, 2006, and ORDERS a new trial.

SIGNED on _____, 2006

_____
Felix Recio
United States Magistrate Judge