IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | CIVIL ACTION NO. B-04-137 |
| VS. | § § | |
| JAMES ARTHUR LARSON | § § | (JURY DEMANDED) |

## PLAINTIFF ROGELIO RODRIGUEZ'S RESPONSE TO JAMES LARSON'S MOTION FOR STAY PENDING RULINGS ON RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND ALTERNATIVE MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs Rogelio Rodriguez and Elizabeth Rodriguez respectfully request the Court to deny Defendant, James Arthur Larson's, Motion For Stay Pending Rulings on Renewed Motion For Judgment as a Matter of Law and Alternative Motion For New Trial, and in support thereof would show unto the court as follows:

### A. Introduction

1. Plaintiffs are Rogelio Rodriguez and Elizabeth Rodriguez; defendant is James Arthur Larson.

2. Plaintiffs sued defendant for damages arising as the result of a vehicular collision.

3. The court rendered judgment in favor of plaintiffs on the jurys verdict and the clerk entered judgment on August 22, 2006.

4. Defendant, James Arthur Larson has filed a Motion For Stay Pending Rulings on Renewed Motion for Judgment as a Matter of Law and Motion For New Trial.

### B. Argument

5.  Defendant James Arthur Larson has filed a Motion to Stay pursuant to FRCP 62(b) pending the rulings on defendant's Renewed Motion for Judgment as a Matter of Law and Alternative Motion For New Trial.

6.  Defendant's Motion for Stay is frivolous. There are no grounds to support a Motion For Judgment as a Matter of Law, a New Trial or a Remittitur in this case.

### C. Conclusion

7.  Defendant's Motion for Stay is frivolous and done solely for the purpose of stalling execution on the Judgment. There are no grounds that would support defendant's position as to a Motion for Judgment as a Matter of Law, New Trial or Remittitur. Plaintiffs request that the Court deny Defendant's Motion for Stay.

RESPECTFULLY SUBMITTED,

LAW FIRM OF RANDALL P. CRANE
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-2496

BY: _____
RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS
ROGELIO RODRIGUEZ AND
ELIZABETH RODRIGUEZ

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Plaintiff's Response to James Larson's Motion For Stay Pending Rulings on Renewed Motion for Judgment as a Matter of Law and Motion for New Trial been forwarded to the attorneys of record for the Defendants as follows:

Dunn, Weathered, Coffey,
Rivera, Kasperitis & Rodriguez, P.C.
Attorneys At Law
611 S. Upper Broadway
Corpus Christi, Texas 78401

(Certified Mail, Return Receipt Requested #7004 0550 0001 3134 5693)

SIGNED THIS THE __19th__ DAY OF SEPTEMBER, 2006

RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS
ROGELIO RODRIGUEZ AND
ELIZABETH RODRIGUEZ