## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ROGELIO RODRIGUEZ AND** | § | |
| **ELIZABETH RODRIGUEZ** | § | **CIVIL ACTION NO. B-04-137** |
| | § | |
| **VS.** | § | |
| | § | **(JURY DEMANDED)** |
| **JAMES ARTHUR LARSON** | § | |

---

## ORDER ON DEFENDANT JAMES LARSON'S
## MOTION FOR STAY PENDING RULINGS ON
## RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW
## AND ALTERNATIVE MOTION FOR NEW TRIAL

---

After considering Defendant James Arthur Larson's Motion For Stay Pending Rulings on renewed motion for judgment as a matter of law and alternative Motion For New Trial, and after a hearing, the court

**DENIES** the motion for stay.

SIGNED on _____, 2006.

---

Felix Recio
United States Magistrate Judge

APPROVED & ENTRY REQUESTED:

LAW FIRM OF RANDALL P. CRANE
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-2496
BY: _____
    RANDALL P. CRANE
    STATE BAR #05006900
    ATTORNEY FOR PLAINTIFFS
    ROGELIO RODRIGUEZ AND
    ELIZABETH RODRIGUEZ