United States District Court
Southern District of Texas
ENTERED

OCT 12 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | CIVIL ACTION NO. B-04-137 (636(c)) |
| VS. | § § | |
| JAMES ARTHUR LARSON | § § | (JURY DEMANDED) |

### ORDER ON DEFENDANT JAMES LARSON'S
### RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW
### AND ALTERNATIVE MOTION FOR NEW TRIAL

After considering Defendant James Arthur Larson's renewed motion for judgment as a matter of law and alternative Motion For New Trial, ~~and after a hearing~~, the court

**DENIES** the motion.

SIGNED on October 12, 2006.

Felix Recio
United States Magistrate Judge

APPROVED & ENTRY REQUESTED:

LAW FIRM OF RANDALL P. CRANE
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-2496
BY:
RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFFS
ROGELIO RODRIGUEZ AND
ELIZABETH RODRIGUEZ