UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 0 2006

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROGELIO RODRIGUEZ AND § <br> ELIZABETH RODRIGUEZ § <br> § <br> VS. § <br> § <br> JAMES ARTHUR LARSON § | CIVIL ACTION NO. B-04-137 |

-oOo-

## CERTIFICATE OF WRITTEN DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that the following documents were forwarded to the attorney of record for JAMES ARTHUR LARSON on October  19  , 2006, without the necessity of filing same with the Clerk of the United States District Court:

> Plaintiffs Interrogatories In Aid of Judgment
> Plaintiff's Request For Production in Aid of Judgment
> Deposition Notice of James Arthur Larson in Aid of Judgment

RESPECTFULLY SUBMITTED,

RANDALL P. CRANE
ATTORNEY AT LAW
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-2496
BY: _____
RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR
PLAINTIFFS

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was forwarded on this the ___19th___ day of October, 2006, upon the following attorney of record:

Patrick R. Kasperitis
Attorney AT Law
DUNN, WEATHERED, COFFEY, ET AL
611 South Upper Broadway
Corpus Christi, Texas 78401

(Certified Mail, Return Receipt Requested #7004 0550 0001 3134 6126)

                      RANDALL P. CRANE
                      STATE BAR #05006900
                      ATTORNEY FOR PLAINTIFFS