United States District Court
Southern District of Texas
FILED

NOV - 9 2006

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| JAMES ARTHUR LARSON | § § | |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

James A. Larson, the Defendant/Appellant, appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment of the United States Magistrate Judge for the Southern District of Texas, Brownsville Division, entered in this case on August 22, 2006; and from the order of the United States Magistrate Judge for the Southern District of Texas, Brownsville Division, entered on October 12, 2006, in which the United States Magistrate Judge denied Defendant/Appellant's Renewed Motion for Judgment As a Matter of Law and Alternative Motion for New Trial.

The parties to the judgment and order appealed from and the names and addresses of their respective attorneys are as follows:

For Defendant/Appellant James A. Larson:

Frank Weathered
Patrick R. Kasperitis
DUNN, WEATHERED, COFFEY, RIVERA,
KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401

For Plaintiffs/Appellees Rogelio Rodriguez
and Elizabeth Rodriguez:

Randall P. Crane
LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586

       Respectfully submitted,

       DUNN, WEATHERED, COFFEY, RIVERA,
       KASPERITIS & RODRIGUEZ, P.C.
       611 South Upper Broadway
       Corpus Christi, Texas 78401
       (361) 883-1594 [FAX 883-1599]

BY _____
       Frank Weathered
       SBN 20998600; FED ID 2441
       Patrick R. Kasperitis
       SBN 11105270; FED ID 12594

COUNSEL FOR DEFENDANT/APPELLANT
JAMES A. LARSON

## CERTIFICATE OF SERVICE

This is to certify that on the 8th day of November 2006, this document was served on counsel of record as indicated below pursuant to Federal Rules of Civil Procedure.

_____
Frank Weathered

**VIA CM/RRR 7006 0100 0003 8216 1056**
Mr. Randall P. Crane
LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586