**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| Rogelio Rodriguez and Elizabeth Rodriguez | § | |
| | § | |
| v. | § | CASE NUMBER: 1:04CV137 |
| | § | Magistrate Judge: Felix Recio |
| | § | Court Reporter(s): Dahlila Ahumada, ERO, |
| | | Rosy D'Venturi, ERO, Balvina Campos, ERO |
| | | Maria Amador, Court Reporter |
| James Arthur Larson | § | |

**NOTICE TO THE CIRCUIT OF AN APPEAL**

In connection with this appeal, a copy of the notice of appeal, the order being appealed and the docket sheet are attached.  Please acknowledge receipt on the enclosed copy of this notice.

In regard to this appeal:

• The Court of Appeal $455.00 filing and docketing fees have been paid or a motion for in forma pauperis has been granted.

• DKT-13 transcript ordering instructions are attached.

• The Clerk of Court will submit to the Fifth Circuit Court of Appeals a Certificate of Non-Compliance if the appellant fails to return the transcript order form.

Michael N. Milby, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| Rogelio Rodriguez and Elizabeth Rodriguez | § | |
| | § | |
| | § | CASE NUMBER: 1:04CV137 |
| v. | § | Magistrate Judge: Felix Recio |
| | § | Court Reporter(s): Dahlila Ahumada, ERO, |
| | | Rosy D'Venturi, ERO, Balvina Campos, ERO |
| | | Maria Amador, Court Reporter |
| James Arthur Larson | § | |

**TRANSCRIPT ORDER INSTRUCTIONS TO APPELLANT**

Pursuant to FRAP 10(a)(1), a transcript order form must be filed within 10 days of the filing of the notice of appeal.

Please review the instructions on the attached DKT 13 Transcript Order Form. Prepare a separate DKT 13 for each reporter from whom transcripts are ordered. All transcripts from tape recorded proceedings may be ordered on one form. Specify exact dates of proceedings to be transcribed on the appropriate reporter or tape order.

If transcript is unnecessary or already on file in the Clerk's office, prepare a DKT 13 and mark the appropriate box to indicate this information.

The appellant must contact the court reporter within 10 days of the filing of the notice of appeal to arrange for the preparation of transcripts.

US District Court
600 E Harrison Street
Brownsville, TX 78520-7114
956-548-2500

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

Rogelio Rodriguez and Elizabeth Rodriguez   §
                                             §
                                             §   CASE NUMBER: 1:04CV137
v.                                           §   Magistrate Judge: Felix Recio
                                             §   Court Reporter(s):  Dahlila Ahumada, ERO,
                                             §     Rosy D'Venturi, ERO, Balvina Campos, ERO
                                             §     Maria Amador, Court Reporter
James Arthur Larson                          §

## NOTICE TO THE CIRCUIT OF AN APPEAL

In connection with this appeal, a copy of the notice of appeal, the order being appealed and the docket sheet are attached.  Please acknowledge receipt on the enclosed copy of this notice.

In regard to this appeal:

  • The Court of Appeal $455.00 filing and docketing fees have been paid or a motion for in forma pauperis has been granted.

  • DKT-13 transcript ordering instructions are attached.

  • The Clerk of Court will submit to the Fifth Circuit Court of Appeals a Certificate of Non-Compliance if the appellant fails to return the transcript order form.

Michael N. Milby, Clerk

United States District Court
Southern District of Texas
FILED

NOV - 9 2006

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-137 |
| | § | |
| JAMES ARTHUR LARSON | § | |

## NOTICE OF APPEAL TO THE UNITED STATES
## COURT OF APPEALS FOR THE FIFTH CIRCUIT

James A. Larson, the Defendant/Appellant, appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment of the United States Magistrate Judge for the Southern District of Texas, Brownsville Division, entered in this case on August 22, 2006; and from the order of the United States Magistrate Judge for the Southern District of Texas, Brownsville Division, entered on October 12, 2006, in which the United States Magistrate Judge denied Defendant/Appellant's Renewed Motion for Judgment As a Matter of Law and Alternative Motion for New Trial.

The parties to the judgment and order appealed from and the names and addresses of their respective attorneys are as follows:

For Defendant/Appellant James A. Larson:

Frank Weathered
Patrick R. Kasperitis
DUNN, WEATHERED, COFFEY, RIVERA,
KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401

For Plaintiffs/Appellees Rogelio Rodriguez
and Elizabeth Rodriguez:

Randall P. Crane
LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586

Respectfully submitted,

DUNN, WEATHERED, COFFEY, RIVERA,
KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY_____
Frank Weathered
SBN 20998600; FED ID 2441
Patrick R. Kasperitis
SBN 11105270; FED ID 12594

COUNSEL FOR DEFENDANT/APPELLANT
JAMES A. LARSON

CERTIFICATE OF SERVICE

This is to certify that on the 8th day of November 2006, this document was served on counsel of
record as indicated below pursuant to Federal Rules of Civil Procedure.

_____
Frank Weathered

**VIA CM/RRR 7006 0100 0003 8216 1056**
Mr. Randall P. Crane
LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586

-2-

United States District Court
Southern District of Texas
ENTERED

AUG 2 2 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

ROGELIO RODRIGUEZ AND §
ELIZABETH RODRIGUEZ § **CIVIL ACTION NO. B-04-137**
§
VS. §
§ **(JURY DEMANDED)**
JAMES ARTHUR LARSON §

-oOo-

## FINAL JUDGMENT

On July 17, 2006, the court called this case for trial. Plaintiffs, Rogelio Rodriguez and Elizabeth Rodriguez, appeared in person and through their attorney and announced ready for trial. Defendant James Arthur Larson appeared in person and through his attorney and announced ready for trial. The court determined that it had jurisdiction over the subject matter and the parties to this proceeding. The court then impaneled and swore the jury, which heard the evidence and arguments of counsel. The court submitted questions, definitions, and instructions to the jury. In response, the jury made findings that the court received, filed and entered of record. Plaintiffs moved for entry of judgment on the verdict. The court considered the motion and renders judgment for plaintiffs.

1.      Therefore, the court orders that plaintiff, Rogelio Rodriguez, recover the sum of $63,358.44 in past damages (after adjusting past medical expenses to the amount supported by the evidence), $364,000.00 in future damages and that Plaintiff, Elizabeth Rodriguez, recover the sum of $10,000.00 in past damages and $5,000.00 in future damages, together with Plaintiff's court costs from defendant, James Arthur Larson.

2.      Additionally, the court awards prejudgment interest on the past damages at the annual rate of 8.25%, to be paid from March 18, 2004, until the date of the entry of this judgment.

3.      Postjudgment interest is payable on all the above amounts at the rate of 8.25%, from the date this judgment is entered until the date this judgment is paid.

4.    The court orders execution to issue for this judgment.

5.    The court denies all relief not granted in this judgment.

6.    This is a FINAL JUDGMENT.

SIGNED on ___8-21-06___, 2006.

_____
Felix Recio
United States Magistrate Judge

APPROVED AS TO FORM & SUBSTANCE:

_____
Randall P. Crane
State Bar #05006900
201 S. Sam Houston
San Benito, Texas 78586
(956) 399-2496
(956) 399-7398
ATTORNEY FOR PLAINTIFFS

APPROVED AS TO FORM ONLY:

_____
Patrick R. Kasperitis
SBN 11105270; FED ID 12594
DUNN, WEATHERED, COFFEY, RIVERA,
KASPERITIS & RODRIGUEZ, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594
(361) 883-1599
ATTORNEY IN CHARGE FOR
DEFENDANT, JAMES ARTHUR LARSON

United States District Court
Southern District of Texas
ENTERED

OCT 12 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk D Ahumada

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | CIVIL ACTION NO. B-04-137 |
| | § | (636(c)) |
| VS. | § | |
| | § | (JURY DEMANDED) |
| JAMES ARTHUR LARSON | § | |

---

### ORDER ON DEFENDANT JAMES LARSON'S
### RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW
### AND ALTERNATIVE MOTION FOR NEW TRIAL

---

After considering Defendant James Arthur Larson's renewed motion for judgment as a matter

of law and alternative Motion For New Trial, ~~and after a hearing~~, the court

**DENIES** the motion.

SIGNED on October 12 , 2006.

