READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING

## TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| SOUTHERN DIST. OF TEXAS, BROWNSVILLE DIVISION | 1:04-CV-137 |

Short Case Title RODRIGUEZ V. LARSON    Court Reporter MARIA AMADOR

Date Notice of Appeal Filed by Clerk of District Court 11-9-2006    Court of Appeals # _____ *(If Available)*

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*
A. Complete one of the following:
☐ No hearing.
☐ Transcript is unnecessary for appeal purposes
☐ Transcript is already on file in Clerk's office
☑ This is to order a transcript of the following proceedings: *(check appropriate box)*
  Voir dire ☑, Opening statement of plaintiff ☑ defendant ☑,
  Closing argument of plaintiff ☑ defendant ☑, Opinion of court ☐;
  Jury instructions ☐, Sentencing ☐; Bail hearing ☐;

United States District Court
Southern District of Texas
FILED

NOV 1 6 2006

Michael N. Milby
Clerk of Court

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 7-17-2006 | TRIAL | RECIO |
| 7-19-2006 | TRIAL | RECIO |
| ALL PROCEEDINGS, INCLUDING ALL TESTIMONY AND EVIDENCE | | |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
☑ Private funds; ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
☑ Other PAYMENT UPON COMPLETION

Signature _____    Date Transcript Ordered 11-14-2006

Print Name FRANK WEATHERED    Counsel for DEFENDANT

Address 611 S. UPPER BROADWAY, CORPUS CHRISTI, TEXAS 78401    Telephone 361-883-1594

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.** COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

☐ Satisfactory Arrangements for payment were made on _____
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

_____ Date    _____ Signature of Court Reporter    _____ Telephone

Address of Court Reporter: _____
* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages    _____ Actual Number of Volumes

_____ Date    _____ Signature of Court Reporter

DKT-13 (5/96)

Copy 6 - Appellant's Copy to be sent to the District Court upon completion of Part I