UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROGELIO RODRIGUEZ AND § <br> ELIZABETH RODRIGUEZ § <br> § <br> V. § <br> § <br> JAMES ARTHUR LARSON § | CIVIL ACTION NO. 1:04-CV-00137 |

### DEFENDANT'S SUPERSEDEAS BOND

Defendant James Larson files this supersedeas bond under the authority of Federal Rule of Civil Procedure 62(d, f).

1. Defendant has filed his Notice of Appeal from the judgment entered in this cause to the United States Court of Appeals for the Fifth Circuit, and seeks to supersede execution of the judgment during the appeal.

2. The surety on this bond is Auto-Owners Insurance Co. and the surety's address is 6101 Anacapri Blvd., Lansing, MI 48917

3. The United States Magistrate Judge for the Southern District of Texas, Brownsville Division, the Honorable Felix Recio, signed the final judgment in this cause on August 21, 2006, in favor of Plaintiffs and against Defendant, in the amount of $427,358.44 for Rogelio Rodriguez; $15,000.00 for Elizabeth Rodriguez; costs of suit; prejudgment interest on past damages of $73,358.44 at the rate of 8.25 % per annum from March 18, 2004 until entry of judgment; and post-judgment interest at the rate of 8.25 % per year. The judgment was entered on August 22, 2006, therefore prejudgment interest on Rogelio Rodriguez's past damages is $12,701.78, and on Elizabeth Rodriguez's past damages it is $2,004.75.

4. Defendant, as principal, and Auto-Owners Ins.Co as surety, acknowledge ourselves bound to pay to Rogelio Rodriguez the maximum aggregate sum of $476,365.18, which represents at least 100 percent of the amount of $440,060.22 in compensatory damages and prejudgment interest awarded to said Plaintiff, plus post-judgment interest at the rate of 8.25 % per year; to pay to Elizabeth Rodriguez the sum of $18,407.64, which represents at least 100 percent of the amount of $17,004.75 in compensatory damages and prejudgment interest awarded to said Plaintiff, plus post-judgment interest at the rate of 8.25 % per year; and to pay said Plaintiffs jointly the additional sum of $2310.43, which represents their total taxable court costs; conditioned that the surety on this bond is bound to pay, up to the amount of this bond, all damages and costs that may be awarded to Plaintiffs if any of the following occur:

-1-

a. Defendant does not perfect an appeal and does not perform the trial court's judgment.

b. The appeal is dismissed, and Defendant does not perform the trial court's judgment.

c. Defendant does not perform an adverse final judgment of the Court of Appeals or the Supreme Court.

SIGNED on November __20__, 2006.

Principal: _____
James Larson, by and through
his attorney Frank Weathered

Surety: _____
Scott Carpenter
Attorney-in-Fact

DATE AND ATTACH TO ORIGINAL BOND

# AUTO-OWNERS INSURANCE COMPANY
## LANSING, MICHIGAN
### POWER OF ATTORNEY

NO. 067370  66313540

KNOW ALL MEN BY THESE PRESENTS: That the AUTO-OWNERS INSURANCE COMPANY AT LANSING, MICHIGAN, a Michigan Corporation, having its principal office at Lansing, County of Eaton, State of Michigan, pursuant to the following Resolution adopted by the directors of the said Company on January 27, 1971, to wit:

"RESOLVED, That the President or any Vice President or Secretary or Assistant Secretary of the Company shall have power and authority to appoint Attorneys-in-Fact, and to authorize them to execute on behalf of the Company, and attach the seal of the Company thereto, bonds and undertakings, recognizances, contracts of indemnity, and other writings obligatory in the nature thereof. Signatures of officers and seal of Company imprinted on such powers of attorney by facsimile shall have same force and effect as if manually affixed. Said officers may at any time remove and revoke the authority of any such appointee."

does hereby constitute and appoint

Joseph P. DeChatelets, Jim House, Scott Carpenter, Suzanne K. Sweezey, Joseph Mason,
Linda Ammon, Kathy Risher, Marcy Skinner, Phyllis B. Scott, Kristina Cassel,
Jennifer L. Wells, Nathan F. Perna, Alfred G. Windquist, John T. Quain,
John Kenney, William Lee and/or Joseph P. Schmit, Lansing, Michigan

its true and lawful attorney(s)-in-fact, to execute, seal and deliver for and on its behalf as surety, any and all bonds and undertakings, recognizances, contracts of indemnity and other writings obligatory in the nature thereof.,

without limitations

and the execution of such instrument(s) in pursuance of these presents, shall be as binding upon the said AUTO-OWNERS INSURANCE COMPANY AT LANSING, MICHIGAN, as fully and amply, to all intents and purposes, as if the same had been duly executed and acknowledged by its regularly elected officers at its principal office.

IN WITNESS WHEREOF, the AUTO-OWNERS INSURANCE COMPANY AT LANSING, MICHIGAN, has caused these presents to be signed and its corporate seal to be affixed by its authorized officer this 23rd day of November 2005.

Attest

S.R. Birn, Secretary

R. H. Simon, President

STATE OF MICHIGAN } ss.
COUNTY OF EATON

On this 23rd day of November 2005, before me a notary public, came the individual to me personally known, who executed the preceding instrument and being by me duly sworn, said that he is the therein described and authorized officer of the AUTO-OWNERS INSURANCE COMPANY AT LANSING, MICHIGAN: that the seal affixed to said instrument is the corporate seal of said Company, and said corporate seal and his signature were duly affixed by the authority and direction of the said Corporation.

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed my official seal at the City of Lansing, the day and year first above written.

My commission expires Sept. 28, 2011

Michelle A. Bottum, Notary Public

STATE OF MICHIGAN } ss.
COUNTY OF EATON

I, S.R. Birn, Secretary of the AUTO-OWNERS INSURANCE COMPANY AT LANSING, MICHIGAN, do hereby certify that the foregoing is a true and correct copy of Power of Attorney issued by said Auto-Owners Insurance Company of Lansing, Michigan, and that I have compared same with the ORIGINAL on file in the Home Office of said Company, and that it's a correct transcript thereof, and of the whole of the said original, and that the said Power of Attorney has not been revoked and is now in full force and effect.

In WITNESS WHEREOF, I have hereunto subscribed my name as Secretary, and affixed the corporate seal of the Company at Lansing, Michigan, this 20TH day of NOVEMBER 2006.

S.R. Birn, Secretary

If the words "UNAUTHORIZED COPY" appears on the face of this document, it renders this document null and void.