UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| V. | § | CIVIL ACTION NO. 1:04-CV-00137 |
| JAMES ARTHUR LARSON | § § § | |

## ORDER APPROVING SUPERSEDEAS BOND

After considering Defendant James Arthur Larson's Motion to Approve Supersedeas Bond and Stay Enforcement, the Court GRANTS said motion and ORDERS that pursuant to Rule 62(d, f) of the Federal Rules of Civil Procedure, the supersedeas bond attached to the Motion to Approve Supersedeas Bond and Stay Enforcement be, and the same is hereby APPROVED. The bond having been approved, the Court further ORDERS that all proceedings to enforce the Court's judgment be, and the same are hereby STAYED upon the appeal.

SIGNED on _____, 2006

_____
Felix Recio
United States Magistrate Judge