UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:04-CV-00137 |
| | § | |
| JAMES ARTHUR LARSON | § | |

### ORDER GRANTING DEFENDANT'S MOTION TO QUASH

After considering Defendant James Arthur Larson's Motion to Quash his Deposition, the Court GRANTS said motion and ORDERS that pursuant to Rule 62(d, f) and rule 69(a) of the Federal Rules of Civil Procedure, the deposition of James Larson, presently set for December 1, 2006, is hereby QUASHED, and all other discovery issued by Plaintiff's counsel to aid in the enforcement of the Court's judgment are hereby STAYED upon the appeal.

SIGNED on _____, 2006

_____
Felix Recio
United States Magistrate Judge