ORDER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| V. | § | C.A. NO. B04-137 |
| | § | (636(c)) |
| JAMES ARTHUR LARSON | § | |

### ORDER DENYING DEFENDANT'S MOTION TO QUASH

After considering Defendant James Arthur Larson's Motion to Quash Deposition

Notice (Doc. #121), the Court **DENIES** the motion.

Done at Brownsville, Texas, this 29th day of November 2006.

_____
Felix Recio
United States Magistrate Judge