ORDER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND<br>ELIZABETH RODRIGUEZ | §<br>§<br>§ | |
| V. | § | C.A. NO. B04-137 |
| | § | (636(c)) |
| JAMES ARTHUR LARSON | §<br>§ | |

### ORDER DENYING DEFENDANT'S MOTION FOR STAY
### PENDING RULINGS ON RENEWED MOTION FOR JUDGMENT
### AS A MATTER OF LAW AND ALTERNATIVE MOTION FOR NEW TRIAL

After considering Defendant James Arthur Larson's Motion for Stay Pending Rulings on Renewed Motion for Judgment as a Matter of Law and Alternative Motion for New Trial (Doc. #109), the Court **DENIES** the motion.

Done at Brownsville, Texas, this 29th day of November 2006.

_____
Felix Recio
United States Magistrate Judge