ORDER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO RODRIGUEZ AND ELIZABETH RODRIGUEZ | § § § | |
| V. | § § | C.A. NO. B04-137 (636(c)) |
| JAMES ARTHUR LARSON | § § | |

## ORDER APPROVING SUPERSEDEAS BOND

After considering Defendant James Arthur Larson's Motion to Approve Supersedeas Bond and Stay Enforcement (Doc. #120), the Court **GRANTS** said motion and **ORDERS** that pursuant to Rule 62(d,f) of the Federal Rules of Civil Procedure, the supersedeas bond attached to the Motion to Approve Supersedeas Bond and Stay Enforcement be, and the same is hereby **APPROVED**. The bond having been approved, the Court further **ORDERS** that all proceedings to enforce the Court's judgment be and the same are hereby **STAYED** upon the appeal.

Done at Brownsville, Texas, this 29th day of November 2006.

Felix Recio
United States Magistrate Judge