United States District Court
Southern District of Texas
FILED

DEC - 4 2006

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | |
|---|---|
| Rogelio Rodriguez and Elizabeth Rodriguez | § |
| | § |
| v. | § CASE NUMBER: 1:04CV137 |
| | § Magistrate Judge: Felix Recio |
| | § Court Reporter(s): Dahlila Ahumada, ERO, |
| | Rosy D'Venturi, ERO, Balvina Campos, ERO |
| | Maria Amador, Court Reporter |
| James Arthur Larson | § |

## 06-41644

### NOTICE TO THE CIRCUIT OF AN APPEAL

In connection with this appeal, a copy of the notice of appeal, the order being appealed and the docket sheet are attached. Please acknowledge receipt on the enclosed copy of this notice.

In regard to this appeal:

- The Court of Appeal $455.00 filing and docketing fees have been paid or a motion for in forma pauperis has been granted.

- DKT-13 transcript ordering instructions are attached.

- The Clerk of Court will submit to the Fifth Circuit Court of Appeals a Certificate of Non-Compliance if the appellant fails to return the transcript order form.

Michael N. Milby, Clerk