# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK

**Michael N. Milby**  **600 E. Harrison St., Rm. 101**
**Clerk**  **Brownsville, Texas 78520**

February 2, 2007

Mr. Randall P Crane
Attorney at Law
201 S Sam Houston
San Benito, TX 78586

Mr. Frank E Weathered
Mr. Patrick R. Kasperitis
Dunn & Weathered
611 S Upper Broadway
Corpus Christi, TX 78401

IN RE:             Rogelio Rodriguez, et al vs. James Arthur Larson
District Court No.:   1:04CV137
Circuit Court No.:    06-41644

Dear Sirs:

Enclosed is a CD containing the following for the above Notice of Appeal:

1. Record on Appeal,
2. Transcript of March 20, 2006
3. Transcript of July 17, 2006
4. Transcript of July 18, 2006
5. Transcript of July 19, 2006
6. and Document No. 97, Jury Note No. 1.

Prepare your brief regarding this appeal using this copy of the paginated record.

Very truly yours,

Michael N. Milby, Clerk


By:   /s/   Balvina Campos
          Deputy Clerk

/bc
Enclosure