# RANDALL P. CRANE
Attorney At Law
201 S. Sam Houston
San Benito, Texas 78586

Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

Phone (956) 399-2496
Fax    (956) 399-7398

April 13, 2007

Mr. Michael Milby, Clerk
UNITED STATES DISTRICT COURT
Federal Building
600 E. Harrison Street, No. 101
Brownsville, Texas 78520-7149

United States District Court
Southern District of Texas
FILED

APR 13 2007

Michael N. Milby
Clerk of Court

Re:   Civil Action No. B-04-137; *Rogelio Rodriguez and Elizabeth Rodriguez vs. James Arthur Larson*, United States District Court, Southern District of Texas, Brownsville Division

Dear Mr. Milby:

The undersigned has requested the record from the above referenced case which is on appeal. I would appreciate your releasing the same to the undersigned for purpose of preparing appellee's brief.

Sincerely,

RANDALL P. CRANE

RPC/dg