# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

MICHAEL N. MILBY  600 E. HARRISON STREET - #101
CLERK  BROWNSVILLE, TEXAS 78521

June 28, 2007

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

     IN RE: Rogelio Rodriguez et, al vs. James Arthur Larson
        District Court Case No.: B04cv137
        Circuit Court Case No: 06-41644

Dear Mr. Fulbruge:

   Enclosed is a printed copy of the electronic record on appeal in the above referenced matter.  This record contains 11 volumes of the printed record on appeal.

   •   Copies of transcript(s) are enclosed.

   •   Sealed Record

      Copies of state court records are enclosed.

Copies do not need to be returned to our Clerk's office.  Please properly dispose of all items when the appeal process in complete.


Very Truly Yours,

Michael N. Milby, Clerk


 /s/ Dahlila Ahumada      __
Deputy Clerk