# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 2, 2007

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
FILED

NOV - 6 2007

Michael N. Milby
Clerk of Court

```
     No. 06-41644 Rodriguez v. Larson
         USDC No.  1:04-CV-137
```

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

(  ) Volumes     (  ) Envelopes     ( 1 ) Box

The electronic copy of the record has been recycled.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Chris P. Descant, Deputy Clerk
504-310-7704

cc: (letter only)
    Honorable Felix Recio Jr
    Mr Frank Edward Weathered
    Mr Randall P Crane

P.S. to Judge Recio:  A copy of the opinion was sent to your office via email the day it was filed.

MDT-1