United States Court of Appeals
Fifth Circuit

**FILED**

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

October 11, 2007

Charles R. Fulbruge III
Clerk

---

No. 06-41644
Summary Calendar

---

D.C. Docket No. 1:04-CV-137

United States District Court
Southern District of Texas
FILED

NOV 0 6 2007

Michael N. Milby
Clerk of Court

ROGELIO RODRIGUEZ; ELIZABETH RODRIGUEZ

    Plaintiffs - Appellees

v.

JAMES ARTHUR LARSON

    Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before HIGGINBOTHAM, STEWART, and OWEN, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that defendant-appellant pay to plaintiffs-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: NOV 0 2 2007

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
    Deputy

New Orleans, Louisiana  NOV 0 2 2007