_____
Felix Recio
United States Magistrate Judge

APPROVED & ENTRY REQUESTED:

LAW FIRM OF RANDALL P. CRANE
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-2496
BY:_____
    RANDALL P. CRANE
    STATE BAR #05006900
    ATTORNEY FOR PLAINTIFFS
    ROGELIO RODRIGUEZ AND
    ELIZABETH RODRIGUEZ

APPEAL, APPEAL_NAT, CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Brownsville)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00137

Rodriguez, et al v. Larson

Assigned to: Magistrate Judge Felix Recio

Demand: $0

Case in other court: 357th Judicial Court, 04-
00006-2961-E

Cause: 28:1332 Diversity-Personal Injury

Date Filed: 08/13/2004

Jury Demand: None

Nature of Suit: 360 P.I.: Other

Jurisdiction: Diversity

**Plaintiff**

**Rogelio Rodriguez**

represented by **Randall P Crane**
Attorney at Law
201 S Sam Houston
San Benito, TX 78586
956-399-2496
Fax: 956-399-7398 fax
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Rodriguez**

represented by **Randall P Crane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**James Arthur Larson**

represented by **Frank E Weathered**
Dunn & Weathered
611 S Upper Broadway
Corpus Christi, TX 78401
361-883-1594
Fax: 361-883-1599
Email: fweathered@swbell.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick R Kasperitis**
Dunn & Weathered PC
611 S Upper Broadway
Ste 200
Corpus Christi, TX 78401
361-883-1594
Fax: 361-883-1599 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2004 | 1 | NOTICE OF REMOVAL by James Arthur Larson filed FILING FEE $ 150.00 RECEIPT # 118999 (dahumada) (Entered: 08/17/2004) |
| 08/17/2004 | 2 | Order setting Initial Pretrial and Scheduling Conference on 10:15 10/18/04 before Judge Hilda G. Tagle and Order to Disclose Interested Persons, filed. ( Signed by Judge Hilda G. Tagle ) Parties notified. (dahumada) (Entered: 08/17/2004) |
| 08/20/2004 | 3 | MOTION for leave to Proceed Pro Hac Vice by Rogelio Rodriguez, Elizabeth Rodriguez, Motion Docket Date 9/9/04 [3-1] motion , filed. (dahumada) (Entered: 08/20/2004) |
| 08/20/2004 | 4 | CERTIFICATE OF INTERESTED PARTIES by Rogelio Rodriguez, Elizabeth Rodriguez , filed. (dahumada) (Entered: 08/20/2004) |
| 08/26/2004 | 5 | ENTITIES FINANCIALLY INTERESTED IN OUTCOME OF LITIGATION by James Arthur Larson , filed. (dahumada) (Entered: 08/26/2004) |
| 08/26/2004 | 6 | MOTION to substitute attorney Mr. Kasperitis in place of Frank Weathered by James Arthur Larson, Motion Docket Date 9/15/04 [6-1] motion , filed. (dahumada) (Entered: 08/26/2004) |
| 08/27/2004 | 7 | ORDER granting [6-1] motion to substitute attorney Mr. Kasperitis in place of Frank Weathered Added , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (dahumada) Modified on 08/31/2004 (Entered: 08/30/2004) |
| 09/17/2004 | 9 | ORDER granting 3 Motion for Leave to Proceed Pro Hac Vice.( Signed by Judge Hilda G Tagle ) Parties notified. |

| | | |
|---|---|---|
| | | (mperez, ) (Entered: 09/21/2004) |
| 10/13/2004 | 10 | ORDER, BE IT REMEMBERED that on October 13, 2004, the Court, having received a Discovery Case Management Plan in which the parties agree to trial before a magistrate pursuant to 28 USC 636(c). CANCELLED the initial pretrial conference scheduled for October 18, 2004, at 4:00pm. After receiving the signed consent form, the Court will transfer the case to the Magistrate Judge.( Signed by Judge Hilda G Tagle ) Parties notified.(rpinales, ) (Entered: 10/14/2004) |
| 10/18/2004 | 11 | CONSENT to Proceed Before US Magistrate Judge by all parties, filed. (Attachments: # 1 Proposed Order)(rpinales, ) (Entered: 10/19/2004) |
| 10/19/2004 | 12 | CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE by Rogelio Rogelio Rodriguez, Elizabeth Elizabeth Rodriguez, James Arthur James Arthur Larson and ORDER TRANSFERRING CASE to Felix Recio.( Signed by Judge Hilda G Tagle ) Parties notified.(rpinales, ) (Entered: 10/20/2004) |
| 10/25/2004 | 13 | NOTICE of Hearing: Initial Pretrial and Scheduling Conference set for 11/4/2004 at 02:00 PM in Courtroom 1 before Magistrate Judge Felix Recio, By Order of the Court, filed(rpinales, ) (Entered: 10/26/2004) |
| 11/04/2004 | 15 | Minute Entry for proceedings held before Judge Felix Recio. IN CHAMBERS INITIAL PRETRIAL AND SCHEDULING CONFERENCE held on 11/4/2004. Appearances: Randall P Crane, Patrick R Kasperitis. The parties agreed to the docket dates. A scheduling order will be issued, filed.(rpinales, ) (Entered: 11/08/2004) |
| 11/05/2004 | 14 | SCHEDULING ORDER: Amended Pleadings due by 1/18/2005 Joinder of Parties due by 1/18/2005 Pltf Expert Witness List due by 2/16/2005 Deft Expert Witness List due by 3/17/2005 Discovery due by 5/16/2005 Motions for Extension of Time due by 04/25/05 Dispositive Motion Filing due by 6/1/2005 Motions Hearing set for 07/11/05 at 2:00PM Joint Pretrial Order due by 8/1/2005 Pretrial Conference set for 10/4/2005 at 02:00 PM in Courtroom 1 before Magistrate Judge Felix Recio Jury Selection set for 10/12/2005 at 09:00 AM in Courtroom 1 before Magistrate Judge Felix Recio. ( Signed by Judge Felix Recio ) This case will remain on |

| | | standby until tried. Parties notified.(rpinales, ) (Entered: 11/08/2004) |
|---|---|---|
| 11/05/2004 | ⬤ | ***Set Deadlines as to Motion Hearing set for 7/11/2005 at 02:00 PM in Courtroom 1 before Magistrate Judge Felix Recio (rpinales, ) (Entered: 11/08/2004) |
| 03/23/2005 | ⬤ 16 | DESIGNATION OF EXPERTS by James Arthur James Arthur Larson, filed.(rpinales, ) (Entered: 03/23/2005) |
| 03/24/2005 | ⬤ 17 | MOTION for Extension of Time to Complete Discovery by Rogelio Rogelio Rodriguez, Elizabeth Elizabeth Rodriguez, filed. Motion Docket Date 4/13/2005. (Attachments: # 1 Proposed Order)(bvasquez, ) (Entered: 03/25/2005) |
| 03/31/2005 | ⬤ 18 | Plainiff's Upopposed Motion for Extension of Time to Complete Discovery is hereby GRANTED SCHEDULING ORDER: Amended Pleadings due by 4/30/2005 Joinder of Parties due by 4/30/2005 Pltf Expert Report due by 5/11/2005 Deft Expert Report due by 6/1/2005 Discovery due by 7/1/2005 Dispositive Motion Filing due by 7/16/2005 MOtion hearing set for 2:00pm 08/16/05Joint Pretrial Order due by 9/18/2005 Pretrial Conference set for 10/4/2005 at 02:00 PM in Courtroom 1 before Magistrate Judge Felix Recio Jury Selection set for 10/5/2005 at 09:00 AM in Courtroom 1 before Magistrate Judge Felix Recio.( Signed by Judge Felix Recio ) Parties notified.(rpinales, ) (Entered: 03/31/2005) |
| 04/11/2005 | ⬤ 19 | Letter from Randall P. Crane re: Vacation Time , filed. (bvasquez, ) (Entered: 04/11/2005) |
| 05/03/2005 | ⬤ 20 | Defendant's Fist AMENDED ANSWER to 1 Notice of Removal by James Arthur James Arthur Larson, filed. (rpinales, ) (Entered: 05/03/2005) |
| 05/19/2005 | ⬤ 21 | PLAINTIFF'S SPECIAL EXCEPTION TO DEFENDANT'S FIRST AMENDED ORIGINAL ANSWER by Rogelio Rodriguez AND Elizabeth Rodriguez, filed. (Attachments: # 1 Proposed Order Setting Hearing# 2 Proposed Order) (bvasquez, ) (Entered: 05/19/2005) |
| 06/06/2005 | ⬤ 22 | MOTION for Order Compelling Discovery by James Arthur James Arthur Larson, filed. Motion Docket Date 6/27/2005. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Proposed Order)(rpinales, ) (Entered: 06/06/2005) |
| 06/22/2005 | ⬤ 23 | MOTION for Extension of Time for Discovery by James |

| | | Arthur James Arthur Larson, filed. Motion Docket Date 7/12/2005. (Attachments: # 1 Proposed Order # 2 Proposed Order)(rpinales, ) (Entered: 06/22/2005) |
|---|---|---|
| 06/24/2005 | 24 | NOTICE of Resetting. Parties notified. Hearing on Motion for Extension of Time for Discovery set for 7/6/2005 at 01:30 PM in Courtroom 1 before Magistrate Judge Felix Recio, filed. (sgarcia, ) (Entered: 06/24/2005) |
| 06/24/2005 | 25 | ORDER Setting Hearing on Motion 23 MOTION for Extension of Time for Discovery: Motion Hearing set for 6/29/2005 at 10:00 AM in Courtroom 1 before Magistrate Judge Felix Recio.( Signed by Judge Felix Recio ) Parties notified.(rpinales, ) (Entered: 06/24/2005) |
| 07/07/2005 | | Minute Entry for proceedings held before Judge Felix Recio. MOTION HEARING on Defendant's Motion for Extention of Time for Discovery held on 7/6/2005. Defense counsel states the need for the release of medical records. Plaintiff's counsel R Crane states his objections to extending the discovery deadline and informs the Court that they have disclosed records. After hearing further arguments, the Court GRANTS the Motion for Extension of Time. Appearances: Randall P Crane, Patrick R Kasperitis.(ERO:D Ahumada), filed. (sgarcia, ) (Entered: 07/07/2005) |
| 08/04/2005 | 26 | First Amended DESIGNATION OF EXPERT WITNESS LIST by James Arthur Larson, filed. (Attachments: # 1 Exhibit)(rpinales, ) (Entered: 08/04/2005) |
| 08/19/2005 | 27 | NOTICE to the Court that Plaintiffs and Defendant have entered into a verbal agreement which is in compliance with the Court's order from the bench rendered on July 6, 2005, regarding Defendant's Motion to Compel by James Arthur James Arthur Larson, filed. (mperez, ) (Entered: 08/19/2005) |
| 09/29/2005 | 28 | AGREED MOTION to Continue Final Pretrial by Rogelio Rogelio Rodriguez, Elizabeth Elizabeth Rodriguez, James Arthur James Arthur Larson, filed. Motion Docket Date 10/19/2005. (Attachments: # 1 Proposed Order)(mperez, ) (Entered: 09/29/2005) |
| 09/29/2005 | 29 | The parties' Agreed Motion for Continuance is hereby GRANTED. The following-amended schedule will control the disposition of this case unless an objection to the proposed schedule is filed with the clerk of court no later than 14 days |

| | | |
|---|---|---|
| | | following the date of this Order. A copy of any such objections must be sent to my Chambers. All prior discovery deadlines, if any, are superseded by this Order. AMENDED SCHEDULING ORDER: Discovery due by 1/3/2006 Dispositive Motion Filing due by 1/18/2006 Joint Pretrial Order due by 3/22/2006 Pretrial Conference set for 3/30/2006 at 02:00 PM in Courtroom 1 before Magistrate Judge Felix Recio Jury Selection set for 4/7/2006 at 09:00 AM in Courtroom 1 before Magistrate Judge Felix Recio Motion Hearing set for 2/22/2006 at 02:00 PM in Courtroom 1 before Magistrate Judge Felix Recio.( Signed by Judge Felix Recio ) Parties notified.(mperez, ) Modified on 10/21/2005 (mperez, ). (Entered: 09/30/2005) |
| 10/04/2005 | 🌐 30 | Letter from David A. Cantu re: Mediation - Settlement was not resolved between the parties, filed. (mperez, ) (Entered: 10/04/2005) |
| 11/16/2005 | 🌐 31 | MOTION for Extension of Time to Complete Discovery by Rogelio Rodriguez, Elizabeth Elizabeth Rodriguez, filed. Motion Docket Date 12/6/2005. (dahumada, ) (Entered: 11/16/2005) |
| 11/16/2005 | 🌐 32 | CERTIFICATE of Written Discovery by all plaintiffs, filed. (dahumada, ) (Entered: 11/16/2005) |
| 11/17/2005 | 🌐 33 | Special Exception to Defendant's First Amended Original Answer by Rogelio Rodriguez, Elizabeth Elizabeth Rodriguez, filed. (Attachments: # 1 Proposed Order # 2 Proposed Order) (mperez, ) (Entered: 11/18/2005) |
| 11/22/2005 | 🌐 34 | ORDER Setting Hearing on Motion 31 MOTION for Extension of Time to Complete Discovery: Motion Hearing set for 12/8/2005 at 10:00 AM in Courtroom 1 before Magistrate Judge Felix Recio.( Signed by Judge Felix Recio ) Parties notified.(mperez, ) (Entered: 11/22/2005) |
| 12/08/2005 | 🌐 | Minute Entry for proceedings held before Judge Felix Recio. MOTION HEARING held on 12/8/2005; Pf's Counsel Randall Crane summarizes the status of the Case to the Court and proceeds to argue his motion for extension of time and requests the Court give him until January 3, 2006; The Court having heard from Defense attorney, will rule as follows: Granted 31 MOTION for Extension of Time to Complete Discovery; Scheduling Order Amended; Court adjourned. |

| | | |
|---|---|---|
| | | Appearances: Randall P Crane, Patrick R Kasperitis.(ERO:D Ahumada), filed.(sgarcia, ) (Entered: 12/08/2005) |
| 12/08/2005 | 🔵 35 | SCHEDULING ORDER: Plaintiffs' Motion for Extension of Time to Complete Discovery (Doc. No 31) is hereby GRANTED. The new docket dates are as follows: Amended Pleadings due by 1/3/2006 Pltf Expert Report due by 1/3/2006 Deft Expert Report due by 2/3/2006 Discovery due by 3/3/2006 Dispositive Motion Filing due by 3/13/2006 Joint Pretrial Order due by 3/22/2006 Pretrial Conference set for 3/30/2006 at 02:00 PM in Courtroom 1 before Magistrate Judge Felix Recio Jury Selection set for 4/6/2006 at 09:00 AM in Courtroom 1 before Magistrate Judge Felix Recio.( Signed by Judge Felix Recio ) Parties notified.(mperez, ) (Entered: 12/08/2005) |
| 01/10/2006 | 🔵 36 | ORDER denying 22 Motion to Compel. The Court DENIES this motion without prejudice. IT IS SO ORDERED..( Signed by Judge Felix Recio ) Parties notified.(bvasquez, ) (Entered: 01/10/2006) |
| 01/31/2006 | 🔵 37 | ORDER RESETTING DOCKET CALL. The docket call in the above-captioned cause of action is hereby reset from April to May as follows: Final Pretrial Conference: May 2, 2006, at 2:00 p.m. (All pending motions, including dispositive motions will be addressed at this time.) Jury Selection: May 4, 2006 at 9:00 a.m. (This case will remain on standby until tried.) . ( Signed by Judge Felix Recio ) Parties notified.(bvasquez, ) (Entered: 02/02/2006) |
| 03/03/2006 | 🔵 38 | Defendant's Second AMENDED ANSWER to 1 Notice of Removal by James Arthur James Arthur Larson, filed. (bcampos, ) (Entered: 03/03/2006) |
| 03/03/2006 | 🔵 39 | Defendant's Supplemental DESIGNATION OF EXPERT by James Arthur James Arthur Larson, filed.(bcampos, ) (Entered: 03/03/2006) |
| 03/03/2006 | 🔵 40 | NOTICE of Oral Deposition of Dr. Daniel Backlas by James Arthur James Arthur Larson, filed. (bcampos, ) (Entered: 03/03/2006) |
| 03/06/2006 | 🔵 41 | Plaintiffs' MOTION to Quash Deposition of Dr. Daniel Backlas, filed. Motion Docket Date 3/27/2006. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Proposed Order Setting Hearing on Plaintff's |

| | | |
|---|---|---|
| | | Motion to Quash)(bcampos, ) (Entered: 03/06/2006) |
| 03/06/2006 | 🌐 42 | MOTION to Compel Defendant to Respond to Interrogatories and Production by Rogelio Rodriguez, Elizabeth Rodriguez, filed. Motion Docket Date 3/27/2006. (Attachments: # 1 Proposed Order)(mperez, ) (Entered: 03/06/2006) |
| 03/08/2006 | 🌐 43 | Defendant's MOTION for Extension of Time to Complete Discovery by James Arthur Larson, filed. Motion Docket Date 3/28/2006. (Attachments: # 1 Proposed Order Resetting Discovery Deadline# 2 Proposed Order Setting Hearing Date) (bvasquez, ) (Entered: 03/08/2006) |
| 03/08/2006 | 🌐 44 | Defendant's RESPONSE to Plaintiffs' 41 MOTION to Quash Deposition of Dr. Daniel Backlas, filed by James Arthur Larson. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Proposed Order Setting Hearing Date# 5 Proposed Order Denying Plaintiff's Motion to Quash)(bvasquez, ) (Entered: 03/08/2006) |
| 03/09/2006 | 🌐 45 | MOTION to Exclude Expert Dr. Daniel Backlas by Rogelio Rodriguez, Elizabeth Rodriguez, filed. Motion Docket Date 3/29/2006. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Proposed Order)(mperez, ) (Entered: 03/09/2006) |
| 03/13/2006 | 🌐 46 | Defendant James A. Larson's MOTION for Partial Summary Judgment with Brief in Support of Motion by James Arthur Larson, filed. Motion Docket Date 4/3/2006. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Proposed Order Granting Partial Summary Judgment)(bcampos, ) (Entered: 03/13/2006) |
| 03/14/2006 | 🌐 47 | ORDER Setting Hearing on Motion 41 MOTION to Quash Deposition of Dr. Daniel Backlas: Motion Hearing set for 3/20/2006 at 10:00 AM in Courtroom 1 before Magistrate Judge Felix Recio.( Signed by Judge Felix Recio ) Parties notified.(bcampos, ) (Entered: 03/14/2006) |
| 03/20/2006 | 🌐 | Minute Entry for proceedings held before Judge Felix Recio. MOTION HEARING held on 3/20/2006 41 MOTION to Quash Deposition of Dr. Daniel Backlas; Plaintiff's counsel R Crane argues his Motion to Quash; Defense cousel, P Kasperitis responds stating he can not be sure that Dr Backlas will be able to testify live in May as a rebuttal expert if needed; After hearing arguments, the Court GRANTS Plaintiff's Motion to Quash the Deposition of Dr. Backlas and |

| | | |
|---|---|---|
| | | Defendant's Motion for Partial Summary is carried along with trial. Appearances: Randall P Crane, Patrick R Kasperitis. (ERO:R D'venturi), filed.(sgarcia, ) (Entered: 03/20/2006) |
| 03/22/2006 | 48 | Defendant's Portion of Joint Pretrial Order by James Arthur Larson, filed. (Attachments: # 1 Deft Witness List# 2 Deft's Exhibit List# 3 Deft's Exhibit List# 4 General Instructions for Charge# 5 Deft's Motion in Limine)(bvasquez, ) (Entered: 03/22/2006) |
| 03/22/2006 | 49 | Proposed Joint Pretrial Order by Rogelio Rodriguez, Elizabeth Rodriguez, filed. (Attachments: # 1 Exhibit A# 2 Exhibit C# 3 Exhibit E# 4 Exhibit G# 5 Proposed Motion in Limine# 6 Order in Limine)(mperez, ) (Entered: 03/22/2006) |
| 03/27/2006 | 50 | CERTIFICATE OF WRITTEN DISCOVERY by all plaintiffs, filed.(bcampos, ) (Entered: 03/27/2006) |
| 03/27/2006 | 51 | CERTIFICATE of Written Discovery by Rogelio Rodriguez, Elizabeth Rodriguez, filed.(mperez, ) (Entered: 03/27/2006) |
| 03/29/2006 | 52 | ORDER granting Motion to Quash Deposition of Dr. Daniel Backlas .( Signed by Judge Felix Recio ) Parties notified. (mperez, ) (Entered: 03/29/2006) |
| 04/05/2006 | 53 | Agreed MOTION for Leave to File Joint Pretrial Order After Deadline by Rogelio Rodriguez, Elizabeth Rodriguez, James Arthur Larson, filed. Motion Docket Date 4/25/2006. (Attachments: # 1 Proposed Order)(bvasquez, ) (Entered: 04/05/2006) |
| 04/05/2006 | 54 | PROPOSED JOINT PRETRIAL ORDER , filed. (Attachments: # 1 Exhibit A-B# 2 Exhibit C# 3 Exhibit D# 4 Exhibit E# 5 Exhibit F# 6 Exhibit G# 7 Exhibit H# 8 Exhibit I# 9 Exhibit J)(bvasquez, ) (Entered: 04/05/2006) |
| 04/06/2006 | 55 | ORDER granting 53 Motion for Leave to File Joint Pretrial Order After Deadline. It is therefore, ORDERED, that the Joint Pretrial Order, dated April 6, 2006 be filed in place of the two separate pretrial orders filed on or about March 22, 2006. . ( Signed by Judge Felix Recio ) Parties notified.(bvasquez, ) (Entered: 04/07/2006) |
| 04/06/2006 | 56 | Joint PRETRIAL ORDER.( Signed by Judge Felix Recio ) (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J) Parties notified.(bvasquez, ) |

| | | (Entered: 04/07/2006) |
|---|---|---|
| 04/17/2006 | 57 | Defendant's MOTION for Leave to File Amended Supplemental Designation of Expert by James Arthur Larson, filed. Motion Docket Date 5/8/2006. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Proposed Order Granting Leave to File)(bcampos, ) (Entered: 04/17/2006) |
| 04/17/2006 | 58 | Defendant's Amended Supplemental Designation of Expert by James Arthur Larson, filed. Motion Docket Date 5/8/2006. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(dahumada, ) (Entered: 04/17/2006) |
| 04/19/2006 | 59 | NOTICE of Declaration (Affidavit) Under Federal Rule of Evidence 902a (11) by all plaintiffs, filed. (Attachments: # 1 Affidavit of Costs of Services by Custodian# 2 Records) (bcampos, ) (Entered: 04/20/2006) |
| 04/19/2006 | 60 | NOTICE of Declaration (Affidavit) Under Federal Rule of Evidence 902 (11) by all plaintiffs, filed. (Attachments: # 1 Affidavit of Costs of Services & Records by Provider# 2 Records from Dr. Eric Bennos)(bcampos, ) (Entered: 04/20/2006) |
| 04/25/2006 | 61 | Plaintiff's Response to Defendant's Motion for Partial Summary Judgment 46 filed by all plaintiffs. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7)(dahumada, ) (Entered: 04/25/2006) |
| 04/25/2006 | 62 | Plaintiff's Response to Defendant's Motion For Leave to File Amended Supplemental Designation of Expert 57 filed by all plaintiffs. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(dahumada, ) (Entered: 04/25/2006) |
| 04/28/2006 | 63 | Defendant's OBJECTIONS to Plaintiff's Proposed Trial Exhbits 56 Pretrial Order, filed by James Arthur Larson. (Attachments: # 1 Proposed Order # 2 Exhibit A-1 Dr. Jorge Tymes# 3 Continuation of Exhibit A-1 Dr. Abram Cano# 4 Continuation of Exhibit A-1 Dr. Herman Keillor# 5 Continuation of Exhibit A-1 Dr. D.S. Gill (Foccus)# 6 Continuation of Exhibit A-1 Dr. D.S. Gill (OIS Rehab)# 7 Continuation of Exhibit A-1 McAllen MRI# 8 Continuation of Exhibit A-1 Rio Grande Valley Imaging Center# 9 Continuation of Exhibit A-1 Affidavit - Rio Grande Valley Imaging# 10 Continuation of Exhibit A-1 Affidavit of Costs - |

| | | |
|---|---|---|
| | | Rio Grande Valley Imaging# 11 Continuation of Exhibit A-1 Valley Baptist Medical Center# 12 Continuation of Exhibit A-1 Dr. Eric Bennos# 13 Continuation of Exhibit A-1 Affidavit Dr. Eric Bennos# 14 Continuation of Exhibit A-1 Affidavit of Costs Dr. Eric Bennos# 15 Continuation of Exhibit A-1 EMCare Har Emerg Physicians# 16 CPRC 41.105# 17 Case Law - Hamburger vs. State Farm# 18 Case Law - Texarkana vs. Murdock# 19 Case Law - Sloan vs. Molandes# 20 Case Law - Barrajas vs. Via Metropolitan# 21 Case Law - Daughters vs. Linnstaedter)(bcampos, ) (Entered: 04/28/2006) |
| 05/01/2006 | 64 | MOTION to Strike Plaintiff's Late File Discovery by James Arthur Larson, filed. Motion Docket Date 5/22/2006. (Attachments: # 1 Proposed Order)(bvasquez, ) Additional attachment(s) added on 5/1/2006 (dahumada, ). (Entered: 05/01/2006) |
| 05/02/2006 | 65 | Defendant's REPLY to Plaintiff's Response to 46 MOTION for Summary Judgment, filed by James Arthur Larson. (Attachments: # 1 Plaintiff's Original Complaint# 2 Proposed Order Objections to Summary Judgment Evidence# 3 Proposed Order Granting Partial Summary Judgment) (bvasquez, ) (Entered: 05/02/2006) |
| 05/02/2006 | 66 | Plaintiff Rogelio Rodriguez & Elizabeth Rodriguez's MOTION for Leave to File Plaintiff's Second Amended Rule 269a) & (26 (a)(2) Disclosures by Rogelio Rodriguez, Elizabeth Rodriguez, filed. Motion Docket Date 5/22/2006. (Attachments: # 1 Exhibit A# 2 Plaintiff's Second Amended Rule 26(a) & 26(a)(2) Disclosures)(bvasquez, ) (Entered: 05/02/2006) |
| 05/02/2006 | 67 | Plaintiff's OBJECTIONS to Defendant's Exhibit List, filed by Rogelio Rodriguez, Elizabeth Rodriguez. (Attachments: # 1 Copy of Deposition of Rogelio Rodriguez# 2 Copy of Deposition of Elizabeth Rodriguez# 3 Copy of Deposition of Jorge Tijmes, M.D.# 4 Proposed Order)(bvasquez, ) (Entered: 05/02/2006) |
| 05/02/2006 | | Minute Entry for proceedings held before Judge Felix Recio. Final PRETRIAL CONFERENCE held on 5/2/2006; After hearing arguments, the Court rules on the following: (42) Motion to Compel Defendant to Respond to Interrog and Production--if issue is raised objection can be voices during trial 43 MOTION for Extension of Time to Complete |

| | | |
|---|---|---|
| | | Discovery previously Denied, 45 MOTION to Exclude Expert Dr. Daniel Backlas DENIED, 64 MOTION to Strike DENIED, (46) Motion for Summary Judgment carried along with trial, (66) Pf's Motion for Leave to file Second Amended Rule 26 (a) and 26 (a)(2) Disclosure--decision to be made later this afternoon. Jury Selection set for May 22, 2006 at 9:00 a.m. with trial thereafter. Appearances: Randall P Crane, Patrick R Kasperitis.(ERO:B Campos), filed.(sgarcia, ) (Entered: 05/02/2006) |
| 05/03/2006 | | Minute Entry for proceedings held before Judge Felix Recio. TELEPHONE CONFERENCE on Defendant's Oral Motion to Reschedule the Trial set for May 22, 2006 held on 5/3/2006. Counsel present telephonically; Defense counsel requests a continuance for the reason that the defendant's wife is having surgery and will be recovering; Oral Motion GRANTED; Jury Selection re-set for July 17, 2006 at 9:00 a.m. with trial to start thereafter. Plaintiff's Motion for Leave to file 2nd Amended Rule 26(a) and 26(a)(2) Disclosure (66) GRANTED. Defendant's Oral Motion for Extension of Time to Complete Discovery GRANTED. Discovery must be completed by June 19, 2006. Parties are instructed not to take depositions without first filing a motion. Appearances:, filed.(sgarcia, ) (Entered: 05/03/2006) |
| 05/03/2006 | 68 | ORDER Jury Selection set for 7/17/2006 at 09:00 AM in Courtroom 1 before Magistrate and Jury Trial will begin after jury selection, Judge Felix Recio.( Signed by Judge Felix Recio ) Parties notified.(bcampos, ) (Entered: 05/03/2006) |
| 05/03/2006 | 71 | Plaintiffs Second Amended Rule 26(a) & 26(a)(2) DISCLOSURES by Rogelio Rodriguez, Elizabeth Rodriguez, filed.(bvasquez, ) (Entered: 05/11/2006) |
| 05/04/2006 | 69 | TRANSCRIPT ORDER FORM by Rogelio Rodriguez, Elizabeth Rodriguez. This is to order a transcript of: Hearing on Motion to Quash held on 03/20/06 before Judge Magistrate Judge Felix Recio. Court Reporter: R D'Venturi, filed. (bvasquez, ) (Entered: 05/04/2006) |
| 05/09/2006 | 70 | TRANSCRIPT of Motion Hearing held on 3/20/06 before Judge Felix Recio. Court Reporter: Rosy D'Venturi , filed. (bcampos, ) Additional attachment(s) added on 10/6/2006 (mperez, ). (Entered: 05/10/2006) |
| | | |

| | | |
|---|---|---|
| 05/19/2006 | 72 | NOTICE of Declaration by Rogelio Rodriguez, Elizabeth Rodriguez, filed. (Attachments: # 1 Exhibit A# 2)(mperez, ) (Entered: 05/19/2006) |
| 05/19/2006 | 73 | NOTICE of Declaration by Rogelio Rodriguez, Elizabeth Rodriguez, filed. (Attachments: # 1 Exhibit A# 2 # 3) (mperez, ) (Entered: 05/19/2006) |
| 05/19/2006 | 74 | NOTICE of Declaration by Rogelio Rodriguez, Elizabeth Rodriguez, filed. (Attachments: # 1 Exhibit A# 2 # 3) (mperez, ) Additional attachment(s) added on 5/19/2006 (mperez, ). (Entered: 05/19/2006) |
| 05/19/2006 | 75 | NOTICE of Declaration (Affidavit of Dr. Jorge Tijmes) by Rogelio Rodriguez, Elizabeth Rodriguez, filed. (Attachments: # 1 Errata A# 2)(mperez, ) (Entered: 05/19/2006) |
| 05/19/2006 | 76 | NOTICE of Declaration (Affidavit of Abraham Cano) by Rogelio Rodriguez, Elizabeth Rodriguez, filed. (Attachments: # 1 Exhibit A# 2 # 3)(mperez, ) (Entered: 05/19/2006) |
| 05/19/2006 | 77 | NOTICE of Declaration (Affidavit of Brenda Youngman) by Rogelio Rodriguez, Elizabeth Rodriguez, filed. (Attachments: # 1 Exhibit A# 2)(mperez, ) (Entered: 05/19/2006) |
| 06/07/2006 | 78 | MOTION for Leave to Depose Dr. Daniel Backlas by James Arthur Larson, filed. Motion Docket Date 6/27/2006. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Proposed Order Setting Hearing# 7 Proposed Order)(bvasquez, ) (Entered: 06/07/2006) |
| 06/07/2006 | 79 | MOTION for Leave to Depose Dr. D. S. Gill by James Arthur Larson, filed. Motion Docket Date 6/27/2006. (Attachments: # 1 Exhibit A# 2 Proposed Order Setting Hearing# 3 Proposed Order)(bvasquez, ) (Entered: 06/07/2006) |
| 06/08/2006 | 80 | MOTION for Order to Compel Discovery by James Arthur Larson, filed. Motion Docket Date 6/28/2006. (Attachments: # 1 Proposed Order # 2 Proposed Order Setting Hearing) (bvasquez, ) (Entered: 06/08/2006) |
| 06/08/2006 | 81 | MOTION for Order to Compel Production by James Arthur Larson, filed. Motion Docket Date 6/28/2006. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Proposed Order Setting Hearing# 7 Proposed Order) (bvasquez, ) (Entered: 06/08/2006) |

| | | |
|---|---|---|
| 06/09/2006 | 82 | Plaintiff's MOTION to Quash Depositions of Dr. D.S. Gill & Dr. Daniel Backlas, MOTION to Exclude Expert Dr. Daniel Backlas by Rogelio Rodriguez, Elizabeth Rodriguez, filed. Motion Docket Date 6/29/2006. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Proposed Order)(bvasquez, ) (Entered: 06/09/2006) |
| 06/13/2006 | 83 | ORDER denying 78 Motion for Leave to File .( Signed by Judge Felix Recio ) Parties notified.(dahumada, ) (Entered: 06/13/2006) |
| 06/13/2006 | 84 | ORDER denying 79 Motion for Leave to File .( Signed by Judge Felix Recio ) Parties notified.(dahumada, ) (Entered: 06/13/2006) |
| 06/13/2006 | 85 | ORDER denying 81 Motion to Compel .( Signed by Judge Felix Recio ) Parties notified.(dahumada, ) (Entered: 06/13/2006) |
| 06/13/2006 | 86 | ORDER. The Motion is Granted in part and Denied in part. 82 Plaintiff's Motion to Quash the Deposition of Dr. D.S. Gill and Dr. Daniel Backlas is hereby granted. Plaintiff's Motion to exclude the testimony of Dr. Daniel Backlass is hereby DDenied. ( Signed by Judge Felix Recio ) Parties notified. (dahumada, ) (Entered: 06/13/2006) |
| 06/13/2006 | 87 | ORDER granting 80 Motion to Compel .( Signed by Judge Felix Recio ) Parties notified.(bcampos, ) (Entered: 06/13/2006) |
| 07/03/2006 | 88 | CERTIFICATE OF WRITTEN DISCOVERY by all plaintiffs, filed.(bvasquez, ) (Entered: 07/03/2006) |
| 07/17/2006 | 89 | RETURN of Service Executed on 07/14/06 re: Subpoena for (Dr. D. S. Silva), filed.(dahumada, ) (Entered: 07/17/2006) |
| 07/17/2006 | 90 | RETURN of Service Executed on 07/16/06 re: Subpoena (DPS Trooper Lionel Trevino), filed.(dahumada, ) (Entered: 07/17/2006) |
| 07/17/2006 | | Minute Entry for proceedings held before Judge Felix Recio. JURY SELECTION and FIRST day of JURY TRIAL held on 7/17/2006; Case called and all parties appeared and announces ready for trial. Defendant has filed a Motion to Exclude Evidence and a Reponse to Plaintiff's Objection to Defendant's Exhibit List; After hearing arguments the Court DENIES the |

| | | |
|---|---|---|
| | | Motion to Exclude; For purpose of the record the Motion for Summary Judgement DENIED 46; The Court rules on Exhibits I-1 (Pf's Proposed Motion in Limine) and J-1 (Df's Motion in Limine) which are attached to the Joint Pretrial Order filed 04/06/06. The Court recesses for the Jury Panel to be seated; Court resumes at 9:50 a.m.. Voir Dire began at 9:55 a.m. Attorneys approach the bench for a side bar. Court will take a short recess; Court resumes at 11:05 a.m..Jury Selected; Jurors sworn;Preliminary Jury instructions read to the jury; Witnesses sworn and the Rule is invoked. Opening statements made by counsel. Plaintiff's counsel calls 1st witness, James Arthur Larson; Witness placed under oath and counsel commences direct examination of the witness. Plaintiff's Exhibit #1 admitted without objection and shown to the jury; No cross-examination of witness by defense; Witness excused. Court will recess for lunch. Court resumes at 1:50 p.m. Plaintiff's Exhibits #9 thru #19 are offered into the record; Exhibits are admitted without objection and for all purposes. Plaintiff's counsel calls 2nd witness, Dr. D.S. Gill; Witness sworn and examined by counsel. Pf's Exhibits #2 thru #8 are offered into the record and are admitted without objection. Defense counsel objects to the line of questioning as to future medical; Objection is denied and examination of the witness continued. Pf's Exhibit #20 offered into the record; Exhibit is admitted with objection. Court recesses at 3:30 p.m. for 15 minutes; Court resumes 3:53 p.m.. Defense counsel cross-examines Dr. Gill. Defense counsel addresses Defendant's Exhibits #8, 10, 9 and 4. Defense passes the witness and Pf's counsel re-directs Dr. Gill. Witness passed and defense moves for the admission of Defendant's Exhibits #1 thru #10; Exhibits admitted with objections. The Jurors are instructed to be in the Juryroom by 9:00 a.m..Jurors are excused. Witness, Dr. Gill is excused. Plaintiff's counsel questions the defendant's video deposition of Dr. Tijmes and counsel voices objection; The Court will allow the Video of the Deposition of Dr. Tijmes (Defense exhibit #3). After hearing arguments as to the testimony of Dr Tijmes, the Court will make a decision in the morning. Attorneys are to be in the Courtroom by 8:45 a.m.Appearances: Randall P Crane, Patrick R Kasperitis. (Court Reporter Maria Amador) (CSO M Agado)(Law Clerk K Garza., filed.(sgarcia, ). (Entered: 07/17/2006) |
| 07/17/2006 | 93 | Exhibit List by Rogelio Rodriguez, Elizabeth Rodriguez, |

| | | |
|---|---|---|
| | | James Arthur Larson, filed.(bcampos, ) (Entered: 07/19/2006) |
| 07/17/2006 | 🔘 94 | Witness List by Rogelio Rodriguez, Elizabeth Rodriguez, James Arthur Larson, filed.(bcampos, ) (Entered: 07/19/2006) |
| 07/17/2006 | 🔘 96 | MOTION to Exclude Evidence by James Arthur Larson, filed. Motion Docket Date 8/7/2006. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Proposed Order)(dahumada, ) (Entered: 07/19/2006) |
| 07/17/2006 | 🔘 99 | Defendant's Response to Plaintiff's Objections to Defendant's Exhibit List filed by James Arthur Larson. (Attachments: # 1 Exhibit a# 2 Exhibit b# 3 Proposed Order # 4 Proposed Order) (dahumada, ) (Entered: 07/19/2006) |
| 07/18/2006 | 🔘 | Minute Entry for proceedings held before Judge Felix Recio. SECOND day of JURY TRIAL held on 7/18/2006; All parties present and ready. The Court having reviewed the applicable rules in allowing the deposition testimony of Dr. Tijmes to be shown to the Jury and having reviewed the deposition testimony, will allow the video testimony of Dr. Tijmes. Plaintiff's counsel voices objection. Counsel Ordered to chambers for further discussion while the Jurors are seated. Court resumes and Plaintiff's counsel calls 3rd witness, State Trooper, Officer Trevino; Witness sworn and counsel proceeds to direct examination of the witness. Plaintiff's exhibit #21 offered and admitted without objection. Witness passed and defense counsel cross-examines the witness; Defendant's exhibit #11 (newspaper clipping) offered into the record; Witness passed; Plaintiff's counsel re-directs; Witness excused for all purposes. Plaintiff's counsel calls 4th witness Senior Pastor Ignacio Ortega; Witness sworn and counsel proceeds to examine the witness; Witness passed and defense cross-examines; Plaintiff's counsel re-directs; Witness excused. Plaintiff's counsel calls 5th witness, Rosa Anna Montemayor; Witness placed under oath and examined by counsel; Defense counsel cross-examines; Witness excused for all purposes. Plaintiff's counsel calls 6th witness, Ms Carmen Alcala; Witness previously placed under oath and counsel proceeds to direct examination; Witness passed and defense cross-examines; Witness excused for all purposes. The Court breaks for lunch and will resume at 1:15 p.m.; Jurors excused for lunch. Defense counsel addresses the Court as to the video deposition of Dr. Tijmes; Plaintiff's counsel does not want to waive his objections. The Court will allow the viewing of the |

whole videotape depositions and will allow the objections. Court recessed for lunch. Court resumes at 1:20 p.m..Plaintiff's counsel calls 7th witness, Juana Maria (Janie) Ortega; Witness previously sworn and counsel proceeds to examine witness; Defense counsel cross-examines; Witness excused for all purposes. Plaintiff's counsel calls, by videotape deposition, Dr. Tijmes, subject to objections made earlier. Video deposition presented to the Jurors; The Court interrupts the video to allow the Jurors to stretch; The Court will recess for 15 minutes; Court resumed 3:15 p.m.. Video deposition continues. Upon conclusion of the video, Plaintiff's counsel calls 8th witness, Elizabeth Rodriguez; Witness sworn and counsel proceeds with direct examination of the witness; Witness passed and Defense counsel cross-examines; Plaintiff's counsel objections to the questioning; Objection sustained; Cross-examination continues; Witness passed and Plaintiff's counsel re-directs; Witness excused for all purposes. Plaintiff's counsel calls 9th witness, Rogelio Rodriguez; Witness placed under oath; Counsel proceeds with direct examination; Plaintiff's Exhibit #22 offered into the record; Exhibit admitted without objection. Witness passed and defense counsel cross-examines; Counsel questions witness about his deposition, page 43 line 1 and page 44 line 1; Counsel presents witness with Plaintiff's Exhibit #1; Defense counsel shows Defendant's Exhibit #2 to the witness and requests permission to tender a copy to the Jurors; Plaintiff's counsel objects; The Court will allow counsel to publish one copy which can be passed among themselves. Plaintiff's counsel voices objection to the line of questioning; Defense counsel to move on; Witness passed and Plaintiff's counsel re-directs; Witness passed and defense counsel presents witness with Defendant's Exhibit #12; Exhibit Offered into evidence and admitted without objections; Witness excused. Plaintiff rests and Jurors are excused momentarily. Counsel argue over Plaintiff's Exhibit #23. The Court will study this matter over night and will give counsel an answer in the morning. Defense counsel makes an Oral Motion for Directed Verdict; Oral Motion is DENIED. Jurors are brought back into the Courtroom and Defense counsel recalls James Arthur Larson to the stand; Witness is reminded he is still under oath; Defense counsel questions the witness; Witness passed and Plaintiff's counsel cross-examines; Witness excused for all purposes and Defense rests. The Court addresses the Jury; Jurors are excused and are to be back at

| | | |
|---|---|---|
| | | 9:15 a.m. Counsel are to be in chambers by 8:30 a.m. Court recessed until tomorrow morning. Appearances: Randall P Crane, Patrick R Kasperitis.(Court Reporter: Annette Escobar) (CSO M Agado)(Law Clerk K Garza) , filed.(sgarcia, ) (Entered: 07/18/2006) |
| 07/18/2006 | 91 | Exhibit List by Rogelio Rodriguez, Elizabeth Rodriguez, James Arthur Larson, filed.(bcampos, ) (Entered: 07/19/2006) |
| 07/18/2006 | 92 | Witness List by Rogelio Rodriguez, Elizabeth Rodriguez, James Arthur Larson, filed.(bcampos, ) (Entered: 07/19/2006) |
| 07/19/2006 | | Minute Entry for proceedings held before Judge Felix Recio. THIRD day of JURY TRIAL held on 7/19/2006; All parties present and ready. Jurors present in the Courtroom. Plaintiff's counsel moves to admit Exhibit #24 into the record; Exhibit admitted without objection. Plaintiff's Exhibits #18-A, #12-A and #24 are admitted without objection. Counsel approach the bench for a side bar. Jurors are requested to step out of the Courtroom; counsel to take up procedural matters. Plaintiff moves for directed verdict, stating there is no evidence to indicate negligence; Oral Motion DENIED. Counsel have reviewed the Charge of the Court and defense voices objections; Objections are noted and oral motions to strike are DENIED. Plaintiff voices objections; objections noted and oral motions to strike are DENIED. The Jurors are brought in and present in the Courtroom. CHARGE OF THE COURT to the Jury. Closing arguments by counsel. Jurors instructed to proceed to the jury room for deliberations. Appearances: Randall P Crane, Patrick R Kasperitis.(Court Reporter: Maria Amador)(CSO M Agado) (Law Clerk K Garza), filed. (sgarcia, ) . (Entered: 07/19/2006) |
| 07/19/2006 | 95 | Exhibit and Witness List by Rogelio Rodriguez, Elizabeth Rodriguez, James Arthur Larson, filed.(mperez, ) (Entered: 07/19/2006) |
| 07/19/2006 | 98 | ANSWER TO NOTE NO. 1 .( Signed by Judge Felix Recio ) Parties notified.(mperez, ) (Entered: 07/19/2006) |
| 07/19/2006 | 100 | ORDER, entered. ORDERED that the United States Marshal provide the jury consisting of 12 members with their noon meal on July 19, 2006.( Signed by Judge Felix Recio ) Parties notified.(mperez, ) (Entered: 07/19/2006) |
| 07/19/2006 | | Minute Entry for proceedings held before Judge Felix Recio. |

| | | |
|---|---|---|
| | | Jurors have returned with a VERDICT (4:30p.m.). All parties are present. Foreperson states the verdict is a unannimous decision. The Verdict is handed over to the Court. The Court publishes the Verdict. Defense counsel requests the Jury Panel be polled; Jurors individually polled. The Jury is discharged at 4:37 p.m.; Plaintiff counsel moves to accept the verdict; Verdict accepted; Court adjourned. Appearances: Randall P Crane, Patrick R Kasperitis.(Court Reporter: Maria Amador), filed.(sgarcia, ) (Entered: 07/19/2006) |
| 07/19/2006 | 🌐 102 | Jury Instruction "High Degree of Care." The aformentioned instruction/definition/question was tendered to the Court prior to submission of the Charge to the Jury and, in that regard, it is hereby REFUSED. Signed by Judge Felix Recio, filed. (bcampos, ) (Entered: 07/20/2006) |
| 07/19/2006 | 🌐 103 | Jury Instruction, "Defendant's Requested Instruction [CPRC Section 41.0105];" On July 19, 2006 this proposed instruction was presented to the Court for inclusion in the charge. REJECTED. Signed by Judge Felix Recio, filed.(bcampos, ) (Entered: 07/20/2006) |
| 07/19/2006 | 🌐 104 | Jury Instruction, "Defendant's Requested Instruction [15.3 Calculation of Past Damages Only];" The aformentioned instruction/definition/question was tendered to the Court prior to submission of the Charge to the Jury and, in that regard, it is hereby REFUSED. Signed by Judge Felix Recio., filed. (bcampos, ) (Entered: 07/20/2006) |
| 07/19/2006 | 🌐 105 | JURY VERDICT in favor of Rogelio Rodriguez, Elizabeth Rodriguez, filed.(bcampos, ) (Entered: 07/20/2006) |
| 08/21/2006 | 🌐 106 | FINAL JUDGMENT in favor of Plaintiff and against Defendant. Case terminated on 8/21/06; Therefore, the Court orders that plaintiff, Rogelio Rodriguez, recover the sum of $63,358.44 in past damages (after adjusting past medical expenses to the amount supported by the evidence) $364,000.00 in future damages and that Plaintiff, Elizabeth Rodriguez, recover the sum of $10,000.00 in past damages and $5,000.00 in future damages, together with Plaintiff's court costs from defendant, James Arthur Larson. Additionally, the court awards prejudgment interest on the past damages at the annual rate of 8.25%, to be paid from March 18, 2004, until the date of the entry of the judgment. Post judgment interest is payable on all the above amounts at the rate of 8.25%, from |

| | | |
|---|---|---|
| | | the date this judgment is entered until the date this judgment is paid. The Court order execution to issue for this judgment. The court denies all relief not granted on this judgment. This is a FINAL JUDGMENT.( Signed by Judge Felix Recio ) Parties notified.(bcampos, ) (Entered: 08/22/2006) |
| 09/01/2006 | 107 | Defendant James Larson's Renewed Motion for Judgment As A Matter of Law and Alternative Motion for New Trial With Supporting Brief by James Arthur Larson, filed. Motion Docket Date 9/21/2006. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Contination of Exhibit B# 4 Continuation # 5 Exhibit C)(dahumada, ) (Entered: 09/01/2006) |
| 09/14/2006 | 108 | RESPONSE to 107 RENEWED MOTION for Judgment As a Matter of Law and Alternative Motion for New Trial with Supporting Briefs, filed by all plaintiffs. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Continuation Exhibit B# 4 Continuation Exhibit B# 5 Continuation Exhibit B# 6 Proposed Order)(bcampos, ) (Entered: 09/15/2006) |
| 09/18/2006 | 109 | Defendant James Larson's MOTION to Stay Pending Rulings on Renewed Motion for Judgment as a Matter of Law by James Arthur Larson, and MOTION for New Trial, filed. Motion Docket Date 10/10/2006. (Attachments: # 1 Proposed Order)(bvasquez, ) Modified on 9/19/2006 (bvasquez, ). (Entered: 09/18/2006) |
| 09/18/2006 | 110 | THIS ENTRY IS A DUPLICATE OF DOCUMENT #109 AND HAS BEEN TERMINATED. Defendant James Larson's MOTION to Stay Pending Rulings on Renewed Motion for Judgment as a Matter of Law and MOTION for New Trial by James Arthur Larson, filed. Motion Docket Date 10/10/2006. (Attachments: # 1 Proposed Order)(bvasquez, ) Modified on 9/19/2006 (bvasquez, ). (Entered: 09/18/2006) |
| 09/18/2006 | 111 | PROPOSED ORDER re: 107 MOTION for Judgment, filed. (Attachments: # 1 Proposed Order on Deft's Renewed Motion for Judgment as a Matter of Law and Alternative Motion for New Trial# 2 Proposed Order # 3 Proposed Order)(bvasquez, ) (Entered: 09/18/2006) |
| 09/22/2006 | 112 | Plaintiff Rogelio Rodriguez's RESPONSE to Jame's Larson's 109 MOTION to Stay Pending Rulings on Renewed Motion for Judgment as a Matter of Law and Alternative Motion for New Trial, filed by Rogelio Rodriguez, Elizabeth Rodriguez. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Order)(bvasquez, ) (Entered: 09/22/2006) |
| 10/03/2006 | 113 | REPLY to the 108 Response to the Renewed Motion for Judgment as a Matter of Law and Alternative Motion for New Trial with Supporting Brief, filed by James Arthur Larson. (bcampos, ) (Entered: 10/03/2006) |
| 10/12/2006 | 114 | ORDER denying 107 James Arther Larson's Renewed Motion for Judgment as a matter of Law and Alternative Motion for New Trial.( Signed by Judge Felix Recio ) Parties notified. (bcampos, ) (Entered: 10/12/2006) |
| 10/20/2006 | 115 | Certificate of Written Discovery by all plaintiffs, filed. (bcampos, ) (Entered: 10/23/2006) |
| 11/09/2006 | 116 | NOTICE OF APPEAL to US Court of Appeals re: 106 Final Judgment and 114 Order on Motion for Judgment by James Arthur Larson (Filing fee $ 455), filed.(bcampos, ) (Entered: 11/09/2006) |